Thomas D. Adams, WSBA #18470
tom.adams@bullivant.com
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Defendant North Central Regional Library District

HONORABLE EDWARD F. SHEA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, , and the SECOND AMENDMENT FOUNDATION,

  Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

  Defendant.

No.: CV-06-327-EFS

NOTICE OF APPEARANCE OF DEFENDANT NORTH CENTRAL REGIONAL LIBRARY DISTRICT

TO      :   CLERK OF COURT

AND TO  :   All Parties

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Defendant North Central Regional Library District hereby appears in the above-entitled cause by the undersigned attorneys, without waiving any defense, and request that all further papers and pleadings herein, except process, be served upon the undersigned attorneys at the address below stated.

NOTICE OF APPEARANCE OF DEFENDANT            Page 1            Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

Dockets.Justia.com

| | |
|---|---|
| 1 | |
| 2 | DATED: November 29, 2006 |
| 3 | BULLIVANT HOUSER BAILEY PC |
| 4 | |
| 5 | /s/ Thomas D. Adams |
| 6 | Thomas D. Adams, WSBA #18470<br>E-mail: tom.adams@bullivant.com |
| 7 | Attorneys for Defendant North Central<br>Regional Library District |
| 8 | BULLIVANT HOUSER BAILEY PC<br>1601 Fifth Avenue, Suite 2300 |
| 9 | Seattle, Washington 98101-1618<br>Telephone: 206.292.8930<br>Facsimile: 206.386.5130 |
| 10 | |
| 11 | 3514724.1 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

rhyde@rafelmanville.com
Duncan Manville
Robert Hyde
Rafel Manville PLLC
999 Third Ave, Ste 1600
Seattle, WA 98104

caplan@aclu-wa.org
Aaron A. Caplan
ACLU of Washington
705 Second Avenue, Ste 300
Seattle, WA 98104

BULLIVANT HOUSER BAILEY PC


By: /s/Elen A. Sale
    Elen A. Sale
    ele.sale@bullivant.com