ERIK K. WAHLQUIST
Davis Arneil Law Firm, LLP
617 Washington Street
P.O. Box 2136
Wenatchee WA 98807
Phone: 509-662-3551
Fax: 509-662-9074
Attorneys for:
North Central Regional Library

The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SARAH BRADBURN, PEARL
CHERRINGTON, CHARLES HEINLEN
and the SECOND AMENDMENT
FOUNDATION,

Plaintiffs,

vs.

NORTH CENTRAL REGIONAL
LIBRARY DISTRICT,

Defendant.

No. CV-06-327-EFS

NOTICE OF APPEARANCE

TO:      THE CLERK OF THE COURT
AND TO: DUNCAN MANVILLE, Attorney for Plaintiffs

PLEASE TAKE NOTICE that Erik K. Wahlquist of Davis, Arneil Law Firm, LLP, does hereby appear as counsel of record for the defendant, North Central Regional Library, without waiving the following defenses or objections:

1.  Lack of jurisdiction over the subject matter;

2.  Lack of jurisdiction over the person;

2/Notice of Appearance -1-

F:\EKW\K-N\ncrl\aclu\f01.wpd
November 29, 2006

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE, WASHINGTON 98807
(509) 662-3551

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief may be granted;

7. Failure to join a party under Rule 19;

8. The statute of limitations

and requests that any and all further papers and pleadings (except original process) be served upon the undersigned at the address listed below.

DATED this ___ day of November, 2006.

        DAVIS, ARNEIL LAW FIRM, LLP

        By _____
           Erik K. Wahlquist, WSBA No. 26156
           Attorneys for Defendant

2/Notice of Appearance -2-

F:\EKW\K-N\ncrl\aclu\f01.wpd
November 29, 2006

## CERTIFICATE OF SERVICE

1. Upon our filing of said documents, said documents were, on the 29th day of November, 2006 forwarded to the following by electronic mail through the CM/ECF system:

    Duncan Manville          dmanville@rafelmanville.com

2. In addition, I hereby certify that on the 29th day November, 2006 I caused to be delivered via United States Postal Service, postage prepaid, the foregoing documents to the following parties:

    Duncan Manville
    Rafel Manville, PLLC
    999 3rd Avenue, Suite 1600
    Seattle, WA 98104

Signed at Wenatchee, Washington this 29 day of November, 2006.

*Rita K. Cattin*
Rita K. Cattin

2/Notice of Appearance -3-

F:\EKW\K-N\ncrl\aclu\f01.wpd
November 29, 2006

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE, WASHINGTON 98807
(509) 662-3551