The Honorable Edward F. Shea

ERIK K. WAHLQUIST
Davis Arneil Law Firm, LLP
617 Washington Street
P.O. Box 2136
Wenatchee WA 98807
Phone: 509-662-3551
Fax: 509-662-9074
Attorneys for:
North Central Regional Library

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>NOTICE OF INTENT TO WITHDRAW |

TO:    THE CLERK OF THE COURT; and

TO:    DUNCAN MANVILLE, Attorney for Plaintiffs; and

TO:    NORTH CENTRAL REGIONAL LIBRARY DISTRICT

PLEASE TAKE NOTICE that Erik K. Wahlquist of Davis, Arneil Law Firm, LLP, intends to withdraw as attorney for the above-named , North Central Regional Library District, effective on December 18, 2006.

15/Notice of Intent to Withdraw -1-

F:\EKW\K-N\ncrl\aclu\f02.wpd
December 4, 2006

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
P.O. BOX 2136
WENATCHEE, WASHINGTON 98807
(509) 662-3551

This withdrawal of attorney shall be effective without order of the court unless an objection to the withdrawal is served upon Erik K. Wahlquist prior to the date set forth herein as the date of withdrawal.

This matter is not currently set for trial.

DATED this 4th day of December, 2006.

DAVIS, ARNEIL LAW FIRM, LLP

By _____
Erik K. Wahlquist, WSBA No. 26156
Attorneys for Defendant

15/Notice of Intent to Withdraw -2-

F:\EKW\K-N\ncrl\aclu\f02.wpd
December 4, 2006

# CERTIFICATE OF SERVICE

1. Upon our filing of said documents, said documents were, on the 5th day of December, 2006 forwarded to the following by electronic mail through the CM/ECF system:

    Duncan Manville           dmanville@rafelmanville.com

2. In addition, I hereby certify that on the 4th day December, 2006 I caused to be delivered via United States Postal Service, postage prepaid, the foregoing documents to the following parties:

    Duncan Manville
    Rafel Manville, PLLC
    999 3rd Avenue, Suite 1600
    Seattle, WA 98104

    North Central Regional Library District
    Attn: Dean Marney
    238 Olds Station Road
    Wenatchee WA 98801

Signed at Wenatchee, Washington this 5th day of December, 2006.

*Nanette D. Hemberry*
Nanette D. Hemberry

15/Notice of Intent to Withdraw -3-

F:\EKW\K-N\ncrl\aclu\f02.wpd
December 4, 2006