# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sarah Bradburn, et al, <br><br>                          Plaintiffs, <br><br> vs. <br><br> North Central Regional Library District, <br><br>                          Defendant. | **Case No.** CV-06-327-EFS <br><br> **CIVIL MINUTES** <br><br> **DATE:** 02/21/2007 **LOCATION:** Richland <br><br> **TELEPHONIC SCHEDULING CONF.** |

| | **Judge   Edward F. Shea** | |
|---|---|---|
| Debbie Brasel <br><br> **Courtroom Deputy** | <br><br> **Law Clerk** | Stephanie Smithson <br><br> **Court Reporter** |
| Robert A. Hyde, telephonically <br><br> **Plaintiffs' Counsel** | | Thomas Dean Adams and Celeste Monroe, telephonically <br><br> **Defendant's Counsel** |

[ ]  **Open Court**        [ ]  **Chambers**        [XX]  **Telecon**        **By:**

Court and Counsel set the following schedule:

Initial Disclosures by: to be addressed in Scheduling Order
Discovery Deadline: 09/15/2007
Dispositive Motion Deadline: 09/29/2007

**In Person PTC 01/08/2008 @ 10:00 a.m. R/EFS**
**Bench Trial 01/22/2008 @ 9:00 a.m. R/EFS** - 8 Days

Other dates to be addressed in Scheduling Order


**[ X ] ORDER FORTHCOMING**

| | | | |
|---|---|---|---|
| **CONVENED:** 9:16 AM | **ADJOURNED:** 9:33 AM | **TIME:**  /17 MINUTES | CALENDARED [ ] |