| | |
|---|---|
| 1  Thomas D. Adams, WSBA #18470<br>   tom.adams@bullivant.com | |
| 2  Bullivant Houser Bailey PC | THE HONORABLE EDWARD F. SHEA |
|    1601 Fifth Avenue, Suite 2300 | |
| 3  Seattle, Washington  98101-1618 | |
|    Telephone: 206.292.8930 | |
| 4  Facsimile: 206.386.5130 | |
| 5  Attorneys for Defendant North | |
|    Central Regional Library District | |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,

   Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

   Defendant.

No.: CV-06-327-EFS

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

   PLEASE TAKE NOTICE that the firm of Bullivant Houser Bailey, PC, hereby withdraws as attorneys for North Central Regional Library District in the above-captioned lawsuit and consents to the substitution of Thomas D. Adams of the firm of Karr Tuttle Campbell. All future papers, pleadings, and correspondence should be directed to said attorney at the following address:

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL     Page 1

```
 1
 2        Thomas D. Adams, WSBA #18470
          Karr Tuttle Campbell
 3        1201 Third Ave., Ste. 2900
          Seattle, WA  98101-3028
 4        Phone: 206.223.1313
          Fax: 206.682.7100
 5
 6
 7     This Notice of Withdrawal and Substitution of Counsel will be effective
       July 1, 2007 without further notice.
 8
          Dated this 27th day of June, 2007.
 9
10    WITHDRAWING ATTORNEY:              SUBSTITUTING ATTORNEY:

11    BULLIVANT HOUSER BAILEY, PC        KARR TUTTLE CAMPBELL

12    By: /s/ Thomas D. Adams            By: /s/ Thomas D. Adams
          Thomas D. Adams                    Thomas D. Adams
13        WSBA #18470                        WSBA #18470
      Withdrawing Attorneys for Defendant Substituting Attorneys for Defendant
14
15
16
...
26
```

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
Rafel Manville PLLC
999 Third Ave., Ste. 1600
Seattle, WA 98104

Aaron H. Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

BULLIVANT HOUSER BAILEY PC

By: *Heather L. White*
Heather L. White
heather.white@bullivant.com

3534191.1