1    The Honorable Edward F. Shea

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN and the SECOND AMENDMENT FOUNDATION,<br><br>            Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>            Defendant. | No. CV-06-327-EFS<br><br>**STIPULATION REGARDING MODIFICATION OF CASE SCHEDULE** |

The parties, through their undersigned counsel of record, hereby stipulate and agree that the Court's February 27, 2007 Scheduling Order may and should be modified as stated in the proposed Order Modifying Case Schedule submitted herewith. The requested scheduling modifications are necessary to ensure that the parties' experts have adequate time to develop their opinions in this matter, and to give the parties sufficient time to disclose and file expert reports pursuant to Fed.R.Civ.P. 26(a)(2).

STIPULATION REGARDING MODIFICATION OF CASE
SCHEDULE – Page 1

cf270701

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661

| | |
|---|---|
| RAFEL MANVILLE PLLC<br><br>By: /s/<br>Duncan Manville, WSBA #30304<br>Robert A. Hyde, WSBA #33593<br>Attorneys for Plaintiffs Sarah Bradburn,<br>Pearl Cherrington, Charles Heinlen and the<br>Second Amendment Foundation | KARR TUTTLE CAMPBELL<br>WSBA #30304<br>with permission<br>By: /s/<br>Thomas D. Adams, WSBA #18470<br>Attorneys for Defendant North Central<br>Regional Library District |

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2007, I caused the foregoing document to be filed and served via the CM/ECF system as follows:

Mr. Aaron Caplan,
ACLU Washington
705 Second Avenue, Suite 300
Seattle, WA 98104-1799
(206) 624-2184
(206) 624-2190
caplan@aclu-wa.org

Mr. Thomas Adams
Karr Tuttle Campbell
1201 Third, Ste. 2900
Seattle, WA 98101
(206) 223-1313
(206) 682-7100
Email: tom.adams@bullivant.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this declaration was executed on June 28, 2007, at Seattle, Washington.

/s/ Heather Smith

STIPULATION REGARDING MODIFICATION OF CASE
SCHEDULE – Page 2

cf270701

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660  fax 206.838.2661