The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN and the SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

No. CV-06-327-EFS

**ORDER MODIFING CASE SCHEDULE**

[PROPOSED]

Pursuant to the Stipulation Regarding Modification of Case Schedule filed herewith, the Court hereby ORDERS that the February 27, 2007 Scheduling Order is modified as follows:

- The deadline for Plaintiffs to identify their experts, serve those experts' Rule 26(a)(2) reports on Defendant, and file the Rule 26(a)(2) reports with the Court is revised from July 6, 2007 to August 3, 2007.
- The deadline for Defendant to identify its experts, serve those experts' Rule 26(a)(2) reports on Plaintiffs, and file the Rule 26(a)(2) reports with the Court is revised from August 3, 2007 to September 14, 2007.

ORDER MODIFYING CASE SCHEDULE – Page 1

cf281303

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661

- The deadline for Plaintiffs to identify their rebuttal experts, serve those experts' Rule 26(a)(2) reports on Defendant, and file the Rule 26(a)(2) reports with the Court is revised from August 17, 2007 to September 28, 2007.
- The Discovery Cutoff is revised from September 14, 2007 to October 12, 2007.
- The deadline for filing and serving dispositive and *Daubert* motions is revised from September 28, 2007 to October 12, 2007.

In all other respects, the February 27, 2007 Scheduling Order remains unchanged and in full force and effect.

DATED this _____ day of _____, 2007.

_____
EDWARD F. SHEA
United States District Judge