The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARLY CHERRINGTON, CHUCK HEINLEN, SEAN HOXIE and NANA SIMONE,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED.R.CIV.P. 26(a)(2)** |

Plaintiffs hereby disclose the following expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2)(A):

1. Bennett Haselton

2. June A. Pinnell-Stephens

In accordance with Fed.R.Civ.P. 26(a)(2)(B), reports prepared by the foregoing expert witnesses are attached hereto as Exhibits A and B. Also attached are copies of documents that are referenced in the expert reports and that are not available online. URLs are provided in the expert reports for referenced documents that are available online.

PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES
PURSUANT TO FED.R.CIV.P. 26(a)(2) – Page 1

ch030701

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660  fax 206.838.2661

Dockets.Justia.com

1  DATED this 3rd day of August, 2007.

2                                            RAFEL MANVILLE PLLC

3

4                                            By: _____
                                                 Duncan Manville, WSBA #30304
5                                                Robert A. Hyde, WSBA #33593
                                             Attorneys for Plaintiffs Sarah Bradburn, Pearl
6                                            Cherrington, Charles Heinlen and the Second
                                             Amendment Foundation
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES
PURSUANT TO FED.R.CIV.P. 26(a)(2) – Page 2

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660  fax 206.838.2661

ch030701


## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2007, I caused the foregoing document to be filed and served via the CM/ECF system as follows:

Mr. Aaron Caplan,
ACLU Washington
705 Second Avenue, Suite 300
Seattle, WA 98104-1799
(206) 624-2184
(206) 624-2190
caplan@aclu-wa.org

Mr. Thomas Adams
Ms. Celeste Mountain Monroe
Karr Tuttle Campbell
1201 Third, Ste. 2900
Seattle, WA 98101
(206) 223-1313
(206) 682-7100
Email: tom.adams@karrtuttle.com
       cmonroe@karrtuttle.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct and that this declaration was executed on August 3, 2007, at Seattle, Washington.

_____
Heather Smith

PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES
PURSUANT TO FED.R.CIV.P. 26(a)(2) – Page 3

ch030701

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660  fax 206.838.2661