Aug. 3, 2007

VIA EMAIL (rhyde@rafelmanville.com)

Robert Hyde
999 3rd Ave., Ste. 1600
Seattle WA 98104

Dear Mr. Hyde,

As you requested in your letter of July 11, 2007, I have attached a number of items for my report
as an expert witness in the Bradburn v. North Central Regional Library District. They include:

1. a statement of all my opinions in this matter
2. the data and other information I consulted and any exhibits I might use, both listed in the
   References page attached to my statement
3. my professional qualifications in my resume, which includes a list of all my publications

I request that I be paid $1,000 plus expenses for my report and testimony in my first experience
as an expert witness.

Please let me know if you have trouble with any of the attachments or have any other questions
for me.

I look forward to talking with you soon.

Sincerely,

June Pinnell-Stephens
3140 Roden Lane
Fairbanks, AK 99709
907-479-5826



EXHIBIT B

105

## Statement of June A. Pinnell-Stephens
## Bradburn v. North Central Regional Library District
## U.S. District Court for the Eastern District of Washington
## Cause No. CV-06-327-EFS

## INTRODUCTION

As you'll see in my resumé, I received my master's degree in library science from the University of Washington in 1972. Since that time, I have worked in all types of libraries, i.e., public, academic, special, and even briefly in schools.

I began and have now ended my career in public libraries, first with the King County Library System in the Kirkland and Bothell branches. While both of these communities have grown beyond anything I now recognize, they were small during my time there and were served by the central headquarters, much like the situation in the North Central Library System. After King County, I moved to the Bellingham Public Library, a central city facility with one branch. All of my work to this point was as a children's librarian, and I learned the principles, procedures, and sensitivity necessary to handle complaints from parents, teachers, and other users about books and other material in the library. I also learned that complaints are to be expected if a library provides a full spectrum of materials

I then moved to Alaska and worked as the librarian at the Matanuska-Susitna Community College in Palmer. Here my focus was to provide material that supported the curriculum, which offered classes to a mixture of students trying to finish their first two years of college classes while still working during the day and to students in vocational classes for heating/refrigeration and other trades. Nearly every aspect of my job was different – my users were adults, both from the college and occasionally from the community, which was small and rural; the library was a single room, and the collection was small, a mix of general academic subjects and trade literature; and even the classification system was different. I learned about the problems of filling even basic user needs with a small collection in a space that isn't likely to grow and that is located a long and often difficult drive away from larger libraries. I also learned about the importance of privacy for users in a small town.

After moving to Fairbanks, my first job was as the librarian in the Fairbanks Daily News-Miner, the first librarian the paper had hired. In addition to finding space to create a library, I worked to develop an electronic index for the paper, a task no longer necessary with full-text access available on their database and through the Internet. Here, I learned that nearly instantaneous access to information is critical for some users.

Before joining the staff of the Fairbanks North Star Borough Public Library, I did some independent work, primarily on grants and consulting jobs. One of those jobs was to inventory and assess the library collections in the village school libraries of the Northwest Arctic School District based in Kotzebue. The communities ranged in population (2006 figures) from 135 – 841, and many of the school libraries served as the community's public library, as well. While I examined the books in one of the libraries, one of the village elders came in to watch me quietly as I pulled out book after book. When I came to one particular book, he finally spoke, saying, "I'm in that book." It was John McPhee's Coming Into the Country, and McPhee had interviewed this man for the book. His pride in knowing that he was part of that library was obvious and taught me that every library needs to reflect the faces and voices of all its users.

From 1988 to 2006, I was the Collection Services Manager of the Fairbanks North Star Borough Public Library. My primary charges were to select, acquire, catalog, process, and manage all the

1      106

materials in the library.  In addition to the Noel Wien Library in Fairbanks, the system has a small branch library in North Pole, 14 miles from Fairbanks, population 1710.  We also send a small van to the outlying communities once a month each, unless the temperature at 9am the day of the scheduled visit is colder than minus 30 degrees.  (The borough is about the size of New Jersey and has about 11.5 people per square mile.)

The library also has a contract with the Alaska State Library to provide books and other material by mail to those people who do not have local library service.  Regional Services, as it's known, has a small collection of its own, but, like van delivery services, the main collection is the primary resource for these services.

Despite our best efforts to get items to the people who want them, the small van and the bags by mail can never equal the access to material available to residents of larger communities.  In 1989, the Alaska Cooperative Collection Development Committee discovered that the combined resources of every major library in Alaska were approximately equal to the library at Oregon State University by itself.  In view of this obvious lack of resources, we formalized the cooperative activities that we had already begun, but we were still faced with the difficulty of actually getting the material to the user and with the reality of spaces too small to house large collections.

Although libraries had been using online databases such as Dialog and Lexis for years, the Internet has opened access to another world of resources, some better than others.  Libraries still use the online databases with their more reliable resources, and many states, including Alaska and Washington, provide access to a selection of them, free to the users they serve.  Some of these databases are available only at the library computers, but many are available from any computer to verified users.  There is an incredible variety of material in these databases, but libraries with room for only one computer, or none at all as is the case in the Egegik village library, can't take advantage of them.  Even remote libraries with space for several work stations often face inequities in cost and speed despite E-Rate support, and they can't afford to connect enough stations to fill the need.

Unfortunately, the "Digital Divide" still exists, particularly in remote towns and villages.  However, the Internet, either with library databases or other web sites the user selects, continues to present our best opportunity for disseminating information to remote communities.  These electronic sources, in combination with cooperative collection development arrangements, can maximize the total resources any library can make available to its users, whether those users are in a large metropolitan area or in a small farming community.


## LIBRARY DEVELOPMENT AND PUBLIC PERCEPTION


We're all familiar with the stereotypical librarian – older woman in sensible shoes with a pencil stuck through her gray-haired bun, glasses on a chain around her neck, index finger poised to illustrate the "shush" she uses to control anyone who dares to speak above a whisper.  As with many stereotypes, there is more than a grain of truth in this one, and according to many accounts of library history, the librarians themselves are primarily responsible for it.

According to Alexis McCrossen in her article, "'One Cathedral More' or 'Mere Lounging Places for Bummers'?  The Cultural Politics of Leisure and the Public Library in Gilded Age America," public libraries in their early years were torn between the roles of functioning as palaces of culture for the elite and of responding to the demands of a public whose taxes helped support this new public institution.  He writes, "We must remember that libraries began as collections of books and that for centuries books had been considered the preeminent symbols and signs of 'Culture.' Elite and learned Americans, in their efforts to fashion the nation into a civilization, posited that

2    107

freely accessible and ever-dynamic city libraries – and, indeed, a great national library such as the Library of Congress – would, along with the achievements of great poets, foster Culture."[1]

As leisure time increased, mass culture also grew, as reflected in entertainment and publishing. Many librarians balked at adding fiction to their collections, much less the mass market items like the dime novel adventure stories. As McCrossen notes, "While many librarians would have preferred to directly participate in the safekeeping of Culture through fashioning acquisition policies that would have limited the purchase of, if not banished from the library altogether, what they called 'trash,' the public would not let them."[2] Librarians also had qualms about adding newspapers and magazines, because they were afraid that material would attract vagrants and those looking merely for a warm place to rest or even to sleep – clearly not the respectable classes with whom they identified.

During this formative time, most libraries were controlled by boards composed first of the powerful and rich men of the communities and then by their wives after women achieved the right to vote. In many cases the boards even made the selection of books themselves, particularly in smaller communities. Many of these boards also viewed libraries as an equal partner with schools and churches in the effort to refine the lives of the citizens: "The library aims to do for the community by the aid of books and personal contact that [which] the Sabbath supplies by a wider circle of influences, both taking the mass of people as they are, and working to build them up in all that tends to a life of higher aims."[3]

In his study, "Collecting Contested Titles: The Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956," Wayne Wiegand found similar attitudes and circumstances. While exploring selection patterns and sources, he discovered that most of the libraries on which he focused depended on collection guides published by the American Library Association and the H.W. Wilson Company. In the first of these guides, published for the 1893 World's Columbian Exposition, the "volume listed 5,230 titles recommended for any small to medium-sized public library; that it included in this total only 809 works of fiction gives some indication of the relative value late nineteenth-century librarians placed on the reading of fiction, which nonetheless constituted 65-75 percent of the circulation in most public libraries."[4]

These libraries also shared the perceived value of the library with those in McCrossen's article as demonstrated by the establishment of the first library in Sauk Centre. In 1898, the most prestigious women's club went to the library board and argued that "the community needed a place of moral and cultural enrichment to keep Sauk Centre youth out of local billiard halls and away from temptation."[5]

For his work, Wiegand selected at least one controversial title from each decade he covered and checked through the acquisition records of each library to see when or if they added those books to their collections. The titles are Adventures of Huckleberry Finn by Mark Twain, The Awakening by Kate Chopin, Sister Carrie by Theodore Dreiser, Family Limitation by Margaret Sanger, Elmer Gantry by Sinclair Lewis, Their Eyes Were Watching God by Zora Neale Hurston, Grapes of Wrath by John Steinbeck, Native Son by Richard Wright, Strange Fruit by Lillian Smith, and Catcher in the Rye by J.D. Salinger.

---

[1] Alexis McCrossen, "'One Cathedral More' or 'Mere Lounging Places for Bummers'? The Cultural Politics of Leisure and the Public Library in Gilded Age America," Libraries & Culture Spring 2006: 169.
[2] McCrossen, 174.
[3] McCrossen, 182.
[4] Wayne Wiegand, "Collecting Contested Titles: The Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956," Libraries & Culture Summer 2005: 368.
[5] Wiegand, 377.

108

The following spreadsheet shows the year each title was published and when each library first acquired the titles, at least up to the 1970 cut off date of the database he consulted:

| | Huck Finn | Awaken | Sister C | Family L | Elmer G | Eyes God | Grapes W | Native S | Strange F | Catcher |
|---|---|---|---|---|---|---|---|---|---|---|
| Pub year | 1885 | 1899 | 1900 | 1915 | 1927 | 1937 | 1939 | 1940 | 1944 | 1951 |
| Moore PL | 1903 | 0 | 1943 | 0 | 0 | 0 | 1940 | 1942 | 0 | 1955 |
| Morris PL | 1921 | 0 | 0 | 0 | 1927 | 0 | 1939 | 1942 | 1944 | 1963 |
| Rhinelander PL | 1900 | 0 | 1963 | 0 | 1934 | 0 | 1940 | 1940 | 1944 | 1953 |
| Sage PL | 1900 | 0 | 0 | 0 | 1927 | 0 | 1939 | 0 | 0 | 1951 |
| Bryant PL | 1914 | 0 | 1927 | 0 | 1927 | 1938 | 1939 | 1940 | 1944 | 0 |

Not one of the libraries purchased all of these important, but controversial titles. According to Wiegand, "For the most part, board members who were responsible for the libraries' collections, which in [Antonio] Gramsci's terms consisted of a set of texts made available by local elites for the 'ideational persuasion' of all members of the community – seemed to feel comfortable that library patrons, no matter their age, creed, sex, or ethnicity, would be exposed to no ideas foreign to a carefully structured small town value system they themselves modeled."[6]

Clearly, libraries grew from a tradition of providing books to enhance the Culture of the community and to raise the stature of the masses. Popular material of any type, especially material with politically suspect or sexual content, was rarely added to small and rural libraries in the early years, essentially guaranteeing that these users had no access to this material at all.

The Progressive Era brought changes to many aspects of American life and institutions. In his article, "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana," Kevin Mattson describes the impact of Dana's philosophy and activities. He writes, "Dana embraced the philosophy that helped inform other movements during the Progressive Era: the pragmatism of William James and John Dewey. ... Additionally, librarians could no longer serve as 'moral custodians.' Breaking thoroughly with the genteel tradition of nineteen-century librarianship, he explained, 'The Library is not – and this cannot be said too often – a question of making others good.' Instead, the 'best protector of the public is the public itself.' The public could forge its own use of the library best by simply using the library in ways that it determined. Here was the basis of Dana's pragmatic and democratic theory of the library."[7]

Mattson continues, "Dana's influence is evident in the work of those who defend the public library's freedom from censorship today. ... Dana always stood against those who wanted to ban certain books from the library, believing as he did that the public could determine what was in its own best interest. Today, many librarians have tried to counteract attempts to regulate what the public can read and what it cannot."[8]

Gradually, the American Library Association (ALA) began to formulate policies to deal with censorship incidents and the frequently repressive approach to developing library collections, but it wasn't until the publication of the Grapes of Wrath and the ensuing challenges that ALA

---

[6] Wiegand, 382.
[7] Kevin Mattson, "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana," Libraries & Culture Fall 2000: 514.
[8] Mattson, 529.

finalized its basic statement in opposition of censorship.  In 1939, ALA adopted the *Library Bill of Rights,* which included this statement of authority:  "To recommend such steps as may be necessary to safe-guard the rights of library users, libraries, and librarians, in accordance with the First Amendment to the United States Constitution and the *Library Bill of Rights* as adopted by the ALA Council."[9]  The document has been revised several times, most recently in 1980, and a total of 18 interpretations have been written to help librarians understand how new materials, formats and technology fall within the scope of the basic document.

These interpretations reflect changes in society over the years and the introduction of new formats, each of which brought unease to many in the profession and an initial reluctance by some of the public to dilute the "Culture" of the library with these new, primarily popular materials. Many of them also addressed concern about children's access to material in the library, including:

- "Free Access to Libraries for Minors," (1972) written after the *Library Bill of Rights* was revised to include age as a category of user whose rights to use a library should not be restricted and intended to give librarians guidance in dealing with the increasing number of complaints about children's access to all types of material and of attempts to deny the 1st Amendment rights of minors;
- "Restricted Access to Library Material," (1973) initiated by one library's complaints about children having access to <u>Little Black Sambo;</u>
- "Access to Resources and Services in the School Library Media Program," (1986) an interpretation that began as the *School Library Bill of Rights* in 1955 as a reaction to excesses of McCarthyism and its impact on restricting material in school libraries and was eventually rolled under the general *Library Bill of Rights* as that document was expanded to cover the needs of school libraries and children generally;
- "Access for Children and Young Adults to Nonprint Materials", (1989) written at the request of the ALA youth divisions to protect access to the videos and records at the time and to allow for the inevitable introduction of new formats in the future.

Other interpretations that focus on changes in technology and society in general include:

- "Challenged Materials,"(1971) written in the face of a growing number of complaints about sexual material to remind libraries that only a court can decide whether or not material is constitutionally protected expression;
- "Diversity in Collection Development," (1982) describes the library's responsibility to use professional standards when selecting and managing its collections:  "Intellectual freedom, the essence of equitable library services, provides for free access to all expressions of ideas through which any and all sides of a question, cause, or movement may be explored.  Toleration is meaningless without tolerance for what some may consider detestable.  Librarians cannot justly permit their own preferences to limit their degree of tolerance in collection development, because freedom is indivisible."[10]
- "Access to Library Resources and Services regardless of Sex, Gender Identity, or Sexual Orientation," (1993) written to protect these materials specifically under the *Library Bill of Rights*.  As Candace Morgan wrote in her 1993 Annual Conference Report to Council as chair of the Intellectual Freedom Committee, "There is no question that materials by and about gays, lesbians, and bisexuals, and on the subject of homosexuality in general, are at the top of the agenda of organized pressure groups that are attacking libraries all over the country for including such materials in their collections."[11]

---

[9] Judith Krug, "ALA and Intellectual Freedom," <u>Intellectual Freedom Manual</u>, 7th ed., compiled by the Office for Intellectual Freedom of the American Library Association (Chicago, IL:  ALA Editions, 2006) 19.
[10] "Diversity in Collection Development:  An Interpretation of the *Library Bill of Rights*," <u>Intellectual Freedom Manual</u>, 7th ed., 118.
[11] Candace Morgan, <u>Intellectual Freedom Manual</u>, 7th ed., 100.

110

- "Access to Electronic Information, Services, and Networks," (1996), written to describe how the principles of intellectual freedom pertain to selecting and managing electronic resources of all types, including the Internet.
- "Privacy," (2002), describes the rights of users and responsibilities of libraries in protecting user privacy as a critical aspect of intellectual freedom. "When users recognize or fear that their privacy or confidentiality is compromised, true freedom of inquiry no longer exists. ... The American Library Association affirms that rights of privacy are necessary for intellectual freedom and are fundamental to the ethics and practice of librarianship."[12]

During these years, library boards and commissions all over the country consulted documents from the American Library Association (ALA) to guide them in understanding professional standards and practices, and many of them either incorporated or endorsed the *Library Bill of Rights* and its interpretations in their selection or collection development policies. Although most of the professional staff and many of the board members or trustees understood and basically supported the principles of intellectual freedom, few of the libraries were in complete compliance with every aspect of the documents. They also were dealing with a general public who had little understanding of intellectual freedom in their libraries. These difficulties were particularly evident in small, remote libraries where there was little opportunity to attend conferences and other continuing education opportunities for the staff.

In an attempt to address the public directly, ALA adopted *Libraries: An American Value* in 1999, its first new basic intellectual freedom document since the *Library Bill of Rights* was adopted in 1939. We hoped that this approach, written for users instead of librarians, would help them understand the role of the library in a democracy, and, again, many library boards and commissions have adopted it as official policy for their libraries. It reads:

## LIBRARIES: AN AMERICAN VALUE

Libraries in America are cornerstones of the communities they serve. Free access to the books, ideas, resources, and information in America's libraries is imperative for education, employment, enjoyment, and self-government.

Libraries are a legacy to each generation, offering the heritage of the past and the promise of the future. To ensure that libraries flourish and have the freedom to promote and protect the public good in the 21st century, we believe certain principles must be guaranteed.

To that end, we affirm this contract with the people we serve:

- We defend the constitutional rights of all individuals, including children and teenagers, to use the library's resources and services;
- We value our nation's diversity and strive to reflect that diversity by providing a full spectrum of resources and services to the communities we serve;
- We affirm the responsibility and the right of all parents and guardians to guide their own children's use of the library and its resources and services;
- We connect people and ideas by helping each person select from and effectively use the library's resources;
- We protect each individual's privacy and confidentiality in the use of library resources and services;

---

[12] "Privacy: An Interpretation of the *Library Bill of Rights*," Intellectual Freedom Manual, 7th ed. 192, 194.

- We protect the rights of individuals to express their opinions about library resources and services;
- We celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the opportunity to become lifelong learners - informed, literate, educated, and culturally enriched.

Change is constant, but these principles transcend change and endure in a dynamic technological, social and political environment.

By embracing these principles, libraries in the United States can contribute to a future that values and protects freedom of speech in a world that celebrates both our similarities and our differences, respects individuals and their beliefs, and holds all persons truly equal and free.[13]

When the document was adopted, I wrote a companion article for <u>American Libraries</u>, ALA's official journal, titled "Libraries: a Misunderstood American Value." In it, I described some of the many misconceptions that the public has about libraries and their policies, procedures, and collections. Many of these misconceptions stem from the early days of libraries as temples of Culture that only collected "great literature" and whose goal was to enlighten and uplift the public. Many of them concern the library's role vis á vis children. This first section from the article describes these continuing misconceptions.

From "Libraries: a Misunderstood American Value:"

"Every challenge to a book, video or magazine in a library inevitably raises the question, "Why? What is there about this item that causes someone to request formally that it be denied to everyone in the community?" On its surface, the complaint frequently cites profane language, religious beliefs or sex and is motivated by a desire to protect minors from objectionable content. The underlying reason, however, often rests on misconceptions about the role of a library in a democracy.

<u>THE PERCEPTION</u>

Those of us who have dealt with challenges will recognize these or similar comments:
- "Libraries should have only good books on their shelves."
- "Everyone agrees this video is trash."
- "The library only has one book expressing my viewpoint and four that oppose it; therefore, the library is biased."
- "The library won't listen to my complaint."
- "Why can my children check out an R-rated video from the library when they can't see the same film in a theater?"

All these comments represent faulty assumptions that reflect a combination of human nature and basic misunderstandings about libraries. For example, people believe we endorse the content of the material in our collections because we only buy "good books." If we're fulfilling our obligation to our communities, however, we're buying titles that present differing viewpoints on as many issues as possible, so we can't logically endorse all of them. The definition of "good" depends, of course, on the reader's beliefs, and those who find something offensive may feel betrayed by a librarian they assumed to hold those same beliefs.

---

[13] "Libraries: An American Value," <u>Intellectual Freedom Manual</u>, 7th ed., 266-267

People feel most comfortable associating with others who share their beliefs and values.  When users claim that "everyone agrees," they're talking about only those people in the community they know.  However, it doesn't take long behind a library reference desk to understand just how diverse our communities really are.  We have an obligation to represent all members of the community, not just those whose views represent a large group, or even a majority.

While librarians strive to provide collections that represent diverse viewpoints, people may misunderstand the definition of "represent," particularly if they assume it means an equal number of items for different sides of an issue.  Often an equal number of titles simply hasn't been published, or perhaps the information was distributed only as a flyer at the county fair.  In some extreme cases, the publisher or producer may refuse to sell to any agency of government, including libraries.  Access to the Internet has greatly increased our ability to provide material not available through more traditional means, but even with this access, representation may not necessarily mean equal numbers of items espousing opposing views.

The reconsideration procedure is another area that can cause confusion.  If users repeatedly see their requests to remove material denied, they think we're not taking those requests seriously and discount the entire process.  People assume that if we don't agree with them, we're acting on our personal beliefs rather than objectively considering the work and the needs of the entire community, and applying a procedure adopted by the library board.

Judging by the number of complaints dealing with material available to children, the biggest problems occur when parents don't understand our role in serving children.  First, they assume our collections won't include books they find offensive; or, if they do, that we will make the same decisions about what their children are allowed to check out that they would. They also don't understand that the library, as an agency of government, has to follow different rules about restricting access to information than a private business."[14]

## COLLECTION DEVELOPMENT AND MANAGEMENT

One of the points of continuing misunderstanding is the basis of collection development – how we choose the material we add to the library.  Some believe that librarians are the censors, because we choose to select certain books over others.  The seminal article on this issue, "Not Censorship, but Selection," was written in 1953 by Lester Asheim and is still taught in many library schools today.

In it, Mr. Asheim discusses the inherent difference between the selector and the censor, a difference he claims lies in the librarian's intent.  "Selection, then, begins with a presumption in favor of liberty of thought; censorship, with a presumption in favor of thought control.  Selection's approach to the book is positive, seeking its values in the book as a book, and in the book as a whole.  Censorship's approach is negative, seeking for vulnerable characteristics wherever they can be found – anywhere within the book, or even outside it.  Selection seeks to protect the right of the reader to read; censorship seeks to protect – not the right – but the reader himself from the fancied effects of his reading.  The selector has faith in the intelligence of the reader; the censor has faith only in his own.  In other words, selection is democratic while censorship is

---

[14] June Pinnell-Stephens, "Libraries: A Misunderstood American Value," <u>American Libraries</u>, June/July 1999, 76,78.

authoritarian, and in our democracy we have traditionally tended to put our trust in the selector rather than in the censor."[15]

Collection development (CD), then, begins with the selector's efforts to provide access to material that is in accord with the library's material selection policy as adopted by the governing body. CD also plays a critical role in helping to fulfill the library's mission to serve its users. The mission statement can range from a single sentence to several paragraphs, but most describe the goals of the library in serving the community; those goals usually include providing resources and services to support the educational, recreational, and informational needs of the users. Implicit in those goals is the role of the library in providing a wide range of resources from which the user may choose those items that s/he finds appropriate for him/herself and family.

Another aspect of building the library's CD document is determining the community the library will serve. For schools, the library's community includes the students, faculty, and administrators, and these libraries develop collections that support the curriculum and provide recreational material to encourage students to develop the habit of reading. For academic libraries, the community also includes the students, faculty, and administrators, but many academic libraries offer at least some service to people in the local community. These collections are focused on the curriculum, the degrees the institution offers, and the research conducted by the faculty. In special libraries, like the newsroom library I mentioned, the community is limited to the reporters and editors, with occasional help to staff in other departments, and the collection is usually a small number of standard reference titles. They do, however, have a number of online resources to give them the quick answers they need for a deadline.

A public library has a much broader mandate, and its community is usually composed of anyone who contributes to the county tax base or has proof of residency in the geographic area the library serves. The public library collection, therefore, must have everything for everybody to do its job, which is clearly an impossible task. To help narrow the collecting goals, the library adopts a material selection policy and/or a collection development plan. Many libraries also develop cooperative collection development agreements, designed to minimize unnecessary duplication of material among cooperating libraries and to maximize the total resources available to all users. These agreements, for example, allow the public library to avoid purchasing advanced astrophysics texts and to provide the children's books that students at the university need for their education majors.

One problem every library faces, especially a public library, is not recognizing the minority groups in the community. In many libraries, the trustees and professional and support staff tend to be composed of the dominant group, and they often don't recognize the need for material by and about the other groups. A comment I often hear is "Why should we buy material by or about (fill in the ethnic group) – we don't have any of "those" people in our community." While it's possible there isn't anyone from any particular group, I think it's more likely those in the dominant groups simply don't recognize them.

Last fall, I participated in a panel discussion at the Joint Conference for Librarians of Color, and I spoke about the importance of including material that represented every face and every voice of those in the community, as well as material about faces and voices from other places, to open a window to those cultures and to help provide a comprehensive view of our society and world. I received a request for a copy of my speech from Maralee Waidner, Collection Development Specialist for the Tulsa City-County Library, and I sent her these comments:

> Several years ago, I heard Judith Krug of ALA's Office for Intellectual Freedom describe a presentation by Paula Johnson, a YA author.

---

[15] Lester Asheim, "Not Censorship But Selection," <u>Wilson Library Bulletin</u> Sept. 1953: 63-67.

114

Paula had spent her early years in the segregated South, where she was not allowed to enter the "whites only" library and where the "colored" library was anything but "equal."

Then her family moved North. She went to the local library and half expected someone to prevent her from entering. Not only was she allowed to enter, when she did, she saw books that reflected her face and her life. At that point she felt she belonged in this new community and was part of it.

I've never forgotten that incident, and I think it epitomizes our responsibility as collection development librarians to include material that reflects *every* face in the communities we serve. As homogenous as some of our communities may seem, there are always people of different race, ethnic background, religion, or orientation, and they deserve to find material that speaks to their lives, as well. In addition, providing material that reflects these segments of our communities allows those in the majority group to learn about the "other" people in their midst.

Often, however, these items are the focus of challenges, usually by the majority. Rather than trying to avoid confrontation by excluding material we anticipate *might* be controversial, we need to embrace challenges as an opportunity to educate our communities about the role of the library in a democracy.

Our responsibility is to provide material for *all* the people we serve; it is each user's responsibility to determine which of those items he or she finds appropriate. If we allow a vocal group, even a large majority group in our community, to prevent us from including a full spectrum of voices, we deny the constitutional basis of the library, which is derived from the 1st Amendment.

As one judge said, the library is the "quintessential locus for the receipt of information," which makes the use of a public library a corollary 1st Amendment right. That right protects the individual from the "tyranny of the majority," and it should inform our selection policies and practices.

I sympathize with those of you on what sometimes seems to be a battleground, since I've spent some time there myself, and you may not prevail in every instance. It's been my experience in responding to challenges that there are three groups (I think of them as rings) of people:

- In front are the folks who are in your face – they will never be your friends, and you won't convert them
- At the back are staunch library supporters – they will always be your friends, and you don't need to convert them
- In the middle are the majority of folks in your community – they can be educated about the role of the library, and they are your target audience.

In the end, our role is to serve each person in our communities by providing collections that reflect each individual's face and voice, particularly when those faces and voices fall outside the majority's preferred viewpoint. Realizing that goal may take time and may not be easy, but I think it's the most profound obligation of our profession.[16]

Collection Development itself has been defined as an organized, logical, long-term process designed to provide and maintain access to library resources that reflect the users' needs and interests. The CD plan provides a guide to the library's collections so that everyone knows, in advance, what the library will add and why. It also tells the public how to participate in the

---

[16] June Pinnell-Stephens, "RE: a Request from Oklahoma" with attachment, E-mail to Mary Waidner, 14 Feb. 2007.

115

selection process and how to object to items a user may want to remove from the library. In many libraries, a Material Selection Policy is available separately from the CD Plan, as the selection policy describes the criteria by which the library will judge potential additions and how to register a request to remove an item, but it rarely covers the detail in a CD Plan. In fact, some libraries, especially small libraries, have only a selection policy, or sometimes nothing at all.

A CD plan is much more comprehensive than the selection policy and discusses specifics of all sections of the collection and how they're managed. In my library, the selection policy is available separately and on the library's web site. It is also incorporated in the CD plan, which is not available on the library's web page, but can be examined at the Reference Desk. This excerpt from the index provides an overview of the Plan's coverage:

**FAIRBANKS NORTH STAR BOROUGH PUBLIC LIBRARIES
COLLECTION DEVELOPMENT PLAN**

| IV. | **Intellectual Freedom** | p. 4 |
|-----|--------------------------|------|
| V. | **Selection** | p. 5 |
| | A. General Criteria for the Evaluation of Library Materials | |
| | B. Specific Criteria for the Evaluation of Works of Information and Opinion | |
| | C. Specific Criteria for the Evaluation of Works of Imagination | |
| | D. Best Seller Lists | |
| VI. | **Collection Management** | p. 6 |
| | A. Conspectus Method | |
| | B. Cooperative Collection Development | |
| | C. Selection Responsibilities | |
| | D. Collection Assessment and Other Duties | |
| | E. Acquisitions | |
| | F. Processing and Cataloging | |
| | G. Discarding | |
| | H. Replacements/Rebinding | |
| | I. Duplication of Materials | |
| | J. Donations/Memorials | |
| | K. Local Authors Collection | |
| | L. Addition of Formats or Collections | |
| | M. New Books | |
| | N. Staff Picks | |
| | O. Collection Maintenance | |
| VII. | **Collection Descriptions** | p. 9 |
| | A. Alaskana Collection | |
| | B. Audio-Visual Collection | |
| | C. North Pole Library Collection | |
| | D. Periodicals Collection | |
| | E. Reference Collection | |
| | F. Regional Services Collection | |
| | G. Youth Collection | |
| | H. Other Collections[17] | |

In the Plan, the section on Intellectual Freedom covers the Intellectual Freedom documents from ALA that the Library Commission incorporates, and the section on Selection is the Material Selection Policy adopted by the Commission. The Collection Management and Collection Descriptions sections provide the details that guide the Collection Services Manager and inform the public about collection issues and questions. For example, the Donations/Memorials section, shown below, helps the staff answer questions in an area that can be very sensitive:

---

[17] Fairbanks North Star Borough Public Library, <u>Fairbanks North Star Borough Public Libraries Collection Development Plan</u>, (Fairbanks: Public Library: 2004) 1-2.

116

**J.    Donations/Memorials**
        Donations of books, magazines, and audiovisual items will be accepted with the provision that they will be subject to the standard selection criteria and procedures of the library. Donated materials not added to the collection will be made available to the public through the book sale, and funds raised through this sale will be used to purchase needed library materials. The library will acknowledge receipt of donations if requested, but will not give a monetary valuation for materials received.
        Memorials and gift monies will be accepted, and materials purchased for the library collection with these funds are also subject to selection procedures and criteria.  The library will acknowledge contributions and provide a memorial book plate (Appendix L) when requested.[18]

The Collections Descriptions section provides a detailed picture of material in that part of the library and how it is managed.  This example from the Youth Collection demonstrates the detail that makes the Plan such a valuable document:

**G.    Youth Collection**
        The library is a primary collector for youth materials in the North Star Libraries agreement and purchases material both for children and for adults who work with them.
        1.      Formats/Collections
                • Books – picture books, beginning readers, juvenile fiction and nonfiction, and young adult fiction and nonfiction
                • Reference sources related to youth materials and services
                • Periodicals
                • Videos
                • Cassettes
                • CDs
                • Books on tape
                • CD-ROMs
                • Book bags
                • Storyteller's Shelf
                • Web sites for the Internet stations in the designated children's area
        2.      Specific Selection Criteria
                • Quality of illustration, especially for picture books
                • Clarity of presentation, especially for nonfiction
        3.      Management
                • Selection of youth materials is performed by the Youth Services Librarian in cooperation with the North Pole Librarian
                • Picture books, including beginning readers; a limited selection of children's poetry; and juvenile fiction, reference, periodicals, videos, DVDs, books on tape or CD, book bags and CD-ROMs are shelved in the Berry Room
                • Videos and DVDs based on juvenile fiction and picture books are shelved in the Berry Room, except for those films intended for an adult or general audience
                • Young adult fiction and books on tape or CD are shelved in the Young Adult area.
                • Juvenile and young adult nonfiction is interfiled with the adult nonfiction collection
                • Juvenile Alaskana is shelved with the Alaska collection
                • Material on the Storyteller's Shelf is intended for use by the staff for programs and does not circulate

---

[18] Fairbanks North Star Borough Public Library, 7.

- Last copies of picture books, juvenile fiction, and young adult fiction no longer suitable for circulation are retained in the Collection Development storage area
- Realia, vertical file material, coloring books, workbooks, and textbooks are not purchased
- Web site lists for the Internet stations in the designated children's area will be selected by the Youth Services Librarian and maintained by the Automated Services staff.[19]

The Fairbanks CD plan is more detailed than most small libraries require, but it does guide the staff and inform the public when questions arise about any part of the collection. We were honored to have either all or part of the Plan in at least two editions of Richard Wood's <u>Library Collection Development Policies: a Reference and Writers' Handbook</u>, a standard text for library school classes in CD.

## THE INTERNET IN LIBRARIES

Like most libraries, we experienced requests to remove items from the collection, and although we received on average a written formal complaint every other month, only two of them during my tenure followed through to a public hearing before the Library Commission. I considered that both of those incidents were an opportunity to educate the public about the library's role in a democracy.

Also like most libraries, we didn't know what to expect when we installed Internet stations in the library. In the past, libraries usually experienced complaints when they introduced new formats. For example, ALA's Office for Intellectual Freedom received 26 challenges to videos in 1991; in 2006, the number was 6, and that pattern seems to be fairly consistent with other non-book challenges.[20] We expected a similar response here.

Fortunately, our existing policies and procedures were flexible enough under the following sections and specific criteria to let us incorporate the Internet as we would any other single library resource. These excerpts from the selection policy are examples of criteria that we felt applied to the Internet:

"Materials are judged on total effect rather than specific illustrations, words, passages, or scenes which in themselves may be considered by some to be offensive. …
"Expanding areas of knowledge, changing social values, technological advances, and cultural differences require flexibility, open mindedness, and responsiveness in the evaluation and re-evaluation of all library materials. …
Among the general and specific criteria for considering resources that apply to the Internet are

- Relation to existing collection and other material on the subject;
- Present and potential relevance to community needs;
- Appropriateness and effectiveness of medium to content;
- Importance as a document of the times;
- Representation of challenging works, including extreme and/or minority points of view;
- Contribution to subject balance of the entire collection.[21]

---

[19] Fairbanks North Star Borough Public Library, 12-13.
[20] Nanette Perez, "Non-Book Challenges" (database report), 25 July 2007.
[21] Fairbanks North Star Borough Public Library, 5.

118

Before we opened the internet stations to the public, we wrote our Internet Use Policy and procedures. We had purchased furniture that recessed the monitors below a glass cover and provided privacy screens, which slide over the monitor screen and block viewing by anyone not sitting directly in front of it, for stations sitting on the desktop. These items protect the user's privacy and minimize incidental exposure to material potentially offensive to others. We also moved the stations away from the primary aisles to further minimize exposure. When opening day came, we crossed our fingers and got ready to handle complaints. The biggest problems we had focused on managing the time limits we had to put in place to maximize the use of this resource – we simply didn't have enough work stations to handle the demand.

The North Central Regional Library (NCRL) chose a different method. These excerpts from their Internet Public Use Policy illustrate their approach:

> "Internet access is offered as one of many information resources supporting that mission. "The library district recognizes that it cannot fully control the amount of material accessible through the Internet but will take reasonable steps to apply to the Internet the selection criteria stated in the Collection Development Guidelines and Procedures."[22]

In other words, they indicate they will treat each individual web site as they would each individual book they consider, a task I believe is impossible for libraries.

As I wrote in an article published in <u>American Libraries</u>, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning,"

> "If the true process of selection were applied to the Internet as a whole, libraries would make available only those specific sites they actively located, evaluated, and added to their systems from the millions and millions of sites on the Web. Libraries do not approach the Internet in this way, and providing access to the Internet is not the same as selection."[23]

For eight years, we did not receive a single formal complaint, not from the main library or our small branch. During that time, Congress passed the Children's Internet Protection Act (CIPA). When the challenge to the Act failed, we discussed how we'd handle it. The entire staff was opposed to using filters, mostly because we knew they both overblocked and unblocked Internet sites, i.e., they block sites they should not and let sites through that users, especially parents, would expect to be blocked.

Because of these flaws, we believe that filters give parents a false sense of security and do not protect children or keep them safe. Also, we felt the use of filters would violate our policies, because they restrict users, particularly adults, from accessing material protected under the 1st Amendment. Since the only libraries required to use filters are those that accept E-rate funds, we decided to decline the funds – for us, only about $2,600 – and manage Internet use with other means.

Here again, NCRL chose a different approach, as these excerpts from their "Internet Public Use Policy" show:

> "All Internet access on NCRL library computers is filtered. …
> "The library district does not host customer e-mail accounts or provide access to chat rooms."[24]

---

[22] North Central Regional Library, <u>Internet Use Policy</u>, n.d.: n.p.
[23] June Pinnell-Stephens, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," <u>American Libraries</u>, Oct. 2002: 70, 72
[24] North Central Regional Library, n.p.

Their policy does not allow for adults to request that the filter be disabled during their session. Also, blocking access to chat rooms would prevent many high school students from doing their homework, as teachers often require access to chat rooms for their assignments. In my view, theses practices violate the basic mission of a public library.

Unfortunately, one of our local politicians decided that protecting children from "pornography on the Internet" would be a good campaign issue, and the Assembly passed an ordinance that required the library to install filters on all library computers, at a cost of $26,000.

In order to manage the stations more efficiently, we purchased a system that requires users to sign up for sessions with their library cards. It freed the reference staff from having to sign everyone up manually, and it automatically shuts the terminal down and clears the cache when the session times out. Clearing the cache not only helps protect the user's privacy, it clears out any unwelcome screens when the next person starts his/her session

In our Internet Use Policy, which is posted at every grouping of stations, we alert the users that the computers are filtered and tell them they have a right to ask the staff to remove the filters at any point in their session. We also allow parents to ask for the filters to be removed for their children, so long as they remain in the building. Although we won't be able to remove the filters entirely unless the Assembly rescinds the ordinance, we're doing everything we can to minimize their impact. This is our use policy, taken from "FNSB Libraries and the Internet: Issues, Procedures, and Programs", available on the library's web site:

CURRENT LIBRARY PROCEDURES*
- **_The library offers full access to the Internet at terminals available to the public._**
  The library currently offers access to the Internet at the Noel Wien library on terminals located near the Reference Desk and in the Berry Room, and also at the North Pole branch library. Use is governed by the regulations listed below.

Filtering Software:
- Filtering software is enabled on all the Internet and QuickNet workstations. If users want the staff to disable the filtering software, they must agree to the library's regulations and may be asked to prove they are at least 17 years old.
- Parents and legal guardians may request that the staff disable the filtering software for their own children, as long as the parent or guardian remains at the library. Others who request unfiltered workstations are responsible for preventing access by anyone younger than 17 years old during their sessions.

All Workstations:
- Users are responsible for what they choose to view on the Internet.
- Parents or legal guardians are responsible for determining the nature of their own children's use of the Internet, including the use of email, chat rooms, or other direct electronic communication.
- Users are required to observe the Rules for Use of the Library when using the Internet, copies of which can be obtained at the Reference Desk.
- All use of library Internet workstations is limited to lawful purposes. Users are required to observe all federal, state and local laws that may govern use of the Internet. These laws include, but are not limited to, those that regulate distribution of obscenity, possession of child pornography, fraud, theft, libel, harassment, invasion of privacy, disclosure of information that identifies a minor, copyright or patent infringement, unauthorized access, and, for users younger than 17 years of age, access to material harmful to minors.
- Objections to the Internet as a library resource will be handled according to the library's Reconsideration of Library Materials procedure, copies of which can be obtained at the Reference Desk.
- No more than two people may use a station at the same time.

- Charges for printing from the Internet are $.50 per page for color prints (available only at Noel Wien library through the centralized printing system) or $.10 per page for black and white prints.

Noel Wien Library Reserved Workstations

- Users must sign up through the PC Reservation system to use the main Internet stations.
- FNSB residents are required to use their library cards to make reservations. Internet-only cards are available for others.
- Reserved sessions are available for the current day and for up to 7 days in advance.
- Sessions may be reserved for 55 minutes. Shorter sessions may be available, depending on the reservation schedule for the day.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the system will automatically make the session available to others.
- Users are limited to one session per day, regardless of the length of the session.
- Users must log in their card number and pin to guarantee their sessions.

Noel Wien QuickNet Workstations:

- Users do not need to sign up for QuickNet stations.
- Sessions are limited to 15 minutes when someone is waiting to use this station.
- Users are encouraged to wait in the designated seating area since there are no reserved sessions for this station.

Noel Wien Library Berry Room Workstations:

- All sites accessible on the Berry Room workstations will be selected by library staff.
- Users must sign up through the Berry Room desk to use the Berry Room Internet stations. Users who have not signed up will be required to give up their places if someone else reserves the workstation.
- Sessions are reserved on a first-come, first-served basis.
- Reserved sessions are available for the current day only, and can be made either in person or by telephone.
- Sessions may be reserved for 1 hour or 30 minutes, beginning on the hour or half hour.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the session will be available to others.
- Users are limited to one hour per day

North Pole Library Workstations

- Users must sign up at the Reference Desk to use the Internet workstations.
- Reserved sessions are available for the current day only.
- Sessions may be reserved for 1 hour or 30 minutes, beginning on the hour or the half-hour.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the session will be available to others.
- Users are limited to one hour per day.[25]


Libraries have found many ways to address the problem of filters, particularly their overblocking of protected speech. Marjorie Heins's report, Internet Filters: a Public Policy Report has some helpful recommendations for selecting and managing filters. They include:

- "Avoiding filters manufactured by companies whose blocking categories reflect a particular ideological viewpoint. These may be appropriate for home or church use, but not for public libraries and schools;
- Choosing filters that easily permit disabling, as well as unblocking of particular wrongly blocked sites;

---

[25] Fairbanks North Star Borough Public Library, "FNSB Libraries and the Internet: Issues, Procedures, and Programs," (Fairbanks, 23 March 2005): 5-6.

121

- Only activating the 'sexually explicit' or similar filtering category, since CIPA only requires blocking of obscenity, child pornography, and 'harmful to minors' material, all of which must, under the law, contain 'prurient' or 'lascivious' sexual content;
- Establishing a simple, efficient process for changing incorrect or unnecessary settings;
- Promptly and efficiently disabling filters on request from adults, or, if permitted by the portion of CIPA that applies to them, from minors as well;
- Configuring the default page – what the library user sees when a URL is blocked – to educate the user on how the filter works and how to request disabling;
- Developing educational approaches to online literacy and Internet safety. Despite the superficial appeal of filters, they are not a solution to concerns about pornography or other questionable content online. Internet training, sex education, and media literacy are the best ways to protect the next generation." [26]

Other libraries provide options that include allowing adult users to opt for an unfiltered session at login without having to ask the library staff. Especially in a small library, just asking for an unfiltered session could translate to "Fred was looking at porn at the library" by the local gossips. Some libraries have filtered stations in the children's area and unfiltered stations in the rest of the library, while others have only "white sites," i.e., sites that the library staff has reviewed and selected, available for the children's computers. Recognizing that some adults actually prefer a filtered session, other libraries establish the adult workstations as unfiltered, and then provide desktop icons that can apply the filter of their choice.

Technical options like these, along with privacy screens, recessed monitors, workstations placed out of the main traffic flow, and central printing stations, all help protect the user's privacy while (in general) still allowing the library to comply with CIPA's requirements. One of the most important aspects of Internet use in the library is offering training for children and their parents, so they both understand how to use the Internet effectively and safely. In fact, this training is the best way to provide for safety for children on the Internet, instead of leaving it up to software that we know doesn't work.

Our library isn't very big, and our community is primarily conservative, but even so we did not have a single formal complaint about the Internet because we used procedures that addressed the time/place/manner issues instead of the content. I believe this approach is especially important in small, remote libraries where the Internet represents the library's best opportunity to approach the goal of providing material from all points of view and addressing the full range of informational and recreational needs of its users. If those users can't afford to connect on their own, the library may be the only option for them.

One example of the importance of the Internet in remote or rural libraries occurred after Hurricane Katrina ravaged New Orleans and the Gulf Coast. I attended the ALA Annual Conference that was held in New Orleans the summer after Katrina, and everyone talked about how much they appreciated their libraries. The event planner at the hotel where I stayed told me they appreciated us so much because of how much the libraries helped evacuees as they traveled, trying to find someplace to stay. The Internet was the only way they had of finding and/or keeping track of family and friends, and libraries were about the only place they could go for access to the Internet.

According to this article in Library Journal, "Libraries Damaged, Librarians Respond, After Hurricane's Fury:"

"As the flood waters rose in the coastal sections of storm-tossed Louisiana and neighboring states in early September, librarians also rose to meet the needs of their own

---

[26] Marjorie Heins, Christina Cho, and Ariel Feldman, Internet Filters: a Public Policy Report, (New York: Brennan Center for Justice, 2006) 73.

patrons and evacuees. Though many people were missing and buildings destroyed following the destructive wrath of Hurricane Katrina, Louisiana State Librarian Rebecca Hamilton told LJ that library staffers had mobilized quickly to keep services running.

"People in Louisiana are unusually generous. Libraries stayed open over the Labor Day weekend, staff are driving vans back and forth to shelters, and they're issuing temporary library cards so refugees can borrow books and use computers to contact relatives via email," she said. The state library mounted information on its web site for all those without phone service (www.state.lib.la.us/index.cfm) and established a relief fund.

"If you came to our branches, you'd see all the victims of the hurricane," said library director Lydia Acosta [East Baton Rouge Parish Library]. "On September 1, we opened up and went on the FEMA [Federal Emergency Management Agency] web site, downloaded the forms, and made multiple copies." She said library staffers were helping evacuees complete job applications and get on bulletin boards for missing persons.

"We've set aside our circulation rules," Acosta added. "If you're here, we'll treat you as a resident for the next 12 months."

"In Lafayette, library director Sona J. Dombourian said, "The Cajundome was morphed into a refugee center, and our staff provided library outreach. We have configured a computer center there. We are also providing information and books to those evacuees."[27]

As a result of this experience, many communities are now including libraries in their emergency response planning, because libraries are best suited to help the public with finding both people and information.

As the Internet becomes a more critical part of life, we need to protect our users' rights to use the Internet just as vigorously as we do their right to use the rest of the resources in the library and their privacy in doing so
.

Quoting again from my article, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," "Most important in this consideration [of whether or not to use filters] is Asheim's analysis of motivation.  Software filters are used to prevent users from having access to potentially objectionable material, not to seek and include potentially valuable and useful material. Furthermore, they prevent the users from making that determination themselves and seek 'to protect – not the right – but the reader himself from the fancied effects of his reading.'  This is censorship, not selection."[28]

On July 2, 1997, the ALA Council adopted the <u>Resolution on the Use of Filtering Software in Libraries</u>.  The resolved clause states, "Resolved, That the American Library Association affirms that the use of filtering software by libraries to block access to constitutionally protected speech violates the *Library Bill of Rights*."  At that time, CIPA had not even been introduced, but the Council reaffirmed this policy after the CIPA challenge failed, to emphasize our commitment to these principles.

I support the ALA resolution and believe that libraries can only fulfill their missions and ethical obligations by providing ways to disable filters for adults that allow both expeditious and private access to the material on the Internet they choose to examine.  Especially in small, remote communities, the library has an obligation to provide all possible resources.  From *Libraries: an American Value*:

"We celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the

---

[27] Andrew Albanese, et al, "Libraries Damaged, Librarians Respond, After Hurricane's Fury," <u>Library Journal</u>, 15 Sept. 2005: 16-17.
[28] June Pinnell-Stephens, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," 72.

123

opportunity to become lifelong learners - informed, literate, educated, and culturally enriched."[29]

---

[29] "Libraries: an American Value," 267.

124

# REFERENCES

Albanese, Andrew, et al. "Libraries Damaged, Librarians Respond, After Hurricane's Fury," Library Journal, 15 Sept. 2005: 16-17.
http://search.ebscohost.com/login.aspx?direct=true&db=f5h&AN=18372769&site=ehost-live

Asheim, Lester. "Not Censorship But Selection." Wilson Library Bulletin Sept. 1953: 63-67.
www.ala.org/ala/oif/basics/notcensorship.htm

"California Library Compromises on Filters." Newsletter on Intellectual Freedom Jan. 2006: 6.

Chmara, Theresa. "Quick Summary of CIPA Decision," Chicago: American Library Association, 2003.

"Code of Ethics of the American Library Association." Intellectual Freedom Manual, 7th ed. Chicago: American Library Association, 2006.
http://www.ala.org/ala/oif/statementspols/codeofethics/codeethics.htm

Doyle, Robert P. Banned Books: 2004 Resource Book. Chicago: American Library Association, 2004.

Fairbanks North Star Borough Public Library. Collection Development Plan. 1 April 2004

Fairbanks North Star Borough Public Library. FNSB Libraries and the Internet: Issues, Procedures and Programs. 28 April 2004  23 March 2005
http://library.fnsb.lib.ak.us/books/libpolicies.php

Fairbanks North Star Borough Public Library. Material Selection Policy. 1 Dec. 2001
http://library.fnsb.lib.ak.us/books/policies.php#material.

"Guidelines and Considerations for Developing a Public Library Internet Use Policy." Nov. 2000. American Library Association. 2 Aug. 2007.
http://www.ala.org/Template.cfm?Section=otherpolicies&Template=/ContentManagement/ContentDisplay.cfm&ContentID=78185

Heins, Marjorie, Christina Cho, and Ariel Feldman. Internet Filters: a Public Policy Report, 2nd ed. New York: Brennan Center for Justice at New York University School of Law, 2006.
http://www.fepproject.org/policyreports/filters2intro.html

Highlights of Supreme Court Decision Striking Down the Communications Decency Act.
Washington, D.C.: Jenner & Block. N.d.

Intellectual Freedom Manual, 7th ed. Chicago: American Library Association, 2006.
http://www.ala.org/ala/oif/iftoolkits/ifmanual/intellectual.htm

"Internet Filters Screen Out Political, Scientific Material Well Beyond State Intent, Report Finds." Newsletter on Intellectual Freedom July 2006: 178.

"Internet Use in Libraries: ALA Library Fact Sheet #26." Nov. 2003. American Library Association. 2 Aug. 2007.
http://www.ala.org/ala/alalibrary/libraryfactsheet/alalibraryfactsheet26.cfm

"Libraries: an American Value." Intellectual Freedom Manual. Chicago: American Library Association, 2006.
http://www.ala.org/ala/oif/statementspols/americanvalue/librariesamerican.htm

125

"Libraries and the Internet Toolkit: Tips and Guidance for Managing and Communicating about the Internet." Dec. 2003. American Library Association. 2 Aug. 2007. www.ala.org/ala/oif/iftoolkits/litoolkit/Default2338.htm - 48k - 2007-07-12

"Library Bill of Rights." Intellectual Freedom Manual, 7th ed. Chicago: American Library Association, 2006. http://www.ala.org/ala/oif/statementspols/statementsif/librarybillrights.htm

Mattson, Kevin. "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana." Libraries & Culture Fall 2000: 514-534.

McCrossen, Alexis. "'One Cathedral More' or 'Mere Lounging Places for Bummers'? The Cultural Politics of Leisure and the Public Library in Gilded Age America." Libraries & Culture Spring 2006: 169-188.

North Central Regional Library. Collection Development Policy. n.d. http://www.ncrl.org/resources/policy.html#0

North Central Regional Library. Internet Use Policy. n.d. http://www.ncrl.org/resources/policy.html#0

North Central Regional Library. Library Material. n.d. http://www.ncrl.org/resources/policy.html#VI

OCLC WorldCat search (audience: juvenile, subject: homosexuality), July 2007

"Overzealous Filters Hinder Research." Newsletter on Intellectual Freedom Jan. 2006: 4-5.

Nanette Perez, "Non-Book Challenges" (database report). American Library Association: July 2007.

Pinnell-Stephens, June. "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning." American Libraries Oct. 2002: 70, 72. http://www.ala.org/Template.cfm?Section=basics&Template=/ContentManagement/ContentDisplay.cfm&ContentID=76448

Pinnell-Stephens, June. "Libraries: a Misunderstood American Value." American Libraries June/July 1999: 76, 78, 81.

Pinnell-Stephens, June. "RE: A Request from Oklahoma" with attachment. E-mail to M. Waidner. 6 March 2007.

"Resolution on the Use of Filtering Software in Libraries." 2 July 1997. American Library Association Council. 2 Aug. 2007. http://www.ala.org/Template.cfm?Section=ifresolutions&Template=/ContentManagement/ContentDisplay.cfm&ContentID=13076

"Rhode Island Libraries Ease Internet Restrictions," Newsletter on Intellectual Freedom Jan. 2006: 5

Waidner, Mary. "A Request from Oklahoma." E-mail to J. Pinnell-Stephens. 14 Feb. 2007

Wiegand, Wayne. "Collecting Contested Titles: the Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956." Libraries & Culture Summer 2005: 368-384.

Wood, Richard J. and Frank W. Hoffman. Library Collection Development Policies: a Reference and Writers' Handbook, New York: Rowman and Littlefield Publishers, 2003.

126

**RESUME**

**JUNE A. PINNELL-STEPHENS**

**PROFESSIONAL EXPERIENCE**

**LIBRARIES:**

| | |
|---|---|
| Oct. 1988-<br>Feb. 2006 | **Collection Services Manager**<br>Fairbanks North Star Borough Public Library<br>Fairbanks, Alaska |

Responsibilities:Develop and implement goals, objectives and procedures for the Collection Services Department; prepare and monitor the library materials budget, direct the acquisition of library materials, evaluate vendor performance, and prepare management reports; develop and maintain the Collection Development Plan for the library; compile and maintain the Conspectus for the library and the Alaska Conspectus Consortium, direct collection assessment and train staff as necessary; review library selections, discards and donations for compliance with the goals outlined in the Collection Development Plan and Conspectus; develop and manage the peridicals and continuations collections; represent the library in local, statewide and regional collection development activities and determine the library's commitment for collecting responsibilities; provide reference and user guidance services; and supervise department staff.

| | |
|---|---|
| Jan. 1988-<br>Oct. 1988 | **Librarian**<br>Fairbanks North Star Borough Public Library<br>Fairbanks, Alaska |

Responsibilities:Assist in selection of children's materials; provide library programming; and provide reference and user guidance services.

| | |
|---|---|
| Sept. 1982-<br>Nov. 1983 | **Newsroom Librarian**<br>Fairbanks Daily News-Miner<br>Fairbanks, Alaska |

Responsibilities:Index current issues of the newspaper in cooperation with the Alaska Newspaper Index Project; establish and maintain files of photographs, maps and graphics; provide reference assistance to reporters and other newspaper staff; develop a reference collection; and plan and maintain the library facility and equipment.

| | |
|---|---|
| Summer 1982 | **Reference Librarian**<br>Rasmuson Library<br>University of Alaska, Fairbanks<br>Fairbanks, Alaska |

127

<u>Responsibilities</u>:Provide reference and user guidance services; and upgrade the children's literature collection in coordination with the Catalog and Acquisition Departments. (Temporary position)

Aug. 1980-      **Community College Librarian**
Mar. 1982       Matanuska-Susitna Community College
                University of Alaska
                Palmer, Alaska

       <u>Responsibilities</u>:      Develop and implement policies and procedures for all library services; plan and manage library facilities, including the design of a new library building; develop, acquire and maintain collections of all library materials; coordinate library services and collections with the college admininstration and faculty; provide reference and user guidance services; and supervise library personnel.

Oct. 1976-      **Coordinator of Children's and Young Adult Services**
July 1980       Bellingham Public Library
                Bellingham, Washington

<u>Responsibilities</u>:Develop and implement policies and procedures for the Children's and Young Adult Department; select and maintain collections of all materials for children and young adults; coordinate library services with schools, community groups, city departments and other agencies; provide reference and reader's guidance services; provide extensive library programming; and supervise department personnel.

June 1973-      **Children's Librarian**
Oct. 1976       King County Library System
                Bothell Public Library
                Seattle, Washington

<u>Responsibilities</u>:Select and maintain the children's collection; provide reference and reader's guidance services; provide extensive library programming; coordinate library services with schools and community groups; and supervise pages.

June 1972-      **Librarian**
June 1973       King County Library System
                Kirkland Public Library
                Seattle, Washington

<u>Responsibilities</u>:Provide reference services; develop and maintain special collections; assist in book selection; and supervise pages.

**BUSINESS:**

Oct. 1999 -     **Consultant**
Jan. 2002       OCLC/WLN
                Lacey, Washington

<u>Services</u>:        Provide training in Conspectus and assessment methodology and in Automated Collection Analysis Services

128

Mar. 1987-    **Principal**
Oct. 1988    Professional Information Resources
    Fairbanks, Alaska

Services:    Database searches, document delivery, and library and archival
    research.

Nov. 1985-    **Senior Research Associate**
Mar. 1987    ASK* Information Search
    Anchorage, Alaska

Responsibilities:Develop and conduct projects related to information organization and delivery; participate in marketing and public opinion research projects as feasible; perform database searches; and represent ASK* in Fairbanks.

**GRANTS AND CONTRACTS:**

Jan. 2003-    Alaska Federation of Natives, Alaska Humanities Forum, Alaska Library
Dec. 2003    Association, Alaska State Library

Project:  Protect and promote the Alaska Native Interviews and Alaska Native Oral Literature collections by digitizing and distributing them throughout the regions where they were originally recorded.

Oct. 1996-    Western Library Network
Mar. 1997    Lacey, Washington

Project:  Revise the LC version of the Conspectus to provide compliance with current LC classification schedules and to correct problems with classification overlap and

Mar. 1986    Northwest Arctic School District
    Kotzebue, Alaska

Project: Organize, catalog and shelve the district's collection of instructional computer software with student workbooks and teacher guides; write a user's guide; and train media center aides in using the system.

Feb. 1985-    Rasmuson Library
June 1985    University of Alaska, Fairbanks
    Fairbanks, Alaska

Project: Establish a name authority file for the Alaska indexing portion of the library's information system; identify and correct mistakes and discrepancies in the Alaska Newspaper Index; finish miscellaneous newspaper indexing; and write preliminary guidelines for future newspaper indexing.  Grant written by Rasmuson Library and funded by the Alaska State Library.

Jan. 1985-    Northwest Arctic School District
May 1985    Kotzebue, Alaska

Project: Weed and inventory village school library collections; correct problems with card catalogs as possible; train on-site personnel in basic library procedures; and evaluate current procedures and recommend changes as necessary.

3  129

| | |
|---|---|
| Mar. 1984- | Fairbanks North Star Borough Public Library |
| June 1984 | Fairbanks, Alaska |

<u>Project</u>: Index <u>Tundra Times</u> newspaper retrospectively; and develop procedures and a thesaurus for the Alaska Newspaper Index in cooperation with the project head at Rasmuson Library, University of Alaska, Fairbanks.  Grant written by Fairbanks North Star Borough Public Library and funded by Alaska Historical Commission.

## TEACHING:

**Instructor**
>Rural Alaska Honors Institute
>University of Alaska, Fairbanks
>Fairbanks, Alaska
>Summer, 1984: Library Skills

**Instructor**
>Kodiak Community College
>University of Alaska
>Kodiak, Alaska
>Spring, 1984:  LS214, Introduction to Library Services for Children

**Instructor**
>Matanuska-Susitna Community College
>University of Alaska
>Palmer, Alaska
>Summer, 1981: ED304, Literature for Children (Extension course,
>University of Alaska, Anchorage)
>Fall, 1980:  ED193, Storytelling

**Adjunct Faculty**
>Western Washington University
>Education Department, Library Science Program
>Bellingham, Washington
>Summer, 1979: ED445e, Censorship
>Summer, 1978: ED405, Books and Materials for Elementary Schools
>>ED407, Books and Materials for Young Adults

**Instructor**
>Western Washington University
>English Department
>Bellingham, Washington
>Summer, 1977: Children's Literature Seminar - Storytelling in the Classroom

## EDUCATION

## DEGREES:

## Master of Library Science, 1972

4  130

University of Washington
Seattle, Washington

**Bachelor of Arts, English Literature, 1971**
Pomona College
Claremont, California

## COURSES AND SEMINARS:

University of Wisconsin School of Library and Information Studies
Virtual Collection Development, 2001

Alaska Library Association
Negotiating Contracts for Electronic Resources, 1998

University of Alaska Fairbanks
LS 393  Internet and Electronic Research Techniques, 1993

Alaska Library Association
How to Conduct a Library Use/Library User Survey, 1990

American Library Association, Association for Library Collections and Technical Services
Business of Acquisitions Institute, 1989

Dialog Information Retrieval Service
System training, 1982, 1986 & 1989

BRS Information Technologies
System training, 1985

Alaska Library Association
Cost-Benefit Analysis Workshop, 1985

University of Hawaii, Graduate School of Librarianship and Information Science
LS695V  Networking, 1983

Society of American Archivists
Basic Archival and Conservation Workshop, 1982

Alaska State Library and Alaska Library Association
Acquisition and Administration of Map Collections, 1981
AACR2 Workshop, 1981

Matanuska-Susitna Community College
CIS101  Introduction to Data Processing, 1981

City College, Seattle, Washington
Master of Business Administration program, 1979-1980

## PUBLICATIONS

"Saving the Stories." <u>American Libraries,</u> vol. 36, number 11, pp. 46-47 (December, 2005).

"Libraries, Privacy, and Government Information after September 11." <u>PNLA Quarterly</u>, vol. 67, number 4, pp. 6-9 (Summer, 2003).

"Snooping, Secrecy and Suspicion: How the New Laws Affect What the Government Can Find Out and You Can't." <u>Ester Republic</u>, (June, 2003).

"Lester Asheim in Cyberspace: a Tribute to Sound Reasoning." <u>American Libraries</u>, vol. 33, number 9, pp. 70-72 (October, 2002).

"Libraries: A Misunderstood American Value." <u>American Libraries</u>, vol. 30, number 6, pp. 76-81 (June/July, 1999).

"Men with matches." <u>Speaking out! Voices in Celebration of Intellectual Freedom</u>, American Library Association, 1999.

"Communicating information about libraries: the Conspectus visits the Russian Far East." <u>WLN Participant</u>, vol. 14, number 3, pp. 11-13 (Summer, 1995).

"The Second time around: updating and refining assessments at the Fairbanks North Star Borough Library." <u>WLN Participant</u>, vol. 13, number 3, pp. 12-14 (May/June, 1994).

"Shared futures: cooperative collection development and management in Alaska." <u>Collection Building</u>, vol. 13, numbers 2-3, pp. 57-61 (special issue, 1994).

"After assessment: building on the conspectus for collection management." <u>PNLA Quarterly</u>, 57:2+ (Winter, 1993).

"WLN Conspectus in Alaska." <u>WLN Participant</u>, vol. 10, number 6, pp. 6-8 (Nov./Dec. 1991)

"Local Conspectus applications." <u>PNLA Quarterly</u>, 53:22-3 (Spring 1989).

Alaska Library Association Intellectual Freedom Committee. <u>Intellectual Freedom Manual</u>. Alaska State Library, 1985.

Numerous articles concerning intellectual freedom and censorship in Alaska Library Association's <u>Sourdough</u>, Pacific Northwest Library Association's <u>PNLA Quarterly</u>, and American Library Association's <u>Newsletter on Intellectual Freedom</u>, 1984-1989.


## PAPERS AND PRESENTATIONS

American Library Association, Intellectual Freedom Round Table
    "Celebrating the Library Bill of Rights" panel presentation

Alaska Library Association, Juneau, 2007
    "Law for Alaskan Librarians" with Candace Morgan

American Library Association, Joint Conference for Librarians of Color, Dallas, 2006
    "Facing the Challenges" with Judith Krug and Erin Byrne

American Library Association, Law for Librarians, Chicago, 2006
    "Meeting Rooms, Exhibit Spaces, and Other Sticky Bits: Policies to Keep You Out of Court"

Alaska Library Association, Barrow, 2005
        "Banned Books I Have Known" with Judith Krug

Pacific Northwest Library Association, Boise, 2003
        "Censorship, Snooping, and Secrecy:  Privacy and Information in Libraries after 9/11."

Tanana  Valley League of Women Voters, Fairbanks, 2003
        USA PATRIOT Act debate

Alaska Library Association, Juneau, 2003
        "Privacy, Secrecy and Libraries after 9/11."

Alaskans for Peace and Justice, Anchorage, 2003
Alaska Press Club, Anchorage, 2003
Society for Professional Journalists, Fairbanks, 2003
Fahrenkamp Forum, Fairbanks, 2003
Alaska Press Women, Anchorage, 2003
Unitarian Universalist Fellowshiop, Fairbanks, 2003
        "Snooping, Secrecy, and Suspicion:  Privacy and Information after 9/11."

Pacific Northwest Library Association, Missoula, 2002
        "Meeting Rooms, Exhibits, and Other Sticky Bits:  Policies to Keep You out of Court."

Alaska Library Association Continuing Education Committee, Kenai, 2002
        "Collection Development:  Planning, Process and Policies."

University of Alaska, Computers and Society 101
        Guest lecturer, 2002 -

Alaska Library Association, Anchorage, 2002
        "Meeting Rooms, Exhibits, and Other Sticky Bits:  Library Policies Beyond the Books."

University of Illinois, Collection Development
        "Intellectual Freedom," Guest lecturer, 2001 –

Groupe POLDOC, Paris, France, 2000
        "Conspectus: Key to Planning and Managing Collections."

Alaska Library Association, 1998-99
        "Libraries, the 1st Amendment, and the Internet:  Strategies for the Future," presented in Barrow,
        Juneau, Sitka, Ketchikan, Anchorage, Palmer, Kenai, and Fairbanks

Nevada Library Association, Las Vegas, 1998
        "Libraries:  An American Value.  Intellectual Freedom in the 21st Century."

Pacific Northwest Library Association, Sun Valley, 1998
        "Libraries, the 1st Amendment, and the Internet:  Strategies for the Future"

American Library Association, Washington, D.C., 1998
        "After the Assessment:  Conspectus Applications"

University of Alaska Fairbanks, Library Skills 101
        Guest lecturer, 1996 -

American Library Associatin, New Orleans, 1997

"Intellectual Freedom and the Library Trustee: A Leadership Development Institute for Trustees. How We Got Through the Storm"

Pennsylvania State Library, Harrisburg, 1997
"Collection Assessment: Options and Outcomes"

LAMA/LITA (ALA), Pittsburgh, 1996
"Managing a Censorship Incident"

Pacific Northwest Library Association/Alaska Library Association, Fairbanks, 1996
Regional Intellectual Freedom Leadership Development Institute - organizer

Alaska Library Association, 1994-95
"Libraries and Intellectual Freedom," presented in Juneau, Ketchikan, Anchorage, Palmer, Kenai and Fairbanks

American Association for the Advancement of Science, Arctic Science Conference, Vladivostok, 1994
"The Conspectus: Communicating Information about Library Collections"

Pacific Northwest Library Association, Kalispell, 1993
"Using WLN Conspectus and Books for College Libraries III for Collection Development" - panel member

Midnight Sun Writers' Conference, Fairbanks, 1992
"Censorship" - panel member

Pacific Northwest Library Association, Bellevue, 1992
"Pieces of the Puzzle: Management Information for Libraries"

American Library Association, ASCLA-Mulitlincs Cooperative Collection   Development Discussion Group, San Francisco, 1992
"Cooperative Collection Development in Alaska" - panel member

Univ. of California, Berkeley, School of Library & Information Studies and its Alumni Association, Berkeley, 1991
"No More Guessing!  How to Get Management Information Out of Your Automated System" - Case reports panel member

Alaska Library Association, Anchorage, 1987
"Banned Books: a Censorship Issue"

Northern Libraries Colloquy, Tromso, 1986
"Bibliography of Northern Materials for Children"

Fairbanks Arts Association, Literary Jam, 1986
"Censorship"

Fairbanks North Star Borough School District, In-service, 1984
"Censorship"

Sigma Delta Chi, Statewide Conference, 1983
"Computers and Literature Searching in Libraries and the Alaska Newspaper Index"

Matanuska-Susitna Borough School District, Title I Staff and Parents Training, 1982
"Storytelling and Puppetry"

Washington State Association of School Librarians, Annual Conference,  1978
      "Censorship and Initiative 351"

Washington Library Association, Children's and Young Adult Services Interest Group
      Design and Illustration of Children's Books, 1978
      Children's Literature through Programming, 1976


## PROFESSIONAL AFFILIATIONS

American Library Association
      Executive Board, 2005-2008
      Presidential Advisory Committee, Chair IF Subcommittee, 2003-2005
      Councilor-at-large, 2000-2005
      Policy Monitoring Committee, 2003-2005
      Committee on Committees, 2003
      Arthur Curley Lecture Committee, 2002-2005
      Planning and Budget Assembly, 2001-2003
      Intellectual Freedom Committee, 1994-96, 1998-2002, 2004-2005
      Intellectual Freedom Round Table, director, 2001-2003
      Restricted Access to Government Information Task Force, 2002-2003
      IF21 Committee, Chair, 1998-99

Freedom to Read Foundation
      President, 1995-98
      Treasurer, 1999-2003
      Trustee, 1994-98, 1999-2003

Pacific Northwest Library Association
      President/Vice-President, 1991-93
      Secretary, 1988-90
      Resource Sharing Committee, Chair, 1993-94
      Intellectual Freedom Interest Group, Chair, 1986-88

Alaska Library Association
      President/Vice-President, 1985-87
      Intellectual Freedom Committee, Chair, 1984-85, 1989-
      Collection Development Round Table, Chair, 1990-92, 1996-2005
      PNLA Representative, 1993-94.

Alaska Collection Development Steering Committee
      Chair, 1990-92; 1996-2000
      Coordinator, Alaska Conspectus Consortium, 1991- 2005

Washington Library Association
      Second Vice-President, 1979-80
      Interest Group Representative to WLA Executive Board, 1977-78
      Children's and Young Adult Services Interest Group, Chair, 1976-78
      Honorary and Emeritus Committee, Chair, 1979


## CERTIFICATION

State of Alaska Teacher Certification, Class C, 1984-89

Pinnell-Stephens - Resume

Washington State Librarian Certification, 1972

## AWARDS AND HONORS

Honorary Lifetime Membership, Alaska Library Association, 2006

Audrey P. Kolb Public Library Service Award, Alaska Library Association, 2006

Community Award of Excellence in Human Services, Alaska Municipal League, 2004

President's Distinguished Service Award, Pacific Northwest Library Association, 2004

Roll of Honor Award, Freedom to Read Foundation, 2004

Robert B. Downs Intellectual Freedom Award, University of Illinois Graduate School of Library and Information Science, 2003

Honoree, ALA IFC and FTRF 30th Anniversary Celebration, Philadelphia, 1999

Citizen Activist of the Year, Alaska Civil Liberties Union, Anchorage, 1998

## COMMUNITY SERVICE

Alaska Lt. Governor's Summit on Privacy, 2001.  Panel speaker

Governor's Celebration Commission for the U.S. Constitutional Bicentennial, 1986-89
    Vice-Chair, 1986

Mayor's Transition Task Force, Library Committee, 1985
    Helped plan and conduct a community study to assess the library's role, function and needs

KUAC-FM (local PBS station), 1982-87
    Helped develop and performed for the "Northern Storyteller" children's radio program

Fairbanks Red Hackle Pipe Band, 1982-2001
    Performed for numerous civic and community events every year

The Arkansas group Parents Protecting the Minds of Children has a petition on its Web site that objects to librarians spending taxpayers' money on books that "promote" homosexuality or gay rights.

"There's a mistaken belief that if you control words you can control people's behavior. But you can't put a cap on something and expect it to disappear," said author Gomez. She said books with gay themes have become easy targets as America becomes more conservative. "Everyone's scared for their family values," she said.

One of the top ten books challenged for homosexual content is the young adult novel, *The Perks of Being a Wallflower*, by Stephen Chbosky. A main character in the book is a gay high school freshman. The other two books were *King & King*, by Linda de Haan and Stern Nijland, and *I Know Why the Caged Bird Sings*, by Maya Angelou. Reported in: *Bay Area Reporter*, November 3. □

## California library compromises on filters

A months-long debate on whether to install blocking software on the public workstations of the Solano County Library ended November 8 when the board of supervisors voted 3–2 to equip every computer in the seven-branch system with filters. The board also instructed library officials to disable the software at the request of an adult with no questions asked. All patrons younger than eighteen will be permitted only filtered searches unless their parent or guardian allows them unfettered access.

The decision came some seven months after a patron reported that her nine-year-old daughter had seen a sexually explicit image on a Vacaville branch computer being used by another visitor. Toni Horn's complaint triggered a series of meetings throughout the county in September, conducted in the style of a National Issues Forum program.

SCL Director Ann Cousineau said that the structured NIF communication style "allowed people that had widely diverse opinions on this to come together." She added that while "I don't know that anybody changed anyone else's mind," the dialogue "epitomized the democratic process and it really epitomized that role of the library as a commons, as a place to discuss the issues of the day."

Before the community discussions could take place, however, the same youngster saw another person viewing another explicit image online during a visit to SCL's Fairfield branch to claim an essay-contest prize the child had won. "Why promote storytime and lap sits and summer reading programs for kids when you can simply walk into the library and see pornography?" Horn said, adding that since the second incident "We have stopped going to the library." Reported in: *American Libraries* online, November 11. □

## CPB ex-chair removed from board

Kenneth Y. Tomlinson, the former head of the Corporation for Public Broadcasting, was forced to step down as a member of its board November 3. The move came after the board began reviewing a confidential report by the inspector general of the corporation into accusations about Tomlinson's use of corporation money to promote more conservative programming. They included Tomlinson's decision to hire a researcher to monitor the political leanings of guests on the public policy program *Now with Bill Moyers;* his use of a White House official to set up an ombudsman's office to scrutinize programs for political balance; and secret payments approved by Tomlinson to two Republican lobbyists.

The move—and a statement by the corporation—strongly suggested that the inspector general discovered significant problems under Tomlinson, but officials at the corporation declined to discuss those findings. Board members who had copies of the report declined to discuss it, citing confidentiality agreements.

The statement said the board did not believe Tomlinson "acted maliciously or with any intent to harm CPB or public broadcasting." The statement also said Tomlinson "strongly disputes the findings" in the report.

"The board expresses its disappointment in the performance of former key staff whose responsibility it was to advise the board and its members," the board's statement said, without identifying the former officials. "Nonetheless, both the board and Mr. Tomlinson believe it is in the best interests of the Corporation for Public Broadcasting that he no longer remain on the board."

The corporation, a private nonprofit entity, provides almost $400 million in annual financing from Congress for public radio and television. Directors are picked by the president and confirmed by the Senate. Established by Congress in 1967, the corporation has a potential conflict in its mission that has in recent months roiled broadcasting executives and staff. It is supposed to insulate public broadcasting from politics, but it is also supposed to ensure "objectivity and balance" in programming, a mandate that was championed by Tomlinson and remains high on the agenda of Republicans who control the corporation's board.

Representatives David R. Obey of Wisconsin and John D. Dingell of Michigan, both Democrats, sought the review in response to an article last May in the *New York Times* that described Tomlinson's efforts. Obey said the resignation "should be used to bring people together, not divide them as he and the administration have done. Public Broadcasting is too important to be anybody's partisan or ideological plaything."

Appointed to the board initially by President Bill Clinton in 2000, Tomlinson has long been close with senior Republican officials, including Karl Rove, President Bush's senior adviser and the deputy chief of staff at the White House. The board elected Tomlinson chairman in September

**Duncan Manville**

---

**From:**  Saved by Windows Internet Explorer 7
**Sent:**  Thursday, August 02, 2007 12:43 PM
**Subject:** ALA | Related Links



# Quick Summary of CIPA Decision

### T. Chmara (Jenner and Block) Quick Summary of Decision (mid-day June 23, 2003)

United States v. American Library Association, No. 02-361 (June 23, 2003).

The Supreme Court issued its opinion in the **CIPA** case today. The Court reversed the lower court's ruling and upheld the federal law in a very narrow plurality opinion.

Five justices plainly agreed with the lower court that filtering software blocks access to a significant amount of constitutionally protected speech. Justices Stevens, Souter and Ginsburg dissented from the judgment on the ground that the blocking software blocks access to an enormous amount of constitutionally protected speech. Justices Breyer and Kennedy, each of whom filed concurring opinions, joined only in the judgment of the plurality and not the opinion. They agreed with Justices Stevens, Souter and Ginsburg that the filters block access to constitutionally protected speech.

Nonetheless, Justices Breyer and Kennedy joined in the judgment that the law should be upheld on the ground that the disabling provision of the statute can be applied without significant delay to adult library patrons and without the need for the patron to provide a reason for the request to disable.

For example, Justice Breyer made clear in his concurring opinion that he only joined the plurality's judgment because "[a]s the plurality points out, the Act allows libraries to permit any adult patron access to an 'overblocked' Web site; the adult patron need only ask a librarian to unblock the specific Web site or, alternatively, ask the librarian, "Please disable the entire filter." Concurring Opinion of Justice Breyer, at 5.

Additionally, Justice Kennedy cautioned that "[i]f some libraries do not have the capacity to unblock specific Web sites or to disable the filter or if it is shown that an adult user's election to view constitutionally protected Internet material is burdened in some other substantial way, that would be the subject for an as-applied challenge." Concurring Opinion of Justice Kennedy at 1. There is no doubt, therefore, that libraries that refuse to disable filters at the request of an adult patron or that impose substantial burdens on a patron's ability to have the filter disabled risk an individual litigation in which the library will be a defendant.

### Links to the Supreme Court's CIPA decision

### Supreme Court

### Cornell Law School

138

# FAIRBANKS NORTH STAR BOROUGH PUBLIC LIBRARIES
# COLLECTION DEVELOPMENT PLAN

I.      **Introduction**                                                    p. 3

II.     **Collection Purpose**                                              p. 3
        A.      Reference Library
        B.      Popular Materials
        C.      Independent Learning Center
        D.      Preschooler's Door to Learning

III.    **User Needs**                                                      p. 3

IV.     **Intellectual Freedom**                                           p. 4

V.      **Selection**                                                       p. 5
        A.      General Criteria for the Evaluation of Library Materials
        B.      Specific Criteria for the Evaluation of Works of Information and Opinion
        C.      Specific Criteria for the Evaluation of Works of Imagination
        D.      Best Seller Lists

VI.     **Collection Management**                                           p. 6
        A.      Conspectus Method
        B.      Cooperative Collection Development
        C.      Selection Responsibilities
        D.      Collection Assessment and Other Duties
        E.      Acquisitions
        F.      Processing and Cataloging
        G.      Discarding
        H.      Replacements/Rebinding
        I.      Duplication of Materials
        J.      Donations/Memorials
        K.      Local Authors Collection
        L.      Addition of Formats or Collections
        M.      New  Books
        N.      Staff Picks
        O.      Collection Maintenance

VII.    **Collection Descriptions**                                         p. 9
        A.      Alaskana Collection
        B.      Audio-Visual Collection
        C.      North Pole Library Collection
        D.      Periodicals Collection
        E.      Reference Collection
        F.      Regional Services Collection
        G.      Youth Collection
        H.      Other Collections

VIII.   **Appendices**                                                      p. 16
        A.      Mission Statement
        B.      Roles
        C.      Suggestion forms
        D.      Library Bill of Rights

E.    Freedom to Read Statement
F.    Libraries:  An American Value
G.    Reconsideration form
H.    Conspectus Collection Level Indicators
I.    Conspectus Divisions
J.    Alaska Cooperative Collection Development Agreement
K.    North Star Libraries Agreement
L.    Collection Assessments
M.    Disaster Plan (to be added)

140

**FAIRBANKS NORTH STAR BOROUGH PUBLIC LIBRARIES
COLLECTION DEVELOPMENT PLAN**

I.        **INTRODUCTION**

The Collection Development Plan states the principles upon which the Fairbanks North Star Borough Public Library's collection is being built. These principles derive from the library's mission statement (Appendix A).

The Collection Development Plan expands the mission statement by describing user needs that the collection is intended to address and the extent that materials will be purchased in specific areas. The collection development principles are supported by separate statements that describe the rationale and methods used relating to assessment, intellectual freedom, selection, user suggestions, and maintenance.

Annually, the Director of the Fairbanks North Star Borough Public Library will present the plan governing collection development to the Library Commission for review.

II.       **COLLECTION PURPOSE**

The purpose of the Fairbanks North Star Borough Public Library System's collection is to provide materials to assist individuals in pursuit of their personal, educational, recreational, and professional needs and goals. Materials provided correspond to the primary and secondary roles (Appendix B) of the library as follows:

A.        **Reference Library (primary)**
   1.    Materials that provide short answers to specific and/or quantifiable questions
   2.    Materials that constitute a standardized subject core collection of resources necessary for a library

B.        **Popular Materials Library (primary)**
   1.    Materials that provide entertainment and pleasure
   2.    Materials that help individuals pursue their recreational activities and hobbies

C.        **Independent Learning Center (secondary)**
   1.    Materials that support self-education pursued apart from a formal on-site program
   2.    Materials that improve or enhance careers or jobs or relate to personal understanding or growth

D.        **Preschooler's Door to Learning (secondary)**
   1.    Materials that introduce young children to their written heritage
   2.    Materials that help adults engage a child's curiosity and eagerness to understand

III.      **USER NEEDS**

All collection development efforts at the Fairbanks North Star Borough Library will be user-driven. Satisfaction of user needs will always be the impetus for the selection and maintenance of the material collection. The library is responsible for regularly evaluating and redirecting resources as necessary so that potential users can achieve their purposes through the library.

141

The library acknowledges that each person in the community has information needs that are important to that individual. It also recognizes that it has limited financial resources to respond to these needs. While the library's materials collection will not deny any need consistent with its mission, emphasis will be given to materials which support the library's primary and secondary roles in the community. To meet the needs of its clientele, the library strives to maintain at least a minimal level collection of materials in all Library of Congress classification divisions so that a full range of knowledge is provided.

The library will accept and carefully consider user recommendations for purchase of materials. Purchase decisions will be made by the Collection Services Manager in accordance with established selection criteria. Copies of the suggestion forms are included in Appendix C.

## IV.        INTELLECTUAL FREEDOM

The Fairbanks North Star Borough Public Library subscribes to and supports the American Library Association's Library Bill of Rights and its interpretations (Appendix D), the Freedom to Read Statement (Appendix E), and Libraries: An American Value (Appendix F).

The library takes no sides on public issues and does not attempt to promote any beliefs or points of view through its collection. The library also does not endorse the opinions expressed in the materials held. The library recognizes its responsibility to provide materials presenting various and diverse points of view.

The standards stated in this policy will apply equally to the materials for children. The library believes that individuals may reject for themselves or their children materials which they find unsuitable. Parents are responsible for the use of library resources by their own children. Parents who wish to limit or restrict the use of the library by their children should personally oversee their selections.

Patrons concerned about material in the collection are welcome to discuss those concerns with a professional staff member. When patrons want the Selection Committee to reconsider items in the collection, they will be given the Request for Reconsideration form (see Appendix G), and informed of the reconsideration procedure. When the patron returns the completed form, the Collection Services Manager in the case of adult materials, the Youth Services Librarian in the case of youth materials, or the Circulation/Media Librarian in the case of audio-visual materials will read or examine the item in its entirety, gather any available reviews of the item, and report to the Selection Committee at its next scheduled meeting. The Committee will re-evaluate the item in terms of the selection criteria, collection assessment data, collecting responsibilities, and the library's mission and roles statements. Committee members will vote by secret ballot, and the Library Director will communicate the Committee's decision to the individual who submitted the Request for Reconsideration.

If the patron wishes to appeal the decision of the Selection Committee, the Library Director will bring the complaint and supporting documentation to the Library Commission at the next regularly scheduled Commission meeting. In accordance with Borough Ordinance 2.32.041, five members of the Commission shall be required for a quorum and five affirmative votes shall be necessary to carry the question. The decision of the Commission shall be final. Further appeal must be referred to a court of competent jurisdiction within 30 days from the date the Commission mails its decision to the patron.

V.        **SELECTION**

Selection of library materials, whether purchased or donated, is based upon the informational, educational, recreational, and professional needs of the community but is limited by factors such as budget, space, agreements with other libraries, and content of existing collections.

Every item must be considered in terms of its own excellence and the audience for whom it is intended.  There is no single standard which can be applied in all acquisition decisions.  Some materials may be judged primarily in terms of artistic merit, scholarship, or value as human documents; others are selected to satisfy the recreational or informational needs of the community.  Materials are judged on total effect rather than specific illustrations, words, passages, or scenes which in themselves may be considered by some to be offensive.

A policy, however thorough, cannot replace the judgment of individual librarians, but only provides guidelines to assist them in choosing from the vast array of available materials.  In selection, the librarian uses professional judgment and expertise, based on understanding of user needs and a knowledge of authors and publishers or producers.  Reviews from professional, specialized, and general periodicals, in addition to standard lists of basic works, are also consulted.  At times, the library staff may consult with others more knowledgeable in a specific subject for advice on developing that area.

Expanding areas of knowledge, changing social values, technological advances, and cultural differences require flexibility, open mindedness, and responsiveness in the evaluation and re-evaluation of all library materials.  Material will not be excluded because of the origin, background, or views of the writer.  In order to build collections of merit, whether purchased or donated, materials will be considered according to both general and specific criteria as listed below:

A.    **General Criteria for the Evaluation of Library Materials**
1.    Reputation and/or significance of author, producer, performer, etc.;
2.    Suitability of subject and style for intended audience;
3.    Relation to existing collection and other material on the subject;
4.    Suitability of physical format for library use;
5.    Present and potential relevance to community needs;
6.    Appropriateness and effectiveness of medium to content;
7.    Insight into human and social conditions;
8.    Importance as a document of the times;
9.    Skill, competence, and purpose of author, producer, performer, etc.;
10.   Attention of critics, reviewers, and public; and/or
11.   Prizes, awards, or honors received.

B.    **Specific Criteria for the Evaluation of Works of Information and Opinion:**
1.    Authority of author;
2.    Comprehensiveness and depth of treatment;
3.    Objectivity and integrity;
4.    Clarity, accuracy, and logic of presentation;
5.    Representation of challenging works, including extreme and/or minority points of view; and/or
6.    Contribution to subject balance of the entire collection.

C.    **Specific Criteria for the Evaluation of Works of Imagination:**
1.    Representation of important movement, genre, trend, or national culture;
2.    Vitality and originality;

143

3. Artistic expression, presentation, and experimentation;
4. Sustained interest; and/or
5. Effective characterization.

**D.     Best Seller Lists**
In keeping with the library's primary role of providing popular materials, the library will add titles that appear on the <u>Publisher's Weekly</u> "best seller" lists. All of these items will be fully processed.

**VI.     COLLECTION MANAGEMENT**

**A.     Conspectus Method**
Precise standards for measuring the quality of library collections do not exist. As a participant in the Alaska Cooperative Collection Development Project, the Fairbanks North Star Borough Public Library employs the Conspectus methodology of evaluating and assigning support levels to subject areas of the collection. This method employs established criteria for assessing subject areas within the collection. The Collection Level Indicators (Appendix H) assigned for the categories in the 24 OCLC Conspectus Database divisions (Appendix I) describe the quality and depth of the collection that is available.

**B.     Cooperative Collection Development**
The library supports cooperative collection development between libraries and has established agreements with other libraries in the state (Appendix J) and locally (Appendix K). In recognition of these agreements, the library has identified and prioritized subject areas for which it will attempt to provide in-depth collections and has likewise identified subject areas for which it will rely on other cooperating libraries to provide in-depth collections. Also, in view of the resources available at the Rasmuson Library, no subject areas will be developed beyond an advanced study level (Appendix H). The library considers such factors as user surveys, community demographic studies, staff consensus, and the collection assessment, as well as the designated mission and roles, when determining these priority subject areas.

**C.     Selection Responsibilities**
The initial responsibility for selection lies with the Collection Services Manager. The library Selection Committee, composed of the permanent professional staff as voting members and representatives of Outreach services as *ex officio* members, assists by reviewing and recommending materials for purchase in assigned subject areas which are based on the Conspectus divisions. Ultimate responsibility for materials selection rests with the Library Director.

The Selection Committee holds regularly scheduled meetings in order to discuss issues relevant to collection development, such as evaluating current collections and procedures, establishing development goals, setting priorities, evaluating new formats, and assigning tasks. These meetings are organized and scheduled by the Collection Services Manager.

**D.     Collection Assessment and Other Duties**
In addition to selection responsibilities, staff librarians will participate in the accomplishment of collection development goals of the library through collection assessment and other duties, as needed. The current collection assessment is included as Appendix L. The Collection Services Manager will coordinate the assignment of such tasks as reviewing interlibrary loan requests, inspecting damaged materials, compiling pertinent statistical reports, and sorting donations.

**E.     Acquisitions**

144

The library depends primarily on national vendors to obtain library materials, because they offer extremely large inventories and substantial discounts. Direct purchase from the publisher or producer is pursued only when the item cannot be obtained elsewhere. The library also obtains some material each year from local retailers when an item is most likely to be available only locally, when the library needs the item immediately, or when the library is looking for material that has not been reviewed in the normal selection journals.

**F.     Processing and Cataloging**

The library uses the Library of Congress classification system for all of its material. This cataloging is either obtained through the OCLC bibliographic utility, or the Cataloging Librarian provides original cataloging. All processing to prepare material for use is performed by the library staff.

All material purchased with funds budgeted in the library materials category will be processed and added to the library's database.

**G.     Discarding**

Materials which become useless due to poor physical condition, decreased demand, or obsolete information may be withdrawn. Librarians serving on the Selection Committee are expected to use the selection criteria, collecting responsibilities, professional standards, and good judgment to remove such items from the collection.

Discarded material is either offered to other libraries or disposed of according to Borough policy.

Any last copies in the system scheduled for discard by any agency will be reviewed by the Collection Services Manager.

**H.     Replacements/Rebinding**

The library cannot replace all lost, damaged or worn materials. Worn, damaged or missing items are regularly reviewed for purposes of ordering replacements. Factors to be considered are cooperative collection agreements; circulation data; continuing demand for the particular title or subject; similar or related material remaining in the collection; and better or more current material available for purchase. Where possible and appropriate, items will be rebound instead of replaced.

The decision whether to prebind or rebind paperback editions depends primarily on the nature of the material and the length of time the title is expected to remain in demand. Titles to be retained and expected to remain in high demand should be prebound or rebound; titles to be retained but not expected to be in high demand should be laminated.

Out of print titles are not routinely acquired except for Alaskana where demand warrants and cost is reasonable.

**I.     Duplication of Materials**

Librarians selecting for individual agencies have the responsibility for evaluating the demands and needs of their users and are expected to plan for sufficient duplication. More than 5 reserves per copy indicates a need to evaluate whether or not to purchase additional copies.

The branch library may hold titles exclusive of the Noel Wien collection and vice versa. For the most part, materials are not duplicated in the juvenile and adult fiction circulating collections. A reading level is determined and all copies receive uniform classification. A minimal number of exceptions will be made based on the recommendation of the children's services staff. Children's editions of adult classics are shelved with the juvenile collection.

145

Circulating copies of reference titles may be purchased as needed.  Superseded reference titles may be added to the circulating or branch collections or recycled to other libraries as appropriate.

### J.     Donations/Memorials

Donations of books, magazines, and audiovisual items will be accepted with the provision that they will be subject to the standard selection criteria and procedures of the library. Donated materials not added to the collection will be made available to the public through the book sale, and funds raised through this sale will be used to purchase needed library materials. The library will acknowledge receipt of donations if requested, but will not give a monetary valuation for materials received.

Memorials and gift monies will be accepted, and materials purchased for the library collection with these funds are also subject to selection procedures and criteria.  The library will acknowledge contributions and provide a memorial book plate (Appendix L) when requested.

### K.     Local Authors Collection

The library will accept for its collections a donation of one copy of titles written by authors living in the FNSB.  These titles will receive minimal cataloging, processing, and labeling, and they will be housed as a separate collection.  The library may purchase or accept titles by local authors that meet the library's selection criteria for the general collection.

### L.     Addition of Formats or Collections

Due to the impact on budget, space, and work, the addition of new formats or collections will be decided only by general consensus of the Selection Committee.

### M.     New Items

The library maintains a separate section to highlight some of the new additions to the library collection.  This section includes much of the new fiction and some of the nonfiction, but it does not include most travel, self-help, consumer medicine, how-to, or other titles focused on individual instruction or curricular support.  New Books circulate for a shorter period of time, depending on their length.  Selection of a new book for display on top of the shelves does not denote an endorsement of its content by the library.

New media items are also shelved separately.  This section includes feature films and informational videos and DVDs, books on tape and CD, music CDs, and some software.  It does not include audio-visual items covering travel, language instruction, consumer medicine, or reference-related material.

### N.     Staff Picks

As part of the library's efforts to provide the highest level of service to the public, members of the staff are encouraged to participate in the "Staff Picks" program.  This program recognizes the diverse interests and values of the individual employees, many of whom are avid library users themselves, and helps alert others to items they may also find of interest.

When selecting items to place on the Staff Picks cart, employees are free to exercise those interests and values according to their own judgment.  Every item in the collection is presumed to meet the library's selection criteria and may be considered.  All items will be available to all users, just as they are when in place on the regular shelves.

### O.     Collection Maintenance

A Disaster Preparedness and Response Plan will be developed in conjunction with the comprehensive Fairbanks North Star Borough Plan.

At present, there are no provisions for conservation or preservation of materials aside from normal repair or rebinding techniques. Should more sophisticated measures become

146

necessary or more readily available, appropriate criteria and procedures will be developed and included in this Plan.


VII.        **COLLECTION DESCRIPTIONS**

A.      **Alaskana Collection**
        The Alaskana collection provides information related to the Alaska experience, both historical and current.  The library serves as a partial depository for state documents, but it does not serve as a repository for City or Borough archives or documents.  In compliance with the North Star Libraries agreement, the library will not attempt to build a comprehensive collection, particularly for highly scientific and technical works or for rare and out-of-print material,  and will rely on Rasmuson Library to provide these items.  The library purchases titles of interest to the full range of patrons from youth through adult.

        1.      Formats/Collections
                • Books
                • Reference sources, print and electronic
                • Periodicals
                • Videos
                • Cassettes
                • CDs
                • CD-ROMs
                • Selected state documents
                • Basic legal resources, including Alaska Statutes, Fairbanks North Star
                  Borough Code of Ordinances, and City of Fairbanks Code of
                  Ordinances
                • Minutes of the Fairbanks North Star Borough Assembly, Fairbanks
                  North Star Borough School Board, and Fairbanks City Council
                • Pamphlets, clippings and ephemera in a vertical file
                • U.S.G.S topographic maps for Alaska

        2.      Specific Selection Criteria
                • Coverage must be entirely or primarily related to Alaska
                • Alaska Native language material may deal with subjects other than
                  Alaska
                • Works by Alaskan authors that do not pertain to Alaska are considered
                  for the general collection

        3.      Management
                • Selection of Alaska materials is performed by the Alaskana selector in
                  cooperation with the Collection Services Manager, the Media Librarian,
                  and the Youth Services Librarian
                • One copy of each title does not circulate
                • Out-of-print titles may be purchased for high demand items when the
                  price is reasonable
                • Worn or damaged material will be repaired or rebound whenever
                  possible

B.      **Audio-Visual Collections**
        The audio-visual collections are intended to provide recreational and informational titles that complement, enhance, and expand the print collection in appropriate formats.  Some items may parallel print titles, while others are only available in an audio-visual format.

147

1.    Formats/Collections
- Videos
- DVDs
- Cassettes
- CDs
- CD-ROMs
- Books on tape
- Books on CD
- 16mm films (no longer actively collected)
- Software
- Video games

2.    Specific Selection Criteria
- Technical quality
- Availability of required equipment

3.    Management
- Selection of audio-visual materials is performed by all selectors in their assigned Conspectus divisions, in cooperation with the Youth Services Librarian, the North Pole Librarian, the Collection Services Manager, and other subject selectors
- Nonfiction videos, nonfiction cassette tapes accompanied by manuals or other print materials, multi-tape cassette sets, and CD-ROMs are interfiled with the nonfiction collection
- Single cassette tapes without accompanying print material are shelved in the Cassette Bank
- Music CDs and multiple cassette tape sets, adult and juvenile feature videos, adult and juvenile books on tape and CD, and video games are shelved as separate collections in the main library or Berry Room
- All audio-visual materials are cataloged according to the Library of Congress system
- 16mm films are available only to library staff for programs and do not circulate

**C.    North Pole Library Collection**

North Pole Library provides material to meet the basic informational and recreational need of its patrons.  Although material covering all subjects may be considered, the collection emphasizes family and parenting, cooking, home building and repair, motor vehicle maintenance, handicrafts, animal culture, gardening, outdoor recreation, and children's materials. More comprehensive resources are available through branch borrowing and interlibrary loan from Noel Wien Library and Rasmuson Library.

1.    Formats/Collections
- Books
- Reference sources – print, microform and electronic
- Periodicals
- Videos
- Cassettes
- CDs
- Books on tape
- CD-ROMS
- Basic legal documents, including Fairbanks North Star Borough Code of Ordinances and the City of North Pole Code of Ordinances

- Minutes of the Fairbanks North Star Borough Assembly, Fairbanks North Star Borough School Board, and North Pole City Council

2. Management
- Selection of material for North Pole Library is performed by the Librarian in cooperation with the Collection Services Manager, the Youth Services Librarian, the Media Librarian, and the Alaskana selector
- Repair of North Pole Library materials is performed at North Pole
- Acquisition, processing, and discard of North Pole Library materials are performed at Noel Wien Library

**D.    Periodicals Collection**

Periodicals include magazines and newspapers of general and popular interest. They are intended to provide timely information that may only be available in these formats or that offer supplemental coverage for subjects that are not covered in depth by other segments of the collection. The library purchases titles of interest to the full range of patrons from youth through adult.

1. Formats/Collections
- Print
- Microform
- Electronic

2. Specific Selection Criteria
- Availability of indexing
- Stability of publication
- Appropriate cost for content and frequency
- Availability of full-text coverage, adequate access and licensing options, and reliable back-up for electronic format
- Availability in other libraries
- Reviews in library literature
- Examination of recent issues
- Need for archival coverage of back issues

3. Management
- Selection of periodicals is performed by the Selection Committee
- Whenever possible, the library uses a subscription agent to purchase periodicals
- Review of the collection of general titles occurs annually at receipt of the renewal list from the subscription agent.
- Review of Alaskana titles can occur at any Selection Committee meeting.
- Current issues of print titles are shelved in the appropriate public area
- Back issues of print titles are housed in compact shelving in Regional Services and are available on request at the Reference, Registration or Berry Room desks.
- Superceded issues are discarded; because of staff limitations, they cannot be saved and given to patrons

**E.    Reference Collection**

The reference collection is intended to help the reference staff provide timely answers to specific questions, not to conduct in-depth research, and covers all subject areas to some degree.

149

1.    Formats/Collections
- Books
- Microforms
- Electronic resources - CD-ROMs and online

2.    Specific Selection Criteria
- Electronic resources are examined for coverage, enhanced features over print versions, ease of use, and adequate access and licensing options.

3.    Management
- Material for the reference collection is selected by the Collection Services Manager in cooperation with the Reference Librarian and other subject selectors
- Frequently consulted resources are shelved in the Ready Reference collection at the Reference Desk
- Alaska titles appropriate for reference purposes, such as the Alaska Statutes, are shelved with the reference collection
- Superceded editions are either shelved in the Reference storage section of the compact shelving in the Regional Services area, sent to the North Pole Library, put in the circulating collection, offered to other libraries, or discarded

**F.    Regional Services Collection**

The Regional Services Department, funded by the Alaska State Library, is located in Fairbanks North Star Borough Library. It provides library service by mail to residents of Northern and South Central Alaska who do not have access to a library in their communities. In addition to a small collection of mostly paperback books, videos, books on tape, and recorded music, Regional Services sends material from the collection in Fairbanks to their patrons and, in return, contributes funds annually to the Fairbanks library materials budget. Most of the Regional collection is also available to patrons in Fairbanks. Selection of materials in this collection is governed by an independent policy, available from Regional Services, and is performed by the Regional Services Staff.

**G.    Youth Collection**

The library is a primary collector for youth materials in the North Star Libraries agreement and purchases material both for children and for adults who work with them.

1.    Formats/Collections
- Books – picture books, beginning readers, juvenile fiction and nonfiction, and young adult fiction and nonfiction
- Reference sources related to youth materials and services
- Periodicals
- Videos
- Cassettes
- CDs
- Books on tape
- CD-ROMs
- Book bags
- Storyteller's Shelf
- Web sites for the Internet stations in the designated children's area

2.    Specific Selection Criteria
- Quality of illustration, especially for picture books
- Clarity of presentation, especially for nonfiction

3.     Management
- Selection of youth materials is performed by the Youth Services Librarian in cooperation with the North Pole Librarian
- Picture books, including beginning readers; a limited selection of children's poetry; and juvenile fiction, reference, periodicals, videos, DVDs, books on tape or CD, book bags and CD-ROMs are shelved in the Berry Room
- Videos and DVDs based on juvenile fiction and picture books are shelved in the Berry Room, except for those films intended for an adult or general audience
- Young adult fiction and books on tape or CD are shelved in the Young Adult area.
- Juvenile and young adult nonfiction is interfiled with the adult nonfiction collection
- Juvenile Alaskana is shelved with the Alaska collection
- Material on the Storyteller's Shelf is intended for use by the staff for programs and does not circulate
- Last copies of picture books, juvenile fiction, and young adult fiction no longer suitable for circulation are retained in the Collection Development storage area
- Realia, vertical file material, coloring books, workbooks, and textbooks are not purchased
- Web site lists for the Internet stations in the designated children's area will be selected by the Youth Services Librarian and maintained by the Automated Services staff.

## H.     Other Collections
Antiquarian Collection
      The library maintains a small collection of antiquarian books to provide examples of old, finely illustrated, and finely bound items. The library does not purchase these titles, but the Library Director may accept them as gifts in special circumstances. The collection does not circulate.

Braille/Recorded Books for the Blind
      The library maintains a small collection of Braille and specially recorded materials that it receives at no charge from the Library for the Blind and Physically Handicapped. The collection is intended to provide interim services to eligible patrons who are initiating direct service with the Library for the Blind and Physically Handicapped in Anchorage.

Browsing
      The library maintains a collection of popular, mass market paperbacks. These items receive minimal processing and handling to keep their total expense at a minimum. They are selected by the Collection Services Manager, the North Pole Librarian, and the Youth Services Librarian.

Comic Books
      Because of the ephemeral nature of this material, the library will not buy mass market comic books. However, in recognition of their value in reading motivation and entertainment, the library will acquire a limited number of comic book collections produced either with higher quality paper and binding than the mass market publications, or on microfiche. The print items will be shelved in the Berry Browsing collection, and the microfiche items will be located in the Reference section.

The library will also acquire compilations of popular comic strips; anthologies of current and historical comic books; and graphic, or illustrated, novels and literature. These items will be located in the appropriate section of the nonfiction and fiction collections.

## Commercial Catalogs
The library makes a minimal collection of donated commercial catalogs available to the public for in-house use.  There are reference sources available for patrons seeking information about mail-order businesses and outlets.

## Genealogy Collection
The library provides a small collection of reference material to help patrons begin a genealogical research project.  Other resources are available from the library at the Church of Jesus Christ of Latter-Day Saints in Fairbanks and through interlibrary loan.

## Large Print
The library maintains a collection of large print books composed of popular and classic fiction and of nonfiction titles which address the interest and needs of older adult users.  The Collection Services Manager selects these items, in cooperation with Outreach Services staff, and they are available to all patrons.

## Literacy Collection
The library provides materials in the nonfiction collection intended for adults who are developing reading skills and for those learning English as a second language.  A more comprehensive collection, including materials for teachers and tutors, as well as workbooks for students, is located at the Literacy Council of Alaska offices.

## Maps
In addition to the U.S.G.S. topographical maps for Alaska, the library maintains a collection of street maps for Fairbanks, Anchorage, a few major U.S. cities, and a collection of road maps for each of the United States.  These maps do not circulate.

There is also a collection of maps pulled from the library's issues of National Geographic.  They are shelved in the file cabinets which contain the Alaska Vertical File, and they are available for circulation.

## Non-English Language Materials
Non-English language material is not emphasized.  As a general rule, selection will be limited to reference and instructional materials, and only a limited number of popular reading materials will be collected.  The collection currently includes French, Spanish, German, Korean, Vietnamese, Japanese, Russian and Alaska Native American language materials, with representational samplings of other languages.  Non-English materials will be located in the appropriate Library of Congress language classification.

## Paperback Exchange
The library provides a small area for the exchange of paperback books on a bring-one, take-one basis.  The library spends no funds on this collection and relies on donations from the public.

## Sheet Music
The library provides a small collection of sheet music for piano only.  This collection is located in the Conference Room with the practice piano and does not circulate.  Only material free to the library is provided.

152

Textbooks/Workbooks

Cooperation with the entire educational community is a basic aspect of public library service.  However, extensive duplication to meet mass assignments is not feasible.  General use of the library by students is encouraged, and the library will provide some supplementary materials for students.

No attempt is made to systematically acquire textbooks or other curriculum-related materials, such as workbooks, teacher manuals, and flashcards. A few basic textbooks in broad subject areas may be purchased, but textbooks or readers used in area schools will not be collected automatically.

The library does not purchase workbooks that require the reader to complete forms or record answers or data.  However, the library does provide study guides for civil service and other national, standardized tests.

Video Games

The library provides a collection of video games that focus on recreation and entertainment.  The collection includes games of enduring popularity which can be completed within the 7-day circulation period and which are available in one of the 3 most popular formats.

4/1/04

153

**VIII.    Appendices**

154

## HIGHLIGHTS OF SUPREME COURT DECISION
## STRIKING DOWN THE COMMUNICATIONS DECENCY ACT

Prepared by

Jenner & Block

Counsel to the American Library Association
and other plaintiffs in the challenge to the CDA

On June 26, 1997, the United States Supreme Court issued a sweeping re-affirmation of core First Amendment principles and held that communications over the Internet deserve the highest level of constitutional protection. The Court's decision affirmed the injunction entered in June 1996 against portions of the Communications Decency Act ("CDA") by a three judge court in Philadelphia in the consolidated cases of American Library Association v. U.S. Department of Justice and Reno v. American Civil Liberties Union. Bruce Ennis of Jenner & Block argued the case in the Supreme Court on behalf of the American Library Association and the other plaintiffs.

The Court's most fundamental holding is that communications on the Internet deserve the same level of constitutional protection as books, magazines, newspapers, and speakers on a street corner soapbox. The Court found that the Internet "constitutes a vast platform from which to address and hear from a world-wide audience of millions of readers, viewers, researchers, and buyers," and that "any person with a phone line can become a town crier with a voice that resonates farther than it could from any soapbox."

The Court's legal analysis emphasizes that the Communications Decency Act, if allowed to stand, would "reduce[] the adult population [on the Internet] to reading only what is fit for children." The Court specifically acknowledged that the CDA would have harmed the ability of libraries and non-profit institutions to provide content to their patrons. The Court rejected the attempt to regulate and restrict the Internet, and instead the Court embraced the idea that the Internet would flourish in the absence of governmental interference.

For libraries, the most critical holding of the Supreme Court is that libraries that make content available on the Internet can continue to do so with the same constitutional protections that apply to the books on libraries' shelves. A library's posting on the Internet of literature, or research, or popular culture, or even a card catalog is constitutionally protected, even if some of the material is controversial or might be considered by some to be offensive.

The Court's conclusion that "the vast democratic fora of the Internet" merit full constitutional protection will also serve to protect libraries that provide their patrons with access to the Internet. The Court recognized the importance of enabling individuals to speak to the entire world, and to receive speech from the entire world. The library can provide that opportunity to many who would not otherwise have it, and the Supreme Court's decision will go a long way to protecting that access.

155

# NSA rejected system that sifted phone data legally

The National Security Agency developed a pilot program in the late 1990s that would have enabled it to gather and analyze huge amounts of communications data without running afoul of privacy laws. But after the September 11 attacks, it shelved the project—not because it failed to work but because of bureaucratic infighting and a sudden White House expansion of the agency's surveillance powers, according to several intelligence officials.

The agency opted instead to adopt only one component of the program, which produced a far less capable and rigorous program. It remains the backbone of the NSA's warrantless surveillance efforts, tracking domestic and overseas communications from a vast databank of information, and monitoring selected calls.

The program the NSA rejected, called ThinThread, was developed to handle greater volumes of information, partly in expectation of threats surrounding the millennium celebrations. Sources say it bundled four cutting-edge surveillance tools. ThinThread would have:

- Used more sophisticated methods of sorting through massive phone and e-mail data to identify suspect communications.
- Identified U.S. phone numbers and other communications data and encrypted them to ensure caller privacy.
- Employed an automated auditing system to monitor how analysts handled the information, in order to prevent misuse and improve efficiency.
- Analyzed the data to identify relationships between callers and chronicle their contacts. Only when evidence of a potential threat had been developed would analysts be able to request decryption of the records.

"Given the nature of the work we do, it would be irresponsible to discuss actual or alleged operational issues as it would give those wishing to do harm to the U.S. insight and potentially place Americans in danger," said NSA spokesman Don Weber. "However, it is important to note that NSA takes its legal responsibilities very seriously and operates within the law."

In what intelligence experts describe as rigorous testing of ThinThread in 1998, the project succeeded at each task with high marks. For example, its ability to sort through huge amounts of data to find threat-related communications far surpassed the existing system, sources said. It also was able to rapidly separate and encrypt U.S.-related communications to ensure privacy.

But the NSA, then headed by Air Force Gen. Michael V. Hayden, recently confirmed as director of the CIA, rejected both of those tools, as well as the feature that monitored

*(continued on page 219)*

# Internet filters screen out political, scientific material well beyond stated intent, report finds

On May 17, the Brennan Center for Justice released "Internet Filters: A Public Policy Report," a detailed survey of tests and studies documenting how the widespread use of filters limits the free exchange of ideas necessary in a healthy democracy. The report shows that filters are an unreliable and inefficient means of preventing children from viewing material that their parents find offensive. Some filters censor political and other information, casting a net far wider than is necessary for any legitimate goal.

As a result of the Children's Internet Protection Act, or CIPA, passed in 2000, filters are now required in most schools and libraries for adults and minors alike. Yet because filters must, by necessity, search the web for potentially objectionable sites using "keyword" identification, they both "overblock" (censoring sites that are not objectionable) and "underblock" (failing to identify pornography or other material targeted by their various blocking categories).

"Internet Filters" updates and expands upon an earlier survey published by the Brennan Center's Free Expression Policy Project (FEPP) in 2001. The new report describes the effects of CIPA and the deceptiveness of manufacturers' claims to have improved the accuracy of filters with sophisticated "artificial intelligence" techniques. It then describes nearly one hundred tests and studies up through 2006, with hundreds of examples of both deliberate and accidental overblocking.

For instance, one filtering program, SurfWatch, blocked the University of Kansas's Archie R. Dykes Medical Library website upon detecting the word "dykes." Cyber Patrol blocked a Knights of Columbus site and a site for aspiring dentists when set to block only "sexually explicit" materials. SmartFilter blocked the Declaration of Independence, Shakespeare's complete plays, Moby Dick, and *Marijuana: Facts for Teens*, a brochure published by the National Institute on Drug Abuse.

Marjorie Heins, co-author of the report and founder of FEPP, commented: "Filters are crude and error-prone because they categorize expression without regard to its context, meaning, and value. Although some may say that the debate is over and that filters are now a fact of life, it is never too late to rethink bad policy choices."

The report's findings demonstrate the problems that arise when filters block access to websites that discuss controversial topics like sex education, or provide information on health, religion, or politics. For example, when set to the "typical school filtering" option, Bess blocked a "Hillary for President" Web site and the homepage of the

156

Traditional Values Coalition, a non-denominational church lobby. Though blocked because they contain keywords that someone deemed "harmful to minors," or because a company staffer thought the site inappropriate, these sites often provide useful information, and serve as educational tools in schools and libraries.

The blocking decisions of some filtering programs reflect a particular ideological stance. For instance, when set to block "hate/discrimination" or "hate speech", Bess and SurfControl blocked a Web site with curriculum materials on Populism because the site contained information about National Socialism. Symantec filters blocked the National Rifle Association's homepage and other pro-gun websites but did not block sites associated with the Brady Center or other anti-gun groups.

To promote Internet safety without censoring useful research and debate, the report recommends: avoiding filters that use blocking categories that reflect a particular ideological viewpoint, choosing filters that allow for easy disabling and unblocking, and developing educational programs that promote online safety and media literacy in place of filtering.

The full report is available at www.fepproject.org/policyreports/filters2.pdf. □

## Bush, Justice Department win 2006 Muzzles

President Bush and the Justice Department are among the winners of the 2006 Jefferson Muzzle awards, given by a free-speech group to those it considers the most egregious First Amendment violators in the past year.

Bush led the list, compiled by the Thomas Jefferson Center for the Protection of Free Expression, for authorizing the National Security Agency to tap the phones of U.S. citizens who make calls overseas. The wiretaps were conducted without authorization from a federal court. The White House defended the warrantless wiretapping program as necessary to fight terrorism.

The Justice Department earned a Muzzle for demanding that Google turn over thousands of Internet records, prompting concerns that more invasive requests could follow if the government prevails.

"If individuals are fearful that their communications will be intercepted by the government, such fears are likely to chill their speech," the Jefferson center said.

Other winners of the 15th annual awards included the Department of Homeland Security for barring an air marshal from expressing concerns about public safety; the Yelm, Washington, City Council for banning the words "Wal-Mart" and "big-box stores" at public hearings; and students at the University of Connecticut who heckled conservative columnist Ann Coulter.

The center, based in Charlottesville, Virginia, awards the Muzzles each year to mark the April 13 birthday of Thomas Jefferson, the third president and a First Amendment advocate.

As in the past, this year's winners reflect concern about "the overextension of government authority into areas that clearly affect our lives, and chill and inhibit our ability to express views," center director Robert M. O'Neil said.

Since the *New York Times* disclosed the surveillance program's existence in December, it has become the target of harsh criticism, several lawsuits and a congressional investigation. John W. Dean, who was Richard Nixon's White House counsel, remarked that the domestic spying exceeds the wrongdoing that toppled his former boss.

In the Google case, the Justice Department demanded search records to buttress its defense of a law aimed at protecting children from Internet pornography. Google resisted turning over any information because of user privacy and trade secret concerns. Other Internet providers—including AOL, Yahoo and MSN—complied with the government's demand.

Google appears to be the only one that drew a line in the sand," O'Neil said. "We commend their insistence that aggregate data could end up identifying a particular subscriber."

The Department of Homeland Security won its Muzzle for taking air marshal Frank Terreri off flight duty after he e-mailed colleagues expressing concerns about air-security risks. The federal policy curbing such activity was modified, and Terreri was allowed back on duty. But he sued, contending the department's rules still restrict employees' right to free speech.

In Yelm, the city council banned discussion of a plan by Wal-Mart to build a super center after many opponents sought to express their views. When that didn't squelch opposition, the council voted in June to prohibit citizens from using the terms "Wal-Mart" or "big-box stores" at public meetings.

Hecklers at the University of Connecticut earned a Muzzle for drowning out Coulter's speech in December. People have a right to express their disagreement with a speaker, the free-expression center said, but preventing fellow audience members from hearing the message is contrary to the First Amendment's spirit. □

READ
BANNED
BOOKS

157

# The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana

L- 2)

*Kevin Mattson*

This essay explores the work and ideas of John Cotton Dana. It places his early library work and later museum reform within the context of the Progressive Era, arguing that Dana had a complex understanding of the idea of democratic culture. This study emphasizes Dana's intellectual work.

Few Americans today think of librarians as bold reformers or cultural critics. Nonetheless, at the turn of the century, some library reformers believed their institution should play a crucial role in challenging preexisting cultural hierarchies and in creating a democratic and egalitarian society. Key was John Cotton Dana, known mostly for his work at the Newark Public Library and subsequently at the Newark Museum (which itself grew out of the library). Dana was not only a great leader in library and museum reform, he also wrote and spoke provocatively about the meanings of a democratic culture. In doing so, Dana challenged many of the standard shibboleths of his era and envisioned the library as a key player in the formation of a democratic civil society. Dana was an important figure precisely because he combined librarianship and social criticism.

During a period of time when interest in a democratic culture grew (the Progressive Era in American history), Dana recognized that the library needed to connect itself to the surrounding community in innovative ways. In his career, he showed how this could be done. He also believed the library needed to expand its role and become a cultural center for the local community. Dana pioneered in making the library a core part of what I would call a "democratic public"—a collection of citizens educating themselves for the responsibilities of democratic decision making and self-government. Dana's vision of democracy was a complicated one that was rife with contradictions and provocative insights about the relations between culture and

*Libraries & Culture*, Vol. 35, No. 4, Fall 2000
©2000 by the University of Texas Press, P.O. Box 7819, Austin, TX 78713-7819

business. Dana's life and ideas tell us a great deal about the relation of democratic values to public culture.[1]

The best way to understand Dana's work is to contextualize his life within American cultural history. Therefore, I will set out (briefly) the cultural background of the time when he was starting his career as a librarian and first thinking of becoming a museum reformer. Though some historians have paid attention to Dana's career, rarely have they studied him within a wider context, nor has Dana been studied as an intellectual. Though no John Dewey or Walter Lippmann (two key Progressive Era intellectuals), Dana did write and reflect on his activities as a reformer, somewhat in the vein of a progressive mayor like Tom Johnson or a social reformer like Frederic Howe. Like these thinkers, Dana traced out larger themes and explored some of the quandaries of democracy within a society enamored with business. When Dana's work is placed within an historical context, his activism and ideas make much more sense. In the history of America's civic and public institutions, Dana stands out as a bold reformer and important thinker.[2]

### The Progressive Era Quest for Cultural Democracy

During Dana's adult life, which spanned the Progressive Era (1890–1917), Americans witnessed severe economic and political changes. Starting in the late nineteenth century, modern corporations centralized economic power by developing bureaucratic management structures that oversaw a nationwide market tied together by railroads. Small towns waned in power, and large urban areas came to dominate. With the consolidation of the nation, following the years after the Civil War, the federal government grew in size and assumed increasing power, in part to regulate an economy growing across state borders. In response to the economic inequalities of the time and the social crises endemic to industrialization (symbolized in factories and the urban slums that were documented by muckrakers like Jacob Riis), middle-class activists committed themselves to numerous social reform initiatives in the name of social justice and democracy.[3]

While the Progressive Era was known for battles over economic inequality and political corruption, it was also marked by a cultural crisis. Middle-class Americans faced an increasingly secular culture as religion's influence over public life waned. Many intellectuals explored new secular values. For instance, pragmatist philosophers like William James and later John Dewey argued that the attitude of open-minded empiricism provided a better orientation to life than any rigid set of preordained values (i.e., puritanical religion). These intellectuals

Case 2:06-cv-00327-EFS     Document 12-4     Filed 08/03/2007

argued that Americans could no longer hold tenaciously to fundamentalist creeds but must face the future with both less certainty and more experimentation. This type of thinking provoked a revolt against other assumptions of America's nineteenth-century belief system. To some, the strict moral codes of yesteryear were now seen as a means of repression. Capturing this mood, artists and intellectuals gathered in Greenwich Village in New York City to pursue a life of "experimentation" in social codes and values. From 1890 to World War I, American culture became an arena of contestation and reform.[4]

Writers and artists led the way. Novelists no longer felt that they had to convey certain moral principles to readers as nineteenth-century writers did. For instance, Theodore Dreiser and Jack London rejected genteel morality and embraced new themes and means of telling stories, especially those derived from naturalism and realism. Their work was echoed by painters in the Ash Can School (John Sloan, William Glackens, and George Luks). These painters rejected the classical and European training offered them at schools established during the nineteenth century and often learned to paint from sketching illustrations for urban newspapers. No longer depicting members of America's genteel elite, they portrayed working-class subjects and urban grittiness (like poor boys playing in the streets of New York City). The artist, from the perspective of realists in writing and painting, had to become an agent of cultural democracy.[5]

More importantly for Dana's career, there was a grassroots element to this cultural experimentation, one that began to decenter the artist as the central agent in the making of art. For instance, Jane Addams, one of the most significant leaders of social reform during the Progressive Era and someone Dana admired, rebelled against the idea that the Western European tradition of high culture (represented in the great works of literature, classical music, and oil painting) was necessarily the only source of artistic worth. Addams rejected the comfortable but in her mind stultifying life of upper-class and genteel women at the turn of the century. Instead, she lived with poor immigrants in the growing industrial city of Chicago, where she founded Hull House, a settlement house in which middle-class women worked with the new immigrant poor to solve social problems. Alongside her more social work-oriented activities, she exhibited the working processes and products of new immigrants in what she called her "Labor Museum." For instance, the spinning practices of new immigrants, especially Italian women, were shown to visitors as if they too deserved aesthetic appreciation—something quite shocking to Addams's contemporaries, who could only see culture in classical art and who clung to a belief in the superiority of Anglo-Saxon culture. Addams and other activists within the folk arts movement believed that

the beauty offered by the craft productions of ordinary citizens could help rescue Americans from their fetishization of and inability to live up to the standards of Western European high culture.[6]

Organizers of pageants during the Progressive Era also believed that citizens (including newer immigrants) could produce public forms of art for their fellow citizens. Public pageants allowed citizens to play out key events in local history and therefore understand their communities as places constantly in the making. As Randolph Bourne described it, "The pageant, which is our developing social art at its best, involves a small corps of directing genius and great masses of cooperating actors." The pageantry efforts also took off in the "community theater" movement. As Percy MacKaye, spokesperson for the movement, explained, "With community drama, there is participation; there is creative expression; there is neighborly ritual." For those who put on public pageants and community theater productions, culture was no elite affair. Increasingly, many Americans challenged the nineteenth-century romantic conception of a lone individual genius as being the sole creator of art; rather, communities could create works of beauty collectively and for themselves, not just for a genteel elite. Communitarian participation displaced individual expression, as Progressive Era culture activists tried to merge democratic values with cultural production.[7]

### Dana's Beginnings

John Cotton Dana's life and intellectual orientations make more sense within this context. Dana's life was like that of others who matured during the Progressive Era. He was born in Vermont (John Dewey's home state) in 1856 and descended from a well-established Puritan family that included the famous minister John Cotton. His Puritan and ministerial background was an enormous and weighty inheritance for Dana, one that others at the end of the nineteenth century also felt. Dana wished to discard religion, especially as his choice of reading material widened while he attended Dartmouth College. After graduating in 1878, Dana began to study law but then dropped out, eventually drifting through the American West, especially Colorado, from odd job to odd job, even becoming a Unitarian minister along the way (an act that clearly indicates Dana's increasing secularism). While he drifted, he read widely, especially social thinkers like Herbert Spencer, who, though quite conservative economically, questioned the religious foundations of Western intellectual thought. Three years before coming to Newark and after exploring a vast amount of literature, Dana declared himself an

agnostic. This rejection of Puritanism framed the rest of Dana's intellectual development.[8]

As American society became increasingly secular at the turn of the century, many intellectually motivated young people who would most likely have entered the ministry had to find another career path. To follow Walter Lippmann's dictum, Dana had to find some sort of "mastery" in order to control the "drift" his life had taken after he rejected religion, a drift symbolized most clearly in his random jobs. Dana pursued his own path of mastery and pledged himself to remaking America's cultural institutions, especially libraries and museums. Essentially, Dana became a secular minister for a democratic culture. Indeed, he described librarianship as a calling, as if religious metaphors best described his decision. As Dana began his career in library reform, he played a role in the wider search for a democratic culture, a search that defined a good part of American history during the Progressive Era.[9]

## Dana's Creation of a Democratic Library

Dana's career began in Colorado. Fortuitously and largely due to personal contacts, Superintendent Aaron Grove of Denver's school board appointed Dana as librarian in 1889. At that time, Denver's public library was in the west wing of East Denver High School and was connected to a small museum there. Dana served from 1889 to 1896. Perhaps drawing on the democratic energy of what was still America's frontier, Dana immediately set out to make the library into a democratic institution meaningfully connected to its surrounding community.[10]

First, he abolished the closed stacks system (citizens had to request books from the librarian, who could then coach them away from their selection) and made books available to all city residents. Dana explained, "The books of the library ought all to be accessible to the public." He made sure that the shelves were always easy to get to (never too high for someone to reach the top) and that there was plenty of light so that people could see what was on the shelves. In order to increase the number of people who used the library, Dana liberalized the issuance of library cards, making it possible for any citizen of Denver to obtain one. More importantly, he extended the hours of the library to ensure that working-class citizens could access it. Finally, he expanded the number of books in the library and consistently publicized new acquisitions. In 1889 the library had 2,000 books (already a big increase from what Dana had inherited); by 1893 it had 23,000.[11]

162

Though other librarians were instituting open stacks, Dana was the first to create a children's room in the library. Before Dana, libraries were not thought of as places for children, who were seen as undisciplined and not ready for the high demands of civilization. In 1894 Dana created the first children's room with open shelves in the history of public libraries. He even displayed children's art in community exhibitions. In this innovative move, Dana made clear that the library was to be an inclusive institution, welcoming all members of the surrounding city with open arms.[12]

Dana was respected as a librarian and was elected to the presidency of the Colorado Library Association in 1895. But he was also an iconoclast enamored with public controversy. As he once explained to his biographer, "As a librarian I would rather be attacked than ignored by the press." He found controversy in Colorado in 1895, a year when the populists of the People's Party argued for the coinage of silver as a solution to the small farmer's poverty. Of course, Colorado, which had many silver mines, was in a particularly advantageous position in this new political wrangle. As the state pushed for silver, Dana stood in favor of the existing gold standard, and he made "goldbug" literature available to those who requested it at his library. The community flared with indignation, but Dana stood by his decision and made clear that he believed in democratic debate more than existing community beliefs. Such a stand made him unpopular, and he decided to accept an offer to move east and take up the leadership of a public library in Springfield, Massachusetts, in 1896, one year after he became president of the ALA.[13]

In Springfield Dana continued with his democratic reform of the library. He took down the "fence" that surrounded the delivery desk and tried to remove other barriers that made people feel unwelcome. Dana continued to reach out to children and worked closely with the public schools. He advertised the library to numerous civic organizations in the area. To further his outreach efforts, Dana started to experiment with branch libraries, opening up delivery posts throughout the city. Known for his democratic and energetic reforms, Dana started to become a nationally recognized figure.

Dana hoped to work more closely with the local museum in Springfield, but his plans were foiled. With his national reputation established, he decided to move on to an institution in which he could experiment not just with library work but with museum work as well. He moved to the Newark Public Library in 1902 and stayed there until his death in 1929. During this time he established the Newark Museum. Dana's career came to a culmination in Newark as he

Case 2:06-cv-00327-EFS    Document 12-4    Filed 08/03/2007

continued with his library work but also embarked on his second career as a museum reformer.

While Dana continued to make the library more appealing to users in Newark, he also connected with urban social movements of the Progressive Era. He threw himself into municipal government reform and the City Beautiful movement of the 1900s. In the year he moved to Newark, Dana explained in language similar to that of other activists in the City Beautiful movement that the library could "bind the people of a city into one civic whole" and "develop among them the feeling that they are citizens of no mean city." In order to do this, it would have to open its doors to civic organizations that pledged to make the city a better place to live. Dana, embracing the movement for municipal libraries at the time, also made sure that the library would have plenty of municipal information for concerned citizens. He stocked plenty of maps that showed "highways, trolley lines, water supply, sewage equipment, fire stations, police stations, schools, voting districts," and other things that reformers needed to know about. This effort culminated in Dana's publication of a newsletter known as the *Newarker*, which updated citizens about municipal information gathered at the library.[14]

Finally, before embarking on building the Newark Museum, Dana formed a business room and a business branch for the Newark Library. Noticing that women and children predominantly used the library, Dana wanted to see men using it more. Therefore, he tried to make information available that would be of assistance to those starting or managing businesses in the city of Newark. Though this experiment differed from his previous work on municipal reform, it made sense in light of Dana's general belief that the library had to be of use to all citizens of a city.

## A Philosophy for the Public Library

While engaging in these activities, Dana wrote a great deal about the deeper meanings of his library work for a wider public. Though other librarians spoke and wrote for their fellow professionals, Dana published in both professional and popular middle-class journals like *Popular Science Monthly*, *Outlook*, and *Independent* as well as in numerous newspapers. Dana explained to his readers that he was a modernizer, someone attempting to reform an antiquated institution. The term "new" had become a mantra during the Progressive Era, with expressions like the "new economics" and the "new state" ringing out, and though Dana did not use the term, his writings reflected the same spirit. The library of old was a storehouse for Dana,

that is, an ornamental building that hoarded books and refused to share them with the wider public. He complained, "The old-time library was simply a storehouse of treasures." The nineteenth-century librarian's role was to preserve. Dana wrote, "Books were to be kept, kept jealously, and used carefully, and only by a selected few." Against this genteel tradition of ornamentalism (a tradition that his fellow Progressive Era critics rebelled against in other realms of life), Dana created a *modern* library.[15]

Dana embraced the philosophy that helped inform other movements during the Progressive Era: the pragmatism of William James and John Dewey. Dana accepted *instrumentalism* as a philosophical principle. James and Dewey believed that truth derived from the usefulness of an idea, from what James once labeled its "cash value." Following this logic, Dana contrasted a nineteenth-century to a twentieth-century approach to library work: "The question once was, 'What can a library be?' Today the question is, 'What can a library do?' Formerly, it was a question of resources, of number of books, of wealth, of material. Now, it is rather a question of effectiveness, of vitality, of influence in the community." Additionally, librarians could no longer serve as "moral custodians." Breaking thoroughly with the genteel tradition of nineteenth-century librarianship, he explained, "The Library is not—and this cannot be said too often—a question of making others good." Instead, the "best protector of the public is the public itself." The public could forge its own use of the library best by simply using the library in ways that it determined. Here was the basis of Dana's pragmatic and democratic theory of the library.[16]

A tension emerged in Dana's democratic theory of use. He was not entirely sure how to apply democracy to the realm of culture. As a child raised on the idea of high culture, he still believed that certain books were more important than others, and he thought that civilization relied upon reading, which he described as the "most important of all the arts." Dana shocked his more genteel colleagues when he argued that libraries should buy more fiction, but, at the same time, he warned against buying too much. When it came to newspapers (which were, of course, an increasing source of municipal information), Dana had fewer reservations. He suggested librarians even stock "yellow journals" in hopes that readers would eventually read papers with "more reliable information." In embracing the philosophy of use, Dana found himself having to accept the invasion of mass culture—newspapers and popular novels—into public libraries, even if he was not entirely comfortable with this.[17]

An important reason for Dana's attitude was the library's source of revenue: public tax dollars. He argued, "The library supported by compulsory taxation is justified only as it serves to make the

ignorant citizen wise and the wise citizen wiser still." If the public paid for it, the library had to serve the public by providing educational resources, just like schools did. Here Dana simply adapted the reasoning of those who were forging an increasingly large public sector in America. With the growth of government, both at the municipal and national level during the Progressive Era, more political thinkers placed a premium on the idea of public service.[18]

But Dana was never comfortable with government. In fact, he described himself as a "Jeffersonian Democrat" and a "philosophical anarchist." As he explained in his presidential address to the ALA in 1896, the "essence of government is force." Echoing Alexis de Tocqueville's celebration of nineteenth-century America, Dana praised voluntary associations over coercive ones. The secret of "social efficiency," a term Dana increasingly used, "is voluntary organization: not governmental organization, which is compulsory, but the free organization to which we chiefly owe our progress." Dana therefore cherished what political theorists today call "civil society": the voluntary sector made up of churches, civic organizations, and social clubs.[19]

Not surprisingly, Dana believed the library could facilitate and nurture the institutions of civil society. In his library, he stocked the "occasional leaflet, pamphlets, and books" produced by these civic organizations. To Dana, reading these could help encourage communal knowledge as much as private reward. Dana also swung open his library doors to civic organizations as meeting places during the evenings. Dana both foresaw and then praised the "social centers movement" of the Progressive Era—a movement begun in Rochester, New York, in 1907 that opened up public schools in the evenings for citizens to hold nonpartisan and civic meetings. This movement embraced a deeply felt democratic philosophy. Dana seemed to speak this language when he argued that the library could "increase the interest their constituents take in the world they live in" and make them "more able and willing to work for the common welfare with their neighbors." By nurturing the work of civic organizations, Dana believed the library could facilitate the difficult work of democratic self-government. He echoed the general "hope in democracy" that marked the Progressive Era.[20]

As much as Dana cherished democracy, he also embraced his age's "cult of efficiency." Here he did not praise civic organizations but businesses that were initiating "scientific management." Increasingly, Dana used business principles to inform his library work. For instance, he hated garish and ornamental libraries. He loved neat and efficient ones, those, in his own words, that were "simple in the

extreme." He learned this principle, so he argued, from the world of business. Dana explained, "I have long felt that business runs the world, and the world gets civilized only as it learns and puts in practice principles tried and proved successful in business." Thus, Dana seemed enamored with both the world of public service and that of private profit. It was not always clear which he thought was more important to follow. But as he moved into making his library into a museum, and as the country as a whole moved from the Progressive Era to the more business dominated era of the 1920s, Dana pledged himself increasingly to business while still speaking the language of democracy. The rest of his career illustrated the vagaries of democratic culture within a society dominated by business.[21]

## Making the Library into a Cultural Center for the Community

Dana first put on an art exhibit in the Newark Public Library in 1903, just one year after arriving there. He exhibited the paintings of local Newark citizens, showing his concern, once again, to integrate the library into the local community. From 1902 until 1926, when the Newark Museum acquired its own building and when Dana became full-time director, he made his library into a democratic cultural center that not only held books but put on cultural exhibitions. As one contemporary explained it, "The Newark Museum is an outgrowth of the Public Library." For Dana, the two could never be entirely separated; his time was spent equally as leader of both.[22]

As he turned his attention to how the library could become a cultural center for Newark, he furthered his connections to Progressive Era ideas about culture and democracy. For instance, Dana rejected the museums erected by the Gilded Age wealthy. Drawing from Thorstein Veblen's social criticism (especially *The Theory of the Leisure Class*), Dana argued that the Gilded Age wealthy—robber barons like Rockefeller, Carnegie, and Morgan who had consolidated enormous industrial empires—had constructed museums as badges of honor. Appropriating Veblen's terminology, Dana wrote, "The wealthy are impelled, first, to distinguish themselves from the common, poorer people by conspicuous consumption and conspicuous waste and, next, to outdo their equals in wealth by the acquisition of costly and curious objects, so rare that their colleagues in wealth can not acquire the counterparts thereof." The ornately decorated libraries and museums became places to show off the collections of curious objects—in essence, arenas in which to display power and wealth. As Dana termed libraries of the past ornate "storehouses," he called museums "mausoleums of curios" and "gazing palaces."[23]

One of Dana's more interesting community-based cultural experiments was his "Homelands Exhibition," held during World War I. Like Jane Addams, Dana wanted to show Americans what positive contributions new immigrants could make to American culture (this became especially crucial as nativism increased during World War I). In fact, Dana believed in the sort of "cultural pluralism" espoused by thinkers like Randolph Bourne and Horace Kallen. Dana argued against the immediate assimilation of new immigrants: "Though we wish to Americanize our immigrants, we also wish them to retain as long as possible an interest and pride in the countries from which they came. They adapt themselves almost too completely and too rapidly to our ways." Therefore, Dana followed Addams by exhibiting the textile work of new immigrants in his library. In order to include the public in the making of this exhibit as the pageant organizers of his own day had done, he asked schoolchildren "to bring from their homes to the schools, textile articles brought by their parents from their home countries." Dana made clear that regular citizens had something important to contribute to the making of American culture. He also made clear how willing he was to invite people into making the library/museum their own.[24]

This inclusion of immigrant "works of art" in his new library/ museum led Dana to think more critically about the meaning of art in a democratic society. From his work as a democratic librarian to democratic museum administrator, he became something of an aesthetic philosopher. As his library continued to grow and as it became clearer that he needed to create a separate building for the Newark Museum, Dana moved on and faced the changing times of the 1920s. His newfound love was not so much for the older craft productions of immigrants but for the products of modern business. Once again, he demonstrated that business led the way, even when it came to culture.

Dana believed industrial art could play a role in the formation of a discerning and critical public. He started seeing the potential that lay behind the new set of industrial products found in the mass market of the 1920s. Objects like radios, coffee tables, even men's clothing could be treated as works of art. As he had brought popular fiction and newspapers into the public library, he would bring popular commodities into his museum. Dana was right in noticing the importance of what historians call a "culture of consumption." Businesses needed an increasing amount of demand for the products churned out by more efficient production methods, including the famous assembly line pioneered by Henry Ford. Through extended

credit systems and mass advertising, middle-class Americans could acquire increasing numbers of mass-produced goods. For Dana, the new culture of consumption demanded that people be educated for critical aesthetic judgment about the commodities they were purchasing. As reading books could develop the analytical skills necessary for the political and civic activity of municipal self-government, so making critical judgments about popular commodities could create the aesthetic skills necessary for citizens within a democratic culture.[25]

Dana developed an aesthetic philosophy for his museum, one that foreshadowed the thinking done by John Dewey in *Art as Experience* (1934). For Dana, as for Dewey later, art should not be seen as a realm of experience cut off from the rest of life, that is, as an arena of beauty separate from the workaday world. Dana complained that Americans "think art is something quite apart from daily life; that they are, to put it more technically, consciously aesthetic only when they look on art that has been duly certificated as such." This made most people feel alienated from art, seeing it as unapproachable and elitist. Dana used the same reasoning he had applied to yellow journals, believing that he had to work with people in their current frame of mind. He argued that "the only way art can be developed is through the development of taste; and the only way that taste can be developed is through the use of such taste as you have." Therefore, Dana believed that to create a discriminating public within an industrial society, he had to exhibit goods with which the new public of the 1920s (quite distinct from the public at the turn of the century) had more contact, namely, industrially manufactured objects. He believed his activities in Newark (as he increasingly organized exhibits on industrial objects) would

> persuade our fellow citizens to realize that objects produced for enjoyment and use are always capable of being made more interesting, more attractive, and more completely satisfying—and that the way to make them so is for those who purchase and use them, and live with them, to look upon them more critically; to evaluate more often their qualities; to condemn what they find in them that is simply meaningless, and mere surplus; to praise in them what they can, and to keep in mind the fact that improvement in design comes out of the desires of the people who are to use them.

By showing off industrial objects in his library/museum, Dana thought, a more critical and engaged public could grow.[26]

Hoping to displace the oil painting that had an "undue share of space" in the nineteenth-century museum, Dana put on an increasing number of industrial art shows at his library and then at his museum. Though he showed paintings, a list of his exhibitions makes clear his new emphasis: clay products (1915), textiles (1916), German applied arts (1922), and leather products (1926). Dana made his library/museum into a leading institution in the exhibition of industrial art. His work influenced other museum leaders. The Metropolitan Museum of Art began "an annual series of small displays of American factory products" in 1917, as did other museums. As the historian Jeffrey Meikle has shown, the movement for industrial art took off like wildfire during the 1920s, in part due to Dana's leadership.[27]

Dana believed that by showing industrial objects in his library/museum exhibits, he could help create a discerning and critical public capable of making more informed aesthetic choices and judgments. To a certain extent, Dana was simply reacting to the growing importance of America's consumer economy of the 1920s. He would exhibit industrial objects and thereby educate a critical public to appraise these items. Unfortunately, Dana ignored certain features of industrial society. As we shall see, his optimism about the new industrial society of the 1920s clouded his perception of certain realities about industrial culture.

## An Active Public in a Society of Industrial Spectacles?: Toward a Theory of a Democratic Museum

Dana made controversial statements about American culture when he espoused his love of industrial art. He argued that the department store was a more authentic museum or cultural center than the stodgy museum of the Gilded Age. In fact, he called the department store the "teaching museum of these new days." Celebrating industrial art, Dana declared Henry Ford a notable artist and even praised advertising as a form of artistic expression, arguing that advertising "uncovers and promotes talent in drawing and design, sometimes rising to genius." In all these ways, Dana believed a democratic public could blossom from the business culture of the 1920s out of the activities of major manufacturers such as Henry Ford and the advertising billboards now spreading through the urban landscape as well as the mass media.[28]

Dana asserted that his new institution could exhibit industrial objects being churned out by the modern factory. By doing so, Dana believed he could cultivate a "genuinely artistic feeling in the objects that come from American factories." He hoped workers could

learn design principles and therefore inspire craftsmanship and that the exhibition of industrial objects could "encourage movements toward the beautification of its products which that community discloses." The final result of these processes would be to "encourage improvements in manufacturing methods." Unfortunately, Dana misread the impact that industrialization had on the work process and the capacity of the public to affect industrial decisions. For instance, when Dana praised Henry Ford for being an artist, he ignored the fact that Ford had done everything to strip the worker of any sense of craftsmanship. Ford pioneered in mass production by developing the assembly line, which broke down the labor process into component parts and assigned each worker to one repetitive task. For Dana to think that pride and craftsmanship could be found in this work process betrayed his lack of understanding of industrial production. How could workers identify with the process of production when they had so little control over or knowledge about the way a product was made? To argue for industrial craftsmanship on the part of industrial workers ignored the reality of modern labor.[29]

Nor could Dana really explain how a critical public could convey its aesthetic wishes either to factory workers or to the bosses who owned the factory. If anything, Dana was a bit naive. Not only did he believe firmly in an inherent view of industrial progress, arguing that "each year factories are more humanely and rationally managed," but he also praised the new culture of consumption growing up during the 1920s. This new culture was best seen in the proliferation of advertising and the rise of the new credit systems. Dana argued that the buying public had a large amount of influence over the sort of products it was buying: "Every year [the] buying public brings to its judgment of what is new in the design of things offered to it for selection a fuller background of observation and experience; and every year, if increase of knowledge does in truth modify favorably, as we all assume it does, the fine art of choice, the buying public selects on the whole, things that are a little finer than were those [it] selected the year before." Dana believed his own institution—his new community-based center of culture—could help upgrade public taste. The result would be beautiful products and more intelligent purchases. The circle, always facilitated by the market, would be closed.[30]

Dana's faith in what he now called a "buying public"—a critical choice of words—signified a general shift in American history during the 1920s. After World War I, Progressive Era reform dwindled, and the 1920s witnessed the reassertion of business power and a decline in the faith of government and the concept of a democratic public educating itself about political affairs. Increasingly, intellectuals argued that American citizens did not have the capacity to participate in public affairs. In

fact, liberal intellectuals like Walter Lippmann believed that the new mass media—where, not so incidentally, advertising proliferated—made democratic self-government an impossibility. Instead of a public of citizens concerned with the public good, many intellectuals saw only private consumers concerned with their own self-interest.[31]

Unlike some of these critics, Dana believed that a buying public could actually hold the new consumer market accountable through making informed purchases. By demanding more beautiful items, Dana thought the leaders of new industrial firms would respond in kind by fulfilling their demand. Of course, it was not always clear what constituted "beauty" within the world of industrial objects. Nor was it clear how corporations would register the wants of consumers. Seemingly, private corporations would act like public institutions (i.e., government), since they would feel the pressure of popular (aesthetic) judgments. Dana knew that the profit motive could direct industrial leaders to emphasize low-cost production over production of beautiful items. Industrial leaders were not the same as political leaders who at least made formal promises to listen to the public. Industrial leaders might be concerned with what the public thought was beautiful, but this was not the only thing that they worried about. Private corporations do not behave like public institutions. Citizens can vote out public leaders, but they can do very little directly about the leadership within the private sector. Private corporations are most beholden to profit, not the public will. Here, Dana simply was a bit naive, hoping for a form of public influence that, though commendable, did not reflect the way larger national markets necessarily operate.

Perhaps the clearest example of Dana's naïveté was in his praise for advertising. In an essay revealingly entitled "Art's Best Friends Are the Advertisers," Dana claimed that advertisers created beautiful works of arts and that by employing artists they also promoted "talent" and "sometimes genius." As Roland Marchand has shown in his marvelous study of modern advertising, advertisers did employ numerous graphic artists in order to create the imagery they needed. Indeed, advertisements grew increasingly dependent on imagery rather than words during the 1920s. The artwork found in advertising might be thought of as beautiful (although this is an open question), but it was always tied to the desire to sell a product through the use of imagery evocative of emotional needs on the part of consumers. Dana seemed to ignore a number of elements necessary in the creation of good art, especially control over the artistic creation of the product. Artists employed by advertising firms did not possess this freedom; their job was to promote the commodity at hand. If their artistic hopes contradicted what the businessmen wanted, their artistic hopes were thrown

172

to the wayside. Here was a central problem for Dana. His hope for beauty never took into account the operation of the industrial market, which cared not just for beauty but for the bottom line. This is not to say that public judgment about consumer goods could not be upgraded but, rather, that this was not always so easily done within the parameters of a profit-oriented consumer culture.[32]

Whether or not the public that entered Dana's institution actually underwent an upgrading in aesthetic taste or not is an open question. Unfortunately, it is a question we cannot answer, since adequate proof does not exist. All we can understand are Dana's ideas within the context of an industrial society and consumer culture. Here, Dana ignored a number of dynamics that posed problems for his vision of a democratic public asserting influence over the beauty of industrial products. He overlooked the nature of industrial labor, especially its destruction of craftsmanship in its pursuit of the bottom line, and the operations of a national market, with its emphasis on the increasingly manipulative art of advertising. With this said, Dana's hope for an intelligent and discriminating public within an industrial society was a noble one, and in it can be found his legacy.

## Conclusion: Dana's Legacy

Dana's civic leadership was remembered by many after he passed away in 1929. In 1935, for instance, Newark declared a "John Cotton Dana Day" to memorialize his activities. Within the Newark Museum's clipping files are many documents on how Newark citizens honored Dana from 1930 to 1980. In the 1950s both the museum and library held public festivals that celebrated Dana's legacy. In 1977 students at Kean College organized an exhibit entitled "John Cotton Dana: Visionary" that brought together citizens throughout New Jersey to remember Dana's leadership in the quest for cultural democracy. Two years later the Newark Museum dedicated an entire copy of its journal to Dana's impact. All these events emphasized Dana's legacy as a strong leader both in Newark and the nation in terms of remaking American culture.[33]

Dana's influence is evident in the work of those who defend the public library's freedom from censorship today. As seen in his conflict over "goldbug" literature in Colorado, Dana always stood against those who wanted to ban certain books from the library, believing as he did that the public could determine what was in its own best interest. Today, many librarians have tried to counteract attempts to regulate what the public can read and what it cannot. Many librarians have refused to give readers' library records to

government officials, arguing that the government has no right to know what citizens borrow. Additionally, libraries continue to serve as meeting places for civic organizations and as sources of information for local municipal reform. In all these ways, the modern public library is indebted to Dana.

Dana's legacy also lived on in the ideas of thinkers who came after him. John Dewey's formulation of democratic aesthetics in his *Art as Experience* took up Dana's ideas. Dewey elaborated Dana's ideas when he argued for restoring a "continuity between the refined and intensified forms of experience that are works of art and the everyday events, doings, and sufferings that are universally recognized to constitute experience." Dewey also sounded like Dana when he complained about the art museum's effort to "segregate art" from the life of regular citizens. Additionally, Dewey argued that high culture relied upon and drew from the folk arts of a nation, an idea that Constance Rourke would later refine. Though it is not clear if Dewey knew about Dana's experimentation or writings, it is clear that Dana's ideas have lived on within American intellectual history.[34]

A direct influence on the part of Dana can be seen in the work of Holger Cahill. Cahill worked for Dana at the Newark Museum and sang his praises in an article that stressed Dana's exhibitions of the works done by contemporary artists. Cahill always felt connected to Dana's legacy (interestingly enough, Cahill was also a student of John Dewey). During the 1930s Cahill headed the Federal Arts Project for the federal government, a core component of Franklin Delano Roosevelt's New Deal. He devised programs that reintegrated the arts into the everyday lives of American citizens by providing free arts classes, constructing community centers devoted to arts education, and involving citizens themselves in the making of murals and other works of public art. Though he shied away from Dana's love of industrial art, he clearly continued with Dana's struggle for a democratic culture.[35]

Finally, museum leaders also try to exhibit industrial and folk art in the hopes of attracting more citizens and to educate the public through a variety of outreach programs. As Neil Harris has shown, museums have even competed with department stores throughout the twentieth century in an attempt to win back the public and educate it within the context of a consumer culture. This has sometimes led to questionable ventures. For instance, the Metropolitan Museum of Art and Bloomingdale's allied in a 1980s showing of aristocratic clothing made in China. The result, as Debora Silverman made clear, was that the museum succumbed to the worse tendencies of superficial marketing. The show "projected fantasies of wealth, power, and leisure attached to an ancient imperial civilization and displayed them in the form of a

fashion show." Understanding of Chinese culture was minimized. The case is important since it illustrates the challenge that Dana left behind for cultural centers, that is, the desire to upgrade the aesthetic tastes of a mass public increasingly under the sway of a consumer culture.[36]

Dana made clear that the primary challenge for libraries and museums was to educate the public—and allow the public to educate itself—about issues of politics and culture. He believed that business culture had something to teach civic institutions. During the 1920s he faced up to the increasing influence of a mass consumer culture and argued that civic and cultural leaders needed to find ways to educate the public into making critical judgments about the aesthetic qualities of everyday objects. The challenge still holds. Indeed, the power and pervasiveness of consumer culture has grown enormously since the 1920s. It has been coupled with a decreasing knowledge on the part of citizens about civic and public affairs. Today civic and public activity is at an all-time low.

How to encourage more critical-mindedness on the part of a public bombarded by advertisements and promotional ploys is only that much more important today than in Dana's era. Dana believed that the promotion of industrial art might help in this effort, an idea that deserves our reappraisal. Library and museum leaders still have a role to play in debating the meaning of a democratic culture today, and Dana's leadership should be remembered for both inspiration and debate. More can be done to make useful information available to citizens trying to become involved in community problem solving, as Dana did in his library work. Dana's successes and failures speak to the challenges inherent in any future struggle for a democratic culture.

## Notes

1. For more on this concept, see Kevin Mattson, *Creating a Democratic Public: The Struggle for Urban Participatory Democracy during the Progressive Era* (University Park: Pennsylvania State University Press, 1998).

2. For instance, see Tom Johnson, *My Story* (New York: B. W. Huebsch, 1911).

3. See John Milton Cooper, *Pivotal Decades: The United States, 1900–1920* (New York: Norton, 1990) and Robert Wiebe, *The Search for Order, 1877–1920* (New York: Hill and Wang, 1967).

4. See Henry May, *The End of American Innocence* (New York: Knopf, 1959); Christopher Lasch, *The New Radicalism in America* (New York: Norton, 1965); George Kotkin, *William James: Public Philosopher* (Baltimore: Johns Hopkins University Press, 1990); Robert Humphrey, *Children of Fantasy: The First Rebels of Greenwich Village* (New York: John Wiley and Sons, 1978).

5. On realist writers, see Daniel Borus, *Writing Realism: Howells, James, and*

*Norris in the Mass Market* (Chapel Hill: University of North Carolina Press, 1989); on realist painters, see Barbara Rose, *American Art since 1900* (New York: Praeger, 1967), 33.

   6. See Jane Addams and Marion Foster Washbure, "A Labor Museum," *Craftsman* 6 (1904): 570–80; "Hull House Labor Museum," *Chautauquan* (September 1903): 60–61; Allen Davis, *Spearheads for Reform: The Social Settlements and the Progressive Movement* (New York: Oxford University Press, 1967), 47–48; and Eileen Boris, *Art and Labor: Ruskin, Morris, and the Craftsman Ideal in America* (Philadelphia: Temple University Press, 1986).

   7. Randolph Bourne, "Pageantry and Social Art," in *The Radical Will: Randolph Bourne, Selected Writings, 1911–1918* (New York: Urizen Books, 1977), 518; Percy MacKaye, *Community Drama* (Boston: Houghton Mifflin, 1917), 45. On pageantry, see Mary Roberts, "The Value of Outdoor Plays to America: Through the Pageant We Shall Develop a Drama of Democracy," *Craftsman* 16 (1909): 491–506; and David Glassberg, *American Historical Pageantry: The Uses of Tradition in Early Twentieth Century America* (Chapel Hill: University of North Carolina Press, 1990), esp. 62–63.

   8. For biographies of Dana, see Barbara Lipton, "John Cotton Dana and the Newark Museum," *Newark Museum Quarterly* (Spring–Summer 1979); Edward Alexander, "John Cotton Dana and the Newark Museum: The Museum of Community Service," in his *Museum Masters* (Nashville: American Association for State and Local History, 1983); Alix Sandra Schnee, "John Cotton Dana, Edgar Holger Cahill, and Dorothy C. Miller: Three Art Educators" (Ph.D. diss., Columbia University, 1987); Frank Kingdon, *John Cotton Dana* (Newark: Public Library Museum, 1940); Chalmers Hadley, *John Cotton Dana: A Sketch* (Chicago: American Library Association, 1943); "John Cotton Dana–A Great Librarian," *Library Journal*, 29 August 1929, 662–64; and the biography found in *Art News*, 17 August 1929, 12.

   9. John Cotton Dana, *Libraries: Addresses and Essays* (Freeport, N.Y.: Books for Libraries Press, 1969), 40; Walter Lippmann, *Drift and Mastery* (New York: Henry Holt, 1914). For the idea of a secular minister in the Progressive Era context, see Robert Crunden, *Ministers of Reform: The Progressives' Achievement in American Civilization, 1889–1920* (New York: Basic Books, 1982).

   10. The bulk of this information comes from Hadley, *John Cotton Dana.* The details that follow about Dana's initiatives in Colorado come from that book as well as Dana's original writings.

   11. John Cotton Dana, "Advertising a Library" (1895), in *Librarian at Large: Selected Writings of John Cotton Dana*, ed. Carl Hanson (Washington, D.C.: Special Libraries Association, 1991), 129. For the figures on Colorado, see Hadley, *John Cotton Dana*, 21.

   12. See Hadley, *John Cotton Dana*, and Kingdon, *John Cotton Dana*, for information about Colorado.

   13. Dana quoted in Hadley, *John Cotton Dana*, 6.

   14. John Cotton Dana, "The Place of a Public Library in a City's Life" (1902) and "The Public Library and Publicity" (1913), both in Dana, *Libraries*, 70, 207. On the City Beautiful movement, see Mattson, *Creating a Democratic Public*, chap. 1.

   15. John Cotton Dana, "The Public and Its Library" (1897) and "Library Problems" (1902), both in Dana, *Libraries*, 17, 53.

   16. John Cotton Dana quoted in Hadley, *John Cotton Dana*, 40–41; John Cotton Dana, "A Librarian's Enthusiasm" (1901), in Dana, *Libraries*, 40; Dana

176

quoted in Adeline Davidson, "New Jersey Library Association," *Library Journal*, 15 May 1922, 472.

17. John Cotton Dana, "Book Using Skill in Higher Education" (1909), in Dana, *Librarian at Large*, 164. See also "The Supreme Importance of Reading" (1913) in the same collection. For Dana's view of fiction, see his "The Place of Fiction in the Free Public Library" (1903), in ibid.; John Cotton Dana, "Newspaper Readers," in ibid., 193.

18. Dana, "The Public and Its Library" (1897), in Dana, *Libraries*, 23.

19. Dana quoted in Kingdon, *John Cotton Dana*, 45; John Cotton Dana, "Hear the Other Side" (1896), in Dana, *Libraries*, 6; John Cotton Dana, "Many-Sided Interest: How the Library Promotes It" (1906), in ibid., 136, 135; on Dana's praise of the social centers movement, see his "Branch Libraries in School Houses" (1911), in ibid., 181–82. For more on the social centers movement, see Mattson, *Creating a Democratic Public*, chaps. 3–5.

20. John Cotton Dana, "Changes in Reading" (1922), in Dana, *Librarian at Large*, 174.

21. John Cotton Dana, "The Librarian's Spirit and Methods in Working with the Schools" (1900), in ibid., 149; John Cotton Dana, "The Use of Print in the World of Affairs" (1910), in ibid., 208. On the "cult of efficiency" and scientific management, see Samuel Haber, *Efficiency and Uplift: Scientific Management in the Progressive Era* (Chicago: University of Chicago Press, 1964).

22. "Bringing Art to the Masses," *Literary Digest*, 31 August 1929, 30.

23. John Cotton Dana, "Libraries and Museums," *Library Journal*, 15 May 1921, 455; *American Art: How It Can Be Made to Flourish* (Woodstock, Vt.: Elm Tree Press, 1914), 13; *The Gloom of the Museum* (Woodstock, Vt.: Elm Tree Press, 1917), 15; Dana quoted in Schnee, "John Cotton Dana, Edgar Holger Cahill, and Dorothy C. Miller," 56.

24. John Cotton Dana, "The Legitimate Field of the Municipal Public Library" (1914), in Dana, *Libraries*, 266; *A Small American Museum* (pamphlet published by the Newark Museum Association, 1921). For Bourne's cultural pluralism, see his classical essay "Trans-National America," in *The Radical Will*, ed. Hansen. For more background on immigrants and Newark, see John Cunningham, *Newark* (Newark: New Jersey Historical Society, 1988), 211.

25. On the growth of a consumer culture, see Jackson Learns and Richard Fox, eds., *The Culture of Consumption: Critical Essays in American History, 1880–1980* (New York: Pantheon, 1983) and William Leach, *Land of Desire: Merchants, Power, and the Rise of a New American Culture* (New York: Pantheon, 1993).

26. John Cotton Dana, "The Relation of Art to Everyday Life," Newark Public Library, Dana Manuscripts, Folder n1906, 119–23; Dana in an unpublished interview with Charles Wood, Dana Clipping Files, 1920–29, Newark Museum; John Cotton Dana, "The Museum as Art Patron," *Creative Art* 4 (1929): xxv. For Dewey's aesthetic philosophy, see his *Art as Experience* (New York: Minton and Co., 1934).

27. Dana, *The Gloom of the Museum*, 21; John Cotton Dana, "Art in Industry," *New York Times*, 15 April 1926, 26. On exhibitions of the Newark Museum, see Dana Clipping Files, Newark Museum. On the industrial arts movement in general, see Jeffrey Meikle, *Twentieth Century Limited: Industrial Design in America, 1925–1939* (Philadelphia: Temple University Press, 1979), 20 for references to Dana.

28. John Cotton Dana, "Is the Department Store a Museum?" *The Museum*, Writings File, Newark Museum; John Cotton Dana, *Art Is All in Your Eye and Art's Best Friends Are the Advertisers* (Woodstock, Vt.: Elm Tree Press, 1927), 12. On Dana's praise

177

for Henry Ford, see Lipton, "John Cotton Dana and the Newark Museum," 43–44.

29. Dana quoted in "An Art Centre for Workaday Life," *New York Times Magazine,* 7 June 1925, 8; Dana, *A Plan for a New Museum,* 25. On changes within industrial labor, see Harry Braverman, *Labor and Monopoly Capital: The Degradation of Work in the Twentieth Century* (New York: Monthly Review Press, 1975), and Daniel Nelson, *Managers and Workers: Origins of the New Factory System in the United States* (Madison: University of Wisconsin Press, 1975).

30. Dana, *The Gloom of the Museum,* 29; John Cotton Dana, "The Use of Museums," *The Nation,* 11 October 1922, 374.

31. For more on this, see Mattson, *Creating a Democratic Public,* chap. 6.

32. Dana, *Art Is All in Your Eye,* 12. See also Roland Marchand, *Advertising the American Dream* (Berkeley: University of California Press, 1985).

33. See Dana Clipping Files, 1930–81, Newark Museum.

34. Dewey, *Art as Experience,* 3, 8, 26, 327. See also Constance Rourke, *The Roots of American Culture and Other Essays* (New York: Harcourt, Brace, 1942).

35. See Holger Cahill, "Newark: The Museum and American Contemporary Art," *Creative Arts* 4, supplement (1929): 35–39. On Cahill's work and the influence of Dana on New Deal art experiments, see Jane De Hart Matthews, "Arts and the People: The New Deal Quest for a Cultural Democracy," *Journal of American History* 62 (1975): 318, 322–24. See also Eugene Metcalf and Claudine Weatherford, "Modernism, Edith Halpert, Holger Cahill, and the Fine Art Meaning of Folk Art," in *Folks Roots, New Roots,* ed. Jane Becker and Barbara Franco (Lexington: Museum of Our National Heritage, 1988), and John Michael Vlach, "Holger Cahill as Folklorist," *Journal of American Folklore* 98 (1985): 148–62.

36. Debora Silverman, "China, Bloomies, and the Met," in *Culture in an Age of Money: The Legacy of the 1980s in America,* ed. Nicolaus Mills (Chicago: Ivan R. Dee, 1990), 184; Neil Harris, "Museums, Merchandising, and Popular Taste: The Struggle for Influence," in *Cultural Excursions* (Chicago: University of Chicago Press, 1990). See also Edward Banfield, *The Democratic Muse: Visual Arts and the Public Interest* (New York: Basic Books, 1984), 108–16.

178

Copyright of Libraries & Culture is the property of University of Texas Press and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

179