# "One Cathedral More" or "Mere Lounging Places for Bummers"? The Cultural Politics of Leisure and the Public Library in Gilded Age America

*Alexis McCrossen*

This article contextualizes the history of public libraries during their formative periods, the Gilded Age and Progressive Era, within U.S. cultural history. It argues that the triumph of consumer capitalism, the dominance of hierarchy as an organizing principle, and the process of sacralization shaped public libraries' policies and procedures. The essay explores some of the ways that public libraries gave leisure an institutional form, helping to spatially and temporally particularize the abstract concept of the public through their policies related to access—to the buildings, collections, and people.

In fact, it [the Sunday opening of the Philadelphia Mercantile Library] is only the opening of one cathedral more, where those who hunger and thirst during the busy week may come and be filled.
S. C. Hallowell to Henry Ward Beecher, 1872

They [New-York City Mercantile Library and Cooper Institute Reading Room] were poorly patronized. . . . [T]he reading-room was made a mere lounging place for bummers.
Rev. Carlos Martyn, 1886

It is well known that differing conceptions of "the public" framed early debates about public libraries in the United States. One newly professionalized librarian observed in 1880, "'The public' is a plural personage which cannot all be suited at once."[1] As did the founders of Boston's Public Library, some proponents of tax-supported libraries optimistically posited that the public was "a reading, self-cultivating population."[2] After the Civil War many of these liberal-minded and idealistic reformers fashioned public libraries, as well as museums and world's fairs, into "vestibules of churches," while the most ambitious

*Libraries & Culture*, Vol. 41, No. 2, Spring 2006
©2006 by the University of Texas Press, P.O. Box 7819, Austin, TX 78713-7819

Dockets.Justia.com

among them envisioned the public library as "one cathedral more" in America's bustling cities.[3] Other reformers, however, were less sanguine about the public's demand for cultural advancement, its capacity for self-improvement, or its ability to follow the conventions of polite culture.[4] They worried that the expansion of hours, collections, and services would turn libraries into "mere lounging places for bummers."[5] Whether mired in anxieties about idleness or steeped in aspirations for uplift, public librarians understood their work as being in opposition to and in competition with commercial, mass culture. To prevail in this contest they had to formulate both positive and negative attitudes toward leisure. This essay explores some of the ways that public libraries gave leisure an institutional form during the Gilded Age, helping to spatially and temporally particularize the abstract concept of *the public* through their policies related to *access*–to the buildings, collections, and people.[6]

By the late nineteenth century leisure had matured into a distinct set of experiences and priorities that challenged the centuries-old Anglo-American dichotomy between work and rest. During the colonial period and early decades of the antebellum period most Anglo-Americans, as well as their apprentices, servants, and slaves, divided the week into six days of work and one of rest. In general, rest was firmly located within the confines of Christian belief and practice, which is to say that it was associated with worship, prayer, and Bible study. By the middle of the nineteenth century, however, the stark division between work and rest underwent dramatic change due to new technologies, new immigrants, new possibilities, and new beliefs.[7] At this time the first public library opened in Boston (1852); across the nation over the next half century city councils and philanthropists marshaled funding for libraries–some magnificent, others serviceable. Often housed in city council chambers, these early public libraries soon outgrew their quarters and in some cases moved into separate buildings. In fashioning activities and spaces for a community's free time, public librarians and their supporters mediated between fears of "idleness"–embodied in loafers and bummers– and hopes for re-creation implicit in the public library's association with cathedrals and vestibules of churches.

We must remember that libraries began as collections of books and that for centuries books had been considered the preeminent symbols and signs of "Culture." Elite and learned Americans, in their efforts to fashion the nation into a civilization, posited that freely accessible and ever-dynamic city libraries–and, indeed, a great national library such as the Library of Congress–would, along with the achievements of great poets, foster Culture. However, after the Civil

War, when the means for achieving these goals seemed to materialize, three deep and significant changes in the relationship between Americans and culture shook the bookish foundations of civilization. First, a flourishing market for culture—in its sacred and secular forms—produced both mass leisure and mass culture. Second, as an array of persons and institutions separated the popular from the "serious," the "commodified" from the "pure," and the professional from the amateur, they created a cultural hierarchy that segregated objects, texts, and audiences. Third, liberal Protestants engaged in a process of "sacralization" that legitimated culture in all its permutations but the vulgar and the prurient. The cultural politics of leisure coursed through each of these reorientations, and in doing so new models for culture, for leisure, and for the public framed the emergence of tax-supported libraries. The remainder of this essay explores the implications for public libraries of each of these cultural shifts.

**The Market for Culture**

It is clear that public libraries took shape within an extraordinarily vibrant market for culture. The disestablishment of the church in the late years of the eighteenth century and early ones of the nineteenth century gave rise to a dynamic market for religious experience, publications, and institutions.[8] Although there had always been impresarios and entrepreneurs willing to fulfill demand for less-than-godly entertainment, their numbers exploded after the Civil War. In catering to the public's whims and tastes they fed an appetite for spectacle, fantasy, and experience. The circus shows of P. T. Barnum, the vaudeville theaters of B. F. Keith, the baseball stadiums of the National League, and amusement parks of Coney Island and other cities' peripheries—all of these entrepreneurial offerings and more sat squarely within the market.[9] As the nation slowly became a "land of desire," public librarians felt strong imperatives to respond to and to shape demand.[10]

Somewhat reluctantly, they did so. They acquired fiction of the day, newspapers, and magazines.[11] They improved circulation mechanisms, largely by standardizing catalogs, opening stacks, inaugurating branch libraries, and introducing distribution points and delivery stations.[12] With Boston in the forefront again, branch libraries began to open in 1870, usually in neighborhoods crowded with recently arrived and deeply impoverished immigrants from Europe and migrants from the countryside.[13] By the turn of the century, the principle animating the formation of branch libraries—access to books could Americanize and improve potentially unruly and uncivilized urbanites—underpinned the

development of a system of distribution points: patrons could order and pick up books from public and private schools, firehouses and police stations, department stores and pharmacies, among other places. These delivery and deposit stations complemented the extension of the main branches' hours and days of service.[14]

Public librarians further embraced the new tools meant to enhance distribution of goods that were emerging out of the commercial sphere. They publicized their services in a variety of ingenious ways. For instance, in the 1890s notices concerning the public library's collections, hours, and location were distributed to some workers as they left factories; in the twentieth century radio spots highlighted the reference services of New York City's public library.[15] When librarians worried that cheap amusements and bustling streets prevented men and women from coming to the library, they fashioned competing and comparable amusements—musical concerts, motion pictures, exhibitions, and the like.[16] Public librarians even engaged in market research, counting how many men, women, and children came through their libraries' doors, recording what they read, deriving statistics that contrasted weekday with Sunday attendance and usage.[17] Apprehensive that Americans did not read enough, librarians went to the children, developing in the 1890s and after special collections of children's literature and special services for them.[18]

Librarians assessed the market for their services, responded to perceived needs, tried to shape demand, and sought new patrons; in doing so they were little different from marketing experts who strategized about how to sell cameras, toothpaste, disposable razors, cigarettes, and canned foods.[19] In the library as well as the department store mass demand replaced cultural authority. Public librarians did not blindly embrace this trend. For instance, one librarian despaired that "the doctrine of 'majority vote' to settle literary values" would lead to librarians becoming "only a mechanical medium for transferring books to the reader."[20] Historian Wayne Wiegand explains that at the American Library Association's inaugural meeting in 1876 "most agreed that the mass reading public was generally incapable of choosing its own reading materials judiciously."[21] But others embraced the market model as a positive, transformative development that would enhance the democratic potential of public libraries. For instance, a speaker at the opening ceremonies for the Chicago Public Library's magnificent quarters explained in the late 1890s that the library's "main mission [is] to be the one center from which information and culture shall radiate into every mind and heart in this vast bee-hive of conflicting energies and clashing interests."[22] A beehive was the same imagery used to depict the operations of the

mail-order empires of Montgomery Ward and Sears, Roebuck, each incidentally headquartered in Chicago.[23] By and large, public librarians replicated the market model of cultural diffusion and activity, thus providing millions of Americans access to a wider variety of print materials and services than the founders of the public library movement had imagined.

## Cultural Hierarchy

The "civilizing function" of public libraries first fascinated social critics during the Gilded Age. By the middle of the twentieth century it had become a major theme in the historiography of libraries. Whether as "arsenals of a democratic culture" or as "palpable and visible" signs of "a new ideal of public culture," public libraries joined public schools as the only tax-supported institutions in the United States devoted to a general diffusion of knowledge and learning.[24] As the ever-expanding field of publishers was putting a wide range of material into print, not all of which could be categorized as "learned," the public librarian came to play a significant, though largely unanticipated, role as a mediator between the people and print.[25] Hierarchical understandings of cultural products, genres, and tastes, along with limited acquisitions budgets, complicated the public library's purported goal of simply meeting demands for print culture and providing access to knowledge.

Over the course of the nineteenth century social reformers on both sides of the Atlantic sought to order culture along an axis that led from "primitive" to "civilized." Within the antebellum culture industry, learned and popular forms of theatrical performance and music had shared the stage and the affections of Americans rich and poor, although many evangelical Protestants condemned all genres of entertainment.[26] Similarly, the periodical press published poetry and political speeches, death notices and sermons, essays and the shipping news. Although cultural products did not entirely defy categorizations such as learned or unlearned, pious or blasphemous, they could be found in the same places at the same times. By the Gilded Age, however, popular and serious music had separate venues, as did Shakespeare, minstrelsy, melodrama, and burlesque. Within these institutions audiences were taught to be passive spectators rather than active participants in the show. This differentiation led to the formation of numerous venues for the specialized products that were in demand, thus giving rise to a growing market for culture.

By the same token, differentiation enabled the publication of a wide variety of specialized magazines as well as the expansion of the

newspaper from a single news sheet into a collation of sections, each devoted to a set of topics. This differentiation of cultural products, venues, and audiences fed the growing antagonism between custodians and merchandisers of "Culture" in ways that historians have not fully explored.[27] The custodians wanted to protect Culture by limiting both access and innovation, whereas merchandisers were devoted to expanding access and, if it were profitable, furthering innovation, although each had to be done within the parameters of public taste. While public librarians most clearly identified with custodians of Culture, the status of libraries as institutions partially if not fully supported by taxes forced them to reckon with commercial methods of encouraging access and, to some degree, innovation.

One way of mediating between the imperatives of the salesman and of the custodian was to engage in projects that would uplift the masses, thereby rearranging their cultural priorities and tastes. Joining public libraries in these efforts were museums devoted to natural history and the plastic arts; the Chautauqua movement's continuation of the antebellum lyceum; and world's fairs divided between midway attractions and exhibition halls stuffed with machinery, technological triumphs, and Victorian gewgaws.[28] Objects, texts, institutions, and patrons were classified and ranked: "civilized" or "primitive," the "better sorts" or "loafers and bummers," the Boston Public Library's "upper hall" devoted to "serious" reading or its "lower hall" stocked with newspapers and light fiction.[29] Public libraries thus stood in the middle ground between the serious and popular—their mandate was to meet the public's demands, but their goal was to improve, indeed to shape, its tastes. As historian Dee Garrison explained, although librarians endeavored "to elevate public thought and to meet public demand," they too were caught "between the censorship and the consumership models of the library."[30] Public librarians sought to uplift and rearrange cultural priorities and tastes, much as middlebrow institutions like the Book-of-the-Month Club would do in the twentieth century.[31] But the deeply held commitment to a "class-based hierarchy of readers" hampered their work.[32]

While many librarians would have preferred to directly participate in the safekeeping of Culture through fashioning acquisition policies that would have limited the purchase of, if not banished from the library altogether, what they called "trash," the public would not let them. As often as public librarians averred that "the question 'what does the public want?' is not the only, nor, in fact, the chief question to be borne in mind in the conduct of a library," the circumstances of being a tax-supported institution in an age when few such entities existed made meeting demand the central issue.[33] By the mid-1880s

the controversies over carrying fiction in the public libraries had abated, but "the recognition of this view of their function by the librarians has led to a new definition of *trash*."[34] While the sentimental novels of Mrs. E. D. E. N. Sedgwick and the sensational adventure stories characteristic of dime novels were labeled *trash*, public librarians found themselves in the embarrassing (for them) position of having to carry these works nevertheless. Bringing home this reversal in cultural priorities was the rapidity with which *trash* took on a different set of meanings; for instance, in Newton, Massachusetts, taxpayers blamed the directors of the library for "buying so much rubbish—old theological books and the like that nobody cares about reading."[35]

Although the conflicts within public libraries concerning the circulation of fiction are well known, it is rarely noted that anxiety and conflict ran deep about the provision of newspapers and magazines.[36] It was often stated that "a newspaper reading-room freely accessible is sadly apt to become a 'tramp's home,' utilized as a lounging place by those who save a penny or two and obtain warm and comfortable housing for an hour through its hospitality."[37] To combat this tendency in 1887 the Chicago Public Library "gave up the general newspaper file," which "greatly reduc[ed] the number of visitors to the reading room" and "wholly cured some disagreeable features." Above all, "the vagrants and tramps" were reported to "have disappeared," "no longer defiling the air with their unclean presence." The result, according to the chief librarian, was that "the social quality of the visitors has been improved."[38]

This "improvement" was short-lived; the following year the library again provided daily newspapers.[39] Near the turn of the century, Worcester's head librarian noted, "The rise of modern newspapers is cultivating a taste, which is hostile to the sustained attention which the reading of books requires." In noting the shift from intensive to extensive reading, this librarian insisted that the public library could only keep its influence "by aggressive and insistent work."[40] Nevertheless, he could not discontinue the daily newspaper. More than a decade later the library staff sufficiently redesigned the newspaper room such that the patrons who had "found the wooden forms an excellent resting place" no longer were present.[41] Since public librarians in Worcester and elsewhere could not ban unworthy print material from their collections, they spatially communicated their cultural priorities and tastes. For instance, periodical reading rooms were found in inconvenient places, which an historian of reading, Charles Johanningsmeier, tells us was part of the attempt to "dissuade periodical readers" from using the library.[42]

186

Once public libraries began to acquire fiction and periodicals they also took on a wider variety of temporal functions than was originally conceived for them. When they were held to exist for "the diffusion of knowledge" and to promote "serious purposes of culture and study," it was fair to curtail hours of opening; in fact, it was assumed that limited hours would promote said purposes by maintaining the orderliness of the library. But once public libraries regularly shelved novels and subscribed to periodicals they joined "the class of popular recreations" available to Americans in their idle times. Under these principles, "provided a book will entertain and amuse a reader, the right to refuse it to him is denied."[43] If this were the case, then such provision had to be possible during the same hours when other entertainments and amusements were available, to wit, in the evenings and on Sundays. Some public libraries, like Cincinnati's in 1877, remained open "365 days in the year, from 8 a.m. to 10 p.m."[44]

While most public librarians were unable to rebuff the demands for fiction and periodicals or limit their hours of service, they did contribute to the construction of a cultural hierarchy by separating types of readers and collections. Separate reading rooms were set aside for the use of periodicals and newspapers; typically, these reading rooms were positioned as far as possible from general reading rooms and ladies' reading rooms.[45] Reading rooms were also divided along gender, racial, and age lines—in the 1880s, "ladies'," "colored," and "children's" reading rooms proliferated.[46] Resources were devoted to the construction of branch libraries, which typically played a subservient role to the main library and rarely carried anything but the most ephemeral of the day's literature.[47] So while public libraries did cater to the eclectic demands of the public, they spatially hewed to notions of a cultural hierarchy by separating the public into "general" or "serious" readers, "lady" or male readers, "colored" or white readers, child or adult readers, and periodical or book readers.

The differentiation of reading material into collections further reinforced cultural hierarchy. Reference services were introduced, partly in the effort to justify the acquisition of learned materials devoted to science, theology, and history, among other subjects. As the Worcester Public Library head Samuel S. Green tellingly stated in 1878, "The community does not yet appreciate sufficiently the civilizing influence of a reference library." He asked for more space so that those who wanted "to be entertained" could be kept apart from serious readers.[48] In the 1880s Melvil Dewey inaugurated a reference service, and by the 1890s reference librarians were common in the libraries of large cities.[49]

Thus the problems attendant to the provision of newspapers in general reading rooms allow us to consider the relationship between cultural hierarchy, the affront of idle time, and the mixed classes of public library patrons. The early annual reports of the Chicago Public Library provide an excellent opportunity to consider complications public librarians faced as they sought to meet demands for reading materials while striving for cultural status and authority. Its head librarian, William Poole, hopefully noted in 1876 that the reading room's location on the fourth floor would deter "a floating, aimless population from making it a resort." He assumed that "a person is not likely to ascend three flights of stairs to a Reading Room unless he has serious intentions for reading."[50]

Six years later, however, Poole regretted that the reading room was "far from being the agreeable place of resort it should be." He described the "foulness arising from the large number of unwashed and unkempt persons" as "sickening." He explained that "persons of unusually forbidding aspect" were barred every day but that it was "difficult to set up a standard as to how untidy a person may be before he is excluded from a public reading-room" and impossible to apply this standard in an impartial manner.[51]

Poole suggested making the reading room so refined and elegant that unclean people would voluntarily stay away.[52] He also entertained the possibility of ceasing to supply newspapers. On the one hand, Poole posited that newspapers attracted patrons who would "make better use of their opportunities" once inside the library. On the other hand, he worried that newspapers "bring a class of readers who, in their dress, manners, and habits of personal cleanliness are repulsive."[53] His dilemma was one that every librarian faced in Gilded Age America and still faces today: the lack of public space in American cities.[54] Public reading rooms were among the few places where men and women without work or homes could pass the time. True public parks were increasing in numbers, though they tended to be on the edges of cities, and the streets were free, but not for loafing, as vagrant laws were enforced.

It was not just the presence of the "unclean" and unruly that disrupted the public library's claims on cultural authority; it was also their smell. The volatile economy of the 1880s, which threw many people out of work and depleted the tax rolls, precluded improving the Chicago Public Library's reading room so as to intimidate smelly people from coming, which was what had been proposed.[55] In an effort to improve conditions, "new and improved heaters and ventilators" were installed. Nevertheless, the stench remained: "One unclean person vitiates a large volume of pure air."[56] Similar to the

problem of the noisy patron who breaks the silence and thereby the rules of the library as a quiet place for study, the smelly patron disrupted the reading room, especially its "civilizing function." The policing of aspect and smell also played into the production of culture within institutional frameworks: genteel reformers sought to build a cultural life in which participants would rein in the body and its impulses.[57] Codes of conduct drew boundaries around the extent of the public library's services, helping to separate the "polite classes" from everyone else. So here we see how the issue of access provided a vehicle for articulating much of what could not be said in other venues: that the public library ought to be for the sweet smelling and well dressed.[58]

The struggle in the Chicago Public Library over smelly and fearsome patrons continued through the 1880s and into the 1890s. In 1885 Poole's successor expressed his bewilderment that so many people would climb "three flights of the most toilsome and ill-constructed stairs ever devised to the fourth story, in order to get access to periodicals and newspapers."[59] It was during that year that he dispatched a police officer to the reading room, who "cleared the room of tramps, vagrants, persons of filthy habits, those who come to sleep, and others who have made this public reading room a resort."[60]

Innumerable complaints were received from persons "claiming to be respectable and giving references." But Chicago's chief public librarian characterized the complainants as lacking in respectability and therefore being beyond the bounds of the "public" that the library was meant to serve.[61] A small scandal erupted in Baltimore when the president of the Baltimore Federation of Labor publicly charged that "he had been sneered at in the Peabody Library for appearing in his working clothes."[62] Despite the bad press public librarians received for discriminating against workmen, in 1895 Worcester's public library excluded "loafers and undesirable people" from the reading rooms.[63] It was difficult to determine who was a loafer, so for the most part librarians erred on the side of accessibility. Nevertheless, we should not disregard the revulsion against "the masses" they expressed in annual reports, regulations, and other public writings.

Due to their inclusion of fiction, newspapers, and marginalized members of the public, public libraries occupied an ambiguous place within the hierarchy of cultural institutions. During the early decades of the public library movement it was clear that private libraries like the Boston Athenaeum and university libraries like Harvard's were more prestigious, largely because they devoted resources to the acquisition and preservation of learned books. It was also clear that public libraries were superior to subscription libraries, especially

mechanics' libraries, which only served their clientele's reading tastes and whims. But in the 1870s and 1880s, as public libraries began to carry the day's fiction and wider and wider ranges of periodicals, their superiority to subscription libraries became suspect.

At the same time, large museums devoted to the plastic arts were opening in cities along the Atlantic Coast, soon to be followed by their peers in the Midwest. Curators were allowed, indeed expected, to acquire and display works based on their importance to the canon of art, and it would not be until late in the twentieth century that art museums would face the kinds of controversies over acquisitions that bedeviled public libraries early on.[64] New York City's Metropolitan Museum of Art and Boston's Museum of Fine Arts, as well as others, leapfrogged over public libraries and came to be idealized as exemplary sites of "Culture." As if to offset this slippage down the cultural ladder, city councils and boards of trustees appropriated monies to fund the erection of monumental library buildings in central civic spaces such as Boston's Copley Square. By the same token, the classical design of Carnegie libraries also worked to mark the public library as part of "high" culture, akin to symphony halls and art museums.[65]

In yet another reversal, some librarians decried the ornamentalism that would be central to these new library buildings, wishing instead for utilitarian book repositories and well-lit reading rooms. At the sixth annual meeting of the American Library Association in 1883 one of the strongest innovators in library service, William Poole, stated: "We want buildings for doing the work of a library in; for giving readers the best facilities for study; for storing books in the most convenient and accessible manner." Poole decried the call for "beautiful buildings" and argued that utilitarian ones were best suited for the needs of the public library.[66] A few years later the editor of the American Library Association's central organ, the *Library Journal*, complained about "handsome structures unsuited to their purpose, beautiful to look at, difficult to read in, with abundant room for sightseers and loungers and scant storage for books." He characterized the drive toward monumental library buildings as arising from "a state of mind in which architecture altogether outweighs literature."[67]

These new library buildings, whether small models of the Parthenon or large Gothic/Romanesque structures, placed the library near the top of the Gilded Age's cultural hierarchy; it was only after the turn of the century that the majestic but ephemeral architecture of mass culture could compete for attention with churches, city halls, schools, libraries, and museums. At the same time the new library buildings invited "sightseers and loungers," those very persons who had marked the public library as a site of leisure, if not idleness.

### Sacralization of Culture

While the patronage of libraries by a large and diverse public during its leisure time complicated the efforts of librarians to establish a place for the public library near the top of the nation's cultural hierarchy, the process of sacralization that devoured many aspects of culture in turn-of-the-century America contributed to the increasing accessibility of libraries while at the same time granting to them a sacred place and function.[68] A variety of Americans—from elite patrons of the new art museums and orchestras to popular writers—sacralized culture. By far the most important actors were liberal Protestants. Whereas in the first half of the nineteenth century devout Protestants had held the world in abeyance, seeking to keep themselves apart from the corrupting influences of stage, sport, fiction, and such, in the second half they began to embrace the world. Self-styled liberal Protestants sought to reform "Culture," ridding it of its demoralizing and degrading aspects. They believed that the Gospel of Culture, by uplifting taste, improving sensibilities, and attuning souls to beauty, could prepare the way for the Gospel of Christianity. Liberal Protestants sought to provide "a wider range of spiritual instruction" than what could be found in church sanctuaries and prayer books on Sundays. They did not all claim, as one minister put it, that "art will Christianize men." Their approach was subtle: "The worship of beauty is a very different thing from the worship of Holiness. Art will not regenerate a people, but it will civilize them; and from civilization to religion is surely a shorter step than from barbarism to religion."[69]

Many public librarians were at home with the ideology of uplift.[70] It was only a matter of time and leadership before the most prominent free libraries in the United States opened on Sundays, for reasons both theological and pragmatic. Liberal Protestants reinterpreted biblical injunctions concerning the uses of the Sabbath, making it possible for Christians to seek salvation outside of the confines of the church. As one proponent of Sunday opening, Mary Salome Cutler, explained, "There is a large class of people who will not go to church or who will not read the Bible, who could be reached by the means of grace afforded by the library."[71] Pragmatically, she dismissed "the objections against such an opening" as being "of little weight compared to the urgent claims of the unprivileged classes."[72]

It was a small step from positioning public libraries as "the best auxiliary and test and stimulant of the pulpit" to opening them on Sundays.[73] This instrumental association of the public library with the church and with Sunday has a long pedigree. In 1872 Samuel S. Green,

head of the Worcester Public Library, celebrated what he called "its Sunday work." He believed that in opening the library on Sundays the city was "making use of an instrument which is no inconsiderable aid to the church in raising the moral tone of the community."[74] Melvil Dewey eulogized: "With the founding of New England it was recognized that the church alone could not do all that was necessary for the safety and uplifting of the people, so side by side they built the meeting-house and the schoolhouse. . . . Great educational work, now well begun, [cannot] be complete without the church as a basis, the school on one side and the library on the other."[75]

Although in 1889 two thirds of all public libraries were closed on Sundays, most in large cities were open (with a few exceptions, such as Philadelphia).[76] In general, concerns about expense as well as about "Sabbath breaking" justified librarians' refusal to implement Sunday opening, although in some cases there was the added suspicion that on Sundays the library "would only be a lounging place."[77] Of libraries with Sunday hours, the vast majority of respondents to surveys in 1893 and 1907 indicated that a different class of patrons came on Sundays than weekdays and that this alone proved the worth of Sunday opening.[78] Daily visitors included "well-to-do people, teachers, and school children," whereas on Sundays libraries were filled with "persons engaged in exacting avocations," "the working classes," "clerks," and those "who do not belong to churches."[79]

One dissenter against Sunday opening in 1907 was the head of the Philadelphia Free Library, who stated that he thought "the value of opening [libraries] on Sundays is imaginary." To the irrefutable evidence that numerous people did use libraries on Sundays, he mused that libraries must be "more comfortable resting place[s] than they have elsewhere."[80] We might dismiss him as a crank; however, his misgivings return us to the Reverend Martyn's 1886 diatribe concerning Sunday opening, Poole's struggles to clear the air in the reading rooms of the Chicago Public Library, and the efforts of other librarians to assure the public and themselves that their institutions catered to the respectable classes rather than to loafers and idlers. It is here that the mercurial and unstable concept of leisure during the Gilded Age comes to a head. Public library advocates wanted their institutions to promote self-culture, that is, to take on a civilizing function. However, librarians had to grapple with leisure both as commodified time and activity and as the idle time of the unemployed or underemployed. What public librarians wanted was a form of leisure that was akin to Sunday: a temporal space removed from market and work. As sacralization remade American culture, both libraries and Sundays were marshaled into the fight to uplift all Americans: "The library aims to

192

do for the community by the aid of books and personal contact that [which] the Sabbath supplies by a wider circle of influences, both taking the mass of people as they are, and working to build them up in all that tends to a life of higher aims."[81]

## Conclusion

By way of conclusion, we have to take the presence of "bummers" and loafers seriously, not simply as measures of librarians' status and class anxieties, or their attempts at social control, or their desires to sit at or near the top of the cultural hierarchy but also as a measure of the instability of the very notion of "free time," that is, of "leisure." Loafers activated the deeply coursing suspicions that libraries would be places for idle times, and not those idle times that Thoreau invoked when he teasingly claimed in *Walden* that "books are for idle times." Librarians dreamed of libraries as sites of *purposeful* rest and of reading as a "means of grace."

What is it about "bummers" that so rankled some of the leaders responsible for shepherding public libraries into maturity? Was it that their presence cast doubts upon the credibility of the institution as a high-ranking member of the cultural hierarchy? Was it that public librarians, although they catered to the demands of the public for light reading and entertainment, at least wanted to maintain the veneer of respectability? Perhaps while molding libraries into exemplary middle-brow institutions devoted to diffusing learning and culture while at the same time gently shaping American tastes, librarians experienced pangs of conscience, status anxieties, and even embarrassment. And yet, by adhering to a vision in which the library would be a "vestibule of the church," a "means of grace," "one cathedral more," a vision that was fundamental to the library movement as a whole, librarians had to accept the possibility that some patrons would come to lounge, to idle a few hours away, and even to sleep. In ways not reducible to pat phrasing or simple formulas, the potent influence of three intertwined keywords of Gilded Age cultural politics—market, hierarchy, and sacred—made the public library accessible to nearly every segment of the American public while at the same time differentiating the American public into identifiable groups, not the least of which was the respectable.

## Notes

I wish to thank Tom Augst and Ken Carpenter, who solicited, read, and commented on the original version of this paper, which I delivered at the

Library Company of Philadelphia's Library History Conference (April 2002). Don Davis, Jr., Abby Van Slyck, and the anonymous reviewers for *Libraries & Culture* made excellent suggestions at various stages of this essay's development. I am especially grateful to David D. Hall for trying to teach me how to think about the history of culture. All missteps are my own doing.

1. W. E. Foster, "Methods of Securing the Interest of a Community," *Library Journal* 5 (September–October 1880): 246.

2. "Report of the Trustees of the Public Library of the City of Boston," city document no. 37, July 1852 (Boston: J. H. Eastburn, 1852), 15.

3. Charles H. Eaton, "The Ideal Sunday," *North American Review* (September 1891): 327; S. C. Hallowell, quoted in Henry Ward Beecher, *Libraries and Public Reading Rooms: Should They Be Open on Sunday?* (New York: J. B. Ford & Co., 1872), 19.

4. Dee Garrison explained nearly a quarter of a century ago that "the building of public libraries was motivated by a fear of egalitarianism and upheaval from below as much as by a desire for democratic extension of education" (*Apostles of Culture: The Public Librarian and American Society, 1876–1920* [New York: Free Press, 1979], xiii).

5. Carlos Martyn, *The American Sunday, the Museums and Libraries, the Public Press, and the Half-Saturday Holiday* (New York: Martin B. Brown, 1886), 17.

6. This article seeks to show that conflict over access did not diminish when tax-supported libraries pushed subscription ones aside; indeed, rules about access served to constitute the very boundaries between public and private that public libraries had problematized. This argument is in contrast to Tom Augst's claims that conflict over access characterized "the age of the social library," whereas "the boundaries of public and private life" formed the central conflict in "the age of the public library" ("Introduction: American Libraries and American Culture," special issue, *American Studies* 42 [Fall 2001]: 9).

7. Concerning the relationship between work, rest, and leisure see Alexis McCrossen, *Holy Day, Holiday: The American Sunday* (Ithaca, N.Y.: Cornell University Press, 2000). See also Daniel T. Rodgers, *The Work Ethic in Industrial America, 1850–1920* (Chicago: University of Chicago Press, 1978).

8. R. Laurence Moore, *Selling God: American Religion and the Marketplace of Culture* (New York: Oxford University Press, 1994); Nathan Hatch, *The Democratization of American Christianity* (New Haven, Conn.: Yale University Press, 1989).

9. There is no single reference book tracing the development of mass culture in the United States, although David Nasaw's *Going Out: The Rise and Fall of Public Amusements* (New York: Basic Books, 1993) is a good elementary introduction. A strong literature about professional baseball, Coney Island, and P. T. Barnum partially makes up for this. See especially James W. Cook, *The Arts of Deception: Playing with Fraud in the Age of Barnum* (Cambridge, Mass.: Harvard University Press, 2001); Neil Harris, *Humbug: The Art of P. T. Barnum* (Chicago: University of Chicago Press, 1973); and Jon Sterngass, *First Resorts: Pursuing Pleasure at Saratoga Springs, Newport, and Coney Island* (Baltimore, Md.: Johns Hopkins University Press, 2001).

10. There is a vast literature about the development of institutions central to the consumer culture; the best place to begin is William Leach, *Land of Desire: Merchants, Power, and the Rise of a New American Culture* (New York: Pantheon, 1993).

11. About public libraries' acquisition policies see Dee Garrison, "Immoral Fictions in the Late Victorian Library," *American Quarterly* 28 (1976): 261–66; Charles Johanningsmeier, "Welcome Guests or Representatives of the

194

'Mal-Odorous Class'?: Periodicals and Their Readers in American Public Libraries, 1876–1914," *Libraries & Culture* 39, no. 3 (Summer 2004): 260–92; Esther Jane Carrier, *Fiction in Public Libraries, 1900–1950* (Littleton, Colo.: Libraries Unlimited, 1985).

12. Rosemary Ruhig DuMont, *Reform and Reaction: The Big City Public Library in American Life* (Westport, Conn.: Greenwood Press, 1977), 72–75.

13. Elizabeth A. Stone, *American Library Development, 1600–1899* (New York: H. W. Wilson, 1977), 165.

14. DuMont, *Reform and Reaction*, 72–75.

15. Sidney H. Ditzion, *Arsenals of a Democratic Culture: A Social History of the American Public Library Movement in New England and the Middle States from 1850 to 1900* (Chicago: American Library Association, 1947), 119; Barry W. Seaver, "Rebecca Browning Rankin Uses Radio to Promote the Municipal Reference Library of the City of New York and the Civic Education of Its Citizens," *Libraries & Culture* 36, no. 2 (Spring 2001): 289–328.

16. "Extension services" were crucial to the transformation of the library from a repository of books to a "community center." Lecture series, club activities, exhibitions, and festivals, as well as the development of children's collections, reading rooms, and programs, expanded the purview of the library. These activities were not always about books or even reading; their emphasis was on sociability and service. For a fuller discussion of library extension work as social work see Garrison, *Apostles of Culture*, 206–17. Garrison observes that "the library building was put to use as a community center—a place open to local groups for business, educational, and recreational meeting" (207). For foundational works on this theme see also David W. Davies, *Public Libraries as Culture and Social Centers: The Origins of the Concept* (Metuchen, N.J.: Scarecrow Press, 1974); Michael H. Harris, *The Role of the Public Library in American Life: A Speculative Essay,* Graduate School of Library Science, Occasional Paper no. 117 (Urbana: University of Illinois, 1975); Kenneth C. Carpenter, *Readers & Libraries: Toward a History of Libraries and Culture in America* (Washington, D.C.: Library of Congress, 1996).

17. In almost any public library's annual reports before 1900 the chief librarian took great pains to share statistics concerning patronage and the use of the collections.

18. Ernestine Rose, *The Public Library in American Life* (New York: Columbia University Press, 1954), 217; Harriet G. Long, *Public Library Service to Children: Foundation and Development* (Metuchen, N.J.: Scarecrow Press, 1969); Jacalyn Eddy, "'We Have Become Too Tender-Hearted': The Language of Gender in the Public Library, 1880–1920," *American Studies* 42 (Fall 2001): 163–65.

19. Susan Strasser, *Satisfaction Guaranteed: The Making of the American Mass Market* (New York: Pantheon, 1989), 89–123.

20. William Foster in *Library Journal* (1904), quoted by Carrier, *Fiction in Public Libraries*, 34.

21. Wayne A. Wiegand, *The Politics of an Emerging Profession: The American Library Association, 1876–1912* (Westport, Conn.: Greenwood Press, 1986), 10.

22. Emil Hirsch, quoted in *Chicago Public Library Annual Report* (1897), 44. As did corporations during this period, the public library sought a monopoly.

23. Strasser, *Satisfaction Guaranteed*, 213–27; Richard S. Tedlow, *New and Improved: The Story of Mass Marketing in America* (Cambridge, Mass.: Harvard Business School Press, 1996), 285.

24. Ditzion, *Arsenals of a Democratic Culture*; Augst, "Introduction: American Libraries and American Culture," 9.

195

25. I am largely indebted to David D. Hall's work on print culture for this insight. See his essays in *Cultures of Print: Essays in the History of the Book* (Amherst: University of Massachusetts Press, 1996) and *Worlds of Wonder, Days of Judgment: Popular Religious Belief in Early New England* (Cambridge, Mass.: Harvard University Press, 1990), 28–31.

26. Candy Gunther Brown, *The Word in the World: Evangelical Writing, Publishing, and Reading in America, 1789–1880* (Chapel Hill: University of North Carolina Press, 2004); David Paul Nord, *Faith in Reading: Religious Publishing and the Birth of Mass Media in America* (New York: Oxford University Press, 2004).

27. Lawrence Levine, *Highbrow/Lowbrow: The Emergence of a Cultural Hierarchy in America* (Cambridge, Mass.: Harvard University Press, 1988). See David D. Hall's review "A World Turned Upside Down?" *Reviews in American History* 18 (March 1990): 10–14. The emergence of the distinction between "high" and "low" culture has come under attack as exaggerated; nevertheless, it is clear that venues for learned culture have typically been set apart from market forces (museums, opera houses, libraries) since the middle of the nineteenth century.

28. Steven Conn, *Museums and American Intellectual Life, 1876–1926* (Chicago: University of Chicago Press, 1998); Andrew C. Rieser, *The Chautauqua Moment: Protestants, Progressives, and the Culture of Modern Liberalism* (New York: Columbia University Press, 2003); Robert Rydell, *All the World's a Fair: Visions of Empire at American International Expositions, 1876–1916* (Chicago: University of Chicago Press, 1984).

29. Literary scholar Charles Johanningsmeier observes that in the 1880s and 1890s "almost all librarians and members of the middle and upper-middle classes developed a hierarchy of 'worthiness' among periodicals that began to distinguish between the 'good' and the 'bad' ones" ("Welcome Guests,": 265).

30. Garrison, *Apostles of Culture*, xiv.

31. On "middlebrow culture" see Joan Shelley Rubin, *The Making of Middlebrow Culture* (Chapel Hill: University of North Carolina Press, 1992).

32. Abigail A. Van Slyck, *Free to All: Carnegie Libraries and American Culture, 1890–1920* (Chicago: University of Chicago Press, 1995), 99.

33. Foster, "Methods," 246. About fiction and censorship in public libraries during the Gilded Age see Ditzion, *Arsenals of a Democratic Culture*, 180–89; Evelyn Geller, *Forbidden Books in American Public Libraries, 1876–1939: A Study in Cultural Change* (Westport, Conn.: Greenwood Press, 1984), 29–67.

34. "Fiction in the Public Libraries," *Library Journal* 10 (November 1884): 193, italics in original.

35. Quotation from editorial, *Library Journal* 9 (December 1884): 207.

36. Ditzion notes in *Arsenals of a Democratic Culture* that public librarians disagreed "over the practice of carrying daily newspapers" and briefly explores these disputes (189). Johanningsmeier's recent article on this topic should bring this facet of public library development to light ("Welcome Guests").

37. "Whether Periodicals Should Circulate as Books," *Library Journal* (March 1907): 102.

38. *Chicago Public Library Fifteenth Annual Report* (1887), 26–27.

39. *Chicago Public Library Sixteenth Annual Report* (1888), 31. In 1889 a new reading room opened with increased seating capacity, superior sanitary conditions, and better lighting. Attendance doubled, and any disparaging references to vagrants and tramps did not make their way into the library's annual reports again (*Chicago Public Library Seventeenth Annual Report* [1889], 27).

40. *Worcester Free Public Library Thirty-eighth Annual Report* (1897), 5.

196

41. *Worcester Free Public Library Fifty-third Annual Report* (1912), 305.

42. Johanningsmeier, "Welcome Guests."

43. "Fiction in the Public Libraries," 193.

44. Samuel Swett Green quotes Cincinnati's public librarian, Thomas Vickers, in *The Public Library Movement in the United States, 1853–1893* (Boston: Boston Book Co., 1913), 314.

45. Abigail A. Van Slyck, "The Lady and the Library Loafer: Gender and Public Sphere in Victorian America," *Winterthur Portfolio* 31 (Winter 1996): 236; Johanningsmeier, "Welcome Guests," 267.

46. The annual reports of public libraries nationwide detail the proliferation of ladies' and children's reading rooms, and those from the South testify to the racial segregation of space within that region's public libraries. For secondary studies about these phenomena see Toby Graham Patterson, *A Right to Read: Segregation and Civil Rights in Alabama's Public Libraries, 1900–1965* (Tuscaloosa: University of Alabama Press, 2002); Van Slyck, "Appendix: American Public Libraries with Ladies' Reading Rooms," in "The Lady and the Library Loafer," 242; Long, *Public Library Service to Children*; A. Robert Rogers, "Library Buildings," in Sidney L. Jackson et al., eds., *A Century of Library Service: Librarianship in the U.S. and Canada* (Chicago: American Library Association, 1976), 221–42.

47. Ditzion, *Arsenals of Democratic Culture*, 174–76.

48. *Worcester Free Public Library Nineteenth Annual Report* (1878), 16.

49. Budd L. Gambee and Ruth R. Gambee, "Reference Services and Technology," in Jackson et al., *A Century of Library Service*, 172.

50. *Chicago Public Library Fourth Annual Report* (1876), 25.

51. *Chicago Public Library Tenth Annual Report* (1882), 24.

52. Ibid., 24.

53. William F. Poole, "Small Library Buildings," *Library Journal* 10 (December 1885): 255.

54. Public librarians still face these dilemmas. According to the courts in the 1990s, "access to the public library by any one is a limited right." According to the decision rendered in *Kreimer v. Bureau of Police for the Town of Morristown et al.* 958 F 2d 1242 (Third Circuit, 1992), "the public library is a limited or designated public forum where constitutional protection is afforded only to activities consistent with the nature of a library." Quoted in Katherine Malmquist, "Legal Issues Regarding Library Patrons," in *Patron Behavior in Libraries: A Handbook of Positive Approaches to Negative Situations* (Chicago: American Library Association, 1996), 95–96.

55. *Chicago Public Library Eleventh Annual Report* (1883), 22–23.

56. *Chicago Public Library Twelfth Annual Report* (1884), 25.

57. The noisy patron is engagingly explored by Ari Kelman, "The Sound of the Civic: Reading Noise at the New York Public Library," *American Studies* 42 (Fall 2001): 25–37. The "civilizing function" is discussed by Augst, "Introduction: American Libraries and American Culture," 10.

58. To be sure, not all public librarians eschewed the manners and appearances of working people and immigrants. One found the silence of libraries enervating; Sam Walter Foss, the Somerville, Massachusetts, public librarian, suggested in 1899 that "librarians should learn from barrooms" (Hardy R. Franklin, "Service to the Urban Rank and File," in Jackson et al., *A Century of Library Service*, 7).

59. *Chicago Public Library Thirteenth Annual Report* (1885), 22.

60. Ibid., 23. Because of the success in clearing the room, Poole reported that

197

there was no further need for improved ventilation. Other public libraries followed suit; for instance, in Worcester "loafers and undesirable people" were excluded from the reading rooms in 1895 (*Worcester Free Public Library Thirty-sixth Annual Report* [1895]).

61. *Chicago Public Library Thirteenth Annual Report* (1885), 23. It would be fascinating to learn more about who was deemed beyond the bounds of "respectability": in all likelihood, social and political radicals, who were numerous in turn-of-the-century Chicago. The Boston Public Library's first set of regulations for eligibility for borrowing underscore the importance of respectability in defining the library's public: "Those persons eligible include city officials; Boston clergymen; teachers in private schools; members of the normal school; medal scholars; selected pupils of the public schools; non-residents who donate at least $100 to the library; anyone who deposits the costs of the book borrowed; and all other inhabitants of Boston over twenty-one who ought to enjoy the privilege, or are certified by some respectable and responsible citizen who undertakes liability for any losses." Extracted from "Public Library of Boston," *Norton's Literary Gazette and Publishers' Circular,* March 15, 1854, 143, in Haynes McMullen, ed., *Libraries in American Periodicals before 1876* (Jefferson, N.C.: McFarland & Co., 1983), 148.

62. Franklin, "Service to the Urban Rank and File," 3. The "Duncan Clothes Case" is also discussed in Ditzion, *Arsenals of a Democratic Culture,* 123.

63. *Worcester Free Public Library Thirty-sixth Annual Report* (1895).

64. Conn, *Museums and American Intellectual Life.*

65. Van Slyck, *Free to All;* Curtis Miner, "The 'Deserted Parthenon': Class, Culture and the Carnegie Library of Homestead, 1898–1937," *Pennsylvania History* 57 (April 1990): 107–35.

66. William Poole, "Proceedings of Buffalo Conference," *Library Journal* 8 (August 1883): 270–71.

67. Editor's notes, *Library Journal* 13 (July 1888): 203.

68. About "sacralization" see Richard W. Fox, "The Discipline of Amusement," in William R. Taylor, ed., *Inventing Times Square* (New York: Russell Sage, 1991); Richard W. Fox, "The Culture of Liberal Protestant Progressivism, 1875–1925," *Journal of Interdisciplinary History* 23 (1993): 639–60; Jean-Christophe Agnew, "Times Square: Secularization and Sacralization," in Taylor, *Inventing Times Square.*

69. Rev. Dr. Pullman of New York quoted in *Library Journal* 7 (March 1882): 44.

70. Wiegand, *The Politics of an Emerging Profession,* ix.

71. Mary Salome Cutler, "Sunday Opening of Libraries," *Library Journal* 14 (1889): 179.

72. Ibid., 183. For a more detailed discussion concerning liberal Protestantism and the opening of libraries and other cultural institutions on Sunday see chapters 4 and 5 of McCrossen, *Holy Day, Holiday.* See also Sidney Ditzion, "Opening the People's Library on the Lord's Day," in John David Marshall, ed., *An American Library History Reader* (Hamden, Conn.: Shoestring Press, 1961), 57–66; Charles Johanningsmeier, "The Devil, Capitalism, and Frank Norris: Defining the 'Reading Field' for Sunday Newspaper Fiction, 1870–1910," *American Periodicals* 14 (2004): 91–112.

73. Charles Mayo Ellis, *Arguments for Opening Reading Rooms of the Public Library of the City of Boston on Sunday Afternoons* (Boston: A. Williams, 1867), 23.

74. *Worcester Free Public Library Fourteenth Annual Report* (1873), 28.

75. Quoted in Cutler, "Sunday Opening of Libraries," 178–79.

76. Ibid., 180–82. Cutler sent a circular letter to 106 of the largest free libraries in the United States inquiring about their Sunday hours. Out of the 105 responses she found that 70 were not open on Sunday. Of the 40 subscription libraries she surveyed 28 were closed on Sundays. She explained that a combination of "prejudice and lack of means" prevented Sunday opening. Usually it was "esteemed members of the community" who were set against Sunday opening rather than the librarians.

77. Quoted in ibid., 187.

78. Ibid., 183–87; "Sunday and Holiday Opening," *Library Journal* (March 1907): 103–13.

79. Samuel S. Green, "Opening Libraries on Sunday," *Library Journal* 9 (May 1884): 85; Mary Salome Cutler, "Sunday Opening of Libraries," prepared for U.S. Congress, *House Education Report, 1892–93*, 53rd Cong., 2nd sess., 1894, House Executive Document 1, 781–94.

80. Mr. Thompson, quoted in "Commentary on Sunday Opening of Libraries," *Library Journal* (1907): 107.

81. Cutler, "Sunday Opening of Libraries," 178–79, quoted in McCrossen, *Holy Day, Holiday,* 63.

Copyright of Libraries & Culture is the property of University of Texas Press and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

200

**From:** FirstSearch@oclc.org
**Sent:** Wednesday, July 25, 2007 11:18 AM
**To:** jpstlib@451north.net
**Subject:** Trying hard to hear you /
Database: WorldCat
Query: (su=" Homosexuality" and su=" Fiction." and dt=" bks") and mt: juv

☑ 1. **Daddy's roommate /**
**Author:** Willhoite, Michael, 1946-
**Publication:** Los Angeles, Calif. : Alyson Wonderland, 2000
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 211   *(WorldCat)*

☑ 2. **The year they burned the books /**
**Author:** Garden, Nancy.
**Publication:** New York : Farrar Straus Giroux, 1999
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 803   *(WorldCat)*

☑ 3. **If it doesn't kill you /**
**Author:** Bechard, Margaret.
**Publication:** New York : Viking, 1999
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 506   *(WorldCat)*

☑ 4. **The blue lawn /**
**Author:** Taylor, William, 1938-
**Publication:** Los Angeles, Calif. : Alyson Books, 1999, 1994
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 379   *(WorldCat)*

☑ 5. **November ever after /**
**Author:** Torres, Laura.
**Publication:** New York : Holiday House, 1999
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 299   *(WorldCat)*

☑ 6. **Best best colors /**
**Author:** Hoffman, Eric, 1950-; Henriquez, Celeste,; Vega, Eida de la.
**Publication:** St. Paul, Mn. : Redleaf Press, 1999
**Document:** English : Book : Fiction : Primary school
**Libraries Worldwide:** 189   *(WorldCat)*

☑ 7. **Jerome /**
**Author:** Taylor, William, 1938-
**Publication:** Los Angeles, Calif. : Alyson Books, 1999
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 156   *(WorldCat)*

☑ 8. **The house you pass on the way /**
**Author:** Woodson, Jacqueline.
**Publication:** New York : Bantam, Doubleday Dell Books, 1999, 1997
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 133   *(WorldCat)*

☑ 9. **Jerome /**
**Author:** Taylor, William, 1938-
**Publication:** Dunedin, N. Z. : Longacre, 1999
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 34   *(WorldCat)*

201

☑ 10.   **The house you pass on the way**
**Author:** Woodson, Jacqueline.
**Publication:** New York : Bantam, Doubleday Dell Books, 1999, 1997
**Document:** English : Book : Fiction : Elementary and junior high school : Braille
**Libraries Worldwide:** 1   *(WorldCat)*

☑ 11.   **Whistle me home**
**Author:** Wersba, Barbara.
**Publication:** Boston, MA : Produced in braille for the Library of Congress, National Library Service for the Blind and Physically Handicapped by National Braille Press, 1999
**Document:** English : Book : Fiction : Juvenile audience : Braille
**Libraries Worldwide:** 1   *(WorldCat)*

☑ 12.   **"Hello," I lied :**
**a novel /**
**Author:** Kerr, M. E.
**Publication:** New York : Harper Trophy, 1998, 1997
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 139   *(WorldCat)*

☑ 13.   **Lucy goes to the country /**
**Author:** Kennedy, Joseph, 1950-; Canemaker, John,
**Publication:** Los Angeles : Alyson Wonderland, 1998
**Document:** English : Book : Fiction : Primary school
**Libraries Worldwide:** 79   *(WorldCat)*

☑ 14.   **Whistle me home /**
**Author:** Wersba, Barbara.
**Publication:** New York : Holt, 1997
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 804   *(WorldCat)*

☑ 15.   **"Hello," I lied :**
**a novel /**
**Author:** Kerr, M. E.
**Publication:** New York : HarperCollins Publishers, 1997
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 778   *(WorldCat)*

☑ 16.   **The house you pass on the way /**
**Author:** Woodson, Jacqueline. **Publication:** New York : Delacorte Press, 1997
**Document:** English : Book : Fiction : Elementary and junior high school   Internet Resource
**Libraries Worldwide:** 643   *(WorldCat)*

☑ 17.   **What I know now /**
**Author:** Larson, Rodger.
**Publication:** New York : Henry Holt and Company, 1997
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 397   *(WorldCat)*

☑ 18.   **Blue coyote /**
**Author:** Ketchum, Liza, 1946-
**Publication:** New York : Simon & Schuster Books for Young Readers, 1997
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 270   *(WorldCat)*

☑ 19.   **Baby be-bop /**
**Author:** Block, Francesca Lia.
**Publication:** New York : HarperTrophy, 1997
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 174   *(WorldCat)*

☑20.  **"Hello," I lied :**
**a novel /**
**Author:** Kerr, M. E.
**Publication:** New York : HarperCollins Publishers, 1997
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 10   *(WorldCat)*

☑21.  **Baby be-bop /**
**Author:** Block, Francesca Lia.
**Publication:** [s.l.] : Sagebrush Bound, 1997
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 7   *(WorldCat)*

☑22.  **The house you pass on the way /**
**Author:** Woodson, Jacqueline.
**Publication:** New York : Delacorte Press, 1997
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 1   *(WorldCat)*

☑23.  **My father's scar :**
**a novel /**
**Author:** Cart, Michael.
**Publication:** New York, N.Y. : Simon & Schuster Books for Young Readers, 1996
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 481   *(WorldCat)*

☑24.  **Daddy's wedding /**
**Author:** Willhoite, Michael, 1946-
**Publication:** Los Angeles, CA : Alyson Wonderland, 1996
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 225   *(WorldCat)*

☑25.  **The drowning of Stephan Jones /**
**Author:** Greene, Bette, 1934-
**Publication:** New York : Bantam Doubleday Dell Books for Young Readers, 1996, 1991
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 160   *(WorldCat)*

☑26.  **Trying hard to hear you /**
**Author:** Scoppettone, Sandra.
**Publication:** Los Angeles, Calif. : Alyson Publications, 1996
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 72   *(WorldCat)*

☑27.  **Amy asks a question--Grandma, what's a lesbian? /**
**Author:** Arnold, Jeanne, 1931-; Lindquist, Barbara,
**Publication:** Racine, WI : Mother Courage Press, 1996
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 20   *(WorldCat)*

☑28.  **The eagle kite :**
**a novel /**
**Author:** Fox, Paula.
**Publication:** New York : Orchard Books, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 1163   *(WorldCat)*

☑29.  **Baby be-bop /**
**Author:** Block, Francesca Lia.
**Publication:** New York : HarperCollinsPublishers, 1995
**Document:** English : Book : Fiction : Juvenile audience

203

Libraries Worldwide: 817   *(WorldCat)*

☑ 30.   **My two uncles /**
**Author:** Vigna, Judith.
**Publication:** Morton Grove, Ill. : A. Whitman, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 531   *(WorldCat)*

☑ 31.   **Looking for Jamie Bridger /**
**Author:** Springer, Nancy.
**Publication:** New York : Dial Books for Young Readers, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 463   *(WorldCat)*

☑ 32.   **Am I blue? :**
**coming out from the silence /**
**Author:** Bauer, Marion Dane.
**Publication:** New York : HarperCollins, 1995, ©1994
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 298   *(WorldCat)*

☑ 33.   **Tommy stands alone /**
**Author:** Velásquez, Gloria.
**Publication:** Houston, Tex. : Piñata Books, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 278   *(WorldCat)*

☑ 34.   **Twelve days in August /**
**Author:** Ketchum, Liza, 1946-
**Publication:** New York : Avon Books, 1995, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 119   *(WorldCat)*

☑ 35.   **The eagle kite :**
**a novel /**
**Author:** Fox, Paula.
**Publication:** New York : Laurel-Leaf Books, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 75   *(WorldCat)*

☑ 36.   **Unlived affections /**
**Author:** Shannon, George.
**Publication:** Los Angeles : Alyson Publications, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 59   *(WorldCat)*

☑ 37.   **Secrets and lies /**
**Author:** Kaye, Marilyn.
**Publication:** New York : Z-Fave, 1995
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 2   *(WorldCat)*

☑ 38.   **Am I blue? :**
**coming out from the silence /**
**Author:** Bauer, Marion Dane.
**Publication:** New York : HarperCollins, 1994
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 1031   *(WorldCat)*

☑ 39.   **No big deal /**
**Author:** Jaffe-Gill, Ellen.
**Publication:** New York : Lodestar Books, 1994

204

**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 366    *(WorldCat)*

☑ 40.  **The blue lawn /**
**Author:** Taylor, William, 1938-
**Publication:** Auckland, N.Z. : HarperCollins Publishers N.Z., 1994
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 48    *(WorldCat)*

☑ 41.  **Peter /**
**Author:** Walker, Kate, 1950 Jan. 10-
**Publication:** Boston : Houghton Mifflin, 1993, 1991
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 613    *(WorldCat)*

☑ 42.  **Twelve days in August /**
**Author:** Ketchum, Liza, 1946-
**Publication:** New York, N.Y. : Holiday House, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 607    *(WorldCat)*

☑ 43.  **Real heroes /**
**Author:** Kaye, Marilyn.
**Publication:** San Diego : Harcourt Brace Jovanovich, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 369    *(WorldCat)*

☑ 44.  **Black swan /**
**Author:** Dhondy, Farrukh.
**Publication:** Boston : Houghton Mifflin, 1993, 1992
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 207    *(WorldCat)*

☑ 45.  **Peter /**
**Author:** Walker, Kate, 1950 Jan. 10-
**Publication:** Boston : Houghton Mifflin, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 131    *(WorldCat)*

☑ 46.  **Uncle What-is-it is coming to visit!! /**
**Author:** Willhoite, Michael, 1946-
**Publication:** Boston : Alyson Wonderland, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 131    *(WorldCat)*

☑ 47.  **Alfie's home /**
**Author:** Cohen, Richard A., 1952-; Sherman, Elizabeth,
**Publication:** Washington, D.C. : International Healing Foundation, 1993
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 94    *(WorldCat)*

☑ 48.  **Jack /**
**Author:** Homes, A. M.
**Publication:** Rio de Janeiro, RJ : Editora 34, 1993
**Document:** Portuguese : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 1    *(WorldCat)*

☑ 49.  **Bad boy /**
**Author:** Wieler, Diana J.
**Publication:** New York : Delacorte Press, 1992
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 489    *(WorldCat)*

205

☑ 50.  **The drowning of Stephan Jones /**
**Author:** Greene, Bette, 1934-
**Publication:** New York : Bantam Books, 1992, ©1991
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 197    *(WorldCat)*

☑ 51.  **The drowning of Stephan Jones /**
**Author:** Greene, Bette, 1934-
**Publication:** New York : Bantam Books, 1991
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 581    *(WorldCat)*

☑ 52.  **Daddy's roommate /**
**Author:** Willhoite, Michael, 1946-
**Publication:** Boston, Mass. : Alyson Wonderland, 1991, ©1990
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 335    *(WorldCat)*

☑ 53.  **Gloria goes to Gay Pride /**
**Author:** Newman, Leslèa.; Crocker, Russell,
**Publication:** Boston, Mass. : Alyson Wonderland, 1991
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 131    *(WorldCat)*

☑ 54.  **Trying hard to hear you /**
**Author:** Scoppettone, Sandra.
**Publication:** Boston : Alyson Publications, 1991, 1974
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 110    *(WorldCat)*

☑ 55.  **Daddy's roommate /**
**Author:** Willhoite, Michael, 1946-
**Publication:** Boston, Mass. : Alyson Wonderland, 1990
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 618    *(WorldCat)*

☑ 56.  **Jack /**
**Author:** Homes, A. M.
**Publication:** New York : Vintage Books, 1990, 1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 354    *(WorldCat)*

☑ 57.  **Heather has two mommies /**
**Author:** Newman, Leslèa.; Souza, Diana,
**Publication:** Boston, Mass. : Alyson Wonderland, 1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 708    *(WorldCat)*

☑ 58.  **Jack /**
**Author:** Homes, A. M.
**Publication:** New York : Macmillan, 1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 697    *(WorldCat)*

☑ 59.  **Unlived affections /**
**Author:** Shannon, George.
**Publication:** New York : Harper & Row, 1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 654    *(WorldCat)*

☑ 60.  **Those other people /**
**Author:** Childress, Alice.

206

**Publication:** New York : Putnam, 1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 463    *(WorldCat)*

☑ 61.    **The Arizona kid /**
**Author:** Koertge, Ronald.
**Publication:** New York : Avon Books, 1989, ©1988
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 316    *(WorldCat)*

☑ 62.    **The Arizona kid /**
**Author:** Koertge, Ronald.
**Publication:** Boston : Joy Street Books, 1988
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 793    *(WorldCat)*

☑ 63.    **Now that I know /**
**Author:** Klein, Norma, 1938-
**Publication:** Toronto ; New York : Bantam Books, 1988
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 456    *(WorldCat)*

☑ 64.    **Now that I know /**
**Author:** Klein, Norma, 1938-
**Publication:** New York : Bantam Books, 1988, ©1989
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 54    *(WorldCat)*

☑ 65.    **The good side of my heart /**
**Author:** Rinaldi, Ann.
**Publication:** New York : Holiday House, 1987
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 276    *(WorldCat)*

☑ 66.    **Jim en el espejo /**
**Author:** Edelfeldt, Inger, 1956-
**Publication:** Madrid : Lóguez, 1986
**Document:** Spanish : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 4    *(WorldCat)*

☑ 67.    **In the tent :**
**a novel /**
**Author:** Rees, David, 1936-
**Publication:** Boston, MA : Alyson Pubs., 1985, ©1979
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 45    *(WorldCat)*

☑ 68.    **Proud pages :**
**an annotated bibliography of novels with lesbian and gay male themes for young people.**
**Publication:** Melbourne : Melbourne Radical Women, 1985
**Document:** English : Book : Juvenile audience
**Libraries Worldwide:** 1    *(WorldCat)*

☑ 69.    **Dance on my grave :**
**a life and a death in four parts ... /**
**Author:** Chambers, Aidan.
**Publication:** New York : Harper & Row, 1983
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 424    *(WorldCat)*

207

☑ 70.    **Independence day /**

Author: Ecker, B. A.
Publication: New York : Avon Books, 1983
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 88   *(WorldCat)*

☑ 71.   **All-American boys /**
Author: Mosca, Frank.
Publication: Boston : Alyson Publications, 1983
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 78   *(WorldCat)*

☑ 72.   **Jenny lives with Eric and Martin /**
Author: Bösche, Susanne.; Hansen, Andreas,
Publication: [S.l.] : Gay Mens Press, 1983
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 48   *(WorldCat)*

☑ 73.   **What happened to Mr. Forster? /**
Author: Bargar, Gary W.
Publication: New York : Clarion Books, 1981
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 293   *(WorldCat)*

☑ 74.   **In the tent /**
Author: Rees, David, 1936-
Publication: London : Dobson, 1979
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 26   *(WorldCat)*

☑ 75.   **Trying hard to hear you /**
Author: Scoppettone, Sandra.
Publication: New York : Harper & Row, 1974
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 781   *(WorldCat)*

FirstSearch® Copyright © 1992-2007 OCLC as to electronic presentation and platform. All Rights Reserved.

208

**From:** FirstSearch@oclc.org
**Sent:** Wednesday, July 25, 2007 11:20 AM
**To:** jpstlib@451north.net
**Subject:** Heather has two mommies /
Database: WorldCat
Query: (su= "Homosexuality" and su= "Fiction." and dt= "bks") and mt: juv

☑1.     **Absolute brightness /**
    **Author:** Lecesne, James.
    **Publication:** New York : HarperTeen, 2008
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 3   *(WorldCat)*

☑2.     **The last exit to normal /**
    **Author:** Harmon, Michael B.
    **Publication:** New York : Alfred A. Knopf, 2008
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 2   *(WorldCat)*

☑3.     **Uncle Bobby's wedding /**
    **Author:** Brannen, Sarah.
    **Publication:** New York : G. P. Putnam's Sons, 2008
    **Document:** English : Book : Fiction : Primary school
    **Libraries Worldwide:** 3   *(WorldCat)*

☑4.     **Love & lies :**
    **Marisol's story /**
    **Author:** Wittlinger, Ellen.
    **Publication:** New York : Simon & Schuster Books for Young Readers, 2008
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 1   *(WorldCat)*

☑5.     **7 days at the hot corner /**
    **Author:** Trueman, Terry.
    **Publication:** New York : HarperTempest, 2007
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 437   *(WorldCat)*

☑6.     **Split screen :**
    **attack of the soul-sucking brain zombies /**
    **Author:** Hartinger, Brent.
    **Publication:** New York, NY : HarperTempest, 2007
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 309   *(WorldCat)*

☑7.     **Freak show /**
    **Author:** St. James, James.
    **Publication:** New York : Dutton Children's Books, 2007
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 228   *(WorldCat)*

☑8.     **Tips on having a gay (ex) boyfriend /**
    **Author:** Jones, Carrie.
    **Publication:** Woodbury, Minn. : Flux, 2007
    **Document:** English : Book : Fiction : Secondary (senior high) school
    **Libraries Worldwide:** 146   *(WorldCat)*

☑9.     **Saints of Augustine /**
    **Author:** Ryan, Patrick, 1965-
    **Publication:** New York : HarperTempest, 2007
    **Document:** English : Book : Fiction : Secondary (senior high) school

209

Libraries Worldwide: 50   *(WorldCat)*

☑ 10.  **Rainbow road /**
**Author:** Sanchez, Alex, 1957-
**Publication:** New York : Simon & Schuster ; London : Turnaround [distributor], 2007, 2005
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 41   *(WorldCat)*

☑ 11.  **Totally Joe /**
**Author:** Howe, James, 1946-
**Publication:** New York : Aladdin Mix, 2007, 2005
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 38   *(WorldCat)*

☑ 12.  **Boy girl boy /**
**Author:** Koertge, Ronald.
**Publication:** Orlando : Harcourt, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 33   *(WorldCat)*

☑ 13.  **Naomi and Ely's no kiss list /**
**Author:** Cohn, Rachel.; Levithan, David.
**Publication:** New York : Alfred A. Knopf, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 9   *(WorldCat)*

☑ 14.  **Getting it /**
**Author:** Sanchez, Alex, 1957-
**Publication:** New York : Simon & Schuster ; London : Turnaround [distributor], 2007
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 6   *(WorldCat)*

☑ 15.  **Pretty things /**
**Author:** Manning, Sarra.
**Publication:** New York : Puffin, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 5   *(WorldCat)*

☑ 16.  **Another kind of cowboy /**
**Author:** Juby, Susan, 1969-
**Publication:** New York : HarperTeen, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 4   *(WorldCat)*

☑ 17.  **The God box /**
**Author:** Sanchez, Alex, 1957-
**Publication:** New York : Simon & Schuster Books for Young Readers, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 3   *(WorldCat)*

☑ 18.  **Junjo romantica /**
**Author:** Nakayama, Bunjuro.
**Publication:** Los Angeles, Calif. ; London : Tokyopop, 2007
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 1   *(WorldCat)*

☑ 19.  **Bright purple :**
**color me confused /**
**Author:** Carlson, Melody.
**Publication:** Colorado Springs, CO : th1nk books, 2007
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 4   *(WorldCat)*

210

☑ 20.  **Wide awake /**
**Author:** Levithan, David.
**Publication:** New York : Alfred A. Knopf, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 544  *(WorldCat)*

☑ 21.  **Getting it /**
**Author:** Sanchez, Alex, 1957- **Publication:** New York : Simon & Schuster Books for Young Readers, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 514  *(WorldCat)*

☑ 22.  **A tale of two summers /**
**Author:** Sloan, Brian. **Publication:** New York, N.Y. : Simon & Schuster Books for Young Readers, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 365  *(WorldCat)*

☑ 23.  **Bright purple :**
**color me confused /**
**Author:** Carlson, Melody.
**Publication:** Colorado Springs, CO : Th1nk Books, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 285  *(WorldCat)*

☑ 24.  **Playing the field /**
**Author:** Bildner, Phil.
**Publication:** New York : Simon & Schuster Books for Young Readers, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 210  *(WorldCat)*

☑ 25.  **Girl, (nearly) 16, absolute torture /**
**Author:** Limb, Sue.
**Publication:** New York : Delacorte Press, 2006, ©2005
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 80  *(WorldCat)*

☑ 26.  **Stained /**
**Author:** Jacobson, Jennifer, 1958- **Publication:** New York : Simon Pulse, 2006, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 79  *(WorldCat)*

☑ 27.  **So hard to say /**
**Author:** Sanchez, Alex, 1957-
**Publication:** New York : Simon Pulse, 2006, ©2004
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 82  *(WorldCat)*

☑ 28.  **Stained /**
**Author:** Jacobson, Jennifer, 1958-
**Publication:** Waterville, Me. : Thorndike Press, 2006, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school : **LARGE PRINT**
**Libraries Worldwide:** 70  *(WorldCat)*

☑ 29.  **The Order of the Poison Oak /**
**Author:** Hartinger, Brent.
**Publication:** New York : HarperTempest, 2006, ©2005
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 66  *(WorldCat)*

☑ 30.  **Talk /**
**Author:** Koja, Kathe.
**Publication:** Waterville, Me. : Thorndike Press, 2006, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school : **LARGE PRINT**

211

Libraries Worldwide: 55   *(WorldCat)*

☑ 31.  **Gravitation :**
**the novel /**
**Author:** Lennon, Jun.; Murakami, Maki.; Cunningham, Andrew.
**Publication:** Los Angeles : TokoyoPop, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 30   *(WorldCat)*

☑ 32.  **Gravitation :**
**voice of temptation /**
**Author:** Lennon, Jun.; Murakami, Maki.; Cunningham, Andrew.
**Publication:** Los Angeles : TokoyoPop, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 17   *(WorldCat)*

☑ 33.  **Stained /**
**Author:** Jacobson, Jennifer Richard, 1958-  **Publication:** New York : Simon Pulse, 2006
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 17   *(WorldCat)*

☑ 34.  **Talk /**
**Author:** Koja, Kathe.  **Publication:** New York : Farrar, Straus and Giroux, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 1495   *(WorldCat)*

☑ 35.  **And Tango makes three /**
**Author:** Richardson, Justin, 1963-; Parnell, Peter.; Cole, Henry,
**Publication:** New York : Simon & Schuster Books for Young Readers, 2005
**Document:** English : Book : Fiction : Primary school
**Libraries Worldwide:** 1312   *(WorldCat)*

☑ 36.  **Absolutely, positively not /**
**Author:** LaRochelle, David.
**Publication:** New York : Arthur A. Levine Books, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 911   *(WorldCat)*

☑ 37.  **Totally Joe /**
**Author:** Howe, James, 1946-  **Publication:** New York : Atheneum Books for Young Readers, 2005
**Document:** English : Book : Fiction : Juvenile audience  Internet Resource
**Libraries Worldwide:** 893   *(WorldCat)*

☑ 38.  **Girl, (nearly) 16, absolute torture /**
**Author:** Limb, Sue.  **Publication:** New York : Delacorte Press, 2005
**Document:** English : Book : Fiction : Juvenile audience  Internet Resource
**Libraries Worldwide:** 773   *(WorldCat)*

☑ 39.  **Stained /**
**Author:** Jacobson, Jennifer, 1958-  **Publication:** New York : Atheneum Books for Young Readers, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 748   *(WorldCat)*

☑ 40.  **Boy girl boy /**
**Author:** Koertge, Ronald.  **Publication:** Orlando, Fla : Harcourt Children's Books, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 716   *(WorldCat)*

☑ 41.  **Far from Xanadu /**
**Author:** Peters, Julie Anne.
**Publication:** New York : Little, Brown, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school

212

Libraries Worldwide: 658  *(WorldCat)*

☑ 42.  **The Order of the Poison Oak /**
Author: Hartinger, Brent.
Publication: New York : HarperTempest, 2005
Document: English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 572  *(WorldCat)*

☑ 43.  **Rainbow road /**
Author: Sanchez, Alex, 1957- Publication: New York : Simon & Schuster , 2005
Document: English : Book : Fiction : Secondary (senior high) school  Internet Resource
Libraries Worldwide: 563  *(WorldCat)*

☑ 44.  **Pretty things /**
Author: Manning, Sarra.
Publication: New York : Dutton Children's Books, 2005
Document: English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 535  *(WorldCat)*

☑ 45.  **M or F? :**
**a novel /**
Author: Papademetriou, Lisa.; Tebbetts, Christopher.
Publication: New York : Razorbill, 2005
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 495  *(WorldCat)*

☑ 46.  **The center of the world /**
Author: Steinhöfel, Andreas.; Jaffa, Alisa. Publication: [New York] : Delacorte Press, 2005
Document: English : Book : Fiction : Secondary (senior high) school  Internet Resource
Libraries Worldwide: 490  *(WorldCat)*

☑ 47.  **A really nice prom mess /**
Author: Sloan, Brian. Publication: New York : Simon & Schuster Books, 2005
Document: English : Book : Fiction : Secondary (senior high) school  Internet Resource
Libraries Worldwide: 349  *(WorldCat)*

☑ 48.  **Antonio's card /**
Author: González, Rigoberto.; Alvarez, Cecilia Concepción.
Publication: San Francisco, Calif. : Children's Book Press, 2005
Document: English : Book : Fiction : Primary school
Libraries Worldwide: 294  *(WorldCat)*

☑ 49.  **The hookup artist /**
Author: Shaw, Tucker.
Publication: New York : HarperCollins, 2005
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 276  *(WorldCat)*

☑ 50.  **One of those hideous books where the mother dies /**
Author: Sones, Sonya.
Publication: New York : Simon Pulse, 2005, ©2004
Document: English : Book : Fiction : Elementary and junior high school
Libraries Worldwide: 207  *(WorldCat)*

☑ 51.  **The Arizona kid /**
Author: Koertge, Ronald. Publication: Cambridge, Mass. : Candlewick, 2005, 1988
Document: English : Book : Fiction : Secondary (senior high) school  Internet Resource
Libraries Worldwide: 183  *(WorldCat)*

☑ 52.  **Rainbow High /**
Author: Sanchez, Alex, 1957-
Publication: New York : Simon Pulse, 2005, ©2003
Document: English : Book : Fiction : Secondary (senior high) school

213

Libraries Worldwide: 133   *(WorldCat)*

☑ 53.  **Target /**
**Author:** Johnson, Kathleen Jeffrie.
**Publication:** New York : Laurel Leaf Books, 2005, ©2003
**Document:** English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 65   *(WorldCat)*

☑ 54.  **Pretty things /**
**Author:** Manning, Sarra.
**Publication:** New York : Speak : Penguin Group, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 49   *(WorldCat)*

☑ 55.  **M or F? :**
**a novel /**
**Author:** Papademetriou, Lisa.; Tebbetts, Christopher.
**Publication:** New York : Razorbill, 2005
**Document:** English : Book : Fiction : Juvenile audience
Libraries Worldwide: 44   *(WorldCat)*

☑ 56.  **Stained /**
**Author:** Jacobson, Jennifer, 1958-
**Publication:** New York : Antheneum, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 9   *(WorldCat)*

☑ 57.  **The Order of the Poison Oak /**
**Author:** Hartinger, Brent.
**Publication:** New York : HarperTempest, 2005
**Document:** English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 1   *(WorldCat)*

☑ 58.  **One of those hideous books where the mother dies /**
**Author:** Sones, Sonya.
**Publication:** New York : Simon & Schuster Books for Young Readers, 2004
**Document:** English : Book : Fiction : Elementary and junior high school
Libraries Worldwide: 1180   *(WorldCat)*

☑ 59.  **Sonny's house of spies /**
**Author:** Lyon, George Ella, 1949- **Publication:** New York : Atheneum Books for Young Readers, 2004
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
Libraries Worldwide: 703   *(WorldCat)*

☑ 60.  **So hard to say /**
**Author:** Sanchez, Alex, 1957- **Publication:** New York : Simon & Schuster Books for Young Readers, 2004
**Document:** English : Book : Fiction : Elementary and junior high school  Internet Resource
Libraries Worldwide: 625   *(WorldCat)*

☑ 61.  **King & King & family /**
**Author:** Haan, Linda de, 1965-; Nijland, Stern,
**Publication:** Berkeley : Tricycle Press, 2004
**Document:** English : Book : Fiction : Primary school
Libraries Worldwide: 286   *(WorldCat)*

☑ 62.  **What happened to Lani Garver /**
**Author:** Plum-Ucci, Carol, 1957-
**Publication:** Orlando, Fla. : Harcourt, 2004, ©2002
**Document:** English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 238   *(WorldCat)*

214

☑ 63.  **My heartbeat /**
**Author:** Freymann-Weyr, Garret, 1965-

**Publication:** New York : Speak, 2004, 2002
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 198   *(WorldCat)*

☑ 64.  **Geography Club /**
**Author:** Hartinger, Brent.
**Publication:** New York : HarperTempest, 2004, 2003
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 166   *(WorldCat)*

☑ 65.  **Beautiful boys : two Weetzie Bat books /**
**Author:** Block, Francesca Lia.; Block, Francesca Lia. **Publication:** New York : HarperCollins, 2004
**Document:** English : Book : Fiction : Juvenile audience  Internet Resource
**Libraries Worldwide:** 163   *(WorldCat)*

☑ 66.  **The house you pass on the way /**
**Author:** Woodson, Jacqueline.
**Publication:** Waterville, Me. : Thorndike Press, 2004, 1997
**Document:** English : Book : Fiction : Elementary and junior high school : **LARGE PRINT**
**Libraries Worldwide:** 137   *(WorldCat)*

☑ 67.  **Lucky /**
**Author:** De Oliveira, Eddie.
**Publication:** New York : PUSH, 2004
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 151   *(WorldCat)*

☑ 68.  **Kissing Kate /**
**Author:** Myracle, Lauren, 1969-
**Publication:** New York : Speak, 2004, 2003
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 120   *(WorldCat)*

☑ 69.  **The shell house /**
**Author:** Newbery, Linda.
**Publication:** New York : Dell Laurel-Leaf, 2004
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 82   *(WorldCat)*

☑ 70.  **The daddy machine /**
**Author:** Valentine, Johnny.; Schmidt, Lynette,
**Publication:** Los Angeles : Alyson Wonderland, 2004, 1994
**Document:** English : Book : Fiction : Primary school
**Libraries Worldwide:** 56   *(WorldCat)*

☑ 71.  **Rey y Rey /**
**Author:** Haan, Linda de, 1965-; Nijland, Stern,
**Publication:** Barcelona : Ediciones Serres, 2004
**Document:** Spanish : Book : Fiction : Primary school
**Libraries Worldwide:** 33   *(WorldCat)*

☑ 72.  **Blue coyote /**
**Author:** Ketchum, Liza, 1946-
**Publication:** Lincoln, NE : iUniverse, 2004, 1997
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 9   *(WorldCat)*

☑ 73.  **Who I am keeps happening /**
**Author:** Donovan, Stacey.
**Publication:** Cambridge, MA. : Candlewick Press, 2004
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 2   *(WorldCat)*

215

☑ 74.  **The blue lawn /**
 **Author:** Taylor, William, 1938-
 **Publication:** Auckland [N.Z.] : HarperCollins Publisher, 2004
 **Document:** English : Book : Fiction : Juvenile audience
 **Libraries Worldwide:** 17  *(WorldCat)*

☑ 75.  **Geography Club /**
 **Author:** Hartinger, Brent.
 **Publication:** New York : HarperTempest, 2003
 **Document:** English : Book : Fiction : Secondary (senior high) school
 **Libraries Worldwide:** 810  *(WorldCat)*

☑ 76.  **Kissing Kate /**
 **Author:** Myracle, Lauren, 1969-
 **Publication:** New York : Dutton's Children's Books, 2003
 **Document:** English : Book : Fiction : Elementary and junior high school
 **Libraries Worldwide:** 787  *(WorldCat)*

☑ 77.  **Rainbow High /**
 **Author:** Sanchez, Alex, 1957-  **Publication:** New York : Simon & Schuster, 2003
 **Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
 **Libraries Worldwide:** 642  *(WorldCat)*

☑ 78.  **Target /**
 **Author:** Johnson, Kathleen Jeffrie.
 **Publication:** Brookfield, Conn. : Roaring Brook Press, 2003
 **Document:** English : Book : Fiction : Juvenile audience
 **Libraries Worldwide:** 564  *(WorldCat)*

☑ 79.  **Gravel queen /**
 **Author:** Benduhn, Tea. **Publication:** New York, N.Y. : Simon & Schuster Books for Young Readers, 2003
 **Document:** English : Book : Fiction : Elementary and junior high school  Internet Resource
 **Libraries Worldwide:** 401  *(WorldCat)*

☑ 80.  **Rainbow boys /**
 **Author:** Sanchez, Alex, 1957-
 **Publication:** New York : Simon Pulse, 2003
 **Document:** English : Book : Fiction : Secondary (senior high) school
 **Libraries Worldwide:** 256  *(WorldCat)*

☑ 81.  **Empress of the world /**
 **Author:** Ryan, Sara.
 **Publication:** New York : Speak, 2003
 **Document:** English : Book : Fiction : Secondary (senior high) school
 **Libraries Worldwide:** 166  *(WorldCat)*

☑ 82.  **The house you pass on the way /**
 **Author:** Woodson, Jacqueline.
 **Publication:** New York : Putnam, 2003
 **Document:** English : Book : Fiction : Elementary and junior high school
 **Libraries Worldwide:** 130  *(WorldCat)*

☑ 83.  **The house you pass on the way /**
 **Author:** Woodson, Jacqueline.
 **Publication:** New York : Speak, 2003
 **Document:** English : Book : Fiction : Secondary (senior high) school
 **Libraries Worldwide:** 117  *(WorldCat)*

☑ 84.  **Paula tiene dos mamás /**
 **Author:** Newman, Lesléa.; Piérola, Mabel.
 **Publication:** Barcelona : Bellaterra Edicions, 2003
 **Document:** Spanish : Book : Fiction : Juvenile audience

216

☑ 85.  **How my family came to be - Daddy, Papa and me /**
**Author:** Aldrich, Andrew R.; Motz, Mike.
**Publication:** Oakland, CA : New Family Press, 2003
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 3    (WorldCat)

☑ 86.  **My heartbeat**
**Author:** Freymann-Weyr, Garret, 1965-
**Publication:** Boston : Houghton Mifflin Co., 2002
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 1372    (WorldCat)

☑ 87.  **What happened to Lani Garver /**
**Author:** Plum-Ucci, Carol, 1957-  **Publication:** San Diego : Harcourt, 2002
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 1146    (WorldCat)

☑ 88.  **King & King /**
**Author:** Haan, Linda de, 1965-; Nijland, Stern,
**Publication:** Berkeley : Tricycle Press, 2002
**Document:** English : Book : Fiction : Primary school
**Libraries Worldwide:** 538    (WorldCat)

☑ 89.  **The shell house /**
**Author:** Newbery, Linda.
**Publication:** Oxford ; New York : David Fickling Books, 2002
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 311    (WorldCat)

☑ 90.  **The rainbow kite /**
**Author:** Shyer, Marlene Fanta.
**Publication:** Tarrytown, N.Y. : Marshall Cavendish, 2002
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 296    (WorldCat)

☑ 91.  **Eight seconds /**
**Author:** Ferris, Jean, 1939-
**Publication:** New York : Puffin Books, 2002
**Document:** English : Book : Fiction : Elementary and junior high school
**Libraries Worldwide:** 143    (WorldCat)

☑ 92.  **A charm of powerful trouble /**
**Author:** Horniman, Joanne.
**Publication:** Crows Nest, NSW, Australia : Allen & Unwin, 2002
**Document:** English : Book : Fiction : Juvenile audience
**Libraries Worldwide:** 64    (WorldCat)

☑ 93.  **Rainbow boys /**
**Author:** Sanchez, Alex, 1957-  **Publication:** New York : Simon & Schuster, 2001
**Document:** English : Book : Fiction : Secondary (senior high) school  Internet Resource
**Libraries Worldwide:** 825    (WorldCat)

☑ 94.  **Empress of the world /**
**Author:** Ryan, Sara.
**Publication:** New York : Viking, 2001
**Document:** English : Book : Fiction : Secondary (senior high) school
**Libraries Worldwide:** 820    (WorldCat)

☑ 95.  **Alison, who went away /**
**Author:** Vande Velde, Vivian.
**Publication:** Boston : Houghton Mifflin, 2001

217

Document: English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 558   *(WorldCat)*

☑ 96.   **Love rules /**
Author: Reynolds, Marilyn, 1935-
Publication: Buena Park, Calif. : Morning Glory Press, 2001
Document: English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 456   *(WorldCat)*

☑ 97.   **Get a life /**
Author: Ure, Jean.
Publication: London : Orchard, 2001
Document: English : Book : Fiction : Secondary (senior high) school
Libraries Worldwide: 58   *(WorldCat)*

☑ 98.   **Get a life /**
Author: Ure, Jean.
Publication: London : Orchard, 2001
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 3   *(WorldCat)*

☑ 99.   **Eight seconds /**
Author: Ferris, Jean, 1939-
Publication: San Diego, Calif. : Harcourt Inc. 2000
Document: English : Book : Fiction : Elementary and junior high school
Libraries Worldwide: 846   *(WorldCat)*

☑ 100.   **Heather has two mommies /**
Author: Newman, Lesléa.; Souza, Diana,
Publication: Los Angeles : Alyson Wonderland, 2000
Document: English : Book : Fiction : Juvenile audience
Libraries Worldwide: 533   *(WorldCat)*

FirstSearch® Copyright © 1992-2007 OCLC as to electronic presentation and platform. All Rights Reserved.

218