The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**PLAINTIFFS' FIRST SUPPLEMENT TO INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1) AND (e)(1)** |

TO:  The NORTH CENTRAL REGIONAL LIBRARY DISTRICT;

AND TO:  THOMAS D. ADAMS and CELESTE M. MONROE of KARR TUTTLE CAMPBELL, attorneys of record for the North Central Regional Library District.

Plaintiff hereby supplements its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and (e)(1).

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiffs may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information:

PLAINTIFFS' FIRST SUPPLEMENT TO
INITIAL DISCLOSURES PURSUANT TO
FED.R.CIV.P. 26(a)(1) AND (e)(1) – Page 1

ci100702

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660  fax 206.838.2661

Dockets.Justia.com

>Kenton L. Oliver
>Executive Director
>Stark County District Library
>715 Market Avenue N.
>Canton, OH 44702
>330-452-0665

Mr. Oliver is a librarian, and serves as the Executive Director of the Stark County District Library ("SCDL"), headquartered in Canton Ohio. He also chairs the American Library Association's Intellectual Freedom Committee. The SCDL's Internet policy can be viewed at http://www.starklibrary.org/uploads/InternetandComputerUsePolicy-801.pdf, and its Internet procedures can be viewed at http://www.starklibrary.org/uploads/InternetProceduresFinal200503-802.pdf. By default, Internet access at the SCDL is filtered. However, any person over the age of 16 wishing to bypass the filter and access blocked Web sites may do so by entering his or her library card number. The SCDL's staff will also disable the library's filter at the request of an adult who does not have an SCDL library card. With their parents' permission, children under 16 may obtain library cards allowing them to bypass the filter. Mr. Oliver is a fact witness who is expected to testify primarily about the SCDL's policies, procedures and experiences with regard to Internet filters. He has information regarding alternatives to refusing to disable Internet filters at the request of adult library patrons; the SCDL's Internet policies and procedures; how the SCDL's computer terminals and filter have been configured; how the SCDL's policies and procedures have been implemented; his experience working with Internet policies, procedures and filters; and the consequences, if any, of allowing patrons of the SCDL to bypass the library's Internet filter.

>Sally Beesley
>Director, Jefferson County Library District
>241 Southeast 7th Street
>Madras, OR 97741
>541-475-4678

Ms. Beesley is a librarian, and serves as the Director of the Jefferson County Library District ("JCLD") in Madras, Oregon. The JCLD's Internet policy can be viewed at

PLAINTIFFS' FIRST SUPPLEMENT TO
INITIAL DISCLOSURES PURSUANT TO
FED.R.CIV.P. 26(a)(1) AND (e)(1) – Page 2

ci100702

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661

1  http://www.jcld.org/PDF-files/Netpolicy.pdf. Internet access at the JCLD is unfiltered. The
2  JCLD does not receive e-rate discounts or LSTA funding. Ms. Beesley is a fact witness who
3  is expected to testify primarily about the JCLD's policies, procedures and experiences with
4  regard to Internet filters. She has information regarding alternatives to refusing to disable
5  Internet filters at the request of adult library patrons; the JCLD's Internet policies and
6  procedures; how the JCLD's computer terminals have been configured; how the JCLD's
7  Internet policies and procedures have been implemented; her experience working with Internet
8  policies, procedures and filters; and the consequences, if any, of providing unfiltered Internet
9  access at the JCLD's computers.

10  DATED this 10th day of September, 2007.

RAFEL MANVILLE PLLC

By _____
    Duncan Manville, WSBA #30304
    Robert A. Hyde, WSBA #33593
    Attorneys for Plaintiffs Sarah Bradburn, Pearl
    Cherrington, Charles Heinlen and the Second
    Amendment Foundation

PLAINTIFFS' FIRST SUPPLEMENT TO
INITIAL DISCLOSURES PURSUANT TO
FED.R.CIV.P. 26(a)(1) AND (e)(1) – Page 3

ci100702

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661