The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington  98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION, | ) ) ) ) ) NO.  CV-06-327-EFS ) ) JOINT MOTION FOR EXPEDITED ) HEARING |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NORTH CENTRAL REGIONAL LIBRARY DISTRICT, | ) ) ) ) |
| Defendant. | ) ) ) |

The parties move the Court to grant their Joint Motion for Expedited

Hearing.  The parties further request that the Court hear their Motion to Amend

JOINT MOTION FOR EXPEDITED
HEARING - 1
CV-06-327-EFS
#642220 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

1    the Case Scheduling Order on September 14, 2007 without oral argument.  Good

2    cause exists for this request.

3

4         On February 27, 2007, the Court entered a scheduling order in the above-

5    captioned case following a telephonic status conference with counsel.  The

6
     parties stipulated to a modification of the case schedule and acted in reliance
7

8    upon it.  This stipulation was filed on June 28, 2007, however, it was never

9    entered by the Court.
10

11        Under the operative case scheduling order entered in February 2007, the

12   discovery cut off is Friday, September 14, 2007.  By its motion to Amend the
13

14   Case Scheduling Order, the parties request the Court extend the discovery cut

15   off, and other critical dates primarily to allow for the completion of expert
16

17   discovery.  For this reason, the parties respectfully request that the Court grant

18   their motion for expedited hearing and that it rule on their Motion to Amend the

19   Case Schedule on Friday, September 14, 2007.
20

21        NCRL has confirmed that Plaintiffs' counsel has no objection to this

22   Motion for Expedited Hearing.  Similarly, Plaintiffs' counsel has stipulated to
23

24   the dates contained in the Motion to Amend the Case Scheduling Order.

25

26

27

28   JOINT MOTION FOR EXPEDITED
     HEARING - 2
     CV-06-327-EFS
     #642220 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1

DATED this 13th day of September, 2007.

2

3                                         KARR TUTTLE CAMPBELL

4

5                                         /s/ Thomas D. Adams
                                          Thomas D. Adams, WSBA #18470
6                                         E-mail: tadams@karrtuttle.com
                                          Celeste M. Monroe, WSBA #35843
7                                         E-mail: cmonroe@karrtuttle.com
                                          Attorney for Defendant North Central
8                                         Regional Library District
                                          KARR TUTTLE CAMPBELL
9                                         1201 Third Avenue, Suite 2900
10                                        Seattle, Washington 98101
                                          Telephone: 206.223.1313
11                                        Facsimile: 206.682.7100

12

13

14

15

16                             **CERTIFICATE OF SERVICE**

17        I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the persons listed below:
18

19        Duncan Manville
          Rafel Manville PLLC
20        999 Third Ave., Ste. 1600
          Seattle, WA 98104

21

22                                        KARR TUTTLE CAMPBELL

23
                                          By: _____
24                                            Heather L. White
                                              hwhite@karrtuttle.com
25

26

27

28
JOINT MOTION FOR EXPEDITED
HEARING - 3
CV-06-327-EFS
#642220 v1 / 42703-001

*Law Offices*
K A R R  T U T T L E  C A M P B E L L
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100