The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>JOINT MOTION TO MODIFY CASE SCHEDULING ORDER |

On February 27, 2007, the Court entered a scheduling order in the above-captioned case following a telephonic status conference with counsel. In June

MOTION TO MODIFY CASE
SCHEDULING ORDER - 1
CV-06-327-EFS
#642143 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

2007, Plaintiffs requested an extension to identify their experts and disclose their reports. Defendant granted Plaintiffs' request with the understanding Defendant would receive additional time to prepare its expert disclosures. The parties stipulated to a modification of the case schedule and acted in reliance upon it. This stipulation was filed on June 28, 2007, however, it was never entered by the Court, apparently because it was not accompanied by a motion to modify the case schedule.

By this motion, the parties jointly request the Court amend the original scheduling order to reflect the dates contained herein, as opposed to those filed on June 28, 2007. Good cause exists for this request. Defendant has been diligently working with its expert but has been advised by its expert that more time is needed to prepare the report and complete the underlying work. Plaintiffs will naturally require time to rebut Defendant's report.

The parties move to amend the case scheduling order as follows:

- Defendant shall identify its experts, serve those experts' Rule 26(a)(2) reports on Plaintiffs, and file the Rule 26(a)(2) reports with the Court no later than **October 12, 2007**. Defendant shall also provide dates for which those experts can be available for deposition.

MOTION TO MODIFY CASE
SCHEDULING ORDER - 2
CV-06-327-EFS
#642143 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

- Plaintiffs shall identify their rebuttal experts, serve those experts' Rule 26(s)(2) reports on Defendant, and file the Rule 26(a)(2) reports on Defendant, and file the Rule 26(a)(2) reports with the Court no later than **November 9, 2007**. Plaintiffs shall also provide dates for which those experts can be available for deposition.

- All discovery, including depositions and perpetuation depositions, shall be completed by **November 16, 2007** ("Discovery Cutoff"). All interrogatories, requests for production, and requests for admission shall be served on the opposing party no later than 70 days prior to the Discovery Cutoff. All motions for protective orders must be filed and served no later than 40 days prior to the Discovery Cutoff. All motions to compel discovery must be filed and served no later than 30 days prior to the Discovery Cutoff.

- All dispositive and *Daubert* motions shall be filed and served on or before **November 30, 2007**. Responses to dispositive and *Daubert* motions shall be filed and served within 21 days after service of the motion. The reply of the moving party shall be filed and served on January 4, 2008. The parties shall also file a Joint Statement of Uncontroverted Facts for purposes of Federal Rule of Civil Procedure 56(d); this Statement shall be filed and served 3 days (excluding federal holidays and weekends) after service of the reply, with a

MOTION TO MODIFY CASE
SCHEDULING ORDER - 3
CV-06-327-EFS
#642143 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

courtesy copy e-mailed to Sheaorders@waed.uscourts.gov in WordPerfect or text-only format.

No supplemental response or supplemental replies to any dispositive or *Daubert* motion may be filed unless the Court grants a motion to file such documents. Contrary to the Local Rules, dispositive and *Daubert* motions shall be noted for hearing at least 45 days after the date of filing. The parties will receive only one hearing date per month for dispositive motions of up to five issues per party.

- To the extent that the proposed amendments to the case scheduling order require a change in the trial date, (now set for January 22, 2008), the parties understand and agree that all other deadlines not included within this motion will be set based on the new trial date.

In addition to the amendments proposed herein, the parties request the case scheduling include a date by which a settlement conference occur. The parties propose a deadline of **January 22, 2008**.

//

//

//

//

MOTION TO MODIFY CASE
SCHEDULING ORDER - 4
CV-06-327-EFS
#642143 v1 / 42703-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  DATED this 13th day of September, 2007.

2

3  KARR TUTTLE CAMPBELL

4

5  /s/ Thomas D. Adams
   Thomas D. Adams, WSBA #18470
6  E-mail: tadams@karrtuttle.com
   Celeste M. Monroe, WSBA #35843
7  E-mail: cmonroe@karrtuttle.com
   Attorney for Defendant North Central
8  Regional Library District
   KARR TUTTLE CAMPBELL
9  1201 Third Avenue, Suite 2900
10 Seattle, Washington 98101
   Telephone: 206.223.1313
11 Facsimile: 206.682.7100

12

13

14

15

16              **CERTIFICATE OF SERVICE**

17    I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the

18 Court using the CM/ECF system which will send notification of such filing to the persons listed below:

19 Duncan Manville
   Rafel Manville PLLC
20 999 Third Ave., Ste. 1600
   Seattle, WA 98104
21

22               KARR TUTTLE CAMPBELL

23

24  By: /s/ Heather White
25      Heather L. White
        hwhite@karrtuttle.com

26

27

28 MOTION TO MODIFY CASE
   SCHEDULING ORDER - 5
   CV-06-327-EFS
   #642143 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100