1                                                    The Honorable Edward F. Shea

2

3      Thomas D. Adams
       Celeste Mountain Monroe
4      KARR TUTTLE CAMPBELL
       1201 Third Avenue, Suite 2900
5      Seattle, Washington 98101-3028
       (206) 223-1313
6
7      Attorneys for North Central Regional Library District

8

9                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF WASHINGTON
10                                 AT SPOKANE

11

12

13     SARAH BRADBURN, PEARL            )
14     CHERRINGTON, CHARLES             )
       HEINLEN, and THE SECOND          )   NO.  CV-06-327-EFS
15     AMENDMENT FOUNDATION,            )
                                        )   NOTICE OF MOTION TO MODIFY
16                                      )   CASE SCHEDULING ORDER AND
                  Plaintiffs,           )   EXPEDITED HEARING
17                                      )
                                        )
18           v.                         )
                                        )
19                                      )
       NORTH CENTRAL REGIONAL           )
20     LIBRARY DISTRICT,                )
                                        )
21                                      )
                  Defendant.            )
22     _____)

23

24     //

25

26     //

27     NOTICE OF MOTION TO MODIFY
28     CASE SCHEDULING ORDER AND
       EXPEDITED HEARING - 1
       CV-06-327-EFS                                    KARR TUTTLE CAMPBELL
       #642196 v1 / 42703-001                           *A Professional Service Corporation*
                                                         1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
                                                         Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        COMES NOW THE PARTIES, by and through their respective counsel

3    of record, and gives notice that their Motion to Modify Case Scheduling Order

4

5    and Motion for Expedited Hearing shall be heard on Friday, September 14, 2007

6

7    without oral argument.

8        DATED this 13th day of September, 2007.

9

10                                    KARR TUTTLE CAMPBELL

11

12                                    /s/ Thomas D. Adams
                                     Thomas D. Adams, WSBA #18470
13                                    E-mail: tadams@karrtuttle.com
                                     Celeste M. Monroe, WSBA #35843
14                                    E-mail: cmonroe@karrtuttle.com
                                     Attorney for Defendant North Central
15                                    Regional Library District
                                     KARR TUTTLE CAMPBELL
16                                    1201 Third Avenue, Suite 2900
17                                    Seattle, Washington  98101
                                     Telephone: 206.223.1313
18                                    Facsimile: 206.682.7100

19

20

21

22

23

24

25

26

27
    NOTICE OF MOTION TO MODIFY
28   CASE SCHEDULING ORDER AND
    EXPEDITED HEARING - 2
    CV-06-327-EFS
    #642196 v1 / 42703-001

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
Rafel Manville PLLC
999 Third Ave., Ste. 1600
Seattle, WA  98104

KARR TUTTLE CAMPBELL

By:  _Heather L. White_
       Heather L. White
       hwhite@karrtuttle.com

NOTICE OF MOTION TO MODIFY
CASE SCHEDULING ORDER AND
EXPEDITED HEARING - 3
CV-06-327-EFS
#642196 v1 / 42703-001