The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>JOINT STATEMENT REGARDING TRIAL AVAILABILITY |

On September 18, 2007, this Court entered an order amending the original case schedule in the above-captioned matter. The order requires that the parties participate in a telephonic Scheduling Conference on October 3, 2007 at

JOINT STATEMENT REGARDING TRIAL
AVAILABILITY - 1
CV-06-327-EFS
#643066 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  8:45 a.m. for the purpose of discussing pre-trial dates and deadlines.  The order
2  further requires that the parties submit a joint statement advising the Court as to
3  available trial dates beginning March 2008 and thereafter in advance of the
4  telephonic conference.

The parties have conferred as to available trial dates.  Counsel for both parties are available March 2008 and thereafter.  Counsel for NCRL has another case set for trial in February 2008 and a discovery cutoff in yet another case set for early March.  Accordingly, NCRL respectfully requests that this Court not set a trial date earlier than April 2008 to allow sufficient time to prepare pretrial submissions in this case.

DATED this 21th day of September, 2007.

        KARR TUTTLE CAMPBELL

        *[signature]*

        Thomas D. Adams, WSBA #18470
        E-mail: tadams@karrtuttle.com
        Celeste M. Monroe, WSBA #35843
        E-mail: cmonroe@karrtuttle.com
        Attorney for Defendant North Central Regional Library District
        KARR TUTTLE CAMPBELL
        1201 Third Avenue, Suite 2900
        Seattle, Washington 98101
        Telephone: 206.223.1313
        Facsimile: 206.682.7100

JOINT STATEMENT REGARDING TRIAL
AVAILABILITY - 2
CV-06-327-EFS
#643066 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | RAFEL MANVILLE PLLC |
| 2 | |
| 3 | *[signature]* WSBA #33593 for |
| 4 | Duncan Manville, WSBA #30304 |
| 5 | E-mail: dmanville@rafelmanville.com |
| 6 | Attorney for Plaintiffs RAFEL MANVILLE |
| 7 | 999 Third Avenue, Suite 1600 |
| 8 | Seattle, Washington 98104 Telephone: 206.838.2660 |
| 9 | Facsimile: 206.838.2661 |

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
Rafel Manville PLLC
999 Third Ave., Ste. 1600
Seattle, WA 98104

KARR TUTTLE CAMPBELL

By: *[signature]*
Heather L. White
hwhite@karrtuttle.com

JOINT STATEMENT REGARDING TRIAL
AVAILABILITY - 3
CV-06-327-EFS
#643066 v1 / 42703-001