

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. 2:06-cv-327<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION |

TO:      Clerk of the Court;

AND TO:    Thomas D. Adams, Celeste M. Monroe and Karr Tuttle Campbell, Attorneys for Defendant

    PLEASE TAKE NOTICE that effective September 30, 2007, Duncan Manville, Robert A. Hyde and Rafel Manville PLLC hereby withdraw as counsel of record for Plaintiff; and Duncan Manville hereby appears and is substituted as counsel of record for said Plaintiff. All future pleadings and papers, except original process, should be served upon said substituting attorney at the address shown below.

NOTICE OF WITHDRAWAL AND SUBSTITUTION
(Cause No. 2:06-cv-327) – Page 1

ci201302

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661



1    DATED this 26th day of September, 2007.

2    **SUBSTITUTING ATTORNEYS:**

3

4    By: _____
     Duncan E. Manville, WSBA #30304
     1629 2nd Avenue W.
5    Seattle, WA 98119
     Tel. (206) 390-8164
6    Fax (206) 624-2190
     duncan.manville@gmail.com
7

8    **WITHDRAWING ATTORNEYS:**

9    RAFEL MANVILLE PLLC

10
     By: _____
11   Duncan E. Manville, WSBA #30304
     Robert A. Hyde, WSBA #33593
12   999 Third Ave., Ste. 1600
     Seattle, WA 98104
13   Tel. (206) 838-2660
     Fax (206) 838-2661
14   dmanville@rafelmanville.com
     rhyde@rafelmanville.com
15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL AND SUBSTITUTION
(Cause No. 2:06-cv-327) – Page 2

ci201302