UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, et al., | |
| Plaintiffs, | NO. CV-06-327-EFS |
| v. | |
| NORTH CENTRAL REGIONAL LIBRARY DISTRICT, | **ORDER GRANTING PERMISSION TO PARTICIPATE *PRO HAC VICE*** |
| Defendant. | |

**BEFORE THE COURT** is Catherine Crump's Application for Permission to Appear *Pro Hac Vice* as Counsel for Plaintiffs (Ct. Rec. 21) in the above-captioned matter. The Court has reviewed the motion and supporting documents and is fully informed. The Court finds that a showing of particular need to participate in this case has been made pursuant to LR 83.2(c)(1) and that the requirements of LR 83.2(c)(1) and (2) appear to have been met.

**IT IS HEREBY ORDERED** that Catherine Crump's Motion to Participate *Pro Hac Vice* is **GRANTED (Ct. Rec. 21)**. Catherine Crump may participate *pro hac vice* pursuant to Local Rule 83.2(c)(1) of the United States District Court, Eastern District of Washington for the purpose of representing the Plaintiffs in the above-captioned matter.

ORDER GRANTING PERMISSION TO APPEAR AND PARTICIPATE *PRO HAC VICE* \* 1

1  Counsel of record, Aaron Caplan, shall sign all pleadings, motions and
2  other papers prior to filing and shall meaningfully participate in
3  this case.
4       **IT IS SO ORDERED.**  The District Court Executive is directed to
5  enter this order and to provide copies to counsel.
6       **DATED** this ___12th___ day of October 2007.
7
8                            s/ Edward F. Shea
                             EDWARD F. SHEA
9                       United States District Judge
10
11 Q:\Secty\CIVIL\2006\06cv327efs phv.wpd

ORDER GRANTING PERMISSION TO APPEAR AND PARTICIPATE *PRO HAC VICE* \* 2