The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>DEFENDANT'S DISCLOSURE OF EXPERT WITNESS PURSUANT TO FED.R.CIV.P. 26(a)(2) |

Defendant North Central Regional Library ("Defendant") hereby submits its expert witness disclosure and report of opinions pursuant to Fed.R.Civ.P.

DEFENDANT'S DISCLOSURE OF EXPERT
WITNESS PURSUANT TO FED.R.CIV.P. 26(a)(2)
- 1
NO. CV-06-327-EFS
#645418 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

26(a)(2)(A). A copy of this Disclosure has been filed with the Court. A copy of this Disclosure, together with the accompanying report, have been served on Plaintiffs' counsel. A working copy of this Disclosure and accompanying report have been provided to Honorable Edward F. Shea.

Defendant reserves the right to call at trial the following expert witness, as well as any witnesses designated as experts by other parties to this action.

Defendant further reserves the right to supplement its expert disclosures in the future should additional discovery so merit, and to substitute other experts for any identified herein if necessitated.

Defendant reserves the right to have any of its designated expert witnesses submit supplemental expert reports should additional discovery reveal additional areas in which these experts formulate opinions.

Defendant further reserves the right to use all or portions of the expert report submitted herewith as trial exhibits.

The reports of the following experts are attached hereto:

1.  Paul Resnick

Mr. Resnick should be contacted solely through Defendant's counsel of record.

DEFENDANT'S DISCLOSURE OF EXPERT
WITNESS PURSUANT TO FED.R.CIV.P. 26(a)(2)
- 2
NO. CV-06-327-EFS
#645418 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

DATED this 12th day of October, 2007.

KARR TUTTLE CAMPBELL

By _____
Thomas D. Adams, WSBA #18470
Celeste Mountain Monroe, WSBA #35843

Attorneys for Defendant North Central Regional Library District

DEFENDANT'S DISCLOSURE OF EXPERT
WITNESS PURSUANT TO FED.R.CIV.P. 26(a)(2)
- 3
NO. CV-06-327-EFS
#645418 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Duncan Manville<br>1629 2nd Ave. W<br>Seattle, WA 98119 | Aaron Caplan<br>ACLU of Washington<br>705 Second Ave., Ste. 300<br>Seattle, WA 98103 |

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: *(signature)*
Heather L. White
hwhite@karrtuttle.com

DEFENDANT'S DISCLOSURE OF EXPERT
WITNESS PURSUANT TO FED.R.CIV.P. 26(a)(2)
- 4
NO. CV-06-327-EFS
#645418 v1 / 42703-001