# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sarah Bradburn, et al,<br><br>                           Plaintiffs,<br><br>vs.<br><br>North Central Regional Library District,<br><br>                           Defendant. | **Case No.** CV-06-327-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 10/18/2007  **LOCATION:** Richland<br><br>**TELEPHONIC SCHEDULING CONF.** |

| | | |
|---|---|---|
| | **Judge Edward F. Shea** | |
| Debbie Brasel<br><br>**Courtroom Deputy** | 01<br><br>**Law Clerk** | Stephanie Smithson<br><br>**Court Reporter** |
| Duncan E. Manville, telephonically<br><br>**Plaintiffs' Counsel** | | Thomas Dean Adams, telephonically<br><br>**Defendant's Counsel** |

[  ]  **Open Court**         [  ]  **Chambers**         [XX]  **Telecon**         **By:**

Mr. Adams addresses Court regarding current deadlines in this matter they are seeking to extend
Mr. Manville concurs and moves Court to extend the deadline for the filing of Dispositive Motions and a new deadline for the discovery cut-off

Discovery Deadline:   12/31/2007
Dispositive Motion Deadline: 01/14/2008
**In Person PTC 05/07/2008 @ 10:00 a.m. R/EFS**
**Bench Trial 06/02/2008 @ 9:00 a.m. R/EFS** - 5 Days

Other dates to be addressed in Scheduling Order


**[ X ] ORDER FORTHCOMING**


| | | | |
|---|---|---|---|
| CONVENED: 9:32 AM | ADJOURNED: 9:43 AM | TIME:    /11 MINUTES | CALENDARED [  ] |