The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**NOTICE OF COMPLIANCE WITH RULE 26(a)(2) REQUIREMENTS** |

Pursuant to paragraph 1 of the Court's November 6, 2007 Scheduling Order, the undersigned co-counsel for Plaintiffs hereby certifies that Plaintiffs and their counsel are in compliance with the Rule 26(a)(2) requirements set forth in said Scheduling Order.

DATED this 21st day of December, 2007.

/s/
Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com
Co-Counsel for Plaintiffs

NOTICE OF COMPLIANCE WITH RULE 26(a)(2)
REQUIREMENTS – Page 1

RAFEL MANVILLE PLLC
999 3rd Ave., Ste. 1600, Seattle, WA 98104
main 206.838.2660   fax 206.838.2661

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 21, 2007, I filed the foregoing Notice of Compliance with Rule 26(a)(2) Requirements with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons listed below:

Thomas D. Adams
Celeste M. Monroe
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA  98101
tadams@karrtuttle.com
cmonroe@karrtuttle.com

Aaron Caplan
ACLU of Washington
705 Second Ave.
Suite 300 Hoge Bldg.
Seattle, WA  98104-1799
caplan@aclu-wa.org

Catherine Crump
American Civil Liberties Union
125 Broad St., 18th Floor
New York, NY  10004
ccrump@aclu.org

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.  Executed at Seattle, Washington this 21st day of December, 2007.

        /s/
Duncan Manville