The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

NO. CV-06-327-EFS

[PROPOSED] ORDER GRANTING DEFENDANT NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT

[PROPOSED] ORDER GRANTING DEFENDANT NCRL'S MOTION FOR MOTION FOR SUMMARY JUDGMENT - 1
CV-06-327-EFS
#658110 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

This matter having come before the Court on Defendant North Central Regional Library District's Motion for Summary Judgment pursuant to Fed. R. Civ. Pro. 56, LR 7.1, and LR 56.1. Having reviewed the Motion, including:

1. Defendant North Central Regional Library District's Motion For Summary Judgment;

2. Declaration of Dean Marney in Support of Defendant North Central Regional Library District's Motion For Summary Judgment;

3. Declaration of Dan Howard in Support of Defendant North Central Regional Library District's Motion For Summary Judgment;

4. Declaration of Barbara Walters in Support of Defendant North Central Regional Library District's Motion For Summary Judgment;

5. Declaration of Thomas D. Adams in Support of Defendant North Central Regional Library District's Motion For Summary Judgment;

6. Defendant North Central Regional Library District's Statement of Facts in Support of Motion For Summary Judgment;

7.

8.

[PROPOSED] ORDER GRANTING
DEFENDANT NCRL'S MOTION FOR
MOTION FOR SUMMARY
JUDGMENT - 2
CV-06-327-EFS
#658110 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

9.

10.

and having heard argument of counsel, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant North Central Regional Library District's Motion For Summary Judgment is **GRANTED**.

DATED this \_\_\_\_ day of _____, 2008.

_____
United States District Judge

Presented By:

KARR TUTTLE CAMPBELL

By:/s/ *Thomas D. Adams*
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313
Facsimile: 206.682.7100

[PROPOSED] ORDER GRANTING DEFENDANT NCRL'S MOTION FOR MOTION FOR SUMMARY JUDGMENT - 3
CV-06-327-EFS
#658110 v1 / 42703-001

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: *[signature]*
Heather L. White
hwhite@karrtuttle.com

[PROPOSED] ORDER GRANTING DEFENDANT NCRL'S MOTION FOR MOTION FOR SUMMARY JUDGMENT - 4
CV-06-327-EFS
#658110 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100