The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

NO. CV-06-327-EFS

DECLARATION OF THOMAS D. ADAMS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Thomas D. Adams, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

DECLARATION OF THOMAS D. ADAMS - 1
CV-06-327-EFS
#656588 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

2. Attached as **Ex. A** are relevant portions of the transcript from Mr. Alan Gottlieb's deposition (Second Amendment Foundation 30(b)(6) deposition) taken September 12, 2007.

3. Attached as **Ex. B** are relevant portions of the transcript from Ms. Sarah Bradburn's deposition taken August 13, 2007.

4. Attached as **Ex. C** are relevant portions of the transcript from Ms. Pearl Cherrington's deposition taken August 13, 2007.

5. Attached as **Ex. D** are relevant portions of Ms. Cherrington's responses to Defendant's First Interrogatories and Requests for Production.

6. Attached as **Ex. E** are relevant portions of the transcript from Mr. Heinlen's deposition taken on August 13, 2007.

7. Attached as **Ex. F** is a January 15, 2008 article from The Dallas Morning News, "On Dallas Library Computers, Porn is a Regular Sight," obtained on-line January 22, 2008.

8. Attached as **Ex. G** is a August 16, 2003 article from Brainerddispatch.com, "Librarians Settle Internet Porn Case," obtained on-line January 30, 2008.

//

//

DECLARATION OF THOMAS D. ADAMS - 2
CV-06-327-EFS
#656588 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury under the laws of the United States of |
| 3 | |
| 4 | America that the foregoing is true and correct. |
| 5 | |
| 6 | |
| 7 | Dated this 4th day of February, 2007 at Seattle, Washington. |

*(signature)*
Thomas D. Adams

DECLARATION OF THOMAS D.
ADAMS - 3
CV-06-327-EFS
#656588 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court |
| 3 | using the CM/ECF system which will send notification of such filing to the persons listed below: |

| | |
|---|---|
| Duncan Manville | Aaron Caplan |
| 1629 2nd Ave. W | ACLU of Washington |
| Seattle, WA 98119 | 705 Second Ave., Ste. 300 |
| | Seattle, WA 98103 |

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: /s/ Heather L. White
Heather L. White
hwhite@karrtuttle.com

DECLARATION OF THOMAS D. ADAMS - 4
CV-06-327-EFS
#656588 v1 / 42703-001