# Exhibit A

Decl of Adams
Page 5

```
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
2                         AT SPOKANE

3  _____

   SARAH BRADBURN, PEARL          )  No. CV-06-327-EFS
4  CHERRINGTON, CHARLES           )
   HEINLEN, and THE SECOND        )
5  AMENDMENT FOUNDATION,          )
                                  )
6                  Plaintiffs,    )
                                  )
7            vs.                  )
                                  )
8  NORTH CENTRAL REGIONAL         )
   LIBRARY DISTRICT,              )
9                                 )
                                  )     COPY
10                 Defendant.     )

11 _____

12         DEPOSITION UPON ORAL EXAMINATION OF
                    ALAN MERRIL GOTTLIEB
13
                     September 12, 2007
14                   Seattle, Washington

15 _____

16

17                       Taken Before:

18          Cheryl L Hendricks, CCR #2274
                  Certified Court Reporter
19                           of
              CAPITOL PACIFIC REPORTING, INC.
20       2401 Bristol Court SW, Olympia, WA 98502
         Tel (360) 352-2054  Fax (360) 705-6539
21
       Tacoma          Seattle           Aberdeen
22 (253) 564-8494   (206) 622-9919   (360) 532-7445
            Chehalis          Bremerton
23       (360) 330-0262     (360) 373-9032

24         www.capitolpacificreporter.com
         scheduling@capitolpacificreporting.com
25
                                    Decl of Adams
                                    Page 6
                                                    1
```

1  Q  Okay. Did you use a computer terminal in any of those
2     libraries?
3  A  I can't say with certainty if I did or did not.
4  Q  Are you aware of any other SAF representatives using a
5     computer at an NCRL library branch?
6  A  No, I am not.
7  Q  Okay. In the fifth paragraph on the first page of
8     Exhibit 18 there is a quote that is attributed to you.
9     Do you see that?
10 A  Yes.
11 Q  And it says that, "We," meaning the SAF I presume,
12    "entered this lawsuit because citizens are being denied
13    access to our website and information about our
14    organization and publication. That clearly violates
15    both the First Amendment of the U.S. Constitution and
16    the Washington State Constitution."
17       Do you see where I'm reading?
18 A  Yes.
19 Q  Okay. How did you determine that citizens were being
20    denied access to the SAF website and information
21    available through it and its sister publications?
22 A  People who called our office and I also believe may have
23    called our New York office as well because one of our
24    publications is actually published out of there.
25 Q  So SAF has a New York office?

Decl of Adams
Page 7

40

| | | |
|---|---|---|
| 1 | A | Mm-hmm. |
| 2 | Q | Yes? |
| 3 | A | Yes. |
| 4 | Q | Who are these people that put in the calls? |
| 5 | A | I'm assuming that some of them may have been members and |
| 6 | | contributors and some of them may have been citizens |
| 7 | | doing research. |
| 8 | Q | So the calls didn't come to you personally? |
| 9 | A | No. Through the receptionist at the office and were |
| 10 | | referred to people on staff. |
| 11 | Q | What people on staff? I just want to know about the |
| 12 | | chain of custody of the communication, if you will. |
| 13 | A | I really don't know with certainty. All I know is I've |
| 14 | | had people on staff come to me to complain about the |
| 15 | | fact that, hey, we have this problem in Central |
| 16 | | Washington, people can't get to our publication on their |
| 17 | | website. |
| 18 | Q | When did this occur? |
| 19 | A | Well before the suit was filed. I can't with |
| 20 | | certainty -- with all the things that I do, I can't with |
| 21 | | certainty tell you when. |
| 22 | Q | What did you do in response? |
| 23 | A | At the time initially nothing directly because -- |
| 24 | | because we were also getting calls from people in other |
| 25 | | states having similar problems with libraries as well. |

41

| | | |
|---|---|---|
| 1 | | And somewhere down the line some people on staff would |
| 2 | | call certain libraries, and I don't know if anybody ever |
| 3 | | called NCRL for sure or not, and/or checked with people |
| 4 | | who called in with us, had them go back and try to get |
| 5 | | the library system to unblock sites. |
| 6 | Q | Does SAF know today whether NCRL has a policy and a |
| 7 | | procedure for reviewing blocked sites that citizens |
| 8 | | think should not be blocked? |
| 9 | A | Today, no, I do not. |
| 10 | Q | Do you know if they've -- |
| 11 | A | I do not. |
| 12 | Q | Well, you're here as the designee -- |
| 13 | A | Yeah, so -- |
| 14 | Q | -- for SAF, so I ask it in that form. |
| 15 | A | To my knowledge, no. |
| 16 | Q | Okay. Does SAF know if a policy such as I just |
| 17 | | described has ever been in place? |
| 18 | A | Describe that policy again. |
| 19 | Q | A policy pursuant to which a citizen, a user of a |
| 20 | | library branch might say a website has been blocked that |
| 21 | | I think it should be unblocked, would you review it. |
| 22 | A | I guess we wouldn't know of a policy. We know of people |
| 23 | | that have -- have -- has tried -- tried to get the |
| 24 | | library to unblock it and were not successful. I don't |
| 25 | | know if that means a policy or not. |

1  Q  Okay. Somebody tried to get a web -- the SAF website
2     unblocked or Women & Guns unblocked?
3  A  It's my understanding that we've had people try to get
4     Women & -- people have tried to get the Women & Guns
5     website unblocked and they were told no.
6  Q  Okay. Who were those people?
7  A  I don't know at this juncture. It was, again, well
8     before the lawsuit was actually filed.
9  Q  Okay. Do you know any of the other plaintiffs in this
10    lawsuit?
11 A  No.
12 Q  Okay. Have you ever spoken to any of these plaintiffs
13    at all?
14 A  Not to my knowledge.
15 Q  Okay.
16 A  If people call on the telephone, I mean, you know, I
17    don't pay attention to everybody's name whose telephone
18    call I take. But to my knowledge I do not know any of
19    these people.
20 Q  Does the SAF agree that not all speech is
21    constitutionally protected?
22 A  Well, you say SAF. SAF doesn't have a position on all
23    speech. We deal with one issue, the right to keep and
24    bear arms. If you want my own personal opinion I can
25    give you that.

 1  Q   (By Mr. Adams) womenandguns.com is the only website in
 2      the Complaint that you're making a claim about, though;
 3      is that right?
 4  A   Yes. But I'm not sure. But I think we're also making
 5      the -- the complaint, so to speak, that -- that our
 6      members -- correct me if I'm wrong because I haven't
 7      looked at the Complaint lately, but we may be making
 8      complaint as well or in there that -- that our members,
 9      supporters, gun enthusiasts in general and we were
10      presenting -- representing them as part of us.
11          THE WITNESS: Or are we or no? We had talked
12      about that.
13          MR. CAPLAN: Well, I'm not -- I'm not the one
14      testifying, so we can talk about that later.
15  A   Okay. So, I mean, you know, I mean, our concern is that
16      gun owners in general can access gun-related websites.
17      One of them happens to be ours directly. But we'd be --
18      we're concerned about the others as well.
19  Q   (By Mr. Adams) Okay. And it is those others that I'm
20      really trying to pinpoint. What others are out there as
21      just examples?
22  A   Well, it -- I'm just -- you know, if Women & Guns are
23      blocked, it's our understanding that the word "guns" is
24      what was blocking it, not "women." That would mean that
25      other publications, like Gun World, you know, or Gun

1   Digest could be being blocked also.
2 Q (By Mr. Adams) That was a presumption?
3 A Yeah. It's one of our concerns.
4 Q Was it ever tested?
5 A No, we don't -- it -- it was not tested, to -- to my
6   knowledge. However, from people who called in our
7   office and made complaints, we had the general feeling
8   there were other things with the word "gun" being
9   blocked, but again, they weren't our publications.
10 Q Would you agree that if womenandguns.com is not being
11   blocked today, you have no publications being blocked,
12   to the best of your knowledge?
13 A Today?
14 Q Today.
15 A If you tell me that, yeah, that would be the case.
16 Q Okay. And the same would be true as of the date the
17   lawsuit was filed, if womenandguns.com was not being
18   blocked as of that date, then as of that date you had no
19   websites that were being -- to which access was being
20   denied?
21 A At that date. But obviously, access was denied prior to
22   that, for sure.
23 Q You believe.
24 A We believe.
25 Q You were told.

1   A   Mm-hmm.

2   Q   You did not check?

3   A   Personally I did not check.

4   Q   Nor do you know of anyone within SAF's staff that
5       checked.

6   A   I believe legal counsel checked and that would represent
7       us.

8   Q   When you say legal counsel, are you referring to ACLU
9       counsel?

10   A   I -- I'm not sure if it's ACLU or Manville.

11   Q   Counsel in this case.

12   A   Counsel.

13   Q   Counsel of record representing plaintiffs.

14   A   Counsel of record, correct.

15       MR. ADAMS: All right, Mr. Gottlieb. Thank you
16   for your time. That's all I have.

17       MR. CAPLAN: I have no questions.

18       (Concluded at 11:53 a.m.)

19       (Signature reserved.)

20

21

22

23

24

25

CERTIFICATE

I, CHERYL L. HENDRICKS, a duly authorized Court Reporter and Notary Public in and for the State of Washington, residing at Olympia, do hereby certify;

That the foregoing deposition of Alan Merril Gottlieb was taken before me on September 12, 2007, and thereafter transcribed to the best of my ability by means of computer-aided transcription; that the deposition is a full, true, and complete transcript of the testimony of said witness;

That the witness, before examination, was by me duly sworn to testify the truth, the whole truth, and nothing but the truth, and the witness reserved signature;

That I am not a relative, employee, attorney, or counsel of any party to this action, or relative or employee of any such attorney or counsel, and I am not financially interested in said action or outcome thereof;

That upon completion of signature, if required, I shall herewith securely seal the original transcript and serve same upon Thomas D. Adams, counsel for the Defendants.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this 1st day of October, 2007.



Cheryl L. Hendricks,
CCR NO. 2274

Decl of Adams
Page 14

78