# Exhibit A

Decl of Resnick
Page 13

# Paul Resnick

314 West Hall

University of Michigan

Ann Arbor, MI 48109-1092

http://www.si.umich.edu/~presnick

## EDUCATION

| | | |
|---|---|---|
| MIT EECS | Ph.D. Computer Science | 9/92 |
| MIT EECS | S.M. Computer Science | 6/88 |
| University of Michigan | S.B. Mathematics | 12/85 |

## EMPLOYMENT

| | | |
|---|---|---|
| University of Michigan School of Information | Professor | 5/04-present |
| | Associate Professor tenured 5/00 | 8/97-5/04 |
| Carnegie Mellon University | Visiting Faculty | 9/03-5/04 |
| Bell Laboratories and AT&T Laboratories | Senior Technical Staff Member. | 7/95-7/97 |
| MIT Sloan School of Management | Assistant Professor | 7/94-6/96 |
| | on leave | 7/95-6/96 |
| | Visiting Assistant Professor | 9/92-6/94 |

## PAPERS

**Refereed Journal Articles**

Resnick, Paul, Zeckhauser, Richard, Swanson, John, and Kate Lockwood. "The Value of Reputation on eBay: A Controlled Experiment." **Experimental Economics**. 2006. 9(2), p. 79-101.

Ling, Kimberly; Beenen, Gerard; Ludford, Pamela J.; Wang, Xiaoqing; Chang, Klarissa; Li, Xin; Rashid, Al Mamunur; Resnick, Paul; Kraut, Robert E. "Using Social Psychology to Motivate Contributions to Online Communities." 2005. **Journal of Computer Mediated Communication**. 10(4), article 10.

Miller, Nolan, Resnick, Paul, and Richard Zeckhauser. "Eliciting Honest Feedback in Electronic Markets." **Management Science**. 2005. 51(9): p. 1359-1373.

Resnick, Paul, Hansen, Derek, and Richardson, Caroline. "Calculating Error Rates for Filtering Software". **Communications of the ACM**. 2004. 47(9): p. 67-71.

Hansen, Derek, Derry, Holly, Richardson, Caroline, and Paul Resnick. "Adolescents Searching for Health Information on the Internet: An Observational Study". **Journal of Medical Internet Research**. 2003. 5(4).

Richardson, Caroline, Resnick, Paul, Hansen, Derek, Derry, Holly, and Victoria Rideout, "Does Pornography-Blocking Software Block Access to Health Information on the Internet?" **Journal of the American Medical Association**, 2002. 288(22): p. 2887-2894.

Friedman, Eric and Resnick, Paul, "The Social Cost of Cheap Pseudonyms: Fostering Cooperation on the Internet," **Journal of Economics and Management Strategy**, 2001. **10** (2): p.173-199.

Cranor, Lorrie and Resnick, Paul, "Protocols for Automated Negotiations with Buyer Anonymity and Seller Reputations". **Netnomics**, 2000. **2** (1): p. 1-23.

Lessig, Lawrence and Resnick, Paul, "Zoning Speech on the Internet: A Legal and Technical Model". **Michigan Law Review**, 1999. **98** (2): 395-431. An earlier, shorter version was presented at the 1998 Telecommunications Policy Research Conference and appeared as Lessig, Lawrence and Resnick, Paul. "The Architectures of Mandated Access Controls," in S. E. Gillett and I. Vogelsang, <u>Competition, Regulation, and Convergence: Current Trends in Telecommunications Policy Research</u>. Mahwah, NJ: Lawrence Erlbaum Associates 1999, 137-157.

Avery, Chris, Resnick, Paul and Zeckhauser, Richard, "The Market for Evaluations". **American Economic Review**, 1999. **89** (3): p. 564-584.

Blaze, Matt, Feigenbaum, Joan, Resnick, Paul and Strauss, Martin, "Managing Trust in an Information-Labeling System". **European Transactions on Telecommunications**, 1997. **8** : p. 491-501.

Chu, Yang-hua, Feigenbaum, Joan, LaMacchia, Brian, Resnick, Paul and Strauss, Martin, "REFEREE: Trust Management for Web Applications". **Computer Networks and ISDN Systems**, 1997. **29** (8-13): p. 953-964. Also reprinted in **The World Wide Web Journal**, special issue on "Web Security: a Matter of Trust," **2** (3), pp. 127-139.

Resnick, Paul and Miller, James, "PICS: Internet Access Controls Without Censorship". **Communications of the ACM**, 1996. **39** (10): p. 87-93.

Resnick, Paul and Virzi, Robert, "Relief from the Audio Interface Blues: An Expanded Spectrum of Menu, List, and Form Styles". **ACM Transactions on CHI**, 1995. **2** (2): p. 146-177.

Resnick, Paul, "Phone-Based CSCW: Tools and Trials". **ACM Transactions on Information Systems**, 1993. **11** (4): p. 401-424.

### Invited (Unrefereed) Journal and Magazine Publications

Resnick, Paul, Zeckhauser, Richard, Friedman, Eric, and Kuwabara, Ko. "Reputation Systems." **Communications of the ACM**, December 2000. **43** (12): p.45-48.

Dieberger, Andreas, Dourish, Paul, Hook, Kristina, Resnick, Paul, and Wexelblat, Alan, "Social navigation: techniques for building more usable systems." **interactions** 2000. **7** (6): p. 36-45.

Handel, Mark and Resnick, Paul, "Does Internet Blocking Software Work?". **Family Futures**, 1998. **2** (2): p. 16-18.

Resnick, Paul, "Filtering the Internet". **Scientific American**, 1997, p. 62-64.

Resnick, Paul and Varian, Hal, "Recommender Systems (introduction to special section)". **Communications of the ACM**, 1997. **40** (3): p. 56-58.


**Refereed Conference Articles**

Hansen, Derek, Ackerman, Mark, Resnick, Paul, and Munson, Sean. "Virtual Community Maintenance with a Collaborative Repository". Proceedings of ASIST 2007.

Lampe, C., Johnston, E. and Resnick, P. "Follow the Reader: Filtering Comments on Slashdot." *Proceedings* of CHI 07 Conference on Human Factors in Computing Systems. San Jose, CA, 2007. pp. 1253-1262.

Rashid, Al Mamunur, Ling, Kimberly, Tassone, Regina D, Resnick, Paul, Kraut, Robert, and Riedl, John. "Motivating Participation by Displaying the Value of Contribution." *Proceedings of ACM CHI 2006*, pp. 955-958.

Wash, Rick, Hemphill, Libby, and Resnick, Paul. "Design Decisions in the RideNow Project." *Proceedings of the 2005 international ACM SIGGROUP conference on supporting group work*, pp. 132-135.

Khopkar, Tapan, Li, Xin, and Resnick, Paul. "Self-Selection, Slipping, Salvaging, Slacking, and Stoning: the Impacts of Negative Feedback at eBay." Proceedings of ACM EC 05 Conference on Electronic Commerce. Vancouver, Canada. 2005, pp. 223-231.

Beenen, Gerard, Ling, Kimberly, Wang, Xiaoqing, Chang, Klarissa, Resnick, Paul, and Kraut, Robert E, "Using Social Psychology to Motivate Contributions to Online Communities," Proceedings of CSCW04 Conference on Computer Supported Cooperative Work. Chicago, IL. pp. 212-221.

Lampe, Cliff, and Resnick, Paul. "Slash(dot) and Burn: Distributed Moderation in a Large Online Conversation Space," Proceedings of CHI 04 Conference on Human Factors in Computing Systems. Vienna, Austria. pp. 543-550.

Resnick, Paul, Iacovou, Neophytos, Suchak, Mitesh, Bergstrom, Peter and Riedl, John. "GroupLens: An Open Architecture for Collaborative Filtering of Netnews," Proceedings of CSCW 94 Conference on Computer Supported Cooperative Work. New York, ACM, 1994, pp. 175-186.

Davis, Randall and Resnick, Paul. "Multiple Dimensions of Generalization in Model-Based Troubleshooting," Proceedings of AAAI 93. Washington, DC, American Association for Artificial Intelligence, 1993, pp. 160-166.

Resnick, Paul. "HyperVoice: A Phone-Based CSCW Platform," Proceedings of CSCW '92: Conference on Computer-Supported Cooperative Work. Toronto, ACM, 1992, pp. 218-225.

Resnick, Paul and Virzi, Robert A. "Skip and Scan: Cleaning Up Telephone Interfaces," Proceedings of CHI '92: Conference on Human Factors in Computing Systems. Monterey, CA, ACM, 1992, pp. 419-426.

Virzi, Robert A., Resnick, Paul and Ottens, Don. "Skip and Scan Telephone Menus: User Performance as a Function of Experience," Proceedings of the Human Factors Society. Santa Monica, CA, Human Factors Society, 1992, pp. 211-215.

**Book Chapters**

Friedman, Eric, Resnick, Paul, and Sami, Rahul. "Manipulation-Resistant Reputation Systems". Chapter 27 in Algorithmic Game Theory. Edited by Noam Nisan, Tim Roughgarden, Eva Tardos, and Vijay Vazirani. Cambridge University Press. 2007.

Resnick, Paul, "Decomposing a Design Space". In HCI Remixed: Reflections on Works That Have Influenced the HCI Community. Edited by Thomas Erickson and David W. McDonald. MIT Press. 2007.

Resnick, Paul. "Impersonal Sociotechnical Capital, ICTs, and Collective Action Among Strangers." Chapter 16 in, Transforming Enterprise, William Dutton, Brian Kahin, Ramon O'Callaghan, and Andrew Wyckoff, Eds. MIT Press 2004. pp. 399-411.

Lampe, Cliff, and Resnick, Paul. "Recommender and Reputation Systems." Berkshire Encyclopedia of Human Computer Interaction. 2004.

Resnick, Paul. Where Locality Meets Virtuality. In Making the Net Work: Sustainable Development in a Digital Society, edited by Vidhya Alakeson, Tim Aldrich, James Goodman, and Britt Jorgensen. 2003, Xeris Publishing: Middlesex, England.

Resnick, Paul, and Richard Zeckhauser. "Trust Among Strangers in Internet Transactions: Empirical Analysis of eBay's Reputation System", in The Economics of the Internet and E-Commerce, edited by M.R. Baye. 2002, Elsevier Science: Amsterdam.

Resnick, Paul. "Beyond Bowling Together: SocioTechnical Capital." Chapter 29 in Human-Computer Interaction in the New Millenium, edited by John Carroll. Addison-Wesley. 2002, pages 247-272.

Resnick, Paul, "PICS, Censorship, & Intellectual Freedom FAQ," Version 1.12 http://www.si.umich.edu/~presnick/pics/intfree/FAQ.htm, June 26, 1997. Reprinted in Cyberlaw: Cases and Materials on the Internet, Digital Intellectual Property and Electronic Commerce, pp. 269-277.

Rekhter, Yakov, Resnick, Paul and Bellovin, Steve. "Financial Incentives for Route Aggregation and Efficient Address Utilization in the Internet," in B. Kahin and J. Keller, Coordinating the Internet. Cambridge: MIT Press 1997, 273-287.

Resnick, Paul and King, Melvin. "The Rainbow Pages: Building Community with Voice Technology," in P. Agre and D. Schuler, Reinventing Technology, Rediscovering Community. Greenwich, CT: Ablex 1997, 229-240. Originally presented at the 1990 conference on Directions and Implications of Advanced Computing.

Resnick, Paul, Zeckhauser, Richard and Avery, Chris. "Roles for Electronic Brokers," in G. W. Brock, Toward a Competitive Telecommunication Industry: Selected Papers from the 1994

Telecommunications Policy Research Conference. Mahwah, NJ: Lawrence Erlbaum Associates 1995, 289-304.

**Reports**

Horrigan, John, Garrett, Kelly and Resnick, Paul, "The Internet and Democratic Debate," Pew Internet and American Life Project, 10/27/04, 2004. Available on-line at http://www.pewinternet.org/.

Rideout, Victoria, Richardson, Caroline and Resnick, Paul, "See No Evil: How Internet Filters Affect the Search for Online Health Information," Kaiser Family Foundation, 12/10/2002, 2002.

**Technical Standards Documents**

Evans, Christopher, Feather, Clive D. W., Hopmann, Alex, Presler-Marshall, Martin and Resnick, Paul, "PICSRules 1.1," http://www.w3.org/TR/REC-PICSRules, W3C, 1997.

Krauskopf, Tim, Miller, Jim, Resnick, Paul and Treese, Win, "Label Syntax and Communication Protocols". **The World Wide Web Journal**, 1996. **1** (4): p. 45-69 (available on-line at http://www.w3.org/pub/WWW/PICS/labels.html).

Miller, Jim, Resnick, Paul and Singer, David, "Rating Services and Rating Systems (and Their Machine-Readable Descriptions)". **The World Wide Web Journal**, 1996. **1** (4): p. 23-43 (available on-line at http://www.w3.org/pub/WWW/PICS/services.html).

**Working Papers and Self-published Materials on the Web**

Resnick, Paul and Vishant Shah. "Photo Directories: A Tool for Organizing Sociability in Neighborhoods and Organizations." Working paper, September 2002.

Boyte, Harry, and Resnick, Paul. "Civic Extension for the Information Age". Draft white paper. Available on-line at http://www.si.umich.edu/~presnick/papers/civicextension/. ". July 2001,

Cranor, Lorrie and Resnick, Paul, "Technology Inventory (for Internet Online Summit: Focus on Children)," available on-line at http://www.research.att.com/~lorrie/pubs/tech4kids/, 1997.

Resnick, Paul, "Privacy Applications of PICS: the Platform for Internet Content Selection," Testimony at Public Workshop on Consumer Privacy on the Global Information Infrastructure, Federal Trade Commission, June 4, 1996. Available on-line at http://www.si.umich.edu/~presnick/papers/ftc96/testimony.htm.

**Unrefereed Conference Publications**

Resnick, Paul. "A User Programmable Phone-Based Event Calendar," Proceedings of the American Voice Input/Output Society. San Jose, CA, 1993.

Resnick, Paul. "The Smart Fast Forward Button," Proceedings of the American Voice Input/Output Society. Minneapolis, MN, 1992, pp. 323-329.

## Newspaper and Magazine Op-ed Pieces

Putnam, Robert, and Resnick, Paul. "Closing the Divide: Turning virtual communities into real ones." June 25, 2000 in The Seattle Post-Intelligencer.

Resnick, Paul. "An Information Society for All," The Providence Journal. July 25, 1999 (also appears in The Salt Lake Tribune, August 8, as "U.S. Must Not Delay Investment in Internet Infrastructure").

Resnick, Paul and Miller, James, "The CDA's Silver Lining". **Wired**, 1996. **4** (8): p. 109-110.

Brynjolfsson, Erik and Resnick, Paul. "Electronic Solution," Letter to the Editor about parental controls on objectionable TV programming, New York Times. December 2, 1993, p. A14.

# PRESENTATIONS

Workshop on Studying Interaction in Online Communities: From Data Sources to Research Results, at Communities & Technologies 2007 conference. Presentation on, "Vector Operations and Units of Analysis for Usage Log Data". June 28, 2007.

Cornell Microsoft Symposium on Self-Organizing Online Communities, "Manipulation-Resistant Reputation Systems". March 30, 2007.

New York Law School forum on Community Patent Review, "Ratings, Reputations, and Prediction Markets for Peer Patent Examination". December 7, 2006.

i-Schools conference. Panel presentation on "Incentive-Centered Design". Oct. 16, 2006.

Yahoo!, "Incentive Centered Design for Social Computing Applications", May 26, 2006.

University of Michigan, Center for Research on Learning and Teaching, presentation about how I've used blogs and wikis in my online communities course over the past few years. Feb. 21, 2006.

University of Michigan LS&A Honors Fresh Ideas Seminar. "Echo Chambers or Windows on the World? Selective Exposure and the Online News Environment." Dec. 8, 2005.

University of Michigan, School of Information. "Schelling, Zeckhauser, and Me", October 19, 2005.

New York University, "Eliciting Informative Feedback: The Peer-Prediction Method" January 27, 2005.

Northwestern University, "Motivating Contributions to Online Communities" January 20, 2005.

ACM CSCW04, Panelist, "Does CSCW Need OrganizationTheory?" November 8, 2004.

Symposium on Social Computing, Microsoft Research, "Reputation Systems." March 29, 2004.

Carnegie Mellon University, Heinz School Faculty Seminar, "Calculating Error Rates for Filtering Software." January 26, 2004.

University of Pittsburgh, Katz School, "Eliciting Honest Feedback in Electronic Markets." November 21, 2003.

Carnegie Mellon University, "Preparing Informationists for Community and Public Interest Careers." November 13, 2003.

Carnegie Mellon University, Information Systems Seminar, "Eliciting Honest Feedback in Electronic Markets." October 31, 2003.

University of Pennsylvania, Annenberg School of Communication, "Impersonal Sociotechnical Capital, ICTs, and Collective Action Among Strangers". October 17, 2003.

Online Communities Summit, Sonoma, CA, "Reputation Systems". October 3, 2003.

Carnegie Mellon University, HCI Seminar, "The Value of Reputation on eBay: A Controlled Experiment." September 24, 2003.

Computer Networks and Social Networks conference, University of Haifa, "The Value of Reputation on eBay: A Controlled Experiment". August 27, 2003.

National Academy of Sciences Symposium on Electronic Scientific, Technical, and Medical Journal Publishing, "Implications of Emerging Recommender and Reputation Systems." May 20, 2003.

University of Minnesota, "Photo Directories: A Tool for Organizing Sociability in Neighborhoods and Organizations." April 14, 2003.

University of Arizona Department of Economics, "The Value of Reputation on eBay: A Controlled Experiment". March 24, 2003.

University of Michigan, UTEP Symposium, "SocioTechnical Support for Ride Sharing". March 21, 2003.

Transforming Enterprise, Washington, DC, presentation on "Socio-technical Capital", January 27, 2003.

European Commission Directorate General for Employment and Social Affairs, conference on "Human and Social Capital in the Knowledge Society: Policy Implications". Keynote address, "Beyond Bowling Together: SocioTechnical Capital". Brussels, Belgium. October 28, 2002.

Israeli Doctoral Consortium for students in Computer Mediated Communication. Presentation on research methods. Haifa, Isreal (by videoconference). September 19, 2002.

WebShop (doctoral consortium for sociologists and others studying internet phenomena). "SocioTechnical Capital". College Park, Maryland. June 11, 2002.

ACM CHI 02. Panelist and co-organizer, "What's SIGCHI's Role in Strengthening Communities?" April 24, 2002.

Urban Affairs Association Annual Meeting . "Photo Directories: A Tool for Organizing Sociability in Neighborhoods and Organizations." Boston, MA. March 22, 2002.

New Hampshire Charitable Trusts. "SocioTechnical Capital." March 21, 2002.

MIT Department of Urban Studies. "Photo Directories: A Tool for Organizing Sociability in Neighborhoods and Organizations." March 20, 2002.

Annenberg Symposium on Deliberation, Democracy, and the Internet. "SocioTechnical Capital." Nov. 10, 2001.

Stranahan Family Foundation . "Social Capital." October 19, 2001.

Closing Keynote speaker, Coalition for Networked Information Spring Task Force meeting. "Computer Networks, Social Networks, and Social Capital". April 10, 2001.

Panelist, session on "Bridging the Digital Divide", Park Foundation Conference organized by UM Law School, March 8, 2001.

Panelist, session on election ballot usability, MOCHI, January 10, 2001.

NBER Workshop on Empirical Studies of E-commerce, presentation on "Trust Among Strangers in Internet Transactions: Empirical Analysis of eBay's Reputation System". January 27, 2001.

Panelist and session organizer, "Beyond Bowling Together", ACM CSCW 2000, Philadelphia, December 5, 2000.

Presentation on SocioTechnical Capital, MOCHI, July 2000.

UC Berkeley Industrial Organization Seminar Series, presentation on, "The Social Cost of Cheap Pseudonyms", November 2, 1999.

UM Electronic Payments Symposium, presentation on, "Trust and Reputation Infrastructure for the Internet", September 17, 1999.

Panelist, CHI 99 Conference on Human Factors in Computing Systems, panel on, "Social Navigation", May 19, 1999.

Michigan Telecommunications Technology Law Review Symposium, talk on content regulation, March 12, 1999.

Harvard Faculty Seminar on Information Infrastructure and Governance, talk on "The Market for Evaluations" (with Chris Avery and Richard Zeckhauser), March 3, 1999.

Seminar presentation of "PICS, Censorship, & Intellectual Freedom FAQ", Yale Law School, April 16, 1998.

Presentation of "PICS, Censorship, & Intellectual Freedom FAQ" at HCIC 98 Conference, March 7, 1998.

Panelist, Computers Freedom and Privacy conference session titled, "Is Technology Neutral? Is PICS the Devil?" February 20, 1998.

Panelist, Balancing the Scales: A Summit on Internet Content Filtering and Third Party Rating, Washington, DC, November 4, 1997.

Panelist, Privacy at the Crossroads forum at Georgetown University Law School, October 20, 1997.

Guest Lecture, "Regulation of the Internet", Harvard University Kennedy School of Government course on regulation taught by Professor Richard Zeckhauser and Supreme Court Justice Stephen Breyer, October 17, 1997.

Presentation of "Technology Inventory" for planning meeting, Internet Online Summit: Focus on Children, Washington, DC, October 15, 1997.

Presentations about application of labeling to consumer privacy protection at an MIT workshop on Marketing on the Internet, 1996.

Presentations on market-based mechanisms for allocation of Internet addresses and route advertisements at the Harvard Workshop on Internet Administration and the Telecommunications Policy Research Conference, 1996.

Presentations about application of PICS to consumer privacy protection at the U.S. Federal Trade Commission, the Privacy and American Business Conference, and the Direct Marketing Association, 1996.

Presentation about application of PICS to intellectual property protection at the Creative Incentives Coalition, February 1996.

Presentations on market-based mechanisms for allocation of Internet addresses and route advertisements at the Internet Engineering Task Force and a Commercial Internet Exchange workshop, 1996.

Presentations, panels and seminars about PICS at the Internet Engineering Task Force, the Congressional Internet Caucus, meetings of German and British on-line service providers, the Internet Content Coalition, two World Wide Web Conferences, two American Library Association conferences, UC Berkeley, Harvard, MIT, and the Telecommunications Policy Research Conference, 1995-1997.

Seminars and colloquia presenting GroupLens and The Market for Evaluations at INFORMS 95, TPRC 94, WITS 93, MIT Marketing Seminar, MIT Laboratory for Computer Science, MIT Media Lab, Xerox PARC, AT&T Bell Labs, GTE, US West, University of Minnesota, University of Arizona, CMU, Harvard, 1993-95.

Seminars and demonstrations presenting HyperVoice at MIT Media Lab, MIT Center for Coordination Science, Bellcore, University of Alberta, AT&T Bell Labs, University of Illinois-Chicago, ACM CHI 90 conference, ACM CSCW 90 conference, Boston and New York conferences on Computers and Social Change, 1990-94.

## COURSES TAUGHT

UM SI593. Rapid Response Informatics. Fall 2005.

UM SI 544 Statistics. 2004-2005.

CMU CSCW/On-line Communities, Fall 2003.

UM SI684/884 e-communities, 2002-2003. 2005-2006.

UM SI598/698 dot.org incubator, 2001-2002.

UM SI540 Understanding Networked Computing, 1998-2002, 2004-2005.

UM SI 575 Community Information Corps Seminar. 1999-2002.

UM SI 597/697 Community Information: Project Corps, 1999-2000.

UM SI 597/697 Community Information Systems, 1998-1999 (with Joan Durrance).

UM SI 3-day mini-course on trust and social dilemmas, 1998 (with Elena Rocco).

UM SI603 Network Security, Winter 1998 (with Peter Honeyman).

UM SI695-2 Reviews, Recommendations, and Other Internet Metadata, 1997.

MIT 15.564, Information Technology I, 1992-1995.

MIT 15.574, Theoretical Foundations for Information Technology, 1993-1994.

## ACADEMIC LEADERSHIP AND SERVICE

Co-chair, program committee, ACM EC 07 conference on Electronic Commerce. San Diego, CA, June 2007.

Co-organizer, CHI Workshop, "Beyond Threaded Conversation" April 2005.

Co-organizer (with Chris Dellarocas), Interdisciplinary Symposium on Reputation Mechanisms in Online Communities, April 26-27, 2003.

Founder, Reputations Research Network web site, which lists researchers and papers in the area of reputation systems. http://reputationresearch.net/.

Member, Editorial Board, The Information Society. Starting spring 2001.

Organizer, invitational workshop on SocioTechnical Capital, Ann Arbor, MI, March 2000.

Chair, Berkeley Workshop on Collaborative Filtering (Recommender Systems), February 1996.

Co-editor, Communications of the ACM special section on Recommender Systems, March 1997 (with Hal Varian).

Session chair and presentation about collaborative filtering (recommender systems) at the first Conference on Leveraging Cyberspace, organized by the White House National Economic Council and Xerox PARC, October 1996.

Co-chair, 1998 Human-Computer Interaction Consortium winter workshop (with Loren Terveen).

Served on the program committees for Communities & Technologies 2005 and 2007, WWW 2003 Conference E-commerce track, 2003 Workshop on P2P Economics, ACM EC 00 conference on electronic commerce, ACM's conferences on Computer Human Interaction (1993-1995) and Computer Supported Cooperative Work (1994, 1996, 2000), the Telecommunications Policy Research Conference (1996, 1997) and the Autonomous Agents 2001 Workshop on Fraud, Deception and Trust in Agent Societies.

Reviewer for NSF proposals and numerous journals, including ACM Transactions on CHI, ACM Transactions on Information Systems, The AI Journal, American Economic Review, Communications of the ACM, Data Mining and Knowledge Discovery, iCS, IEEE Communications, IEEE Internet Computing, IEEE Transactions on Knowledge and Data Engineering, Information Processing and Management, The Information Society, Information Systems Research, Interacting With Computers, International Journal of Industrial Organization, Journal of Business, Management Science, Journal of Computer-Mediated Communication, Review of Economics and Statistics, Science, Social Psychology Quarterly, Software:Practice and Experience.

Participant, NSF workshop on directions in ecommerce research, September 1998.

Participant, National Research Council/ Computer Science and Telecommunications Board workshop on "Fostering Research on the Economic and Social Impacts of Information Technology," summer 1997.

Participant, NSF Knowledge Networking workshop, Santa Barbara, CA, summer 1997.

Tutorial presentation at CSCW 98 conference, "The World Wide Laboratory: Conducting Experiments on the Internet", (with Dan Horn and Elena Rocco), November 1998.

Guest Lecture, MIT Sloan School of Management, April 9, 1998.

Guest lectures for courses at CMU, MIT, Columbia University, University of Oklahoma.

## UNIVERSITY LEADERSHIP AND SERVICE

Founder, Community Information Corps, UM School of Information, 1999-present. The CIC brings together faculty and students who are studying how to organize information flows for community and public purposes. With support from the Packard Foundation and the Alliance for Community Technology, the Community Information Fellows Program offers financial assistance and professional development opportunities to graduates who pursue public interest careers. Salary supplements are also available for public interest summer internships.

Member, University of Michigan Faculty Advisory Council, Imagining America, beginning winter 2002.

Member, Faculty Council, UM Ginsberg Center for Community Service and Learning, beginning fall 1999.

Member, Search Advisory Committee, UM Associate Vice President for Research in the Natural Sciences and the Professions, winter 2000.

Member, Dean Search Advisory Committee, UM School of Information, 1998-1999.

Panelist, UM School of Public Policy Alumni reunion session on "The Digital Divide", Oct. 22, 1999.

Participant, first Road Scholars tour, which sent a bus full of faculty around the state for five days as part of the State Outreach efforts of the University of Michigan, May 1999.

## PUBLIC LEADERSHIP AND SERVICE

Participant, MacArthur Foundation consultation on challenges to the user in an information and technology abundant environment. May 23-24, 2007.

Participant, NSF-sponsored workshop on forming a social informatics research network. NYU. Spring 2006.

Member, Advisory Board, CTCNet. 2002-2003.

Participant, Ford Foundation E-commons conference, to set an agenda for creating public spaces on-line. June 1-2, 2001. Washington DC.

Participant, National Research Council meetings on "The Digital Divide" (May 2000) and "Digital Democracy" (June 2000).

Participant, ACM invitational workshop to advise staff writing a report on Internet Governance, May 2000.

Participant, Saguaro Seminar on Civic Engagement in America, 1997-2000. (see http://www.ksg.harvard.edu/saguaro). Harvard political scientist Robert Putnam convened this group of 33, including such famous names as George Stephanopoulos (former Clinton chief of staff) and Ralph Reed (former head of the Christian Coalition), to discuss ways to reverse the declining civic participation that he documented in his "Bowling Alone" article. The group's report was issued in December 2000, and is available through the BetterTogether.org site, which I developed together with Kate Lockwood, a student at the University of Michigan School of Information.

Member, MIT Press Digital Projects Laboratory Advisory Board, 1997-98.

Chair, PICS interest group, World Wide Web Consortium, 1995-1997, and co-author of all the PICS technical specifications. PICS, the Platform for Internet Content Selection, is an infrastructure for associating labels with Internet content. The PICS effort has been an important element in the public debate about content-regulation on the Internet.

Network Computing magazine named me one of 25 Network Technology Drivers for 1996. Sept 1, 1996 issue (on-line profile at http://techweb.cmp.com/nc/713/713f2RESNICK.html)

**Quotes and Coverage in Major News Publications**

Michigan Daily, "A Master's in MySpace", coverage of the new Social Computing specialization at UM School of Information. March 30, 2007.

Washington Post, quote on reputation systems in the Peer2Patent project, "Open Call From the Patent Office; Agency Web Site Will Solicit Advice", p. A1, March 5, 2007.

Wired Magazine, "Herding the Mob" coverage of my work on reputation systems. March 2007.

Ann Arbor News, quotes on civic engagement and social capital online, "Involvement comes via Web and wallet: Meetings now a less popular way to connect", Dec. 31, 2006.

Ann Arbor News, coverage of KatrinaHousing.net, Sept. 5, 6 and 12, 2005.

Kiplinger's Personal Finance, "Grab Your Phone and Jump into the Carpool", September, 2004, AHEAD; Vol. 58, No. 9; Pg. 26.

BusinessWeek, BBC, Dallas Morning News, Boston Herald and many others—stories about the Pew report on the Internet's impact on exposure to opposing political arguments. October 28, 2004.

New York Times, quote on the larger context of flash mobs. August 17, 2003.

New York Times, photo and quote on online reputation systems. June 23, 2003.

Associated Press, "Study: eBay buyers value good reputation. February 18, 2003.

New York Times, Wall Street Journal, USA Today, Washington Post, Chicago Tribune and many others, stories about our study of whether commercial Internet filtering software blocks access to health information. December 11, 2002.

Wall Street Journal, story on eBay's reputation system. Sept. 16, 2002.

Business 2.0, Story on eBay's reputation system. March 2002.

The Ann Arbor News, November 19, 2000, interview on usability issues in election ballots.

U.S. News and World Report, February 28, 2000, on whether the Internet alienates people socially.

The New York Times, February 3, 2000, on reputation systems and the democratization of expertise on the Web.

Detroit Free Press, October 20, 1999, on the digital divide.

Wall Street Journal Interactive Edition, April 15, 1999, on electronic auction sites.

The New York Times, February 22, 1999, on patents, standards, and incentives for innovation.

The New York Times, January 19, 1998, on content labeling and filtering.

Wall Street Journal, December 8, 1997, on content labeling and filtering.

The New York Times, September 1, 1997, on content labeling and filtering.

The New York Times, March 24, 1997, on content labeling and filtering.

USA Today, March 18, 1997, on content labeling and filtering.

Los Angeles Times, August 26, 1996, on pricing for Internet addresses.

USA Today, June 5, 1996, on Internet privacy protection.

The Daily Telegraph (England), May 21, 1996, on content labeling and filtering.

Sunday Times (England), May 19, 1996, on content labeling and filtering.

The Boston Globe, May 10, 1996, on content labeling and filtering.

Los Angeles Times, March 25, 1996, on recommender systems.

The New York Times, January 15, 1996, on content labeling and filtering.

USA Today, October 30, 1995, on content labeling and filtering.

# GRANTS

W. K. Kellogg Foundation, "Exploratory Development of Support Tools for Distributed, Semi-Open Environmental Scanning", $38,735, 1/1/07-6/30/07.

Microsoft Research, "RideNow", $15,000, July 2006.

Microsoft Research, "RideNow", $15,000, July 2005.

Microsoft Research, "RideNow", $15,000, October 2004.

National Science Foundation, IIS-0325837. "ITR: Collaborative Research: Designing On-Line Communities to Enhance Participation -- Bridging Theory and Practice." $510,232, 9/1/03-5/31/08. Yan Chen is co-PI. Collaborating groups at Carnegie-Mellon (Kiesler, Kraut) and Minnesota (Konstan, Riedl, Terveeen) have separate funding.

National Science Foundation, Computation and Social Systems, IIS-0308006. "Recommender and Reputation Systems: Principles and Practices", $449,980, 7/1/03-6/30/06.

Kaiser Family Foundation, "Effects of Internet Filters on Access to Health Information", $185,706, 01/01/02-12/31/02.

Microsoft Foundation, in support of the Community Information Corps, $60,000, 05/01/02 – 04/30/02.

National Science Foundation, "Interdisciplinary Workshop on Reputation Systems", co-PI with Chris Dellarocas, MIT. 2001-2002.

David and Lucile Packard Foundation, in support of the Community Information Corps, $206,600, 01/01/01-12/31/02.

UM Institute for Social Research Initiatives Council grant, "Pilot Test to Measure Social Capital Impacts of Neighborhood Photo-Directories and Email Distribution Lists." $25,000, January, 2000.

UM Road Scholars grant from Rackham for work on Neighborhood Photo-Directories, $7,500, February, 2000.

National Science Foundation, Computation and Social Systems, IIS-9977999"The Design of Reputation Systems", $362,266, 9/15/99-8/31/02 (extended to 8/31/03).

W. K. Kellog Foundation, "Youth as Community Information Organizers", $198,189, 6/1/99-5/31/00. Joan Durrance co-directed this grant with me.

GTE Collaborative Research Grant, $10,000 for work on phone based interfaces, 1994.

GTE Collaborative Research Grant, $10,000 for work on phone based interfaces, 1993.

National Science Foundation Graduate Fellowship, 1986-1990.

## PROFESSIONAL ORGANIZATION MEMBERSHIP

Member, American Economic Association

Member, ACM (SIGCHI)

Member, ALA (Public Library Association division)

## THESIS SUPERVISION

Supervisor for current UM School of Information Ph.D. students Tapan Khopkar, Derek Hansen. Committee member for Olga Kournievska (EECS).

Lampe, Cliff. (2006). Ratings Use in an Online Discussion System: The Slashdot Case (chair).

Garrett, Kelly. (2005). Exposure to Controversy in an Information Society (chair).

Wu, Harris. (2005). Managing contextual and structural knowledge in an online document repository. Ph.D. Thesis, UM Ross School of Business (member of committee).

Lee, Silvia. (2004). Exploring professional knowledge and practices collaboratively in problem-based discussions : online and face-to-face discourses in a nursing class. Ph.D. Thesis, UM School of Education (member of committee).

Gazzale, Robert. (2004). Three Essays on Learning and Information in Games. Ph.D. Thesis, UM Department of Economics (member of committee).

Williams, Dmitri. (2003). Trouble in River City: The Social Life of Video Games. Ph.D. Thesis, UM Department of Communication Studies (member of committee).

Corner, Mark. (2003). Transient Authentication for Mobile Devices. Ph.D. Thesis, UM EECS (member of committee).

McDaniel, Drew Patrick. (2001) Policy Management in Secure Group Communication. Ph.D. Thesis, UM EECS (member of committee).

Itoi, Naomaru. (2001) Integrating Secure Hardware Into Modern Security Systems: Authentication, Secure Storage, and Secure Bootstrap. Ph.D. Thesis, UM EECS (member of committee).

Lowell, David Ellis. (1999) The Theory and Practice of Failure Transparency. Ph.D. Thesis, UM EECS (member of committee).

Spoerri, Anselm. (1995) InfoCrystal: A Visual Tool for Information Retrieval. Ph.D. Thesis, MIT Department of Civil and Environmental Engineering (member of committee).

Van Delden, H. (1995). Achieving Competitive Advantage Through Coordination-Intensive Construction Services. MIT Sloan School of Management, SM Thesis.

Suchak, M. A. (1994). GoodNews: A Collaborative Filter for Network News, MIT Department of EECS, SM thesis.

# CITIZENSHIP:   USA