The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>DECLARATION OF BARBARA WALTERS |

I, Barbara Walters, declare as follows:

DECLARATION OF BARBARA
WALTERS - 1
CV-06-327-EFS
#657876 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100
Dockets.Justia.com

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am currently employed by North Central Regional Library as the Information Technology Manager.

3. NCRL purchased its original Internet filter in December 2000.

4. The original filter was referred to as "BESS."

5. Washington State Library statistics for 2005, indicate that 16 out of 47 library systems with filters reported they were using a form of BESS, or 34%. (Attached as **Ex. A** is a true and correct copy of the above-referenced statistics.)

6. BESS was the operative filter at the time of the incidents giving rise to the current litigation.

7. In October 2006, BESS was replaced with a new filter called Fortiguard, which is manufactured by Fortinet.

8. The replacement was part of a global upgrade to the computer cataloguing system and Wide Area Network (WAN). Fortinet's Fortiguard Web Filtering technology allows NCRL to control access to Internet content via banned word lists, URL block lists, URL exemption lists, web threat blocks such as spam URL'S, and category blocks such as pornography. Before the switch to Fortiguard, NCRL did not have control over making filter changes. With

DECLARATION OF BARBARA WALTERS - 2
CV-06-327-EFS
#657876 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Fortiguard and the Fortinet Fortimanager, changes to the filter happen simultaneously at all NCRL branches.

8. The following categories are blocked under NCRL's current filtering profile: (1) hacking; (2) proxy avoidance; (3) phishing; (4) malware; (5) spyware; (6) gambling; (7) adult materials; (8) nudity/risqué; (9) pornography; (10) webchat; (11) instant messaging. The following classifications are also blocked: image search, video search; and spam URL. (Attached as **Ex. B** is an NCRL document detailing our current filtering profile.)

9. The above-referenced categories and classifications are defined by Fortinet as follows:

- **Hacking** - Website that depict illicit activities surrounding the unauthorized modification or access to programs, computers, equipment and websites;
- **Proxy Avoidance** – Websites that provide information or tools on how to bypass Internet access controls and browse the Web anonymously, includes anonymous proxy servers
- **Phishing** - Counterfeit web pages that duplicate legitimate business web pages for the purpose of eliciting financial, personal or other private information from the users
- **Malware** – Sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, such as a virus or Trojan horse.
- **Spyware** – Sites that host software that is covertly downloaded to a user's machine to collect information and monitor user activity, including spyware, adware, etc.

DECLARATION OF BARBARA
WALTERS - 3
CV-06-327-EFS
#657876 v1 / 42703-001

- **Gambling** – Site that cater to gambling activities such as betting, lotteries, casinos, including gaming information, instruction and statistics.
- **Adult Materials** – Mature content websites (18+ and over) that feature or promote sexuality, strip clubs, sex shops, etc....excluding sex education, content without the intent to sexually arouse.
- **Nudity/Risque** – Mature content websites (18+ and over) that depict the human body in full or partial nudity without the intent to sexually arouse.
- **Pornography** – Mature content websites (18+ or older) which present or display sexual acts with the intent to sexually arouse and excite.
- **Webchat** – Websites that promote Web chat services.
- **Instant Messaging** – Websites that allow users to communicate in "real-time" over the Internet.
- **Image Search** – Website providing search of images or photos or the result of image or photo searaches
- **Video Search** – Websites providing search of video clips or the result of video searches.
- **Spam URL** – Websites or webpages whose URLs are found in spam emails. These web pages often advertise sex sites, single clubs and other potentially nuisance or offensive materials.

(Attached as **Ex. C** is a true and correct copy of the category and classification definitions as supplied by Fortinet.)

DECLARATION OF BARBARA
WALTERS - 4
CV-06-327-EFS
#657876 v1 / 42703-001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 4 day of February, 2008 at Wenatchee, Washington.

*Barbara G. Walters*
Barbara Walters

DECLARATION OF BARBARA
WALTERS - 5
CV-06-327-EFS
#657876 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville  
1629 2nd Ave. W  
Seattle, WA 98119

Aaron Caplan  
ACLU of Washington  
705 Second Ave., Ste. 300  
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump  
American Civil Liberties Union Foundation  
125 Broad Street, 17th Floor  
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____  
Heather L. White  
hwhite@karrtuttle.com

DECLARATION OF BARBARA WALTERS - 6  
CV-06-327-EFS  
#657876 v1 / 42703-001