# Exhibit A

Decl of Walters
Page 7

Dockets.Justia.com

# 2005 Automated Systems, E-Rate Discounts and Filtering
## Table 16

| Public Libraries | Library Automated System | Do You Apply? | E-Rate Discounts Which Services? Telecom | Internet Access | Internal Connects |
|---|---|---|---|---|---|
| **Over 250,000** | | | | | |
| Fort Vancouver Regional Library District | SirsiDynix, Unicorn | Yes | X | X | - |
| King County Library System | Innovative (III), Silver | Yes | X | X | - |
| Pierce County Library System | Polaris Library Systems, Polaris 3.2 | Yes | X | X | X |
| Seattle Public Library | SirsiDynix, Horizon 7.3 | Yes | X | - | - |
| Sno-Isle Libraries | TLC, CARL 5.2.2.4 | Yes | X | X | - |
| Timberland Regional Library | SirsiDynix, Horizon 7.3.3 | Yes | X | X | - |
| **Subtotal** | n/a | 6 | 6 | 5 | 1 |
| **100,001 - 250,000** | | | | | |
| Kitsap Regional Library | SirsiDynix, Unicorn 2003 1.4.4 | Yes | X | - | X |
| Mid-Columbia Library District | Polaris Library Systems, Polaris 3.2 | Yes | X | X | - |
| North Central Regional Library | SirsiDynix, Horizon 7.3 | Yes | X | X | - |
| Spokane County Library District | SirsiDynix, Unicorn 2003.1.4.4 | Yes | X | X | - |
| Spokane Public Library | SirsiDynix, Horizon 7.3.2 | Yes | X | - | - |
| Tacoma Public Library | SirsiDynix, Unicorn 2003.1.4.5 | Yes | X | X | - |
| Whatcom County Library System | SirsiDynix, Horizon 7.3.2 | Yes | X | - | - |
| Yakima Valley Regional Library | Polaris Library Systems, Polaris 3.1 | Yes | X | X | X |
| **Subtotal** | n/a | 8 | 8 | 5 | 2 |
| **25,001 - 100,000** | | | | | |
| Bellingham Public Library | SirsiDynix, Horizon 7.3.2 ; HIP 3.06A | - | - | - | - |
| Everett Public Library | Polaris Library Systems, Polaris 3.3 | Yes | X | - | - |
| Longview Public Library | SirsiDynix, Horizon 7.2 | - | - | - | - |
| Mount Vernon City Library | SirsiDynix, Horizon 7.33 | - | - | - | - |
| North Olympic Library System | Polaris Library Systems, Polaris | Yes | X | X | - |
| Pullman (Neill) Public Library | SirsiDynix, Horizon 7.33 | Yes | X | - | - |
| Puyallup Public Library | SirsiDynix, Dynix 191 | Yes | X | - | X |
| Renton Public Library | SirsiDynix, Dynix 191 | - | - | - | - |
| Richland Public Library | SirsiDynix, Unicorn G63.0 | Yes | - | X | - |
| Stevens County Rural Library District | TLC, Library.Solution 3.2 | - | - | - | - |
| Walla Walla Public Library | Endeavor, Voyager | - | - | - | - |
| **Subtotal** | n/a | 5 | 4 | 2 | 1 |
| **5,001 - 25,000** | | | | | |
| Anacortes Public Library | SirsiDynix, Dynix/i-pac | - | - | - | - |
| Asotin County Library | Endeavor, Voyager 2001.2 | Yes | X | - | - |
| Burlington Public Library | SirsiDynix, Horizon | - | - | - | - |
| Camas Public Library | SirsiDynix, Dynix 190 | - | - | - | - |
| Chewelah Public Library | TLC, Library.Solution 3.2 | - | - | X | - |
| Ellensburg Public Library | SirsiDynix, Horizon 7.3.2 | - | - | - | - |
| Enumclaw Public Library | SirsiDynix, Dynix 190 | - | - | - | - |
| Grandview (Bleyhl Community) Library | Follett, Circulation Plus/Catalog Plus 6.2 | - | - | - | - |
| Jefferson County Rural Library District | SirsiDynix, Horizon | Yes | X | X | - |
| Kelso Public Library | SirsiDynix, Dynix | Yes | X | - | - |
| Liberty Lake Municipal Library | EOS International, Web-based | - | - | - | - |
| Pend Oreille County Library District | TLC, Library.Solution 3.2 | Yes | X | X | - |
| Port Townsend Public Library | SirsiDynix, Horizon 7.4.049.0 | - | - | - | - |
| San Juan Island Library District | SirsiDynix, Dynix 191.11 | Yes | X | - | - |
| Sedro-Woolley Public Library | EOS International, GLAS | - | - | - | - |
| Walla Walla County Library District | Endeavor, Voyager 2001.2.1 | Yes | X | X | - |
| Whitman County Library | SirsiDynix, Dynix 190 | Yes | X | X | - |
| **Subtotal** | n/a | 7 | 7 | 5 | 0 |

Decl of Walters
Page 8

# 2005 Automated Systems, E-Rate Discounts and Filtering
## Table 16

| Public Libraries | Library Automated System | E-Rate Discounts | | | |
| --- | --- | --- | --- | --- | --- |
| | | Do You Apply? | Which Services? | | |
| | | | Telecom | Internet Access | Internal Connects |
| **5,000 & under w/ certified librarian** | | | | | |
| La Conner Regional Library | Sagebrush/Winnebago, InfoCentre | - | - | - | - |
| Lopez Island Library District | Learning Access Institute | - | - | - | - |
| Ocean Shores Public Library | Follett, 6.2 | - | - | - | - |
| Orcas Island Library District | SirsiDynix, Horizon 7.3 | Yes | X | - | - |
| Upper Skagit Library District | New Generations Technologies, LibrarySoft | Yes | X | X | - |
| **Subtotal** | n/a | 2 | 2 | 1 | 0 |
| **5,000 & under w/o certified librarian** | | | | | |
| Castle Rock Public Library | Learning Access Institute | Yes | - | X | - |
| Cathlamet (Blanche Bradley) Library | Other | - | - | - | - |
| Cle Elum (Carpenter Memorial) Library | Book Systems, Concourse 5.9.2.23 | - | - | X | - |
| Davenport Public Library | - | - | - | - | - |
| Dayton Memorial Library | Sagebrush/Winnebago, InfoCentre 2.0 | - | - | - | - |
| Harrington Public Library | - | - | - | - | - |
| Kalama Public Library | Learning Access Institute | Yes | - | X | - |
| Kettle Falls Public Library | TLC, Library.Solution | Yes | X | - | - |
| Kittitas Public Library | - | - | - | - | - |
| Odessa Public Library | - | - | - | X | - |
| Pomeroy (Denny Ashby) Library | Companion, Alexandria V 5.5.0.3 | Yes | X | - | - |
| Reardan Memorial Library | Book Systems, Concourse | - | - | - | - |
| Ritzville Public Library | Learning Access Institute | Yes | X | X | X |
| Roslyn Public Library | - | - | - | - | - |
| Roy City Library | - | - | - | - | - |
| Sprague Public Library | - | - | - | - | - |
| Waitsburg (Weller) Public Library | - | - | - | - | - |
| Wilbur (Hesseltine) Public Library | Other | - | - | - | - |
| **Subtotal** | n/a | 5 | 3 | 5 | 1 |
| **GRAND TOTAL** | n/a | 33 | 30 | 23 | 5 |

# 2005 Automated Systems, E-Rate Discounts and Filtering
## Table 16 (continued)

| Public Libraries | Library Filtering | | | | |
|---|---|---|---|---|---|
| | Filtered Internet Terminals | | CIPA Compliant? | Filtering Solution | Filtering Costs |
| | Staff | Public | | | |
| **Over 250,000** | | | | | |
| Fort Vancouver Regional Library District | X | X | X | 8e6 | $3,950 |
| King County Library System | X | X | X | Surf Control/CyberPatrol/SurfWatch | $21,000 |
| Pierce County Library System | X | X | X | Smart Filter/Bess | $6,000 |
| Seattle Public Library | - | X | - | Smart Filter/Bess | $9,000 |
| Sno-Isle Libraries | X | X | X | Smart Filter/Bess | $9,500 |
| Timberland Regional Library | X | X | X | Websense | $2,240 |
| **Subtotal** | **5** | **6** | **5** | n/a | **$51,690** |
| **100,001 - 250,000** | | | | | |
| Kitsap Regional Library | X | X | X | 8e6, Tumbleweed Mailgate | $6,000 |
| Mid-Columbia Library District | X | X | X | SquidGuard | - |
| North Central Regional Library | X | X | X | Smart Filter/Bess | $2,636 |
| Spokane County Library District | X | X | X | Websense | $2,500 |
| Spokane Public Library | - | X | - | Smart Filter/Bess | $3,592 |
| Tacoma Public Library | X | X | X | Surf Control/CyberPatrol/SurfWatch, custom browser | $2,098 |
| Whatcom County Library System | - | X | - | Surf Control/CyberPatrol/SurfWatch | $9,000 |
| Yakima Valley Regional Library | X | X | - | Smart Filter/Bess | - |
| **Subtotal** | **6** | **8** | **5** | n/a | **$25,826** |
| **25,001 - 100,000** | | | | | |
| Bellingham Public Library | X | - | - | Surf Control/CyberPatrol/SurfWatch | - |
| Everett Public Library | - | X | - | Surf Control/CyberPatrol/SurfWatch | - |
| Longview Public Library | - | - | - | - | - |
| Mount Vernon City Library | X | X | X | Smart Filter/Bess, Winproxy | $270 |
| North Olympic Library System | X | X | X | Smart Filter/Bess | - |
| Pullman (Neill) Public Library | X | X | X | iPrism | - |
| Puyallup Public Library | X | X | X | Surf Control/CyberPatrol/SurfWatch | - |
| Renton Public Library | X | X | - | Surf Control/CyberPatrol/SurfWatch | - |
| Richland Public Library | X | X | X | 8e6 | $18,156 |
| Stevens County Rural Library District | X | X | X | Washington State Library Central Filter (SmartFilter) | - |
| Walla Walla Public Library | X | X | X | 8e6 | - |
| **Subtotal** | **9** | **9** | **7** | n/a | **$18,426** |
| **5,001 - 25,000** | | | | | |
| Anacortes Public Library | - | X | - | Surf Control/CyberPatrol/SurfWatch | $100 |
| Asotin County Library | - | - | - | - | - |
| Burlington Public Library | - | - | - | - | - |
| Camas Public Library | X | X | X | 8e6 | $440 |
| Chewelah Public Library | X | X | X | Websense | - |
| Ellensburg Public Library | X | X | X | Smart Filter/Bess | $194 |
| Enumclaw Public Library | - | X | - | Surf Control/CyberPatrol/SurfWatch | $90 |
| Grandview (Bleyhl Community) Library | X | X | X | Washington State Library Central Filter (SmartFilter) | - |
| Jefferson County Rural Library District | X | X | X | Websense | $3,000 |
| Kelso Public Library | X | X | X | Smart Filter/Bess | - |
| Liberty Lake Municipal Library | - | X | - | ContentProtect | - |
| Pend Oreille County Library District | X | X | X | Websense | - |
| Port Townsend Public Library | - | - | - | - | - |
| San Juan Island Library District | - | - | - | Net Nanny (on one computer) | - |
| Sedro-Woolley Public Library | - | - | - | Other | - |
| Walla Walla County Library District | X | X | X | Surf Control/CyberPatrol/SurfWatch | $802 |
| Whitman County Library | X | X | X | iPrism | $500 |
| **Subtotal** | **9** | **12** | **9** | n/a | **$5,126** |

# 2005 Automated Systems, E-Rate Discounts and Filtering
## Table 16 (continued)

| Public Libraries | Library Filtering | | | | |
| --- | --- | --- | --- | --- | --- |
| | Filtered Internet Terminals | | CIPA Compliant? | Filtering Solution | Filtering Costs |
| | Staff | Public | | | |
| **5,000 & under w/ certified librarian** | | | | | |
| La Conner Regional Library | - | - | - | - | - |
| Lopez Island Library District | - | - | - | - | - |
| Ocean Shores Public Library | - | X | - | CYBERsitter, Content Watch | $60 |
| Orcas Island Library District | - | - | - | - | - |
| Upper Skagit Library District | - | - | - | - | - |
| **Subtotal** | **0** | **1** | **0** | n/a | **$60** |
| **5,000 & under w/o certified librarian** | | | | | |
| Castle Rock Public Library | X | X | X | Washington State Library Central Filter (SmartFilter) | - |
| Cathlamet (Blanche Bradley) Library | - | - | - | Other | - |
| Cle Elum (Carpenter Memorial) Library | - | - | - | - | - |
| Davenport Public Library | - | - | - | - | - |
| Dayton Memorial Library | - | - | - | - | - |
| Harrington Public Library | - | - | - | - | - |
| Kalama Public Library | X | X | X | Washington State Library Central Filter (SmartFilter) | $1,500 |
| Kettle Falls Public Library | X | X | X | Smart Filter/Bess | - |
| Kittitas Public Library | - | - | - | - | - |
| Odessa Public Library | - | - | - | Websense | - |
| Pomeroy (Denny Ashby) Library | - | X | - | Other | - |
| Reardan Memorial Library | - | - | - | - | - |
| Ritzville Public Library | X | X | X | Washington State Library Central Filter (SmartFilter) | - |
| Roslyn Public Library | - | - | - | - | - |
| Roy City Library | - | - | - | Other | - |
| Sprague Public Library | - | X | - | - | - |
| Waitsburg (Weller) Public Library | - | - | - | - | - |
| Wilbur (Hesseltine) Public Library | - | - | - | - | - |
| **Subtotal** | **4** | **6** | **4** | n/a | **$1,500** |
| **GRAND TOTAL** | **33** | **42** | **30** | n/a | **$102,628** |

# Exhibit B

**Protection Profile**

## Edit Protection Profile

Profile Name: NCRL
Comments: updated 10-15-07

(maximum 63 characters)

▶ **Anti-Virus**

▼ **Web Filtering**

| | HTTP | HTTPS | Option |
|---|---|---|---|
| Web Content Block | ☐ | | -- None -- ▾  Threshold: 10 |
| Web Content Exempt | ☐ | | -- None -- ▾ |
| Web URL Filter | ☑ | ☐ | URL_Filter ▾ |
| ActiveX Filter | ☐ | | |
| Cookie Filter | ☐ | | |
| Java Applet Filter | ☐ | | |
| Web Resume Download Block | ☑ | | |
| Block invalid URLs | | ☐ | |

▼ **FortiGuard Web Filtering**

| | HTTP | HTTPS |
|---|---|---|
| Enable FortiGuard Web Filtering | ☑ | ☑ |
| Enable FortiGuard Web Filtering Overrides | ☐ | ☐ |
| Provide details for blocked HTTP 4xx and 5xx errors | ☐ | |
| Rate images by URL (blocked images will be replaced with blanks) | ☑ | |
| Allow websites when a rating error occurs | ☑ | ☑ |
| Strict Blocking | ☐ | ☐ |
| Rate URLs by domain and IP address | ☐ | ☐ |

| Category | Allow | Block | Log | Allow Override |
|---|---|---|---|---|
| ▼ Potentially Liable | ☐ | ☐ | ☑ | ☐ |
| Drug Abuse | ⦿ | ☐ | ☑ | ☐ |
| Occult | ⦿ | ☐ | ☑ | ☐ |
| Hacking | ☐ | ⦿ | ☑ | ☐ |
| Illegal or Unethical | ⦿ | ☐ | ☑ | ☐ |
| Racism and Hate | ⦿ | ☐ | ☑ | ☐ |
| Violence | ⦿ | ☐ | ☑ | ☐ |
| Marijuana | ⦿ | ☐ | ☑ | ☐ |
| Folklore | ⦿ | ☐ | ☑ | ☐ |
| Proxy Avoidance | ☐ | ⦿ | ☑ | ☐ |
| Web Translation | ⦿ | ☐ | ☑ | ☐ |
| Phishing | ☐ | ⦿ | ☑ | ☐ |
| Plagiarism | ⦿ | ☐ | ☑ | ☐ |
| ▼ Controversial | ☐ | ☐ | ☑ | ☐ |
| Abortion | ⦿ | ☐ | ☑ | ☐ |
| Adult Materials | ☐ | ⦿ | ☑ | ☐ |
| Advocacy Organizations | ⦿ | ☐ | ☑ | ☐ |
| Gambling | ☐ | ⦿ | ☑ | ☐ |
| Extremist Groups | ⦿ | ☐ | ☑ | ☐ |
| Nudity and Risque | ☐ | ⦿ | ☑ | ☐ |
| Pornography | ☐ | ⦿ | ☑ | ☐ |
| Tasteless | ⦿ | ☐ | ☑ | ☐ |
| Weapons | ⦿ | ☐ | ☑ | ☐ |
| Sex Education | ⦿ | ☐ | ☑ | ☐ |
| Alcohol | ⦿ | ☐ | ☑ | ☐ |
| Tobacco | ⦿ | ☐ | ☑ | ☐ |
| Lingerie and Swimsuit | ⦿ | ☐ | ☑ | ☐ |
| Sports Hunting and War Games | ⦿ | ☐ | ☑ | ☐ |

Decl of Walters
Page 13

| Classification | Allow | Block | Log | Allow Override |
|---|---|---|---|---|
| ▼ Potentially Non-productive | ○ | ○ | ☑ | ☐ |
| Advertising | ● | ○ | ☑ | ☐ |
| Brokerage and Trading | ● | ○ | ☑ | ☐ |
| Freeware Downloads | ● | ○ | ☑ | ☐ |
| Games | ● | ○ | ☑ | ☐ |
| Web-based Email | ● | ○ | ☑ | ☐ |
| Web Chat | ○ | ● | ☑ | ☐ |
| Instant Messaging | ○ | ● | ☑ | ☐ |
| Newsgroups and Message Boards | ● | ○ | ☑ | ☐ |
| Digital Postcards | ● | ○ | ☑ | ☐ |
| ▼ Potentially Bandwidth Consuming | ● | ○ | ☑ | ☐ |
| Peer-to-peer File Sharing | ● | ○ | ☑ | ☐ |
| Personal Storage | ● | ○ | ☑ | ☐ |
| Multimedia Download | ● | ○ | ☑ | ☐ |
| Internet Radio and TV | ● | ○ | ☑ | ☐ |
| Internet Telephony | ● | ○ | ☑ | ☐ |
| ▼ Potential Security Violating | ○ | ● | ☑ | ☐ |
| Malware | ○ | ● | ☑ | ☐ |
| Spyware | ○ | ● | ☑ | ☐ |
| ▼ General Interest | ● | ○ | ☑ | ☐ |
| Arts and Entertainment | ● | ○ | ☑ | ☐ |
| Culture | ● | ○ | ☑ | ☐ |
| Education | ● | ○ | ☑ | ☐ |
| Finance and Banking | ● | ○ | ☑ | ☐ |
| Homosexuality | ● | ○ | ☑ | ☐ |
| Health and Wellness | ● | ○ | ☑ | ☐ |
| Job Search | ● | ○ | ☑ | ☐ |
| Medicine | ● | ○ | ☑ | ☐ |
| News and Media | ● | ○ | ☑ | ☐ |
| Personal Relationships | ● | ○ | ☑ | ☐ |
| Political Organizations | ● | ○ | ☑ | ☐ |
| Reference | ● | ○ | ☑ | ☐ |
| Religion | ● | ○ | ☑ | ☐ |
| Search Engines | ● | ○ | ☑ | ☐ |
| Shopping and Auction | ● | ○ | ☑ | ☐ |
| General Organizations | ● | ○ | ☑ | ☐ |
| Society and Lifestyles | ● | ○ | ☑ | ☐ |
| Sports | ● | ○ | ☑ | ☐ |
| Travel | ● | ○ | ☑ | ☐ |
| Personal Vehicles | ● | ○ | ☑ | ☐ |
| Child Education | ● | ○ | ☑ | ☐ |
| Real Estate | ● | ○ | ☑ | ☐ |
| Restaurant and Dining | ● | ○ | ☑ | ☐ |
| Personal Websites | ● | ○ | ☑ | ☐ |
| ▼ Business Oriented | ● | ○ | ☑ | ☐ |
| Business | ● | ○ | ☑ | ☐ |
| Information and Computer Security | ● | ○ | ☑ | ☐ |
| Government and Legal Organizations | ● | ○ | ☑ | ☐ |
| Information Technology | ● | ○ | ☑ | ☐ |
| Armed Forces | ● | ○ | ☑ | ☐ |
| ▼ Others | ● | ○ | ☑ | ☐ |
| Dynamic Content | ● | ○ | ☑ | ☐ |
| Miscellaneous | ● | ○ | ☑ | ☐ |
| Web Hosting | ● | ○ | ☑ | ☐ |
| Secure Websites | ● | ○ | ☑ | ☐ |
| Content Servers | ● | ○ | ☑ | ☐ |
| Unrated | ● | ○ | ☑ | ☐ |
| **Classification** | **Allow** | **Block** | **Log** | **Allow Override** |
| Cached Content | ● | ○ | ☑ | ☐ |
| Multimedia Search | ● | ○ | ☑ | ☐ |
| Image Search | ○ | ● | ☑ | ☐ |
| Audio Search | ● | ○ | ☑ | ☐ |
| Video Search | ○ | ● | ☑ | ☐ |
| Spam URL | ○ | ● | ☑ | ☐ |

URL Filter

Decl of Walters
Page 14

| URL | Action |
|---|---|
| elijahlist.com | Exempt |
| northernquest.com | Exempt |
| cdacasino.com | Exempt |
| np.userful.com | Exempt |
| userful.com | Exempt |
| userful.ca | Exempt |
| np.userful.ca | Exempt |
| pubyac.org | Allow |
| usajobs.gov | Allow |
| my.usajobs.opm.gov | Allow |
| flickr.com | Allow |
| ringo.com | Allow |
| runescape.com | Block |
| ask.com/pictures | Block |
| easyriders.com | Block |
| passmyass.com | Block |
| passmyass.info | Block |
| netvue.com | Block |
| pixsy.com | Block |
| search.live.com/images | Block |
| mamma.com/Mamma_pictures | Block |
| images.google.com | Block |
| images.search.yahoo.com | Block |
| craigslist.org/cgi-bin/personals.cgi* | Block |
| colvillecasinos.com | Exempt |
| luckyeagle.com | Exempt |
| silverreefcasino.com | Exempt |
| muckleshootcasino.com | Exempt |
| redwindcasino.com | Exempt |
| nooksackcasino.com | Exempt |
| emeraldqueen.com | Exempt |
| luckydogcasino.com | Exempt |
| shoalwaterbaycasino.com | Exempt |
| little-creek-casino.com | Exempt |
| clearwatercasino.com | Exempt |
| angelofthewinds.com | Exempt |
| northernlightscasino.com | Exempt |
| tulalipcasino.com | Exempt |
| quilcedacreekcasino.com | Exempt |
| theskagit.com | Exempt |

| | |
|---|---|
| yakamalegends.com | Exempt |
| walottery.com | Exempt |
| oregonlottery.org | Exempt |
| pch.luckysurf.com | Exempt |
| www.mostbeautifulman.com | Exempt |

# Exhibit C

## 1. Potentially Liable

| | |
|---|---|
| Drug Abuse | Websites that feature information on illegal drug activities including: drug promotion, preparation, cultivation, trafficking, distribution, solicitation, etc. |
| Folklore | Websites that promote supernatural resources such as; fortune telling, horoscopes, fen shui, palm reading, tarot reading, UFO's, etc. |
| Hacking | Websites that depict illicit activities surrounding the unauthorized modification or access to programs, computers, equipment and websites. |
| Illegal or Unethical | Websites that feature information, methods, or instructions on fraudulent actions or unlawful conduct (non-violent) such as scams, counterfeiting, tax evasion, petty theft, blackmail, etc. |
| Marijuana | Websites that feature information on the cultivation, preparation, distribution, or use of Marijuana. |
| Occult | This category includes sites that reference non-traditional religions, cults, sects, etc. |
| Phishing | Counterfeit web pages that duplicate legitimate business web pages for the purpose of eliciting financial, personal or other private information from the users. |
| Plagiarism | Websites that provide, distribute or sell school essays, projects, or diplomas. |
| Proxy Avoidance | Websites that provide information or tools on how to bypass Internet access controls and browse the Web anonymously, includes anonymous proxy servers. |
| Racism and Hate | Sites that foster racial supremacy or vilify/discriminate against groups or individuals by race, color, ethnic origin, sexual orientation, etc. |
| Violence | This category includes sites that depict offensive material on brutality, death, cruelty, acts of abuse, mutilation, etc. |
| Web Translation | Websites that supply URL translation services. |

## 2. Controversial

| | |
|---|---|
| Abortion | Websites pertaining to abortion data, information, legal issues, and organizations. |
| Adult Materials | Mature content websites (18+ years and over) that feature or promote sexuality, strip clubs, sex shops, etc. excluding sex education, without the intent to sexually arouse. |
| Advocacy Organizations | This category caters to organizations that campaign or lobby for a cause by building public awareness, raising support, influencing public policy, etc. |
| Alcohol | Websites which legally promote or sell alcohol products and accessories. |
| Extremist Groups | Sites that feature radical militia groups or movements with aggressive anti-government convictions or beliefs. |
| Gambling | Sites that cater to gambling activities such as betting, lotteries, casinos, including gaming information, instruction, and statistics. |

| | |
|---|---|
| Lingerie and Swimsuit | Websites that utilizes images of semi-nude models in lingerie, undergarments and swimwear for the purpose of selling or promoting such items. |
| Nudity and Risque | Mature content websites (18+ years and over) that depict the human body in full or partial nudity without the intent to sexually arouse. |
| Pornography | Mature content websites (18+ years and over) which present or display sexual acts with the intent to sexually arouse and excite. |
| Sex Education | Educational websites that provide information or discuss sex and sexuality, without utilizing pornographic materials. |
| Sports Hunting and War Games | Web pages that feature sport hunting, war games, paintball facilities, etc. Includes all related clubs, organizations and groups. |
| Tasteless | Websites that host offensive and crude material such as insulting jokes, negative opinions, pranks, dark humor, harsh language, etc. |
| Tobacco | Websites which legally promote or sell tobacco products and accessories. |
| Weapons | Websites that feature the legal promotion or sale of weapons such as hand guns, knives, rifles, explosives, etc. |

### 3. Potentially Non-Productive

| | |
|---|---|
| Advertising | These websites exhibit advertisements and marketing related content for the sale and promotion of products and services. |
| Brokerage and Trading | Sites that feature on-line broker services, tools, and resources, related to the trading transactions of stocks, bonds, and commodities. |
| Digital Postcards | Websites that promote the distribution of digital postcards. |
| Freeware Downloads | Websites that offer free downloads to users, such as video games, software upgrades, graphics, screen savers, mobile phone items, etc. |
| Games | Sites that pertain to on-line computer games and related links such as contests, promotions, and sweepstakes. |
| Instant Messaging | Websites that allow users to communicate in "real-time" over the Internet. |
| Newsgroups and Message Boards | Websites that promote communication via discussion groups, message boards, blogs, mail magazines, list servers, etc. |
| Web Chat | Websites that promote Web chat services |
| Web-based Email | Websites that allow users to utilize electronic mail services. |

### 4. Potentially Bandwidth Consuming

| | |
|---|---|
| Internet Radio and TV | Websites that broadcast radio or TV communications over the Internet. |
| Internet Telephony | Websites that enable telephone communications over the Internet |

| | |
|---|---|
| Multimedia Download | Websites that allow the downloading of MP3 or other multimedia files. |
| Peer-to-peer File Sharing | Websites that allow users to share files and data storage between each other. |
| Personal Storage | Websites that permit users to utilize Internet servers to store personal files or for sharing, such as with photos. |

**5. Potential Security Risks**

| | |
|---|---|
| Malware | Sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, such as virus or trojan horse. |
| Spyware | Sites that host software that is covertly downloaded to a user's machine, to collect information and monitor user activity, including spyware, adware, etc. |

**6. General Interest**

| | |
|---|---|
| Arts and Entertainment | Includes websites related to radio, television, books, music, artwork, paintings etc., with the intent of personal amusement or enlightenment. |
| Child Education | Websites developed for children, age 12 and under, includes educational games, tools, organizations and schools. |
| Culture | Websites that cater to cultural behaviors and backgrounds including conventions, languages, customs, etc. Also includes institutions such as museums, libraries and historic sites. |
| Education | Academic related sites that provide instruction or information related to learning, schools, training institutions, research, educational games, etc, excluding child education sites. |
| Finance and Banking | Sites pertaining to business and private banking services, investment options, mortgages, asset and credit management, etc. |
| General Organizations | Sites that cater to groups, clubs, or organizations of individuals with similar interests - professional, social, humanitarian, or recreational in nature. |
| Health and Wellness | Websites containing personal health and medical information such as hospitals, therapy, counseling, plastic surgery, medical procedures and equipment, dental care, etc. |
| Homosexuality | This category features subject matter on Gays, Lesbians and Bisexuals, including non-pornographic related links such as personals, dating, and on-line shopping. |
| Job Search | Sites related to employment such as job ads, job posting databases, career planning, resume resources, etc. |
| Medicine | Websites that address legal medicine and drug information, including homeopathy and naturopathy treatment, and therapeutic use of or sale of prescription medication. |
| News and Media | Websites that feature news and current events including mass media forums such as newspapers, television, radio, magazines, journals, etc. |

| | |
|---|---|
| Personal Relationships | Includes websites that aid in the coordination of heterosexual relationships and companionship. Includes legal and non-sexual sites related to on-line dating, personal ads, dating services, clubs, etc. |
| Personal Vehicles | Websites that contain information on private use or sale of autos, boats, planes, motorcycles, etc., including parts and accessories. |
| Personal Websites | Private web pages that host personal information, opinions and ideas of the user. |
| Political Organizations | Sites in this category pertain to elections, congress, senate, or parliament, in the form of a political party or group. |
| Real Estate | Websites that promote the sale or renting of real estate properties. |
| Reference | Websites that provide general reference data in the form of libraries, dictionaries, thesauri, encyclopedias, maps, directories, standards, etc. |
| Religion | Features websites that contain information about traditional religions, spirituality and beliefs. |
| Restaurant and Dining | Websites related to restaurants and dining, includes locations, food reviews, recipes, catering services, etc. |
| Search Engines | Sites that enable a user to search for files on the web by directing them to specific links or portals. |
| Shopping and Auction | Websites that feature on-line promotion or sale of general goods and services such as electronics, flowers, jewelry, music, etc, excluding real estate. Also includes on-line auction services such as eBay, Amazon, Priceline. |
| Society and Lifestyles | This category contains sites that deal with everyday life issues and preferences such as passive hobbies (gardening, stamp collecting, pets), journals, blogs, etc. |
| Sports | Includes sites that pertain to recreational sports and active hobbies such as fishing, hunting, jogging, canoeing, archery, chess, as well as organized, professional and competitive sports. |
| Travel | Websites in this category feature travel related resources such as accommodations, transportation (rail, airlines, cruise ships), agencies, resort locations, tourist attractions, advisories, etc. |

## 7. Business Oriented

| | |
|---|---|
| Armed Forces | Websites related to organized military and armed forces, excluding civil and extreme military organizations. |
| Business | This category references general business related industry information and news; economic conditions, mergers and acquisitions, associations, commercial ventures, etc. |
| Government and Legal Organizations | Includes websites pertaining to international government agencies, legislature, judicial systems, municipal departments such as police, fire, animal control, etc. Also includes legal resources such as bar organizations, lawyers committees, legal services, and references. |

| | |
|---|---|
| Information Technology | Sites related to the sale or service of computer and telephony equipment, tools and accessories, including the companies that provide them. |
| Information and Computer Security | Websites that present information related to computer security such as virus and worm protection measures and tools, emerging technologies, publications, standards groups, etc. |

**8. Others**

| | |
|---|---|
| Content Servers | Websites that host servers that distribute content for subscribing websites, includes image and Web servers. |
| Dynamic Content | Sites that point to non-fixed web content, in that a different page may be viewed each time the site is accessed. |
| Miscellaneous | This category houses URLs that cannot be definitively categorized due to lack of or ambiguous content. |
| Secure Websites | Web pages that institute security measures such as; authentication, passwords, registration, etc. |
| Web Hosting | Websites that provide resources for web hosting and domain registration. |