The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CENTRAL REGIONAL LIBRARY DISTRICT, <br><br> Defendant. | ) <br> ) <br> ) NO. CV-06-327-EFS <br> ) <br> ) DECLARATION OF <br> ) LIAM CHASTEEN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Liam Chasteen, declare as follows:

DECLARATION OF LIAM CHASTEEN
- 1
CV-06-327-EFS
#657721 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1.    I am over the age of 18 and competent to testify about the topics and facts addressed below.

2.    I am ~~not~~ employed by Fortinet, Inc. and work primarily in its Sunnyvale, California offices. My title is Product Manager. I work in Fortinet's product management group which manages Fortinet products and services over the course of their life cycle.

3.    The FortiGuard Web Filtering service ("the Service"), is a hosted service designed to provide internet website categorization, which may be used for filtering purposed by users, including schools, libraries, government agencies, and businesses. ~~(See Attachment, pg. 2, from the Fortinet corporate website.)~~

4.    Users may deploy a technology filtering solution by combining the Service with a FortiGate security platform ("FortiGate"). The Fortiguard Rating Server is a master database consisting of millions of discrete web sites and billions of web pages. The database is continually updated. As of January 24, 2008, the database categorized more than 43,136,508 web sites. ~~(See Attachment, pg. 3, from the Fortinet corporate website.)~~

5.    In simplified terms, internet filtering may be accomplished using the Service and a FortiGate as follows: A computer may request access to a web

DECLARATION OF LIAM CHASTEEN
- 2

#657721 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

site, or a particular page on a web site, by entering its Uniform Resource Locater ("URL") into the address window of an internet browser. If the URL is cached on the FortiGate its categorization has previously been retrieved from the Service. With that information, the URL is compared by the FortiGate to the policy defined by the customer (i.e., the business, school, library, etc.) to determine whether the URL falls within a category that is blocked or unblocked by policy. If the URL is not cached, the FortiGate sends a request to the Service, which returns the website categorization. If the URL is not in a blocked category, the URL request is passed through to the desired website and the response is delivered to the computer user. If the URL is in a blocked category, a customer-defined message is sent to the user advising that access to the requested website is blocked. This process typically happens within a few seconds.

6.     The process of categorizing websites is conducted by a combination of computer algorithm and human review. While no existing internet filter is perfect, the proprietary process upon which the Service is based results in highly accurate filtering. Nevertheless, FortiGuard's categorization of a particular URL may be challenged by entering the URL in a window on the Fortinet web site created for this purpose. Fortinet attempts to review such requests within 24

DECLARATION OF LIAM CHASTEEN

CV-06-327-EFS
#657721 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-2028
Telephone (206) 223-1313, Facsimile (206) 682-7100

hours and respond to the requesting party by e-mail if an e-mail address is supplied. ~~(See Attachment, pg. 1, from the Fortinet corporate website.)~~

7.     In the current version of the Service, web sites are classified into eight groups and 76 categories within the groups.  Descriptions of the groups and categories are available on the Fortinet web site.  ~~(See Attachment, pgs. 15-20 from the Fortinet corporate website.)~~  Websites or web pages, are categorized based on their dominant content.  When a website contains pages having content within multiple categories, each page may be separately categorized.

8.     The Service is highly granular to facilitate meeting the specific requirements of the customer's policy.  The customer may select whole groups, classes, or categories to block or leave unblocked.   The customer may also choose to block or unblock different forms of media such as video, images, or audio.

9.     The Service, combined with a FortiGate, may be deployed by customers to help comply with the Children's Internet Protection Act ("CIPA").  This combination has been deployed in a variety of educational and corporate enterprise settings internationally including, in July 2007, deployment at HEAnet, Ireland's National Research and Education network encompassing

DECLARATION OF LIAM CHASTEEN

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

800,000 students and staff. Other product awards and product applications are described in the attached excerpt from Fortinet's web site. ~~See Attachment, pgs. 5-15 from the Fortinet corporate web site.~~ 14

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 31 day of January, 2008 at Sunnyvale, California.

LIAM CHASTEEN

DECLARATION OF LIAM CHASTEEN
- 5
CV-06-327-EFS
#657721 v1 / 42703-001

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville                         Aaron Caplan
1629 2nd Ave. W                      ACLU of Washington
Seattle, WA 98119                705 Second Ave., Ste. 300
                                     Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union
Foundation
125 Broad Street, 17th Floor
New York, NY 10004


KARR TUTTLE CAMPBELL


By:   _____
         Heather L. White
         hwhite@karrtuttle.com

DECLARATION OF LIAM CHASTEEN
- 6
CV-06-327-EFS
#657721 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100