UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**DECLARATION OF DUNCAN MANVILLE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Duncan Manville, declare as follows:

1. I am one of the attorneys for Plaintiffs Sarah Bradburn, Pearl Cherrington, Charles Heinlen and the Second Amendment Foundation. I am competent to testify to the matters stated herein. I make this declaration on personal knowledge.

2. Attached as Exhibit A. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Plaintiffs' Complaint for Declaratory and Injunctive Relief.

3. Attached as Exhibit B. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of the Answer and Affirmative Defenses of Defendant North Central Regional Library District.

4. Attached as Exhibit C. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Plaintiff Sarah Bradburn's Objections, Answers and Responses to Defendant's First Interrogatories and Requests for Production to Plaintiff Sarah Bradburn.

5. Attached as Exhibit D. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Plaintiff Pearl Cherrington's Objections, Answers and Responses to Defendant's First Interrogatories and Requests for Production to Plaintiff Pearl Cherrington.

6. Attached as Exhibit E. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Plaintiff Charles Heinlen's Objections, Answers and Responses to Defendant's First Interrogatories and Requests for Production to Plaintiff Charles Heinlen.

7. Attached as Exhibit F. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Plaintiff Second Amendment Foundation's Objections, Answers and Responses to Defendant's First Interrogatories and Requests for Production to the Second Amendment Foundation.

8. Attached as Exhibit G. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Defendant's Responses to Plaintiffs' First Interrogatories and Requests for Production, and Exhibits B and C thereto.

9. Attached as Exhibit H. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition of Sally W. Beesley.

10. Attached as Exhibit I. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Sarah Maria Bradburn.

11. Attached as Exhibit J. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Pearl Anne Cherrington.

12. Attached as Exhibit K. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Alan Merril Gottlieb.

13. Attached as Exhibit L. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Bennett Haselton.

14. Attached as Exhibit M. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Charles Merle Heinlen.

15. Attached as Exhibit N. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Daniel A. Howard.

16. Attached as Exhibit O. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Dean Marney.

17. Attached as Exhibit P. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition of Kenton Oliver.

18. Attached as Exhibit Q. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of June Pinnell-Stephens.

19. Attached as Exhibit R. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition of Paul Resnick.

20. Attached as Exhibit S. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of excerpts from the Deposition Upon Oral Examination of Barbara G. Walters.

21. Attached as Exhibit T. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 3.

22. Attached as Exhibit U. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 21, the expert report that Plaintiffs' expert Bennett Haselton prepared. Mr. Haselton authenticated this exhibit during his deposition at 17:23-18:7.

23. Attached as Exhibit V. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 25, the expert report that Plaintiffs' expert June Pinnell-Stephens prepared (without appendices). Ms. Pinnell-Stephens authenticated this exhibit during her deposition at 73:16-22.

24. Attached as Exhibit W. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 30.

25. Attached as Exhibit X. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 31.

26. Attached as Exhibit Y. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 38.

27. Attached as Exhibit Z. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 41.

28. Attached as Exhibit AA. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 45.

29. Attached as Exhibit BB. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 46.

30. Attached as Exhibit CC. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 48.

31. Attached as Exhibit DD. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 49.

32. Attached as Exhibit EE. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 50.

33. Attached as Exhibit FF. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 52.

34. Attached as Exhibit GG. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 54, the expert report that NCRL's expert Paul Resnick prepared (without appendices). Dr. Resnick authenticated this exhibit during his deposition at 31:5-8.

35. Attached as Exhibit HH. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 62.

36. Attached as Exhibit II. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment is a true and correct copy of Deposition Exhibit 63.

37. Attached as Exhibit JJ. to Plaintiffs' Statement of Facts in Support of Their Motion for Summary Judgment are true and correct copies of a printout of the myspace.com splash page and printouts of the splash pages of the MySpace profiles of Hillary Clinton,

| | |
|---|---|
| 1 | Mike Huckabee, John McCain, Barack Obama, Ron Paul and Mitt Romney. I retrieved these |
| 2 | documents from the myspace.com Web site. |
| 3 | 38. Attached as Exhibit KK. to Plaintiffs' Statement of Facts in Support of Their |
| 4 | Motion for Summary Judgment is a true and correct copy of a printout of the myspace.com |
| 5 | Terms & Conditions, which I retrieved from the myspace.com Web site. |
| 6 | DATED this 4th day of February, 2008. |

By:  /s/ Duncan Manville
Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA  98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com
Co-Counsel for Plaintiffs

DECLARATION OF DUNCAN MANVILLE IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – Page 6