# Exhibit U

Dockets.Justia.com

# Report on Accuracy Rate of FortiGuard filter

Bennett Haselton
14615 NE 30th PL #10D
Bellevue, WA 98007
bennett@peacefire.org
(425) 497 9002

August 3, 2007

In order to determine the accuracy rate of the FortiGuard filter, I devised a method to determine whether a given URL was blocked by FortiGuard under the NCRL library's systems, without having access to the library's system. Then I used automated scripts to test a random sample of 100,000 .com sites and 100,000 .org sites in order to find the sites that were blocked by FortiGuard. I examined the sites that were blocked, and determined what percentage were apparently blocked in error. From there we can extrapolate to estimate (a) the percentage of all sites blocked by FortiGuard which are blocked in error, and (b) the total number of sites erroneously blocked by FortiGuard under the library's settings, at least in the set of .com and .org domains.

I found that about 1 out of every 8 .com sites blocked by FortiGuard, and about 1 out of every 4 .org sites blocked, was incorrectly categorized as "Pornography" or "Adult Materials". Some .com sites blocked by FortiGuard as "Pornography" included personal home pages (http://www.AaronPoehler.com/), for-profit companies (http://www.AMERICAN-MORTGAGE-AND-REALTY.com/), and sites about subjects such as volunteer work (http://www.LATINAMERICAVOLUNTEER.com/). Some .org sites blocked by FortiGuard included churches (such as the Dabar Worship Center at http://www.dabarworship.org/), advocacy groups (such as Families for Freedom, an immigration rights group, at http://www.FAMILIESFORFREEDOM.ORG) and other non-profit organizations, such as the Seattle Women's Jazz Orchestra at http://www.SWOJO.org/.

Most sites blocked in error were not "borderline" cases but were obvious errors such that no reasonable person could have looked at the site and considered it pornographic. The sites in question really were categorized as "Pornography" in FortiNet's blocked-site database, and were not blocked due to network errors or other temporary glitches.

## Background on Internet blocking software

Ever since blocking software first became popular with the explosion of the commercial Internet in 1995, blocking software programs have functioned in essentially the same way. Programs to control Internet access can be installed on the user's personal computer ("client-side") or can be installed by a network administrator for a school or Internet Service Provider ("server-side"). Client-side programs are often easier to disable; with server-side blocking programs, however, the customer is limited to whatever program has been chosen by their ISP (in fact, most ISPs do not offer such services at all, and direct customers to purchase their own blocking software if they wish).

Such programs typically block a site based on two criteria: (a) whether the program detects banned keywords and other prohibited content on the page contents ("dynamic filtering") and (b) whether the site is on a database of sites to be blocked, maintained by the blocking software company ("blacklist filtering"). At fixed intervals such as once per day or once per week, the blocking program automatically downloads the latest copy of the list of banned keywords and the list of blocked Web sites, from a central database maintained by the blocking software company. Thus if a site is blocked or unblocked by the blocking company, it may take up to a week for that change to take effect on customers'

1

 EXHIBIT A


EXHIBIT
21
304

computers. The blacklist typically lists sites by different categories such as "Pornography", "Hacking", so that a site will only be blocked if it is categorized in one or more of the categories that are enabled for blocking. Most programs allow the customer to override the blocking program's decision (with a password, of course) by specifying additional sites to be blocked or un-blocked.

Most controversy surrounding blocking software programs has not been about the dynamic keyword filtering feature, but about the blocked-site lists and how they are compiled. This is for two main reasons: (a) dynamic keyword filtering can typically be disabled in a library or other setting where over-blocking is a concern, but blacklist filtering almost always remains turned on, so problems with blacklist filtering are inherent problems that cannot be avoided; and (b) dynamic keyword filtering is expected to make mistakes, but a site should only be blocked on a program's blacklist if the blocking company put it there, so blacklists are held to a higher standard of accuracy.

Almost all blocking companies encrypt the blacklists of sites used by their programs, so that customers cannot directly see what sites are on the list. It is still possible, of course, to access sites by trial and error and record which sites are blocked.

One of the greatest sources of controversy has been how the different companies compile their lists of sites to be blocked. From about 1995 to 2002, it was common for blocking companies to claim that all of the sites on their lists had been viewed by employees ("human review") before being added to the database. However, for many of the major programs, critics produced hundreds of examples of sites that were listed in the database as "pornography" even though no reasonable person could have viewed the sites and classified them as such. Several companies modified their claims to say that portions of their database were compiled by automated programs which searched the Web for new sites, applied a computer algorithm to the contents, and added the sites to the blacklist based on the output of that algorithm ("automated review"). Today, almost no blocking companies claim that their blacklists are compiled 100% by human review.

A consequence of this is that keyword filtering cannot truly be "turned off" for most blocking programs, because disabling keyword filtering usually only means that the *dynamic filtering* feature is turned off. But sites on the program's blacklist will still be blocked, and if the blacklist itself was compiled by automated programs that search the Web for keywords, then some sites will still be blocked solely because of words that appear on their pages.

According to a white paper from FortiNet, "The Importance of Web Content Filtering" (available at http://www.icscomp.net/Documents/Importance%20of%20Web%20Content%20Filtering.pdf ), FortiGuard uses a combination of database filtering and keyword blocking, but relies primarily on database filtering: "The heart of the FortiGuard system is the FortiGuard Rating Database that contains over 15 million domains and over several billion rated web pages." If the user accesses a page that is not classified in FortiNet's database, then FortiGuard applies keyword filters to the page content to determine whether to block it.

Determining whether a site is blocked under the NCRL library settings

Because there is no free trial version of the FortiGuard server being used to filter Internet access in the NCRL libraries, I had to determine indirectly which sites were blocked in the library setting.

I first downloaded from FortiNet a copy of the program FortiClient, a Windows PC version of their Web filtering software, and configured it to block sites in the categories that were reported blocked in the NCRL setting. I then wrote a script to test a large number of sites against FortiClient and output those sites which were blocked. However, when

2

we had this list of sites tested by a user in the NCRL library, they found that most of the sites which I had found blocked by FortiClient, were not in fact blocked in the library, even though the two systems were set to block the same categories of sites.

I tested further and found that FortiNet had a form on their Web site at http://url.fortinet.net/fglookup/url_lookup.php where users could enter a URL to find out if it was blocked by FortiNet in categories such as "Pornography" or "Adult Materials". I found that of the sites that I had sent to the NCRL user, the ones that he reported blocked in the library, were precisely those sites which were listed in categories such as "Pornography" and "Adult Materials" on the FortiNet lookup form. It was apparent that the FortiClient filter for Windows machines blocked significantly more sites than the version used in the NCRL (even when the two were configured to block the same categories of sites), and the FortiClient software blocked many sites which were listed on the FortiNet lookup form as not being blocked. However it also seemed that if a site was (a) blocked by FortiClient *and* (b) reported blocked by the URL lookup form on FortiNet's site, that it was *also* blocked in the library as well.

To test the validity of this assumption on a larger sample, I used a script to run 100,000 .org domains through FortiClient, then took the blocked URLs and looked them up on http://url.fortinet.net/fglookup/url_lookup.php , to see which ones were listed as being blocked. Of the ones that were reported blocked, I sent 28 of those sites to a user in the NCRL system, and he reported that all but one of the sites were indeed blocked in the library.

So I took it as a valid assumption that in almost all cases, sites which are (a) blocked by FortiClient and (b) listed by http://url.fortinet.net/fglookup/url_lookup.php as being blocked under "Pornography" or "Adult Materials", were blocked in the library, and proceeded under this assumption.

(This assumption was borne out later, after the same user checked my list of blocked sites against the NCRL system, and found that of the 64 .com sites and 49 .org sites listed as incorrectly classified as "Pornography" or "Adult Materials", all but 3 of the .org sites and 1 of the .com sites, were blocked in the library. See "Sources of error" later in the report.)

Selection of URLs to test

I started with the "zone files" (master lists of all .com and .org domains in existence) dated from March 2006, since I had obtained the lists at that time to do similar testing on other programs, and time constraints prevented me from obtaining the newest ones. If anything, using year-old copies of the zone files would be expected to bias the results in favor of FortiGuard, since domains which had been existence for a year would be more likely to be categorized accurately. (If they were pornographic, the sites would have been more likely to have been found and blocked; if they were non-pornographic sites blocked in error, the error would have been more likely to have been found and corrected.)

These zone files listed a total of 110,819,264 .com domains and 11,813,406 .org domains. For each zone file I wrote a script to extract a random sample of 100,000 domains of each type. I used a script to test these sites on a PC with FortiClient installed, to determine which sites were blocked by FortiClient. Then I took the sites which were reported blocked by FortiClient, and used another script to look up those sites on http://url.fortinet.net/fglookup/url_lookup.php to determine how they were categorized.

Of those sites, I looked only at the sites which were categorized as "Pornography" or "Adult Materials". (While the NCRL systems are set up to block other categories as well; I focused just on these categories for simplicity, because (a) other categories may be unblocked due to policy changes in the library, but these two categories are virtually certain to

3                                                                                                    6

remain blocked if the library is to continue using the software at all, and (b) the vast majority of sites which are blocked, are blocked under one of these categories, due to the much larger number of pornographic Web sites than, for example, hate sites.)

Of the sites blocked under "Pornography" and "Adult Materials", I wrote another script to screen out all those sites which were giving errors when I tried to retrieve them, or were "placeholder" sites. Placeholder sites included parked domains (sites which simply displayed a message that a domain had been registered, with no content) or which redirected to another site. Any site that immediately redirected to another site, was considered a placeholder, regardless of whether either site in question was pornographic or not – this was to avoid the problem of double-counting, when two different domains are both separately counted as an error or a non-error, even though they really just redirect to the same Web page. (An exception would be if someone used one domain to redirect to a private page such as a MySpace page, because that would not be a case of double-counting – the MySpace page would not count as its own domain, so the site which redirected to that page could be counted as its own "site", without double-counting.) Sites were also considered placeholders if they had no content on them beyond a "Coming soon…" front page, or if they had so little content that it was apparent that the site was never finished and it was impossible to tell what the site was about.

So by filtering out all such sites, I was left with a set of Web pages which were blocked in the NCRL settings as "Pornography" or "Adult Materials", and which were real sites with actual content hosted on them. I examined each of those sites to determine whether it was an error or a non-error.

**Definition of sites "blocked in error"**

Most blocked sites in my set were either clearly pornographic (non-errors), or clearly non-pornographic (errors). There were no cases that I recalled of "artistic nudes" or similar sites where I would have to make a value judgment as to whether a nude photo should be counted as pornography or not. (Note that I counted some sites as "pornographic" as soon as I saw that they contained any pictures of nude women on their front page. Strictly speaking, pictures of nude women in non-sexual poses are not usually considered pornographic, and not even illegal to distribute to minors. However I assumed that for the vast majority of these sites, the nudes were presented for the purposes of titillation, so I gave FortiGuard the benefit of the doubt and counted them as pornographic.) Sites about adult topics, such as penis enlargement, escort services, or erotic writing were also classified as non-errors even if they did not contain visual pornography.

Because I usually looked only at the front page of each site, there may have been sites which did not appear to be dedicated to pornography but which may contain incidental nudity on some pages other than their front pages. Thus the classification of these blocked sites as "errors" may be disputed if someone were to find nudity that appeared on the sites beyond the front page. (It could reasonably be argued, however, that if the nudity appears only on one or two sub-pages beyond the front page, then only those pages should have been blocked, and it was indeed an error to block the whole site.)

**Results**

Of the 100,000 .com domains that I tested, 1366 were blocked by FortiGuard. Of these 1366 domains, 830 either gave site errors, or were placeholder or redirect pages. Removing these from the set left a total of 536 "real Web pages". Of these 536 sites, 64 were not pornographic and were considered errors, for an error rate of 11.9%.

Thus roughly 1 out of every 8 "real Web sites" in .com that were blocked by FortiGuard, was blocked in error.

4

7

The blocked sites that I counted as errors were:

```
+------------------------------------------------+
| http://www.411BROADBAND.com                    |
| http://www.411PROVISIONS.com                   |
| http://www.AARONPOEHLER.com                    |
| http://www.ALPHASRV.com                        |
| http://www.AMERICAN-MORTGAGE-AND-REALTY.com    |
| http://www.ANDRZEJLEPPER.com                   |
| http://www.ANGELCRACK.com                      |
| http://www.ANNIEWILDEY.com                     |
| http://www.ANNUAIRE-SPORTIF.com                |
| http://www.BALDA-SERVICES.com                  |
| http://www.BLISSFASMAN.com                     |
| http://www.BRIGHTHORIZONGIFTWORLD.com          |
| http://www.CAWAL.com                           |
| http://www.CHAVDA.com                          |
| http://www.CLINICADENTALMIRANDA.com            |
| http://www.COCKATOOCONNECTION.com              |
| http://www.COMPUDOCTORSA.com                   |
| http://www.COURTING-DISASTER.com               |
| http://www.DATA70.com                          |
| http://www.DATINGINSIDERTIPS4U.com             |
| http://www.DEAI-LIFE.com                       |
| http://www.DEMONBEACH.com                      |
| http://www.DJADAMASH.com                       |
| http://www.DOMAINCONTRACTORS.com               |
| http://www.DS-LTD.com                          |
| http://www.ECDV.com                            |
| http://www.ERICSMOVIES.com                     |
| http://www.FASCHINGHUETTE.com                  |
| http://www.FINDINGPOEPLE.com                   |
| http://www.FREEMANMD.com                       |
| http://www.FUCKTHEPOLICE.com                   |
| http://www.HIRKOPHOTO.com                      |
| http://www.IBANNERS.com                        |
| http://www.IRON-GODDESS.com                    |
| http://www.JACQUESOLIVIA.com                   |
| http://www.KIPERHAKA.com                       |
| http://www.LATINAMERICAVOLUNTEER.com           |
| http://www.LETUSMATCHYOU.com                   |
| http://www.LISALATHAM.com                      |
| http://www.LONECARROT.com                      |
| http://www.MANGALAMINFOTECH.com                |
| http://www.MARKRUDD.com                        |
| http://www.MIRACLEALLEY.com                    |
```

5

```
+-------------------------------------------+
| http://www.ONEHOST.com                    |
| http://www.PATIENCECLINIC.com             |
| http://www.PAYBYCELL.com                  |
| http://www.PENTAGONRECORDS.com            |
| http://www.PETERSART.com                  |
| http://www.PORTOCOMPONENTS.com            |
| http://www.PUBLICITEJNG.com               |
| http://www.QUATUORSAINTJEAN.com           |
| http://www.RENAISSANCEVOICES.com          |
| http://www.SQUARTIER.com                  |
| http://www.SYDNEYPALMBEACH.com            |
| http://www.THELASTSITE.com                |
| http://www.THEPEAKSPETNANNY.com           |
| http://www.THESUNDELI.com                 |
| http://www.TOKYO-GENKI.com                |
| http://www.TOYOTAGIRLS.com                |
| http://www.TRAFFICBLIZZARD.com            |
| http://www.TULIPFLORISTS.com              |
| http://www.UAEFLORIST.com                 |
| http://www.VACUUMEQUIPMENTSUPPLIES.com    |
| http://www.WEBMAXTEMPLATES.com            |
+-------------------------------------------+
```

Of the 100,000 .org domains that I tested, 482 were blocked by FortiGuard. Of these 482 domains, 275 either gave site errors, or were placeholder or redirect pages. Removing these from the set left a total of 207 "real Web pages". Of these 207 sites, 49 were not pornographic and were considered errors, for an error rate of 23.6%.

Thus roughly 1 out of every 4 "real Web sites" in .org that were blocked by FortiGuard, was blocked in error.

The blocked sites that I counted as errors were:

```
+-----------------------------------------+
| http://www.10JIGI.ORG                   |
| http://www.ACCEPTPREGNANCY.ORG          |
| http://www.ALFREDVOGELGRANDPRIX.ORG     |
| http://www.ALCOHOL-ABUSE.ORG            |
| http://www.ANTIBLOG.ORG                 |
| http://www.ATOMICHAMSTER.ORG            |
| http://www.BIBLIOABRERA.ORG             |
| http://www.BOTCH.ORG                    |
| http://www.CASTLE-WALLS.ORG             |
| http://www.CIRCPAU.ORG                  |
| http://www.COLUMBUS-AMSTERDAM-BID.ORG   |
| http://www.CSCSTL.ORG                   |
| http://www.DABARWORSHIP.ORG             |
| http://www.EATSEAFOOD.ORG               |
| http://www.FAITHCHURCHOFDAVIS.ORG       |
```

9

```
| http://www.FAMILIESFORFREEDOM.ORG        |
| http://www.FINANCIALBEGINNINGS.ORG       |
| http://www.HEALTHDIRECTEDRIDING.ORG      |
| http://www.IASTAR.ORG                    |
| http://www.ICONMAKER.ORG                 |
| http://www.IDRESEARCH.ORG                |
| http://www.JEANNE-GARNIER.ORG            |
| http://www.JENA.ORG                      |
| http://www.KENDOHELSINKI.ORG             |
| http://www.KINDSTOT.ORG                  |
| http://www.KINDNESSUSA.ORG               |
| http://www.LAMBERTH.ORG                  |
| http://www.LAGATOR.ORG                   |
| http://www.LPHU.ORG                      |
| http://www.MEMESAK.ORG                   |
| http://www.MILGRAMREENACTMENT.ORG        |
| http://www.MYSCIENCEPROJECT.ORG          |
| http://www.NEWSONGSD.ORG                 |
| http://www.OFFER.ORG                     |
| http://www.ORDOMAG.ORG                   |
| http://www.ORCTU.ORG                     |
| http://www.PAPERAIRCRAFT.ORG             |
| http://www.PENSARECRISTIANO.ORG          |
| http://www.PITCH-VISUALIVE.ORG           |
| http://www.POSITION7TACOMA.ORG           .|
| http://www.RUSMAN.ORG                    |
| http://www.SAROS.ORG                     |
| http://www.SANKI.ORG                     |
| http://www.SQUIDKITTY.ORG                |
| http://www.SUBMATRIX.ORG                 |
| http://www.SWOJO.ORG                     |
| http://www.TEXORCIST.ORG                 |
| http://www.UPENNAKPSI.ORG                |
| http://www.VOICECARENETWORK.ORG          |
+-----------------------------------------+
```

## Extrapolating from results

We can extrapolate from these results from the set of .com domains as a whole. since our sample was chosen randomly. Assume that out of every 100,000 .com domains, there are 1366 domains blocked by FortiGuard as "Pornography" or "Adult Materials", and of these, 536 of them are "real Web sites" that are blocked, and of these 536, 64 of them are blocked in error. Then since the ratio of (total .com Web sites)/(Web sites in our random sample) equals (110819264 / 100000), we can extrapolate each of these numbers by multiplying by the ratio (110819264 / 100000). Therefore, out of the list of 110,819,264 .com domains that was the source of our sample, there are about (1366 * 110819264 / 100000) = 1,510,000 .com sites blocked, and of these, (536 * 110819264 / 100000) = 594,000 of the blocked sites are "real Web sites", and about 71,000 of these would be blocked in error.

7

Extrapolating similarly from the set of 11,813,406 .org domains that was the source of our sample, assuming that out of every 100,000 .org domains there are 207 "real Web sites" blocked by FortiGuard and 49 of these are errors, then out of the 11,813,406 .org domains that was the source of our sample, about (207 * 11813406 / 100000) = 24,400 .org sites are blocked by FortiGuard, and about 5,800 of these would be blocked in error.

Thus, assuming every non-pornographic site blocked in a public library would have a bona fide claim that their First Amendment rights were being violated, the number of .com and .org sites alone with such a claim could be estimated at about 76,800.

**Regarding other categories blocked in the library**

I recorded instances of Web sites that were filtered under any categories currently blocked in the NCRL system: "Hacking", "Proxy Avoidance", "Phishing", "Adult Materials", "Gambling", "Nudity", "Pornography", "Web Chat", "Instant Messaging", "Malware", "Spyware", "Personal Relationships", "Image Search", "Video Search", and "Spam URL". However, the number of sites that were blocked outside of the two most popular categories – "Pornography" and "Adult Materials" – was insignificant compared to the number of sites blocked in those two categories. In my random sample of 100,000 .com sites, for example, 1366 sites were blocked as either "Pornography" or "Adult Materials", while the total number of sites blocked in all other categories combined, was 146. (The breakdown was: 9 sites blocked under "Hacking", 87 blocked under "Gambling", 45 blocked under "Nudity", 5 blocked under "Spyware", and 0 sites blocked under any of the following: "Proxy Avoidance", "Phishing", "Web Chat", "Instant Messaging", and "Malware", "Personal Relationships", "Image Search", "Video Search", and "Spam URL". While it might seem strange to find 0 sites categorized as, for example, "Web Chat" or "Personal Relationships", this is likely because web chat and personals are concentrated around a small number of hugely popular sites like http://messenger.yahoo.com/ and http://www.match.com/ , and there are not large numbers of mini-Web-chat and personals sites scattered across the Web. The reason there were no sites categorized as "Proxy Avoidance" was because all of the proxy avoidance sites found in my sample like http://www.TOPPROXYSITES.com/ were actually categorized as "Hacking" instead.)

I looked briefly at the Gambling and Nudity categories since these were the only other categories containing a large enough number of blocked domains to get statistically meaningful results. For the 87 .com domains in our sample blocked under "gambling", the breakdown was as follows:
24 placeholder pages
4 pages giving site errors
7 pages redirecting to another domain
46 gambling sites
6 "real sites" blocked in error that had nothing to do with gambling

So of the 52 "real sites" blocked, 6/52 or 11.5% were blocked, roughly consistent with the error rate for the "Pornography" and "Adult Materials" categories, but with less certainty since the sample was smaller.

Of the 45 .com domains in our sample that were blocked under "Nudity", the breakdown was as follows:
16 placeholder pages
2 pages giving site errors
0 pages redirecting to another domain
18 "real sites" containing no nudity, and hence blocked in error
9 sites containing nudity

8

In this case, of the 27 "real sites" blocked, the error rate was a much higher 18/27 = 66.6%. This was due to the fact that in determining whether a site was blocked in error, I used the definition of "Nudity and Risque" from FortiNet's own category definitions published at http://www.fortiguardcenter.com/webfiltering/webfiltering_categories2.html : "Mature content websites (18+ years and over) that depict the human body in full or partial nudity without the intent to sexually arouse." In the first place, this definition appears self-contradictory because sites that contain nudity *without* the intent to arouse – in a medical or artistic context, for example – would generally not be "mature content websites". So I decided to count all sites which showed nudity (male or female genitalia, or female breast) as sites that were accurately classified. Even under this definition, 18 of the blocked sites contained no nudity at all that I could find, and would have been more accurately classified under the "Lingerie and Swimsuit" category.

**The proportion of placeholder sites, redirect sites, and sites giving errors, in the domain name population**

It might seem odd that of the 1366 .com sites blocked by FortiNet, only 536 were "real" Web sites with their own content, but this is actually consistent with the proportions for the background population of .com domain names in general. Many domain names are registered speculatively, either for projects that never come to fruition or simply with the hopes of putting up a placeholder site that attracts traffic from Web searchers, and a majority of them do not contain any actual content. I used the same scripts to analyze a random sample of 1,000 .com domain names (taken from the population of all .com domains, not just those blocked by FortiNet) and found that they broke down into the following categories:
699 placeholder sites
72 error pages
94 pages that redirected to another domain
135 "real" Web pages

So in our sample of .com sites blocked by FortiNet, the proportion that contained "real Web sites" (536 out of 1366, or 39.2%) was actually higher than the proportion of "real" Web pages in the background population of .com domain names (only 135 out of 1,000, or 13.5%). This is to be expected, since domains that are blocked by FortiNet are likely to be blocked because of content that appeared on the Web site at some point, and so are less likely than average to be placeholder sites.

**Sources of error**

It is possible that some sites which were listed as being blocked "in error" may have contained nudity or pornography on some page other than the first page. For most sites, the front page was all that I checked, since the vast majority of sites that contain adult content, identify themselves as such on the front page, or else contain nudity on the front page itself.

As stated, sites were classified as "placeholders" if they were really parked domains that redirected to another site, even if the parked domain page itself contained pornographic content. This is because if we were to count parked-domain placeholders as "real Web sites" and include them as non-errors, then all parked domain pages which did not contain pornographic content, would likewise have to be classified as "real Web sites" that were blocked in error. This is not a source of error so much as a point of definition about which sites counted as placeholder sites and were discounted from the total. Since placeholder sites included both pornographic and non-pornographic sites, it is not obvious whether the error rate would have been biased upward or downward, if all such placeholder sites had been counted in the totals.

9

12

However, if such placeholder sites had been counted as "real Web sites", then the *total* number of wrongly blocked Web sites only would have increased.

Also, in some cases, the first time I saw a placeholder site which was really a gateway to another pornographic page, I may have counted it as a "pornographic" site, but after testing more sites and seeing the same gateway page appear on multiple pages, I would have realized that it was a gateway page and classified those pages as "placeholder" sites.

We found 4 Web sites that were both blocked by FortiNet and listed as "Adult Materials" by the FortiNet lookup form, but were nonetheless not being blocked on NCRL computers. Those three sites were: http://www.acceptpregnancy.org/ , http://www.alcohol-abuse.org/ , http://www.circpau.org/ and http://www.toyotagirls.com/ . It was never determined why exactly these sites were unblocked in the library even though the FortiNet lookup form reported them classified as "Adult Materials", however they represent only a small portion of the results.

There is also the possibility that the classification of some erroneously blocked sites may change after testing is complete. I was only aware of one instance of this: the site http://www.10jigi.org was classified as "Pornography" when we conducted our tests, but was re-classified by FortiNet as "Education" before the report was completed. This is not really a source of error, since the purpose of the testing was to capture a snapshot of the FortiGuard error rate at a specific point in time, and changes in classification after that point do not invalidate that measurement. (While some sites that were blocked in our testing may become unblocked, it is just as likely that other sites which were not blocked during our testing, may have become blocked since then.) However it may explain why some sites which are blocked at the time of this report, may give different results later.

Finally, there is always the possibility of a data entry error while classifying sites as pornographic or non-pornographic.

**Issues not considered in this report**

Some categories such as "Nudity" which are blocked in the library, would generally contain sites which show nudity in a non-sexual context, such as sites about nude beach resorts that include pictures. Since non-sexual nudity is generally considered protected speech even for minors, every non-sexual site blocked under "Nudity" could conceivably have a First Amendment grievance as well. This, however, is generally known to both parties and is up to the court to consider; for the purposes of this report I focused only on facts that were not generally known, i.e. the proportion of sites blocked as "Pornography" and "Adult Materials" that are blocked in error. (In any case, extrapolating from the data collected, the *total* number of sites blocked under "Nudity" is less than just the number of sites that are *incorrectly* blocked as "Pornography" or "Adult Materials".)

There are also sites such as MySpace.com which host millions of sites created by many different users, but which are classified by FortiNet as "Personals and Dating". These pages could be considered separate "sites" since each is authored by a different person. If such sites are blocked in the library, then since virtually all users' pages would constitute protected content, it could be argued that each user would also have a legitimate complaint about their site being blocked as well. (MySpace currently has 114 million members, according to a press release from comScore at http://www.prnewswire.com/cgi-bin/stories.pl?ACCT=104&STORY=/www/story/07-31-2007/0004636498&EDATE= .) The same would be true of other sites hosting user profiles, including personals sites such as Match.com, Matchdoctor.com, PlentyOfFish.com, and EHarmony.com, all of which have been reported blocked from NCRL users. But again, this is something that is already known to the parties and to the general public and so was not covered in this report.

13

## BENNETT HASELTON - QUALIFICATIONS

**Professional Experience**
2000-present: CEO of Peacefire, Inc. Did security consulting for several clients including Anonymizer Inc., Google, Adobe, Netscape/AOL, and E-Gold. Developed software for public use for circumventing Internet censorship. Produced reports on sites blocked by different blocking software programs.

2002-2006: contract employee at Microsoft, directly employed by Volt, Inc. Performed software testing and security testing on different products including Microsoft Operations Manager, MSN, and Internet Explorer.

2000: Testified before Congressionally-appointed COPA Commission on the accuracy rates of blocking software.

**Education**
B.S. in Mathematics and Computer Science, M.A. in Mathematics, Vanderbilt University, 1999

**Academic honors**
$85,000 academic honor scholarship to Vanderbilt University
International Mathematical Olympiad, Honorable Mention, Toronto 1995
Received dual degree (B.S. in Mathematics and Computer Science, M.A. in Mathematics) over a four-year period

**Special skills**
Extremely high mathematical and theoretical reasoning skills. Security testing, finding new exploits and weaknesses in software being tested. Most contracts with employers are "pay-by-the-bug", with payment contingent on finding new security exploits to be fixed.

**Publications**

"VDARE Fights Blocking By Censorware", *Slashdot* (industry magazine targeting technical audience) October 2006; "iPod Cracked, But Does it Matter?", *Slashdot*, October 2006; "How To Sue the Auto Dialers", *Slashdot*, November 2006; "Spammer Can't Have Accuser's Hard Drive", *Slashdot*, November 2006; "Florida Judge Upholds Conviction By Defining 'Email' To Include IMs", *Slashdot*, November 2006; "The DOJ's New Spin on Blocking Software", *Slashdot*, December 2006; "Cleanfeed Canada - What Would It Accomplish?", *Slashdot*, December 2006; "Behind the Magic of Anti-Censorship Software", *Slashdot*, December 2006; "Are DMCA Abuses a Temporary or Permanent Problem?", *Slashdot*, January 2007; "Why You & Yahoo Should Like This Human Rights Law", *Slashdot*, January 2007; "A Wikipedia Without Graffiti?", *Slashdot*, February 2007; "Could Open Source Lead to a Meritocratic Search Engine?", *Slashdot*, February 2007; "From Bess to Worse", *Slashdot*, February 2007; "Yes, Virginia, ISPs have silently blocked web sites", *Slashdot*, March 2007; "Wikipedia and the politics of verification", *Slashdot*, March 2007; "Censorware: Not Good, Just Better Than COPA", *Slashdot*, April 2007; "Anti-Spam Suits And Booby-Trapped Motions", *Slashdot*, April 2007; "How to Stop Digg-Cheating, Forever", *Slashdot*, April 2007; "Even My Mom Could Hack These Sites", *Slashdot*, May 2007; "Why Are CC Numbers Still So Easy To Find?", *Slashdot*, May 2007; "Who's Trading Your E-mail Addresses?", *Slashdot*, May 2007; "How private are sites' membership lists?", *Slashdot*, June 2007; "What happens if you don't pay for Goodmail?", *Slashdot*, June 2007; "Will AT&T start filtering your connection?", *Slashdot*, June 2007; "Hotmail vs. Goodmail", *Slashdot*, July 2007; "Bill Gates should buy your buffer overruns", *Slashdot*, July 2007; "Project Bait And Switch", Peacefire.org, May 2000; "Study of Average Error Rates for Censorware Programs", Peacefire.org, October 2000; "Blind Ballots: Web Sites of U.S. Political Candidates Censored by Censorware".

12

Peacefire.org, November 2000; "Amnesty Intercepted: Global human rights groups blocked by Web censoring software", Peacefire.org, December 2000.

**Expert testimony in past cases**

Case No. 05-2-13649-9SEA, Joel Hodgell vs. EFinancial LLC et. al. Plaintiff sued defendant for e-mails received at his Hotmail and Yahoo Mail accounts. Defendant issued subpoena requesting a copy of plaintiff's hard drive; I submitted expert testimony on the workings of Web e-mail accounts, and attesting that Hotmail and Yahoo Mail messages would not be stored on users' hard drives.

**Fees**

I am not being paid for my testimony.

I declare under penalty of perjury that the foregoing is true and correct.
DATED, at Bellevue, Wa. this 3rd_ day of August , 2007.


                    Bennett Haselton

13

## Appendix A – screen shots of Web sites blocked by FortiClient considered "errors"

For screen captures, see separate file, "Fortinet Report - Appendix A.doc".

## Appendix B – lists of URLs and classifications

.com URLs in our random sample blocked by FortiGuard:

```
+----------------------------------------------------------------+
| http://www.007BABESERIES.com                                   |
| http://www.1-NUDE-PAMELA-ANDERSON-PORN-PICS.com                |
| http://www.1045THECAT.com                                      |
| http://www.1800GETFUCKED.com                                   |
| http://www.18FREESEX.com                                       |
| http://www.1A-PORNOBILDER.com                                  |
| http://www.1DAX.com                                            |
| http://www.1SEXTOYLN.com                                       |
| http://www.1ST-CLASS-PHOTOS.com                                |
| http://www.1STCHOICEESCORTS.com                                |
| http://www.20-FEMMES.com                                       |
| http://www.20AVER.com                                          |
| http://www.2APPRAISALS.com                                     |
| http://www.2BINTIMATE.com                                      |
| http://www.2HOT4TV.com                                         |
| http://www.2SEXUAL.com                                         |
| http://www.36GMISTRESS.com                                     |
| http://www.3UP3DN.com                                          |
| http://www.3WEBCAM.com                                         |
| http://www.4-XX.com                                            |
| http://www.411BROADBAND.com                                    |
| http://www.411PROVISIONS.com                                   |
| http://www.44TOM.com                                           |
| http://www.453-4530.com                                        |
| http://www.4AGOODTIMECALL.com                                  |
| http://www.4SHOPME.com                                         |
| http://www.50PORNSTARS.com                                     |
| http://www.54TD.com                                            |
| http://www.553999.com                                          |
| http://www.5MUSIC.com                                          |
| http://www.816ESCORTS.com                                      |
| http://www.8INCHDICKS.com                                      |
| http://www.90B.com                                             |
| http://www.9999MM.com                                          |
| http://www.A-CHANCE-TO-SEE-IT.com                              |
| http://www.AARONICA.com                                        |
| http://www.AARONPOEHLER.com                                    |
| http://www.AATEENSLUTS.com                                     |
```

14

```
http://www.ABBYSAMATEURS.com
http://www.ACCER.com
http://www.ACCESSANIMEPORN.com
http://www.ACCESSO-DIRETTO.com
http://www.ACCOUNTING-SOLUTION.com
http://www.ACID-BOY.com
http://www.ACMEJAPAN.com
http://www.ADCONTENTDESIGN.com
http://www.ADDICTIVEBONDAGE.com
http://www.ADLUXE.com
http://www.ADMIRALTYATTORNEYS.com
http://www.ADULT-AMATEUR-SEX-VIDEO.com
http://www.ADULT-PAYSITES.com
http://www.ADULT-SLUTS.com
http://www.ADULT-WEBCAMX.com
http://www.ADULTARCADE.com
http://www.ADULTCONTENTLINK.com
http://www.ADULTLIVEFUN.com
http://www.ADULTMEMBERDIRECTORY.com
http://www.ADULTMONKEY.com
http://www.ADULTMOVIEEMPIRE.com
http://www.ADULTNNTP.com
http://www.ADULTREALITYSEX.com
http://www.ADULTSHOPVOD.com
http://www.ADULTSPICS.com
http://www.ADULTTOPIA.com
http://www.ADULTWEBSITESOLUTIONS.com
http://www.AEMMEGROUP.com
http://www.AFOTOS.com
http://www.AFRICAN-CHATS.com
http://www.AFROSEXXX.com
http://www.AGEKI.com
http://www.AIRFORCE-CONTACTS.com
http://www.AIRMADE.com
http://www.ALABAMASEX.com
http://www.ALESBIANSTORIES.com
http://www.ALIENDILDOS.com
http://www.ALIMENTARIAS.com
http://www.ALIXXE.com
http://www.ALLASIANNUDES.com
http://www.ALLCREAMPIEVIDEOS.com
http://www.ALLFOOTJOBS.com
http://www.ALLGAYBOYS.com
http://www.ALLISONSILVA.com
http://www.ALLOCHARM.com
http://www.ALOGAN.com
http://www.ALPHASRV.com
```

15

```
http://www.AMATEUR-EXCLUSIVES.com
http://www.AMATEUR-PORN-VIDEOS-AND-DVDS.com
http://www.AMATEURLESBIANORGY.com
http://www.AMATEURPERVERSIONS.com
http://www.AMATEURSEROTICA.com
http://www.AMATEURVOYEUR.com
http://www.AMBERSEX.com
http://www.AMELAANDERSON.com
http://www.AMERICAN-MORTGAGE-AND-REALTY.com
http://www.AMERICANAESCORTS.com
http://www.AMERICLUB.com
http://www.AMSTARREALTORS.com
http://www.ANAL-PICTURE.com
http://www.ANALATOR.com
http://www.ANALFETISHES.com
http://www.ANALINDIA.com
http://www.ANALOMELET.com
http://www.ANALTEENIE.com
http://www.ANARCHYMUSHROOMS.com
http://www.ANCESTRALINVESTIGATION.com
http://www.ANDRZEJLEPPER.com
http://www.ANGELCRACK.com
http://www.ANGIESPLAYGROUND.com
http://www.ANIME-USA.com
http://www.ANIMEFUCK.com
http://www.ANIMEPICPOST.com
http://www.ANNARBORACCOMMODATION.com
http://www.ANNELIVE.com
http://www.ANNIEWILDEY.com
http://www.ANNUAIRE-SPORTIF.com
http://www.APCALIS-APIN.com
http://www.APRIVATEAFFAIR4U.com
http://www.AQUIFAMOSAS.com
http://www.ARABPORNMOVIES.com
http://www.ARCADE4LIFE.com
http://www.ARENATEENS.com
http://www.ARGENTINAHUNTINGGUIDES.com
http://www.ARICABAINA.com
http://www.ARIELLE-ESCORT-LYON.com
http://www.ARMERIASAVOCA.com
http://www.ARTDEVIANT.com
http://www.ARTISTS-BLOG.com
http://www.ARVADACARRENTAL.com
http://www.ASIAN-LIVECAM.com
http://www.ASIAN-LOVER.com
http://www.ASIAN-SEX-TEEN.com
http://www.ASIAN-WOMEN-SCHOOLGIRLS-PUSSY-PICS-FREE-SEX-PORN-PICS.com
```

19

318

```
http://www.ASIANBUKKAKESHOWERS.com
http://www.ASIANCHUBBY.com
http://www.ASIANCUMSUCKERS.com
http://www.ASIANDOORWAY.com
http://www.ASIANSAMATEURX.com
http://www.ASIANTHUMBNAILGALLERY.com
http://www.ASIATEX.com
http://www.ASKOAPPLIANCES.com
http://www.ASKPEVES.com
http://www.ASSBUDDIES.com
http://www.ASSESFORYOU.com
http://www.ASSHUNTERS.com
http://www.ASSORTEDBOOBS.com
http://www.ATHENSBMX.com
http://www.ATLANTISGILDE.com
http://www.ATOUSEX.com
http://www.ATTRACTIVEAMATEURS.com
http://www.AVARIES.com
http://www.AVENA-LEE.com
http://www.AVERAGEPENISSIZEPICTURE.com
http://www.AZSL.com
http://www.BABE-ACTION.com
http://www.BABESBUTTS.com
http://www.BABESHED.com
http://www.BABESONTHENET.com
http://www.BABY-MALL.com
http://www.BADMAMA.com
http://www.BALDA-SERVICES.com
http://www.BALLBUSTINGSTORY.com
http://www.BANG-MILF.com
http://www.BANGKOKANGELS.com
http://www.BANKFINANCEINFO.com
http://www.BARGAINPEANUTS.com
http://www.BARPIX.com
http://www.BARSILONA.com
http://www.BASKETBALLRADIO.com
http://www.BATHROOMPICTURES.com
http://www.BBACKGAY.com
http://www.BBW18.com
http://www.BBWCLIPS4SALE.com
http://www.BCBLACKCATS.com
http://www.BCPORN.com
http://www.BDSM-DVD.com
http://www.BDSM-ROOM.com
http://www.BDSMANIME.com
http://www.BDSMISRAEL.com
http://www.BEACHHOUSEXXX.com
```

17

```
http://www.BEARPASS.com
http://www.BEAUTE-NUE.com
http://www.BEAUTFULAGONY.com
http://www.BEAUTIFUL-FOOT.com
http://www.BEAUTIFULNICOLE.com
http://www.BEAUTYBABE.com
http://www.BEAUTYPARK.com
http://www.BEDMOTOR.com
http://www.BEINAPORNMOVIE.com
http://www.BELFASTMASSAGE.com
http://www.BELGIUMBABES.com
http://www.BELLE-POUFF.com
http://www.BENELUXCAMS.com
http://www.BEST-POKER-NETWORK.com
http://www.BEST-TEENSEXSITES.com
http://www.BESTFASHIONCOMPANY.com
http://www.BESTIALRAPE.com
http://www.BESTIRAS.com
http://www.BESTPORNLAND.com
http://www.BESTXXXPUSSIES.com
http://www.BIABORO2.com
http://www.BIG-HUGE-PUFFY-TITS-TINY-BOOBS-ERECT-LONG-NIPPLES.com
http://www.BIGANDSEXY.com
http://www.BIGBUTTSPANKING.com
http://www.BIGCOCKACTION.com
http://www.BIGFLOPPYTITS.com
http://www.BIGFREEPORNSTARS.com
http://www.BIGGESTWOMEN.com
http://www.BIGMOVIELAND6.com
http://www.BIGMUSCELBEARS.com
http://www.BIGTOPDIGITAL.com
http://www.BIKINIGUIDE.com
http://www.BIKINIINC.com
http://www.BIKINIWHORE.com
http://www.BIRTHDAYBJ.com
http://www.BITCHINBUDDY.com
http://www.BITTITS.com
http://www.BIZARRESEXDIARIES.com
http://www.BLACKANDASIAN.com
http://www.BLACKBBWBUTTS.com
http://www.BLACKLESBAINS.com
http://www.BLACKPORNSTARSFUCKING.com
http://www.BLACKPUSSYPORNPICS.com
http://www.BLACKS-SEXE-HARD.com
http://www.BLACKSEX-X.com
http://www.BLACKVIDS.com
http://www.BLISS4WOMEN.com
```

18

```
http://www.BLISSFASMAN.com
http://www.BLONDE-NUTTEN.com
http://www.BLONDEBUSHES.com
http://www.BLONDESHARDCORE.com
http://www.BLONDEWITHBIGTITS.com
http://www.BLOW-JOBS-ORAL-SEX.com
http://www.BLOWJOB-SERIES.com
http://www.BLOWJOBPICS.com
http://www.BLOWJOBPORN.com
http://www.BLUCANTRELLNUDE.com
http://www.BLUEBERRYKOBE.com
http://www.BLUR2ED.com
http://www.BOB-PICS.com
http://www.BOLOOR.com
http://www.BOLTONFC.com
http://www.BONDAGEBOX.com
http://www.BONERTOWN.com
http://www.BOOBOX.com
http://www.BOOBSQUARED.com
http://www.BOOTSYTAYLOR.com
http://www.BOOTYLICIOUSBLACKGIRLS.com
http://www.BOOTYPARLOUR.com
http://www.BORACAYHIDEAWAY.com
http://www.BORCHERNEWS.com
http://www.BOTTOMBOYREVIEWS.com
http://www.BOUNDFX.com
http://www.BOYDELUXE.com
http://www.BOYKONTAKT.com
http://www.BOYSFROMBRAZIL.com
http://www.BOYSNATION.com
http://www.BRAGGINGBOYFRIEND.com
http://www.BRASILIAN-MOVIES.com
http://www.BRAZILHARDCORE.com
http://www.BRAZILIAN-SHEMALE.com
http://www.BRIGHTHORIZONGIFTWORLD.com
http://www.BRITISH-LESBIANS.com
http://www.BRITISHLIVEGIRLS.com
http://www.BROADBAND-XXX-MOVIES.com
http://www.BROOKESINSTITUTE.com
http://www.BSSEX.com
http://www.BUBLEBUTTS.com
http://www.BUKKAKELAND.com
http://www.BULGARIAN-LISTINGS.com
http://www.BUNNIS.com
http://www.BUSHSHOTOUT.com
http://www.BUSTY-BRIGITTE.com
http://www.BUSTYAMATERS.com
```

19

```
http://www.BUSTYSISTER.com
http://www.BUTTRAMMING.com
http://www.BUYHOTSEXWARE.com
http://www.BUYVPRX.com
http://www.BYWEEKLY.com
http://www.C-O-C-K-S.com
http://www.CALBOOK.com
http://www.CALIFORNIA-EXOTIC-NOVELTIES.com
http://www.CALIFORNIACALENDARGIRLS.com
http://www.CANTIGA-INTL.com
http://www.CAPRISEX.com
http://www.CARBONCRAFT.com
http://www.CARLISELAMB.com
http://www.CARTOON-NETWORK-WORLD.com
http://www.CASHNEXTDOOR.com
http://www.CASINOGEMIDOS.com
http://www.CASINOSNJ.com
http://www.CAWAL.com
http://www.CDBABE.com
http://www.CELEBACTOR.com
http://www.CELEBRITYFUCK.com
http://www.CELEBRITYSTAR.com
http://www.CELEBSPICS.com
http://www.CELEBTEXT.com
http://www.CENIMANOW.com
http://www.CHAINGANGGIRLS.com
http://www.CHANGCHENGCPA.com
http://www.CHATINGFORTEENS.com
http://www.CHAVDA.com
http://www.CHEAP-PING-GOLF-CLUBS.com
http://www.CHEAPMOTORCYCLEPIPES.com
http://www.CHEAPROADBICYCLES.com
http://www.CHICASENLINEA.com
http://www.CHICASX.com
http://www.CHICHISGRANDES.com
http://www.CHICKSNOTDICKS.com
http://www.CHILO.com
http://www.CHINESEMALE.com
http://www.CHINESEPORN.com
http://www.CHINTHE.com
http://www.CHIX4FUN.com
http://www.CHRISTINAAGUILARAPICS.com
http://www.CLANKS.com
http://www.CLEARPRO.com
http://www.CLIMAXREELS.com
http://www.CLINICADENTALMIRANDA.com
http://www.CLONIS.com
```

20

23

http://www.CLUB-ATENE.com
http://www.CLUB-X-VIDEO.com
http://www.CLUBDESIREONLINE.com
http://www.CLUBESCORT.com
http://www.CLUBFANTASYLONDON.com
http://www.CLUBGROUPSEX.com
http://www.CLUBKONTAKT.com
http://www.CLUBPICS.com
http://www.CLUBTRAVESTI.com
http://www.CN-NITTAKU.com
http://www.CNYDXW.com
http://www.COCKATOOCONNECTION.com
http://www.COCKFORUM.com
http://www.CODIGOX.com
http://www.COGEIM.com
http://www.COLLEGE-GIRLS.com
http://www.COLLEGELEGS.com
http://www.COLLEGEREALITYPORNSITES.com
http://www.COLLEGGIRLRENTALS.com
http://www.COMEGIRL.com
http://www.COMEHOMETOHAWAII.com
http://www.COMEKDIRECT.com
http://www.COMICSODOM.com
http://www.COMMUNET.com
http://www.COMMUNISTSEX.com
http://www.COMPUDOCTORSA.com
http://www.CONCEITO.com
http://www.CONCRETEPATIOFURNITURE.com
http://www.CONTACTMAG.com
http://www.CONTACTOS-AMIGOSS.com
http://www.CONTROL-PILATES.com
http://www.COOLNODE.com
http://www.COOLPORNOPICS.com
http://www.COOLSCAM.com
http://www.COSTA-BLANCA-SWINGERS.com
http://www.COURTING-DISASTER.com
http://www.CQNETINFO.com
http://www.CRAVINGSEX.com
http://www.CRAZY-XXX-GAYS.com
http://www.CREAMPIE-VIDEOS-NETWORK.com
http://www.CREAMPIESXXX.com
http://www.CUBICLECUTIES.com
http://www.CUCKYBOYS.com
http://www.CUM-HER-FACE.com
http://www.CUM-SWALLOWERS.com
http://www.CUM4TOYS.com
http://www.CUMFIESTR.com

21

Z4

```
http://www.CUMGETLUCKY.com
http://www.CUMINCUTIES.com
http://www.CUMONYOU.com
http://www.CUMPANY.com
http://www.CUMSUCKINGGUTTERSLUTS.com
http://www.CYBERNUDITY.com
http://www.CYBERWEBSEX.com
http://www.DAILY-VIDEO.com
http://www.DAILYPINKLINKS.com
http://www.DANIELARUSH.com
http://www.DANSOYKE.com
http://www.DARSEX.com
http://www.DATA70.com
http://www.DATINGINSIDERTIPS4U.com
http://www.DCHONEYS.com
http://www.DEAI-LIFE.com
http://www.DEEP-THROAT-PIC.com
http://www.DEEPTHROATLINKS.com
http://www.DELICIOUSDELANIE.com
http://www.DEMONBEACH.com
http://www.DIASBAT.com
http://www.DICKSPORNO.com
http://www.DIGITSPORNO.com
http://www.DINGED.com
http://www.DIRTY-EROTIC.com
http://www.DIRTYBOOKSTORE.com
http://www.DIRTYDICK.com
http://www.DIRTYPRICK.com
http://www.DIRTYSITE.com
http://www.DISCHARGING.com
http://www.DISCOUNTBARSUPPLIES.com
http://www.DISCOUNTCHECKERS.com
http://www.DISCOUNTCUECASES.com
http://www.DISCOUNTSPACETOURS.com
http://www.DISCREET-SEX-CHAT.com
http://www.DJADAMASH.com
http://www.DOG-FUCKING.com
http://www.DOGGERSUNCOVERED.com
http://www.DOLLCLUBS.com
http://www.DOMAINCONTRACTORS.com
http://www.DOMINALIST-TOP100.com
http://www.DOTAUCTIONEER.com
http://www.DOUGA1.com
http://www.DPLO.com
http://www.DRAGHIXA.com
http://www.DREAMGRANNYPICS.com
http://www.DRENSEX.com
```

22

```
http://www.DRJIZZ.com
http://www.DRLOVEBEAST.com
http://www.DRUNKTHUMBS.com
http://www.DS-LTD.com
http://www.DUBLINSTRIPPERS.com
http://www.DUDESONDEMAND.com
http://www.DUNGEONPLEASURES.com
http://www.DVD-MATURE-WOMEN-WITH-YOUNGER-GIRLS-8.com
http://www.DVDSEXLAND.com
http://www.DZHAFAROV.com
http://www.E-TELEFON.com
http://www.EAGLEEYECHERRYDIRECT.com
http://www.EARTHMOVERTIRES.com
http://www.EASTLALATINA.com
http://www.EBAMOTORS.com
http://www.EBLOGSPACE.com
http://www.EBONYCHANNEL.com
http://www.EBONYPLEASUREBROKER.com
http://www.ECDV.com
http://www.EDEFENCE.com
http://www.EDMONTONYELLOWPAGES.com
http://www.EDUPI.com
http://www.EFISHFARMING.com
http://www.EHESTUTE.com
http://www.EJACULATION-MASTER.com
http://www.ELKTONKENTUCKY.com
http://www.ELMASCACHONDO.com
http://www.ELNR.com
http://www.ELOVECOLLEGE.com
http://www.EMARATELYOUM.com
http://www.EMILYDOLL.com
http://www.ENCHANTEDFOOT.com
http://www.ENCORE-DU-CUL.com
http://www.ENGINEER-BOSSTECH.com
http://www.ENJOY-ATOZ.com
http://www.ENVIROSEARCH.com
http://www.EONPAL.com
http://www.EPHAROS.com
http://www.EPICUIRIOUS.com
http://www.EPUK.com
http://www.ERICSMOVIES.com
http://www.ERINGETSNASTY.com
http://www.ERO-CAMS.com
http://www.EROS-ATLANTA.com
http://www.EROS-NEVADA.com
http://www.EROS-PRAGUE.com
http://www.EROTIC-PASSWORDS.com
```

26

```
http://www.EROTIC-STORIES-4U.com
http://www.EROTICACHAT.com
http://www.EROTICAFURNITURE.com
http://www.EROTICAPLUS.com
http://www.EROTICDRAGONS.com
http://www.EROTICMONICA.com
http://www.EROTICXXXPORN.com
http://www.EROTIEKCLUB.com
http://www.EROTIKCLUB.com
http://www.ESCORT-VIP-OWC.com
http://www.ESCORTPANAMATABOO.com
http://www.ESCORTPHONENUMBERS.com
http://www.ESMERALDASXXX.com
http://www.ESTUDIOMISTICO.com
http://www.ETHNICREALITYPORN.com
http://www.EU-HUREN.com
http://www.EUROGUYS.com
http://www.EUROSWING.com
http://www.EX-COM.com
http://www.EXESSAUNA.com
http://www.EXHIBITION-AMATEUR.com
http://www.EXOTIC-ASIANS.com
http://www.EXOTICCHAMBERS.com
http://www.EXOTICSADVERTISING.com
http://www.EXPERIENCEAMSTERDAM.com
http://www.EXTREMLOAD.com
http://www.FABLOUSPOKER.com
http://www.FACE-FUCKING-ASIANS.com
http://www.FACEBASHING.com
http://www.FAIRFIND.com
http://www.FAMOUSWETPUSSY.com
http://www.FANFORMS.com
http://www.FANTASMEAGOGO.com
http://www.FANTASTICGENERICDRUGS.com
http://www.FANTASYFIGHTS.com
http://www.FANTASYGOBLETS.com
http://www.FANTASYSHOWBARONLINE.com
http://www.FANTASYWEBCAMS.com
http://www.FARM-SEX-PORN-PICS.com
http://www.FARMCUMSLUTS.com
http://www.FARMERGIRLS.com
http://www.FARMGAY.com
http://www.FARMYFUN.com
http://www.FASCHINGHUETTE.com
http://www.FASTFORDE.com
http://www.FAT-WHORES.com
http://www.FATNOLD.com
```

24

27

```
http://www.FCPO.com
http://www.FEDERATIONOFBLACKCOWBOYS.com
http://www.FEDISH.com
http://www.FEITIANCN.com
http://www.FEMME-LATEX.com
http://www.FERNANDONIEVAS.com
http://www.FETISCH-WEBCAMS.com
http://www.FETISCHWERK.com
http://www.FETISH-MONSTER.com
http://www.FETISHACTION.com
http://www.FETISHLIVECAMS.com
http://www.FETISHPRESS.com
http://www.FEVEROR.com
http://www.FILMMAKERBOOTCAMP.com
http://www.FILMS-SEXY.com
http://www.FINALYLEGAL.com
http://www.FINDINGPOEPLE.com
http://www.FINEBLOWJOBS.com
http://www.FINESTHENTAI.com
http://www.FINGEREDTEEN.com
http://www.FINGERSPIELE.com
http://www.FINOLA-ONLINE.com
http://www.FIREWALLCHANNEL.com
http://www.FIRSTCLASSESCORTS.com
http://www.FIRSTCLASSMALE.com
http://www.FISHPAIGE2.com
http://www.FITNESSADULTMODEL.com
http://www.FITTED-BEDROOMS.com
http://www.FLASHING-GIRLS.com
http://www.FLESHWORLD.com
http://www.FLIGHTPLANS.com
http://www.FLOORJACKSONLINE.com
http://www.FOOTBALLSIMULATION.com
http://www.FORCED-SEX-VIDEOS.com
http://www.FORUMS-OSCARWATCH.com
http://www.FOSTERSELECT.com
http://www.FOTOS-HARDCORE.com
http://www.FOTOSDESHAKIRA.com
http://www.FOTOSPORNOCASERAS.com
http://www.FOTOSYVIDEOSDEZOOFILIA.com
http://www.FRAUENLIVE.com
http://www.FREE-ALL.com
http://www.FREE-INTERNET-PICS.com
http://www.FREE-PUSSY-FREE-PUSSY.com
http://www.FREE-SEX-TGP.com
http://www.FREE4ADULTS.com
http://www.FREEADULTTHUMBNAIL.com
```

25

```
http://www.FREEADULTXXXMOVIES.com
http://www.FREEADULTXXXMPEGS.com
http://www.FREEANALSEXPICS.com
http://www.FREEARHIVE.com
http://www.FREEASIANASS.com
http://www.FREEBLOWJOBVIDEOCLIPS.com
http://www.FREEBOYCOCKS.com
http://www.FREECAMGIRL.com
http://www.FREEFOR6.com
http://www.FREEFORADULTS.com
http://www.FREEMANMD.com
http://www.FREEPARISHILTONPORNO.com
http://www.FREEPORNOGRAPHICVIDEOS.com
http://www.FREESECX.com
http://www.FREESEX-RX.com
http://www.FREESEXNAH.com
http://www.FREETEENPORNMOVIE.com
http://www.FREEVOYEURPICTURES.com
http://www.FREEXXXSTREAMINGVIDEO.com
http://www.FRESHANAL.com
http://www.FROGGYTGP.com
http://www.FRONTHAUL.com
http://www.FRUGALRENTERSINSURANCE.com
http://www.FTCINTERNET.com
http://www.FUCK2.com
http://www.FUCKAGRANNY.com
http://www.FUCKAMERICA.com
http://www.FUCKAS.com
http://www.FUCKCHIX.com
http://www.FUCKED11.com
http://www.FUCKERING.com
http://www.FUCKGUIDE.com
http://www.FUCKINGDRUNK.com
http://www.FUCKINGKIDS.com
http://www.FUCKINGPIECEOFSHIT.com
http://www.FUCKTHEPOLICE.com
http://www.FUCKYOUNGWOMEN.com
http://www.FUDOLL.com
http://www.FULLBLOWNPICTURES.com
http://www.FULLCYCLEARIZONA.com
http://www.FUNWIVES.com
http://www.FURIN-NAGOYA.com
http://www.FWXA.com
http://www.FZPARK.com
http://www.GAGJOB.com
http://www.GALERIASWARRAS.com
http://www.GALSPARADE.com
```

26

```
http://www.GAMELEXGS.com
http://www.GANGUROGIRL.com
http://www.GASLAMPVIDEO.com
http://www.GAY-AND-LESBIAN.com
http://www.GAY-EROTIC-SEX.com
http://www.GAY-HARDCORE-XXX.com
http://www.GAYBOYSPARTY.com
http://www.GAYDARDATING.com
http://www.GAYGNOME.com
http://www.GAYLEBANESE.com
http://www.GAYMALEESCORTS.com
http://www.GAYPORNPOST.com
http://www.GAYPRONO.com
http://www.GAYPUBLICATIONS.com
http://www.GAYSEXTHUMBNAILS.com
http://www.GAYSEXVAULT.com
http://www.GAYSLOVERS.com
http://www.GAYSTOGAY.com
http://www.GAYTEENAGEBOYS.com
http://www.GAYTRACKS.com
http://www.GAYTRANSEXUALS.com
http://www.GAYVIDEOPOST.com
http://www.GAYXTASE.com
http://www.GENNYCAM.com
http://www.GET-SHEMALE.com
http://www.GETFUCKEDTONIGHT.com
http://www.GENKI-TV.com
http://www.GETABIGGERDICK.com
http://www.GIRL-GAMERS.com
http://www.GIRLFEST.com
http://www.GIRLFREAK.com
http://www.GIRLINTERACTIVE.com
http://www.GIRLRIDE.com
http://www.GIRLS-FUCK-GIRLS.com
http://www.GIRLS-RUSH.com
http://www.GIRLSGIVINGHANDJOBS.com
http://www.GIRLSLINK.com
http://www.GIRLSLOVEDOLLS.com
http://www.GIRLSVSGIRLS.com
http://www.GIRLSWRESTLINGVIDEOSMOVIES.com
http://www.GIZOLE.com
http://www.GLAMOURPOST.com
http://www.GLORYHOLEFETISH.com
http://www.GOLDASSETS.com
http://www.GOT18.com
http://www.GOTFOX.com
http://www.GPSNAVIGATORMAGAZINE.com
```

```
http://www.GRANDASSES.com
http://www.GRATUIT3X.com
http://www.GREATESTFREEINTERNET.com
http://www.GREEN-MUSIC.com
http://www.GREENVILLEFANTASIES.com
http://www.GREGYORKXXX.com
http://www.GROUPFUCKINGACT.com
http://www.GUYS4US.com
http://www.GUYSTOP.com
http://www.GUYZCLUB.com
http://www.HAPPYXVIDEO.com
http://www.HARBORHEALTHCARE.com
http://www.HARD-FETISH-PORN.com
http://www.HARD-PORN-XXX.com
http://www.HARDCORE-DVD-SHOP.com
http://www.HARDCORELIST.com
http://www.HARDCOREPORNBLOWJOBS.com
http://www.HARDRIDEN.com
http://www.HARDXXXTREME.com
http://www.HARE-OL.com
http://www.HEAVENLYLESBIANS.com
http://www.HEFTYLATINMEN.com
http://www.HERBAL-PENIS-ENLARGEMENT-PILLS.com
http://www.HIMANAVI.com
http://www.HIRKOPHOTO.com
http://www.HISTORIESEROTIQUES.com
http://www.HIVILLA.com
http://www.HOEVIDEO.com
http://www.HOHLRV.com
http://www.HOOKERS-ON-DEMAND.com
http://www.HOOTERSGALORE.com
http://www.HORNY-HOUSEWIVES.com
http://www.HORNYLOLITA.com
http://www.HORNYSINS.com
http://www.HOTANALDAILY.com
http://www.HOTCUMCAMS.com
http://www.HOTJOYRIDE.com
http://www.HOTLESBIANS.com
http://www.HOTMEXICANTEENS.com
http://www.HOTNAUGHTYSEX.com
http://www.HOTPAPAI.com
http://www.HOTPIX.com
http://www.HOTTIENETWORK.com
http://www.HOTWIFEXXX.com
http://www.HOUSTONLADIES.com
http://www.HOWSTURRWORKS.com
http://www.HUGECRANES.com
```

28

```
http://www.HUGEFREEPORN.com
http://www.HUGEMONSTERCOCKS.com
http://www.HUMANBUILT.com
http://www.HUMANSERVICESCOURSES.com
http://www.HUMMER69.com
http://www.HUMONGOUSCOCK.com
http://www.HUNART.com
http://www.HUNGARYMUSIC.com
http://www.HUNGRY4IT.com
http://www.HUREN-FORUM.com
http://www.HUSTLERHONEYS.com
http://www.HUSTLERMERCHANDISE.com
http://www.IBANNERS.com
http://www.IBIGSTUFF.com
http://www.IBIZA-CAM.com
http://www.ICD-CREATION.com
http://www.IFEZ.com
http://www.IHOROSCOPE.com
http://www.IHRFILM.com
http://www.IMPORTICONS.com
http://www.INCESTCAM.com
http://www.INCOLLANT.com
http://www.INDEPENDENTCOURTESAN.com
http://www.INFOSECK.com
http://www.INSANEINDIANS.com
http://www.INTERNETCALLSONLINE.com
http://www.INTERRACIAL-SEX-PORN-VIDEOS.com
http://www.INTERRACIALPICTURESITES.com
http://www.INVESTINGMAGAZINE.com
http://www.IPSWICHTOWN.com
http://www.IR2SEX.com
http://www.IRON-GODDESS.com
http://www.ISABELLASOFPHILA.com
http://www.ISLIVEWEBCAMS.com
http://www.ITALIABOY9.com
http://www.ITALYGEOGRAPHY.com
http://www.ITIT.com
http://www.IVINAX.com
http://www.J-JIDAI.com
http://www.JACQUESOLIVIA.com
http://www.JAMESCONNORPRODUCTIONS.com
http://www.JARRETELLE.com
http://www.JASONWONG.com
http://www.JENNIFERLOEZ.com
http://www.JETBUNNY.com
http://www.JEUNES-DOCILES.com
http://www.JEWISHASSOCIATIONS.com
```

29                                          32

```
http://www.JHOT.com
http://www.JIMSDOGHOUSE.com
http://www.JIVETSHIRTS.com
http://www.JIZZAHOLLIC.com
http://www.JIZZHARVESTER.com
http://www.JOBWERKSTATT.com
http://www.JOCKSTRAPLOUNGE.com
http://www.JOGODASEDUCAO.com
http://www.JOJO-SUICIDE.com
http://www.JOKESADULT.com
http://www.JOSHELLIOT.com
http://www.JOURNALDUCHARME.com
http://www.JOY-MODEL.com
http://www.JUICYJASMINE.com
http://www.JULIASEX.com
http://www.JULIESTOLLE.com
http://www.JUMJEESTORY.com
http://www.JUSTFETISHLINKS.com
http://www.K91K.com
http://www.KAMASUTRACONDOMS.com
http://www.KAMILLA18.com
http://www.KANADEN.com
http://www.KANSASHOTTIES.com
http://www.KARASAMETEURS.com
http://www.KARASXXXMOVIES.com
http://www.KAZAMAFA.com
http://www.KAZZA-OF-PORN.com
http://www.KEGSLINKS.com
http://www.KEIKOSWORLD.com
http://www.KHALIDQ8.com
http://www.KID-CENTRAL.com
http://www.KIMBALLELECT.com
http://www.KINKYJOE.com
http://www.KINKYTRANNY.com
http://www.KIPERHAKA.com
http://www.KIRAREED.com
http://www.KK858.com
http://www.KLOPPHENGST.com
http://www.LACUPULA.com
http://www.LADYCOCK.com
http://www.LAMALDICION.com
http://www.LAMMLAMM.com
http://www.LANDOFINCEST.com
http://www.LANGLEYCORP.com
http://www.LANSINGESCORTS.com
http://www.LAPUTAYLABALLENA.com
http://www.LASPREPAGOS.com
```

30

```
http://www.LASVEGASADULTS.com
http://www.LATENTNUDITY.com
http://www.LATEXBANK.com
http://www.LATEXMOVIE.com
http://www.LATINA-CLIP.com
http://www.LATINAGAL.com
http://www.LATINAMERICAVOLUNTEER.com
http://www.LATINASPANAMA.com
http://www.LATINO4FREEMAGAZINE.com
http://www.LAURENLIPS.com
http://www.LAVISHFIXATION.com
http://www.LECIOL.com
http://www.LEGENDSOFPORN.com
http://www.LEGSTOTOES.com
http://www.LENEINGTREE.com
http://www.LESBIAN-SEX-MOVIE.com
http://www.LESBIANLYNX.com
http://www.LESBIANSOFTHEDAY.com
http://www.LESBOFETISH.com
http://www.LETUSMATCHYOU.com
http://www.LEWDHOST.com
http://www.LIBERTINS-COQUINS.com
http://www.LIKEIT2.com
http://www.LILYXXX.com
http://www.LINGERIE2K.com
http://www.LINKSBUKKAKE.com
http://www.LISALATHAM.com
http://www.LISAMEMBERS.com
http://www.LISBIANS.com
http://www.LITTLEBLOWJOB.com
http://www.LIVEKAMS.com
http://www.LIVENIPPLES.com
http://www.LIVESCORS.com
http://www.LIVESPHERE.com
http://www.LIVEWEBCAMPUSSY.com
http://www.LOEWEB.com
http://www.LOFT-IS-BACK.com
http://www.LOLITASPRIVADO.com
http://www.LONDONKURT.com
http://www.LONECARROT.com
http://www.LONESTARLADIES.com
http://www.LONGANDMAQUADE.com
http://www.LONGIRE.com
http://www.LONGORGASM.com
http://www.LOSTPASSWORDS.com
http://www.LOSTPHOTOS.com
http://www.LOVELY-ADRIANA.com
```

31

34

```
http://www.LOVETHECUNT.com
http://www.LOVETOMONICA.com
http://www.LOVINGLESBIANS.com
http://www.LOWBUDGETPORN.com
http://www.LOWPRICEXXX.com
http://www.LUSTSKLAVIN.com
http://www.MACHINEBOYS.com
http://www.MAILXX.com
http://www.MAJALAH-FEMINA.com
http://www.MAMABLOGS.com
http://www.MAMALONAS.com
http://www.MANGALAMINFOTECH.com
http://www.MANSEXXX.com
http://www.MARCELVIDEOS.com
http://www.MARDI-GRAS-VIDEOS.com
http://www.MARIA-MENOUNOS.com
http://www.MARINEKEEPERSHOBBYSHOP.com
http://www.MARKRUDD.com
http://www.MARTINATS.com
http://www.MASERATITCPARTS.com
http://www.MASKME.com
http://www.MASTERRSDUNGEONS.com
http://www.MASTURBATIONAVIS.com
http://www.MATCHMOTION.com
http://www.MATURE-SPACES.com
http://www.MATUREGAYFUCK.com
http://www.MATUREJUGGS.com
http://www.MATUREMODELSPICS.com
http://www.MATUREPUSSYTHUMBNAILS.com
http://www.MATURESTEP.com
http://www.MEDIAOD.com
http://www.MENOFTHECAVE.com
http://www.MENSBESTSECRETS.com
http://www.MERCAWEB.com
http://www.MERCEDESPHOTOS.com
http://www.MERMAIDCOMICS.com
http://www.MESKIE.com
http://www.METALELECTRICALCONTACTS.com
http://www.MEXICANGRAPHICS.com
http://www.MIAMIHEARALD.com
http://www.MICHAELSOLDIER.com
http://www.MIDLIFE-MAMMAS.com
http://www.MIKES-APARTMENT-4ALL.com
http://www.MILFHUNTERPHONESEX.com
http://www.MILFNEXTDOORCLIPS.com
http://www.MINIMOTO-DIRECT.com
http://www.MINISTRY-OF-PORN.com
```

32

35

```
http://www.MINXLINKS.com
http://www.MIRACLEALLEY.com
http://www.MIST-POWER.com
http://www.MISTRESSERICA.com
http://www.MISTRESSSABLE.com
http://www.MITCHMUSSO.com
http://www.MNUTD.com
http://www.MODERNBIKINI.com
http://www.MONDOPIERCING.com
http://www.MONKEYSEX.com
http://www.MONSTAMOVIES.com
http://www.MOOKIESMOVIES.com
http://www.MOREOFTHEBEST.com
http://www.MORESEXFORYOU.com
http://www.MORGANDAILY.com
http://www.MOSCOW-X.com
http://www.MOTOLANDMX.com
http://www.MOVIES4TEN.com
http://www.MOVIESEXTOYS.com
http://www.MPEGSPOST.com
http://www.MYASIANANGEL.com
http://www.MYBOYSFIRSTTIME.com
http://www.MYCUSTOMPORNSITE.com
http://www.MYFREEGAYSEXMOVIES.com
http://www.MYGAYANALSEX.com
http://www.MYMYISABELLA.com
http://www.MYPORNCLUB.com
http://www.MYSEXCENTRAL.com
http://www.MYSIIMON.com
http://www.NACKTE-ASIATINNEN.com
http://www.NAKED-GIRLS-NUDE.com
http://www.NAKED-WRESTLING.com
http://www.NAKEDCOMIX.com
http://www.NAKEDFEMINIST.com
http://www.NATIONALAMATEURS.com
http://www.NATVCD.com
http://www.NAUGHTY-CHICKS.com
http://www.NAUGHTYCOVERGIRLS.com
http://www.NEEDFORFUN.com
http://www.NEEDSOME.com
http://www.NEGROSFODENDOLOIRAS.com
http://www.NEUERMICROPROZESSOR.com
http://www.NEW-FUZOKU.com
http://www.NEW-HDEAI.com
http://www.NEWSUMMERGIRLS.com
http://www.NICE-PEACH.com
http://www.NICKELIADES.com
```

33

```
http://www.NIGHTOWLMALL.com
http://www.NIKIFRITZ.com
http://www.NIKKIHILLTONLIVE.com
http://www.NN-STARS.com
http://www.NO2SILICONE.com
http://www.NONPROFITLAWYERS.com
http://www.NORWEGIANRESORT.com
http://www.NRENTALS.com
http://www.NTSCAPE.com
http://www.NUBILE-DESIRE.com
http://www.NUDE-GAY-TWINKS.com
http://www.NUDEARTFILM.com
http://www.NUDEGODDESSES.com
http://www.NUDELESBO.com
http://www.NUDELPC.com
http://www.NUDERUSSIANLADIES.com
http://www.NUDESINPARADISE.com
http://www.NUDETEENAGEPUSSY.com
http://www.NUDITYREVIEWS.com
http://www.NUMBERONESEX.com
http://www.NWPBOOKS.com
http://www.NYLIC.com
http://www.NYLONFACTOR.com
http://www.NYLONMASTURBATION.com
http://www.OFELIAW.com
http://www.OFFICE-HIDDEN-CAMS.com
http://www.OH-MY.com
http://www.OHITSPINK.com
http://www.OKLAHOMACARSTEREOS.com
http://www.OLD-PUSSYEROTICA.com
http://www.OMADAME.com
http://www.OMAHASWINGERSASSOCIATION.com
http://www.ONDAMADRID.com
http://www.ONEHOST.com
http://www.ONLINEBRANDINGSERVICES.com
http://www.ONLINEFOOTBALLEQUIPMENT.com
http://www.ONLYTENSTGP.com
http://www.ONSEXCAM.com
http://www.ONTHEGRAPEVINE.com
http://www.OOLOLO.com
http://www.OPEN-CROTCH.com
http://www.ORGASMICANIMATION.com
http://www.ORIENTALPORNGIRLS.com
http://www.ORLANDOTOP10ESCORTS.com
http://www.OSCILLAS-PLAYGROUND.com
http://www.OURFEED.com
http://www.OVERBABE.com
```

34

37

```
http://www.P2PXFILES.com
http://www.PACIFICBABES.com
http://www.PAJACUBANA.com
http://www.PALMSPRINGS-EXOTICS.com
http://www.PANSAT2300.com
http://www.PANTYGALLERIES.com
http://www.PANTYVIDEO.com
http://www.PAPILLONFILMS.com
http://www.PARA-REISEN.com
http://www.PARISSEXCITY.com
http://www.PARISSEXESCORT.com
http://www.PARLOURSEARCH.com
http://www.PARTYFAVORPHOTOS.com
http://www.PATIENCECLINIC.com
http://www.PAYBYCELL.com
http://www.PC-PORNO.com
http://www.PDXBLACKBOOK.com
http://www.PE7.com
http://www.PEEAMATEUR.com
http://www.PENISESENLARGEMENT.com
http://www.PENTAGONRECORDS.com
http://www.PERVERSEPORNO.com
http://www.PETERSART.com
http://www.PETITESFANTASY.com
http://www.PHILLYESCORT.com
http://www.PHONEFUN4YOU.com
http://www.PHONESEXDEALS.com
http://www.PHONESUX.com
http://www.PHOTOS-NOIR-ET-BLANC.com
http://www.PIC100.com
http://www.PIDORI.com
http://www.PILLS-PENIS.com
http://www.PINATASONINE.com
http://www.PINGREEREALESTATE.com
http://www.PINK-STREAM.com
http://www.PINKLINKZ.com
http://www.PISSINGCLIPS.com
http://www.PLAESURE.com
http://www.PLANETAPIES.com
http://www.PLASFETISJ.com
http://www.PLAYBOYCHAT.com
http://www.PLUMJOB.com
http://www.PLUMPERGIRL.com
http://www.PODJEBAJEV.com
http://www.POKERDEGENERATE.com
http://www.POLLICES.com
http://www.POONPOSTS.com
```

35

38

```
http://www.POOPIE.com
http://www.POPAVIRGIN.com
http://www.POPDOH.com
http://www.PORN-FREAK-SHOW.com
http://www.PORN-ON-FIRE.com
http://www.PORN-ZONE.com
http://www.PORNALLSTARS.com
http://www.PORNAWAY.com
http://www.PORNCASA.com
http://www.PORNDIVA.com
http://www.PORNFORLIFE.com
http://www.PORNMAILSERVER.com
http://www.PORNMOBY.com
http://www.PORNO-ONE.com
http://www.PORNO-PRIZE.com
http://www.PORNO-WEB-SITE.com
http://www.PORNODAN.com
http://www.PORNOHOLLIWOOD.com
http://www.PORNOMEDYA.com
http://www.PORNOPASSELITE.com
http://www.PORNOSESSION.com
http://www.PORNOSXX.com
http://www.PORNOTOYZ.com
http://www.PORNSNIFFERS.com
http://www.PORNSTARMATRIX.com
http://www.PORNSTARSRULE.com
http://www.PORNVIDEOSTREAMS.com
http://www.PORTAILDEX.com
http://www.PORTOCOMPONENTS.com
http://www.PPVN.com
http://www.PRETTYNETGIRLS.com
http://www.PRIDECASH.com
http://www.PRIESTCULT.com
http://www.PRIMECUPPS.com
http://www.PRINCESSES-ESCORTS.com
http://www.PRINCETONEREVIEW.com
http://www.PROGRESSIVESUCKS.com
http://www.PROSTITUS.com
http://www.PSQUAREENGG.com
http://www.PSYCHOLOGYJOURNAL.com
http://www.PUBLIC-NUDITY-GIRLS.com
http://www.PUBLICITEJNG.com
http://www.PUBLICMAIL.com
http://www.PUMP-THAT-ASS.com
http://www.PUNISHMENTEROTIC.com
http://www.PURETEENACTION.com
http://www.PUSSY-DELUXE.com
```

36

39

```
http://www.PUSSYDROP.com
http://www.PUSSYHOST.com
http://www.PUSSYINYOURFACE.com
http://www.PUSSYRULZ.com
http://www.PUSSYWHIPED.com
http://www.PUTI-HDEAI.com
http://www.PYCCKUUCEKC.com
http://www.QMER.com
http://www.QUAKESKINS.com
http://www.QUATUORSAINTJEAN.com
http://www.RABBITVIBRATORS.com
http://www.RACALITSEC.com
http://www.RAGAZZIBLACK.com
http://www.RANCHOCUCAMONGARESTAURANTGUIDE.com
http://www.RANDYMILF.com
http://www.RANKEDPORNLIST.com
http://www.RARETEENS.com
http://www.RATECRAZY.com
http://www.RATEMYCAMLTOE.com
http://www.RAWANALTHUMBS.com
http://www.RAYMANIACI.com
http://www.REAL-HARDCORE-PORN.com
http://www.REALBONDAGESTORIES.com
http://www.REALEROTIC.com
http://www.REALESTATEBUYERBEWARE.com
http://www.REALINCESTNEWS.com
http://www.REALITYPORNDIRECTORY.com
http://www.REALNYMPHETS.com
http://www.REALTEENPORN.com
http://www.REALWILDCONTENT.com
http://www.RECTAL-ROOTER-RECTALROOTER.com
http://www.REDFETISH.com
http://www.REDHEADPICTURES.com
http://www.REDHOTSEXADS.com
http://www.RENAISSANCEVOICES.com
http://www.REQUESTADULT.com
http://www.RESEDA-CA.com
http://www.RESORT-INFO.com
http://www.RICHERCHE-PARTICOLARI.com
http://www.RICHSLUT.com
http://www.RIPEFUCK.com
http://www.ROCKTORICHES.com
http://www.ROSEMONO.com
http://www.RUBBERANGEL.com
http://www.RYANSBEACHHOUSE.com
http://www.RZKAILAI.com
http://www.SAILOR-MOON-PORN.com
```

40

```
http://www.SAINTE-NITOUCHE.com
http://www.SEARCHFEE.com
http://www.SEINS-GROS-SEXYS.com
http://www.SELLINGADOMAINNAME.com
http://www.SEOSEM32.com
http://www.SERIESXXX.com
http://www.SEVENDUSTDIRECT.com
http://www.SEX-BASAR.com
http://www.SEX-FOR-YOU.com
http://www.SEX-PORN-FINDER.com
http://www.SEXAB40.com
http://www.SEXALLTHETIME.com
http://www.SEXAUCTIONS.com
http://www.SEXBBANG.com
http://www.SEXBROWSING.com
http://www.SEXDAYS.com
http://www.SEXE-FR.com
http://www.SEXHOSTINGONLINE.com
http://www.SEXIETEEN.com
http://www.SEXINZOO.com
http://www.SEXKONTAKTMARKT.com
http://www.SEXMODELLS.com
http://www.SEXNBEER.com
http://www.SEXOANALAMATER.com
http://www.SEXOGRATISYDURO.com
http://www.SEXOMAIS.com
http://www.SEXONDISCO.com
http://www.SEXPETITE.com
http://www.SEXPLICY.com
http://www.SEXREJECTS.com
http://www.SEXSAFARI.com
http://www.SEXTEENSFUCKED.com
http://www.SEXTOOONS.com
http://www.SEXTOYWEBSITES.com
http://www.SEXTVWEB.com
http://www.SEXVIDEOSERVER.com
http://www.SEXWORLDLINKS.com
http://www.SEXY-NUDE-OLDER-WOMEN.com
http://www.SEXY-TRANSSEXUAL.com
http://www.SEXY-WOMEN.com
http://www.SEXYBIKERBABES.com
http://www.SEXYBLACKWOMEN.com
http://www.SEXYEXOTICBEAUTY.com
http://www.SEXYMARGARET.com
http://www.SEXYSISTERS.com
http://www.SEXYYOUNGLESBIANS.com
http://www.SHABA-X.com
```

41

```
http://www.SHADYVIEW.com
http://www.SHANGHAIAPPLIANCES.com
http://www.SHEMALE-WEBCAM.com
http://www.SHEMALEEROTICA.com
http://www.SHEMALEKINK.com
http://www.SHEMALESONTHENET.com
http://www.SHOWCOUNT.com
http://www.SHOWOFF4ME.com
http://www.SILICONTOYS.com
http://www.SILVIATORMO.com
http://www.SIMPLYEROTICA.com
http://www.SIMPLYTGP.com
http://www.SIPAGASY.com
http://www.SISTAPORN.com
http://www.SLAAFJE.com
http://www.SLEAZYGIRL.com
http://www.SLIDING.com
http://www.SLUMBERPARTIESBYALICIA.com
http://www.SLUTSFUCK.com
http://www.SLYIP.com
http://www.SMART-MARRIAGES.com
http://www.SMOKING-WOMEN.com
http://www.SMUTDUNGEON.com
http://www.SMUTMUT.com
http://www.SMUTPHOTO.com
http://www.SNEAKGUYS.com
http://www.SOBECAMS.com
http://www.SOFTCLIT.com
http://www.SOFTCOREMAGAZINE.com
http://www.SOFTCORENOOKIE.com
http://www.SOFTRONICSYSTEMS.com
http://www.SOFTWAREVN.com
http://www.SOLO18.com
http://www.SOLOBOYS.com
http://www.SORORITYEXPOSED.com
http://www.SORORITYPORN.com
http://www.SORTEDSEX.com
http://www.SPANKING-WEB.com
http://www.SPEEDYTHUMBS.com
http://www.SPICENUDES.com
http://www.SPREAD-PUSSY.com
http://www.SQUARTIER.com
http://www.SQUIRTING365.com
http://www.STARWEB21.com
http://www.STASHEDMOVIES.com
http://www.STELLALOVES.com
http://www.STEPHAINE.com
```

39

42

```
http://www.STEPHANIE-MODELE.com
http://www.STRANGE-SPECIES.com
http://www.STRICTLYGAYMOVIES.com
http://www.STRIP-TEASE.com
http://www.STROKEOFMIDNIGHT.com
http://www.STRYDERMAN.com
http://www.STUDUSPANISH.com
http://www.STUPIFVIDEOS.com
http://www.SUCEMABITE.com
http://www.SUCKMYBIG-DICK.com
http://www.SUCKMYFINGER.com
http://www.SUELTO.com
http://www.SUGAR215.com
http://www.SULLIVANCONSTRUCTION.com
http://www.SUMMERGIRLS.com
http://www.SUPERKOKO.com
http://www.SUPERLESBY.com
http://www.SUREGROWTH.com
http://www.SWEETSBIKINI.com
http://www.SWELLSEXXX.com
http://www.SWETLANA-MODEL.com
http://www.SWINGER-PARTY.com
http://www.SYDNEYPALMBEACH.com
http://www.SYLVIA-SAINT-BUKKAKE.com
http://www.TAHITISEX.com
http://www.TAKEHOLE.com
http://www.TAKING-IT-OFF.com
http://www.TAMPABAYDRUNKS.com
http://www.TARAREIDNUDE.com
http://www.TARUMI-ROCKMAN.com
http://www.TAWNEETEMPLE.com
http://www.TAWNYROBERTSVOD.com
http://www.TECCANINA.com
http://www.TEEENPORN.com
http://www.TEENAGE-FUCK.com
http://www.TEENAGEDOWNLOAD.com
http://www.TEENCUTIES.com
http://www.TEENGIRLSLESBIANSEXPORN.com
http://www.TEENHORIZONTS.com
http://www.TEENJERKS.com
http://www.TEENMOVIE.com
http://www.TEENORGASMING.com
http://www.TEENPHONE.com
http://www.TEENPIES.com
http://www.TEENRELIEF.com
http://www.TEENSPORNUS.com
http://www.TEEW.com
```

40

43

```
http://www.TELEFONCAMS.com
http://www.TENNISE.com
http://www.TERMINGIRLS.com
http://www.TETASMUYGRANDES.com
http://www.TFCMA.com
http://www.TGP-PORN.com
http://www.TGPLATINA.com
http://www.THEBLOWJOB.com
http://www.THEINTERNETSUCKS.com
http://www.THELASTSITE.com
http://www.THEPEAKSPETNANNY.com
http://www.THESEXEMPIRE.com
http://www.THESHADOWLORD.com
http://www.THESUNDELI.com
http://www.THISISVICTORIA.com
http://www.THROATBANGER.com
http://www.THUGFLIX.com
http://www.TIFFANYMELLONS.com
http://www.TIMESPENT.com
http://www.TIMITEDTOO.com
http://www.TINEYTITS.com
http://www.TITSPUSSY.com
http://www.TITTENFREESITEPASS.com
http://www.TK-NPS.com
http://www.TOKYO-GENKI.com
http://www.TOMMYSY.com
http://www.TONGUEINPUSSY.com
http://www.TOP-BEST.com
http://www.TOPK88.com
http://www.TOPLESS-DEALERS.com
http://www.TOPNOTCHAMATEURS.com
http://www.TORONTOLOFTSFORSALE.com
http://www.TOTALLYBRIANA.com
http://www.TOTALLYPICS.com
http://www.TOTEMPOLE.com
http://www.TOYOTAGIRLS.com
http://www.TRACTSEX.com
http://www.TRAFFICBLIZZARD.com
http://www.TRAILERTRASHPUSSY.com
http://www.TRANNYTRANNY.com
http://www.TRANSCRIPTIONJOBS.com
http://www.TRANSENSUAL.com
http://www.TRANSPIC.com
http://www.TRANSSEXUALCOCK.com
http://www.TRIPLEXMONSTER.com
http://www.TRISTARVIDEO.com
http://www.TROPICALMELANIE.com
```

41

ЧЧ

```
http://www.TRUEBLUECRUISE.com
http://www.TSDREAMANGEL.com
http://www.TUGJOBS-HANDJOBS.com
http://www.TULIPFLORISTS.com
http://www.TURISERV.com
http://www.TWATLICKER.com
http://www.TWATSONLINE.com
http://www.TWINKS18.com
http://www.TWINKSINC.com
http://www.UAEFLORIST.com
http://www.UKUN.com
http://www.UKWEBWIVES.com
http://www.ULTRUN.com
http://www.UNCUTSHEMALES.com
http://www.UNETHICALCOMPANIES.com
http://www.UNFINISHEDWOODCABINETS.com
http://www.UNIBELL.com
http://www.UPTIGHT.com
http://www.URINELOVE.com
http://www.USADULTENTERTAINMENT.com
http://www.USBLACKSWINGERS.com
http://www.USDATINGLIST.com
http://www.USGIRL.com
http://www.UTOPIAGIRL.com
http://www.VACUUMEQUIPMENTSUPPLIES.com
http://www.VAGINAEXAMS.com
http://www.VAGINALEXAMINATIONS.com
http://www.VARDAANMARKET.com
http://www.VEGASPEEPSHOW.com
http://www.VEGEBURGERS.com
http://www.VENEZUELACALIENTE.com
http://www.VENTDEFOLIE.com
http://www.VERMONTCLUBS.com
http://www.VERMONTGAYANDLESBIANWEDDINGS.com
http://www.VETEAL.com
http://www.VIBRATORS-HELP.com
http://www.VID-SHOP.com
http://www.VIDASALON.com
http://www.VIDEOPORR.com
http://www.VIDEOSDEFAMOSAS.com
http://www.VINTAGEADULTPAPERBACKS.com
http://www.VINTAGETWAT.com
http://www.VIP-SEX-VIDEO.com
http://www.VIRTUALSCARVES.com
http://www.VIRTUALSUSPENDERS.com
http://www.VIRTUELESEX.com
http://www.VISURA.com
```

42

45

```
| http://www.VIVISOMO.com                      |
| http://www.VOTRENUMERO.com                   |
| http://www.VOYEURCELLPHONE.com               |
| http://www.VOYEURSMUT.com                    |
| http://www.VOYEURSPICTURES.com               |
| http://www.VOYUERDOR.com                     |
| http://www.WAMMU.com                         |
| http://www.WANDERINGLEAF.com                 |
| http://www.WAXYOURWILLY.com                  |
| http://www.WEB-MANIJA.com                    |
| http://www.WEBCAMDEVIL.com                   |
| http://www.WEBMAXTEMPLATES.com               |
```

.com sites classified as "placeholders":

```
| http://www.007BABESERIES.com            |
| http://www.1045THECAT.com               |
| http://www.1800GETFUCKED.com            |
| http://www.18FREESEX.com                |
| http://www.1DAX.com                     |
| http://www.1SEXTOYLN.com                |
| http://www.1ST-CLASS-PHOTOS.com         |
| http://www.20-FEMMES.com                |
| http://www.20AVER.com                   |
| http://www.2APPRAISALS.com              |
| http://www.2BINTIMATE.com               |
| http://www.2HOT4TV.com                  |
| http://www.36GMISTRESS.com              |
| http://www.3UP3DN.com                   |
| http://www.4-XX.com                     |
| http://www.44TOM.com                    |
| http://www.4AGOODTIMECALL.com           |
| http://www.553999.com                   |
| http://www.5MUSIC.com                   |
| http://www.816ESCORTS.com               |
| http://www.8INCHDICKS.com               |
| http://www.9999MM.com                   |
| http://www.A-CHANCE-TO-SEE-IT.com       |
| http://www.AARONICA.com                 |
| http://www.ABBYSAMATEURS.com            |
| http://www.ACCOUNTING-SOLUTION.com      |
| http://www.ADMIRALTYATTORNEYS.com       |
| http://www.ADULT-AMATEUR-SEX-VIDEO.com  |
| http://www.ADULT-WEBCAMX.com            |
| http://www.AFOTOS.com                   |
| http://www.AFRICAN-CHATS.com            |
```

```
http://www.AGEKI.com
http://www.AIRFORCE-CONTACTS.com
http://www.AIRMADE.com
http://www.ALIMENTARIAS.com
http://www.ALIXXE.com
http://www.ALLASIANNUDES.com
http://www.ALLISONSILVA.com
http://www.AMATEUR-EXCLUSIVES.com
http://www.AMATEUR-PORN-VIDEOS-AND-DVDS.com
http://www.AMATEURYVOYEUR.com
http://www.AMELAANDERSON.com
http://www.AMERICLUB.com
http://www.AMSTARREALTORS.com
http://www.ANAL-PICTURE.com
http://www.ANALTEENIE.com
http://www.ANARCHYMUSHROOMS.com
http://www.ANCESTRALINVESTIGATION.com
http://www.ANNARBORACCOMMODATION.com
http://www.ARCADE4LIFE.com
http://www.ARENATEENS.com
http://www.ARGENTINAHUNTINGGUIDES.com
http://www.ARICABAINA.com
http://www.ARIELLE-ESCORT-LYON.com
http://www.ARMERIASAVOCA.com
http://www.ARVADACARRENTAL.com
http://www.ASIAN-SEX-TEEN.com
http://www.ASIANDOORWAY.com
http://www.ASIANSAMATEURX.com
http://www.ASIATEX.com
http://www.ASKPEVES.com
http://www.ASSBUDDIES.com
http://www.ASSHUNTERS.com
http://www.ATHENSBMX.com
http://www.ATLANTISGILDE.com
http://www.ATTRACTIVEAMATEURS.com
http://www.AVARIES.com
http://www.BABESHED.com
http://www.BANKFINANCEINFO.com
http://www.BARGAINPEANUTS.com
http://www.BARSILONA.com
http://www.BASKETBALLRADIO.com
http://www.BATHROOMPICTURES.com
http://www.BBACKGAY.com
http://www.BBWCLIPS4SALE.com
http://www.BCBLACKCATS.com
http://www.BDSM-DVD.com
http://www.BDSM-ROOM.com
```

44

```
http://www.BEAUTFULAGONY.com
http://www.BEAUTIFUL-FOOT.com
http://www.BEAUTIFULNICOLE.com
http://www.BEAUTYPARK.com
http://www.BEDMOTOR.com
http://www.BEINAPORNMOVIE.com
http://www.BELGIUMBABES.com
http://www.BELLE-POUFF.com
http://www.BESTFASHIONCOMPANY.com
http://www.BESTIRAS.com
http://www.BESTPORNLAND.com
http://www.BIABORO2.com
http://www.BIGANDSEXY.com
http://www.BIGCOCKACTION.com
http://www.BIRTHDAYBJ.com
http://www.BITCHINBUDDY.com
http://www.BLONDE-NUTTEN.com
http://www.BLONDESHARDCORE.com
http://www.BLOW-JOBS-ORAL-SEX.com
http://www.BLOWJOB-SERIES.com
http://www.BLOWJOBPICS.com
http://www.BLUCANTRELLNUDE.com
http://www.BOLOOR.com
http://www.BOLTONFC.com
http://www.BONERTOWN.com
http://www.BOOBOX.com
http://www.BOOBSQUARED.com
http://www.BOOTSYTAYLOR.com
http://www.BORACAYHIDEAWAY.com
http://www.BOUNDFX.com
http://www.BOYKONTAKT.com
http://www.BROADBAND-XXX-MOVIES.com
http://www.BROOKESINSTITUTE.com
http://www.BULGARIAN-LISTINGS.com
http://www.BUSHSHOTOUT.com
http://www.BUYHOTSEXWARE.com
http://www.BYWEEKLY.com
http://www.CALBOOK.com
http://www.CALIFORNIA-EXOTIC-NOVELTIES.com
http://www.CANTIGA-INTL.com
http://www.CARBONCRAFT.com
http://www.CARTOON-NETWORK-WORLD.com
http://www.CASINOSNJ.com
http://www.CDBABE.com
http://www.CELEBTEXT.com
http://www.CENIMANOW.com
http://www.CHATINGFORTEENS.com
```

45

48

```
http://www.CHEAP-PING-GOLF-CLUBS.com
http://www.CHEAPMOTORCYCLEPIPES.com
http://www.CHEAPROADBICYCLES.com
http://www.CHICASENLINEA.com
http://www.CHICKSNOTDICKS.com
http://www.CHILO.com
http://www.CHINESEPORN.com
http://www.CLANKS.com
http://www.CLONIS.com
http://www.CODIGOX.com
http://www.COGEIM.com
http://www.COLLEGELEGS.com
http://www.COMEHOMETOHAWAII.com
http://www.COMEKDIRECT.com
http://www.COMMUNET.com
http://www.CONCEITO.com
http://www.CONCRETEPATIOFURNITURE.com
http://www.CONTACTMAG.com
http://www.CONTROL-PILATES.com
http://www.COOLNODE.com
http://www.COOLPORNOPICS.com
http://www.CQNETINFO.com
http://www.CUM-SWALLOWERS.com
http://www.CUMONYOU.com
http://www.CYBERWEBSEX.com
http://www.DANSOYKE.com
http://www.DARSEX.com
http://www.DIASBAT.com
http://www.DICKSPORNO.com
http://www.DINGED.com
http://www.DIRTY-EROTIC.com
http://www.DIRTYBOOKSTORE.com
http://www.DIRTYDICK.com
http://www.DISCHARGING.com
http://www.DISCOUNTBARSUPPLIES.com
http://www.DISCOUNTCHECKERS.com
http://www.DISCOUNTCUECASES.com
http://www.DISCOUNTSPACETOURS.com
http://www.DISCREET-SEX-CHAT.com
http://www.DOG-FUCKING.com
http://www.DOTAUCTIONEER.com
http://www.DOUGA1.com
http://www.DPLO.com
http://www.DRAGHIXA.com
http://www.DRLOVEBEAST.com
http://www.DVD-MATURE-WOMEN-WITH-YOUNGER-GIRLS-8.com
http://www.E-TELEFON.com
```

49

```
http://www.EARTHMOVERTIRES.com
http://www.EASTLALATINA.com
http://www.EBAMOTORS.com
http://www.EBONYCHANNEL.com
http://www.EDEFENCE.com
http://www.EDMONTONYELLOWPAGES.com
http://www.EDUPI.com
http://www.EFISHFARMING.com
http://www.ELKTONKENTUCKY.com
http://www.ELMASCACHONDO.com
http://www.ELNR.com
http://www.ELOVECOLLEGE.com
http://www.ENGINEER-BOSSTECH.com
http://www.ENVIROSEARCH.com
http://www.EPHAROS.com
http://www.EPICUIRIOUS.com
http://www.EPUK.com
http://www.EROS-NEVADA.com
http://www.EROTIC-PASSWORDS.com
http://www.EROTICACHAT.com
http://www.EROTICDRAGONS.com
http://www.EUROSWING.com
http://www.EX-COM.com
http://www.FANTASMEAGOGO.com
http://www.FANTASTICGENERICDRUGS.com
http://www.FANTASYFIGHTS.com
http://www.FANTASYGOBLETS.com
http://www.FANTASYSHOWBARONLINE.com
http://www.FARM-SEX-PORN-PICS.com
http://www.FARMCUMSLUTS.com
http://www.FARMERGIRLS.com
http://www.FARMYFUN.com
http://www.FAT-WHORES.com
http://www.FCPO.com
http://www.FEDISH.com
http://www.FEMME-LATEX.com
http://www.FERNANDONIEVAS.com
http://www.FETISHPRESS.com
http://www.FEVEROR.com
http://www.FINALYLEGAL.com
http://www.FINOLA-ONLINE.com
http://www.FIREWALLCHANNEL.com
http://www.FIRSTCLASSMALE.com
http://www.FITNESSADULTMODEL.com
http://www.FLIGHTPLANS.com
http://www.FLOORJACKSONLINE.com
http://www.FOOTBALLSIMULATION.com
```

47

```
http://www.FORUMS-OSCARWATCH.com
http://www.FOSTERSELECT.com
http://www.FOTOS-HARDCORE.com
http://www.FOTOSDESHAKIRA.com
http://www.FOTOSPORNOCASERAS.com
http://www.FOTOSYVIDEOSDEZOOFILIA.com
http://www.FREE-ALL.com
http://www.FREE-INTERNET-PICS.com
http://www.FREE-SEX-TGP.com
http://www.FREEARHIVE.com
http://www.FREECAMGIRL.com
http://www.FREEPARISHILTONPORNO.com
http://www.FREESECX.com
http://www.FRONTHAUL.com
http://www.FRUGALRENTERSINSURANCE.com
http://www.FUCK2.com
http://www.FUCKAGRANNY.com
http://www.FUCKAMERICA.com
http://www.FUCKAS.com
http://www.FUCKERING.com
http://www.FULLBLOWNPICTURES.com
http://www.FULLCYCLEARIZONA.com
http://www.FUNWIVES.com
http://www.FURIN-NAGOYA.com
http://www.FWXA.com
http://www.GALERIASWARRAS.com
http://www.GAMELEXGS.com
http://www.GAY-AND-LESBIAN.com
http://www.GAYLEBANESE.com
http://www.GAYMALEESCORTS.com
http://www.GAYPORNPOST.com
http://www.GAYTEENAGEBOYS.com
http://www.GET-SHEMALE.com
http://www.GENKI-TV.com
http://www.GIRLSVSGIRLS.com
http://www.GIRLSWRESTLINGVIDEOSMOVIES.com
http://www.GOLDASSETS.com
http://www.GOT18.com
http://www.GRANDASSES.com
http://www.GREATESTFREEINTERNET.com
http://www.GREEN-MUSIC.com
http://www.GREENVILLEFANTASIES.com
http://www.GROUPFUCKINGACT.com
http://www.GUYZCLUB.com
http://www.HARBORHEALTHCARE.com
http://www.HERBAL-PENIS-ENLARGEMENT-PILLS.com
http://www.HIMANAVI.com
```

51

```
http://www.HIVILLA.com
http://www.HOHLRV.com
http://www.HORNYLOLITA.com
http://www.HORNYSINS.com
http://www.HOTJOYRIDE.com
http://www.HOTPIX.com
http://www.HOTTIENETWORK.com
http://www.HOWSTURRWORKS.com
http://www.HUGECRANES.com
http://www.HUMANSERVICESCOURSES.com
http://www.HUMONGOUSCOCK.com
http://www.HUNGARYMUSIC.com
http://www.HUREN-FORUM.com
http://www.HUSTLERHONEYS.com
http://www.IBIGSTUFF.com
http://www.ICD-CREATION.com
http://www.IFEZ.com
http://www.IHOROSCOPE.com
http://www.IHRFILM.com
http://www.INCESTCAM.com
http://www.INFOSECK.com
http://www.INSANEINDIANS.com
http://www.INTERNETCALLSONLINE.com
http://www.INVESTINGMAGAZINE.com
http://www.IPSWICHTOWN.com
http://www.IR2SEX.com
http://www.ITALIABOY9.com
http://www.ITALYGEOGRAPHY.com
http://www.ITIT.com
http://www.IVINAX.com
http://www.JAMESCONNORPRODUCTIONS.com
http://www.JENNIFERLOEZ.com
http://www.JEUNES-DOCILES.com
http://www.JEWISHASSOCIATIONS.com
http://www.JIMSDOGHOUSE.com
http://www.JIVETSHIRTS.com
http://www.JIZZAHOLLIC.com
http://www.JIZZHARVESTER.com
http://www.JOBWERKSTATT.com
http://www.JOCKSTRAPLOUNGE.com
http://www.JOGODASEDUCAO.com
http://www.JULIASEX.com
http://www.JULIESTOLLE.com
http://www.JUMJEESTORY.com
http://www.K91K.com
http://www.KAMASUTRACONDOMS.com
http://www.KANADEN.com
```

49

52

```
http://www.KANSASHOTTIES.com
http://www.KARASXXXMOVIES.com
http://www.KAZZA-OF-PORN.com
http://www.KEGSLINKS.com
http://www.KEIKOSWORLD.com
http://www.KHALIDQ8.com
http://www.KID-CENTRAL.com
http://www.KIMBALLELECT.com
http://www.KINKYTRANNY.com
http://www.LAMALDICION.com
http://www.LAPUTAYLABALLENA.com
http://www.LASVEGASADULTS.com
http://www.LATEXMOVIE.com
http://www.LATINAGAL.com
http://www.LEGSTOTOES.com
http://www.LENEINGTREE.com
http://www.LESBIANSOFTHEDAY.com
http://www.LIKEIT2.com
http://www.LINGERIE2K.com
http://www.LISBIANS.com
http://www.LIVESCORS.com
http://www.LOFT-IS-BACK.com
http://www.LONDONKURT.com
http://www.LONESTARLADIES.com
http://www.LOSTPASSWORDS.com
http://www.LOSTPHOTOS.com
http://www.LOVELY-ADRIANA.com
http://www.LOVETHECUNT.com
http://www.LOWBUDGETPORN.com
http://www.MAILXX.com
http://www.MAJALAH-FEMINA.com
http://www.MAMALONAS.com
http://www.MARIA-MENOUNOS.com
http://www.MARINEKEEPERSHOBBYSHOP.com
http://www.MASTURBATIONAVIS.com
http://www.MATURE-SPACES.com
http://www.MATUREGAYFUCK.com
http://www.MEDIAOD.com
http://www.MERCAWEB.com
http://www.METALELECTRICALCONTACTS.com
http://www.MEXICANGRAPHICS.com
http://www.MIAMIHEARALD.com
http://www.MIKES-APARTMENT-4ALL.com
http://www.MILFHUNTERPHONESEX.com
http://www.MINIMOTO-DIRECT.com
http://www.MINISTRY-OF-PORN.com
http://www.MIST-POWER.com
```

50

```
http://www.MISTRESSERICA.com
http://www.MITCHMUSSO.com
http://www.MNUTD.com
http://www.MONKEYSEX.com
http://www.MONSTAMOVIES.com
http://www.MOREOFTHEBEST.com
http://www.MORGANDAILY.com
http://www.MOTOLANDMX.com
http://www.MPEGSPOST.com
http://www.MYASIANANGEL.com
http://www.MYFREEGAYSEXMOVIES.com
http://www.MYGAYANALSEX.com
http://www.MYSEXCENTRAL.com
http://www.MYSIIMON.com
http://www.NAKED-WRESTLING.com
http://www.NATVCD.com
http://www.NEEDSOME.com
http://www.NEW-HDEAI.com
http://www.NEWSUMMERGIRLS.com
http://www.NICE-PEACH.com
http://www.NICKELIADES.com
http://www.NIGHTOWLMALL.com
http://www.NONPROFITLAWYERS.com
http://www.NORWEGIANRESORT.com
http://www.NRENTALS.com
http://www.NTSCAPE.com
http://www.NUDE-GAY-TWINKS.com
http://www.NUDELPC.com
http://www.NUDESINPARADISE.com
http://www.NUDETEENAGEPUSSY.com
http://www.NWPBOOKS.com
http://www.NYLIC.com
http://www.OFELIAW.com
http://www.OFFICE-HIDDEN-CAMS.com
http://www.OH-MY.com
http://www.OMADAME.com
http://www.ONDAMADRID.com
http://www.ONSEXCAM.com
http://www.ONTHEGRAPEVINE.com
http://www.OURFEED.com
http://www.OVERBABE.com
http://www.PANSAT2300.com
http://www.PARA-REISEN.com
http://www.PARTYFAVORPHOTOS.com
http://www.PC-PORNO.com
http://www.PE7.com
http://www.PEEAMATEUR.com
```

51

54

```
http://www.PENISESENLARGEMENT.com
http://www.PETITESFANTASY.com
http://www.PILLS-PENIS.com
http://www.PINATASONINE.com
http://www.PINGREEREALESTATE.com
http://www.PINK-STREAM.com
http://www.PLAESURE.com
http://www.PLANETAPIES.com
http://www.PLAYBOYCHAT.com
http://www.PLUMJOB.com
http://www.POKERDEGENERATE.com
http://www.POLLICES.com
http://www.POPDOH.com
http://www.PORN-ON-FIRE.com
http://www.PORNAWAY.com
http://www.PORNO-PRIZE.com
http://www.PORNOMEDYA.com
http://www.PORNOPASSELITE.com
http://www.PORNOSXX.com
http://www.PORNOTOYZ.com
http://www.PORNSTARSRULE.com
http://www.PRIESTCULT.com
http://www.PRINCETONEREVIEW.com
http://www.PROSTITUS.com
http://www.PSQUAREENGG.com
http://www.PSYCHOLOGYJOURNAL.com
http://www.PUBLIC-NUDITY-GIRLS.com
http://www.PUBLICMAIL.com
http://www.PUNISHMENTEROTIC.com
http://www.PUSSYDROP.com
http://www.PUSSYINYOURFACE.com
http://www.PUSSYWHIPED.com
http://www.PUTI-HDEAI.com
http://www.PYCCKUUCEKC.com
http://www.QMER.com
http://www.QUAKESKINS.com
http://www.RACALITSEC.com
http://www.RANCHOCUCAMONGARESTAURANTGUIDE.com
http://www.RANDYMILF.com
http://www.RARETEENS.com
http://www.RAYMANIACI.com
http://www.REAL-HARDCORE-PORN.com
http://www.REALEROTIC.com
http://www.REALESTATEBUYERBEWARE.com
http://www.RESEDA-CA.com
http://www.RESORT-INFO.com
http://www.ROSEMONO.com
```

55

```
http://www.SAILOR-MOON-PORN.com
http://www.SEARCHFEE.com
http://www.SEINS-GROS-SEXYS.com
http://www.SELLINGADOMAINNAME.com
http://www.SEOSEM32.com
http://www.SERIESXXX.com
http://www.SEVENDUSTDIRECT.com
http://www.SEX-FOR-YOU.com
http://www.SEXALLTHETIME.com
http://www.SEXAUCTIONS.com
http://www.SEXBBANG.com
http://www.SEXMODELLS.com
http://www.SEXNBEER.com
http://www.SEXSAFARI.com
http://www.SEXTEENSFUCKED.com
http://www.SEXTOOONS.com
http://www.SEXWORLDLINKS.com
http://www.SEXYEXOTICBEAUTY.com
http://www.SEXYMARGARET.com
http://www.SHABA-X.com
http://www.SHANGHAIAPPLIANCES.com
http://www.SHEMALE-WEBCAM.com
http://www.SHEMALEKINK.com
http://www.SHEMALESONTHENET.com
http://www.SIMPLYEROTICA.com
http://www.SIMPLYTGP.com
http://www.SISTAPORN.com
http://www.SLEAZYGIRL.com
http://www.SLIDING.com
http://www.SLUTSFUCK.com
http://www.SMART-MARRIAGES.com
http://www.SMUTMUT.com
http://www.SNEAKGUYS.com
http://www.SOBECAMS.com
http://www.SOFTWAREVN.com
http://www.SORTEDSEX.com
http://www.STELLALOVES.com
http://www.STEPHAINE.com
http://www.STRANGE-SPECIES.com
http://www.STROKEOFMIDNIGHT.com
http://www.SUCEMABITE.com
http://www.SUCKMYBIG-DICK.com
http://www.SUELTO.com
http://www.SUGAR215.com
http://www.SULLIVANCONSTRUCTION.com
http://www.SUPERKOKO.com
http://www.SUREGROWTH.com
```

53

56

```
http://www.SWEETSBIKINI.com
http://www.SWELLSEXXX.com
http://www.TAHITISEX.com
http://www.TARAREIDNUDE.com
http://www.TARUMI-ROCKMAN.com
http://www.TECCANINA.com
http://www.TEENAGE-FUCK.com
http://www.TEENHORIZONTS.com
http://www.TEENPHONE.com
http://www.TEEW.com
http://www.TENNISE.com
http://www.TETASMUYGRANDES.com
http://www.TGP-PORN.com
http://www.THEBLOWJOB.com
http://www.THEINTERNETSUCKS.com
http://www.THESEXEMPIRE.com
http://www.THESHADOWLORD.com
http://www.THISISVICTORIA.com
http://www.TIMESPENT.com
http://www.TIMITEDTOO.com
http://www.TOP-BEST.com
http://www.TOPLESS-DEALERS.com
http://www.TORONTOLOFTSFORSALE.com
http://www.TOTALLYBRIANA.com
http://www.TOTEMPOLE.com
http://www.TRANNYTRANNY.com
http://www.TRANSPIC.com
http://www.TRIPLEXMONSTER.com
http://www.TURISERV.com
http://www.TWATLICKER.com
http://www.TWATSONLINE.com
http://www.UKWEBWIVES.com
http://www.ULTRUN.com
http://www.UNETHICALCOMPANIES.com
http://www.UNFINISHEDWOODCABINETS.com
http://www.UNIBELL.com
http://www.UPTIGHT.com
http://www.USGIRL.com
http://www.VARDAANMARKET.com
http://www.VENEZUELACALIENTE.com
http://www.VENTDEFOLIE.com
http://www.VERMONTGAYANDLESBIANWEDDINGS.com
http://www.VETEAL.com
http://www.VIBRATORS-HELP.com
http://www.VIDASALON.com
http://www.VIDEOPORR.com
http://www.VIDEOSDEFAMOSAS.com
```

57

| http://www.VIP-SEX-VIDEO.com
| http://www.VIRTUALSCARVES.com
| http://www.VIRTUALSUSPENDERS.com
| http://www.VIVISOMO.com
| http://www.VOTRENUMERO.com
| http://www.VOYEURSMUT.com
| http://www.WAMMU.com
| http://www.WANDERINGLEAF.com
| http://www.WAXYOURWILLY.com

.com sites classified as "site errors":

| http://www.2SEXUAL.com
| http://www.4SHOPME.com
| http://www.54TD.com
| http://www.ADULT-SLUTS.com
| http://www.ADULTLIVEFUN.com
| http://www.ADULTMOVIEEMPIRE.com
| http://www.ADULTTOPIA.com
| http://www.ALLCREAMPIEVIDEOS.com
| http://www.AQUIFAMOSAS.com
| http://www.ASIAN-LIVECAM.com
| http://www.BRITISH-LESBIANS.com
| http://www.BUNNIS.com
| http://www.BUSTY-BRIGITTE.com
| http://www.CHANGCHENGCPA.com
| http://www.CHINESEMALE.com
| http://www.CHRISTINAAGUILARAPICS.com
| http://www.CLUBDESIREONLINE.com
| http://www.CN-NITTAKU.com
| http://www.CNYDXW.com
| http://www.COMMUNISTSEX.com
| http://www.COOLSCAM.com
| http://www.CUM4TOYS.com
| http://www.CUMINCUTIES.com
| http://www.CUMPANY.com
| http://www.DZHAFAROV.com
| http://www.EBLOGSPACE.com
| http://www.ENCORE-DU-CUL.com
| http://www.FABLOUSPOKER.com
| http://www.FEITIANCN.com
| http://www.FINGERSPIELE.com
| http://www.FISHPAIGE2.com
| http://www.FITTED-BEDROOMS.com
| http://www.GAYDARDATING.com
| http://www.GAYSTOGAY.com
| http://www.GLAMOURPOST.com

55

58

```
http://www.GPSNAVIGATORMAGAZINE.com    |
http://www.JOSHELLIOT.com               |
http://www.JOY-MODEL.com                |
http://www.KK858.com                    |
http://www.LANDOFINCEST.com             |
http://www.LATINASPANAMA.com            |
http://www.LIVESPHERE.com               |
http://www.LIVEWEBCAMPUSSY.com          |
http://www.LOEWEB.com                   |
http://www.LOVINGLESBIANS.com           |
http://www.LOWPRICEXXX.com              |
http://www.MATUREMODELSPICS.com         |
http://www.MESKIE.com                   |
http://www.MINXLINKS.com                |
http://www.MONDOPIERCING.com            |
http://www.MOOKIESMOVIES.com            |
http://www.NATIONALAMATEURS.com         |
http://www.NAUGHTYCOVERGIRLS.com        |
http://www.NEGROSFODENDOLOIRAS.com      |
http://www.NUBILE-DESIRE.com            |
http://www.OKLAHOMACARSTEREOS.com       |
http://www.ONLINEBRANDINGSERVICES.com   |
http://www.ONLINEFOOTBALLEQUIPMENT.com  |
http://www.PANTYGALLERIES.com           |
http://www.PERVERSEPORNO.com            |
http://www.PHOTOS-NOIR-ET-BLANC.com     |
http://www.PIC100.com                   |
http://www.PORNMAILSERVER.com           |
http://www.PORNOHOLLIWOOD.com           |
http://www.PORNSNIFFERS.com             |
http://www.PRINCESSES-ESCORTS.com       |
http://www.REDHEADPICTURES.com          |
http://www.RZKAILAI.com                 |
http://www.SEXHOSTINGONLINE.com         |
http://www.SEXVIDEOSERVER.com           |
http://www.SEXYSISTERS.com              |
http://www.SILVIATORMO.com              |
http://www.SLYIP.com                    |
http://www.SMOKING-WOMEN.com            |
http://www.SOFTCORENOOKIE.com           |
http://www.SOFTRONICSYSTEMS.com         |
http://www.SOLOBOYS.com                 |
http://www.SORORITYEXPOSED.com          |
http://www.TEENSPORNUS.com              |
```

.com sites classified as "redirects":

```
http://www.1STCHOICEESCORTS.com
http://www.ADULTCONTENTLINK.com
http://www.ADULTMEMBERDIRECTORY.com
http://www.ADULTSHOPVOD.com
http://www.ALOGAN.com
http://www.AMATEURSEROTICA.com
http://www.AMBERSEX.com
http://www.AMERICANAESCORTS.com
http://www.ANALINDIA.com
http://www.ANIMEFUCK.com
http://www.ANIMEPICPOST.com
http://www.APCALIS-APIN.com
http://www.ARABPORNMOVIES.com
http://www.ARTDEVIANT.com
http://www.ASKOAPPLIANCES.com
http://www.AVERAGEPENISSIZEPICTURE.com
http://www.AZSL.com
http://www.BABESBUTTS.com
http://www.BABY-MALL.com
http://www.BALLBUSTINGSTORY.com
http://www.BEST-POKER-NETWORK.com
http://www.BEST-TEENSEXSITES.com
http://www.BIGBUTTSPANKING.com
http://www.BIGFLOPPYTITS.com
http://www.BIGMUSCELBEARS.com
http://www.BIKINIWHORE.com
http://www.BITTITS.com
http://www.BLACKLESBAINS.com
http://www.BLACKPORNSTARSFUCKING.com
http://www.BLACKVIDS.com
http://www.BLONDEWITHBIGTITS.com
http://www.BLUR2ED.com
http://www.BRAZILHARDCORE.com
http://www.BUBLEBUTTS.com
http://www.BUKKAKELAND.com
http://www.BUTTRAMMING.com
http://www.CALIFORNIACALENDARGIRLS.com
http://www.CELEBRITYSTAR.com
http://www.CELEBSPICS.com
http://www.CHICHISGRANDES.com
http://www.CHINTHE.com
http://www.CLEARPRO.com
http://www.CLIMAXREELS.com
http://www.CLUBESCORT.com
http://www.CLUBPICS.com
http://www.CUMFIESTR.com
http://www.CYBERNUDITY.com
```

57

```
http://www.DIGITSPORNO.com
http://www.DRUNKTHUMBS.com
http://www.EAGLEEYECHERRYDIRECT.com
http://www.EMARATELYOUM.com
http://www.ENCHANTEDFOOT.com
http://www.EROTICAFURNITURE.com
http://www.ESCORTPANAMATABOO.com
http://www.ESTUDIOMISTICO.com
http://www.EUROGUYS.com
http://www.EXOTICCHAMBERS.com
http://www.EXTREMLOAD.com
http://www.FAIRFIND.com
http://www.FANTASYWEBCAMS.com
http://www.FARMGAY.com
http://www.FEDERATIONOFBLACKCOWBOYS.com
http://www.FETISHACTION.com
http://www.FETISHLIVECAMS.com
http://www.FILMMAKERBOOTCAMP.com
http://www.FIRSTCLASSESCORTS.com
http://www.FLESHWORLD.com
http://www.FREEADULTTHUMBNAIL.com
http://www.FREEADULTXXXMPEGS.com
http://www.FREEANALSEXPICS.com
http://www.FREEASIANASS.com
http://www.FREEFORADULTS.com
http://www.FREEPORNOGRAPHICVIDEOS.com
http://www.FREESEXNAH.com
http://www.FREETEENPORNMOVIE.com
http://www.FREEVOYEURPICTURES.com
http://www.FREEXXXSTREAMINGVIDEO.com
http://www.FTCINTERNET.com
http://www.FUCKCHIX.com
http://www.FUCKINGKIDS.com
http://www.FUCKINGPIECEOFSHIT.com
http://www.FUCKYOUNGWOMEN.com
http://www.GAGJOB.com
http://www.GANGUROGIRL.com
http://www.GASLAMPVIDEO.com
http://www.GAYPRONO.com
http://www.GAYTRANSEXUALS.com
http://www.GETABIGGERDICK.com
http://www.GIRL-GAMERS.com
http://www.GIRLFEST.com
http://www.GIRLINTERACTIVE.com
http://www.GIZOLE.com
http://www.HARDCORELIST.com
http://www.HARDCOREPORNBLOWJOBS.com
```

58

```
http://www.HARDRIDEN.com
http://www.HEAVENLYLESBIANS.com
http://www.HOOKERS-ON-DEMAND.com
http://www.HOTLESBIANS.com
http://www.HOTNAUGHTYSEX.com
http://www.HOTWIFEXXX.com
http://www.HOUSTONLADIES.com
http://www.HUGEMONSTERCOCKS.com
http://www.HUMANBUILT.com
http://www.HUNGRY4IT.com
http://www.HUSTLERMERCHANDISE.com
http://www.INDEPENDENTCOURTESAN.com
http://www.JASONWONG.com
http://www.JHOT.com
http://www.JOJO-SUICIDE.com
http://www.JOKESADULT.com
http://www.JUICYJASMINE.com
http://www.KAMILLA18.com
http://www.KARASAMETEURS.com
http://www.KAZAMAFA.com
http://www.KINKYJOE.com
http://www.LADYCOCK.com
http://www.LANSINGESCORTS.com
http://www.LATENTNUDITY.com
http://www.LAURENLIPS.com
http://www.LEGENDSOFPORN.com
http://www.LESBIANLYNX.com
http://www.LESBOFETISH.com
http://www.LONGANDMAQUADE.com
http://www.LONGIRE.com
http://www.MAMABLOGS.com
http://www.MANSEXXX.com
http://www.MASERATITCPARTS.com
http://www.MATUREJUGGS.com
http://www.MATUREPUSSYTHUMBNAILS.com
http://www.MERMAIDCOMICS.com
http://www.MORESEXFORYOU.com
http://www.NACKTE-ASIATINNEN.com
http://www.NUDEARTFILM.com
http://www.NUDEGODDESSES.com
http://www.NUDELESBO.com
http://www.NUDITYREVIEWS.com
http://www.ONLYTENSTGP.com
http://www.ORIENTALPORNGIRLS.com
http://www.PAPILLONFILMS.com
http://www.PHILLYESCORT.com
http://www.PISSINGCLIPS.com
```

59

```
http://www.PLUMPERGIRL.com
http://www.PORN-FREAK-SHOW.com
http://www.PORNALLSTARS.com
http://www.PORNDIVA.com
http://www.PORNFORLIFE.com
http://www.PORNO-ONE.com
http://www.PORNOSESSION.com
http://www.PORNVIDEOSTREAMS.com
http://www.PRIMECUPPS.com
http://www.PROGRESSIVESUCKS.com
http://www.PURETEENACTION.com
http://www.PUSSYHOST.com
http://www.RATEMYCAMLTOE.com
http://www.REALNYMPHETS.com
http://www.REALTEENPORN.com
http://www.ROCKTORICHES.com
http://www.SEX-BASAR.com
http://www.SEXDAYS.com
http://www.SEXE-FR.com
http://www.SEXPETITE.com
http://www.SEXREJECTS.com
http://www.SEXYBIKERBABES.com
http://www.SEXYYOUNGLESBIANS.com
http://www.SHADYVIEW.com
http://www.SHOWCOUNT.com
http://www.SOFTCOREMAGAZINE.com
http://www.SPEEDYTHUMBS.com
http://www.STRIP-TEASE.com
http://www.STUDUSPANISH.com
http://www.STUPIFVIDEOS.com
http://www.SUCKMYFINGER.com
http://www.SWINGER-PARTY.com
http://www.TAKEHOLE.com
http://www.TEEENPORN.com
http://www.TEENMOVIE.com
http://www.THROATBANGER.com
http://www.TINEYTITS.com
http://www.TITSPUSSY.com
http://www.TONGUEINPUSSY.com
http://www.TRAILERTRASHPUSSY.com
http://www.TRANSCRIPTIONJOBS.com
http://www.TRANSSEXUALCOCK.com
http://www.TRISTARVIDEO.com
http://www.TWINKSINC.com
http://www.UKUN.com
http://www.USDATINGLIST.com
http://www.VAGINAEXAMS.com
```

63

```
| http://www.VAGINALEXAMINATIONS.com      |
| http://www.VEGEBURGERS.com              |
| http://www.VERMONTCLUBS.com             |
| http://www.VISURA.com                   |
| http://www.VOYUERDOR.com                |
| http://www.WEB-MANIJA.com               |
```

Sites left over, i.e. "real" .com Web sites blocked by FortiGuard:

```
| http://www.1-NUDE-PAMELA-ANDERSON-PORN-PICS.com    |
| http://www.1A-PORNOBILDER.com                      |
| http://www.3WEBCAM.com                             |
| http://www.411BROADBAND.com                        |
| http://www.411PROVISIONS.com                       |
| http://www.453-4530.com                            |
| http://www.50PORNSTARS.com                         |
| http://www.90B.com                                 |
| http://www.AARONPOEHLER.com                        |
| http://www.AATEENSLUTS.com                         |
| http://www.ACCER.com                               |
| http://www.ACCESSANIMEPORN.com                     |
| http://www.ACCESSO-DIRETTO.com                     |
| http://www.ACID-BOY.com                            |
| http://www.ACMEJAPAN.com                           |
| http://www.ADCONTENTDESIGN.com                     |
| http://www.ADDICTIVEBONDAGE.com                    |
| http://www.ADLUXE.com                              |
| http://www.ADULT-PAYSITES.com                      |
| http://www.ADULTARCADE.com                         |
| http://www.ADULTMONKEY.com                         |
| http://www.ADULTNNTP.com                           |
| http://www.ADULTREALITYSEX.com                     |
| http://www.ADULTSPICS.com                          |
| http://www.ADULTWEBSITESOLUTIONS.com               |
| http://www.AEMMEGROUP.com                          |
| http://www.AFROSEXXX.com                           |
| http://www.ALABAMASEX.com                          |
| http://www.ALESBIANSTORIES.com                     |
| http://www.ALIENDILDOS.com                         |
| http://www.ALLFOOTJOBS.com                         |
| http://www.ALLGAYBOYS.com                          |
| http://www.ALLOCHARM.com                           |
| http://www.ALPHASRV.com                            |
| http://www.AMATEURLESBIANORGY.com                  |
| http://www.AMATEURPERVERSIONS.com                  |
| http://www.AMERICAN-MORTGAGE-AND-REALTY.com        |
| http://www.ANALATOR.com                            |
```

61

```
http://www.ANALFETISHES.com
http://www.ANALOMELET.com
http://www.ANDRZEJLEPPER.com
http://www.ANGELCRACK.com
http://www.ANGIESPLAYGROUND.com
http://www.ANIME-USA.com
http://www.ANNELIVE.com
http://www.ANNIEWILDEY.com
http://www.ANNUAIRE-SPORTIF.com
http://www.APRIVATEAFFAIR4U.com
http://www.ARTISTS-BLOG.com
http://www.ASIAN-LOVER.com
http://www.ASIAN-WOMEN-SCHOOLGIRLS-PUSSY-PICS-FREE-SEX-PORN-PICS.com
http://www.ASIANBUKKAKESHOWERS.com
http://www.ASIANCHUBBY.com
http://www.ASIANCUMSUCKERS.com
http://www.ASIANTHUMBNAILGALLERY.com
http://www.ASSESFORYOU.com
http://www.ASSORTEDBOOBS.com
http://www.ATOUSEX.com
http://www.AVENA-LEE.com
http://www.BABE-ACTION.com
http://www.BABESONTHENET.com
http://www.BADMAMA.com
http://www.BALDA-SERVICES.com
http://www.BANG-MILF.com
http://www.BANGKOKANGELS.com
http://www.BARPIX.com
http://www.BBW18.com
http://www.BCPORN.com
http://www.BDSMANIME.com
http://www.BDSMISRAEL.com
http://www.BEACHHOUSEXXX.com
http://www.BEARPASS.com
http://www.BEAUTE-NUE.com
http://www.BEAUTYBABE.com
http://www.BELFASTMASSAGE.com
http://www.BENELUXCAMS.com
http://www.BESTIALRAPE.com
http://www.BESTXXXPUSSIES.com
http://www.BIG-HUGE-PUFFY-TITS-TINY-BOOBS-ERECT-LONG-NIPPLES.com
http://www.BIGFREEPORNSTARS.com
http://www.BIGGESTWOMEN.com
http://www.BIGMOVIELAND6.com
http://www.BIGTOPDIGITAL.com
http://www.BIKINIGUIDE.com
http://www.BIKINIINC.com
```

65

```
http://www.BIZARRESEXDIARIES.com
http://www.BLACKANDASIAN.com
http://www.BLACKBBWBUTTS.com
http://www.BLACKPUSSYPORNPICS.com
http://www.BLACKS-SEXE-HARD.com
http://www.BLACKSEX-X.com
http://www.BLISS4WOMEN.com
http://www.BLISSFASMAN.com
http://www.BLONDEBUSHES.com
http://www.BLOWJOBPORN.com
http://www.BLUEBERRYKOBE.com
http://www.BOB-PICS.com
http://www.BONDAGEBOX.com
http://www.BOOTYLICIOUSBLACKGIRLS.com
http://www.BOOTYPARLOUR.com
http://www.BORCHERNEWS.com
http://www.BOTTOMBOYREVIEWS.com
http://www.BOYDELUXE.com
http://www.BOYSFROMBRAZIL.com
http://www.BOYSNATION.com
http://www.BRAGGINGBOYFRIEND.com
http://www.BRASILIAN-MOVIES.com
http://www.BRAZILIAN-SHEMALE.com
http://www.BRIGHTHORIZONGIFTWORLD.com
http://www.BRITISHLIVEGIRLS.com
http://www.BSSEX.com
http://www.BUSTYAMATERS.com
http://www.BUSTYSISTER.com
http://www.BUYVPRX.com
http://www.C-O-C-K-S.com
http://www.CAPRISEX.com
http://www.CARLISELAMB.com
http://www.CASHNEXTDOOR.com
http://www.CASINOGEMIDOS.com
http://www.CAWAL.com
http://www.CELEBACTOR.com
http://www.CELEBRITYFUCK.com
http://www.CHAINGANGGIRLS.com
http://www.CHAVDA.com
http://www.CHICASX.com
http://www.CHIX4FUN.com
http://www.CLINICADENTALMIRANDA.com
http://www.CLUB-ATENE.com
http://www.CLUB-X-VIDEO.com
http://www.CLUBFANTASYLONDON.com
http://www.CLUBGROUPSEX.com
http://www.CLUBKONTAKT.com
```

63

66

http://www.CLUBTRAVESTI.com
http://www.COCKATOOCONNECTION.com
http://www.COCKFORUM.com
http://www.COLLEGE-GIRLS.com
http://www.COLLEGEREALITYPORNSITES.com
http://www.COLLEGGIRLRENTALS.com
http://www.COMEGIRL.com
http://www.COMICSODOM.com
http://www.COMPUDOCTORSA.com
http://www.CONTACTOS-AMIGOSS.com
http://www.COSTA-BLANCA-SWINGERS.com
http://www.COURTING-DISASTER.com
http://www.CRAVINGSEX.com
http://www.CRAZY-XXX-GAYS.com
http://www.CREAMPIE-VIDEOS-NETWORK.com
http://www.CREAMPIESXXX.com
http://www.CUBICLECUTIES.com
http://www.CUCKYBOYS.com
http://www.CUM-HER-FACE.com
http://www.CUMGETLUCKY.com
http://www.CUMSUCKINGGUTTERSLUTS.com
http://www.DAILY-VIDEO.com
http://www.DAILYPINKLINKS.com
http://www.DANIELARUSH.com
http://www.DATA70.com
http://www.DATINGINSIDERTIPS4U.com
http://www.DCHONEYS.com
http://www.DEAI-LIFE.com
http://www.DEEP-THROAT-PIC.com
http://www.DEEPTHROATLINKS.com
http://www.DELICIOUSDELANIE.com
http://www.DEMONBEACH.com
http://www.DIRTYPRICK.com
http://www.DIRTYSITE.com
http://www.DJADAMASH.com
http://www.DOGGERSUNCOVERED.com
http://www.DOLLCLUBS.com
http://www.DOMAINCONTRACTORS.com
http://www.DOMINALIST-TOP100.com
http://www.DREAMGRANNYPICS.com
http://www.DRENSEX.com
http://www.DRJIZZ.com
http://www.DS-LTD.com
http://www.DUBLINSTRIPPERS.com
http://www.DUDESONDEMAND.com
http://www.DUNGEONPLEASURES.com
http://www.DVDSEXLAND.com

```
http://www.EBONYPLEASUREBROKER.com
http://www.ECDV.com
http://www.EHESTUTE.com
http://www.EJACULATION-MASTER.com
http://www.EMILYDOLL.com
http://www.ENJOY-ATOZ.com
http://www.EONPAL.com
http://www.ERICSMOVIES.com
http://www.ERINGETSNASTY.com
http://www.ERO-CAMS.com
http://www.EROS-ATLANTA.com
http://www.EROS-PRAGUE.com
http://www.EROTIC-STORIES-4U.com
http://www.EROTICAPLUS.com
http://www.EROTICMONICA.com
http://www.EROTICXXXPORN.com
http://www.EROTIEKCLUB.com
http://www.EROTIKCLUB.com
http://www.ESCORT-VIP-OWC.com
http://www.ESCORTPHONENUMBERS.com
http://www.ESMERALDASXXX.com
http://www.ETHNICREALITYPORN.com
http://www.EU-HUREN.com
http://www.EXESSAUNA.com
http://www.EXHIBITION-AMATEUR.com
http://www.EXOTIC-ASIANS.com
http://www.EXOTICSADVERTISING.com
http://www.EXPERIENCEAMSTERDAM.com
http://www.FACE-FUCKING-ASIANS.com
http://www.FACEBASHING.com
http://www.FAMOUSWETPUSSY.com
http://www.FANFORMS.com
http://www.FASCHINGHUETTE.com
http://www.FASTFORDE.com
http://www.FATNOLD.com
http://www.FETISCH-WEBCAMS.com
http://www.FETISCHWERK.com
http://www.FETISH-MONSTER.com
http://www.FILMS-SEXY.com
http://www.FINDINGPOEPLE.com
http://www.FINEBLOWJOBS.com
http://www.FINESTHENTAI.com
http://www.FINGEREDTEEN.com
http://www.FLASHING-GIRLS.com
http://www.FORCED-SEX-VIDEOS.com
http://www.FRAUENLIVE.com
http://www.FREE-PUSSY-FREE-PUSSY.com
```

65

```
http://www.FREE4ADULTS.com
http://www.FREEADULTXXXMOVIES.com
http://www.FREEBLOWJOBVIDEOCLIPS.com
http://www.FREEBOYCOCKS.com
http://www.FREEFOR6.com
http://www.FREEMANMD.com
http://www.FREESEX-RX.com
http://www.FRESHANAL.com
http://www.FROGGYTGP.com
http://www.FUCKED11.com
http://www.FUCKGUIDE.com
http://www.FUCKINGDRUNK.com
http://www.FUCKTHEPOLICE.com
http://www.FUDOLL.com
http://www.FZPARK.com
http://www.GALSPARADE.com
http://www.GAY-EROTIC-SEX.com
http://www.GAY-HARDCORE-XXX.com
http://www.GAYBOYSPARTY.com
http://www.GAYGNOME.com
http://www.GAYPUBLICATIONS.com
http://www.GAYSEXTHUMBNAILS.com
http://www.GAYSEXVAULT.com
http://www.GAYSLOVERS.com
http://www.GAYTRACKS.com
http://www.GAYVIDEOPOST.com
http://www.GAYXTASE.com
http://www.GENNYCAM.com
http://www.GETFUCKEDTONIGHT.com
http://www.GIRLFREAK.com
http://www.GIRLRIDE.com
http://www.GIRLS-FUCK-GIRLS.com
http://www.GIRLS-RUSH.com
http://www.GIRLSGIVINGHANDJOBS.com
http://www.GIRLSLINK.com
http://www.GIRLSLOVEDOLLS.com
http://www.GLORYHOLEFETISH.com
http://www.GOTFOX.com
http://www.GRATUIT3X.com
http://www.GREGYORKXXX.com
http://www.GUYS4US.com
http://www.GUYSTOP.com
http://www.HAPPYXVIDEO.com
http://www.HARD-FETISH-PORN.com
http://www.HARD-PORN-XXX.com
http://www.HARDCORE-DVD-SHOP.com
http://www.HARDXXXTREME.com
```

66

69

http://www.HARE-OL.com
http://www.HEFTYLATINMEN.com
http://www.HIRKOPHOTO.com
http://www.HISTORIESEROTIQUES.com
http://www.HOEVIDEO.com
http://www.HOOTERSGALORE.com
http://www.HORNY-HOUSEWIVES.com
http://www.HOTANALDAILY.com
http://www.HOTCUMCAMS.com
http://www.HOTMEXICANTEENS.com
http://www.HOTPAPAI.com
http://www.HUGEFREEPORN.com
http://www.HUMMER69.com
http://www.HUNART.com
http://www.IBANNERS.com
http://www.IBIZA-CAM.com
http://www.IMPORTICONS.com
http://www.INCOLLANT.com
http://www.INTERRACIAL-SEX-PORN-VIDEOS.com
http://www.INTERRACIALPICTURESITES.com
http://www.IRON-GODDESS.com
http://www.ISABELLASOFPHILA.com
http://www.ISLIVEWEBCAMS.com
http://www.J-JIDAI.com
http://www.JACQUESOLIVIA.com
http://www.JARRETELLE.com
http://www.JETBUNNY.com
http://www.JOURNALDUCHARME.com
http://www.JUSTFETISHLINKS.com
http://www.KIPERHAKA.com
http://www.KIRAREED.com
http://www.KLOPPHENGST.com
http://www.LACUPULA.com
http://www.LAMMLAMM.com
http://www.LANGLEYCORP.com
http://www.LASPREPAGOS.com
http://www.LATEXBANK.com
http://www.LATINA-CLIP.com
http://www.LATINAMERICAVOLUNTEER.com
http://www.LATINO4FREEMAGAZINE.com
http://www.LAVISHFIXATION.com
http://www.LECIOL.com
http://www.LESBIAN-SEX-MOVIE.com
http://www.LETUSMATCHYOU.com
http://www.LEWDHOST.com
http://www.LIBERTINS-COQUINS.com
http://www.LILYXXX.com

67

```
http://www.LINKSBUKKAKE.com
http://www.LISALATHAM.com
http://www.LISAMEMBERS.com
http://www.LITTLEBLOWJOB.com
http://www.LIVEKAMS.com
http://www.LIVENIPPLES.com
http://www.LOLITASPRIVADO.com
http://www.LONECARROT.com
http://www.LONGORGASM.com
http://www.LOVETOMONICA.com
http://www.LUSTSKLAVIN.com
http://www.MACHINEBOYS.com
http://www.MANGALAMINFOTECH.com
http://www.MARCELVIDEOS.com
http://www.MARDI-GRAS-VIDEOS.com
http://www.MARKRUDD.com
http://www.MARTINATS.com
http://www.MASKME.com
http://www.MASTERRSDUNGEONS.com
http://www.MATCHMOTION.com
http://www.MATURESTEP.com
http://www.MENOFTHECAVE.com
http://www.MENSBESTSECRETS.com
http://www.MERCEDESPHOTOS.com
http://www.MICHAELSOLDIER.com
http://www.MIDLIFE-MAMMAS.com
http://www.MILFNEXTDOORCLIPS.com
http://www.MIRACLEALLEY.com
http://www.MISTRESSSABLE.com
http://www.MODERNBIKINI.com
http://www.MOSCOW-X.com
http://www.MOVIES4TEN.com
http://www.MOVIESEXTOYS.com
http://www.MYBOYSFIRSTTIME.com
http://www.MYCUSTOMPORNSITE.com
http://www.MYMYISABELLA.com
http://www.MYPORNCLUB.com
http://www.NAKED-GIRLS-NUDE.com
http://www.NAKEDCOMIX.com
http://www.NAKEDFEMINIST.com
http://www.NAUGHTY-CHICKS.com
http://www.NEEDFORFUN.com
http://www.NEUERMICROPROZESSOR.com
http://www.NEW-FUZOKU.com
http://www.NIKIFRITZ.com
http://www.NIKKIHILLTONLIVE.com
http://www.NN-STARS.com
```

```
http://www.NO2SILICONE.com
http://www.NUDERUSSIANLADIES.com
http://www.NUMBERONESEX.com
http://www.NYLONFACTOR.com
http://www.NYLONMASTURBATION.com
http://www.OHITSPINK.com
http://www.OLD-PUSSYEROTICA.com
http://www.OMAHASWINGERSASSOCIATION.com
http://www.ONEHOST.com
http://www.OOLOLO.com
http://www.OPEN-CROTCH.com
http://www.ORGASMICANIMATION.com
http://www.ORLANDOTOP10ESCORTS.com
http://www.OSCILLAS-PLAYGROUND.com
http://www.P2PXFILES.com
http://www.PACIFICBABES.com
http://www.PAJACUBANA.com
http://www.PALMSPRINGS-EXOTICS.com
http://www.PANTYVIDEO.com
http://www.PARISSEXCITY.com
http://www.PARISSEXESCORT.com
http://www.PARLOURSEARCH.com
http://www.PATIENCECLINIC.com
http://www.PAYBYCELL.com
http://www.PDXBLACKBOOK.com
http://www.PENTAGONRECORDS.com
http://www.PETERSART.com
http://www.PHONEFUN4YOU.com
http://www.PHONESEXDEALS.com
http://www.PHONESUX.com
http://www.PIDORI.com
http://www.PINKLINKZ.com
http://www.PLASFETISJ.com
http://www.PODJEBAJEV.com
http://www.POONPOSTS.com
http://www.POOPIE.com
http://www.POPAVIRGIN.com
http://www.PORN-ZONE.com
http://www.PORNCASA.com
http://www.PORNMOBY.com
http://www.PORNO-WEB-SITE.com
http://www.PORNODAN.com
http://www.PORNSTARMATRIX.com
http://www.PORTAILDEX.com
http://www.PORTOCOMPONENTS.com
http://www.PPVN.com
http://www.PRETTYNETGIRLS.com
```

69

72

```
http://www.PRIDECASH.com
http://www.PUBLICITEJNG.com
http://www.PUMP-THAT-ASS.com
http://www.PUSSY-DELUXE.com
http://www.PUSSYRULZ.com
http://www.QUATUORSAINTJEAN.com
http://www.RABBITVIBRATORS.com
http://www.RAGAZZIBLACK.com
http://www.RANKEDPORNLIST.com
http://www.RATECRAZY.com
http://www.RAWANALTHUMBS.com
http://www.REALBONDAGESTORIES.com
http://www.REALINCESTNEWS.com
http://www.REALITYPORNDIRECTORY.com
http://www.REALWILDCONTENT.com
http://www.RECTAL-ROOTER-RECTALROOTER.com
http://www.REDFETISH.com
http://www.REDHOTSEXADS.com
http://www.RENAISSANCEVOICES.com
http://www.REQUESTADULT.com
http://www.RICHERCHE-PARTICOLARI.com
http://www.RICHSLUT.com
http://www.RIPEFUCK.com
http://www.RUBBERANGEL.com
http://www.RYANSBEACHHOUSE.com
http://www.SAINTE-NITOUCHE.com
http://www.SEX-PORN-FINDER.com
http://www.SEXAB40.com
http://www.SEXBROWSING.com
http://www.SEXIETEEN.com
http://www.SEXINZOO.com
http://www.SEXKONTAKTMARKT.com
http://www.SEXOANALAMATER.com
http://www.SEXOGRATISYDURO.com
http://www.SEXOMAIS.com
http://www.SEXONDISCO.com
http://www.SEXPLICY.com
http://www.SEXTOYWEBSITES.com
http://www.SEXTVWEB.com
http://www.SEXY-NUDE-OLDER-WOMEN.com
http://www.SEXY-TRANSSEXUAL.com
http://www.SEXY-WOMEN.com
http://www.SEXYBLACKWOMEN.com
http://www.SHEMALEEROTICA.com
http://www.SHOWOFF4ME.com
http://www.SILICONTOYS.com
http://www.SIPAGASY.com
```

```
http://www.SLAAFJE.com
http://www.SLUMBERPARTIESBYALICIA.com
http://www.SMUTDUNGEON.com
http://www.SMUTPHOTO.com
http://www.SOFTCLIT.com
http://www.SOLO18.com
http://www.SORORITYPORN.com
http://www.SPANKING-WEB.com
http://www.SPICENUDES.com
http://www.SPREAD-PUSSY.com
http://www.SQUARTIER.com
http://www.SQUIRTING365.com
http://www.STARWEB21.com
http://www.STASHEDMOVIES.com
http://www.STEPHANIE-MODELE.com
http://www.STRICTLYGAYMOVIES.com
http://www.STRYDERMAN.com
http://www.SUMMERGIRLS.com
http://www.SUPERLESBY.com
http://www.SWETLANA-MODEL.com
http://www.SYDNEYPALMBEACH.com
http://www.SYLVIA-SAINT-BUKKAKE.com
http://www.TAKING-IT-OFF.com
http://www.TAMPABAYDRUNKS.com
http://www.TAWNEETEMPLE.com
http://www.TAWNYROBERTSVOD.com
http://www.TEENAGEDOWNLOAD.com
http://www.TEENCUTIES.com
http://www.TEENGIRLSLESBIANSEXPORN.com
http://www.TEENJERKS.com
http://www.TEENORGASMING.com
http://www.TEENPIES.com
http://www.TEENRELIEF.com
http://www.TELEFONCAMS.com
http://www.TERMINGIRLS.com
http://www.TFCMA.com
http://www.TGPLATINA.com
http://www.THELASTSITE.com
http://www.THEPEAKSPETNANNY.com
http://www.THESUNDELI.com
http://www.THUGFLIX.com
http://www.TIFFANYMELLONS.com
http://www.TITTENFREESITEPASS.com
http://www.TK-NPS.com
http://www.TOKYO-GENKI.com
http://www.TOMMYSY.com
http://www.TOPK88.com
```

71                                                                74

| http://www.TOPNOTCHAMATEURS.com
| http://www.TOTALLYPICS.com
| http://www.TOYOTAGIRLS.com
| http://www.TRACTSEX.com
| http://www.TRAFFICBLIZZARD.com
| http://www.TRANSENSUAL.com
| http://www.TROPICALMELANIE.com
| http://www.TRUEBLUECRUISE.com
| http://www.TSDREAMANGEL.com
| http://www.TUGJOBS-HANDJOBS.com
| http://www.TULIPFLORISTS.com
| http://www.TWINKS18.com
| http://www.UAEFLORIST.com
| http://www.UNCUTSHEMALES.com
| http://www.URINELOVE.com
| http://www.USADULTENTERTAINMENT.com
| http://www.USBLACKSWINGERS.com
| http://www.UTOPIAGIRL.com
| http://www.VACUUMEQUIPMENTSUPPLIES.com
| http://www.VEGASPEEPSHOW.com
| http://www.VID-SHOP.com
| http://www.VINTAGEADULTPAPERBACKS.com
| http://www.VINTAGETWAT.com
| http://www.VIRTUELESEX.com
| http://www.VOYEURCELLPHONE.com
| http://www.VOYEURSPICTURES.com
| http://www.WEBCAMDEVIL.com
| http://www.WEBMAXTEMPLATES.com

Of these, sites considered to be blocked in error:

| http://www.411BROADBAND.com
| http://www.411PROVISIONS.com
| http://www.453-4530.com
| http://www.AARONPOEHLER.com
| http://www.ACMEJAPAN.com
| http://www.ALPHASRV.com
| http://www.AMERICAN-MORTGAGE-AND-REALTY.com
| http://www.ANDRZEJLEPPER.com
| http://www.ANGELCRACK.com
| http://www.ANNIEWILDEY.com
| http://www.ANNUAIRE-SPORTIF.com
| http://www.BALDA-SERVICES.com
| http://www.BLISSFASMAN.com
| http://www.BRIGHTHORIZONGIFTWORLD.com
| http://www.CAWAL.com
| http://www.CELEBACTOR.com

72

75

```
http://www.CHAVDA.com
http://www.CLINICADENTALMIRANDA.com
http://www.COCKATOOCONNECTION.com
http://www.COMPUDOCTORSA.com
http://www.COURTING-DISASTER.com
http://www.DATA70.com
http://www.DATINGINSIDERTIPS4U.com
http://www.DEAI-LIFE.com
http://www.DEMONBEACH.com
http://www.DJADAMASH.com
http://www.DOMAINCONTRACTORS.com
http://www.DS-LTD.com
http://www.ECDV.com
http://www.ERICSMOVIES.com
http://www.FASCHINGHUETTE.com
http://www.FINDINGPOEPLE.com
http://www.FREEMANMD.com
http://www.FUCKTHEPOLICE.com
http://www.FUDOLL.com
http://www.HIRKOPHOTO.com
http://www.IBANNERS.com
http://www.IRON-GODDESS.com
http://www.JACQUESOLIVIA.com
http://www.KIPERHAKA.com
http://www.LATINAMERICAVOLUNTEER.com
http://www.LETUSMATCHYOU.com
http://www.LISALATHAM.com
http://www.LONECARROT.com
http://www.MANGALAMINFOTECH.com
http://www.MARKRUDD.com
http://www.MIRACLEALLEY.com
http://www.ONEHOST.com
http://www.PATIENCECLINIC.com
http://www.PAYBYCELL.com
http://www.PENTAGONRECORDS.com
http://www.PETERSART.com
http://www.PORTOCOMPONENTS.com
http://www.PUBLICITEJNG.com
http://www.QUATUORSAINTJEAN.com
http://www.RENAISSANCEVOICES.com
http://www.SQUARTIER.com
http://www.SYDNEYPALMBEACH.com
http://www.THELASTSITE.com
http://www.THEPEAKSPETNANNY.com
http://www.THESUNDELI.com
http://www.TOKYO-GENKI.com
http://www.TOYOTAGIRLS.com
```

73

76

```
| http://www.TRAFFICBLIZZARD.com                |
| http://www.TULIPFLORISTS.com                  |
| http://www.UAEFLORIST.com                     |
| http://www.VACUUMEQUIPMENTSUPPLIES.com        |
| http://www.WEBMAXTEMPLATES.com                |
```

.org URLs in our random sample blocked by FortiGuard:

```
| http://www.radioplay.org                      |
| http://www.africantails.org                   |
| http://www.phillystyle.org                    |
| http://www.slon.org                           |
| http://www.swojo.org                          |
| http://www.wastemanagment.org                 |
| http://www.ascher.org                         |
| http://www.banzai-institute.org               |
| http://www.chickswithdicks.org                |
| http://www.freegamedownloads.org              |
| http://www.gatesofhell.org                    |
| http://www.hardcoreclips.org                  |
| http://www.i-s-p-o.org                        |
| http://www.jat-uk.org                         |
| http://www.jena.org                           |
| http://www.lebanonchurchofchrist.org          |
| http://www.lesbianpics.org                    |
| http://www.sombra.org                         |
| http://www.spectrums.org                      |
| http://www.thegreattomorrow.org               |
| http://www.teen-nudists.org                   |
| http://www.1066AD.ORG                         |
| http://www.10JIGI.ORG                         |
| http://www.1-ANAL.ORG                         |
| http://www.2005DPCE.ORG                       |
| http://www.4PORN.ORG                          |
| http://www.3XDVD.ORG                          |
| http://www.A-SYSTEMS.ORG                      |
| http://www.ABETTERWORLDISPOSSIBLE.ORG         |
| http://www.ACCEPTPREGNANCY.ORG                |
| http://www.ACQUITTANCE.ORG                    |
| http://www.ACHROMATIC.ORG                     |
| http://www.ADAMEVEAFTER50.ORG                 |
| http://www.AFCEANC.ORG                        |
| http://www.ADVERTISEMENT.ORG                  |
| http://www.ADULTMATCH.ORG                     |
| http://www.ADULTMOVIEZONE.ORG                 |
| http://www.ADULTREVIEW.ORG                    |
| http://www.ADULT-PIC.ORG                      |
```

74

```
http://www.ADULT-VIDEO-CHAT.ORG
http://www.ADULTCOMICS.ORG
http://www.AIMEESWEET.ORG
http://www.AL-KATHIRI.ORG
http://www.ALFREDVOGELGRANDPRIX.ORG
http://www.ALEKS.ORG
http://www.ALCOHOL-ABUSE.ORG
http://www.ALTPORN.ORG
http://www.AMIHOT.ORG
http://www.ANALINGUS.ORG
http://www.ANAL-RUSH.ORG
http://www.ANIMATEDGIFS.ORG
http://www.ANIMALRELIEFCENTER.ORG
http://www.ANIWEBDIVX.ORG
http://www.ANNUAIREX.ORG
http://www.ANNONCES-ECHANGISTES.ORG
http://www.ANTIBLOG.ORG
http://www.AREA23.ORG
http://www.ARIA-ERP.ORG
http://www.ARTFETISH.ORG
http://www.ARTISTSAGAINSTAIDSWORLDWIDE.ORG
http://www.ASIATRIQUE.ORG
http://www.ASSLOVERS.ORG
http://www.ASTLOCH.ORG
http://www.ATENEO-ARND.ORG
http://www.ATIT.ORG
http://www.ATOMICHAMSTER.ORG
http://www.ATTENTIONWHORE.ORG
http://www.ATTORNEYONLINE.ORG
http://www.AUCTIONBLOCK.ORG
http://www.AUPA.ORG
http://www.AUTOEROTICA.ORG
http://www.AWSOMELIBRARY.ORG
http://www.AXIL.ORG
http://www.B2E.ORG
http://www.BANANAPOWER.ORG
http://www.BEDROOM-BONDAGE.ORG
http://www.BETHELFULLGOSPEL.ORG
http://www.BHARATHIARUNI.ORG
http://www.BIBLIOABRERA.ORG
http://www.BIGTEAM.ORG
http://www.BITCHIZ.ORG
http://www.BIZARRO.ORG
http://www.BLACK-GAYS.ORG
http://www.BLACKGAYS.ORG
http://www.BLASPHEMOUS.ORG
http://www.BLASTFURNACE.ORG
```

75

78

```
http://www.BLONDE.ORG
http://www.BLOWN-AWAY.ORG
http://www.BONDAGECLUB.ORG
http://www.BONNKONTAKT.ORG
http://www.BOOBGALLERIES.ORG
http://www.BOTCH.ORG
http://www.BOYS-2-MEN.ORG
http://www.BOYSINDIAPERS.ORG
http://www.BPD-NATURALRESOURCES.ORG
http://www.BRIANNABANKS.ORG
http://www.BRUSSELS2000.ORG
http://www.BUKKAKE-PARTY.ORG
http://www.CARTOON-PORN.ORG
http://www.CARRIELYNN.ORG
http://www.CAVERNOUS.ORG
http://www.CASTLE-WALLS.ORG
http://www.CHANNONENTERPRISES.ORG
http://www.CHAIME.ORG
http://www.CHECKUP.ORG
http://www.CHEATCODES.ORG
http://www.CHICABUSCACHICA.ORG
http://www.CHRISTINA--AGUILERA.ORG
http://www.CHURCHILL.ORG
http://www.CHUBBY-SEX.ORG
http://www.CIRCPAU.ORG
http://www.CJFTRUST.ORG
http://www.CITYEMPLOYEESCU.ORG
http://www.CLIANET.ORG
http://www.CLUB69.ORG
http://www.COMBINET.ORG
http://www.COLUMBUS-AMSTERDAM-BID.ORG
http://www.COLLEGEOFMARIN.ORG
http://www.COLLEGECHICKS.ORG
http://www.COHEN-BRAY.ORG
http://www.COMUNITAPEDEMONTANALIVENZA.ORG
http://www.COMPTI.ORG
http://www.CONFLENT.ORG
http://www.COUPLE-ECHANGISTE.ORG
http://www.COWAKENYA.ORG
http://www.CREAMPIEVIDEOS.ORG
http://www.CREEKGARLIC.ORG
http://www.CUBADISCO.ORG
http://www.CSCSTL.ORG
http://www.CUMCUM.ORG
http://www.CWTCREW.ORG
http://www.D-LIVE.ORG
http://www.CZECHBABES.ORG
```

76

79

```
http://www.DANGEROUSTHROATJOBS.ORG
http://www.DABARWORSHIP.ORG
http://www.DATINGSERVICE.ORG
http://www.DATING-4FUN.ORG
http://www.DECIMALS.ORG
http://www.DESI-GIRLS.ORG
http://www.DELIZIA.ORG
http://www.DIAMOND-CASINO.ORG
http://www.DEVC.ORG
http://www.DESSERIFIC.ORG
http://www.DIGIMONX.ORG
http://www.DICKENSFOUNDATION.ORG
http://www.DIRTYDAISY.ORG
http://www.DKMI.ORG
http://www.DOMOSTROY.ORG
http://www.DOGHOUSES.ORG
http://www.DOGGYSTYLEBITCHES.ORG
http://www.DU-SEXE.ORG
http://www.DRUNK-SEX.ORG
http://www.DVD43.ORG
http://www.E-J.ORG
http://www.EATSEAFOOD.ORG
http://www.EASTEREGGS.ORG
http://www.ECHO.ORG
http://www.ECO-CATOLICO.ORG
http://www.ECOMUSIC.ORG
http://www.EDGY.ORG
http://www.ENTJUNGFERUNG.ORG
http://www.EPG.ORG
http://www.ESCORTONLINE.ORG
http://www.ESCORT4U.ORG
http://www.EROTIKVIDEO.ORG
http://www.EROTIKRESIM.ORG
http://www.EROTIKFORUM.ORG
http://www.EROTIK-WEB.ORG
http://www.EROTICSEX.ORG
http://www.EROTICAFORWOMEN.ORG
http://www.ESTCOQUIN.ORG
http://www.EUAUTO.ORG
http://www.EVICTED.ORG
http://www.FALLACASTELLON.ORG
http://www.FAITHCHURCHOFDAVIS.ORG
http://www.FAIREUNERENCONTRE.ORG
http://www.FANTASYEROTICA.ORG
http://www.FAMILIESFORFREEDOM.ORG
http://www.FBM.ORG
http://www.FCRI.ORG
```

```
| http://www.FETISHEXCHANGE.ORG                    |
| http://www.FINANCIALBEGINNINGS.ORG               |
| http://www.FLASHGROUP.ORG                        |
| http://www.FOOTFETISH.ORG                        |
| http://www.FOTZEN.ORG                            |
| http://www.FOTOSOFIA.ORG                         |
| http://www.FOTOSDESEXO.ORG                       |
| http://www.FOTOS-DE-SEXO.ORG                     |
| http://www.FREE-TEEN-PICTURES.ORG                |
| http://www.FREE-SEX-PHOTOS.ORG                   |
| http://www.FREE-GONZO.ORG                        |
| http://www.FREE-GAYPORN.ORG                      |
| http://www.FREE-CONDOMS.ORG                      |
| http://www.FREE-ADULT-PERSONAL-ADS.ORG           |
| http://www.FREEXXXPICS.ORG                       |
| http://www.FREESHEMALE.ORG                       |
| http://www.FREESEXTHUMBNAILS.ORG                 |
| http://www.FREEPORN-PICTURES.ORG                 |
| http://www.FURONFILM.ORG                         |
| http://www.FUCKIRAQ.ORG                          |
| http://www.FUCK.ORG                              |
| http://www.GANDALFTHEWHITE.ORG                   |
| http://www.GAYPICTURE.ORG                        |
| http://www.GAYPARTNERS.ORG                       |
| http://www.GAY-CARTOONS.ORG                      |
| http://www.GAY-ANIME.ORG                         |
| http://www.GARSONIERA.ORG                        |
| http://www.GIRLS-GET-CRAZY.ORG                   |
| http://www.GNMAGAZINES.ORG                       |
| http://www.GLOBEINT.ORG                          |
| http://www.GOVTECH.ORG                           |
| http://www.GOTICKET.ORG                          |
| http://www.GOSPAN.ORG                            |
| http://www.GOODSEXINSTITUTE.ORG                  |
| http://www.GOODHEALTHINSTITUTE.ORG               |
| http://www.GRATIS-SEXBILDER.ORG                  |
| http://www.GRAPHICDESINS.ORG                     |
| http://www.GRINDSMYGEARS.ORG                     |
| http://www.GREYLIGHT-THEATRE.ORG                 |
| http://www.HEALTHYFOODS.ORG                      |
| http://www.HEALTHDIRECTEDRIDING.ORG              |
| http://www.HCST.ORG                              |
| http://www.HBCCA.ORG                             |
| http://www.HEAVYMETAL.ORG                        |
| http://www.HELLMOUTH.ORG                         |
| http://www.HEREDEMOCRACY.ORG                     |
| http://www.HEPCFOUNDATION.ORG                    |
```

B1

```
http://www.HENTAIGRATIS.ORG
http://www.HENTAI-XXX.ORG
http://www.HONEYRIVERS.ORG
http://www.HONESTOUTLAW.ORG
http://www.HOMO-SEXE.ORG
http://www.HOMECAMS.ORG
http://www.HORNY-AMATEURS.ORG
http://www.HOTSEXY.ORG
http://www.HUNKS.ORG
http://www.HUNGLIKEME.ORG
http://www.IASTAR.ORG
http://www.ICONMAKER.ORG
http://www.ICWALL.ORG
http://www.IDEALOOKS.ORG
http://www.IDRESEARCH.ORG
http://www.ILWML.ORG
http://www.INDIANBLUESCORTS.ORG
http://www.INDEPKATANGA.ORG
http://www.INCESTSEX.ORG
http://www.INDIVIDUALKA.ORG
http://www.INDYMUNCH.ORG
http://www.INTIMPLAZA.ORG
http://www.INTERRACIAL-CUCKOLD.ORG
http://www.INTERNAL-CREAMPIE.ORG
http://www.IRWAISC.ORG
http://www.IVY-SUMMER.ORG
http://www.JANVIER.ORG
http://www.JANUBABA.ORG
http://www.JEANNE-GARNIER.ORG
http://www.JF18ANS.ORG
http://www.JEUNES-COCHONNES.ORG
http://www.JEUNE-LESBIENNE.ORG
http://www.JOBSCHEDULER.ORG
http://www.JUNESKY.ORG
http://www.KIDS-TALENTS.ORG
http://www.KEY4CONTENT.ORG
http://www.KENDOHELSINKI.ORG
http://www.KMPS.ORG
http://www.KIRKDILLARD.ORG
http://www.KINDSTOT.ORG
http://www.KINDNESSUSA.ORG
http://www.KREWEOFNOMTOC.ORG
http://www.KOREASERVICE.ORG
http://www.LAMBERTH.ORG
http://www.LAIOC.ORG
http://www.LAGATOR.ORG
http://www.LADYVALERIA.ORG
```

79

82

```
http://www.LAUSCHEPPER.ORG
http://www.LEONARDO-FOR-DEAF.ORG
http://www.LIEBE-SMS.ORG
http://www.LICK-PUSSY.ORG
http://www.LIGHTNINGDIGITAL.ORG
http://www.LINNAEAN.ORG
http://www.LIVECAMZ.ORG
http://www.LORADEESTEPA.ORG
http://www.LPHU.ORG
http://www.LOVE-K.ORG
http://www.MADNEWS.ORG
http://www.MANGA-HENTAI-SEXE.ORG
http://www.MAMBOO.ORG
http://www.MAMADA.ORG
http://www.MALEESCORT.ORG
http://www.MARTINA-HINGIS.ORG
http://www.MATUREARCHIVE.ORG
http://www.MEATMEMBERS.ORG
http://www.MCSLATINA.ORG
http://www.MEEMIC.ORG
http://www.MEMESAK.ORG
http://www.MELISSALINCOLN.ORG
http://www.METO.ORG
http://www.METALALLIANCE.ORG
http://www.MERCEN.ORG
http://www.MILGRAMREENACTMENT.ORG
http://www.MILFSEEKER.ORG
http://www.MIDNIGHTPROWL.ORG
http://www.MJHJR.ORG
http://www.MIZUMA.ORG
http://www.MISCELLANEOUS.ORG
http://www.MOJAVESPACEPORT.ORG
http://www.MOST-EROTIC-TEENS.ORG
http://www.MOONLIGHTSHADOWS.ORG
http://www.MSPASSOCIATION.ORG
http://www.MUSEES-ROUEN.ORG
http://www.MUCHOSEXO.ORG
http://www.MYOFFICE.ORG
http://www.MYL1.ORG
http://www.MYCHOOSE.ORG
http://www.MYSCIENCEPROJECT.ORG
http://www.NAKEDTEENS.ORG
http://www.MYVENUS.ORG
http://www.NATTE-KUTJES.ORG
http://www.NEBERDJER.ORG
http://www.NEWSONGSD.ORG
http://www.NEWS-SERVERS.ORG
```

80

```
| http://www.NEYLONS.ORG                               |
| http://www.NONPROLIFERATION.ORG                      |
| http://www.NO29.ORG                                  |
| http://www.NNSA.ORG                                  |
| http://www.NS1.MAHIGR.ORG                            |
| http://www.NS1.FUCKANDSUCK.ORG                       |
| http://www.NS1.FOSTERFRIENDSONLINE.ORG               |
| http://www.NS2.MODELZONE.ORG                         |
| http://www.NS1.STAGNESPLACE.ORG                      |
| http://www.NS1.SEDOPARKING.COM.STATENISLAND.ORG      |
| http://www.NUDO.ORG                                  |
| http://www.NUDEDUDES.ORG                             |
| http://www.NUDECELEBRITYS.ORG                        |
| http://www.OASISORIENTALBAND.ORG                     |
| http://www.OAKLAND1STOP.ORG                          |
| http://www.OHNUDEREC.ORG                             |
| http://www.OFFER.ORG                                 |
| http://www.OBP.ORG                                   |
| http://www.ONLYPORN.ORG                              |
| http://www.ONLYDP.ORG                                |
| http://www.ONLINE-VERGLEICH.ORG                      |
| http://www.ORDOMAG.ORG                               |
| http://www.ORCTU.ORG                                 |
| http://www.ORCAPASS.ORG                              |
| http://www.ORACLE-MASTER.ORG                         |
| http://www.OPSR.ORG                                  |
| http://www.OUTERMOST.ORG                             |
| http://www.P0RNO.ORG                                 |
| http://www.PALOUSESHOOTERS.ORG                       |
| http://www.PAPERAIRCRAFT.ORG                         |
| http://www.PARTNER-CASH.ORG                          |
| http://www.PENSARECRISTIANO.ORG                      |
| http://www.PENISPILLS.ORG                            |
| http://www.PEEPICS.ORG                               |
| http://www.PETITE-GODDESS.ORG                        |
| http://www.PHPH.ORG                                  |
| http://www.PHONEPERV.ORG                             |
| http://www.PHONE-SEX-EMPLOYMENT.ORG                  |
| http://www.PILLAGEANDPLUNDER.ORG                     |
| http://www.PIEDI.ORG                                 |
| http://www.PITCH-VISUALIVE.ORG                       |
| http://www.PMAIB.ORG                                 |
| http://www.PLAYITAGAINSPORTS.ORG                     |
| http://www.PORNIGRAPHIC.ORG                          |
| http://www.PORNFORFREE.ORG                           |
| http://www.PORNATION.ORG                             |
| http://www.PORN-CARTOONS.ORG                         |
```

81

BY

```
http://www.POPPERSBRANDS.ORG
http://www.POSITION7TACOMA.ORG
http://www.PORNSTARORGASM.ORG
http://www.PORNOBILDER-PORNOBILDER.ORG
http://www.PORNO-KOSTENLOS.ORG
http://www.PREGNANCYSIGNS.ORG
http://www.PREMIUMAVS.ORG
http://www.PRINCESSBLUEYEZ.ORG
http://www.PRIVATEEYE.ORG
http://www.PRONO.ORG
http://www.PSYCHIC.ORG
http://www.PUFFYNIPPLES.ORG
http://www.PUSSYGALLERIES.ORG
http://www.RATEMYCUMSHOT.ORG
http://www.RASTPLATZSEX.ORG
http://www.REALITYPASSPLUS.ORG
http://www.RX5.ORG
http://www.RUSMAN.ORG
http://www.SADETTIN.ORG
http://www.SAMANTHASPLACE.ORG
http://www.SALOPE-NUE.ORG
http://www.SAROS.ORG
http://www.SAPPHIC-EROTICA.ORG
http://www.SANKALPA.ORG
http://www.SANKI.ORG
http://www.SCARLETTKEEGAN.ORG
http://www.SBKCILKOGRETIM.ORG
http://www.SCONEX.ORG
http://www.SCIENCEPOSTERS.ORG
http://www.SCHOOLIES.ORG
http://www.SEGRETISSIMO.ORG
http://www.SECONDEPEAU.ORG
http://www.SEPHARDICHOUSE.ORG
http://www.SEX-WOMEN.ORG
http://www.SEX-SUCHMASCHINE.ORG
http://www.SEX-PORNO-X.ORG
http://www.SEVENMINUTEFILMFEST.ORG
http://www.SETHUSAMUDRAM.ORG
http://www.SESSO-HARDCORE.ORG
http://www.SEXZONE.ORG
http://www.SEXYSMOKERS.ORG
http://www.SEXYDOO.ORG
http://www.SEXY-WEB-CAM.ORG
http://www.SEXPOINT.ORG
http://www.SEXMEMBERSHIPS.ORG
http://www.SEXIGIRLS.ORG
http://www.SEXEROTICSTORIES.ORG
```

82

```
http://www.SEXE-FR.ORG
http://www.SHADA.ORG
http://www.SIE-SUCHT-IHN.ORG
http://www.SINGLE-CONTACTS.ORG
http://www.SKATEPARKINFO.ORG
http://www.SMSCARD.ORG
http://www.SMACKMYBITCHUP.ORG
http://www.SLIPGATE.ORG
http://www.SMUTHOUSE.ORG
http://www.SONGCHULHO.ORG
http://www.SOLIDMAG.ORG
http://www.SPACEFURRS.ORG
http://www.SPANKINGFETISH.ORG
http://www.SPANKING-VIDEOS.ORG
http://www.SPCARDIO.ORG
http://www.SQUIDKITTY.ORG
http://www.STATEOFVERMONT.ORG
http://www.STATEOFMARYLAND.ORG
http://www.STARXXX.ORG
http://www.STARWHOLESALE.ORG
http://www.STARSDUX.ORG
http://www.STARINDEX.ORG
http://www.STARBABES.ORG
http://www.STRICTLYPORNSTARS.ORG
http://www.STOKE.ORG
http://www.SUCKNCUM.ORG
http://www.SUBREALITY.ORG
http://www.SUBMATRIX.ORG
http://www.SZAREWILKI.ORG
http://www.TEAMMOSSMAN.ORG
http://www.TEENAGEPARENTS.ORG
http://www.TEENAGEFBI.ORG
http://www.TEENSPIX.ORG
http://www.TELAPPS.ORG
http://www.TEENYPUSSY.ORG
http://www.TERESASCOTT.ORG
http://www.THE-AMERICAN-PATRIOT.ORG
http://www.THAIBINHCHATTERS.ORG
http://www.TEXORCIST.ORG
http://www.THE15ASSOCIATION.ORG
http://www.THEDIRTYSHOW.ORG
http://www.THEBODYOFCHRIST.ORG
http://www.THETRADESMEN.ORG
http://www.TIBET-THARJAY.ORG
http://www.TNDEMOCRATS.ORG
http://www.TITS-AND-ASS-CLUB.ORG
http://www.TRANSENSEX.ORG
```

83

86

```
| http://www.TREFF.ORG                    |
| http://www.TRICITYWESTCOFC.ORG          |
| http://www.TRIPOLI-MINNESOTA.ORG        |
| http://www.TSMN.ORG                     |
| http://www.UNFCC.ORG                    |
| http://www.UPENNAKPSI.ORG               |
| http://www.VALERIAINTIM.ORG             |
| http://www.USPORNO.ORG                  |
| http://www.USFORESTSERVICE.ORG          |
| http://www.VANGUARDPARTY.ORG            |
| http://www.VERSIONTWO.ORG               |
| http://www.VIDEO-ALLOPASS.ORG           |
| http://www.VIDEO-GRATUITE.ORG           |
| http://www.VIDEO-SEXE.ORG               |
| http://www.VIDEOSAMATEURS.ORG           |
| http://www.VIEILLE.ORG                  |
| http://www.VISITA-CHILE.ORG             |
| http://www.VIZITUS.ORG                  |
| http://www.VOICECARENETWORK.ORG         |
| http://www.VOODOODOLL.ORG               |
```

Blocked .org sites classified as "placeholders":

```
| http://www.radioplay.org                |
| http://www.africantails.org             |
| http://www.phillystyle.org              |
| http://www.slon.org                     |
| http://www.swojo.org                    |
| http://www.wastemanagment.org           |
| http://www.ascher.org                   |
| http://www.banzai-institute.org         |
| http://www.chickswithdicks.org          |
| http://www.freegamedownloads.org        |
| http://www.gatesofhell.org              |
| http://www.hardcoreclips.org            |
| http://www.i-s-p-o.org                  |
| http://www.jat-uk.org                   |
| http://www.jena.org                     |
| http://www.lebanonchurchofchrist.org    |
| http://www.lesbianpics.org              |
| http://www.sombra.org                   |
| http://www.spectrums.org                |
| http://www.thegreattomorrow.org         |
| http://www.teen-nudists.org             |
| http://www.1066AD.ORG                   |
| http://www.10JIGI.ORG                   |
| http://www.1-ANAL.ORG                   |
```

84

87

```
http://www.2005DPCE.ORG
http://www.4PORN.ORG
http://www.3XDVD.ORG
http://www.A-SYSTEMS.ORG
http://www.ABETTERWORLDISPOSSIBLE.ORG
http://www.ACCEPTPREGNANCY.ORG
http://www.ACQUITTANCE.ORG
http://www.ACHROMATIC.ORG
http://www.ADAMEVEAFTER50.ORG
http://www.AFCEANC.ORG
http://www.ADVERTISEMENT.ORG
http://www.ADULTMATCH.ORG
http://www.ADULTMOVIEZONE.ORG
http://www.ADULTREVIEW.ORG
http://www.ADULT-PIC.ORG
http://www.ADULT-VIDEO-CHAT.ORG
http://www.ADULTCOMICS.ORG
http://www.AIMEESWEET.ORG
http://www.AL-KATHIRI.ORG
http://www.ALFREDVOGELGRANDPRIX.ORG
http://www.ALEKS.ORG
http://www.ALCOHOL-ABUSE.ORG
http://www.ALTPORN.ORG
http://www.AMIHOT.ORG
http://www.ANALINGUS.ORG
http://www.ANAL-RUSH.ORG
http://www.ANIMATEDGIFS.ORG
http://www.ANIMALRELIEFCENTER.ORG
http://www.ANIWEBDIVX.ORG
http://www.ANNUAIREX.ORG
http://www.ANNONCES-ECHANGISTES.ORG
http://www.ANTIBLOG.ORG
http://www.AREA23.ORG
http://www.ARIA-ERP.ORG
http://www.ARTFETISH.ORG
http://www.ARTISTSAGAINSTAIDSWORLDWIDE.ORG
http://www.ASIATRIQUE.ORG
http://www.ASSLOVERS.ORG
http://www.ASTLOCH.ORG
http://www.ATENEO-ARND.ORG
http://www.ATIT.ORG
http://www.ATOMICHAMSTER.ORG
http://www.ATTENTIONWHORE.ORG
http://www.ATTORNEYONLINE.ORG
http://www.AUCTIONBLOCK.ORG
http://www.AUPA.ORG
http://www.AUTOEROTICA.ORG
```

85

```
http://www.AWSOMELIBRARY.ORG
http://www.AXIL.ORG
http://www.B2E.ORG
http://www.BANANAPOWER.ORG
http://www.BEDROOM-BONDAGE.ORG
http://www.BETHELFULLGOSPEL.ORG
http://www.BHARATHIARUNI.ORG
http://www.BIBLIOABRERA.ORG
http://www.BIGTEAM.ORG
http://www.BITCHIZ.ORG
http://www.BIZARRO.ORG
http://www.BLACK-GAYS.ORG
http://www.BLACKGAYS.ORG
http://www.BLASPHEMOUS.ORG
http://www.BLASTFURNACE.ORG
http://www.BLONDE.ORG
http://www.BLOWN-AWAY.ORG
http://www.BONDAGECLUB.ORG
http://www.BONNKONTAKT.ORG
http://www.BOOBGALLERIES.ORG
http://www.BOTCH.ORG
http://www.BOYS-2-MEN.ORG
http://www.BOYSINDIAPERS.ORG
http://www.BPD-NATURALRESOURCES.ORG
http://www.BRIANNABANKS.ORG
http://www.BRUSSELS2000.ORG
http://www.BUKKAKE-PARTY.ORG
http://www.CARTOON-PORN.ORG
http://www.CARRIELYNN.ORG
http://www.CAVERNOUS.ORG
http://www.CASTLE-WALLS.ORG
http://www.CHANNONENTERPRISES.ORG
http://www.CHAIME.ORG
http://www.CHECKUP.ORG
http://www.CHEATCODES.ORG
http://www.CHICABUSCACHICA.ORG
http://www.CHRISTINA--AGUILERA.ORG
http://www.CHURCHILL.ORG
http://www.CHUBBY-SEX.ORG
http://www.CIRCPAU.ORG
http://www.CJFTRUST.ORG
http://www.CITYEMPLOYEESCU.ORG
http://www.CLIANET.ORG
http://www.CLUB69.ORG
http://www.COMBINET.ORG
http://www.COLUMBUS-AMSTERDAM-BID.ORG
http://www.COLLEGEOFMARIN.ORG
```

86

B9

```
http://www.COLLEGECHICKS.ORG
http://www.COHEN-BRAY.ORG
http://www.COMUNITAPEDEMONTANALIVENZA.ORG
http://www.COMPTI.ORG
http://www.CONFLENT.ORG
http://www.COUPLE-ECHANGISTE.ORG
http://www.COWAKENYA.ORG
http://www.CREAMPIEVIDEOS.ORG
http://www.CREEKGARLIC.ORG
http://www.CUBADISCO.ORG
http://www.CSCSTL.ORG
http://www.CUMCUM.ORG
http://www.CWTCREW.ORG
http://www.D-LIVE.ORG
http://www.CZECHBABES.ORG
http://www.DANGEROUSTHROATJOBS.ORG
http://www.DABARWORSHIP.ORG
http://www.DATINGSERVICE.ORG
http://www.DATING-4FUN.ORG
http://www.DECIMALS.ORG
http://www.DESI-GIRLS.ORG
http://www.DELIZIA.ORG
http://www.DIAMOND-CASINO.ORG
http://www.DEVC.ORG
http://www.DESSERIFIC.ORG
http://www.DIGIMONX.ORG
http://www.DICKENSFOUNDATION.ORG
http://www.DIRTYDAISY.ORG
http://www.DKMI.ORG
http://www.DOMOSTROY.ORG
http://www.DOGHOUSES.ORG
http://www.DOGGYSTYLEBITCHES.ORG
http://www.DU-SEXE.ORG
http://www.DRUNK-SEX.ORG
http://www.DVD43.ORG
http://www.E-J.ORG
http://www.EATSEAFOOD.ORG
http://www.EASTEREGGS.ORG
http://www.ECHO.ORG
http://www.ECO-CATOLICO.ORG
http://www.ECOMUSIC.ORG
http://www.EDGY.ORG
http://www.ENTJUNGFERUNG.ORG
http://www.EPG.ORG
http://www.ESCORTONLINE.ORG
http://www.ESCORT4U.ORG
http://www.EROTIKVIDEO.ORG
```

87

http://www.EROTIKRESIM.ORG
http://www.EROTIKFORUM.ORG
http://www.EROTIK-WEB.ORG
http://www.EROTICSEX.ORG
http://www.EROTICAFORWOMEN.ORG
http://www.ESTCOQUIN.ORG
http://www.EUAUTO.ORG
http://www.EVICTED.ORG
http://www.FALLACASTELLON.ORG
http://www.FAITHCHURCHOFDAVIS.ORG
http://www.FAIREUNERENCONTRE.ORG
http://www.FANTASYEROTICA.ORG
http://www.FAMILIESFORFREEDOM.ORG
http://www.FBM.ORG
http://www.FCRI.ORG
http://www.FETISHEXCHANGE.ORG
http://www.FINANCIALBEGINNINGS.ORG
http://www.FLASHGROUP.ORG
http://www.FOOTFETISH.ORG
http://www.FOTZEN.ORG
http://www.FOTOSOFIA.ORG
http://www.FOTOSDESEXO.ORG
http://www.FOTOS-DE-SEXO.ORG
http://www.FREE-TEEN-PICTURES.ORG
http://www.FREE-SEX-PHOTOS.ORG
http://www.FREE-GONZO.ORG
http://www.FREE-GAYPORN.ORG
http://www.FREE-CONDOMS.ORG
http://www.FREE-ADULT-PERSONAL-ADS.ORG
http://www.FREEXXXPICS.ORG
http://www.FREESHEMALE.ORG
http://www.FREESEXTHUMBNAILS.ORG
http://www.FREEPORN-PICTURES.ORG
http://www.FURONFILM.ORG
http://www.FUCKIRAQ.ORG
http://www.FUCK.ORG
http://www.GANDALFTHEWHITE.ORG
http://www.GAYPICTURE.ORG
http://www.GAYPARTNERS.ORG
http://www.GAY-CARTOONS.ORG
http://www.GAY-ANIME.ORG
http://www.GARSONIERA.ORG
http://www.GIRLS-GET-CRAZY.ORG
http://www.GNMAGAZINES.ORG
http://www.GLOBEINT.ORG
http://www.GOVTECH.ORG
http://www.GOTICKET.ORG

88

91

```
http://www.GOSPAN.ORG
http://www.GOODSEXINSTITUTE.ORG
http://www.GOODHEALTHINSTITUTE.ORG
http://www.GRATIS-SEXBILDER.ORG
http://www.GRAPHICDESINS.ORG
http://www.GRINDSMYGEARS.ORG
http://www.GREYLIGHT-THEATRE.ORG
http://www.HEALTHYFOODS.ORG
http://www.HEALTHDIRECTEDRIDING.ORG
http://www.HCST.ORG
http://www.HBCCA.ORG
http://www.HEAVYMETAL.ORG
http://www.HELLMOUTH.ORG
http://www.HEREDEMOCRACY.ORG
http://www.HEPCFOUNDATION.ORG
http://www.HENTAIGRATIS.ORG
http://www.HENTAI-XXX.ORG
http://www.HONEYRIVERS.ORG
http://www.HONESTOUTLAW.ORG
http://www.HOMO-SEXE.ORG
http://www.HOMECAMS.ORG
http://www.HORNY-AMATEURS.ORG
http://www.HOTSEXY.ORG
http://www.HUNKS.ORG
http://www.HUNGLIKEME.ORG
http://www.IASTAR.ORG
http://www.ICONMAKER.ORG
http://www.ICWALL.ORG
http://www.IDEALOOKS.ORG
http://www.IDRESEARCH.ORG
http://www.ILWML.ORG
http://www.INDIANBLUESCORTS.ORG
http://www.INDEPKATANGA.ORG
http://www.INCESTSEX.ORG
http://www.INDIVIDUALKA.ORG
http://www.INDYMUNCH.ORG
http://www.INTIMPLAZA.ORG
http://www.INTERRACIAL-CUCKOLD.ORG
http://www.INTERNAL-CREAMPIE.ORG
http://www.IRWAISC.ORG
http://www.IVY-SUMMER.ORG
http://www.JANVIER.ORG
http://www.JANUBABA.ORG
http://www.JEANNE-GARNIER.ORG
http://www.JF18ANS.ORG
http://www.JEUNES-COCHONNES.ORG
http://www.JEUNE-LESBIENNE.ORG
```

89

92

```
http://www.JOBSCHEDULER.ORG
http://www.JUNESKY.ORG
http://www.KIDS-TALENTS.ORG
http://www.KEY4CONTENT.ORG
http://www.KENDOHELSINKI.ORG
http://www.KMPS.ORG
http://www.KIRKDILLARD.ORG
http://www.KINDSTOT.ORG
http://www.KINDNESSUSA.ORG
http://www.KREWEOFNOMTOC.ORG
http://www.KOREASERVICE.ORG
http://www.LAMBERTH.ORG
http://www.LAIOC.ORG
http://www.LAGATOR.ORG
http://www.LADYVALERIA.ORG
http://www.LAUSCHEPPER.ORG
http://www.LEONARDO-FOR-DEAF.ORG
http://www.LIEBE-SMS.ORG
http://www.LICK-PUSSY.ORG
http://www.LIGHTNINGDIGITAL.ORG
http://www.LINNAEAN.ORG
http://www.LIVECAMZ.ORG
http://www.LORADEESTEPA.ORG
http://www.LPHU.ORG
http://www.LOVE-K.ORG
http://www.MADNEWS.ORG
http://www.MANGA-HENTAI-SEXE.ORG
http://www.MAMBOO.ORG
http://www.MAMADA.ORG
http://www.MALEESCORT.ORG
http://www.MARTINA-HINGIS.ORG
http://www.MATUREARCHIVE.ORG
http://www.MEATMEMBERS.ORG
http://www.MCSLATINA.ORG
http://www.MEEMIC.ORG
http://www.MEMESAK.ORG
http://www.MELISSALINCOLN.ORG
http://www.METO.ORG
http://www.METALALLIANCE.ORG
http://www.MERCEN.ORG
http://www.MILGRAMREENACTMENT.ORG
http://www.MILFSEEKER.ORG
http://www.MIDNIGHTPROWL.ORG
http://www.MJHJR.ORG
http://www.MIZUMA.ORG
http://www.MISCELLANEOUS.ORG
http://www.MOJAVESPACEPORT.ORG
```

```
http://www.MOST-EROTIC-TEENS.ORG
http://www.MOONLIGHTSHADOWS.ORG
http://www.MSPASSOCIATION.ORG
http://www.MUSEES-ROUEN.ORG
http://www.MUCHOSEXO.ORG
http://www.MYOFFICE.ORG
http://www.MYL1.ORG
http://www.MYCHOOSE.ORG
http://www.MYSCIENCEPROJECT.ORG
http://www.NAKEDTEENS.ORG
http://www.MYVENUS.ORG
http://www.NATTE-KUTJES.ORG
http://www.NEBERDJER.ORG
http://www.NEWSONGSD.ORG
http://www.NEWS-SERVERS.ORG
http://www.NEYLONS.ORG
http://www.NONPROLIFERATION.ORG
http://www.NO29.ORG
http://www.NNSA.ORG
http://www.NS1.MAHIGR.ORG
http://www.NS1.FUCKANDSUCK.ORG
http://www.NS1.FOSTERFRIENDSONLINE.ORG
http://www.NS2.MODELZONE.ORG
http://www.NS1.STAGNESPLACE.ORG
http://www.NS1.SEDOPARKING.COM.STATENISLAND.ORG
http://www.NUDO.ORG
http://www.NUDEDUDES.ORG
http://www.NUDECELEBRITYS.ORG
http://www.OASISORIENTALBAND.ORG
http://www.OAKLAND1STOP.ORG
http://www.OHNUDEREC.ORG
http://www.OFFER.ORG
http://www.OBP.ORG
http://www.ONLYPORN.ORG
http://www.ONLYDP.ORG
http://www.ONLINE-VERGLEICH.ORG
http://www.ORDOMAG.ORG
http://www.ORCTU.ORG
http://www.ORCAPASS.ORG
http://www.ORACLE-MASTER.ORG
http://www.OPSR.ORG
http://www.OUTERMOST.ORG
http://www.P0RNO.ORG
http://www.PALOUSESHOOTERS.ORG
http://www.PAPERAIRCRAFT.ORG
http://www.PARTNER-CASH.ORG
http://www.PENSARECRISTIANO.ORG
```

91

94

```
http://www.PENISPILLS.ORG
http://www.PEEPICS.ORG
http://www.PETITE-GODDESS.ORG
http://www.PHPH.ORG
http://www.PHONEPERV.ORG
http://www.PHONE-SEX-EMPLOYMENT.ORG
http://www.PILLAGEANDPLUNDER.ORG
http://www.PIEDI.ORG
http://www.PITCH-VISUALIVE.ORG
http://www.PMAIB.ORG
http://www.PLAYITAGAINSPORTS.ORG
http://www.PORNIGRAPHIC.ORG
http://www.PORNFORFREE.ORG
http://www.PORNATION.ORG
http://www.PORN-CARTOONS.ORG
http://www.POPPERSBRANDS.ORG
http://www.POSITION7TACOMA.ORG
http://www.PORNSTARORGASM.ORG
http://www.PORNOBILDER-PORNOBILDER.ORG
http://www.PORNO-KOSTENLOS.ORG
http://www.PREGNANCYSIGNS.ORG
http://www.PREMIUMAVS.ORG
http://www.PRINCESSBLUEYEZ.ORG
http://www.PRIVATEEYE.ORG
http://www.PRONO.ORG
http://www.PSYCHIC.ORG
http://www.PUFFYNIPPLES.ORG
http://www.PUSSYGALLERIES.ORG
http://www.RATEMYCUMSHOT.ORG
http://www.RASTPLATZSEX.ORG
http://www.REALITYPASSPLUS.ORG
http://www.RX5.ORG
http://www.RUSMAN.ORG
http://www.SADETTIN.ORG
http://www.SAMANTHASPLACE.ORG
http://www.SALOPE-NUE.ORG
http://www.SAROS.ORG
http://www.SAPPHIC-EROTICA.ORG
http://www.SANKALPA.ORG
http://www.SANKI.ORG
http://www.SCARLETTKEEGAN.ORG
http://www.SBKCILKOGRETIM.ORG
http://www.SCONEX.ORG
http://www.SCIENCEPOSTERS.ORG
http://www.SCHOOLIES.ORG
http://www.SEGRETISSIMO.ORG
http://www.SECONDEPEAU.ORG
```

92

95

```
http://www.SEPHARDICHOUSE.ORG
http://www.SEX-WOMEN.ORG
http://www.SEX-SUCHMASCHINE.ORG
http://www.SEX-PORNO-X.ORG
http://www.SEVENMINUTEFILMFEST.ORG
http://www.SETHUSAMUDRAM.ORG
http://www.SESSO-HARDCORE.ORG
http://www.SEXZONE.ORG
http://www.SEXYSMOKERS.ORG
http://www.SEXYDOO.ORG
http://www.SEXY-WEB-CAM.ORG
http://www.SEXPOINT.ORG
http://www.SEXMEMBERSHIPS.ORG
http://www.SEXIGIRLS.ORG
http://www.SEXEROTICSTORIES.ORG
http://www.SEXE-FR.ORG
http://www.SHADA.ORG
http://www.SIE-SUCHT-IHN.ORG
http://www.SINGLE-CONTACTS.ORG
http://www.SKATEPARKINFO.ORG
http://www.SMSCARD.ORG
http://www.SMACKMYBITCHUP.ORG
http://www.SLIPGATE.ORG
http://www.SMUTHOUSE.ORG
http://www.SONGCHULHO.ORG
http://www.SOLIDMAG.ORG
http://www.SPACEFURRS.ORG
http://www.SPANKINGFETISH.ORG
http://www.SPANKING-VIDEOS.ORG
http://www.SPCARDIO.ORG
http://www.SQUIDKITTY.ORG
http://www.STATEOFVERMONT.ORG
http://www.STATEOFMARYLAND.ORG
http://www.STARXXX.ORG
http://www.STARWHOLESALE.ORG
http://www.STARSDUX.ORG
http://www.STARINDEX.ORG
http://www.STARBABES.ORG
http://www.STRICTLYPORNSTARS.ORG
http://www.STOKE.ORG
http://www.SUCKNCUM.ORG
http://www.SUBREALITY.ORG
http://www.SUBMATRIX.ORG
http://www.SZAREWILKI.ORG
http://www.TEAMMOSSMAN.ORG
http://www.TEENAGEPARENTS.ORG
http://www.TEENAGEFBI.ORG
```

93

```
http://www.TEENSPIX.ORG
http://www.TELAPPS.ORG
http://www.TEENYPUSSY.ORG
http://www.TERESASCOTT.ORG
http://www.THE-AMERICAN-PATRIOT.ORG
http://www.THAIBINHCHATTERS.ORG
http://www.TEXORCIST.ORG
http://www.THE15ASSOCIATION.ORG
http://www.THEDIRTYSHOW.ORG
http://www.THEBODYOFCHRIST.ORG
http://www.THETRADESMEN.ORG
http://www.TIBET-THARJAY.ORG
http://www.TNDEMOCRATS.ORG
http://www.TITS-AND-ASS-CLUB.ORG
http://www.TRANSENSEX.ORG
http://www.TREFF.ORG
http://www.TRICITYWESTCOFC.ORG
http://www.TRIPOLI-MINNESOTA.ORG
http://www.TSMN.ORG
http://www.UNFCC.ORG
http://www.UPENNAKPSI.ORG
http://www.VALERIAINTIM.ORG
http://www.USPORNO.ORG
http://www.USFORESTSERVICE.ORG
http://www.VANGUARDPARTY.ORG
http://www.VERSIONTWO.ORG
http://www.VIDEO-ALLOPASS.ORG
http://www.VIDEO-GRATUITE.ORG
http://www.VIDEO-SEXE.ORG
http://www.VIDEOSAMATEURS.ORG
http://www.VIEILLE.ORG
http://www.VISITA-CHILE.ORG
http://www.VIZITUS.ORG
http://www.VOICECARENETWORK.ORG
http://www.VOODOODOLL.ORG
```

Blocked .org URLs that gave site errors:

```
http://www.ascher.org
http://www.ADVERTISEMENT.ORG
http://www.ADULTMOVIEZONE.ORG
http://www.ADULT-PIC.ORG
http://www.AREA23.ORG
http://www.ASTLOCH.ORG
http://www.AUCTIONBLOCK.ORG
http://www.CARTOON-PORN.ORG
http://www.COHEN-BRAY.ORG
```

94

97

```
http://www.COUPLE-ECHANGISTE.ORG  |
http://www.DELIZIA.ORG            |
http://www.FAIREUNERENCONTRE.ORG  |
http://www.FREE-GAYPORN.ORG       |
http://www.FREESHEMALE.ORG        |
http://www.GAYPICTURE.ORG         |
http://www.GAYPARTNERS.ORG        |
http://www.PARTNER-CASH.ORG       |
http://www.SALOPE-NUE.ORG         |
http://www.SBKCILKOGRETIM.ORG     |
http://www.SMUTHOUSE.ORG          |
http://www.STARINDEX.ORG          |
http://www.THETRADESMEN.ORG       |
```

Blocked .org URLs classified as redirect sites:

```
http://www.chickswithdicks.org          |
http://www.hardcoreclips.org            |
http://www.jat-uk.org                   |
http://www.lesbianpics.org              |
http://www.teen-nudists.org             |
http://www.ACQUITTANCE.ORG              |
http://www.ADULTCOMICS.ORG              |
http://www.ALTPORN.ORG                  |
http://www.ANALINGUS.ORG                |
http://www.ANIMATEDGIFS.ORG             |
http://www.ATTENTIONWHORE.ORG           |
http://www.AWSOMELIBRARY.ORG            |
http://www.CHANNONENTERPRISES.ORG       |
http://www.CHEATCODES.ORG               |
http://www.DEVC.ORG                     |
http://www.DKMI.ORG                     |
http://www.EASTEREGGS.ORG               |
http://www.ENTJUNGFERUNG.ORG            |
http://www.FOOTFETISH.ORG               |
http://www.FREE-CONDOMS.ORG             |
http://www.FREESEXTHUMBNAILS.ORG        |
http://www.FURONFILM.ORG                |
http://www.GOTICKET.ORG                 |
http://www.HCST.ORG                     |
http://www.HENTAI-XXX.ORG               |
http://www.INCESTSEX.ORG                |
http://www.KEY4CONTENT.ORG              |
http://www.LIEBE-SMS.ORG                |
http://www.LIVECAMZ.ORG                 |
http://www.MERCEN.ORG                   |
http://www.MOJAVESPACEPORT.ORG          |
```

95

```
| http://www.NS1.MAHIGR.ORG                    |
| http://www.NS1.FOSTERFRIENDSONLINE.ORG       |
| http://www.OUTERMOST.ORG                     |
| http://www.PRONO.ORG                         |
| http://www.PUFFYNIPPLES.ORG                  |
| http://www.SAPPHIC-EROTICA.ORG               |
| http://www.SOLIDMAG.ORG                      |
| http://www.TNDEMOCRATS.ORG                   |
| http://www.VIDEO-SEXE.ORG                    |
| http://www.VISITA-CHILE.ORG                  |
```

Sites left over, i.e. "real" .org sites blocked by FortiGuard:

```
| http://www.slon.org                          |
| http://www.swojo.org                         |
| http://www.jena.org                          |
| http://www.sombra.org                        |
| http://www.spectrums.org                     |
| http://www.thegreattomorrow.org              |
| http://www.10JIGI.ORG                        |
| http://www.2005DPCE.ORG                      |
| http://www.ACCEPTPREGNANCY.ORG               |
| http://www.ADAMEVEAFTER50.ORG                |
| http://www.ADULTMATCH.ORG                    |
| http://www.ADULT-VIDEO-CHAT.ORG              |
| http://www.AIMEESWEET.ORG                    |
| http://www.AL-KATHIRI.ORG                    |
| http://www.ALFREDVOGELGRANDPRIX.ORG          |
| http://www.ALCOHOL-ABUSE.ORG                 |
| http://www.AMIHOT.ORG                        |
| http://www.ANAL-RUSH.ORG                     |
| http://www.ANNUAIREX.ORG                     |
| http://www.ANNONCES-ECHANGISTES.ORG          |
| http://www.ANTIBLOG.ORG                      |
| http://www.ARTFETISH.ORG                     |
| http://www.ARTISTSAGAINSTAIDSWORLDWIDE.ORG   |
| http://www.ASIATRIQUE.ORG                    |
| http://www.ASSLOVERS.ORG                     |
| http://www.ATENEO-ARND.ORG                   |
| http://www.ATOMICHAMSTER.ORG                 |
| http://www.BEDROOM-BONDAGE.ORG               |
| http://www.BIBLIOABRERA.ORG                  |
| http://www.BIGTEAM.ORG                       |
| http://www.BIZARRO.ORG                       |
| http://www.BLACKGAYS.ORG                     |
| http://www.BLASTFURNACE.ORG                  |
| http://www.BONDAGECLUB.ORG                   |
```

```
http://www.BONNKONTAKT.ORG
http://www.BOOBGALLERIES.ORG
http://www.BOTCH.ORG
http://www.BRIANNABANKS.ORG
http://www.BRUSSELS2000.ORG
http://www.BUKKAKE-PARTY.ORG
http://www.CARRIELYNN.ORG
http://www.CASTLE-WALLS.ORG
http://www.CHAIME.ORG
http://www.CHICABUSCACHICA.ORG
http://www.CHRISTINA--AGUILERA.ORG
http://www.CHUBBY-SEX.ORG
http://www.CIRCPAU.ORG
http://www.CLUB69.ORG
http://www.COMBINET.ORG
http://www.COLUMBUS-AMSTERDAM-BID.ORG
http://www.CONFLENT.ORG
http://www.CREAMPIEVIDEOS.ORG
http://www.CUBADISCO.ORG
http://www.CSCSTL.ORG
http://www.CZECHBABES.ORG
http://www.DANGEROUSTHROATJOBS.ORG
http://www.DABARWORSHIP.ORG
http://www.DATINGSERVICE.ORG
http://www.DATING-4FUN.ORG
http://www.DIAMOND-CASINO.ORG
http://www.DICKENSFOUNDATION.ORG
http://www.DIRTYDAISY.ORG
http://www.DOGGYSTYLEBITCHES.ORG
http://www.DRUNK-SEX.ORG
http://www.EATSEAFOOD.ORG
http://www.ESCORT4U.ORG
http://www.EROTIK-WEB.ORG
http://www.EROTICAFORWOMEN.ORG
http://www.EUAUTO.ORG
http://www.FALLACASTELLON.ORG
http://www.FAITHCHURCHOFDAVIS.ORG
http://www.FAMILIESFORFREEDOM.ORG
http://www.FETISHEXCHANGE.ORG
http://www.FINANCIALBEGINNINGS.ORG
http://www.FOTOSDESEXO.ORG
http://www.FOTOS-DE-SEXO.ORG
http://www.FREE-TEEN-PICTURES.ORG
http://www.FREE-SEX-PHOTOS.ORG
http://www.FREE-GONZO.ORG
http://www.FREE-ADULT-PERSONAL-ADS.ORG
http://www.FREEPORN-PICTURES.ORG
```

97

```
http://www.FUCKIRAQ.ORG
http://www.FUCK.ORG
http://www.GAY-CARTOONS.ORG
http://www.GAY-ANIME.ORG
http://www.GARSONIERA.ORG
http://www.GIRLS-GET-CRAZY.ORG
http://www.GOODSEXINSTITUTE.ORG
http://www.GOODHEALTHINSTITUTE.ORG
http://www.GRATIS-SEXBILDER.ORG
http://www.GRINDSMYGEARS.ORG
http://www.HEALTHDIRECTEDRIDING.ORG
http://www.HEAVYMETAL.ORG
http://www.HEPCFOUNDATION.ORG
http://www.HENTAIGRATIS.ORG
http://www.HONEYRIVERS.ORG
http://www.HONESTOUTLAW.ORG
http://www.HOTSEXY.ORG
http://www.HUNGLIKEME.ORG
http://www.IASTAR.ORG
http://www.ICONMAKER.ORG
http://www.IDRESEARCH.ORG
http://www.INDIANBLUESCORTS.ORG
http://www.INTIMPLAZA.ORG
http://www.INTERNAL-CREAMPIE.ORG
http://www.IRWAISC.ORG
http://www.IVY-SUMMER.ORG
http://www.JEANNE-GARNIER.ORG
http://www.JEUNES-COCHONNES.ORG
http://www.JUNESKY.ORG
http://www.KENDOHELSINKI.ORG
http://www.KINDSTOT.ORG
http://www.KINDNESSUSA.ORG
http://www.KREWEOFNOMTOC.ORG
http://www.LAMBERTH.ORG
http://www.LAGATOR.ORG
http://www.LADYVALERIA.ORG
http://www.LAUSCHEPPER.ORG
http://www.LICK-PUSSY.ORG
http://www.LIGHTNINGDIGITAL.ORG
http://www.LPHU.ORG
http://www.LOVE-K.ORG
http://www.MAMADA.ORG
http://www.MATUREARCHIVE.ORG
http://www.MEATMEMBERS.ORG
http://www.MEMESAK.ORG
http://www.MELISSALINCOLN.ORG
http://www.MILGRAMREENACTMENT.ORG
```

```
http://www.MILFSEEKER.ORG
http://www.MIDNIGHTPROWL.ORG
http://www.MOST-EROTIC-TEENS.ORG
http://www.MUCHOSEXO.ORG
http://www.MYL1.ORG
http://www.MYSCIENCEPROJECT.ORG
http://www.MYVENUS.ORG
http://www.NATTE-KUTJES.ORG
http://www.NEWSONGSD.ORG
http://www.NEYLONS.ORG
http://www.NS2.MODELZONE.ORG
http://www.NS1.STAGNESPLACE.ORG
http://www.NUDECELEBRITYS.ORG
http://www.OFFER.ORG
http://www.ONLYPORN.ORG
http://www.ONLYDP.ORG
http://www.ORDOMAG.ORG
http://www.ORCTU.ORG
http://www.ORCAPASS.ORG
http://www.P0RNO.ORG
http://www.PAPERAIRCRAFT.ORG
http://www.PENSARECRISTIANO.ORG
http://www.PENISPILLS.ORG
http://www.PEEPICS.ORG
http://www.PETITE-GODDESS.ORG
http://www.PHONEPERV.ORG
http://www.PHONE-SEX-EMPLOYMENT.ORG
http://www.PITCH-VISUALIVE.ORG
http://www.PMAIB.ORG
http://www.PORNIGRAPHIC.ORG
http://www.PORNFORFREE.ORG
http://www.PORN-CARTOONS.ORG
http://www.POPPERSBRANDS.ORG
http://www.POSITION7TACOMA.ORG
http://www.PORNSTARORGASM.ORG
http://www.PORNOBILDER-PORNOBILDER.ORG
http://www.PORNO-KOSTENLOS.ORG
http://www.PREMIUMAVS.ORG
http://www.PRINCESSBLUEYEZ.ORG
http://www.PUSSYGALLERIES.ORG
http://www.RATEMYCUMSHOT.ORG
http://www.RASTPLATZSEX.ORG
http://www.REALITYPASSPLUS.ORG
http://www.RUSMAN.ORG
http://www.SADETTIN.ORG
http://www.SAMANTHASPLACE.ORG
http://www.SAROS.ORG
```

99

```
| http://www.SANKI.ORG                     |
| http://www.SCARLETTKEEGAN.ORG            |
| http://www.SECONDEPEAU.ORG               |
| http://www.SEX-SUCHMASCHINE.ORG          |
| http://www.SEXYSMOKERS.ORG               |
| http://www.SEXYDOO.ORG                   |
| http://www.SEXPOINT.ORG                  |
| http://www.SEXIGIRLS.ORG                 |
| http://www.SEXE-FR.ORG                   |
| http://www.SIE-SUCHT-IHN.ORG             |
| http://www.SKATEPARKINFO.ORG             |
| http://www.SPACEFURRS.ORG                |
| http://www.SPANKING-VIDEOS.ORG           |
| http://www.SPCARDIO.ORG                  |
| http://www.SQUIDKITTY.ORG                |
| http://www.STARSDUX.ORG                  |
| http://www.SUBMATRIX.ORG                 |
| http://www.TERESASCOTT.ORG               |
| http://www.TEXORCIST.ORG                 |
| http://www.THE15ASSOCIATION.ORG          |
| http://www.THEDIRTYSHOW.ORG              |
| http://www.TRANSENSEX.ORG                |
| http://www.TRIPOLI-MINNESOTA.ORG         |
| http://www.UPENNAKPSI.ORG                |
| http://www.VALERIAINTIM.ORG              |
| http://www.VANGUARDPARTY.ORG             |
| http://www.VIDEO-ALLOPASS.ORG            |
| http://www.VIDEO-GRATUITE.ORG            |
| http://www.VIDEOSAMATEURS.ORG            |
| http://www.VIEILLE.ORG                   |
| http://www.VOICECARENETWORK.ORG          |
| http://www.VOODOODOLL.ORG                |
```

Of those, blocked .org sites that were considered to be blocked in error:

```
| http://www.swojo.org                     |
| http://www.jena.org                      |
| http://www.10JIGI.ORG                    |
| http://www.ACCEPTPREGNANCY.ORG           |
| http://www.ALFREDVOGELGRANDPRIX.ORG      |
| http://www.ALCOHOL-ABUSE.ORG             |
| http://www.ANTIBLOG.ORG                  |
| http://www.ATOMICHAMSTER.ORG             |
| http://www.BIBLIOABRERA.ORG              |
| http://www.BOTCH.ORG                     |
| http://www.CASTLE-WALLS.ORG              |
| http://www.CIRCPAU.ORG                   |
```

103

402

```
http://www.COLUMBUS-AMSTERDAM-BID.ORG
http://www.CSCSTL.ORG
http://www.DABARWORSHIP.ORG
http://www.EATSEAFOOD.ORG
http://www.FAITHCHURCHOFDAVIS.ORG
http://www.FAMILIESFORFREEDOM.ORG
http://www.FINANCIALBEGINNINGS.ORG
http://www.HEALTHDIRECTEDRIDING.ORG
http://www.IASTAR.ORG
http://www.ICONMAKER.ORG
http://www.IDRESEARCH.ORG
http://www.JEANNE-GARNIER.ORG
http://www.KENDOHELSINKI.ORG
http://www.KINDSTOT.ORG
http://www.KINDNESSUSA.ORG
http://www.LAMBERTH.ORG
http://www.LAGATOR.ORG
http://www.LPHU.ORG
http://www.MEMESAK.ORG
http://www.MILGRAMREENACTMENT.ORG
http://www.MYSCIENCEPROJECT.ORG
http://www.NEWSONGSD.ORG
http://www.OFFER.ORG
http://www.ORDOMAG.ORG
http://www.ORCTU.ORG
http://www.PAPERAIRCRAFT.ORG
http://www.PENSARECRISTIANO.ORG
http://www.PITCH-VISUALIVE.ORG
http://www.POSITION7TACOMA.ORG
http://www.RUSMAN.ORG
http://www.SAROS.ORG
http://www.SANKI.ORG
http://www.SQUIDKITTY.ORG
http://www.SUBMATRIX.ORG
http://www.TEXORCIST.ORG
http://www.UPENNAKPSI.ORG
http://www.VOICECARENETWORK.ORG
```

101