Screen captures of .com pages in our random test blocked in error, taken on July 25-26, 2007:





# Welcome to 411provisions.com.

**Where:**
Redmond, WA
(City and State or Zip Code)

**What:**
(Name, Heading or Phone)

🔍 search

- **Aurora, KS** Schools Academic Preschool & Kindergarten
- **Aurora, KS** Plants, Potted
- **Aurora, KS** Physicians Assistants
- **Aurora, KS** Freight Agents & Brokers
- **Aurora, KS** Coffee

- **Beaverdam, VA** Cosmetic Sales, House-To-House
- **Beaverdam, VA** Medical Reimbursement Services
- **Beaverdam, VA** Tanners
- **Beaverdam, VA** Slip Covers Retail
- **Beaverdam, VA** Tennis Equipment & Supplies

- **Bonner, ID** Kitchens, Complete (sinks, Cabinets, Etc)
- **Bonner, ID** Investment Bankers
- **Bonner, ID** Executive Search Consultants
- **Bonner, ID** Church Of Jesus Christ Of Latter Day Saints (mormon Church)
- **Bonner, ID** Taxidermists' Tools And Equipment

- **Bourneville, OH** Rental Information Real Estate
- **Bourneville, OH** Door & Gate Operating Devices
- **Bourneville, OH** Water Treatment Purification & Filtration Equipment Service
- **Bourneville, OH** Gas Household Appliances
- **Bourneville, OH** Plumbing, Heating, Air-Conditioning

- **Churubusco, NY** News Dealers And Newsstands
- **Churubusco, NY** Television Broadcasting Stations
- **Churubusco, NY** Sails: Made From Purchased Materials
- **Churubusco, NY** Real Estate Appraisers
- **Churubusco, NY** Diving Instruction

- **Fort Rock, OR** Household Goods And Furniture Storage
- **Fort Rock, OR** Horse Farms & Equipment
- **Fort Rock, OR** Architectural Services
- **Fort Rock, OR** Fish Hatcheries
- **Fort Rock, OR** Tourist Attractions, Amusement Park, Concessions And Rides

- **Hill City, KS** Surveying Services
- **Hill City, KS** Automation Systems & Equipment
- **Hill City, KS** Marketing Programs & Services
- **Hill City, KS** Physicians & Surgeons Md Pathology
- **Hill City, KS** Carpet & Rug Contractors

- **Libby, MT** Candy & Confectionery Retail
- **Libby, MT** Physicians & Surgeons Do Surgery General
- **Libby, MT** Building Materials & Supplies
- **Libby, MT** Churches Full Gospel
- **Libby, MT** Bee & Wasp Removal

- **Lorane, OR** Doll Manufacturers Equipment & Supplies
- **Lorane, OR** Machine Shops, Jobbing And Repair
- **Lorane, OR** Trophies And Plaques
- **Lorane, OR** Neon
- **Lorane, OR** Concrete Forms & Accessories

- **Melrose, IA** Recreational Vehicles Renting & Leasing
- **Melrose, IA** Metal Finishers
- **Melrose, IA** Airport
- **Melrose, IA** Pipe Line Equipment
- **Melrose, IA** Sporting Goods Sales & Rental

- **Mineola, NY** Go-Carts
- **Mineola, NY** Automotive Body Repair & Painting
- **Mineola, NY** Hobby & Model Supplies
- **Mineola, NY** Testing Service, Educational Or Personnel
- **Mineola, NY** Grills, ( Eating Places)

- **Nadeau, MI** Automobile Body Shop Services
- **Nadeau, MI** Fairgrounds
- **Nadeau, MI** Churches Catholic
- **Nadeau, MI** Obstetrician
- **Nadeau, MI** Window Installation & Sales



AaronPoehler.com - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Address http://www.AARONPOEHLER.com/

## Hello and welcome

Somehow, you have ended up here at aaronpoehler.com, homepage of Aaron Poehler and the pivot around which the various aspects of his online activities revolve, if you will.

You know how websites work. Click around until you find something that intrigues you.

**about Aaron**

**writing**

**music**

**professional**

**links**

**contact**

SPREAD THE WORD    Hi, Guest

### Aaron Poehler

| ARTIST | TITLE | PRICE |
|--------|-------|-------|
| Aaron Poehler | Home To You | $0.99 |
| Aaron Poehler | It's Coming | $0.99 |
| Aaron Poehler | February Rainstorm | $0.99 |
| Aaron Poehler | Not So Naive (Here We Go Aga... | $0.99 |
| Aaron Poehler | Find Someplace To Go | $0.99 |
| Aaron Poehler | Find Someplace To Go/Young &... | $0.99 |
| Aaron Poehler | **Dazed & Glazed** | **$6.50** |

60.00        Subtotal: $0.00    Check Out

powered by SNOCAP

Aaron Poehler, founder and ruler-for-life of aaronpoehler.com. read more >

Quick links:

Email Aaron

Aaron's music profile on Myspace

## News and/or Updates
## (in reverse chronological order)

**June 5, 2007:** I'm reading Rucka's Detective with Brubaker & Cooke's Slam Bradley "On the Trail of the Catwoman" backup and it rocks. No writer today is doing anything in 22 pages they couldn't do in 16 pages, and the discipline



American Mortgage and Realty - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back | Search | Favorites

Address  http://www.AMERICAN-MORTGAGE-AND-REALTY.com/    Go   Links



**American Mortgage and Realty.com**

Toll Free: 800-844-1015 x 217

home | request a quote | types of loans | qualifying | underwriting | common mistakes | calculators | glossary | rates

Now is the perfect time to take advantage of low interest rates and an exceptional market. Feel free to apply online, browse our calculators and tools, learn about our loan programs, and much more. We offer custom solutions for every residential mortgage financing situation. Whatever your residential financing needs, we will tailor a loan that's right for you:

- Purchase
- Refinance
- Construction
- Home Improvement
- Investment Properties
- Debt Consolidation Loans
- Stated Income Loans
- Damaged Credit Loan

your Complete Mortgage Solution

Visit our [Mortgage Calculator] section or fill out our online [Free Quote] application
Check out: [Today's Rates]

home | request a quote | types of loans | qualifying | underwriting | common mistakes | calculators | glossary | rates

© Copyright 1998-2003 American Mortgage & Realty and East West Mortgage. All Rights Reserved.

Done                                                                    Internet



Prawie jak dom

Prawie jak niedźwiedź



The following web page was operational at the time that I conducted the test, although by July 25, 2007 it had been replaced with a parked-domain page:

AWwebhomepage - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   |   Search   Favorites

Address   http://web.archive.org/web/20050409105732/www.anniewildey.com/index.htm   Go   Links



*the artist*

*figure studies*

*landscapes*

*sketches*

home

guest artist

all images are copyright
@anniewildey.







BLISS+FASMAN    LIGHTING DESIGN

414









Se avete un browser non aggiornato e clikkando sul logo non succede niente, proseguite da qui.



MINING SUPPLIERS OF CHOICE FOR AFRICA

QUALITY

**About Us**  **News**  **Contact Us**

LOGIN

Username:

Password:

submit

NEWS

On 11 July 2002 Chavda & Associates loaded two containers in Cape Town.

One was only gym equipment for Luanda.

click here for more...

Chavda & Associates is an INDEPENDENT Global Procurement Company specialising in procuring anything and everything for mining and construction companies in Africa. South Africa is the business gateway to Africa

**CHAVDA & ASSOCIATES**

PROCUREMENT
LOGISTICS
SUPPORT

:: MISSION

TO BE THE NUMBER 1 MINING SUPPLIER OF ALL MINING PRODUCTS IN AFRICA

**DR CARLOS GOMES COMMENTS ON THE RELATIONSHIP WITH CHAVDA & ASSOCIATES**

'Instead of isolated individual procurement policies we are looking to use synergies to reduce costs,' Gomes says. 'the partnership between ourselves and Chavda is to ensure we obtain the best quality products on the market at the best prices, with the shortest lead times. In this way we can optimise the services we provide to the mining operations in Angola.'

We chose Chavda & Associates because it has been dealing with Angola's mining sector for some time, and it has the expertise to ensure we achieve our goals. The relationship

BRIDGESTONE

WEG

ZEST
ZEST ELECTRIC MOTORS (PTY) LTD





### THE COCKATOO SPECIALISTS

Welcome to **The Cockatoo Connection**! We are *the* Cockatoo Specialists. We have been breeders of socialized, hand fed, GUARANTEED gentle baby exotic cockatoos and parrots since 1987. We have more than 80 pairs of breeding birds at our Aviary.

©Copyright 2002 - 2007, Cockatoo Connection. All Rights Reserved. design

419



Otro sitio web vendido por
www.CyGComputadoras.com

¡Estamos poniendo El Salvador en Internet!

Si desea adquirir un Dominio y plan de Hosting para su empresa
comuníquese con nosotros, será un placer atenderle.
Teléfonos: (503)-2333-0427; (503)-2372-4912

El Equipo de Ventas de CyGComputadoras.com







# Free Dating Magazine For Guys

*"Learn The Amazing Dating Secrets Feminists Want BANNED..."*

Inside, you will learn:

- How to approach a woman and ask her out - step by step.
- How to see if a girl likes you.
- How to make your first date perfect.
- How to turn a friend into a girlfriend.
- And much, much more...

**Your Name:**

**Your E-mail Address:** [ Join Now ]

Your e-mail address will remain 100 percent confidential and you may unsubscribe this free newsletter on dating at anytime.

LEGAL STUFF: ©2002, ALL RIGHTS RESERVED. DO NOT TRY TO COPY, STEAL OR DISTRIBUTE ANY PART OF THIS WEBSITE UNDER ANY FORM. IT IS ILLEGAL. . SOME IMAGES © 2001-(2002) WWW.ARTTODAY.COM ALSO, THE WEB HOST IS NOT RESPONSIBLE FOR THE CONTENTS AND OFFERS OF THIS SITE IN ANY WAYS. THIS PAGE IS COPYRIGHTED BY DATETHATGIRL.COM 2004





**Demonbeach - Microsoft Internet Explorer**

Address http://www.DEMONBEACH.com/

# Demonbeach

Thursday, July 26, 2007

**The Bad Checks**

**Clifmen**

**Butchwax**

**Bandway**

**Adult Film Makers**

**S.C.O.T.S**

**Modern World Magazine**

**Rock-N-Roll Truckston**

**Lords Of The Highway**

**Rock-N-Roll Purgatory**

The Bad Checks relax
Check out the Carolina Sin Eaters on MySpace

**BAD CHECKS w/ THE SIN EATERS @ KING'S, raleigh SATURDAY, APRIL 1st, 2006 for a hellava HELLCAR night!.**

Hey, where's the content?  It's over at demonbeachrecords.com.  Buy some records while you're there.

**Demonbeach**
**Messageboard**

**Demonbeach Records**
Browse our Catalog!

**MP3s**

**The Bad Checks**
Big Black Cat
Good to the Last Drop
Suicide Generation

**The Ghost of Rock**
Rummy
Anchors Away

**Butchwax**
Bad in Bed
She'll Never Go
Rockabilly Motion

**The Clifmen**
Writer
Dreams
Something Better to Do

About the Editor

425



DJ Adam Ash // Dirty Funky & Electro House DJ // Brighton, UK - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.DJADAMASH.com/   Go   Links

SUBSCRIBE

HOME   ABOUT ME   NEWS   GALLERY   MY MUSIC   THE RADIO   DISCOGRAPHY   CONTACT ME   LINKS

## Homepage

Well, thanks for visiting my site, I'm Adam Ash, a DJ from Brighton, UK. I mix Funky, Dirty and Electro house music, have been a DJ for coming on 10 years! Be interested to know how you came across my site, whether is was from myspace, my pod cast or a random google search. I have plenty of music available, just check out 'my music' from the menu above. Hope you enjoy the site! Feel free to look around, download & subscribe to my podcast, check out my radio show and get in touch!

Adam

Done   Internet



**DomainContractors.com**
*We build success, one business at a time.*

contact   home

▸ Domain Showcase

▸ Full Domain List

▸ About Us

▸ Contact

Arts
Auto
Business
Construction
Dating
Education
Electronics
Fashion
Finance
Food
Gay & Lesbian
Health
Home & Family
Internet
Law
Medical
Miscellaneous
Real Estate

*Premier Domain Names For Your Business*

**Welcome to DomainContractors.com!**
We offer only top-level domain names, many with matching toll-free telephone numbers, to clients worldwide. If you are seeking an intelligent, highly visible web presence for your company you have come to the right place!

**DomainContractors.com** specialty is to provide your company with a dynamic toll-free telephone number and matching domain name. These packages are created for the international marketplace and offer our clients an unprecedented business opportunity!

**Global Toll-Free Telecom Service.**
We can arrange to have your company's matching toll-free number ring to any location in the world providing the call originates in either the USA or Canada. The per-minute rates for these services are variable, based on the country each call is sent to, and the volume of calls generated each month on the toll-free telephone number.

**DomainContractors.com** has domain names for every type of business. We are

View the
**Complete Domain List !**

Visit our
**Premier Show Case!**

We offer over 700 premier domain names many with matching toll-free telephone numbers!

**MAKE us an OFFER!**
No reasonable offer refused!







Ericsmovies.com

Hey, Welcome to
ericsmovies.comHere you can see
all the movies that i've made!

| News | Movies | B Grade Movies | The Robbery | Nicaragua |
|------|--------|----------------|-------------|-----------|
| Talent Show | Spider-Male | Josh's Page | Links | |

Skip Intro



**Faschinghuette**

*...den Alltag vergessen, die Natur genießen und die Seele baumeln lassen.*

Hier gehts zum Guestbook

Aufi muas i, auf die Faschinghuett'n!

Die Lage

So finden Sie zu uns:

431



Find the people you're looking for here

| MISSING | PEOPLE SEARCH | MISSING CHILDREN | PEOPLE | LOCATE PEOPLE | LOCATING PEOPLE |

**Free People Search. Start Now**
Find People, Classmates, Family and Lost Loves Easily.
www.reunion.com

**Find People - Current - Accurate**
Find current and verified unlisted number, address, age and relatives; search billions of public records instantly to locate anyone in the USA.
www.PeopleLookup.com

**Finding People**
Get current information on people. Easy to use, search for free.
www.usa-people-search.com

**Instant Finding People - Find Anyone**
Find current unlisted number, address, age, birth dates, roommates, relatives; people search by maiden name, spouse name, SSN, phone, address - updated directly from phone companies.
www.Intelius.com

**Finding People - $5.95**
Finding people or search people in over 200 million U.S residents, to find their addresses, phone numbers, e-mail records, criminal records and credit reports for only $5.95.
www.detective-sherlock.com

**Site Map**

Missing

People Search

Missing Children

People

Locate People

Lost Child

Locating People

People Directory





Bob was driving home after spending a great day on the lake fishing. His catch, cleaned and filleted, was wrapped in newspaper on the passenger side floor. He was late getting home, so he was speeding just a little bit. As he was crossing a bridge, a cop jumped out, radar gun in hand, and motioned Bob to the side of the bridge.

Bob pulled over like a good citizen.

The cop walked up to Bob's car and said "You know how fast you were goin', boy?"

Bob thought for a second and said "Uh, 60?"

"67 MPH, BOY!! 67 MPH in a 55 zone!!!" said the cop.

"If you already knew, why'd you ask me?", Bob snarled back.

Fuming over Bob's answer, the officer growled, "That's speeding, and you're getting a ticket and a fine!" The cop took a good close look at Bob in his stained fishing attire, and said, "You don't even look like you have a job!! Why, I've never seen anyone so scruffy in my entire life!"

Bob answered, "Hey, I've got a job . . . a good job!"

The cop leaned in the window, sniffing the foul air, and said, "What kind of a job would a smelly bum like you have?"

"I'm a rectum stretcher!" Bob replied.

"What the hell does a rectum stretcher do, Boy?" asked the cop.

Bob explained, "When someone needs to be stretched, I'm the one who does it. I start with a couple fingers, then a couple more, and then one hand, then both hands. Then I slowly pull them farther and farther apart until the

434





The journey of 1000 Miles starts with "One step and a Vision" I challenge you to find your Vision.

**Mr Resnick's Webpage**

**Mr Russell's Webpage**



437



PROJECT O.J.

01/29/07

Home

The Schedule

Why ?

Our previous trips

Olivia

Jacques

Preparations

Contact us

4 2 0 1
People have
visited my page!

## Jacques and Olivia 2006 World Tour

Greetings. This page allows us to stay in touch with our friends and family while we are away. But, this also a place for us to store **Our Pictures** and keep a calendar. It's an essential tool to our trip. Anyway, Check out <u>where we are</u>, leave us a note <u>on the guestbook</u>, join both our blogs and see you in January for the wedding...

<u>Click the map for the circuit</u>

### Essential  Links

Weat

- Lonely Planet Forum
- Frommers
- Guide du Routard Forum
- Trip Advisor Forum
- World Time Zone
- Currency Exchange
- US Consulates & Embassies
- Maps
- American Airlines
- One World
- Telephone country codes
- Our Webmail

How's the



# KIPERHAKA OY

## - Mausteilla maistuvampaa -

Kiperhaka Oy tarjoaa edullisia ja laadukkaita mausteita ja keittiövälineitä

- kouluille
- luokille
- seuroille

luokkaretki- ja toimintarahastojen kartuttamiseen.

Myös yksityiset voivat ostaa mausteita meiltä.

Yrityksille olemme myyneet **liikelahjoiksi** maustesarjoja ja keittiövälineitä.

### Uusia tuotteita

Erittäin suositun edullisen ja luontoystävällisen Bio Brima pyykinpesuaineen rinnalle on kehitetty laadukas ASTIA PRIMA 6kg:n koneastianpesujauhe sekä kotimainen miedon tuoksuinen ja hellävarainen PRIMA nestesaippua 500 ml pumppupullossa.

Kaikki kolme PRIMA tuotetta ovat kotimaisia laatutuotteita joiden kehittämisessä on panostettu luontoystävällisyyteen ja tuotteiden

**Navigation menu:**
- »Etusivu
- Kiperhaka OY
- Tuotteet
- Pesuaineet
- Tilaukset
- Liikelahjat
- Koululaiset
- Yhteystiedot



Costa Rica Volunteer

© Created by
Angelica and Nicolas

Last Update
April 2005

Information     Forum     Gallery     Contact



**www.letusmatchyou.com - Find a date in any City - Microsoft Internet Explorer**

File   Edit   View   Favorites   Tools   Help

Back | Search | Favorites | Address http://www.LETUSMATCHYOU.com/ | Go | Links

# www.letusmatchyou.com

Success Stories   |   Post a Profile for FREE

## Date available singles in Your City with online personals!

www.letusmatchyou.com is part of a national online personals network of over 14 million single people — covering all major cities within the United States. You can connect with people for casual dating and intimate romance. Match with single people in your area now whom are ready to date. Click the city links below the map to find the city in which you live. Or, you can enter your zip below, along with the age range of people you want to meet, and press GO to find singles in your area. Get ready to Date…

www.letusmatchyou.com
Find a Date Online in another City in the
United States:

**DATE IN YOUR CITY - PICK A CITY BELOW:**

ALBUQUERQUE, NM  |  AKRON, OH  |
ALEXANDRIA, VA
ALLENTOWN, PA  |  AMARILLO  |  ANN ARBOR,
MI
ARLINGTON  |  ATLANTA, GA  |  AUSTIN  |
BAKERSFIELD
BALTIMORE, MD  |  BATON ROUGE, LA  |
BEAUMONT, TX
BERKELEY, CA  |  BOSTON, MA  |  BUFFALO,
NY
CARROLTON, TX  |  CINCINNATI, OH
COLORADO SPRGS, CO  |  CONCORD, CA  |
CORONA, CA
DALLAS, TX  |  DAYTON, OH  |  DENVER, CO
DURHAM, NC  |  ERIE, PA  |  FLINT, MI  |  FT

Search Online Profiles to date in any City -
people right in your part of the US & Canada...

I am a  [Man ▾]

looking for a  [Woman ▾]

between [23 ▾] and [30 ▾]

Done                                                                                    Internet

441



**Lisa Moricoli Latham - Microsoft Internet Explorer**

Address http://www.LISALATHAM.com/

WELCOME
BYLINES
SAMPLES
PERSONAL
CONTACT

# LISA MORICOLI LATHAM

This is **Lisa Latham's front page**. In it, she uses self-deprecating humor in a sly attempt to impress you.

Lisa uses her fancy boarding school/Harvard education to write about **breast pumps, sore nipples, getting bitten** by her children and other **painful skin conditions** associated with domestic life. Her favorite piece available here is probably *"Breastpumping at 70 MPH"* which ran in Salon.com (see link on the Online Clips page), but it will soon be joined by a piece for Men's Health entitled *"The Sexiest Man I Know,"* when they run the special edition they've pegged it to or they run out of glitzy photos of six-pack abs, whichever comes first. Same goes for *"The W-Word,"* languishing at Babytalk, *"The Four Year Couch"* written for the New York Times, and a bunch of pieces assigned by the Los Angeles Times Home section.

Until these pieces hit newsstands, please enjoy the links to her online work or drop her a line to get a fax or .pdf of her many restaurant reviews for travel magazines (in particular, her cover article/feature story on *"The Education of an LA Chowhound,"* her collection of best and worst moments from the Academy Awards, *"The Knitting Hormone"* or any number of pieces about spicy food, diapers, domestic bliss, etiquette and other scarily feminine topics seen from a decidedly un-frilly point of view.

Lisa has published dozens of articles only available in print, which she keeps promising to excerpt online and then scan as a .pdf for easier download, much to the dismay of her webmaster, the inimitable Puttyhead. For now, you can find a joke or two from a few of them on the "Samples" page. The articles which have just not yet run can be excerpted briefly if requested by email, but cannot be made available as .pdf's for fear of irritating their editors — any further.



443



Mangalam
Mangalam Information Technologies Ltd.

contact | enquiry | faqs |

About Us          Advantage          BPO Services          Careers
                  Mangalam

At the Forefront of Back Office Support

For over 7 years, we at Mangalam Infotech have empowered our customers with a unique competitive advantage. An advantage, which helps them focus on their core business processes, while we take care of all the non-core processes and provide them with innovative & cost-effective back office support. Our processes, people and infrastructure are aligned with the needs of our customers in the field of Healthcare & Litigation . And what pulls them repeatedly to us are the world class Back Office solutions & services that we strive to deliver. On time every time.



Check out the new SDS  Click here to go to their website.

Some useful recent talks:

Speech at MDS meeting (Feb. 17, 2007) on the death of (old) SDS, building a nonviolent anti-Iraq War movement, and intergenerational organizing.

1968: Organizing vs. Activism-speech at Drew University, Nov., 2006. Comparison between Columbia and the Weather Underground.

## Who is Mark Rudd? *A biographical profile for those who don't know the difference between M.R. and Abbie Hoffman and Jerry Rubin, besides the fact that he's alive and they're not.*

Mark Rudd was a leader of the 1968 Columbia University strike against the Vietnam War and racism, the last National Secretary of Students for a Democratic Society (SDS), the largest radical student organization in the

Welcome to MiracleAlley.Com - Home of The Legend of Miracle Alley - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back

Address   http://www.MIRACLEALLEY.com/                          Go   Links



The new production is greatly inspired by the "92 short film Miracle Alley. A new feature length screenplay has been written by the original writer and noted martial arts Sifu Greg Holland. Key personnel from the original

Done                                                        Internet



The Patience Clinic - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.PATIENCECLINIC.com/   Go   Links



# THE PATIENCE CLINIC

*Therapy that's confidential, effective & friendly.*

| HOME | HYPNOTHERAPY | PAST LIFE REGRESSION | CONTACT |
| Home | Hypnotherapy | Past Life Regression | Contact |

**Welcome to The Patience Clinic website, thank you for visiting.**

*Hypnosis is a proven method for quick and effectively providing treatment for many, many issues and helps to bring health and harmony to mind, body and spirit.*

Ruth is a warm, caring and approachable therapist, who uses a wide range of therapeutic techniques to help people overcome their issues.
She uses her skills as a cognitive Hypnotherapist,
a Master Practitioner of NLP
and Nutritional Therapist.
Ruth also specialises in **Smoking Cessation**
and
**Past Life Regression.**

Whatever your issue, you can be sure that Ruth will provide you with the attention, respect and assistance you require to resolve your issue in the shortest most effective time possible.

Stop Smoking Voucher Scheme

The Quest Institute

PLTA

UK Academy
of therapeutic arts and sciences

*Copyright 2004. The Patience Clinic.*
*Last Update: 19 March 2007*

Applet fphover started                                      Internet







451



