

Dockets.Justia.com



Renaissance Voices
(Winnipeg, Manitoba, Canada)

About us | Previous performances | Upcoming performances | Sound gallery | Recipes | Contact



[hier KLICKEN um EINZUTRETEN]

Besucher: 6779 Heute: 12 Online: 1

Palm Beach Luxury Getaway - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.SYDNEYPALMBEACH.com/   Go   Links

Done   Internet



**Romantic Escape at Sydney Palm Beach**

# Palm Beach Luxury Getaway - Bed and Breakfast

### 'Monticeto' at Palm Beach

Serene bushland setting with your own private pool & Pittwater views Monticeto at Palm Beach is a self-contained cabana offering resort style facilities in a tranquil environment for those seeking a romantic and exclusive getaway. This beautifully furnished property includes a separate lounge/dining area complete with TV/stereo/CD player, a cedar and marble en-suite and is available to one couple only to ensure complete privacy.

The property faces northwest with sun all day and is fully air-conditioned for guests' year round comfort. It also offers the exclusive use of a stunning blue tiled swimming pool surrounded by a huge outdoor entertainment area and established tropical gardens. Monticeto is your own private and exclusive resort adjacent to a bush reserve without

**Monticeto 8 Ebor Road, Palm Beach**

The Cabana (self-contained with private entrance)

Single night bookings: $390

457



# STICK TO THE PLAN, THE FALL OF MAN.

## Under Construction

I'm currently in the process of compiling all of my old articles from various years and various websites. I need to find them and then edit them a bit and they will be posted in due time. EDIT: In going through them, I realize that most of the SUUCCCKKK=(

WARNING: The views expressed on this site (through poorly constructed arguments) may be offensive to some people. The majority of these articles were written between 1 and 5 years ago, so the information they contain is probably out of date, if not completely irrelevant. They remain purely for entertainment and historical social commentary.

Posted: Sunday, March 25th, 2007  |  Filed under: ....

## Keepin It Real!

Its time for a ranting blitzkrieg and will likely be the most awesome article ever. Everyone will be offended, but hopefully I can offend every group equally, so it will balance out. As they say in the UFC, LET'S GET IT ON!

**CAR/MOTORCYCLE ENTHUSIASTS**
Words cannot express the utter hatred and disdain I feel for all of you. Why you insist on continually harassing me with your unecessarily loud vehicles in beyond comprehension. NORMAL PEOPLE GET THEIR CARS FIXED WHEN THEY MAKE UNUSUAL NOISES. And why do we need 15 different motorcycle / hotrod building TV shows? You are very lucky I don't own any firearms.

**HOMELESS PEOPLE**
Either get a job or kill yourself. Either way, society will benefit. You provide no useful purpose as you are and provided you are healthy and capable, I have no sympathy for you. Regardless of your intelligence or

The Peaks Pet Nanny, LLC - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address  http://www.THEPEAKSPETNANNY.com/   Go   Links

**The Peaks Pet Nanny, LLC**

*Professional Pet Care, Preferred by Pets & Owners*

Home

Why a Nanny?

Services & Fees

Our Policies

Our Furry Clients

Client Feedback

Our Nannies

Contact Us

Helpful Links

Join Our Team



# The Peaks Pet Nanny, LLC

## Servicing Lake Hopatcong, Dover, Morristown

## & the Surrounding Areas of Morris & Sussex County in NJ

*The Peaks Pet Nanny Donates a Portion of Proceeds to The Humane Society, the ASPCA and Local Rescue Groups*

The Peaks Pet Nanny is a professional, in-home pet care & dog walking company that cares for your pets when you can not.

We understand that your pet is a member of the family.

Our philosophy is loving care, minimal stress, and the importance of routine under a watchful eye...

Are the ingredients to a happy & safe pet while you're away.

Done    Internet

459





ToyotaGirls.com was down by the time I checked it on July 26, 2007, but I retrieved a recent copy from Google Cache:

ToyotaGirls.com ::: Toyota and Lexus fans, owners, and tuners: News - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back    Search   Favorites

Address   http://72.14.253.104/search?q=cache:IrsEU8LuIFoJ:www.toyotagirls.com/+http://www.TOYOTAGIRLS.com&hl=en&ct=clnk&cd=1&gl=us   Go   Links

people to the brand early, with the hope that they will remain loyal and eventually move up to a Lexus. These types of high performance luxury cars are also naturally very desirable to the 18-35 crowd so its a two fold strategy.

The spy shots of the modified Toyota Crown (aka Lexus LS) are not what the car will really look like. That platform is just easier for engineers to work with because the new IS will likely have a V8 option and the LS platform is either rear wheel drive or all wheel drive. The image below is a chop/artist rendition of what it may look like based on current models, and seems to have hints of the tC in the lines. Not sure if the exhaust is realistic or if I even like it.

Click here for the article @ japanesecarfans.com

Click here for another article @ edmunds.com



Copyright by Lehmann Photo-Syndication

Error on page.                                                                    Internet



Golden Red Tulip Bulb Delivery - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back  |  Search  Favorites  |

Address  http://www.TULIPFLORISTS.com/    Go    Links



**Michigan Bulb Company**
Quality Plants At Great Prices.
Take $20 Off Any $40 Order
Today.
www.MichiganBulb.com

**Breck's of Holland**
Premium Plants, Bulbs & More
Direct From Holland. Free $25
Coupon.
www.Brecks.com

**Modesto Florists**
Be Sweet But Be Smart About
It. Read Florist Reviews &
Ratings.
modesto.Citysearch.com

**Save 35% on Fall Bulbs**
35% Off Spring Blooming
Bulbs! Daffodils, tulips, more.
Order now
AmericanMeadows.com

Ads by Google

**Tulip** Florists
www.tulipflorists.com

Home    About Us    Florist    Contact Us

**Check Tulip Prices Here**

Ads by Google

**Funeral Flowers
Same Day**
To all Funeral
Homes & Churches
Order Online or Call
800-495-5120
www.PetraFlowers.com

**WholesaleUSA
Wooden roses**
3200rose/300sleev&
$229 free ship in
US call 954-662-
3652

We offer quality tulips, gifts
and flower arrangements.
We also have a wide range
of gift baskets and can help
you cater for any occasion.
We carry a large range of fresh tulips,
which we receive direct from the growers
seven days a week.

Tulip bulbs do not require
fertilizing beyond the
addition of bone meal at
planting time. They do not
like overly rich soil. After
they bloom, keep the beds watered to
prevent surface soil cracking.

*Our commitment to delivering on what we
promise is the reason why we are one of
the fastest growing online floral retailers in
the industry. Our goal is to provide you
with exemplary on-line shopping and
service.*

With hundreds of designs
to choose from - we bring
our awesome exhibition to
you! You will soon realize
what flowers can do to your
wedding. We will take special care of the
special event of your life. We can do

Done    Internet

464





File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.VACUUMEQUIPMENTSUPPLIES.com/   Go   Links

**V E S   Vacuum Equipment Supplies**

HOME | PACKAGING MACHINES | SPARES & SUPPLIES | CONTACT US | PHONE (From UK) 028 3751 8444 (From RoI) 048 3751 8444

### VES - home page...

We are now stocking a range of spare parts for the service and maintenance of most makes and models of vacuum packaging machines. New machines also available!

We can offer the following specialist services to industry users:

- Teflon coating, repairs and machining to heater and sealing plates
- Shaped rod element heater manufacture
- Air bellow manufacturer
- Die and cutting sets, refurbished or new manufacture
- Plattens, inserts, radius plates - manufactured
- Machine overhauls, modifications, service
- Busch vacuum pump - rebuilds - service - parts
- Used re-manufactured Multivac type machines. Vacuum/gas flush
- Used re-manufactured or new chamber machines. Vacuum/gas flush
- Compatible parts for Multivac type machinery including sealing gaskets

Examples of replacement parts for thermo forming machines:

- Sealing gaskets
- Silicon rubber profiles
- Heaters and thermocouples
- Silicon flexes
- Cutting blades
- Temperature controllers, vacuum gauges & transducers
- Gripper chains, drive units and motor-gearbox assemblies

Done   Internet



Screen captures of .org pages in our random test blocked in error, taken July 26, 2007:







**Welkom bij de Alfred Vogel Grand Prix - Microsoft Internet Explorer**

Address http://www.ALFREDVOGELGRANDPRIX.ORG/

# Alfred Vogel Grandprix
## 30-31 AUG 03 DEVENTER

Home | Programma | Kaarten | Uitslagen | Pers | Historie | Contact | English

Laatste update:
01.09.03

De domeinnaam van het Alfred Vogeltoernooi is gewijzigd.
Vanaf 1 juli 2004 is de nieuwe en geactualiseerde site te vinden onder de naam
**www.deventergrandprix.org**

### Alina Kabaeva heerst op Alfred Vogel Grandprix

Alina Kabaeva is de winnares van de Alfred Vogel Grandprix 2003 in
Deventer. Zondag heerste de Russische ritmisch gymnaste op drie van de
vier grandprix-onderdelen. Zij won met de materialen hoepel, bal en
knots. Met het materiaal lint eindigde ze als derde.

Alina Kabaeva is naast de Nederlandse inbreng van Anna Pobokova al
enkele jaren de publiekslieveling in het Deventer sportcentrum De Scheg.
Zij maakte haar favorietenrol waar, want zij won zaterdag ook de
officieuze meerkamp die alleen als kwalificatie voor de onderdeelfinale
van zondag geldt. Op het onderdeel lint moest zij alleen de Oekrainse
Anna Bessonova en de Russische Vera Sessina boven haar dulden.

### Anna Pobokova
De Nederlandse kampioene van 2003, Anna Pobokova, toonde in Deventer
enorme progressie sinds haar WK-kwalificatie drie maanden geleden in Frankrijk.
Haar eindscore in Deventer is bijna tien volle punten hoger dan tijdens het
toernooi waarop zij haar deelname aan het WK veilig stelde. Het WK is volgende
maand in Boedapest.

De vooruitgang heeft Pobokova mede te danken aan haar vier weken durende
zomerstage in Sint Petersburg. Daar trainde zij zes dagen per week zeven uur per
dag onder leiding van het Russische echtpaar Irina Yushina en Alexei Ioushin.

Aan de Stegge
Verenigde Bedrijven

470



**Alcohol Abuse: The National Epidemic.** - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Address http://www.ALCOHOL-ABUSE.ORG/

Alcohol abuse is a national epidemic, affecting 80% of the population. Approximately 10% of the population of the U.S. are alcoholics, and they each affect 5 to 7 people in their lives with the addiction. Alcohol abuse touches every social strata in our society.

**Alcohol Abuse**

### Alcohol Abuse

For purposes of simplicity, we are using the term abuser for addict or chemically dependent person or user no matter what the extent of the use is. On this web site alcohol is considered a drug. My assumption is that the alcohol abuse must stop, no matter what the progression may be.

True alcoholism is a problem that is progressive. This means that it always gets worse, never better. It may somehow look like it is getting better if the person controls it for a period of time but this is usually an illusion - a false attempt at trying to drink "safely." Non-alcoholics do not have to try to do this.

Without interruption, the progression of the problem leads to much pain and loss. Many people stop for a while but return to alcohol abuse. The way to "reality test" the success of the person's recovery is to watch the actions of the person. This does not mean to judge the person but to follow the success objectively. If the person stops and is fairly content with life, chances are he or she has experienced alcohol abuse, but is not an alcoholic. Most alcoholics stop and experience tremendous pain due to the consequences of their past actions when drunk. Many get abstinent, not sober and content, and experience a period when they are euphoric or very happy. This is usually a time when the body feels better as the toxins are leaving and the person is detoxifying.

**Click Here to Read More...**

### To the Parents of an Abuser

Recovery is the abstinence of the drug along with pursuit of healing from the guilt, fear, rage and depression caused by the drugs. When your child is in recovery, you will know it.

**Read more here...**

### To the Abuser

I am glad you are reading this article. This means that you have a chance to arrest your problem if you take certain actions. The first step is getting and staying out of denial.

**Read more here...**

### What Causes Alcohol Abuse?

**Navigation menu:**
- Home
- Warning Signs
- Teen Alcoholism
- Stages of Addiction
- Online Store
- Contact Us
- Our Mission

**Other Resources:**
- Drug Abuse
- Alcohol Abuse
- 12 Step Recovery
- Teen Alcoholism
- Intervention Steps
- Teen Drug Abuse
- Drug Abuse Treatment
- Alcoholism
- Drug Treatment Center
- Freedom Quest



http://www.antiblog.org/ - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back    Search  Favorites

Address  http://www.ANTIBLOG.ORG/    Go    Links

SEARCH BLOG  ▪FLAG BLOG  Next Blog»                    Create Blog | Sign In

# antiblog

A WEBLOG OF LOGICAL NEGATIVISM

## Monday, June 25, 2007

### Borked Again

Judge Robert Bork, one of the fathers of the modern judicial conservative movement whose nomination to the Supreme Court was rejected by the Senate, is seeking $1,000,000 in compensatory damages, plus punitive damages, after he slipped and fell at the Yale Club of New York City.

***

Judge Bork has been a leading advocate of restricting plaintiffs' ability to recover through tort law. In a 2002 article published in the Harvard Journal of Law & Public Policy—the official journal of the Federalist Society—Bork argued that frivolous claims and excessive punitive damage awards have caused the Constitution to evolve into a document which would allow Congress to enact tort reforms that would have been unconstitutional at the framing

// posted by Michael @ 11:20 AM

## Windows Vista Tech Support

Microsoft

**links**

Google News
The Green Thompson Hunt
Air America
The Well
MoveOn
Texas Freedom Network
The Spring
Salon
Slate
Upper Left
Larry Lessig
Electronic Frontier Foundation
Cult of the Dead Cow
2600
Whiskey Bar
Weapons of Mass Destruction
Bruce Springsteen





http://www.botch.org/ - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back

Address   http://www.BOTCH.ORG/                                    Go   Links

: : b . o . t . c . h : : d . o . t : : o . r . g : :

Here:

- school
- qmail talk (2001)



you're HELLRAISER!
dude, you're the
completely fucked
form of hello kitty.
you thrive off other
peoples' agony and
pain, but who cares?
you're the king of
darkness and evil.

what fucked version of hello kittie are you?

brought to you by Quizilla



**Far Beyond These Castle Walls...**

**RPG-Related**

Ravenswood Academy Yearbook

Legion of Super-Heroes Character Write-Ups

Pictures that could be superheroes or supervillains

More Gaming Stuff

**HERO Forums Stuff**

Visit the HERO Forums

Magic cards based on the HERO game and forums.

Windows-style error messages

Internet Forum Messages

Welcome to Castle Walls, my internet site. I mainly started this as a way to have a place to store and share files with fellow gamers and such, though it may grow a bit with time. We'll just have to wait and see.

*Far beyond these castle walls*
*Where I thought I heard Tiresias say*
*Life is never what it seems*
*And every man must meet his destiny*

**Other Stuff**

Funny Pictures

Flash Animations

Astronomy Photos

**Castle Walls**

Castle Walls Forum

Links

Contact Me





The Columbus/Amsterdam Business Improvement District (BID) was created to increase commercial activity and create a more vital and active business center along Columbus and Amsterdam Avenues from 96th to 110th street by providing services and initiating capital improvements to make the neighborhood cleaner, safer and more prosperous.



A woman
abused past endurance
leaves home
in the middle
of the night
with her two
children.

An out-of-town student
whose housing allowance is in dispute
walks downtown with her backpack
and a roll around her suitcase.

PLEASE CLICK HERE TO PROCEED



**Dabar Worship Center (DabarWorship.com) | There is a Cause.** - Microsoft Internet Explorer

File    Edit    View    Favorites    Tools    Help

Back    Search    Favorites

Address http://www.dabarworship.org/home.php    Go    Links

DABAR WORSHIP CENTER DABARWORSHIP.ORG

JULY

Thursday the 26th | 2007

Home | About Dabar | Our Ministries | Our Senior Pastor | Calendar | Location & Directions | Dabar at Worship | Messages |

"Grace and Peace Be Unto You"

Welcome to Dabar Worship Center. Dabar is a church that is dedicated to developing balanced people of God who will advance the kingdom of God.

We believe that there is a C.A.U.S.E. and that cause is to Celebrate Jesus, Announce the Good News of the Gospel, Utilize the power of the Holy Spirit, Save souls, and Equip the saints.

We are a people dedicated to doing great things for our God because our God is great.

*For His Cause*
Pastor H. Curtis Douglas.

Copyright © 2004, Dabar Worship Center.    ▸ Contact Us    ▸ Sitemap    ▸ Privacy Policy

Done    Internet





**Faith Community Church** - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back        Search   Favorites

Address  http://www.FAITHCHURCHOFDAVIS.ORG/        Go    Links

# FAITH
## Community Church

Home   About Us   Staff   Ministries   KAS Preschool   Calendar   Special Events   Member Services   Contact

*Developing Fully-Devoted Followers*

## 212 West McKimmy Street
## Davis, IL 61019
## (815) 865-5638
## Fax: 815-865-9188

Office@faithchurchofdavis.org

Click here  to email the church office

**News**                **More**

**Current Events      More**

*Jul-28*
Youth bike tour at Krape Park

*Jul-29*
Pot Luck

*Jul-30 ~ Aug-03*
Vacation Bible School

*Jan-07 ~ Dec-30  (Sun)*

**Schedule**
Sunday Morning Church Services

8:00AM Traditional Service

10:00AM  Contemporary Service

10:00AM Children's Ministries

Done                                    Internet





Health Directed Riding, Inc. - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back         Search   Favorites

Address   http://www.HEALTHDIRECTEDRIDING.ORG/   Go   Links



# Health Directed Riding, Inc.

## Member of NARHA

Home

History of HDR

Newsletter

Ride-A-Thon

Benefits of HDR

Why HDR

NARHA

Feedback

Our Mission

Done   Internet



**Advice On Study Abroad**

England

USA

Australia

Canada

France

Germany

New Zealand

Japan

Foreign Exchange Student

Home

Studying Abroad To Expand Your Horizon.

# Make Your Donation Today
Help Rebuild Lives & Communities in Hurricane Affected States.

Public Service Ads by Google

Choosing to study abroad can be an enriching and life altering experience. The ability to educate yourself while learning a new culture and visiting a new place is appealing to many students. There are vast amounts of resources out there to help you choose the right place and even obtain financial assistance or scholarships. Many college and universities courses require that you begin and end your course to be recognized and some courses are not recognized worldwide so you need to prepare in advance and spend considerable time researching your field of choice to determine whether credits are transferable to and from your home country. Even if you're not looking to complete an entire program, you can study abroad to learn a culture or take elective courses that can broaden your horizon and bring you personal fulfillment.

If you're looking to study in Oceania, both Australia and New Zealand have much to offer students in terms of serious academics but with a more laid back lifestyle. Students interested in the vast opportunities and diverse experiences offered in North America look at Canada and the USA for career and academic opportunities.

Germany, England and France offer a taste of Europe with immense cultural experiences and supreme scholarly opportunities. If you are looking





# ID Research

HOME | RESOURCES | THESIS | REPOSITORY | PROJECTS

## Welcome to www.IDResearch.org

This site has been developed to serve two purposes. First, it is a resource for professionals, academics, students and others who want to know more about industrial design research. Under resources, there is a collection of hyperlinks and a bibliography of sources of design research information.

Second, it is a work site for Alison Barnsley, a graduate student in San Jose State University's industrial design program. My master's project is focusing on ID Research and on the opportunity for a digital repository of industrial design information. The work will include a thesis, a repository, and design projects. Until those sections are ready for public consumption, the links above provide brief descriptions of the work. Contact me if you would like access to additional work-in-progress pages.

I am very interested in creating a comprehensive list of design research information, including links or PDFs of theses and papers. If you would like to have your work listed, please send me the dissertation or thesis title, a brief abstract (<100 words), university or college affiliation, author(s) name, and author contact information. Please send questions, submissions, suggestions for links or articles, random thoughts or insightful critique to aabdesign@yahoo.com.

Association des Dames du Calvaire - ADC - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back  Search  Favorites

Address http://www.JEANNE-GARNIER.ORG/    Go    Links



Bienvenue sur le site de

# Jeanne Garnier – Soins palliatifs.

MAISON MÉDICALE
**Jeanne Garnier**    RÉSIDENCE Aurélie Jousset    **carte** SOINS PALLIATIFS

106, avenue Émile Zola - 75015 PARIS - Tél. 01 43 92 21 00 - Fax 01 43 92 21 10

Héritière de l'œuvre fondée en 1874, la Maison Médicale Jeanne Garnier propose un ensemble de services concernant les soins palliatifs :

○ La Maison Médicale                                    en savoir

○ La Résidence Aurélie Jousset

○ C A R T E  Soins Palliatifs

○ L'Association des Dames du Calvaire

○ Une Association de bénévoles

○ Une Aumônerie catholique

**Actualité**

Le  Programme de Form

Édito

Vous voulez nous aider

Nous recrutons

Pallianet.org

Espace soignants

Autres établissements

www.jeanne-garnier.org - Association des Dames du Calvaire - ADC                    Internet



JENA

A PHILOSOPHY OF LIFE

JENA
is a circle
of learning and teaching.
In love, we come together to share
our understanding of the purpose of life.
We learn through prayer, meditation and
experience and we try to share what
we have learned with others
so that we might
all grow
spiritually..

I AM – THE LIGHT

I Am -
One Spirit,
One Mind,
One God,
One Breath,
One Life,
the Light,
the All

Copyright @ 2007 JENA All Rights Reserved

490







Welcome to Kindness Inc | Thank you Kern Schools Federal Credit Union! Thank you South 65 for c - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Address  http://www.KINDNESSUSA.ORG/

# Welcome to Kindness Inc

*Thank you Kern Schools Federal Credit Union! Thank you South 65 for creating the "Random Act of Senseless Kindness" song!*

**Thursday, July 26, 2007**

## In This Issue:

- E-Commerce Store
- Kindness Awareness Week
- Meet the Staff
- Kindness Ambassador Program
- From the Beginning
- Preparing the proclamation..
- Songs and Poems
- Stories of Kindness
- Sharing Kindness Coins
- Share Your Story of Kindness
- Kindness in the News!
- Links to other sites
- Our Kind Sponsors

For information regarding Dr. Chuck Wall as a keynote speaker visit
http://www.chuckwall.net

If you would like to purchase "Random acts of Kindness" Song please goto Amazon.com and search South 65

## Kindness Store

### THE KINDEST STORE IN THE WORLD



**Se mange flere billeder fra Bonnie, Kasper og Maja's ferie til Kreta i april 2007**



**UNITED STATES PRACTICAL SHOOTING ASSOCIATION**

**LOUISIANA SECTION**

| U.S.P.S.A. WEBSITE | SOUTHERN SHOOTING CENTER WEBSITE | AREA 4 WEBSITE | *WHAT IS PRACTICAL SHOOTING?* |

**LA. SHOOTING CLUBS**

- CAJUN ACTION SHOOTERS
- EAST ASCENSION PRACTICAL SHOOTERS
- RIVER PARISH PRACTICAL SHOOTERS
- TANGI PRACTICAL SHOOTERS
- LAFOURCHE SPEED SHOOTERS

**STAGE DESIGNS**

- C.A.S. JULY 1, 2007 STAGE DIAGRAMS

**WELCOME TO THE LOUISIANA SECTION HOME PAGE**

This site is dedicated to providing information and scores for our local shooting clubs in Louisiana. We are also dedicated to educating the public of the benefits of practical shooting and general firearms safety. In addition to our local club match information you can also find information for some of the upcoming major matches as well. We also have some links to improve your shooting skills with shooting tips by some of the best shooters in the world.

We would also like to extend our appreciation to the Sheriff's who graciously allow us to use their ranges to hold our club matches. Without their support some of our clubs would not have a range to hold our matches.

اتحاد المقعدين اللبنانيين



English                                          عربي

This site was made possible by the contribution of the "British Embassy"





As I write highly civilised human beings are flying overhead trying to kill me. They do not feel any enmity against me as an individual, nor I against them. They are only "doing their duty", as the saying goes. Most of them, I have no doubt, are kindhearted law abiding men who would never dream of committing murder in private life. On the other hand, if one of them succeeds in blowing me to pieces with a well placed bomb, he will never sleep any the worse for it.

George Orwell





**NewSong Church**
945 W. Covina Blvd, San Dimas, CA 91773 · 909.394.9488 · Services: Sundays 9 am, 11 am

Blind: Stepping Out in Faith

• **Announcements**
July 15

• **Calendar**
This week, 7/15-7/22, and
On The Horizon

• Welcome, visitors!
Please visit our **Visitor's Section**

• **Verse of the day**

• A **response** to the Family
Tomb of Jesus documentary

Greetings from NewSong Church in San Dimas. This site is a small reflection of who we are and what we want to be about. We hope the words and images you see here might inspire you to visit us, meet us and join us in building a community of people of God.

July 26, 2007  | Info & Contacts | Visitors | Downloads | Missions | Connect
| CAC login  | Celebration Team Schedule | Ministry Contacts |





This site enters 2005 in a light coma. Sign up below to be notified when we resume programming. **Click here** to view the last updated version of ordo, or **here** to read zach's blog.

**2006 update:** Still nothing happening here. We may yet return.

ORDO'S MAILING LIST: email address   join



# ORCTU

**Home** | Our Purpose | Photo Gallery | Officers | News/Press Releases | Calendar | UGA Endowment
| Newsletter | Links | Contact Us

## July 28, 2007 - Chapter Fishing Trip

The chapter is taking a fishing trip to the Davidson River in N.C. For more
details, contact Kenneth Calkin, treasurer and trip coordinator, at
ken@orctu.org.

## August 20, 2007 - Chapter Meeting

Kevin McGrath, Georgia Back-the-Brookie chairperson, will update chapter
members and guests on the status of the program in Georgia and the Southeast.

### Monthly Meeting Information

Most monthly meetings are held at Buffalo's Southwest Cafe in Athens,
Ga. Click HERE for directions! Supper/Raffle at 6 p.m. -- Presentation at 7 p.m.
We normally hold a raffle of fishing supplies and other items, so bring a few
bucks or a raffle item to support the Chapter's conservation and education
efforts.



Paper Aircraft Association - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back      Search   Favorites

Address   http://www.PAPERAIRCRAFT.ORG/     Go   Links

(6 items remaining) Downloading picture http://www.augq07.dsl.pipex.com/paamain/images/notice_button22.gif...     Internet

## Paper Aircraft Association

## Top News: "RedBull PAPER WINGS"

The event of 2006 a top place to be www.redbullpaperwings.com

### INTERNATIONAL RULES

Challenging the existing world records needs to be done according to the international rules developed by the Paper Aircraft Association (PAA). Assuring world wide comparability of the results requires following these international rules.

INTRODUCTION - The Paper Aircraft Association was officially founded on the 29th March 1989 by Andy Chipling after a long interest in all kinds of aviation and encouraged by the large response to a competition that was held in 1988 in the Department of Civil Engineering, Hydraulics Laboratory at Imperial College London. Grateful and posthumous thanks go to the late John Audsley (1929-1996), without whose great spirit and character the PAA would not have been conceived.

If you are into Paper Aircraft, Paper Aeroplanes, Paper Airplanes, airplanes, Paper Darts, Paper Planes, whatever we all like to call them, the "Paper Aircraft Association" is the site to click on for World Record rules and top Paper aircraft links.

Home

These pages are here for the use of club members and non-members alike. Most of the articles are posted here for reference, as well as some











Patrocinador Oficial del Grupo SAROS Expediciones Científicas

C/ El Retiro 37 Bajo. Vega de San Mateo
Gran Canaria
Telf. 928 66 11 30

Tienda especializada en material astronómico. Distribuye a toda España. Asesoramiento Profesional

Grupo SAROS

Scientific Expeditions





**Squidkitty.org - Microsoft Internet Explorer**

Address http://www.SQUIDKITTY.ORG/

# squidkitty.org
### LITTLE KITTY, BIG FUN!

**Navigation**

Kittypapers
Forum Icons
Forums (Archived)
Squidkitty On LJ
Link Back To Us
©2006

Rainkitty
Clamkitty
KatCom
World of Ham

: o

September 11th, 2006

Awww... It's Autumnkitty. :)

I've posted some cute kitty icons that you may use on message boards, myspace, live journal, etc... If you decide to use any of the icons, upload them to your own accounts. Please do not hotlink to them from squidkitty.org.

**Also, squidkitty.org's forums are closed, people!** The forum has been closed for over a year and a half and people are registering for new accounts over there. That's silly. More than one hundred people have registered for new accounts since we closed that thing.





Seattle Women's Jazz Orchestra (SWOJO) - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back ▾    🗙  🔄  🏠   Search  ⭐ Favorites   🔗  ✉  ▾

Address  http://www.SWOJO.ORG/

home
calendar
players
recordings
video
reviews
links
about swojo
swojo store
contact swojo

## welcome to swojo.org

The Seattle Women's Jazz Orchestra (SWOJO) features many of the finest female jazz artists in the region. Showcasing high intensity jazz, tight harmonies, and lush dynamic sounds, the band performs with a fresh energy stemming from seven years of thrilling audiences on two continents.

SWOJO proudly features the original music of many regional composers and arrangers, including Al Farlow, Vern Sielert, Jill Townsend, Hazel Leach, Nelda Swiggett, Carmen Staaf, and the band's musical director, Dr. Daniel Barry.

### swojoperformances

seattle
women's
jazzorchestra

- **Thursday, July 12, 2007**
  Summer Concerts in the Park series
  Lake Burien School Memorial Park
  14640 18th Ave SW, Burien
  6:30-8:00pm

- **Thursday, August 2, 2007**
  Summer Concerts in the Park series
  Animal Acres Park
  Lake Forest Park
  7:00-8:30pm

See our calendar for details on these and all our other upcoming performances. Make sure you know where and when we're playing

Done                                                                    Internet

513





