# Exhibit V

Dockets.Justia.com

Aug. 3, 2007

VIA EMAIL (rhyde@rafelmanville.com)

Robert Hyde
999 3rd Ave., Ste. 1600
Seattle WA  98104

Dear Mr. Hyde,

As you requested in your letter of July 11, 2007, I have attached a number of items for my report as an expert witness in the Bradburn v. North Central Regional Library District.  They include:

1.  a statement of all my opinions in this matter
2.  the data and other information I consulted and any exhibits I might use, both listed in the References page attached to my statement
3.  my professional qualifications in my resume, which includes a list of all my publications

I request that I be paid $1,000 plus expenses for my report and testimony in my first experience as an expert witness.

Please let me know if you have trouble with any of the attachments or have any other questions for me.

I look forward to talking with you soon.

Sincerely,

*June Pinnell-Stephens*

June Pinnell-Stephens
3140 Roden Lane
Fairbanks, AK  99709
907-479-5826

EXHIBIT _B_

BRADBURN
PINNELL - STEPHENS DEP.
F4. 25

105

<u>**Statement of June A. Pinnell-Stephens**</u>
<u>**Bradburn v. North Central Regional Library District**</u>
<u>**U.S. District Court for the Eastern District of Washington**</u>
<u>**Cause No. CV-06-327-EFS**</u>

## INTRODUCTION

As you'll see in my resumé, I received my master's degree in library science from the University of Washington in 1972. Since that time, I have worked in all types of libraries, i.e., public, academic, special, and even briefly in schools.

I began and have now ended my career in public libraries, first with the King County Library System in the Kirkland and Bothell branches. While both of these communities have grown beyond anything I now recognize, they were small during my time there and were served by the central headquarters, much like the situation in the North Central Library System. After King County, I moved to the Bellingham Public Library, a central city facility with one branch. All of my work to this point was as a children's librarian, and I learned the principles, procedures, and sensitivity necessary to handle complaints from parents, teachers, and other users about books and other material in the library. I also learned that complaints are to be expected if a library provides a full spectrum of materials

I then moved to Alaska and worked as the librarian at the Matanuska-Susitna Community College in Palmer. Here my focus was to provide material that supported the curriculum, which offered classes to a mixture of students trying to finish their first two years of college classes while still working during the day and to students in vocational classes for heating/refrigeration and other trades. Nearly every aspect of my job was different – my users were adults, both from the college and occasionally from the community, which was small and rural: the library was a single room, and the collection was small, a mix of general academic subjects and trade literature; and even the classification system was different. I learned about the problems of filling even basic user needs with a small collection in a space that isn't likely to grow and that is located a long and often difficult drive away from larger libraries. I also learned about the importance of privacy for users in a small town.

After moving to Fairbanks, my first job was as the librarian in the Fairbanks Daily News-Miner, the first librarian the paper had hired. In addition to finding space to create a library, I worked to develop an electronic index for the paper, a task no longer necessary with full-text access available on their database and through the Internet. Here, I learned that nearly instantaneous access to information is critical for some users.

Before joining the staff of the Fairbanks North Star Borough Public Library, I did some independent work, primarily on grants and consulting jobs. One of those jobs was to inventory and assess the library collections in the village school libraries of the Northwest Arctic School District based in Kotzebue. The communities ranged in population (2006 figures) from 135 – 841, and many of the school libraries served as the community's public library, as well. While I examined the books in one of the libraries, one of the village elders came in to watch me quietly as I pulled out book after book. When I came to one particular book, he finally spoke, saying, "I'm in that book." It was John McPhee's <u>Coming Into the Country</u>, and McPhee had interviewed this man for the book. His pride in knowing that he was part of that library was obvious and taught me that every library needs to reflect the faces and voices of all its users.

From 1988 to 2006, I was the Collection Services Manager of the Fairbanks North Star Borough Public Library. My primary charges were to select, acquire, catalog, process, and manage all the

materials In the library. In addition to the Noel Wien Library In Fairbanks, the system has a small branch library In North Pole, 14 miles from Fairbanks, population 1710. We also send a small van to the outlying communities once a month each, unless the temperature at 9am the day of the scheduled visit is colder than minus 30 degrees. (The borough is about the size of New Jersey and has about 11.5 people per square mile.)

The library also has a contract with the Alaska State Library to provide books and other material by mail to those people who do not have local library service. Regional Services, as it's known, has a small collection of its own, but, like van delivery services, the main collection is the primary resource for these services.

Despite our best efforts to get items to the people who want them, the small van and the bags by mail can never equal the access to material available to residents of larger communities. In 1989, the Alaska Cooperative Collection Development Committee discovered that the combined resources of every major library in Alaska were approximately equal to the library at Oregon State University by itself. In view of this obvious lack of resources, we formalized the cooperative activities that we had already begun, but we were still faced with the difficulty of actually getting the material to the user and with the reality of spaces too small to house large collections.

Although libraries had been using online databases such as Dialog and Lexis for years, the Internet has opened access to another world of resources, some better than others. Libraries still use the online databases with their more reliable resources, and many states, including Alaska and Washington, provide access to a selection of them, free to the users they serve. Some of these databases are available only at the library computers, but many are available from any computer to verified users. There is an incredible variety of material in these databases, but libraries with room for only one computer, or none at all as is the case in the Egegik village library, can't take advantage of them. Even remote libraries with space for several work stations often face inequities in cost and speed despite E-Rate support, and they can't afford to connect enough stations to fill the need.

Unfortunately, the "Digital Divide" still exists, particularly in remote towns and villages. However, the Internet, either with library databases or other web sites the user selects, continues to present our best opportunity for disseminating information to remote communities. These electronic sources, in combination with cooperative collection development arrangements, can maximize the total resources any library can make available to its users, whether those users are in a large metropolitan area or in a small farming community.

## LIBRARY DEVELOPMENT AND PUBLIC PERCEPTION

We're all familiar with the stereotypical librarian – older woman in sensible shoes with a pencil stuck through her gray-haired bun, glasses on a chain around her neck, index finger poised to illustrate the "shush" she uses to control anyone who dares to speak above a whisper. As with many stereotypes, there is more than a grain of truth in this one, and according to many accounts of library history, the librarians themselves are primarily responsible for it.

According to Alexis McCrossen in her article, "'One Cathedral More' or 'Mere Lounging Places for Bummers'? The Cultural Politics of Leisure and the Public Library in Gilded Age America," public libraries in their early years were torn between the roles of functioning as palaces of culture for the elite and of responding to the demands of a public whose taxes helped support this new public institution. He writes, "We must remember that libraries began as collections of books and that for centuries books had been considered the preeminent symbols and signs of 'Culture.' Elite and learned Americans, in their efforts to fashion the nation into a civilization, posited that

2  107

freely accessible and ever-dynamic city libraries – and, indeed, a great national library such as the Library of Congress – would, along with the achievements of great poets, foster Culture."[1]

As leisure time increased, mass culture also grew, as reflected in entertainment and publishing. Many librarians balked at adding fiction to their collections, much less the mass market items like the dime novel adventure stories. As McCrossen notes, "While many librarians would have preferred to directly participate in the safekeeping of Culture through fashioning acquisition policies that would have limited the purchase of, if not banished from the library altogether, what they called 'trash,' the public would not let them."[2]  Librarians also had qualms about adding newspapers and magazines, because they were afraid that material would attract vagrants and those looking merely for a warm place to rest or even to sleep – clearly not the respectable classes with whom they identified.

During this formative time, most libraries were controlled by boards composed first of the powerful and rich men of the communities and then by their wives after women achieved the right to vote. In many cases the boards even made the selection of books themselves, particularly in smaller communities.  Many of these boards also viewed libraries as an equal partner with schools and churches in the effort to refine the lives of the citizens: "The library aims to do for the community by the aid of books and personal contact that [which] the Sabbath supplies by a wider circle of influences, both taking the mass of people as they are, and working to build them up in all that tends to a life of higher aims."[3]

In his study, "Collecting Contested Titles: The Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956," Wayne Wiegand found similar attitudes and circumstances.  While exploring selection patterns and sources, he discovered that most of the libraries on which he focused depended on collection guides published by the American Library Association and the H.W. Wilson Company.  In the first of these guides, published for the 1893 World's Columbian Exposition, the "volume listed 5,230 titles recommended for any small to medium-sized public library; that it included in this total only 809 works of fiction gives some indication of the relative value late nineteenth-century librarians placed on the reading of fiction, which nonetheless constituted 65-75 percent of the circulation in most public libraries."[4]

These libraries also shared the perceived value of the library with those in McCrossen's article as demonstrated by the establishment of the first library in Sauk Centre.  In 1898, the most prestigious women's club went to the library board and argued that "the community needed a place of moral and cultural enrichment to keep Sauk Centre youth out of local billiard halls and away from temptation."[5]

For his work, Wiegand selected at least one controversial title from each decade he covered and checked through the acquisition records of each library to see when or if they added those books to their collections.  The titles are Adventures of Huckleberry Finn by Mark Twain, The Awakening by Kate Chopin, Sister Carrie by Theodore Dreiser, Family Limitation by Margaret Sanger, Elmer Gantry by Sinclair Lewis, Their Eyes Were Watching God by Zora Neale Hurston, Grapes of Wrath by John Steinbeck, Native Son by Richard Wright, Strange Fruit by Lillian Smith, and Catcher in the Rye by J.D. Salinger.

---

[1] Alexis McCrossen, "'One Cathedral More' or 'Mere Lounging Places for Bummers'? The Cultural Politics of Leisure and the Public Library in Gilded Age America," Libraries & Culture Spring 2006: 169.
[2] McCrossen, 174.
[3] McCrossen, 182.
[4] Wayne Wiegand, "Collecting Contested Titles: The Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956," Libraries & Culture Summer 2005: 368.
[5] Wiegand, 377.

The following spreadsheet shows the year each title was published and when each library first acquired the titles, at least up to the 1970 cut off date of the database he consulted:

| | Huck Finn | Awaken | Sister C | Family L | Elmer G | Eyes God | Grapes W | Native S | Strange F | Catcher |
|---|---|---|---|---|---|---|---|---|---|---|
| Pub year | 1885 | 1899 | 1900 | 1915 | 1927 | 1937 | 1939 | 1940 | 1944 | 1951 |
| Moore PL | 1903 | 0 | 1943 | 0 | 0 | 0 | 1940 | 1942 | 0 | 1955 |
| Morris PL | 1921 | 0 | 0 | 0 | 1927 | 0 | 1939 | 1942 | 1944 | 1963 |
| Rhinelander PL | 1900 | 0 | 1963 | 0 | 1934 | 0 | 1940 | 1940 | 1944 | 1953 |
| Sage PL | 1900 | 0 | 0 | 0 | 1927 | 0 | 1939 | 0 | 0 | 1951 |
| Bryant PL | 1914 | 0 | 1927 | 0 | 1927 | 1938 | 1939 | 1940 | 1944 | 0 |

Not one of the libraries purchased all of these important, but controversial titles. According to Wiegand, "For the most part, board members who were responsible for the libraries' collections, which in [Antonio] Gramsci's terms consisted of a set of texts made available by local elites for the 'ideational persuasion' of all members of the community – seemed to feel comfortable that library patrons, no matter their age, creed, sex, or ethnicity, would be exposed to no ideas foreign to a carefully structured small town value system they themselves modeled."[6]

Clearly, libraries grew from a tradition of providing books to enhance the Culture of the community and to raise the stature of the masses. Popular material of any type, especially material with politically suspect or sexual content, was rarely added to small and rural libraries in the early years, essentially guaranteeing that these users had no access to this material at all.

The Progressive Era brought changes to many aspects of American life and institutions. In his article, "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana," Kevin Mattson describes the impact of Dana's philosophy and activities. He writes, "Dana embraced the philosophy that helped inform other movements during the Progressive Era: the pragmatism of William James and John Dewey. ... Additionally, librarians could no longer serve as 'moral custodians.' Breaking thoroughly with the genteel tradition of nineteenth-century librarianship, he explained, 'The Library is not – and this cannot be said too often – a question of making others good.' Instead, the 'best protector of the public is the public itself.' The public could forge its own use of the library best by simply using the library in ways that it determined. Here was the basis of Dana's pragmatic and democratic theory of the library."[7]

Mattson continues, "Dana's influence is evident in the work of those who defend the public library's freedom from censorship today. ... Dana always stood against those who wanted to ban certain books from the library, believing as he did that the public could determine what was in its own best interest. Today, many librarians have tried to counteract attempts to regulate what the public can read and what it cannot."[8]

Gradually, the American Library Association (ALA) began to formulate policies to deal with censorship incidents and the frequently repressive approach to developing library collections, but it wasn't until the publication of the Grapes of Wrath and the ensuing challenges that ALA

---

[6] Wiegand, 382.
[7] Kevin Mattson, "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana," Libraries & Culture Fall 2000: 514.
[8] Mattson, 529.

finalized its basic statement in opposition of censorship. In 1939, ALA adopted the *Library Bill of Rights*, which included this statement of authority: "To recommend such steps as may be necessary to safe-guard the rights of library users, libraries, and librarians, in accordance with the First Amendment to the United States Constitution and the *Library Bill of Rights* as adopted by the ALA Council."[9] The document has been revised several times, most recently in 1980, and a total of 18 interpretations have been written to help librarians understand how new materials, formats and technology fall within the scope of the basic document.

These interpretations reflect changes in society over the years and the introduction of new formats, each of which brought unease to many in the profession and an initial reluctance by some of the public to dilute the "Culture" of the library with these new, primarily popular materials. Many of them also addressed concern about children's access to material in the library, including:

- "Free Access to Libraries for Minors," (1972) written after the *Library Bill of Rights* was revised to include age as a category of user whose rights to use a library should not be restricted and intended to give librarians guidance in dealing with the increasing number of complaints about children's access to all types of material and of attempts to deny the 1st Amendment rights of minors;
- "Restricted Access to Library Material," (1973) initiated by one library's complaints about children having access to Little Black Sambo;
- "Access to Resources and Services in the School Library Media Program," (1986) an interpretation that began as the *School Library Bill of Rights* in 1955 as a reaction to excesses of McCarthyism and its impact on restricting material in school libraries and was eventually rolled under the general *Library Bill of Rights* as that document was expanded to cover the needs of school libraries and children generally;
- "Access for Children and Young Adults to Nonprint Materials", (1989) written at the request of the ALA youth divisions to protect access to the videos and records at the time and to allow for the inevitable introduction of new formats in the future.

Other interpretations that focus on changes in technology and society in general include:

- "Challenged Materials,"(1971) written in the face of a growing number of complaints about sexual material to remind libraries that only a court can decide whether or not material is constitutionally protected expression;
- "Diversity in Collection Development," (1982) describes the library's responsibility to use professional standards when selecting and managing its collections: "Intellectual freedom, the essence of equitable library services, provides for free access to all expressions of ideas through which any and all sides of a question, cause, or movement may be explored. Toleration is meaningless without tolerance for what some may consider detestable. Librarians cannot justly permit their own preferences to limit their degree of tolerance in collection development, because freedom is indivisible."[10]
- "Access to Library Resources and Services regardless of Sex, Gender Identity, or Sexual Orientation," (1993) written to protect these materials specifically under the *Library Bill of Rights*. As Candace Morgan wrote in her 1993 Annual Conference Report to Council as chair of the Intellectual Freedom Committee, "There is no question that materials by and about gays, lesbians, and bisexuals, and on the subject of homosexuality in general, are at the top of the agenda of organized pressure groups that are attacking libraries all over the country for including such materials in their collections."[11]

---

[9] Judith Krug, "ALA and Intellectual Freedom," Intellectual Freedom Manual, 7th ed., compiled by the Office for Intellectual Freedom of the American Library Association (Chicago, IL: ALA Editions, 2006) 19.
[10] "Diversity in Collection Development: An Interpretation of the *Library Bill of Rights*," Intellectual Freedom Manual, 7th ed., 118.
[11] Candace Morgan, Intellectual Freedom Manual, 7th ed., 100.

- "Access to Electronic Information, Services, and Networks," (1996), written to describe how the principles of intellectual freedom pertain to selecting and managing electronic resources of all types, including the Internet.
- "Privacy," (2002), describes the rights of users and responsibilities of libraries in protecting user privacy as a critical aspect of intellectual freedom. "When users recognize or fear that their privacy or confidentiality is compromised, true freedom of inquiry no longer exists. ... The American Library Association affirms that rights of privacy are necessary for intellectual freedom and are fundamental to the ethics and practice of librarianship."[12]

During these years, library boards and commissions all over the country consulted documents from the American Library Association (ALA) to guide them in understanding professional standards and practices, and many of them either incorporated or endorsed the *Library Bill of Rights* and its interpretations in their selection or collection development policies. Although most of the professional staff and many of the board members or trustees understood and basically supported the principles of intellectual freedom, few of the libraries were in complete compliance with every aspect of the documents. They also were dealing with a general public who had little understanding of intellectual freedom in their libraries. These difficulties were particularly evident in small, remote libraries where there was little opportunity to attend conferences and other continuing education opportunities for the staff.

In an attempt to address the public directly, ALA adopted *Libraries: An American Value* in 1999, its first new basic intellectual freedom document since the *Library Bill of Rights* was adopted in 1939. We hoped that this approach, written for users instead of librarians, would help them understand the role of the library in a democracy, and, again, many library boards and commissions have adopted it as official policy for their libraries. It reads:

### LIBRARIES: AN AMERICAN VALUE

Libraries in America are cornerstones of the communities they serve. Free access to the books, ideas, resources, and information in America's libraries is imperative for education, employment, enjoyment, and self-government.

Libraries are a legacy to each generation, offering the heritage of the past and the promise of the future. To ensure that libraries flourish and have the freedom to promote and protect the public good in the 21st century, we believe certain principles must be guaranteed.

To that end, we affirm this contract with the people we serve:

- We defend the constitutional rights of all individuals, including children and teenagers, to use the library's resources and services;
- We value our nation's diversity and strive to reflect that diversity by providing a full spectrum of resources and services to the communities we serve;
- We affirm the responsibility and the right of all parents and guardians to guide their own children's use of the library and its resources and services;
- We connect people and ideas by helping each person select from and effectively use the library's resources;
- We protect each individual's privacy and confidentiality in the use of library resources and services;

---

[12] "Privacy: An Interpretation of the *Library Bill of Rights*," Intellectual Freedom Manual, 7th ed. 192, 194.

111

- We protect the rights of individuals to express their opinions about library resources and services;
- We celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the opportunity to become lifelong learners - informed, literate, educated, and culturally enriched.

Change is constant, but these principles transcend change and endure in a dynamic technological, social and political environment.

By embracing these principles, libraries in the United States can contribute to a future that values and protects freedom of speech in a world that celebrates both our similarities and our differences, respects individuals and their beliefs, and holds all persons truly equal and free.[13]

When the document was adopted, I wrote a companion article for <u>American Libraries</u>, ALA's official journal, titled "Libraries: a Misunderstood American Value." In it, I described some of the many misconceptions that the public has about libraries and their policies, procedures, and collections. Many of these misconceptions stem from the early days of libraries as temples of Culture that only collected "great literature" and whose goal was to enlighten and uplift the public. Many of them concern the library's role vis á vis children. This first section from the article describes these continuing misconceptions.

From "Libraries: a Misunderstood American Value:"

"Every challenge to a book, video or magazine in a library inevitably raises the question, "Why? What is there about this item that causes someone to request formally that it be denied to everyone in the community?" On its surface, the complaint frequently cites profane language, religious beliefs or sex and is motivated by a desire to protect minors from objectionable content. The underlying reason, however, often rests on misconceptions about the role of a library in a democracy.

THE PERCEPTION

Those of us who have dealt with challenges will recognize these or similar comments:
- "Libraries should have only good books on their shelves."
- "Everyone agrees this video is trash."
- "The library only has one book expressing my viewpoint and four that oppose it; therefore, the library is biased."
- "The library won't listen to my complaint."
- "Why can my children check out an R-rated video from the library when they can't see the same film in a theater?"

All these comments represent faulty assumptions that reflect a combination of human nature and basic misunderstandings about libraries. For example, people believe we endorse the content of the material in our collections because we only buy "good books." If we're fulfilling our obligation to our communities, however, we're buying titles that present differing viewpoints on as many issues as possible, so we can't logically endorse all of them. The definition of "good" depends, of course, on the reader's beliefs, and those who find something offensive may feel betrayed by a librarian they assumed to hold those same beliefs.

---

[13] "Libraries: An American Value," <u>Intellectual Freedom Manual</u>, 7th ed., 266-267

People feel most comfortable associating with others who share their beliefs and values. When users claim that "everyone agrees," they're talking about only those people in the community they know. However, it doesn't take long behind a library reference desk to understand just how diverse our communities really are. We have an obligation to represent all members of the community, not just those whose views represent a large group, or even a majority.

While librarians strive to provide collections that represent diverse viewpoints, people may misunderstand the definition of "represent," particularly if they assume it means an equal number of items for different sides of an issue. Often an equal number of titles simply hasn't been published, or perhaps the information was distributed only as a flyer at the county fair. In some extreme cases, the publisher or producer may refuse to sell to any agency of government, including libraries. Access to the Internet has greatly increased our ability to provide material not available through more traditional means, but even with this access, representation may not necessarily mean equal numbers of items espousing opposing views.

The reconsideration procedure is another area that can cause confusion. If users repeatedly see their requests to remove material denied, they think we're not taking those requests seriously and discount the entire process. People assume that if we don't agree with them, we're acting on our personal beliefs rather than objectively considering the work and the needs of the entire community, and applying a procedure adopted by the library board.

Judging by the number of complaints dealing with material available to children, the biggest problems occur when parents don't understand our role in serving children. First, they assume our collections won't include books they find offensive; or, if they do, that we will make the same decisions about what their children are allowed to check out that they would. They also don't understand that the library, as an agency of government, has to follow different rules about restricting access to information than a private business."[14]

## COLLECTION DEVELOPMENT AND MANAGEMENT

One of the points of continuing misunderstanding is the basis of collection development – how we choose the material we add to the library. Some believe that librarians are the censors, because we choose to select certain books over others. The seminal article on this issue, "Not Censorship, but Selection," was written in 1953 by Lester Asheim and is still taught in many library schools today.

In it, Mr. Asheim discusses the inherent difference between the selector and the censor, a difference he claims lies in the librarian's intent. "Selection, then, begins with a presumption in favor of liberty of thought; censorship, with a presumption in favor of thought control. Selection's approach to the book is positive, seeking its values in the book as a book, and in the book as a whole. Censorship's approach is negative, seeking for vulnerable characteristics wherever they can be found – anywhere within the book, or even outside it. Selection seeks to protect the right of the reader to read; censorship seeks to protect – not the right – but the reader himself from the fancied effects of his reading. The selector has faith in the intelligence of the reader; the censor has faith only in his own. In other words, selection is democratic while censorship is

---

[14] June Pinnell-Stephens, "Libraries: A Misunderstood American Value," <u>American Libraries</u>, June/July 1999, 76,78.

authoritarian, and in our democracy we have traditionally tended to put our trust in the selector rather than in the censor."[15]

Collection development (CD), then, begins with the selector's efforts to provide access to material that is in accord with the library's material selection policy as adopted by the governing body. CD also plays a critical role in helping to fulfill the library's mission to serve its users. The mission statement can range from a single sentence to several paragraphs, but most describe the goals of the library in serving the community; those goals usually include providing resources and services to support the educational, recreational, and informational needs of the users. Implicit in those goals is the role of the library in providing a wide range of resources from which the user may choose those items that s/he finds appropriate for him/herself and family.

Another aspect of building the library's CD document is determining the community the library will serve. For schools, the library's community includes the students, faculty, and administrators, and these libraries develop collections that support the curriculum and provide recreational material to encourage students to develop the habit of reading. For academic libraries, the community also includes the students, faculty, and administrators, but many academic libraries offer at least some service to people in the local community. These collections are focused on the curriculum, the degrees the institution offers, and the research conducted by the faculty. In special libraries, like the newsroom library I mentioned, the community is limited to the reporters and editors, with occasional help to staff in other departments, and the collection is usually a small number of standard reference titles. They do, however, have a number of online resources to give them the quick answers they need for a deadline.

A public library has a much broader mandate, and its community is usually composed of anyone who contributes to the county tax base or has proof of residency in the geographic area the library serves. The public library collection, therefore, must have everything for everybody to do its job, which is clearly an impossible task. To help narrow the collecting goals, the library adopts a material selection policy and/or a collection development plan. Many libraries also develop cooperative collection development agreements, designed to minimize unnecessary duplication of material among cooperating libraries and to maximize the total resources available to all users. These agreements, for example, allow the public library to avoid purchasing advanced astrophysics texts and to provide the children's books that students at the university need for their education majors.

One problem every library faces, especially a public library, is not recognizing the minority groups in the community. In many libraries, the trustees and professional and support staff tend to be composed of the dominant group, and they often don't recognize the need for material by and about the other groups. A comment I often hear is "Why should we buy material by or about (fill in the ethnic group) – we don't have any of "those" people in our community." While it's possible there isn't anyone from any particular group, I think it's more likely those in the dominant groups simply don't recognize them.

Last fall, I participated in a panel discussion at the Joint Conference for Librarians of Color, and I spoke about the importance of including material that represented every face and every voice of those in the community, as well as material about faces and voices from other places, to open a window to those cultures and to help provide a comprehensive view of our society and world. I received a request for a copy of my speech from Maralee Waidner, Collection Development Specialist for the Tulsa City-County Library, and I sent her these comments:

> Several years ago, I heard Judith Krug of ALA's Office for Intellectual Freedom describe a presentation by Paula Johnson, a YA author.

---

[15] Lester Asheim, "Not Censorship But Selection," Wilson Library Bulletin Sept. 1953: 63-67.

Paula had spent her early years in the segregated South, where she was not allowed to enter the "whites only" library and where the "colored" library was anything but "equal."

Then her family moved North. She went to the local library and half expected someone to prevent her from entering. Not only was she allowed to enter, when she did, she saw books that reflected her face and her life. At that point she felt she belonged in this new community and was part of it.

I've never forgotten that incident, and I think it epitomizes our responsibility as collection development librarians to include material that reflects *every* face in the communities we serve. As homogenous as some of our communities may seem, there are always people of different race, ethnic background, religion, or orientation, and they deserve to find material that speaks to their lives, as well. In addition, providing material that reflects these segments of our communities allows those in the majority group to learn about the "other" people in their midst.

Often, however, these items are the focus of challenges, usually by the majority. Rather than trying to avoid confrontation by excluding material we anticipate *might* be controversial, we need to embrace challenges as an opportunity to educate our communities about the role of the library in a democracy.

Our responsibility is to provide material for *all* the people we serve; it is each user's responsibility to determine which of those items he or she finds appropriate. If we allow a vocal group, even a large majority group in our community, to prevent us from including a full spectrum of voices, we deny the constitutional basis of the library, which is derived from the 1st Amendment.

As one judge said, the library is the "quintessential locus for the receipt of information," which makes the use of a public library a corollary 1st Amendment right. That right protects the individual from the "tyranny of the majority," and it should inform our selection policies and practices.

I sympathize with those of you on what sometimes seems to be a battleground, since I've spent some time there myself, and you may not prevail in every instance. It's been my experience in responding to challenges that there are three groups (I think of them as rings) of people:

- In front are the folks who are in your face – they will never be your friends, and you won't convert them
- At the back are staunch library supporters – they will always be your friends, and you don't need to convert them
- In the middle are the majority of folks in your community – they can be educated about the role of the library, and they are your target audience.

In the end, our role is to serve each person in our communities by providing collections that reflect each individual's face and voice, particularly when those faces and voices fall outside the majority's preferred viewpoint. Realizing that goal may take time and may not be easy, but I think it's the most profound obligation of our profession.[16]

Collection Development itself has been defined as an organized, logical, long-term process designed to provide and maintain access to library resources that reflect the users' needs and interests. The CD plan provides a guide to the library's collections so that everyone knows, in advance, what the library will add and why. It also tells the public how to participate in the

---

[16] June Pinnell-Stephens, "RE: a Request from Oklahoma" with attachment, E-mail to Mary Waidner, 14 Feb. 2007.

selection process and how to object to items a user may want to remove from the library. In many libraries, a Material Selection Policy is available separately from the CD Plan, as the selection policy describes the criteria by which the library will judge potential additions and how to register a request to remove an item, but it rarely covers the detail in a CD Plan. In fact, some libraries, especially small libraries, have only a selection policy, or sometimes nothing at all.

A CD plan is much more comprehensive than the selection policy and discusses specifics of all sections of the collection and how they're managed. In my library, the selection policy is available separately and on the library's web site. It is also incorporated in the CD plan, which is not available on the library's web page, but can be examined at the Reference Desk. This excerpt from the index provides an overview of the Plan's coverage:

## FAIRBANKS NORTH STAR BOROUGH PUBLIC LIBRARIES
## COLLECTION DEVELOPMENT PLAN

| IV. | **Intellectual Freedom** | | p. 4 |
| V. | **Selection** | | p. 5 |
| | A. | General Criteria for the Evaluation of Library Materials | |
| | B. | Specific Criteria for the Evaluation of Works of Information and Opinion | |
| | C. | Specific Criteria for the Evaluation of Works of Imagination | |
| | D. | Best Seller Lists | |
| VI. | **Collection Management** | | p. 6 |
| | A. | Conspectus Method | |
| | B. | Cooperative Collection Development | |
| | C. | Selection Responsibilities | |
| | D. | Collection Assessment and Other Duties | |
| | E. | Acquisitions | |
| | F. | Processing and Cataloging | |
| | G. | Discarding | |
| | H. | Replacements/Rebinding | |
| | I. | Duplication of Materials | |
| | J. | Donations/Memorials | |
| | K. | Local Authors Collection | |
| | L. | Addition of Formats or Collections | |
| | M. | New Books | |
| | N. | Staff Picks | |
| | O. | Collection Maintenance | |
| VII. | **Collection Descriptions** | | p. 9 |
| | A. | Alaskana Collection | |
| | B. | Audio-Visual Collection | |
| | C. | North Pole Library Collection | |
| | D. | Periodicals Collection | |
| | E. | Reference Collection | |
| | F. | Regional Services Collection | |
| | G. | Youth Collection | |
| | H. | Other Collections[17] | |

In the Plan, the section on Intellectual Freedom covers the Intellectual Freedom documents from ALA that the Library Commission incorporates, and the section on Selection is the Material Selection Policy adopted by the Commission. The Collection Management and Collection Descriptions sections provide the details that guide the Collection Services Manager and inform the public about collection issues and questions. For example, the Donations/Memorials section, shown below, helps the staff answer questions in an area that can be very sensitive:

---

[17] Fairbanks North Star Borough Public Library, <u>Fairbanks North Star Borough Public Libraries Collection Development Plan</u>, (Fairbanks: Public Library: 2004) 1-2.

J.    Donations/Memorials
       Donations of books, magazines, and audiovisual items will be accepted with the
provision that they will be subject to the standard selection criteria and procedures of the
library. Donated materials not added to the collection will be made available to the public
through the book sale, and funds raised through this sale will be used to purchase
needed library materials. The library will acknowledge receipt of donations if requested,
but will not give a monetary valuation for materials received.
       Memorials and gift monies will be accepted, and materials purchased for the library
collection with these funds are also subject to selection procedures and criteria.  The
library will acknowledge contributions and provide a memorial book plate (Appendix L)
when requested.[18]

The Collections Descriptions section provides a detailed picture of material in that part of the
library and how it is managed.  This example from the Youth Collection demonstrates the detail
that makes the Plan such a valuable document:

G.    Youth Collection
       The library is a primary collector for youth materials in the North Star Libraries
agreement and purchases material both for children and for adults who work with them.
       1.       Formats/Collections
                 •   Books – picture books, beginning readers, juvenile fiction and
                     nonfiction, and young adult fiction and nonfiction
                 •   Reference sources related to youth materials and services
                 •   Periodicals
                 •   Videos
                 •   Cassettes
                 •   CDs
                 •   Books on tape
                 •   CD-ROMs
                 •   Book bags
                 •   Storyteller's Shelf
                 •   Web sites for the Internet stations in the designated children's area
       2.       Specific Selection Criteria
                 •   Quality of illustration, especially for picture books
                 •   Clarity of presentation, especially for nonfiction
       3.       Management
                 •   Selection of youth materials is performed by the Youth Services
                     Librarian in cooperation with the North Pole Librarian
                 •   Picture books, including beginning readers; a limited selection of
                     children's poetry; and juvenile fiction, reference, periodicals, videos,
                     DVDs, books on tape or CD, book bags and CD-ROMs are shelved in
                     the Berry Room
                 •   Videos and DVDs based on juvenile fiction and picture books are
                     shelved in the Berry Room, except for those films intended for an adult
                     or general audience
                 •   Young adult fiction and books on tape or CD are shelved in the Young
                     Adult area.
                 •   Juvenile and young adult nonfiction is interfiled with the adult
                     nonfiction collection
                 •   Juvenile Alaskana is shelved with the Alaska collection
                 •   Material on the Storyteller's Shelf is intended for use by the staff for
                     programs and does not circulate

---

[18] Fairbanks North Star Borough Public Library, 7.

- Last copies of picture books, juvenile fiction, and young adult fiction no longer suitable for circulation are retained in the Collection Development storage area
- Realia, vertical file material, coloring books, workbooks, and textbooks are not purchased
- Web site lists for the Internet stations in the designated children's area will be selected by the Youth Services·Librarian and maintained by the Automated Services staff.[19]

The Fairbanks CD plan is more detailed than most small libraries require, but it does guide the staff and inform the public when questions arise about any part of the collection. We were honored to have either all or part of the Plan in at least two editions of Richard Wood's <u>Library Collection Development Policies: a Reference and Writers' Handbook</u>, a standard text for library school classes in CD.


## THE INTERNET IN LIBRARIES


Like most libraries, we experienced requests to remove items from the collection, and although we received on average a written formal complaint every other month, only two of them during my tenure followed through to a public hearing before the Library Commission. I considered that both of those incidents were an opportunity to educate the public about the library's role in a democracy.

Also like most libraries, we didn't know what to expect when we installed Internet stations in the library. In the past, libraries usually experienced complaints when they introduced new formats. For example, ALA's Office for Intellectual Freedom received 26 challenges to videos in 1991; in 2006, the number was 6, and that pattern seems to be fairly consistent with other non-book challenges.[20] We expected a similar response here.

Fortunately, our existing policies and procedures were flexible enough under the following sections and specific criteria to let us incorporate the Internet as we would any other single library resource. These excerpts from the selection policy are examples of criteria that we felt applied to the Internet:

"Materials are judged on total effect rather than specific illustrations, words, passages, or scenes which in themselves may be considered by some to be offensive. …
"Expanding areas of knowledge, changing social values, technological advances, and cultural differences require flexibility, open mindedness, and responsiveness in the evaluation and re-evaluation of all library materials. …
Among the general and specific criteria for considering resources that apply to the Internet are
- Relation to existing collection and other material on the subject;
- Present and potential relevance to community needs;
- Appropriateness and effectiveness of medium to content;
- Importance as a document of the times;
- Representation of challenging works, including extreme and/or minority points of view;
- Contribution to subject balance of the entire collection.[21]

---

[19] Fairbanks North Star Borough Public Library, 12-13.

[20] Nanette Perez, "Non-Book Challenges" (database report), 25 July 2007.

[21] Fairbanks North Star Borough Public Library, 5.

Before we opened the internet stations to the public, we wrote our Internet Use Policy and procedures. We had purchased furniture that recessed the monitors below a glass cover and provided privacy screens, which slide over the monitor screen and block viewing by anyone not sitting directly in front of it, for stations sitting on the desktop. These items protect the user's privacy and minimize incidental exposure to material potentially offensive to others. We also moved the stations away from the primary aisles to further minimize exposure. When opening day came, we crossed our fingers and got ready to handle complaints. The biggest problems we had focused on managing the time limits we had to put in place to maximize the use of this resource – we simply didn't have enough work stations to handle the demand.

The North Central Regional Library (NCRL) chose a different method. These excerpts from their Internet Public Use Policy illustrate their approach:

> "Internet access is offered as one of many information resources supporting that mission.
> "The library district recognizes that it cannot fully control the amount of material accessible through the Internet but will take reasonable steps to apply to the Internet the selection criteria stated in the Collection Development Guidelines and Procedures."[22]

In other words, they indicate they will treat each individual web site as they would each individual book they consider, a task I believe is impossible for libraries.

As I wrote in an article published in <u>American Libraries</u>, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning,"

> "If the true process of selection were applied to the Internet as a whole, libraries would make available only those specific sites they actively located, evaluated, and added to their systems from the millions and millions of sites on the Web. Libraries do not approach the Internet in this way, and providing access to the Internet is not the same as selection."[23]

For eight years, we did not receive a single formal complaint, not from the main library or our small branch. During that time, Congress passed the Children's Internet Protection Act (CIPA). When the challenge to the Act failed, we discussed how we'd handle it. The entire staff was opposed to using filters, mostly because we knew they both overblocked and unblocked Internet sites, i.e., they block sites they should not and let sites through that users, especially parents, would expect to be blocked.

Because of these flaws, we believe that filters give parents a false sense of security and do not protect children or keep them safe. Also, we felt the use of filters would violate our policies, because they restrict users, particularly adults, from accessing material protected under the 1st Amendment. Since the only libraries required to use filters are those that accept E-rate funds, we decided to decline the funds – for us, only about $2,600 – and manage Internet use with other means.

Here again, NCRL chose a different approach, as these excerpts from their "Internet Public Use Policy" show:

> "All Internet access on NCRL library computers is filtered. …
> "The library district does not host customer e-mail accounts or provide access to chat rooms."[24]

---

[22] North Central Regional Library, <u>Internet Use Policy</u>, n.d.: n.p.
[23] June Pinnell-Stephens, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," <u>American Libraries</u>, Oct. 2002: 70, 72
[24] North Central Regional Library, n.p.

Their policy does not allow for adults to request that the filter be disabled during their session. Also, blocking access to chat rooms would prevent many high school students from doing their homework, as teachers often require access to chat rooms for their assignments. In my view, theses practices violate the basic mission of a public library.

Unfortunately, one of our local politicians decided that protecting children from "pornography on the Internet" would be a good campaign issue, and the Assembly passed an ordinance that required the library to install filters on all library computers, at a cost of $26,000.

In order to manage the stations more efficiently, we purchased a system that requires users to sign up for sessions with their library cards. It freed the reference staff from having to sign everyone up manually, and it automatically shuts the terminal down and clears the cache when the session times out. Clearing the cache not only helps protect the user's privacy, it clears out any unwelcome screens when the next person starts his/her session

In our Internet Use Policy, which is posted at every grouping of stations, we alert the users that the computers are filtered and tell them they have a right to ask the staff to remove the filters at any point in their session. We also allow parents to ask for the filters to be removed for their children, so long as they remain in the building. Although we won't be able to remove the filters entirely unless the Assembly rescinds the ordinance, we're doing everything we can to minimize their impact. This is our use policy, taken from "FNSB Libraries and the Internet: Issues, Procedures, and Programs", available on the library's web site:

CURRENT LIBRARY PROCEDURES*
- ***The library offers full access to the Internet at terminals available to the public.***
  The library currently offers access to the Internet at the Noel Wien library on terminals located near the Reference Desk and in the Berry Room, and also at the North Pole branch library. Use is governed by the regulations listed below.

Filtering Software:
- Filtering software is enabled on all the Internet and QuickNet workstations. If users want the staff to disable the filtering software, they must agree to the library's regulations and may be asked to prove they are at least 17 years old.
- Parents and legal guardians may request that the staff disable the filtering software for their own children, as long as the parent or guardian remains at the library. Others who request unfiltered workstations are responsible for preventing access by anyone younger than 17 years old during their sessions.

All Workstations:
- Users are responsible for what they choose to view on the Internet.
- Parents or legal guardians are responsible for determining the nature of their own children's use of the Internet, including the use of email, chat rooms, or other direct electronic communication.
- Users are required to observe the Rules for Use of the Library when using the Internet, copies of which can be obtained at the Reference Desk.
- All use of library Internet workstations is limited to lawful purposes. Users are required to observe all federal, state and local laws that may govern use of the Internet. These laws include, but are not limited to, those that regulate distribution of obscenity, possession of child pornography, fraud, theft, libel, harassment, invasion of privacy, disclosure of information that identifies a minor, copyright or patent infringement, unauthorized access, and, for users younger than 17 years of age, access to material harmful to minors.
- Objections to the Internet as a library resource will be handled according to the library's Reconsideration of Library Materials procedure, copies of which can be obtained at the Reference Desk.
- No more than two people may use a station at the same time.

- Charges for printing from the Internet are $.50 per page for color prints (available only at Noel Wien library through the centralized printing system) or $.10 per page for black and white prints.

Noel Wien Library Reserved Workstations
- Users must sign up through the PC Reservation system to use the main Internet stations.
- FNSB residents are required to use their library cards to make reservations. Internet-only cards are available for others.
- Reserved sessions are available for the current day and for up to 7 days in advance.
- Sessions may be reserved for 55 minutes. Shorter sessions may be available, depending on the reservation schedule for the day.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the system will automatically make the session available to others.
- Users are limited to one session per day, regardless of the length of the session.
- Users must log in their card number and pin to guarantee their sessions.

Noel Wien QuickNet Workstations:
- Users do not need to sign up for QuickNet stations.
- Sessions are limited to 15 minutes when someone is waiting to use this station.
- Users are encouraged to wait in the designated seating area since there are no reserved sessions for this station.

Noel Wien Library Berry Room Workstations:
- All sites accessible on the Berry Room workstations will be selected by library staff.
- Users must sign up through the Berry Room desk to use the Berry Room Internet stations. Users who have not signed up will be required to give up their places if someone else reserves the workstation.
- Sessions are reserved on a first-come, first-served basis.
- Reserved sessions are available for the current day only, and can be made either in person or by telephone.
- Sessions may be reserved for 1 hour or 30 minutes, beginning on the hour or half hour.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the session will be available to others.
- Users are limited to one hour per day

North Pole Library Workstations
- Users must sign up at the Reference Desk to use the Internet workstations.
- Reserved sessions are available for the current day only.
- Sessions may be reserved for 1 hour or 30 minutes, beginning on the hour or the half-hour.
- Reservations will be held for 10 minutes after the session is scheduled to begin. After that time, the session will be available to others.
- Users are limited to one hour per day.[25]


Libraries have found many ways to address the problem of filters, particularly their overblocking of protected speech. Marjorie Heins's report, Internet Filters: a Public Policy Report has some helpful recommendations for selecting and managing filters. They include:
- "Avoiding filters manufactured by companies whose blocking categories reflect a particular ideological viewpoint. These may be appropriate for home or church use, but not for public libraries and schools;
- Choosing filters that easily permit disabling, as well as unblocking of particular wrongly blocked sites;

---

[25] Fairbanks North Star Borough Public Library, "FNSB Libraries and the Internet: Issues, Procedures, and Programs," (Fairbanks, 23 March 2005): 5-6.

- Only activating the 'sexually explicit' or similar filtering category, since CIPA only requires blocking of obscenity, child pornography, and 'harmful to minors' material, all of which must, under the law, contain 'prurient' or 'lascivious' sexual content;
- Establishing a simple, efficient process for changing incorrect or unnecessary settings;
- Promptly and efficiently disabling filters on request from adults, or, if permitted by the portion of CIPA that applies to them, from minors as well;
- Configuring the default page – what the library user sees when a URL is blocked – to educate the user on how the filter works and how to request disabling;
- Developing educational approaches to online literacy and Internet safety. Despite the superficial appeal of filters, they are not a solution to concerns about pornography or other questionable content online. Internet training, sex education, and media literacy are the best ways to protect the next generation."[26]

Other libraries provide options that include allowing adult users to opt for an unfiltered session at login without having to ask the library staff. Especially in a small library, just asking for an unfiltered session could translate to "Fred was looking at porn at the library" by the local gossips. Some libraries have filtered stations in the children's area and unfiltered stations in the rest of the library, while others have only "white sites," i.e., sites that the library staff has reviewed and selected, available for the children's computers. Recognizing that some adults actually prefer a filtered session, other libraries establish the adult workstations as unfiltered, and then provide desktop icons that can apply the filter of their choice.

Technical options like these, along with privacy screens, recessed monitors, workstations placed out of the main traffic flow, and central printing stations, all help protect the user's privacy while (in general) still allowing the library to comply with CIPA's requirements. One of the most important aspects of Internet use in the library is offering training for children and their parents, so they both understand how to use the Internet effectively and safely. In fact, this training is the best way to provide for safety for children on the Internet, instead of leaving it up to software that we know doesn't work.

Our library isn't very big, and our community is primarily conservative, but even so we did not have a single formal complaint about the Internet because we used procedures that addressed the time/place/manner issues instead of the content. I believe this approach is especially important in small, remote libraries where the Internet represents the library's best opportunity to approach the goal of providing material from all points of view and addressing the full range of informational and recreational needs of its users. If those users can't afford to connect on their own, the library may be the only option for them.

One example of the importance of the Internet in remote or rural libraries occurred after Hurricane Katrina ravaged New Orleans and the Gulf Coast. I attended the ALA Annual Conference that was held in New Orleans the summer after Katrina, and everyone talked about how much they appreciated their libraries. The event planner at the hotel where I stayed told me they appreciated us so much because of how much the libraries helped evacuees as they traveled, trying to find someplace to stay. The Internet was the only way they had of finding and/or keeping track of family and friends, and libraries were about the only place they could go for access to the Internet.

According to this article in <u>Library Journal</u>, "Libraries Damaged, Librarians Respond, After Hurricane's Fury:"

> "As the flood waters rose in the coastal sections of storm-tossed Louisiana and neighboring states in early September, librarians also rose to meet the needs of their own

---

[26] Marjorie Heins, Christina Cho, and Ariel Feldman, <u>Internet Filters: a Public Policy Report</u>, (New York: Brennan Center for Justice, 2006) 73.

patrons and evacuees. Though many people were missing and buildings destroyed following the destructive wrath of Hurricane Katrina, Louisiana State Librarian Rebecca Hamilton told LJ that library staffers had mobilized quickly to keep services running.

"People in Louisiana are unusually generous. Libraries stayed open over the Labor Day weekend, staff are driving vans back and forth to shelters, and they're issuing temporary library cards so refugees can borrow books and use computers to contact relatives via email," she said. The state library mounted information on its web site for all those without phone service (www.state.lib.la.us/index.cfm) and established a relief fund.

"If you came to our branches, you'd see all the victims of the hurricane," said library director Lydia Acosta [East Baton Rouge Parish Library]. "On September 1, we opened up and went on the FEMA [Federal Emergency Management Agency] web site, downloaded the forms, and made multiple copies." She said library staffers were helping evacuees complete job applications and get on bulletin boards for missing persons.

"We've set aside our circulation rules," Acosta added. "If you're here, we'll treat you as a resident for the next 12 months."

"In Lafayette, library director Sona J. Dombourian said, "The Cajundome was morphed into a refugee center, and our staff provided library outreach. We have configured a computer center there. We are also providing information and books to those evacuees."[27]

As a result of this experience, many communities are now including libraries in their emergency response planning, because libraries are best suited to help the public with finding both people and information.

As the Internet becomes a more critical part of life, we need to protect our users' rights to use the Internet just as vigorously as we do their right to use the rest of the resources in the library and their privacy in doing so
.

Quoting again from my article, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," "Most important in this consideration [of whether or not to use filters] is Asheim's analysis of motivation. Software filters are used to prevent users from having access to potentially objectionable material, not to seek and include potentially valuable and useful material. Furthermore, they prevent the users from making that determination themselves and seek 'to protect – not the right – but the reader himself from the fancied effects of his reading.' This is censorship, not selection."[28]

On July 2, 1997, the ALA Council adopted the Resolution on the Use of Filtering Software in Libraries. The resolved clause states, "Resolved, that the American Library Association affirms that the use of filtering software by libraries to block access to constitutionally protected speech violates the Library Bill of Rights." At that time, CIPA had not even been introduced, but the Council reaffirmed this policy after the CIPA challenge failed, to emphasize our commitment to these principles.

I support the ALA resolution and believe that libraries can only fulfill their missions and ethical obligations by providing ways to disable filters for adults that allow both expeditious and private access to the material on the Internet they choose to examine. Especially in small, remote communities, the library has an obligation to provide all possible resources. From Libraries: an American Value:

"We celebrate and preserve our democratic society by making available the widest possible range of viewpoints, opinions and ideas, so that all individuals have the

---

[27] Andrew Albanese, et al, "Libraries Damaged, Librarians Respond, After Hurricane's Fury," Library Journal, 15 Sept. 2005: 16-17.
[28] June Pinnell-Stephens, "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning," 72.

opportunity to become lifelong learners - informed, literate, educated, and culturally enriched."[29]

---

[29] "Libraries: an American Value," 267.

## REFERENCES

Albanese, Andrew, et al. "Libraries Damaged, Librarians Respond, After Hurricane's Fury,"
Library Journal, 15 Sept. 2005: 16-17.
http://search.ebscohost.com/login.aspx?direct=true&db=f5h&AN=18372769&site=ehost-live

Asheim, Lester. "Not Censorship But Selection." Wilson Library Bulletin Sept. 1953: 63-67.
www.ala.org/ala/oif/basics/notcensorship.htm

"California Library Compromises on Filters." Newsletter on Intellectual Freedom Jan. 2006: 6.

Chmara, Theresa. "Quick Summary of CIPA Decision," Chicago: American Library Association,
2003.

"Code of Ethics of the American Library Association." Intellectual Freedom Manual, 7th ed.
Chicago: American Library Association, 2006.
http://www.ala.org/ala/oif/statementspols/codeofethics/codeethics.htm

Doyle, Robert P. Banned Books: 2004 Resource Book. Chicago: American Library Association,
2004.

Fairbanks North Star Borough Public Library. Collection Development Plan. 1 April 2004

Fairbanks North Star Borough Public Library. FNSB Libraries and the Internet: Issues,
Procedures and Programs. 28 April 2004  23 March 2005
http://library.fnsb.lib.ak.us/books/libpolicies.php

Fairbanks North Star Borough Public Library. Material Selection Policy. 1 Dec. 2001
http://library.fnsb.lib.ak.us/books/policies.php#material.

"Guidelines and Considerations for Developing a Public Library Internet Use Policy." Nov. 2000.
American Library Association. 2 Aug. 2007.
http://www.ala.org/Template.cfm?Section=otherpolicies&Template=/ContentManagement/Conten
tDisplay.cfm&ContentID=78185

Heins, Marjorie, Christina Cho, and Ariel Feldman. Internet Filters: a Public Policy Report, 2nd ed.
New York: Brennan Center for Justice at New York University School of Law, 2006.
http://www.fepproject.org/policyreports/filters2intro.html

Highlights of Supreme Court Decision Striking Down the Communications Decency Act.
Washington, D.C.: Jenner & Block. N.d.

Intellectual Freedom Manual, 7th ed. Chicago: American Library Association, 2006.
http://www.ala.org/ala/oif/iftoolkits/ifmanual/intellectual.htm

"Internet Filters Screen Out Political, Scientific Material Well Beyond State Intent, Report Finds."
Newsletter on Intellectual Freedom July 2006: 178.

"Internet Use in Libraries: ALA Library Fact Sheet #26." Nov. 2003. American Library
Association. 2 Aug. 2007.
http://www.ala.org/ala/alalibrary/libraryfactsheet/alalibraryfactsheet26.cfm

"Libraries: an American Value." Intellectual Freedom Manual. Chicago: American Library
Association, 2006.
http://www.ala.org/ala/oif/statementspols/americanvalue/librariesamerican.htm

"Libraries and the Internet Toolkit: Tips and Guidance for Managing and Communicating about the Internet." Dec. 2003. American Library Association. 2 Aug. 2007. www.ala.org/ala/oif/iftoolkits/litoolkit/Default2338.htm - 48k - 2007-07-12

"Library Bill of Rights." Intellectual Freedom Manual, 7th ed. Chicago: American Library Association, 2006. http://www.ala.org/ala/oif/statementspols/statementsif/librarybillrights.htm

Mattson, Kevin. "The Librarian as Secular Minister to Democracy: The Life and Ideas of John Cotton Dana." Libraries & Culture Fall 2000: 514-534.

McCrossen, Alexis. "'One Cathedral More' or 'Mere Lounging Places for Bummers'?  The Cultural Politics of Leisure and the Public Library in Gilded Age America." Libraries & Culture Spring 2006: 169-188.

North Central Regional Library. Collection Development Policy. n.d. http://www.ncrl.org/resources/policy.html#0

North Central Regional Library. Internet Use Policy. n.d. http://www.ncrl.org/resources/policy.html#0

North Central Regional Library. Library Material. n.d. http://www.ncrl.org/resources/policy.html#VI

OCLC WorldCat search (audience: juvenile, subject: homosexuality), July 2007

"Overzealous Filters Hinder Research." Newsletter on Intellectual Freedom Jan. 2006: 4-5.

Nanette Perez, "Non-Book Challenges" (database report).  American Library Association: July 2007.

Pinnell-Stephens, June. "Lester Asheim in Cyberspace: a Tribute to Sound Reasoning." American Libraries Oct. 2002: 70, 72. http://www.ala.org/Template.cfm?Section=basics&Template=/ContentManagement/ContentDispl ay.cfm&ContentID=76448

Pinnell-Stephens, June. "Libraries: a Misunderstood American Value." American Libraries June/July 1999: 76, 78, 81.

Pinnell-Stephens, June. "RE: A Request from Oklahoma" with attachment. E-mail to M. Waidner. 6 March 2007.

"Resolution on the Use of Filtering Software in Libraries." 2 July 1997. American Library Association Council. 2 Aug. 2007. http://www.ala.org/Template.cfm?Section=ifresolutions&Template=/ContentManagement/Content Display.cfm&ContentID=13076

"Rhode Island Libraries Ease Internet Restrictions," Newsletter on Intellectual Freedom Jan. 2006: 5

Waidner, Mary. "A Request from Oklahoma." E-mail to J. Pinnell-Stephens. 14 Feb. 2007

Wiegand, Wayne. "Collecting Contested Titles: the Experience of Five Small Public Libraries in the Rural Midwest, 1893-1956." Libraries & Culture Summer 2005: 368-384.

Wood, Richard J. and Frank W. Hoffman. Library Collection Development Policies:  a Reference and Writers' Handbook, New York: Rowman and Littlefield Publishers, 2003.

RESUME

JUNE A. PINNELL-STEPHENS

**PROFESSIONAL EXPERIENCE**

**LIBRARIES:**

Oct. 1988-          **Collection Services Manager**
Feb. 2006          Fairbanks North Star Borough Public Library
                        Fairbanks, Alaska

Responsibilities: Develop and implement goals, objectives and procedures for the Collection Services Department; prepare and monitor the library materials budget, direct the acquisition of library materials, evaluate vendor performance, and prepare management reports; develop and maintain the Collection Development Plan for the library; compile and maintain the Conspectus for the library and the Alaska Conspectus Consortium, direct collection assessment and train staff as necessary; review library selections, discards and donations for compliance with the goals outlined in the Collection Development Plan and Conspectus; develop and manage the peridicals and continuations collections; represent the library in local, statewide and regional collection development activities and determine the library's commitment for collecting responsibilities; provide reference and user guidance services; and supervise department staff.

Jan. 1988-          **Librarian**
Oct. 1988          Fairbanks North Star Borough Public Library
                        Fairbanks, Alaska

Responsibilities: Assist in selection of children's materials; provide library programming; and provide reference and user guidance services.

Sept. 1982-        **Newsroom Librarian**
Nov. 1983          Fairbanks Daily News-Miner
                        Fairbanks, Alaska

Responsibilities: Index current issues of the newspaper in cooperation with the Alaska Newspaper Index Project; establish and maintain files of photographs, maps and graphics; provide reference assistance to reporters and other newspaper staff; develop a reference collection; and plan and maintain the library facility and equipment.

Summer 1982       **Reference Librarian**
                        Rasmuson Library
                        University of Alaska, Fairbanks
                        Fairbanks, Alaska

127

Pinnell-Stephens - Resume

Responsibilities:Provide reference and user guidance services; and upgrade the children's literature collection in coordination with the Catalog and Acquisition Departments.  (Temporary position)

Aug. 1980-  **Community College Librarian**
Mar. 1982  Matanuska-Susitna Community College
University of Alaska
Palmer, Alaska

Responsibilities:        Develop and implement policies and procedures for all library services; plan and manage library facilities, including the design of a new library building; develop, acquire and maintain collections of all library materials; coordinate library services and collections with the college admininstration and faculty; provide reference and user guidance services; and supervise library personnel.

Oct. 1976-  **Coordinator of Children's and Young Adult Services**
July 1980  Bellingham Public Library
Bellingham, Washington

Responsibilities:Develop and implement policies and procedures for the Children's and Young Adult Department; select and maintain collections of all materials for children and young adults; coordinate library services with schools, community groups, city departments and other agencies; provide reference and reader's guidance services; provide extensive library programming; and supervise department personnel.

June 1973-  **Children's Librarian**
Oct. 1976  King County Library System
Bothell Public Library
Seattle, Washington

Responsibilities:Select and maintain the children's collection; provide reference and reader's guidance services; provide extensive library programming; coordinate library services with schools and community groups; and supervise pages.

June 1972-  **Librarian**
June 1973  King County Library System
Kirkland Public Library
Seattle, Washington

Responsibilities:Provide reference services; develop and maintain special collections; assist in book selection; and supervise pages.

**BUSINESS:**

Oct. 1999 -  **Consultant**
Jan. 2002  OCLC/WLN
Lacey, Washington

Services:    Provide training in Conspectus and assessment methodology and in Automated Collection Analysis Services

2  128

Pinnell-Stephens - Resume

| Mar. 1987-<br>Oct. 1988 | **Principal**<br>Professional Information Resources<br>Fairbanks, Alaska |

Services:    Database searches, document delivery, and library and archival
research.

| Nov. 1985-<br>Mar. 1987 | **Senior Research Associate**<br>ASK* Information Search<br>Anchorage, Alaska |

Responsibilities:Develop and conduct projects related to information organization and delivery; participate in marketing and public opinion research projects as feasible; perform database searches; and represent ASK* in Fairbanks.

## GRANTS AND CONTRACTS:

| Jan. 2003-<br>Dec. 2003 | Alaska Federation of Natives, Alaska Humanities Forum, Alaska Library<br>Association, Alaska State Library |

oject:

Project: Protect and promote the Alaska Native Interviews and Alaska Native Oral Literature collections by digitizing and distributing them throughout the regions where they were originally recorded.

| Oct. 1996-<br>Mar. 1997 | Western Library Network<br>Lacey, Washington |

Project: Revise the LC version of the Conspectus to provide compliance with current LC classification schedules and to correct problems with classification overlap and

| Mar. 1986 | Northwest Arctic School District<br>Kotzebue, Alaska |

Project: Organize, catalog and shelve the district's collection of instructional computer software with student workbooks and teacher guides; write a user's guide; and train media center aides in using the system.

| Feb. 1985-<br>June 1985 | Rasmuson Library<br>University of Alaska, Fairbanks<br>Fairbanks, Alaska |

Project: Establish a name authority file for the Alaska indexing portion of the library's information system; identify and correct mistakes and discrepancies in the Alaska Newspaper Index; finish miscellaneous newspaper indexing; and write preliminary guidelines for future newspaper indexing. Grant written by Rasmuson Library and funded by the Alaska State Library.

| Jan. 1985-<br>May 1985 | Northwest Arctic School District<br>Kotzebue, Alaska |

Project: Weed and inventory village school library collections; correct problems with card catalogs as possible; train on-site personnel in basic library procedures; and evaluate current procedures and recommend changes as necessary.

3  129

| Mar. 1984- | Fairbanks North Star Borough Public Library |
|---|---|
| June 1984 | Fairbanks, Alaska |

Project: Index Tundra Times newspaper retrospectively; and develop procedures and a thesaurus for the Alaska Newspaper Index in cooperation with the project head at Rasmuson Library, University of Alaska, Fairbanks. Grant written by Fairbanks North Star Borough Public Library and funded by Alaska Historical Commission.


## TEACHING:

**Instructor**
Rural Alaska Honors Institute
University of Alaska, Fairbanks
Fairbanks, Alaska
Summer, 1984: Library Skills

**Instructor**
Kodiak Community College
University of Alaska
Kodiak, Alaska
Spring, 1984: LS214, Introduction to Library Services for Children

**Instructor**
Matanuska-Susitna Community College
University of Alaska
Palmer, Alaska
Summer, 1981: ED304, Literature for Children (Extension course,
University of Alaska, Anchorage)
Fall, 1980: ED193, Storytelling

**Adjunct Faculty**
Western Washington University
Education Department, Library Science Program
Bellingham, Washington
Summer, 1979: ED445e, Censorship
Summer, 1978: ED405, Books and Materials for Elementary Schools
ED407, Books and Materials for Young Adults

**Instructor**
Western Washington University
English Department
Bellingham, Washington
Summer, 1977: Children's Literature Seminar - Storytelling in the Classroom


## EDUCATION

**DEGREES:**

**Master of Library Science, 1972**

4    130

University of Washington
Seattle, Washington

**Bachelor of Arts, English Literature, 1971**
Pomona College
Claremont, California

## COURSES AND SEMINARS:

University of Wisconsin School of Library and Information Studies
Virtual Collection Development, 2001

Alaska Library Association
Negotiating Contracts for Electronic Resources, 1998

University of Alaska Fairbanks
LS 393  Internet and Electronic Research Techniques, 1993

Alaska Library Association
How to Conduct a Library Use/Library User Survey, 1990

American Library Association, Association for Library Collections and Technical Services
Business of Acquisitions Institute, 1989

Dialog Information Retrieval Service
System training, 1982, 1986 & 1989

BRS Information Technologies
System training, 1985

Alaska Library Association
Cost-Benefit Analysis Workshop, 1985

University of Hawaii, Graduate School of Librarianship and Information Science
LS695V  Networking, 1983

Society of American Archivists
Basic Archival and Conservation Workshop, 1982

Alaska State Library and Alaska Library Association
Acquisition and Administration of Map Collections, 1981
AACR2 Workshop, 1981

Matanuska-Susitna Community College
CIS101  Introduction to Data Processing, 1981

City College, Seattle, Washington
Master of Business Administration program, 1979-1980

## PUBLICATIONS

5  131

"Saving the Stories." American Libraries, vol. 36, number 11, pp. 46-47 (December, 2005).

"Libraries, Privacy, and Government Information after September 11." PNLA Quarterly, vol. 67, number 4, pp. 6-9 (Summer, 2003).

"Snooping, Secrecy and Suspicion: How the New Laws Affect What the Government Can Find Out and You Can't." Ester Republic, (June, 2003).

"Lester Asheim in Cyberspace: a Tribute to Sound Reasoning." American Libraries, vol. 33, number 9, pp. 70-72 (October, 2002).

"Libraries: A Misunderstood American Value." American Libraries, vol. 30, number 6, pp. 76-81 (June/July, 1999).

"Men with matches." Speaking out! Voices in Celebration of Intellectual Freedom, American Library Association, 1999.

"Communicating information about libraries: the Conspectus visits the Russian Far East." WLN Participant, vol. 14, number 3, pp. 11-13 (Summer, 1995).

"The Second time around: updating and refining assessments at the Fairbanks North Star Borough Library." WLN Participant, vol. 13, number 3, pp. 12-14 (May/June, 1994).

"Shared futures: cooperative collection development and management in Alaska." Collection Building, vol. 13, numbers 2-3, pp. 57-61 (special issue, 1994).

"After assessment: building on the conspectus for collection management." PNLA Quarterly, 57:2+ (Winter, 1993).

"WLN Conspectus in Alaska." WLN Participant, vol. 10, number 6, pp. 6-8 (Nov./Dec. 1991)

"Local Conspectus applications." PNLA Quarterly, 53:22-3 (Spring 1989).

Alaska Library Association Intellectual Freedom Committee. Intellectual Freedom Manual. Alaska State Library, 1985.

Numerous articles concerning intellectual freedom and censorship in Alaska Library Association's Sourdough, Pacific Northwest Library Association's PNLA Quarterly, and American Library Association's Newsletter on Intellectual Freedom, 1984-1989.


## PAPERS AND PRESENTATIONS

American Library Association, Intellectual Freedom Round Table
     "Celebrating the Library Bill of Rights" panel presentation

Alaska Library Association, Juneau, 2007
     "Law for Alaskan Librarians" with Candace Morgan

American Library Association, Joint Conference for Librarians of Color, Dallas, 2006
     "Facing the Challenges" with Judith Krug and Erin Byrne

American Library Association, Law for Librarians, Chicago, 2006
     "Meeting Rooms, Exhibit Spaces, and Other Sticky Bits: Policies to Keep You Out of Court"

6 132

Pinnell-Stephens - Resume

Alaska Library Association, Barrow, 2005
    "Banned Books I Have Known" with Judith Krug

Pacific Northwest Library Association, Boise, 2003
    "Censorship, Snooping, and Secrecy:  Privacy and Information in Libraries after 9/11."

Tanana  Valley League of Women Voters, Fairbanks, 2003
    USA PATRIOT Act debate

Alaska Library Association, Juneau, 2003
    "Privacy, Secrecy and Libraries after 9/11."

Alaskans for Peace and Justice, Anchorage, 2003
Alaska Press Club, Anchorage, 2003
Society for Professional Journalists, Fairbanks, 2003
Fahrenkamp Forum, Fairbanks, 2003
Alaska Press Women, Anchorage, 2003
Unitarian Universalist Fellowshiop, Fairbanks, 2003
    "Snooping, Secrecy, and Suspicion:  Privacy and Information after 9/11."

Pacific Northwest Library Association, Missoula, 2002
    "Meeting Rooms, Exhibits, and Other Sticky Bits:  Policies to Keep You out of Court."

Alaska Library Association Continuing Education Committee, Kenai, 2002
    "Collection Development:  Planning, Process and Policies."

University of Alaska, Computers and Society 101
    Guest lecturer, 2002 -

Alaska Library Association, Anchorage, 2002
    "Meeting Rooms, Exhibits, and Other Sticky Bits:  Library Policies Beyond the Books."

University of Illinois, Collection Development
    "Intellectual Freedom," Guest lecturer, 2001 –

Groupe POLDOC, Paris, France, 2000
    "Conspectus: Key to Planning and Managing Collections."

Alaska Library Association, 1998-99
    "Libraries, the 1[st] Amendment, and the Internet:  Strategies for the Future," presented in Barrow, Juneau, Sitka, Ketchikan, Anchorage, Palmer, Kenai, and Fairbanks

Nevada Library Association, Las Vegas, 1998
    "Libraries:  An American Value.  Intellectual Freedom in the 21[st] Century."

Pacific Northwest Library Association, Sun Valley, 1998
    "Libraries, the 1[st] Amendment, and the Internet:  Strategies for the Future"

American Library Association, Washington, D.C., 1998
    "After the Assessment:  Conspectus Applications"

University of Alaska Fairbanks, Library Skills 101
    Guest lecturer, 1996 -

American Library Associatin, New Orleans, 1997

"Intellectual Freedom and the Library Trustee: A Leadership Development Institute for Trustees. How We Got Through the Storm"

Pennsylvania State Library, Harrisburg, 1997
"Collection Assessment: Options and Outcomes"

LAMA/LITA (ALA), Pittsburgh, 1996
"Managing a Censorship Incident"

Pacific Northwest Library Association/Alaska Library Association, Fairbanks, 1996
Regional Intellectual Freedom Leadership Development Institute - organizer

Alaska Library Association, 1994-95
"Libraries and Intellectual Freedom," presented in Juneau, Ketchikan, Anchorage, Palmer, Kenai and Fairbanks

American Association for the Advancement of Science, Arctic Science Conference, Vladivostok, 1994
"The Conspectus: Communicating Information about Library Collections"

Pacific Northwest Library Association, Kalispell, 1993
"Using WLN Conspectus and Books for College Libraries III for Collection Development" - panel member

Midnight Sun Writers' Conference, Fairbanks, 1992
"Censorship" - panel member

Pacific Northwest Library Association, Bellevue, 1992
"Pieces of the Puzzle: Management Information for Libraries"

American Library Association, ASCLA-Mulitlincs Cooperative Collection   Development Discussion Group, San Francisco, 1992
"Cooperative Collection Development in Alaska" - panel member

Univ. of California, Berkeley, School of Library & Information Studies and its Alumni Association,Berkeley, 1991
"No More Guessing! How to Get Management Information Out of Your Automated System" - Case reports panel member

Alaska Library Association, Anchorage, 1987
"Banned Books: a Censorship Issue"

Northern Libraries Colloquy, Tromso, 1986
"Bibliography of Northern Materials for Children"

Fairbanks Arts Association, Literary Jam, 1986
"Censorship"

Fairbanks North Star Borough School District, In-service, 1984
"Censorship"

Sigma Delta Chi, Statewide Conference, 1983
"Computers and Literature Searching in Libraries and the Alaska Newspaper Index"

Matanuska-Susitna Borough School District, Title I Staff and Parents Training, 1982
"Storytelling and Puppetry"

Washington State Association of School Librarians, Annual Conference,  1978
        "Censorship and Initiative 351"

Washington Library Association, Children's and Young Adult Services Interest Group
        Design and Illustration of Children's Books, 1978
        Children's Literature through Programming, 1976


## PROFESSIONAL AFFILIATIONS

American Library Association
        Executive Board, 2005-2008
        Presidential Advisory Committee, Chair IF Subcommittee, 2003-2005
        Councilor-at-large, 2000-2005
        Policy Monitoring Committee, 2003-2005
        Committee on Committees, 2003
        Arthur Curley Lecture Committee, 2002-2005
        Planning and Budget Assembly, 2001-2003
        Intellectual Freedom Committee, 1994-96, 1998-2002, 2004-2005
        Intellectual Freedom Round Table, director, 2001-2003
        Restricted Access to Government Information Task Force, 2002-2003
        IF21 Committee, Chair, 1998-99

Freedom to Read Foundation
        President, 1995-98
        Treasurer, 1999-2003
        Trustee, 1994-98, 1999-2003

Pacific Northwest Library Association
        President/Vice-President, 1991-93
        Secretary, 1988-90
        Resource Sharing Committee, Chair, 1993-94
        Intellectual Freedom Interest Group, Chair, 1986-88

Alaska Library Association
        President/Vice-President, 1985-87
        Intellectual Freedom Committee, Chair, 1984-85, 1989-
        Collection Development Round Table, Chair, 1990-92, 1996-2005
        PNLA Representative, 1993-94.

Alaska Collection Development Steering Committee
        Chair, 1990-92; 1996-2000
        Coordinator, Alaska Conspectus Consortium, 1991- 2005

Washington Library Association
        Second Vice-President, 1979-80
        Interest Group Representative to WLA Executive Board, 1977-78
        Children's and Young Adult Services Interest Group, Chair, 1976-78
        Honorary and Emeritus Committee, Chair, 1979


## CERTIFICATION

State of Alaska Teacher Certification, Class C, 1984-89

# Exhibit W



July 27, 2006

About 5:45 or so a man came in that asked for computer, he
needed it right away. Both Vicky and I recognized him from the
Grant County Sheriff's website for sex offenders. He's been in the
library several times before. I signed him up for the 6:00 to 6:15
computer, only one available at that time. He went over into the
non-fiction area and sat down.

At 6:00 pm I called out that the 6:00-15 minute computer was
available. At a couple of min. past I walked over and told him his
computer was available. He waved me off and said no-pass him
by. I noted that a young gal was sitting at the table ( I've seen her
in the library using the computer the past few days. She seems to
be mentally challenged – but, I do not know her name.) I looked
that way a few minutes later and she was sitting next to him and he
had his arm on the back of her chair. I was working on the staff
computer a few minutes later, as they walked past me I heard him
say to her as she followed him past my desk. "You're sure you're
18"

I went out around my desk and asked for her to stop. I said do you
know him? Her answer was she'd just been talking to him. Then I
said I don't think it's a good idea for you to leave the library with
someone you don't know. He turned around and said what's the
matter? - to me. I repeated to him what I'd said to her. Then he
walked out and she followed him. I was afraid for her so I looked
out to see where they had gone.

Deb had arrived about then so I asked her and Kristine to watch the
desk for a few minutes and I called Connie and then the ML police
station asking them to come and check it out. I called from
Connie's office. When I came back out to the front he was
standing by the R629 motor manuals facing the staff computer. I
think he's said something to Deb. I don't know what, but when he

EXH 31 DATE 10-16-07
WITNESS D. Marney
ALISON HOWZE

NCRL 01592
550

saw me He said to me I'd better stay out of his business. That whatever He did was none of my business and just stood there glaring at me. I did not say anything but just starred back and turned away. Then he came by the front computer desk said he wanted the internet computer and as the 15 minute was free I handed him a pass and he sat down. I waited because I knew the officer was coming over from the police station.

When he officer came in he nodded to me and I nodded and walked to the back by the janitor's closet out of eyesight of the internet computers. I told the officer all that I'd seen and heard and why I called them. I also told him that I knew I'd seen him on the website but did not read it so I did not know what it said, that I thought his name was King. The officer told me that another officer had the young woman outside talking to her and that he was going to talk to the guy and for me to stay in the back there.

I did, and it was 20 – 30 minutes before he came back to talk to me. The officer told me that he was a low level offender and that nothing inappropriate had happened according to the young woman. I asked him that because he was an offender was he even allowed in the library because of all the kids in here. The officer said he was because he was a low level offender. The officer spoke to two individuals on his shoulder radio asking about this guy's level of offender. Then the officer said he was going to go tell him he could leave. The officer also told me that I did not have to tolerate any harassing behavior from him to call the station if I felt that I needed help or to tell the guy to leave and call them.

Deb and Kristine stayed and left with me at closing time. Deb also told me that another young man by the name of Jermaine was outside when the officers were talking to King and that she thought maybe they might know each other. I was glad that Deb was here. I called Connie and let here know all that had gone on and she

offered to come down. I told her we were alright and that if I needed her I would call her.

My husband had called in the midst of all this and he was parked behind the library between Deb's van and my car and we all left together.

Connie and I looked on the website this am (7-28-06) and found his picture and he is a level 3 sex offender.

Barbara Gallaway
7-28-06

# Exhibit X

DA 6-1-05
DM 6-1-05

DATE: 5-23-05          TIME: _____          BRANCH: WPL Wenatchee

STAFF MEMBER: Linda Crosby     SUPERVISOR: Katy Sessions
(CHECK ONE)   Kathy Holscher

___ Disturbance              ___ Emergency/Accident
___ Damage                   ___ Injury/Illness
___ Theft                    ___ Vandalism
✓ Other (explain) _____

NAME OF THE PATRON INVOLVED: Gouin, Robert
ADDRESS: 1450 S. Wenatchee Ave.     PHONE: _____
GENERAL DESCRIPTION: (Height/Weight, Sex, Age, Race, Clothing, etc.)
5'11"  229#     M  58yrs old  white

DESCRIPTION OF THE INCIDENT:
Linda & Carla recognized him as a known sex offender.
We decided to do a "walk" through because of the
nature of his "offense" — young boys 12-17 —
CONTRIBUTORY CAUSES: he's "high Risk" according to the sheet --
Presently he was @ the computer next to boys!

WITNESSES:
NAME: Kathy Holscher          NAME: _____
ADDRESS: _____               ADDRESS: _____
PHONE: 662-5021               PHONE: _____

ACTION TAKEN:
CALLED          TIME          ARRIVAL TIME
X Police        12:30¹ˢ       5 min. later
___ Fire Dept.  _____        _____
___ Ambulance   _____        _____          EX# 3 DATE 10-16-07
___ Other (Explain)                            WITNESS D. Marney
                                               ALISON HOWZE
AID PERSON: _____  AID GIVEN: _____

ADDITIONAL COMMENTS:
I feel he should possibly be banned from our children's area &
computers because of his "high risk" status. Children
IF PATRON REFUSES HELP, PLEASE HAVE HIM SIGN BELOW:
use the computer area heavily!     Kathy Holscher

Patron's Signature

COPY
NCRL 01595
554

**October 30, 2002**

**CHELAN COUNTY SHERIFF'S OFFICE**
**401 WASHINGTON ST, 1ST LEVEL**
**WENATCHEE, WA 98801**

### SEX OFFENDER REGISTRATION BULLETIN

Name:               **Gouin, Robert A**

Address:            1450 S. Wenatchee Avenue, Wenatchee

Convicted of:       Statutory Rape 2, Statutory Rape 3,
                    Rape of a Child 2, Rape of a Child 3

Comments:   Level III – High Risk
Mr. Gouin was released from prison October 29, 2002 for the above offenses. His
victim's were males ranging in age from 12 to 17 years old.

 

PHYSICAL DESCRIPTION:

Date of Birth: 10/12/47    Eyes: Brown    Hair: Grey
Sex: M    Race: W    Weight: 229    Height: 5'11"

NCRL 01596

Tuesday, May 31, 2005

Supplement to Incident Report dated 5-28-05

After reviewing the facts, I called the police and requested officer contact. The officer took the information, found out the man was still on active status with the corrections office and said she would contact the man's parole officer.

She told me that staff could tell the man he was unwelcome in the children's area and computer area or outright ban him from the library.

I am in the process of informing staff and reviewing procedures for this type of thing.

It just happened that Carla recognized the man from a flyer that had been sent out from the Sheriff's Department months ago.

Katy Sessions

NCRL 01597
556

# Exhibit Y

## Edit Protection Profile

| | |
|---|---|
| Profile Name: | NCRL |
| Comments: | updated 10-15-07 |

(maximum 63 characters)

▶ **Anti-Virus**

▼ **Web Filtering**

| | HTTP | HTTPS | Option |
|---|---|---|---|
| Web Content Block | ☐ | | -- None -- ▾ <br> Threshold: 10 |
| Web Content Exempt | ☐ | | -- None -- ▾ |
| Web URL Filter | ☑ | ☐ | URL_Filter ▾ |
| ActiveX Filter | ☐ | | |
| Cookie Filter | ☐ | | |
| Java Applet Filter | ☐ | | |
| Web Resume Download Block | ☑ | | |
| Block invalid URLs | | ☐ | |

▼ **FortiGuard Web Filtering**

| | HTTP | HTTPS |
|---|---|---|
| Enable FortiGuard Web Filtering | ☑ | ☑ |
| Enable FortiGuard Web Filtering Overrides | ☐ | ☐ |
| Provide details for blocked HTTP 4xx and 5xx errors | ☐ | |
| Rate images by URL (blocked images will be replaced with blanks) | ☑ | |
| Allow websites when a rating error occurs | ☑ | ☑ |
| Strict Blocking | ☐ | ☐ |
| Rate URLs by domain and IP address | ☐ | ☐ |

| Category | Allow | Block | Log | Allow Override |
|---|---|---|---|---|
| ▼ Potentially Liable | ○ | ○ | ☑ | |
| Drug Abuse | ◉ | ○ | ☑ | ☐ |
| Occult | ◉ | ○ | ☑ | ☐ |
| Hacking | ○ | ◉ | ☑ | ☐ |
| Illegal or Unethical | ◉ | ○ | ☑ | ☐ |
| Racism and Hate | ◉ | ○ | ☑ | ☐ |
| Violence | ◉ | ○ | ☑ | ☐ |
| Marijuana | ◉ | ○ | ☑ | ☐ |
| Folklore | ◉ | ○ | ☑ | ☐ |
| Proxy Avoidance | ○ | ◉ | ☑ | ☐ |
| Web Translation | ◉ | ○ | ☑ | ☐ |
| Phishing | ○ | ◉ | ☑ | ☐ |
| Plagiarism | ◉ | ○ | ☑ | ☐ |
| ▼ Controversial | ○ | ○ | ☑ | ☐ |
| Abortion | ◉ | ○ | ☑ | ☐ |
| Adult Materials | ○ | ◉ | ☑ | ☐ |
| Advocacy Organizations | ◉ | ○ | ☑ | ☐ |
| Gambling | ○ | ◉ | ☑ | ☐ |
| Extremist Groups | ◉ | ○ | ☑ | ☐ |
| Nudity and Risque | ○ | ◉ | ☑ | ☐ |
| Pornography | ○ | ◉ | ☑ | ☐ |
| Tasteless | ◉ | ○ | ☑ | ☐ |
| Weapons | ◉ | ○ | ☑ | ☐ |
| Sex Education | ◉ | ○ | ☑ | ☐ |
| Alcohol | ◉ | ○ | ☑ | ☐ |
| Tobacco | ◉ | ○ | ☑ | ☐ |
| Lingerie and Swimsuit | ◉ | ○ | ☑ | ☐ |
| Sports Hunting and War Games | ◉ | ○ | ☑ | ☐ |

EXH 38 DATE 10-16-07 <br> WITNESS D. Marney <br> ALISON HOWZE

| | Allow | Block | Log | Allow Override |
|---|---|---|---|---|
| ▼ Potentially Non-productive | ○ | ○ | ☑ | ☐ |
| Advertising | ● | ○ | ☑ | ☐ |
| Brokerage and Trading | ● | ○ | ☑ | ☐ |
| Freeware Downloads | ● | ○ | ☑ | ☐ |
| Games | ● | ○ | ☑ | ☐ |
| Web-based Email | ● | ○ | ☑ | ☐ |
| Web Chat | ○ | ● | ☑ | ☐ |
| Instant Messaging | ○ | ● | ☑ | ☐ |
| Newsgroups and Message Boards | ● | ○ | ☑ | ☐ |
| Digital Postcards | ● | ○ | ☑ | ☐ |
| ▼ Potentially Bandwidth Consuming | ● | ○ | ☑ | ☐ |
| Peer-to-peer File Sharing | ● | ○ | ☑ | ☐ |
| Personal Storage | ● | ○ | ☑ | ☐ |
| Multimedia Download | ● | ○ | ☑ | ☐ |
| Internet Radio and TV | ● | ○ | ☑ | ☐ |
| Internet Telephony | ● | ○ | ☑ | ☐ |
| ▼ Potential Security Violating | ○ | ● | ☑ | ☐ |
| Malware | ○ | ● | ☑ | ☐ |
| Spyware | ○ | ● | ☑ | ☐ |
| ▼ General Interest | ● | ○ | ☑ | ☐ |
| Arts and Entertainment | ● | ○ | ☑ | ☐ |
| Culture | ● | ○ | ☑ | ☐ |
| Education | ● | ○ | ☑ | ☐ |
| Finance and Banking | ● | ○ | ☑ | ☐ |
| Homosexuality | ● | ○ | ☑ | ☐ |
| Health and Wellness | ● | ○ | ☑ | ☐ |
| Job Search | ● | ○ | ☑ | ☐ |
| Medicine | ● | ○ | ☑ | ☐ |
| News and Media | ● | ○ | ☑ | ☐ |
| Personal Relationships | ● | ○ | ☑ | ☐ |
| Political Organizations | ● | ○ | ☑ | ☐ |
| Reference | ● | ○ | ☑ | ☐ |
| Religion | ● | ○ | ☑ | ☐ |
| Search Engines | ● | ○ | ☑ | ☐ |
| Shopping and Auction | ● | ○ | ☑ | ☐ |
| General Organizations | ● | ○ | ☑ | ☐ |
| Society and Lifestyles | ● | ○ | ☑ | ☐ |
| Sports | ● | ○ | ☑ | ☐ |
| Travel | ● | ○ | ☑ | ☐ |
| Personal Vehicles | ● | ○ | ☑ | ☐ |
| Child Education | ● | ○ | ☑ | ☐ |
| Real Estate | ● | ○ | ☑ | ☐ |
| Restaurant and Dining | ● | ○ | ☑ | ☐ |
| Personal Websites | ● | ○ | ☑ | ☐ |
| ▼ Business Oriented | ● | ○ | ☑ | ☐ |
| Business | ● | ○ | ☑ | ☐ |
| Information and Computer Security | ● | ○ | ☑ | ☐ |
| Government and Legal Organizations | ● | ○ | ☑ | ☐ |
| Information Technology | ● | ○ | ☑ | ☐ |
| Armed Forces | ● | ○ | ☑ | ☐ |
| ▼ Others | ● | ○ | ☑ | ☐ |
| Dynamic Content | ● | ○ | ☑ | ☐ |
| Miscellaneous | ● | ○ | ☑ | ☐ |
| Web Hosting | ● | ○ | ☑ | ☐ |
| Secure Websites | ● | ○ | ☑ | ☐ |
| Content Servers | ● | ○ | ☑ | ☐ |
| Unrated | ● | ○ | ☑ | ☐ |

| Classification | Allow | Block | Log | Allow Override |
|---|---|---|---|---|
| Cached Content | ● | ○ | ☑ | ☐ |
| Multimedia Search | ● | ○ | ☑ | ☐ |
| Image Search | ○ | ● | ☑ | ☐ |
| Audio Search | ● | ○ | ☑ | ☐ |
| Video Search | ○ | ● | ☑ | ☐ |
| Spam URL | ○ | ● | ☑ | ☐ |

**URL Filter**

| | URL | Action | Type | |
|---|---|---|---|---|
| ☑ | elijahlist.com | Allow | Simple | 🗑 📝 🗐 |
| ☑ | np.userful.com | Exempt | Simple | 🗑 📝 🗐 |
| ☑ | userful.com | Exempt | Simple | 🗑 📝 🗐 |
| ☑ | userful.ca | Exempt | Simple | 🗑 📝 🗐 |
| ☑ | flickr.com | Allow | Simple | 🗑 📝 🗐 |
| ☑ | ringo.com | Allow | Simple | 🗑 📝 🗐 |
| ☑ | pubyac.org | Exempt | Simple | 🗑 📝 🗐 |
| ☑ | runescape.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | easyriders.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | passmyass.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | maxgames.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | mamma.com/Mamma_pictures | Block | Simple | 🗑 📝 🗐 |
| ☑ | ask.com/images | Block | Simple | 🗑 📝 🗐 |
| ☑ | netvue.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | pixsy.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | search.live.com/images | Block | Simple | 🗑 📝 🗐 |
| ☑ | images.google.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | images.search.yahoo.com | Block | Simple | 🗑 📝 🗐 |
| ☑ | np.userful.ca | Exempt | Simple | 🗑 📝 🗐 |
| ☑ | passmyass.info | Block | Simple | 🗑 📝 🗐 |
| ☑ | ask.com/pictures | Block | Simple | 🗑 📝 🗐 |
| ☑ | craigslist.org/cgi-bin/personals.cgi* | Block | Simple | 🗑 📝 🗐 |

# Exhibit Z

1. Potentially Liable

Drug Abuse — Websites that feature information on illegal drug activities including: drug promotion, preparation, cultivation, trafficking, distribution, solicitation, etc.

Folklore — Websites that promote supernatural resources such as; fortune telling, horoscopes, fen palm reading, tarot reading, UFO's, etc.

Hacking — Websites that depict illicit activities surrounding the unauthorized modification or access programs, computers, equipment and websites.

Illegal or Unethical — Websites that feature information, methods, or instructions on fraudulent actions or unla conduct (non-violent) such as scams, counterfeiting, tax evasion, petty theft, blackmail,

Marijuana — Websites that feature information on the cultivation, preparation, distribution, or use of Marijuana.

Occult — This category includes sites that reference non-traditional religions, cults, sects, etc

Phishing — Counterfeit webpages that duplicate legitimate business webpages for the purpose of eliciting financial, personal or other private information from the users

Plagiarism — Websites that provide, distribute or sell school essays, projects, or diplomas.

Proxy Avoidance — Websites that provide information or tools on how to bypass Internet access controls an browse the Web anonymously, includes anonymous proxy servers

Racism and Hate — Sites that foster racial supremacy or vilify/discriminate against groups or individuals by r colour, ethnic origin, sexual orientation, etc.

Violence — This category includes sites that depict offensive material on brutality, death, cruelty, act abuse, mutilation, etc

Web Translation — Websites that supply URL translation services

2. Controversial

Abortion — Websites pertaining to abortion data, information, legal issues, and organizations.

Adult Materials — Mature content websites (18+ years and over) that feature or promote sexuality, stripclu sex shops, etc. exluding sex education, without the intent to sexually arouse

Advocacy Organizations — This category caters to organizations that campaign or lobby for a cause by building put awareness, raising support, influencing public policy, etc.

Alcohol — Websites which legally promote or sell alcohol products and accessories

Extremist Groups — Sites that feature radical militia groups or movements with aggressive anti-government convictions or beliefs.

Gambling — Sites that cater to gambling activities such as betting, lotteries, casinos, including gamin information, instruction, and statistics.

Lingerie and Swimsuit — Websites that utilizes images of semi-nude models in lingerie, undergarments and swimwear for the purpose of selling or promoting such items.

Nudity and Risque — Mature content websites (18+ years and over) that depict the human body in full or parti

EXH 4 DATE 10-16-07
WITNESS D. Marney
ALISON HOWZE

| | nudity without the intent to sexually arouse. |
|---|---|
| Pornography | Mature content websites (18+ years and over) which present or display sexual acts with intent to sexually arouse and excite |
| Sex Education | Educational websites that provide information or discuss sex and sexuality, without utiliz pornographic materials |
| Sports Hunting and War Games | Webpages that feature sport hunting, war games, paintball facilities, etc. Includes all rel: clubs, organizations and groups. |
| Tasteless | Websites that host offensive and crude material such as insulting jokes, negative opinior pranks, dark humor, harsh language, etc. |
| Tobacco | Websites which legally promote or sell tobacco products and accessories. |
| Weapons | Websites that feature the legal promotion or sale of weapons such as hand guns, knives rifles, explosives, etc. |

3. Potentially Non-Productive

| Advertising | These websites exhibit advertisements and marketing related content for the sale and promotion of products and services. |
|---|---|
| Brokerage and Trading | Sites that feature on-line broker services, tools, and resources, related to the trading transactions of stocks, bonds, and commodities. |
| Digital Postcards | Websites that promote the distribution of digital postcards. |
| Freeware Downloads | Websites that offer free downloads to users, such as video games, software upgrades, graphics, screen savers, mobile phone items, etc. |
| Games | Sites that pertain to on-line computer games and related links such as contests, promot and sweepstakes. |
| Instant Messaging | Websites that allow users to communicate in "real-time" over the Internet. |
| Newsgroups and Message Boards | Websites that promote communication via discussion groups, message boards, blogs, n magazines, list servers  etc. |
| Web Chat | Websites that promote Web chat services |
| Web-based Email | Websites that allow users to utilize electronic mail services |

4. Potentially Bandwidth Consuming

| Internet Radio and TV | Websites that broadcast radio or TV communications over the Internet. |
|---|---|
| Internet Telephony | Websites that enable telephone communications over the Internet |
| Multimedia Download | Websites that allow the downloading of MP3 or other multimedia files. |
| Peer-to-peer File Sharing | Websites that allow users to share files and data storage between each other. |
| Personal Storage | Websites that permit users to utilize Internet servers to store personal files or for sharing such as with photos. |

## 5. Potential Security Risks

| | |
|---|---|
| Malware | Sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, suc as virus or trojan horse. |
| Spyware | Sites that host software that is covertly downloaded to a user's machine, to collect information and monitor user activity, including spyware, adware, etc. |

## 6. General Interest

| | |
|---|---|
| Arts and Entertainment | Includes websites related to radio, television, books, music, artwork, paintings etc., with intent of personal amusement or enlightenment. |
| Child Education | Websites developed for children, age 12 and under, includes educational games, tools, organizations and schools. |
| Culture | Websites that cater to cultural behaviors and backgrounds including conventions, languages, customs, etc. Also includes institutions such as museums, libraries and histc sites. |
| Education | Academic related sites that provide instruction or information related to learning, school: training institutions, research, educational games, etc, excluding child education sites. |
| Finance and Banking | Sites pertaining to business and private banking services, investment options, mortgage asset and credit management, etc. |
| General Organizations | Sites that cater to groups, clubs, or organizations of individuals with similar interests, eith professional, social, humanitarian, or recreational in nature |
| Health and Wellness | Websites containing personal health and medical information such as hospitals, therapy counselling, plastic surgery, medical procedures and equipment, dental care, etc. |
| Homosexuality | This category features subject matter on Gays, Lesbians and Bisexuals, including non-pornographic related links such as personals, dating, and on-line shopping. |
| Job Search | Sites related to employment such as job ads, job posting databases, career planning, resume resources, etc. |
| Medicine | Websites that address legal medicine and drug information, including homopathy and naturopathy treatment, and therapeutic use of or sale of prescription medication. |
| News and Media | Websites that feature news and current events including mass media forums such as newspapers, television, radio, magazines, journals, etc. |
| Personal Relationships | Includes websites that aid in the coordination of heterosexual relationships and companionship. Includes legal and non-sexual sites related to on-line dating, personal a dating services, clubs, etc. |
| Personal Vehicles | Websites that contain information on private use or sale of autos, boats, planes, motorcycles, etc., including parts and accessories |
| Personal Websites | Private webpages that host personal information, opinions and ideas of the user. |
| Political Organizations | Sites in this category pertain to elections, congress, senate, or parliament, in the form of political party or group. |
| Real Estate | Websites that promote the sale or renting of real estate properties. |

| | |
|---|---|
| Reference | Websites that provide general reference data in the form of libraries, dictionaries, thesau encyclopedias, maps, directories standards, etc. |
| Religion | Features websites that contain information about traditional religions, spirituality and bel |
| Restaurant and Dining | Websites related to restaurants and dining, includes locations, food reviews, recipes, catering services, etc. |
| Search Engines | Sites that enable a user to search for files on the web by directing them to specific links portals. |
| Shopping and Auction | Websites that feature on-line promotion or sale of general goods and services such as electronics, flowers, jewelry, music, etc, exluding real estate. Also includes on-line aucl services such as eBay, Amazon, Priceline. |
| Society and Lifestyles | This category contains sites that deal with everyday life issues and preferences such as passive hobbies (gardening, stamp collecting, pets), journals, blogs, etc. |
| Sports | Includes sites that pertain to recreational sports and active hobbies such as fishing, hunt jogging, canoeing, archery, chess, as well as organized, professional and competitive sports. |
| Travel | Websites in this category feature travel related resources such as accommodations, transportation (rail, airlines, cruiseships), agencies, resort locations tourist attractions, advisories, etc. |

7. Business Oriented

| | |
|---|---|
| Armed Forces | Websites related to organized military and armed forces, excluding civil and extreme mil orgnizations |
| Business | This category references general business related industry information and news; econc conditions, mergers and aquisitions, associations, commercial ventures, etc. |
| Government and Legal Organizations | Includes websites pertaining to international government agencies legislature, judical systems, municipal departments such as police, fire, animal control, etc. Also includes le resources such as bar organizations, lawyers committees, legal services, and reference |
| Information Technology | Sites related to the sale or service of computer and telephony equipment, tools and accessories, including the companies that provide them. |
| Information and Computer Security | Websites that present information related to computer security such as virus and worm protection measures and tools emerging technologies, publications, standards groups, |

8. Others

| | |
|---|---|
| Content Servers | Websites that host servers that distribute content for subscribing websites, includes ima and Web servers. |
| Dynamic Content | Sites that point to non-fixed web content, in that a different page may be viewed each tir the site is accessed. |
| Miscellaneous | This category houses URLs that cannot be definitively categorized due to lack of or ambiguous content. |
| Secure Websites | Webpages that institute security measures such as; authentication, passwords, registrat etc. |

Web Hosting          Websites that provide resources for web hosting and domain registration.