The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**[PROPOSED]** |

The Court, having considered Plaintiffs' Motion for Summary Judgment and all briefs, exhibits, and materials submitted in support of and in opposition thereto, and having heard oral argument, if any, hereby rules as follows:

1. Defendant the North Central Regional Library District ("NCRL") is a municipal corporation acting under color of state law for purposes of 42 U.S.C. § 1983.

2. Defendant provides Internet access to its patrons, but filters all such access. Defendant has configured its Internet filter to block a substantial quantity of speech that is protected by the First Amendment to the United States Constitution and Article I, Section 5 of the Washington State Constitution.

3. Defendant's Internet filter also overblocks – meaning that it erroneously blocks Web sites that contain protected speech and should not be blocked.

4. Defendant's Internet filter makes certain information inaccessible based on its content, but does so in a manner that is not adequately tailored to a suitable governmental interest.

5. Defendant will not disable its Internet filter at the request of adults. Defendant has no basis for limiting adult library patrons to seeing only material that Defendant deems suitable for minors.

6. There is no genuine issue of material fact, and Plaintiffs are entitled to judgment as a matter of law on their claims that Defendant's Internet filtering policy – particularly Defendant's refusal to disable its filter at the request of adults – violates the First Amendment of the U.S. Constitution and Art. I, Sec. 5 of the Washington State Constitution.

7. The constitutional violation caused by NCRL's existing Internet filtering policies may be remedied by an order requiring NCRL to disable the filter upon the request of any adult patron.

Therefore, it is hereby ORDERED:

A. That summary judgment shall be entered in favor of Plaintiffs; and

B. That a permanent injunction shall be entered as follows: NCRL is enjoined from operating its Internet filtering system unless it establishes policies and procedures to ensure that the filter will be immediately disabled upon the request of any adult library patron.

DATED this _____ day of _____, 2008.

_____
United States District Judge

Presented By:

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

By: /s/ Duncan Manville
Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com

Aaron H. Caplan, WSBA #22525
American Civil Liberties Union of Washington Foundation
705 Second Avenue, Third Floor
Seattle, WA 98103
Tel. (206) 624-2184
Fax (206) 624-2190
caplan@aclu-wa.org

Catherine Crump, pro hac vice
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 519-7806
ccrump@aclu.org

Counsel for Plaintiffs