The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 4, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

- Docket #39: Plaintiffs' Motion for Summary Judgment
- Docket #40: Memorandum of Points and Authorities in Support re [39] Motion for Summary Judgment (with Attachments: # (1) Declaration of Duncan Manville)
- Docket #41: Statement of Material Facts re [39] Motion for Summary Judgment (with Attachments: # (1) Exhibit A-F, # (2) Exhibit G-I, # (3) Exhibit J-T, # (4) Exhibit U Part 1, # (5) Exhibit U Part 2, # (6) Exhibit U Part 3, # (7) Exhibit V-Z, # (8) Exhibit AA-KK)

CERTIFICATE OF SERVICE – Page 1

| | |
|---|---|
| 1 | I further certify that on February 5, 2008, I electronically filed the following |
| 2 | documents with the Clerk of the Court using the CM/ECF system: |
| 3 | • Docket #43: Proposed Order |
| 4 | • Docket #44: Notice of Hearing on Motion, Oral Argument Requested re [39] |
| 5 | Motion for Summary Judgment |
| 6 | The CM/ECF system will send notification of these filings to the persons listed below: |

Thomas D. Adams
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Attorneys for Defendant North Central
Regional Library District

DATED this 5th day of February, 2008.

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By:   /s/ Aaron H. Caplan
Aaron H. Caplan, WSBA #22525
American Civil Liberties Union of Washington
Foundation
705 Second Avenue, Third Floor
Seattle, WA 98103
Tel. (206) 624-2184
Fax (206) 624-2190
caplan@aclu-wa.org

Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com

Catherine Crump, pro hac vice
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 519-7806
ccrump@aclu.org

Counsel for Plaintiffs