| | |
|---|---|
| 1 | The Honorable Edward F. Shea |
| 2 | |
| 3 | Thomas D. Adams |
| | Celeste Mountain Monroe |
| 4 | KARR TUTTLE CAMPBELL |
| 5 | 1201 Third Avenue, Suite 2900 |
| | Seattle, Washington 98101-3028 |
| 6 | (206) 223-1313 |
| 7 | Attorneys for North Central Regional Library District |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

    Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

    Defendant.

NO. CV-06-327-EFS

NOTICE OF APPEARANCE

TO    :    CLERK OF COURT

AND TO    :    All Parties

NOTICE OF APPEARANCE - 1
CV-06-327-EFS
#659348 v1 / 42703-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

| | |
|---|---|
| 1 | YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that |
| 2 | |
| 3 | Celeste Mountain Monroe of Karr Tuttle Campbell hereby appears in the above- |
| 4 | entitled cause on behalf of Defendant North Central Regional Library District |
| 5 | together with Thomas D. Adams. |
| 6 | |
| 7 | DATED this 13th day of February, 2008. |
| 8 | KARR TUTTLE CAMPBELL |
| 9 | |
| 10 | By: /s/ Celeste Mountain Monroe |
| | Celeste Mountain Monroe, WSBA #35843 |
| 11 | E-mail – cmonroe@karrtuttle.com |
| 12 | Thomas D. Adams, WSBA #18470 |
| | E-mail – tadams@karrtuttle.com |
| 13 | Attorneys for Defendant North Central |
| 14 | Regional Library District |
| | KARR TUTTLE CAMPBELL |
| 15 | 1201 Third Ave., Ste. 2900 |
| 16 | Seattle, WA 98101 |
| | Telephone: 206.233.1313 |
| 17 | Facsimile: 206.682.7100 |

NOTICE OF APPEARANCE - 2
CV-06-327-EFS
#659348 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

NOTICE OF APPEARANCE - 3
CV-06-327-EFS
#659348 v1 / 42703-001