The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT |

*ERRATA* TO DEFENDANT NORTH
CENTRAL LIBRARY DISTRICT'S
MOTION FOR SUMMARY
JUDGMENT - 1
CV-06-327-EFS
#659327 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

Defendant North Central Regional Library ("NCRL") files this *Errata* to correct two typographical errors contained in its Motion for Summary Judgment, filed on February 4, 2008.

1. At **page 10/lines 22-26**, NCRL's Motion for Summary Judgment, reads: "NCRL blocks the following categories: malware, spyware, hacking, proxy avoidance, phishing, gambling, adult materials, nudity/risqué, pornography, web chat, instant messaging, and personal relationships. (NCRL Statement, ¶54)."

NCRL does not block personal relationships. The current filtering profile is accurately set forth in NCRL's Statement of Facts at ¶54 as cited in the motion and in the corresponding Declaration of Barbara Walters offered in support of the same.

2. At **page 19/lines 8-14**, NCRL's Motion for Summary Judgment, reads: "Although a degree of underblocking and overblocking is inevitable, NCRL expert (Professor Paul Resnick) determined that only 20 web pages were incorrectly blocked out of approximately 600,000 web pages accessed across the NCRL network in a recent one week period. (NCRL Statement, ¶110)."

*ERRATA* TO DEFENDANT NORTH
CENTRAL LIBRARY DISTRICT'S
MOTION FOR SUMMARY
JUDGMENT - 2
CV-06-327-EFS
#659327 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Professor Resnick determined that "only 20 pages were incorrectly blocked out of 60,000 web pages access across the NCRL network" during the period of August 23-29, 2007. This fact is set forth accurately in NCRL's Statement of Facts at ¶110 as cited in the motion and in the corresponding Declaration of Paul Resnick offered in support of the same.

DATED this 13th day of February, 2008.

KARR TUTTLE CAMPBELL

By:/s/ *Thomas D. Adams*
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313
Facsimile: 206.682.7100

ERRATA TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 3
CV-06-327-EFS
#659327 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 4
CV-06-327-EFS
#659327 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100