The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>SUPPLEMENTAL DECLARATION OF DEAN MARNEY |

I, Dean Marney, declare as follows:

DECLARATION OF DEAN MARNEY - 1
CV-06-327-EFS
#659718 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am currently the Director of North Central Regional Library.

3. I was not solely responsible for developing NCRL's current Internet filtering policy. Howard Purcell, NCRL's IT Manager from 1986 to 2001, drafted the original filtering policy. I was responsible for the final edits and ultimately presented the policy to the Board for consideration and approval. Mr. Purcell is deceased.

4. In October 2006, NCRL replaced its former filtering product (BESS) with the Fortiguard product as part a comprehensive upgrade to the computer cataloguing system. By January 2007, as our knowledge of the Fortiguard product grew, NCRL started to remove some of the originally blocked categories to restrict less content.

5. NCRL stopped blocking the "Drug Abuse" category in January 2007; the "Illegal or Unethical" category in January 2007; and the "Web Translation" category in February 2007. NCRL began blocking the image search class in January 2007.

6. NCRL stopped blocking the Plagiarism category in February 2008.

7. NCRL unblocked personal relationships in January 2007.

DECLARATION OF DEAN MARNEY - 2
CV-06-327-EFS
#659718 v1 / 42703-001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of , February, Washington.

/s/ Dean Marney
Dean Marney

DECLARATION OF DEAN MARNEY - 3
CV-06-327-EFS
#650718 v1 / 42703-001

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

DECLARATION OF DEAN MARNEY - 4
CV-06-327-EFS
#659718 v1 / 42703-001