The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

NO. CV-06-327-EFS

*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 1
CV-06-327-EFS
#660232 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

Defendant North Central Regional Library ("NCRL") files this *Errata* to correct a typographical error contained in its Opposition to Plaintiffs' Motion for Summary Judgment, filed on February 15, 2008.

At **page 4, lines 7-8**, NCRL's opposition reads, "NCRL's Policy, however, does forbid all image search capability." The sentence should read, "NCRL's Policy, however, does <u>not</u> forbid all image search capability."

DATED this 13th day of February, 2008.

    KARR TUTTLE CAMPBELL

    By: */s/ Celeste Mountain Monroe*
    Celeste Mountain Monroe, WSBA #35843
    E-mail – cmonroe@karrtuttle.com
    Thomas D. Adams, WSBA #18470
    E-mail – tadams@karrtuttle.com
    Attorneys for Defendant North Central
    Regional Library District
    KARR TUTTLE CAMPBELL
    1201 Third Ave., Ste. 2900
    Seattle, WA 98101
    Telephone: 206.233.1313
    Facsimile: 206.682.7100

*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 2
CV-06-327-EFS
#660232 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Notice has been delivered by U.S. Mail to:

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: *[signature]*
Heather L. White
hwhite@karrtuttle.com

*ERRATA* TO DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 3
CV-06-327-EFS
#660232 v1 / 42703-001