The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

No. CV-06-327-EFS

**DECLARATION OF CHARLES HEINLEN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Charles Heinlen, declare as follows:

1. I am one of the Plaintiffs in this case. I am over the age of 18 and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

2. On November 17, 2006 I visited the Okanogan branch of the North Central Regional Library District ("NCRL") to use the Internet. I was specifically interested in determining whether certain Web sites – including www.womenandguns.com – were blocked by NCRL's Internet filter. I attempted to access www.womenandguns.com, but NCRL's filter blocked the Web site and denied me access to it. The Web site was inadvertently omitted from the list of sites included in my answer to NCRL's Interrogatory No. 5.

3. On February 23, 2008 I visited NCRL's Omak branch, again with the purpose of determining whether certain Web sites were blocked by NCRL's Internet filter. I attempted to access the following Web sites, and confirmed that NCRL's filter blocked all of them under the category Nudity and Risque, except www.courting-disaster.com which was blocked under the category Adult Materials:

> www.netnude.com
> aanr.com
> www.artenuda.com/paintings2.asp
> gregfriedler.com
> billbrandt.com
> www.ryoung-art.com
> www.courting-disaster.com
> www.mapplethorpe.org/index.html
> fineartnude.com/webring

I was also denied access to the personals section of the Craigslist Web site – a section that I would like to be able to access in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2008 at Omak, Washington.

By: _____
Charles Heinlen

3. On February 23, 2008 I visited NCRL's Omak branch, again with the purpose of determining whether certain Web sites were blocked by NCRL's Internet filter. I attempted to access the following Web sites, and confirmed that NCRL's filter blocked all of them under the category Nudity and Risque, except www.courting-disaster.com which was blocked under the category Adult Materials:

www.netnude.com
aanr.com
www.artenuda.com/paintings2.asp
gregfriedler.com
billbrandt.com
www.ryoung-art.com
www.courting-disaster.com
www.mapplethorpe.org/index.html
fineartnude.com/webring

I was also denied access to the personals section of the Craigslist Web site – a section that I would like to be able to access in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February, 2008 at Omak, Washington.

By: /s/ Charles Heinlen
Charles Heinlen

DECLARATION OF CHARLES HEINLEN IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT – Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the persons listed below:

>Thomas D. Adams
>Celeste Mountain Monroe
>KARR TUTTLE CAMPBELL
>1201 Third Avenue, Suite 2900
>Seattle, WA 98101
>
>Attorneys for Defendant

DATED this 25th day of February, 2008.

<div style="margin-left: 50%;">

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

By: /s/ Aaron H. Caplan
Aaron H. Caplan, WSBA #22525
American Civil Liberties Union of Washington Foundation
705 Second Avenue, Third Floor
Seattle, WA 98103
Tel. (206) 624-2184
Fax (206) 624-2190
caplan@aclu-wa.org

</div>