# Exhibit DDD

# THE FINE ART NUDE NETWORK
### SINCE 1997     THE BEST ...

Site Menu
Select ▼

The Fine Art Nude Photography Network - gallery of nudes and directory of nude art and fine art photographers. Online since 1997.



**Insomnia Gallery**
One of the most exquisitely erotic fine art photography sites on the web. Artistic Nudes of some startlingly elegant imagery.
- *recently updated*



**Gabriele Rigon**
Italian photographer whose black & white nudes radiate elegance, beauty and sensuality.
- *visit site*



**Nicholas McCabe**
To say creative is to say the least. This is an extraordinary site of an outstanding artist. Ambiguous, abstract, mesmerizing nude studies . . .
- *featured artist*



**Sascha Huttenhain**
Fine Art Nudes and Fashion by German photographer Sascha Huttenhain. His nudes are gorgeous ! Polished, glamorous, refined, astonishing quality images!
- *recently updated*



**Ben Marcato**
Fetish and Erotic Nudes by another German photographer Ben Marcato. Powerful, edgy, emotional images of the "New Nude" quality. A must see gallery!
- *visit site*

Advertise Your Site Here

**Insomnia Gallery**



**Infrared Nudes**
by Lindsay Garrett
Images on this site shot on infrared film and have unique visual quality. Today, much of this work is done by digital means, but a loyal following of fine art photographers keeps the art of this difficult medium alive.
- *visit site*



**Andreas H. Bitzesmann**
Austrian photographer, one of the true modern day Masters of the Nude. His nudes are stunningly beautiful, perfectly crafted and touched with a subtle fragrance of eroticism.
- *visit site*



**Sacha Dean Biyan**
Cutting-edge fashion as well as an incredible Fine Art photographer. Even though Sacha Dean Biyan does not specialize in Nudes, there are a few images that are just as stunning as the rest of his work!
- *fashion site*
- *fine art site*



**Pascal Renoux**
Startling Nudes that are simple, yet puzzling with their illuminant quality. Pascal's unique artistic vision displaying the wonders of human expression and pose - clear and concise.
- *visit site*



**Philippe Pache**
Photographer from Switzerland creates warm and beautiful nude images of his models. Very elegant and sensual collection of work.
- *visit site*



**Narcis Virgiliu**
One of the most awarded Romanian photographers. His photography depicts symbolism in conjunction with beautiful feminine body. His work range from Fine Art Nudes to Abstract Art to Fine Art flowers...
- *visit site*

**Freelance Writers Needed**
Write Short Articles and Make Money. Be an Expert on FineArtNude.com
*click here*

Advertise Your Site Here

**Insomnia Gallery**



**Christian Coigny**
Well-recognized master of the nude. His memorable images are most elegant and sensual in the sense of classical beauty.
- *visit site*



**Nic Tucker**
A beautiful selection of black and white work. Classical fine art nudes. Also gorgeous photos from around the world: India, China, Chile, Vietnam, Russia, France... He is a quiet genius.
- *visit site*



**Andre Brito**
Portuguese editorial, fashion and nude art photographer. His nudes are glamorous yet creative and very dynamic; his models are simply gorgeous. Beautiful work!
- *visit site*



**Robb Debenport**
Beautiful female nudes, photographed by Robb Debenport. His mastery of light and tone makes even the simplest of poses into an incredibly beautiful images.
- *visit site*

**105**



**Thierry Le Goues**
Reveling and evocative, French fashion photographer Thierry Le Goues' SOUL is a visionary collection of nudes and portraits of today's most well known and admired models of African descent.

• visit site



**Wacław Wantuch**
Polish fine art nude photographer showcasing incredible images of female shapes and forms with masterful lighting and dramatic angeles. His nudes often look like artistic sculptures.

• visit site



**Igor Amelkovich**
Photographer from Russia creates powerful images of Nudes, Fetish and Erotic photography. His vision, sometimes humorous or voyeuristic remains loyal to the feminine eroticism.

• visit site



**Renee Jacobs**
Renee's photographic work includes editorial, fine art nude, portraiture, and advertising. Her Nudes are beautiful, elegant and feminine.

• visit site



**Steve Richard**
Canadian photographer is sharing his interpretation of the nude art. He uses dancers, gymnasts, and fitness trainers to express their ideas of movement, strength and the beauty of the body.

• visit site



**Bruno Bisang**
Bruno Bisang's remarkable nudes dance on the edge of erotic photography while keeping themselves in the realm of fine art nude. His lighting technique, his unique vision of composition, and his obvious sensibility of what is "sexy" without going over the edge is astounding.

• visit site



**Aaron Hawks**
In his erotic fine art photography Aaron Hawks explores the limits of sexuality, reveals illusions and saturates the observer. His nudes are really FUN!

• visit site



**Ivan Pinkava**
Exceptional nude photography artist. As his site states: "He is especially interested in the intrinsically ambiguous character of human affected by such condition of suffering."

• visit site



**Christian Cámpor**
Subtle, poetic nudes by Swiss photographer. His work is about capturing beauty and moods.

• visit site

Advertise Your Site Here



**Darren Haimes**
A wonderful digital artist based in Toronto. Daren works in various media to produce photographic art. He photographs everything from nudes to people to buildings to still life, and then alters the images to give then an haunting look.

• visit site



**Misha Gordin**
One of the pioneers of conceptual nude photography. Misha Gordin assembles his striking images in a traditional darkroom under one enlarger using masking technique. These are NOT created digitally. Every image takes between a week and a month to create. Astounding...

• visit site



*Insomnia Gallery*

support this site, link to us:   http://www.fineartnude.com/webring/    Stumble It!

Fine Art Nude Home  |  Featured Artists  |  Masters of Photography  |  Q&A  |  Nude Art Photography Links  |  Newsletter  |  Submit your site  |  Contact us

visit our new featured artist gallery at FineArtNude.com

   

Visitors since 1997 11,660,051

© fineartnude.com - All rights reserved

**106**



# The Robert Mapplethorpe Foundation, Inc.

| Biography | Selected Works | Exhibitions |
|---|---|---|
| The Foundation | F.A.Q. | Mailing List |
| | Store | |

Online Exhibitions

© Robert Mapplethorpe Foundation. All Rights Reserved.
Terms of Service





**OTHER COMIC PROJECTS BY BRAD GUIGAR**



**Phables**

**HOT TOPICS**
THE CD MESSAGEBOARD:
EXTENDED CONVERSATIONS
ON YOUR FAVORITE SUBJECTS

MYSPACE|FACEBOOK|STORE|BOOK|RSS|FORUM|EMAIL|SUBSCRIBE

Courting Disaster by Brad J. Guigar - 2008-02-22



JENNIE GOT HER SHOWER BACK, AND AFTER THINKING ABOUT IT, FRED GOT KIND OF A COMPLIMENT.

◄◄FIRST | ◄PREVIOUS | TODAY►► | BUY ORIGINAL | BUY PRINT

Share this 'toon:  | Random comic | Send a postcard

### Rub-a-Dub-Double
in Reader Questions by Guigar
Thursday, February 21, 2008 - 11:45 PM
A reader writes... I'm a 27-year-old woman who has been married for 18 months. So far, things have been great. My husband is loving and supportive, and we get along well. There is one small problem: He insists on showering with me every day. I thought this was cute at first, but now it's a pain. It's crowded — sometimes I just want to be alone and relax. And when I need to shave my legs, I have to take another shower later. I suggested we shower separately, and he got all hurt and mopey for a few days. How can I get him to shower alone?

[ read/post comments | 2 of 2 comments ]

### Turned on... and on... and on...
in Reader Questions by Guigar
Thursday, February 14, 2008 - 11:55 PM
A reader writes... My friend says she is always aroused. She says she is always secreting. Is this normal? She is very concerned about this. She is a very good friend of mine and I'd like to help her.

[ read/post comments | 11 of 11 comments ]

### How To Make Webcomics: Pre-Orders Now Open!
in How To Make Webcomics by Guigar
Monday, February 11, 2008 - 12:50 AM
We interrupt this program for a quick word from your host...

HOW TO MAKE WEBCOMICS
The go-to guide for a new generation of cartoonists!



Try our RSS feed!
>> Get this comic
e-mailed to you free <<
Your e-mail

RSS | XML
MY YAHOO!
LIVEJOURNAL
facebook
Add to Google
MY MSN
Windows Live
MY AOL
Bloglines
netvibes
newsgator
Pageflakes
Rojo SUBSCRIBE
NEWSBURST
feedlounge
myspace.com



**HOT TOPICS**
THE CD MESSAGEBOARD:
EXTENDED CONVERSATIONS
ON YOUR FAVORITE SUBJECTS





COURTING DISASTER, VOL. 1
39 PAGES OF SEXY, FULL-COLOR FUNNY

$11.99

SEE THE 3-PAGE PREVIEW!



For years, cartoonists of all stripes have dreamed about making a living from their comics. But until recently their only avenue of success was through a syndicate or publisher. Now, more and more cartoonists are doing it on their own and self-publishing their comic strips on the Web. This 200-page book from Image Comics takes you through everything you'll need to take your idea from concept to strip...from strip to hobby...and from hobby to full-time job.

Written by four pros who know the ins and outs of the Web — Dave Kellet (Sheldon), Scott Kurtz (PvP), Brad Guigar (Evil Inc.) and Kris Straub (Starslip Crisis) — "How To Make Webcomics" takes you on a step-by-step tour of everything you need to know to make, post and profit from your online comics.

*[NOTE: Your pre-order of "How To Make Webcomics" will be shipping in the first week of March. We're doing pre-orders because we need to let the publisher, Image Comics, know how many books you henchpeople want!]*

US/Canada
$13 + $4.00 shipping
[ Add to Cart ]

International
$13 + $6.00 shipping
[ Add to Cart ]

## HOW TO MAKE WEBCOMICS: ARTISTS EDITION



www.doctorinsano.com
Ads by Gooooooogle

This is the limited-number, special Artist's Edition of "How To Make Webcomics."

It is stamped, hand-numbered, autographed by Brad "Wigwam" Guigar, and features an awesome "Evil Inc" sketch inside your cover. After this limited run of 250 Artist's Editions are sold, no copies of the book sold in the Evil Inc Company Store will contain a Guigar sketch. (Special sketch requests and name dedications are not possible.)

*[NOTE: Your pre-order of "How To Make Webcomics" will be shipping in the first week of March. We're doing pre-orders because we need to let the publisher, Image Comics, know how many books you henchpersons want!]*
US/Canada
$23 + $4.00 shipping
[ Add to Cart ]
International
$23 + $6.00 shipping

**109**

**Add to Cart**

[ read/post comments | 0 of 0 comments ]

## A Real Animal in the Bedroom
in Reader Questions by Guigar
Friday, February 08, 2008 - 09:24 PM

A reader writes... I love my girlfriend very much. We are even planning to buy a place together. However, I am beginning to worry about how I will cope sleeping in a bed every night with two dogs. When I'm at her place, some nights I can't fall asleep as I await the inevitable tousling of covers, trot across the bedroom floor, slurping of water, or bouncing in mid-air to be let outside at 3 a.m. My gal is used to this and has no problem sleeping. I've never had a dog and while I try to be sympathetic, I don't quite see the benefit of having pets in bed. We've put the dogs in a basement pen on a few occasions, but she feels guilty when we do. Problem is, I get up well before dawn for work and I need my rest. We've talked about it and I've expressed my unease but haven't found a solution. Any ideas?

[ read/post comments | 4 of 4 comments ]

## "Do You Like Me NOW?"
in Reader Questions by Guigar
Thursday, January 31, 2008 - 11:45 PM

A reader writes... I'm 18 and the problem is that every time I meet a guy I like I instantly try to do any and everything to make him like me as much as I like him. That means I end up having sex with him and things are great for him, but not for me. He only wants sex or to just be friends. I don't know why, but I always expect men to change. There's a guy I'm seeing now I really like, but could I do anything to make him want me in other ways than just sex? We rarely talk anymore and when we do, it's great, but it doesn't go too deep. I tried leaving him, but I constantly think about him. I feel so lost. Can you help me out?

[ read/post comments | 15 of 15 comments ]

## Perfect for Valentine's Day!
in News by Guigar
Thursday, January 24, 2008 - 11:55 PM

The second *Courting Disaster* book is now available!

Compiling about two years of *Courting Disaster* comics, this book has a slick, glossy cover and full-color printing on every page.



It's way cooler for your sweetie than chocolate, so get on the stick and get this baby shipped to you in time for Valentine's Day.

With any luck, your sweetie will laugh their pants off!

[ read/post comments | 0 of 0 comments ]

## Tonight's the Night!
in Reader Questions by Guigar
Thursday, January 24, 2008 - 11:45 PM

A reader writes... My husband and I have been married for 20 years.

**110**

We have three children and I am committed to the "long term" of this marriage. We seemed sexually compatible during courtship. Shortly after the honeymoon, we had sex less and less. Now we are down to two or three times a year and only if HE feels like it. This just makes me want to cry. Over the years we have tried counselling, medical doctors, testosterone therapy, talking, honesty and everything I can think of. I have learned not to ask, caress or flirt as not to risk repeated rejection. Sometimes I feel like I am slowly dying inside. My husband knows all this and I think he cares and loves me but because he has a very low sex drive, it is not an issue for him. He believes that I am putting too much emphasis on sex in a marriage and that it is not what makes a good marriage. I believe that a true intimate relationship is very important. I have no interest in anyone besides my husband. I guess I am closer and closer to giving up totally. What a shame, part of me feels like I am wasting my life. Am I putting too much emphasis on sex?

[ read/post comments | 3 of 3 comments ]

(C) 2005 Brad J. Guigar. All rights reserved. Use of content or images without the consent of the author is prohibited.

 Home

**Beautiful Art**
Great selection,Landscapes
Figurative,Nostalgic,Exotic
www.villagegalleryonline.com

**Photographic Art**
Fine Art Photography, Motorsports
Photo Art, Classic Auto Images
ArdyArani.com

**Modern Fine Art Paintings**
Modern Abstract Contemporary Art
High Quality Original Paintings
www.DanatFineArt.com

**LEON LOARD TM**
Since 1947...offering the finest in
oil portraiture...around the world
www.lhoriloard.com

Ads by Google    Sports Art    Art Commission    Art Licensing    Art Website    Custom Art

# R Young Art

( Dance & Concert Originals )   ◄  ( Figurative Originals )  ►  ( Available Prints )

About the artist
Representation
Exhibitions
Publications
Commissions
Testamonials
Originals & prints
Scanning services
Framing
How to order
Price list
Free 2008 Calendar
Free Wallpapers
Caring for artwork
Terms & conditions
Contact
Links
Legal information
Art terminology
FAQ

You are unique visitor #:

Currently: 2 art lovers online.
See the stat's at Online Count

Here's the rank data for my
website:



Welcome to the *R Young Art* website, featuring the original, fine art oil paintings, sketches, drawings and pastel artwork produced by myself, *Richard Young*. The style of my artwork is modern, yet classical / traditional and occasionally contemporary. The composition and technique I use is influenced and inspired by the realism and romanticism of my favourite post renaissance Masters and their wonderful, timeless masterpieces. Especially Bouguereau... Predominantly figurative, the tendency of my artwork is towards carefully composed anonymity, capturing the emotions and self belief of the subject, rather than characteristic individual representation. The creation of figurative artwork not only depicts the emotions of the artist, it transforms the artist's emotions. Also, it is far easier for all of us to carefully scrutinize



figurative artwork and judge its anatomical accuracy, often creating a more personal understanding of specific favourite pieces. My figurative artwork, including portraits and nudes, is sensual and sometimes tastefully erotic. My ballerinas and flamenco / belly / tango dancers are passionate, moody and emotional. My preferred lighting, shading and contrast are dramatic. I simply adore light and am fascinated with its arguably undue influence on any subject. After all, without light, what is art? Unlike the vast majority of past and current artists, I delve extensively between the extremes of highlights and lowlights in my artwork in a chiaroscuro technique, occasionally minimalist, often leaving the viewer's mind to complete the picture and to add depth. I always strive to create an atmosphere in whatever I produce, at the highest possible quality and using a knife, brush, canvas and a very limited colour palette of oil paint or pastels, often alla prima, mixing and blending only on the canvas!



Whether you're a collector, you appreciate the creativity and value of fine art, or you're simply an admirer of skilful and talented visual arts, purchasing, owning and living with an original artistic creation is an exciting and extremely personal experience, be it a figure study, ballerina, dancer, nude, a portrait, or any other form of painting or print. It is also both satisfying and fulfilling, a way of seeing the world differently, seeing yourself differently, opening and challenging your thoughts to a different perspective and wider dimension, arousing your senses and stimulating your mind, let alone uniquely transforming an area of your home to one that you can truly be proud of. Art should be viewed, pondered, admired, exhibited, proudly displayed, carefully scrutinized, and in order to benefit to the fullest extent possible, it should be understood from the perspective of its creator - the professional artist. This is obviously not always quite as simple as it seems, though if a viewer has similar feelings to me about art, he or she will connect with my artwork and better understand me. Art is a thing of beauty, not just an investment. My website, galleries that display my artwork, and exhibitions, should hopefully be a friendly and enjoyable place to look at some of my artwork, irrespective of whether you are interested in purchasing either an original or a print.

I personally invite all art lovers of the purest form, whether you're an established or prospective client, a corporate buyer, an individual seeking knowledge, or you're simply interested in discovering more about my exclusive artwork, to come into my world, enjoy my finest works, and find out more. And thank you for taking the time to visit my website, please do visit again, as new artwork is usually added monthly.



Select one of the gallery links above to view a collection of my recent original fine art. Most are of models and some are commissions, where kindly permitted by the customer. I also have an **Archive Originals Gallery**. If you need access, please let me know. The links to the left are for general information, a guide to the more common art terminology, and of course to progress an order. Also you may download a beautiful free 2008 calendar and some free Wallpaper for your computer. Further, I now offer large format high resolution digital scanning services to Artists. And please don't hesitate to

contact me to let me know what you think of my website and artwork.





**Last updated in February 2008 to add new artwork add an upcoming exhibition in Brighton, add a FAQ page and recent sales / sales. Originals are unfortunately not available forever...**

Meanwhile, I can do no better than to quote one of my favourite literary artists Oscar Wilde: *"The pleasure that one has in creating a work of art is a purely personal pleasure, and it is for the sake of this pleasure that one creates. The artist works with his eye on the object. Nothing else interests him. What people are likely to say does not even occur to him. He is fascinated by what he has in hand. He is indifferent to others. If my work pleases the few, I am gratified. If it does not, it causes me no pain."*

Please be aware that this website contains some images of artwork depicting tasteful nudity and naked female figures. If you are not of legal age to view such material, or if you have connected to this website from a country, location or ISP that prohibits viewing such images. or if you find such images to be in any way offensive, please leave this website.



*Richard Young* - FRSA

Google [                    ]   Search

⊙ Web  ◯ www.ryoung-art.com

Copyright © 2003 - 2008. R. Young Art - All Rights Reserved

**113**



News          Print Gallery          Shop          Permissions



# BRANDT NUDES

*Still available. His best known work in a luxury limited edition book.*

**More >>**



Exquisitely printed by Calff & Meischke, Amsterdam

### Icons

The centenary tribute to a great photographer. The best of Bill Brandt in an affordable smaller edition.

### Nudes

Not available in bookshops. The ultimate edition of Brandt's most famous work bringing together over forty years of work.

### Famous Nude poster

Perfect for framing. His best known picture!

**More >>**

**More >>**

**More >>**

Email    |    Press    |    Terms    |    Newsletter    |    Copyright © The Bill Brandt Archive Ltd 2006. All rights reserved.

 | Google Search |

○ www  ⦿ Bill Brandt website

SiteFontNormal

**SiteFontBold**

*SiteFontItalic*

***SiteFontBoldItalic***

GREG FRIEDLER     photography

commercial

fine art

about

contact

news

client list



Home Paintings Artists from A to Z About Us Techniques and Materials Commissions Pricing Portraits Contact Us



Painting Galleries: paintings 1 | paintings 2 | paintings 3 | paintings 4 | paintings 5 | drawings 1 |

**Studio Belle Arti Erotiche presents:**

View All Slide Show

## Studio Belle Arti Erotiche presents:

### Selection of Renaissance, Baroque, Rococo and Neo-Classical Erotic Paintings


Caravaggio, Michelangelo Merisi da [1571-1610], Ecce Homo


Caravaggio, Michelangelo Merisi da [1571-1610] Nude with a Ram


Carracci, Annibale [1560-1609], Venus, Satyr and Cupids


Carracci, Annibale [c.1560-1609], Venus Adonis and Cupid in a landscape


Cabianca, Valentin Argenta di [c.1846], The Marital Approach


Cabianca, Valentin Argenta di [c.1846], The Nymph


Cesari, Giuseppe [Cavaliere d'Arpino], [1568-1640], Diana, Nymphs and Actaeon


Chasseriau, Theodore [1819-1856], The Toilet of Esther


Chasseriau, Theodore [1819-1856], Andalusian Bedroom


Chasseriau, Theodore [1819-1856], Sleeping Nymph


Chasseriau, Theodore [1819-1856], Psyche


Chasseriau, Theodore [1819-1856], Bath


Corot, Jean Baptiste-Camille [1796-1875], Bacchante by the Sea


Corot, Jean-Baptiste Camille [1796-1875], La Source, The Bath of Venus


Correggio, Antonio Allegri [c.1489-1534], Jupiter and Io


Correggio, Antonio Allegri [c.1489-1534], The School of Love, Venus, Mercury and Cupid


Correggio, Antonio Allegri [c.1489-1534], Antiope and Cupid discovered by Jupiter


Correggio, Antonio Allegri [c.1489-1534], Danae and the Swan


Got, Pietro Auguste [c.1857-1863], Hypnotic by the World's Edge


Courbet, Jean-Desire-Gustave [1819-1877], La Source


Courbet, Jean-Desire-Gustave [1819-1877], The Nude in the Waves


Courbet, Jean-Desire-Gustave [1819-1877], Nude Woman Playing with Dog


Courbet, Jean Desire-Gustave [1819-1877], The Sleeping Lovers


Courbet, Jean-Baptiste Gustave [1819-1877], Sleeping Nude


Courbet, Jean-Desire-Gustave [1819-1877], Sleeping Nymph


Courbet, Jean Desire Gustave [1819-1877], Nude Woman Playing with a Parrot


Cousin, John the Elder [c.1490-1560], Eva Prima Pandora, c.1550


David, Jacques-Louis David [1748-1825], Psyche and Eros


Delacroix, Eugene Ferdinand Victor [1798-1863], Odalisque Odalisca


Delacroix, Eugene Ferdinand Victor [1798-1863], Death of Sardanapalus

**116**



Nudist Experience / Nudist Family Values
Young Adults / A Nudist Woman's Perspective
Nudist Clubs / Press Room / Nudist Articles
Search/Site Map / Message Boards / Nudist Events
Club Services / Join/Renew / Bulletin Advertising / En Español /
Home

F. A. Q.  |  MEMBER BENEFITS  |  CALENDAR  |  EVENTS  |  REGIONS & CLUBS  |  SHOPPING  |  CONTACT US  |  CYBER BULLETIN

**Sign up for the E-Bulletin, AANR's free newsletter!**

GO

Join or Renew Membership

Win a Nakation!

New! 23rd Edition North American Guide







THE EXPERIENCE          FAMILY VALUES          FEATURED CLUBS

Copyright © 2008 AANR
Web design by: Captain Jack Communications



Nudist experiences begin here! Welcome to the home page of the American Association for Nude Recreation Since 1931, our Association has been a trusted source for nudist information on such topics as what to expect at a nudist club, a nudist resort, or even from a skinny dipping experience. Nude recreation is growing in popularity; over 18% of all Americans would find a visit to a nudist club or other clothes-free experience a highly desirable vacation choice, according to survey results in USA Today. If you and your family have considered giving skinny dipping a try, see yourself as a longtime nudist, or would like to join or visit a nudist club or resort, you're not alone. And you've come to the right place to learn more from the credible voice of reason for nude recreation-The American Association for Nude Recreation.



# NetNude Naturist Site

Giant Nudist Singles Bush
Caliente Caribe - Formerly Eden Bay
May 24-31, 2008

User Alias
Password
Login | Join NetNude



| Home | Extras | Advertise | Information | Chatrooms | Message Board | Photo Gallery | Reports | Shop | Nudie Toons | Contact |

Login
Lost My Password
Join NetNude (free)

**Click Here to Advertise**
(This page gets over 4000 hits per day)

Check your
**NetNude Ad Statistics**

Would you like a LOT of extra features?
Click **HERE**

Login | Photo Gallery | Contact NetNude
Donate | Affiliates | Extra Features

## Social Area

## Information

## Directory

## Extra Section

## Art Links

## People and Groups

## News and Magazines

## Fun Stuff

## Stores

## Commercial

## Contact

**Nude in Las Vegas.** Visit Las Vegas hotels and more.

**Palm Springs HotelsNudist Hotels in Palm Springs**

**San Diego Hotels.** Visit the famous Black's Beach

**Hotels Worldwide.** Read about Nudist Around the World

**New York Hotels.**

**San Francisco Hotels.**

FUN BOOK · GREAT GIFT IDEA FOR NATURIST FRIENDS!
**THE FUNNY SIDE OF GOING NAKED**
THE FIRST NUDE TOONS COLLECTION

**Report of the Week**
Updated every **MONDAY**

Extra site features list ... **CLICK HERE.**

**Recent changes and additions to the site are listed HERE!**

Nudie Toons Cartoons
**WEEKLY** cartoon by Ron Coleman!

**Got a naturist/nudist question?** Visit the Message Board **HERE** . The members are very friendly and helpful.

**Information on USA Singles**

**First Time Naturist Reports** page! Click

**118**

Locations Updated
constantly for those of
you who are looking
for a place to visit
alone.

HERE to view index.





**New PRIVATE photo
galleries are
available! In the
private gallery, your
photo will NOT be
accessible to the
general public. Click
HERE!**

**Women's Page!**
**Articles on this page
should help women
overcome their
hesitationS towards
naturism.**

**(Webmasters: link to
netnude.com and
tanpages.com,
CLICK HERE).)**

Purchase Extra
Message Board
Features

Purchase Extra
Photo Gallery
Features



Naturist & Nudist Webring

Previous Site : Random Site : Next Site : List Sites

Powered by WebRingo

NetNude Inc.
© copyright 1997 - 2007 NetNude Inc. All
rights reserved.
Privacy Policy

**This page has
been accessed**
**times since
December 24, 1997.**

**119**



  

Home of the Guides to (mostly) Harmless Hacking
Brought to you by...
The website computer criminals don't want you to read!

**Home**

**How to defend your computer**

**Help for beginners**

**What is a hacker, anyhow?**

**Have a great life!**

**Best colleges and universities for computer security**

**The Happy Hacker Book**

**Uberhacker!**

**Woes of computer criminals**

**Bookstore**

**Meet the happy hacksters**

**Contact us**

NEW **How to build railguns and coilguns** Updated Saturday, February 02 2008

What else is new, updated Friday, February 01 2008.

Hacker news-->>

Fed up with worms, viruses and hackers messing with your computer? Want to know how they do it? How to defend yourself?

**How to Fake out Web Servers When You Visit (fun and legal!).**

**Fun with Firefox: you, too, can modify the world's most secure (and second most widely used browser),** even if you don't know how to program.

How to Get the Best Education in Computer Security.

Satellite Hacking - how to build your own and get them launched!

We've updated the guide on How to Fight Back when Computer Criminals Strike with new information about port scanners for Windows and, muhahaha - how to torment the bad guys so much that they quit their lives of crime!

More ways to protect your home computer from even the worst attackers.

Learn how to write programs that hackers can't exploit, muhahaha...

How to track down people through their email headers.





© 2008 Happy Hacker

# Exhibit EEE



# NCRL
## North Central Regional Library

## MATERIAL SELECTION REVIEW FORM

Name: _____     Date: _10/1/07_

Address: _____     Branch: _Waterville_

Phone: _____

I request a re-evaluation of: (Please give title and author or website)

*Yahoo instant messenger*

Comments:

COPY

I belong to a group + the only way
I can Reach others in my group is through
Yahoo messenger

I spoke with    at 4 pm
or 10-2-07    HA

_____ / _____
Signature of Patron

Note to Patron: This completed form will be submitted to the Library Director for review and action. As a result of your request the material in question may be retained, withdrawn or reclassified.

16 N Columbia Street, Wenatchee, WA 98801-8103 • Tel: 509-663-1117 • www.ncrl.org



# NCRL
## North Central Regional Library

October 3, 2007

Dear

Your Materials Selection Review Form regarding Yahoo Instant Messenger was forwarded to me. I understand that you were unable to use this site because it was blocked by our filter. It was blocked under the category "Instant Messaging." Our library system does not allow instant messaging on our public access computers. To complicate matters further, you would not be able to access this site using a library computer even if we did not block it with our Internet filter. The site requires one to download software, which we do not allow as this would represent a potential security threat. I regret any inconvenience this has caused you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

## Dan Howard

| | |
|---|---|
| **From:** | NCRL Support [support@ncrl.org] |
| **Sent:** | Tuesday, October 09, 2007 2:28 PM |
| **To:** | Dan Howard |
| **Cc:** | Dean Marney |
| **Subject:** | Fwd: Filtering Request |

first one! Please let me know how you want me to handle this.. besides passing it on to you.

Thanks
BW


Begin forwarded message:

> **From:** <
> **Date:** October 9, 2007 1:07:14 PM PDT
> **To:** support@ncrl.org
> **Subject: Filtering Request**
>
> Hey!
>
> Here is a filtering request somebody made...
>
> ------------------------------------
> Time and Date of Submission: 20:07:14 09 October 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071009-4042-4325
>
> Web Site: craigslist.com
>
> Name:
> Address:
> Phone:
> Email:
>
> Comment:
> a good buy and sell site now with a e wash listing
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 66.172.98.63
> ------------------------------------

**124**

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Tuesday, October 09, 2007 2:55 PM

**To:**

**Subject:** Filtering Request

Dear

Your request regarding the website Craigslist.org was passed along to me. We currently block access to this site due to some of the content, which may be harmful to minors. We are aware that this site is very popular, particularly the classified advertisements. However, some of the "Personal" ads contain images that are pornographic. With this in mind, we plan to continue to block access to this site. I regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

10/9/2007



NORTH CENTRAL REGIONAL LIBRARY

# Memo



**Date:**     October 9, 2007

**To:**       Dean Marney

**From:**     Dan Howard

**RE:**       Review of craigslist.org

---

As you and I discussed, I received a request regarding a patron's inability to access the website craigslist.org. It was decided that this site will remain blocked by our Internet filter. I have sent an email message explaining this to the patron today.

DH

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, October 10, 2007 10:08 AM |
| **To:** | 'Barbara Walters' |
| **Subject:** | FW: Filtering Request |

Dear Barbara,

I spoke with this patron a moment ago. She told me that she is new to the Internet and, in her words, "must have messed up." She said that she was not blocked by our filter and sent this message by mistake.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Wednesday, October 10, 2007 10:04 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your email message was passed along to me. Are you having some difficulty accessing something on the Internet?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 16:14:42 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-4304-0675

Web Site: FOR FIVEHUNDRED DOLLAR WAL-MART GIFT CARD

Name:
Address:
Phone: (
Email: c

Comment:

10/10/2007

i THINK THIS WOULD BE WONDERFUL TO HAVE FOR MY FAMILY TO SHOP PLUS CHRISTMAS COMINING UP SOONERTHEN WE THINK.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

10/10/2007

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Wednesday, October 10, 2007 11:09 AM

**To:**

**Subject:** RE: Filtering Request

Dear

Your request regarding the website Craigslist.org was passed along to me. We currently block access to this site due to some of its content, which may be harmful to minors. We are aware that this site is very popular, particularly the classified advertisements. However, some of the "Personal" ads contain images that are pornographic. With this in mind, we plan to continue to block access to this site. I regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


Time and Date of Submission: 16:59:50 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-5042-7614

Web Site: craigslist

Name:
Address:
Phone:
Email: _____

Comment:
I use craigslist to find good deals on just about anything you might need. it is also an excellent place to list things you want to sell.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
-----------------------------------





NORTH CENTRAL REGIONAL LIBRARY

# Memo

**Date:**        **October 10, 2007**

**To:**          **Dean Marney**

**From:**       **Dan Howard**

**RE:**          **Review of craigslist.org**

---

As you and I discussed, I received a request regarding a patron's inability to access the website craigslist.org. It was decided that this site will remain blocked by our Internet filter. I have sent an email message explaining this to the patron today.

DH

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, October 10, 2007 11:38 AM |
| **To:** | |
| **Subject:** | RE: Filtering Request |

Dear

Your email message was passed along to me. We do not block yahoo.com with our filter. We may be experiencing some other problems related to Internet access. I just called the Republic Library and they tell me that the Internet appears to be working OK. I hope that you will feel free to approach the local librarian to ask for help when you experience technical difficulty. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

Time and Date of Submission: 17:03:11 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-0802-0947

Web Site: yahoo.com

Name:
Address:
Phone:
Email:                        .

Comment:
yahoo.com is a restriced website?????

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
------------------------------------

# Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, October 10, 2007 11:31 AM |
| **To:** | . |
| **Subject:** | RE: Filtering Request |

COPY

Dear

Your email message was passed along to me. We do not block our website, www.ncrl.org, with our filter. We may be experiencing some other problems related to Internet access. I just called the Republic Library and they tell me that the Internet appears to be working OK. I hope that you will feel free to approach the local librarian to ask for help when you experience technical difficulty. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 17:06:04 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-0688-0337

Web Site: North Central regional Library

Name:
Address:
Phone:
Email:

Comment:
Just as a test I tried to go to your website and was unable to. There obviously is some sort of problem here.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 3:01 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, October 10, 2007 1:11 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

pitbuls.com

Fortinet block message

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: www.pitbuls.com/
Category: Spam URL

To have the rating of this web page re-evaluated please click here.

Dan - unfortunately this patron did not leave any contact info (sent from Cashmere) If we make any of the fields a requirement(meaning they cant submit the form unless they fill out all the fields on the form) say the name field or the address field, would you want to do that to all the fields on the form or perhaps just the email address??

Begin forwarded message:

**From:** <>
**Date:** October 10, 2007 12:49:45 PM PDT
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 19:49:44 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-4451-5009

Web Site: pitbuls

Name:
Address:
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
-----------------------------------

## Celeste M. Monroe

**From:**   Dan Howard [dhoward@ncrl.org]

**Sent:**   Thursday, February 21, 2008 3:02 PM

**To:**   Celeste M. Monroe

**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Thursday, October 11, 2007 4:13 PM
**To:**
**Subject:** RE: Filtering Request

Dear Ms. Cassezza,

Your email message was forwarded to me. I looked at www.mkcphotgraphy.phanfare.com and received the
following message:

# Unrecognized Username
The given username is not valid. Please check the URL and try again.
If you need help please consult the Phanfare Support Site.


I tried a slightly different spelling (www.mkcphotography.phanfare.com) and got the same result.
www.mkcphotgraphy.phanfare.com is not blocked by our filter. I looked at www.mckphotography.com and found
that it does not appear to be a site that our filter would block. Do you think that www.mckphotography.com is the
sight you are looking for? If it is, we can likely help you access it. I am sorry about any inconvenience this has
caused you. We will do our best to clear this up right away.


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


Begin forwarded message:

Time and Date of Submission: 20:43:08 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-3313-4292

Web Site: www.mkcphotgraphy.phanfare.com

Name: :
Address:
Phone:
Email:

Comment:
I am seven months pregnant and wanting to get information about local materninty photgraphers. This website is one of the top recommeded I have come across. I have not been able to locate a phone number for this photographer either. It would be of great help to check out the photographer's work and contact him/her.

Thank you.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
-----------------------------------

# Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Thursday, October 11, 2007 3:51 PM |
| **To:** | |
| **Cc:** | 'NCRL Support' |
| **Subject:** | RE: Filtering Request |

Dear

Your email message about Ask.com was passed along to me. Ask.com should not be blocked by our Internet filter and we may be experiencing some other problem. We will investigate this right away and we'll get back to you soon. If you have any more information for us or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, October 11, 2007 9:31 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I am doing more legwork on this one. I have asked Jean in Cashmere to test the site on her end (it is not blocked here). I will let you know what she says.

BW

Begin forwarded message:

**From:** ·
**Date:** October 10, 2007 3:52:18 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 22:52:18 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-4540-2881

Web Site: ask.com

137

Name: :
Addres·
Phone:
Email: ·

Comment:
so old school

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
------------------------------------

10/11/2007

**Celeste M. Monroe**

From:     Dan Howard [dhoward@ncrl.org]
Sent:     Thursday, February 21, 2008 3:01 PM
To:       Celeste M. Monroe
Subject:  FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, October 11, 2007 2:03 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Here is the original request and Lucille tested it today and had no problem accessing the site on her public stations..

BW
Begin forwarded message:


**From:** "okanogan" <okanogan@ncrl.org>
**Date:** October 11, 2007 1:15:05 PM PDT
**To:** NCRL Support <support@ncrl.org>
**Subject: Re: Filtering Request**

On Thu. 11 Oct 2007 09:34:11 -0700
NCRL Support <support@ncrl.org> wrote:

> Could you please test this site out on your public access computers http://www.yahoo.com
> ASAP!! Please let me know if it is truly blocked as a patron has indicated to me.
> Call me or email me back.
> Thanks
> BW
> Begin forwarded message:
>
>> From: <>
>> Date: October 10, 2007 4:49:29 PM PDT
>> To: support@ncrl.org
>> Subject: Filtering Request
>>
>> Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 23:49:29 10 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071010-7120-7037

Web Site: yahoo.com

Name:
Address:
Phone:
Email:

Comment:
No problems getting on this web site. Okanogan

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.96.234
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, October 11, 2007 4:27 PM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We currently have runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, October 11, 2007 12:20 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Legit - this site is blocked with our custom URL filter because of the built in chat feature - however it has not been reviewed in some time...

BW

Begin forwarded message:

**From:**
**Date:** October 11, 2007 12:06:09 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 19:06:09 11 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071011-2822-3703

Web Site: runescape

10/11/2007

Name:
Address
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
-----------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 3:01 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, October 11, 2007 1:28 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:**
**Date:** October 11, 2007 1:11:53 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 20:11:53 11 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071011-0925-9256

Web Site: http://www.craigslist.org

Name:
Address
Phone:
Email:

Comment:
Craigslist is an open forum that posts jobs, things for sale, and other useful items based on city/location.
To deny this site is to deny people opportunities to resources. If the concern is over the particulars of

their Personals section, that is listed under a link that can be blocked.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.109.46
------------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, October 11, 2007 4:35 PM
**To:** 'NCRL Support'
**Subject:** RE: Filtering Request

Dear

Your request regarding the website Craigslist.org was passed along to me. We currently block access to this site due to some of its content, which may be harmful to minors. We are aware that this site is very popular, particularly the classified advertisements. Our concern is that some of the "Personal" ads contain images that are pornographic. With this in mind, we plan to continue to block access to this site. I regret any inconvenience this may cause you. Up to this point, we have been unable to block only the personals portion of Craigslist.org. As you suggest, we may be able to block the personals and provide access to other portions of Craigslist.org and we will work hard to do that as soon as possible. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


Time and Date of Submission: 20:11:53 11 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071011-0925-9256

Web Site: http://www.craigslist.org

Name:
Address:
Phone:
Email:

Comment:
Craigslist is an open forum that posts jobs, things for sale, and other useful items based on city/location. To deny this site is to deny people opportunities to resources. If the concern is over the particulars of their Personals section, that is listed under a link that can be blocked.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.109.46
-----------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Friday, October 12, 2007 1:42 PM

**To:**

**Subject:** Craigslist.org

Dear

By the end of today, Friday October 12th, we will have unblocked Craigslist.org. We will continue to block access to Craigslist.org personals, but other parts of Craigslist.org will be accessible from our library Internet computers. Thank you for sharing your thoughts on this matter with us. If you have any further difficulty accessing this site, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Friday, October 12, 2007 1:37 PM

**To:** brewster@ncrl.org; bridgeport@ncrl.org; cashmere@ncrl.org; chelan@ncrl.org; couleecity@ncrl.org; eastwenatchee@ncrl.org; entiat@ncrl.org; ephrata@ncrl.org; grandcoulee@ncrl.org; kdirks@ncrl.org; ksessions@ncrl.org; leavenworth@ncrl.org; lford@ncrl.org; manson@ncrl.org; mattawa@ncrl.org; moseslake@ncrl.org; okanogan@ncrl.org; omak@ncrl.org; oroville@ncrl.org; pateros@ncrl.org; peshastin@ncrl.org; quincy@ncrl.org; republic@ncrl.org; royalcity@ncrl.org; soaplake@ncrl.org; sreddick@ncrl.org; ssmall@ncrl.org; tonasket@ncrl.org; twisp@ncrl.org; warden@ncrl.org; waterville@ncrl.org; 'Wenatchee'; winthrop@ncrl.org

**Cc:** 'Dean Marney'; 'Barbara Walters'; 'Chad Roseburg'

**Subject:** Craigslist.org

FYI:

By the end of today, Friday October 12th, we will have unblocked Craigslist.org. Barbara and Chad are amazing and have figured out how to block access to Craigslist.org personals, but allow access to the rest of Craigslist.org. We will continue to block access to the personals, but other parts of Craigslist.org will be accessible from our library Internet computers.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**147**

**Dan Howard**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, October 12, 2007 1:32 PM
**To:** 'NCRL Support'
**Subject:** RE: craigslist

Thank you, Barbara

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122
-----Original Message-----
From: NCRL Support [mailto:support@ncrl.org]
Sent: Friday, October 12, 2007 1:04 PM
To: Dan Howard; Dean Marney
Subject: craigslist

I am slowly configuring all the routers to allow Craigslist but block the personal ads.

I mean slowly because I am having to work with each individual router (I have done all the branches up to OKanogan..). My promise is that I will have this completed by late this afternoon or evening.

BW

## Dan Howard

**From:** NCRL - Support [support@ncrl.org]
**Sent:** Thursday, October 11, 2007 4:09 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

> **From:** <""@yahoo.com>
> **Date:** October 11, 2007 3:09:44 PM PDT
> **To:** support@ncrl.org
> **Subject: Filtering Request**
>
> Hey!
>
> Here is a filtering request somebody made...
>
> ------------------------------------
> Time and Date of Submission: 22:09:44 11 October 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071011-2855-8540
>
> Web Site: yahoo images
>
> Name:
> Address
> Phone:
> Email:
>
> Comment:
> I think it should be allowed for usage on school reports.
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 64.139.97.76
> ------------------------------------



October 11, 2007



Dear :

Your message regarding Yahoo Images was passed along to me. We do block Yahoo Images with our filter. When we did not block it in the past, we found that our filter was completely disabled. I am very sorry about any inconvenience this may cause you. I have included a list of image sites in this envelope that are not blocked and may be useful in your school reports. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

## Image Sites

### NCRL's Licensed Databases:

EbscoHost – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and Searchasaurus.)

Kids Search – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

Searchasaurus – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

E-Library – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

E-Library Elementary – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

CultureGrams – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

Gale e-Books – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

Librarian's Internet Index – Access through Online Resources tab or at http://lii.org/

A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

- Discovery School's Clip Art Gallery: http://school.discoveryeducation.com/clipart/

Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School Subjects, Fun & Games, Technology, Seasons & Holidays, and more. This portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

- Classroom Clipart: http://classroomclipart.com/

This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

Internet Public Library: http://ipl.org/

A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

- Free Clip Art Island: http://www.freeclipartisland.com/

Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

**Other**

Encyclopedia Smithsonian: http://www.si.edu/Encyclopedia_SI/

Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show: http://nationalzoo.si.edu/Animals/PhotoGallery/

MN 10/07

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Friday, October 12, 2007 1:31 PM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We received your request, reviewed the site, and unblocked it today. We regret any inconvenience this may have caused you. If you have any further difficulty accessing this site, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Friday, October 12, 2007 12:07 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

This site (after review) is available now..

BW

Begin forwarded message:

**From:**
**Date:** October 12, 2007 11:34:27 AM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 18:34:27 12 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071012-6771-8211

Web Site: http://www.keyartpromotions.com

Name: .
Address
Phone:

10/12/2007

**153**

Email:

Comment:
My site. Nothing offensive at all. I'd appreciate being able to access it while at the library, thank you.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
------------------------------------

10/12/2007

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, October 12, 2007 2:03 PM
**To:**
**Subject:** RE: Filtering Request

Dear

We have received your request and the site has been unblocked. I hope that you will experience no further difficulty accessing this site. If you do, please feel free to contact me and we will do our best to address the problem immediately.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

Begin forwarded message:

**From:**
**Date:** October 12, 2007 1:17:12 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-------------------------------------
Time and Date of Submission: 20:17:12 12 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071012-4328-8171

Web Site: artbyjohndan.com

Name:
Addres
Phone:
Email:

Comment:
Another of my sites. Completely non-offensive, mostly abstract art. Kindly permit.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
-------------------------------------

## Dan Howard



**From:**  Dan Howard [dhoward@ncrl.org]

**Sent:**  Monday, October 15, 2007 8:21 AM

**To:**  ˙

**Subject:** RE: Filtering Request



Dear ·           .

Your message was forwarded to me. Our Internet filter should not block PayPal.com and I cannot explain why you were blocked. We will investigate this right away and we'll fix any problems we find. We regret any inconvenience this may have caused you. If you continue to experience problems accessing this site, please do not hesitate to contact us.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


------------------------------------
Time and Date of Submission: 21:53:59 14 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071014-3194-7889

Web Site: Paypal

Name: ǃ
Addres:
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

10/15/2007

## Celeste M. Monroe

From:    Dan Howard [dhoward@ncrl.org]
Sent:    Thursday, February 21, 2008 4:06 PM
To:      Celeste M. Monroe
Subject: FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

From: NCRL - Support [mailto:support@ncrl.org]
Sent: Monday, October 15, 2007 5:05 PM
To: Dan Howard
Subject: Fwd: Filtering Request

Begin forwarded message:

From: <tim.158@hotmail.com>
Date: October 15, 2007 4:00:27 PM PDT
To: support@ncrl.org
Subject: Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 23:00:26 15 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071015-1894-4512

Web Site: teen chat

Name: i
Address:
Phone:
Email:

Comment:
not happy

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
-----------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, October 16, 2007 10:17 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. Do I understanding correctly that you were blocked when you tried to access the Internet site www.teenchat.com? It looks like this happened at 11 PM last night – is that correct?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 23:00:26 15 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071015-1894-4512

Web Site: teen chat

Name: :
Address:
Phone:
Email: :

Comment:
not happy

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
------------------------------------

**159**

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Tuesday, October 16, 2007 10:26 AM |
| **To:** | 'Dan Howard' |
| **Subject:** | RE: Filtering Request |

(Message not sent – no email address. I left a message for ¡ at 10:28 AM on October 16th)

Dear

Your message was passed along to me. We currently have runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Monday, October 15, 2007 5:05 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** <>
**Date:** October 15, 2007 4:31:26 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-------------------------------------
Time and Date of Submission: 23:31:26 15 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071015-6760-0051

Web Site: runescape

10/16/2007

Name:
Address:
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
------------------------------------

10/16/2007

**Celeste M. Monroe**

From:      Dan Howard [dhoward@ncrl.org]
Sent:      Thursday, February 21, 2008 4:08 PM
To:        Celeste M. Monroe
Subject: FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Wednesday, October 17, 2007 7:56 AM
**To:** 'NCRL Support'
**Subject:** RE: Filtering Request

Thank you, Barbara

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, October 17, 2007 6:39 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Dan

This request came from the Moses Lake Library and I have not responded to the patron.

This was an oversight on my part. The day I unblocked Craigslist at the branches. ML was experiencing Internet problems and was down. I have updated their router as of this morning to allow craigslist.

I apologize,

BW


Begin forwarded message:

**From:**
**Date:** October 16, 2007 4:28:51 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 23:28:51 16 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071016-3151-7092

Web Site: WWW.CRAIGSLIST.COM

Name:
Addres:
Phone:
Email:

Comment:
ME AND A FEW FREINDS ARE IN THE MARKET FOR A CARS AND THIS IS THE ONLY
WEBSITE THAT OFFERS LOCAL LISTINGS AND HONEST SELLERS BUT WE CAINT
ACCESE IT. CAN YOU DE-BLOCK THIS SITE
THANK YOU

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Wednesday, October 17, 2007 8:03 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We currently block only a portion of Craigslist.org and you should be able to access classified advertisements. If you continue to experience problems accessing this site or want to discuss this matter in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 23:28:51 16 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071016-3151-7092

Web Site: WWW.CRAIGSLIST.COM

Name:
Addres
Phone:
Email:

Comment:
ME AND A FEW FREINDS ARE IN THE MARKET FOR A CARS AND THIS IS THE ONLY
WEBSITE THAT OFFERS LOCAL LISTINGS AND HONEST SELLERS BUT WE CAINT
ACCESE IT. CAN YOU DE-BLOCK THIS SITE
THANK YOU

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**164**

**Celeste M. Monroe**

**From:**   Dan Howard [dhoward@ncrl.org]
**Sent:**   Thursday, February 21, 2008 4:08 PM
**To:**   Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, October 17, 2007 6:39 AM
**To:** Dan Howard; Dean Marney
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:**
**Date:** October 16, 2007 5:49:24 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 00:49:24 17 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071017-0821-5143

Web Site: msn.com/instant messaging

Name:
Addres:
Phone:
Email:

Comment:
Hi, I am 15 years old, and I am requesting that you reconsider the blockage of Msn messaging. This is the only outlet of speaking to my friends during the weekends since I haven't got a phone, and We do

not have Internet at home. I need this in order to speak with friends (responsibly of course) and to be able to communicate with them about things going on in the future. This would help me out a lot.
Please reconsider.
Thanks,

Sincerely,


The form submited on http://www.ncrl.org/filter.html
IP address is 64.184.172.176
-----------------------------------

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, October 17, 2007 2:47 PM |
| **To:** | . |
| **Subject:** | RE: Filtering Request |



Dear Mr. Desmarais,

Thank you for submitting your request that we consider unblocking MSN Instant Messaging. Your message was passed along to me. We currently do not allow access to sites that support instant messaging. I am very sorry that this limits your ability to communicate with your friends and I regret any inconvenience this may cause you. You may want to consider using email to communicate withy your friends. We do not block email sites and you may be able to communicate with them effectively using a free email service such as Hotmail.com. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

Time and Date of Submission: 00:49:24 17 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071017-0821-5143

Web Site: msn.com/instant messaging

Name:
Address:
Phone:
Email:

Comment:
Hi, I am 15 years old, and I am requesting that you reconsider the blockage of Msn messaging. This is the only outlet of speaking to my friends during the weekends since I haven't got a phone. and We do not have Internet at home. I need this in order to speak with friends (responsibly of course) and to be able to communicate with them about things going on in the future. This would help me out a lot. Please reconsider.
Thanks,

Sincerely,

The form submited on http://www.ncrl.org/filter.html
IP address is 64.184.172.176
-----------------------------------

**167**

10/17/2007



# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Wednesday, October 24, 2007 11:51 AM
**To:**
**Subject:** RE: Filtering Request

Dear Daniel,

Your message regarding Google Images was passed along to me. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via the Internet that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

Time and Date of Submission: 21:55:16 22 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071022-6504-8802

Web Site: www.google.com/images

Name: :
Addres:
Phone:
Email:

Comment:
can you re open google images it is a safe place to find images for my scrape booking mayby with a filter or something if bad content is a worrie
thank you

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.172.98.64

## Image Sites

## NCRL's Licensed Databases:

EbscoHost – Access through Online Resources tab, select "Images" from the      menu bar, and search by subject. (Shares an image file with Kids Search and    Searchasaurus.)

10/24/2007

Kids Search – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

Searchasaurus – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

E-Library – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

E-Library Elementary – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

CultureGrams – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

Gale e-Books – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

Librarian's Internet Index – Access through Online Resources tab or at http://lii.org/

A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

- Discovery School's Clip Art Gallery: http://school.discoveryeducation.com/clipart/

  Choose from hundreds of original clip art pieces, including animations, their work with these graphics, which are organized into specific categories: Subjects, Fun & Games, Technology, Seasons & Holidays, and more. This portal    Teachers, parents, students, or any youth-minded organization could dress up Animated Clips, Letters & Numbers, Art, Logos & Mascots, Sports, School site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and    others.

- Classroom Clipart: http://classroomclipart.com/

  This site contains over 20,000 photographs, clip art, and historical images    designed for educational purposes. Searchable, or browsable by topical areas.

Internet Public Library: http://ipl.org/

A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

- Free Clip Art Island: http://www.freeclipartisland.com/

  Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

**Other**

169

Encyclopedia Smithsonian: http://www.si.edu/Encyclopedia_SI/

Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal     Slide Show: http://nationalzoo.si.edu/Animals/PhotoGallery/

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, October 25, 2007 10:43 AM
**To:**
**Subject:** RE: Filtering Request

Dear Mr. Knowlton,

Your message regarding Google Images was passed along to me. We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via the Internet that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 22:43:45 23 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071023-5233-3522

Web Site: google image search

Name: c
Address
Phone:
Email:

Comment:
i am a good boy and i look only for images that are about wal-mart and disney charectors

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.109.46
------------------------------------

### Image Sites

#### NCRL's Licensed Databases:

EbscoHost – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and Searchasaurus.)

**171**

10/25/2007

Kids Search – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

Searchasaurus – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

E-Library – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

E-Library Elementary – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

CultureGrams – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

Gale e-Books – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

Librarian's Internet Index – Access through Online Resources tab or at http://lii.org/

A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

- Discovery School's Clip Art Gallery: http://school.discoveryeducation.com/clipart/

  Choose from hundreds of original clip art pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated Clips, Letters & Numbers, Art, Logos & Mascots, Sports, School Subjects, Fun & Games, Technology, Seasons & Holidays, and more. This portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

- Classroom Clipart: http://classroomclipart.com/

  This site contains over 20,000 photographs, clip art, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

Internet Public Library: http://ipl.org/

A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

- Free Clip Art Island: http://www.freeclipartisland.com/

Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

10/25/2007

**Other**

Encyclopedia Smithsonian: http://www.si.edu/Encyclopedia_SI/

      Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal      Slide Show: http://nationalzoo.si.edu/Animals/PhotoGallery/

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:08 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Wednesday, October 24, 2007 10:33 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I have not responded to this patron's request.

BW

Begin forwarded message:

**From:**
**Date:** October 24, 2007 9:59:09 AM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 16:59:09 24 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071024-7019-4393

Web Site: www.runescape.com          .

Name:  .
Address
Phone:
Email: :

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
-----------------------------------



# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Wednesday, October 24, 2007 11:55 AM

**To:** 'NCRL - Support'

**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We currently have runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 16:59:09 24 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071024-7019-4393

Web Site: www.runescape.com

Name:
Addres
Phone:
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**176**

**Celeste M. Monroe**

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Thursday, February 21, 2008 4:09 PM |
| **To:** | Celeste M. Monroe |
| **Subject:** | FW: Filtering Request |

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, October 25, 2007 7:21 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I have not responded to this patrons request which came from Quincy.

I am "assuming" that the sites he was looking at to get the logo were blocked because of our image search filter. When I did a search for the logo on google all the pics across the top of the screen were blocked because they were "google images"

Here are some sites that were not blocked that had the logo (that could be copied). I thought perhaps you would like to include them in your reply

http://en.wikipedia.org/wiki/Lamborghini
http://www.flickr.com/photos/rage-of-reason/1716234341/
http://www.cartype.com/page.cfm?id=376&alph=ALL

Begin forwarded message:

**From:**
**Date:** October 24, 2007 2:54:16 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 21:54:16 24 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071024-4998-9706

Web Site: lamborghini logo

Name: I
Address
Phone:
Email: :

Comment:
Also Cizeta logo,

The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85
-----------------------------------



# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, October 25, 2007 9:24 AM

**To:**

**Subject:** RE: Filtering Request

Dear .

Your message about logos was passed along to me. Can you tell me more about which site was blocked by our Internet filter? We were able to find access to sites that have the Lamborghini logo and I have listed those below. Is this what you are looking for? If you would like to discuss this in more detail or have further difficulty, please do not hesitate to contact me.

http://en.wikipedia.org/wiki/Lamborghini
http://www.flickr.com/photos/rage-of-reason/1716234341/
http://www.cartype.com/page.cfm?id=376&alph=ALL

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 21:54:16 24 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071024-4998-9706

Web Site: lamborghini logo

Name: .
Address
Phone:
Email: .

Comment:
Also Cizeta logo.

The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85

------------------------------------

**179**

## Dan Howard

**From:** NCRL Support [support@ncrl.org]
**Sent:** Thursday, October 25, 2007 7:23 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I did not respond to this patron from Omak.

I am not quite sure why she was blocked access to Google. Spoke with the staff last night and it was NOT blocked. I am assuming again that it was not google but perhaps google images.

BW

Begin forwarded message:

> **From:** <>
> **Date:** October 24, 2007 6:36:44 PM PDT
> **To:** support@ncrl.org
> **Subject:** Filtering Request
>
> Hey!
>
> Here is a filtering request somebody made...
>
> ------------------------------------
> Time and Date of Submission: 01:36:44 25 October 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071025-1256-7107
>
> Web Site: www.google.com
>
> Name:
> Addres
> Phone:
> Email:
>
> Comment:
>
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 64.139.97.76
> ------------------------------------



North Central Regional Library

October 25, 2007

Dear

You message about accessing www.google.com at the Omak Library was passed along to me. We do not block access to this site with our Internet filter. We checked last night and were able to access it. I regret any inconvenience this may have caused you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

**Dan Howard**

| | |
|---|---|
| **From:** | NCRL Support [support@ncrl.org] |
| **Sent:** | Monday, October 29, 2007 6:34 AM |
| **To:** | Dan Howard |
| **Subject:** | Fwd: Filtering Request |

I have not responded to this patron. Request came from a ML.

Begin forwarded message:

> **From:** <none@localhost.localhost>
> **Date:** October 28, 2007 2:23:22 PM PDT
> **To:** support@ncrl.org
> **Subject: Filtering Request**
>
> Hey!
>
> Here is a filtering request somebody made...
>
> ------------------------------------
> Time and Date of Submission: 21:23:22 28 October 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071028-8615-2422
>
> Web Site: www.runescape.com
>
> Name:
> Address
> Phone:
> Email
>
> Comment:
> its fun and you will have more peole viseting
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 66.172.98.64
> ------------------------------------



# NCRL
### North Central Regional Library

October 29, 2007



Dear

Your message was passed along to me. We currently have www.runescape.com blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock www.runescape.com soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Monday, October 29, 2007 8:50 AM

**To:** 'Dan Howard'

**Subject:** FW: Filtering Request



(I left a message for Mr. Luebber at 8:30 AM on October 29, 2007)

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Monday, October 29, 2007 8:31 AM
**To:** 'NCRL Support'
**Subject:** RE: Filtering Request

Dear

Your message regarding Google Images was passed along to me. We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via the Internet that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 21:43:35 28 October 2007 GMT+0 Pacific Time

Unique Reference Number: 20071028-9081-8661

Web Site: google images

Name:
Addres
Phone:
Email:

Comment:

**184**

10/29/2007

The web browser will not bring up google images. The whole page will not open. This is a problem for looking up pictures on the internet.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
-------------------------------------

**Image Sites available via NCRL's Licensed Databases:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and Searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed        below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports. School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational

purposes. Searchable, or browsable by topical areas.

**Internet Public Library**: http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

**Other**

**Encyclopedia Smithsonian**: http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, November 06, 2007 8:58 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. If I understand correctly, you were not able to access the Internet site www.mycursors.com. We checked it out today and found that it is not blocked by our Internet filter. You should be able to access this site using our library Internet computers. I tried some of the links on this site and they worked. Please tell me more about the problems you encountered and we may be able to resolve them. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:**
**Date:** November 5, 2007 3:17:36 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

------------------------------------
Time and Date of Submission: 23:17:36 05 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071105-5810-8221

Web Site: my cursors

Name:
Addres
Phone:
Email:

Comment:
please my friend needs a cursor for her comp. bye!!!! :)

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.99.93
------------------------------------

**187**

11/6/2007

## Dan Howard



**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Wednesday, November 07, 2007 10:51 AM
**To:**
**Subject:** RE: Filtering Request

Dear          .,

Your message was passed along to me. If I understand correctly, you were unable to access Google Images. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. Is there a particular picture we can help you find? I have copied information about other image sites available via the Internet that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 01:17:19 07 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071107-7551-7387

Web Site: google.com

Name:
Address
Phone:
Email:

Comment:
need pic of one

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

Image Sites available via NCRL's Licensed Databases at www.ncrl.org:

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**188**

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.


**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery**: http://school.discoveryeducation.com/clipart/ Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart**: http://classroomclipart.com/ This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library**: http://ipl.org/ A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/ Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

**189**

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the
Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/



## NCRL
### North Central Regional Library

## MATERIAL SELECTION REVIEW FORM

Name: _____  Date: 11-9-07

Address _____  Branch: Wenatchee

Phone: _____

I request a re-evaluation of: (Please give title and author or website)

Flickr - Shared Photos

Comments:

I went on Google and typed in Leif Garrett, I found a site I had never seen before it said Leif Garrett Flickr - Shared Photos. I clicked on it and a full Frontal nude photo of him as a small boy appeared on the screen and off to the side of the screen where two other photos of adult men frontally nude the Picture of Leif was not him his face was attached to that of an adult males & body the face was his when he was about 13 or 14 years old. it was like looking at child Porn of my childhood Idol and it made me sick.

_____
Signature of Patron

<u>Note to Patron:</u> This completed form will be submitted to the Library Director for review and action. As a result of your request the material in question may be retained, withdrawn or reclassified.





NORTH CENTRAL REGIONAL LIBRARY

# Memo

**Date:**   November 11, 2007

**To:**   Dean Marney

**From:**   Dan Howard

**RE:**   Review of Flickr.com

As you and I discussed, I reviewed a Material Selection Review Form regarding a patron's experience at the Wenatchee Public Library today. This patron said that she entered the search term "Leif Garrett" on Google on one of the Internet computers at the Wenatchee Public Library this morning at about 9 AM. She encountered a site on the first page of Google responses that said "Leif Garrett Flickr – Shared Photos." She opened that site and saw pictures of naked men. I spoke with her today at about 11 AM. She was unable to determine the site on which she saw these pictures. While she was on the phone, I tried to replicate her experience and was unable to find a site like she described. I apologized for her experience and she indicated that she would contact me if she encountered this site again. Flickr is not blocked by our Internet filter. A review of Flickr Community Guidelines suggests that they do not allow the posting of photos containing nudity or illegal material. They say, "If you would hesitate to show your photos to a child, your mum, or Uncle Bob, that means it needs to be filtered."

DH



**Home**   **The Tour**   **Sign Up**   **Explore**

Search everyone's photos   **Search**

# Flickr Community Guidelines

**Flickr accounts are intended for personal use, for our members to share photos that they themselves have taken.**

The following Community Guidelines are here to help you understand what it means to be a member of Flickr. Don't forget that your use of Flickr is subject to these Guidelines and our <u>Terms of Use</u>.

## What to do

- **Do play nice.**
  We're a community of many types of people, who all have the right to feel comfortable and who may not think what you think, believe what you believe or see what you see. So, be polite and respectful in your interactions with other members.

- **Do upload photos that you've taken.**
  Respect the copyright of others. This means don't steal photographs that other people have taken and pass them off as your own. (That's what favorites are for.)

- **Do moderate your content.**
  You need to take responsibility for ensuring that what you upload is appropriately flagged. If your judgment proves to be poor, we'll moderate your account to match appropriate ratings for safe search and/or content type and send you a warning.

- **Do link back to Flickr when you post your photos elsewhere.**
  The Flickr service makes it possible to post images hosted on Flickr to outside web sites. However, pages on other web sites that display images hosted on flickr.com must provide a link from each photo back to its photo page on Flickr.

- **Do enjoy Flickr!**
  See the world through others' eyes, participate, find your muse, and expand your horizons!

## What *not* to do

Here's the deal: In most circumstances, we like to give second chances, so we'll send you a warning if you step across any of the lines listed below. Subsequent violations can result in account termination without warning.

- **Don't upload anything that isn't yours.**
  This includes other people's photographs and/or stuff that you've collected from around the Internet. Accounts that consist primarily of such collections may be terminated at any time.

- **Don't forget the children.**
  Take the opportunity to filter your content responsibly. If you would hesitate to show your photos to a child, your mum, or Uncle Bob, that means it needs to be filtered. So, ask yourself that question as you upload your photos and moderate accordingly. If you don't, it's likely that one of two things will happen. Your account will be reviewed then either moderated or terminated by Flickr staff.

- **Don't show nudity in your buddy icon.**
  If we find you doing that, we'll remove it and send you a warning. If we find you doing it again, we'll terminate your account.

- **Don't upload content that is illegal or prohibited.**
  If we find you doing that, your account will be deleted and we'll take appropriate action, which may include reporting you to the authorities.

- **Don't vent your frustrations, rant, or bore the brains out of other members.**
  Flickr is not a venue for you to harass, abuse, impersonate, or intimidate others. If we receive a valid complaint about your conduct, we'll send you a warning or terminate your account.

- **Don't be creepy.**
  You know the guy. Don't be that guy.

- **Don't use your account to host web graphics like logos and banners.**
  Your account will be terminated if we find you using it to host graphic elements of web page designs, icons, smilies, buddy icons, forum avatars, badges, and other non-photographic elements on external web sites.

- **Don't use Flickr for commercial purposes.**
  Flickr is for personal use only. If we find you selling products, services, or yourself through your photostream, we will terminate your account. Any other commercial use of Flickr, Flickr technologies (including APIs, FlickrMail, etc), or Flickr accounts must be approved by Flickr. For more information on leveraging Flickr APIs, please see our Services page. If you have other open questions about commercial usage of Flickr, please feel free to contact us.

## Here are some other things to keep in mind:

**Other People (their content, their behavior)**
You will see all sorts of things on Flickr, some of which may offend you. If you are offended by a photo you can either click away from the photo or you can mark it as poorly moderated by clicking on the "Flag this photo" link on a photo page under "Additional Information". If you think there's immediate cause for concern, you can report content and/or someone's behavior to Flickr staff.

**Copyright Infringement**
If you see your photographs in another member's photostream, don't panic. This is probably just a misunderstanding and not malicious. A good first step is to contact them and politely ask them to remove it. If that doesn't work, please file a Notice of Infringement with the Yahoo! Copyright Team who will take it from there.

You may be tempted to post an entry in our public forum about what's happening, but that's not the best way to resolve a possible copyright problem. We don't encourage singling out individuals or their photos in our public forum.

**In Conclusion**
We've crafted these guidelines to ensure that everyone within the community has the experience they want. We're all in this together so it's important that you understand the importance of moderating your content responsibly. If you don't feel that you can abide by our Community Guidelines as outlined above, maybe Flickr isn't for you.

If you ever have any questions or comments, we'd love to hear from you. Please feel free to drop us a line through Flickr Help by Email.

**The Flickreenos**

You    Sign in | Create Your Free Account

Explore    Last 7 Days | This Month | Popular Tags | Creative Commons | Search

Help    Community Guidelines | The Forum | FAQ | Sitemap | Help by Email

:-) Send to a friend

Save to del.icio.us

http://flickr.com/guidelines.gne

**194** Page 2 of 3

Flickr Blog | About Flickr | Terms of Use | Your Privacy | Copyright/IP Policy | Report Abuse

a YAHOO! company

繁體中文 | Deutsch | English | Español | Français | 한국 | Italiano | Português
Copyright © 2007 Yahoo! Inc. All rights reserved.

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, November 13, 2007 9:26 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I examined www.aim.com and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 20:15:34 10 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071110-7724-8743

Web Site: www.aim.com

Name: ₁
Address:
Phone:
Email:

Comment:
I don't see any point to block that page since I am an adult and there is nothing explict or anything. So please unblock this page since I only have access to the computer is at the library. So please unblock this page, thank you.

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

RECEIVED

NOV 16 2007

KARR TUTTLE CAMPBELL

196

11/13/2007

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Tuesday, November 13, 2007 9:35 AM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I examined www.meebo.com and it appears to be a site that hosts instant messaging services. As I mentioned in a previous message, the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. I am very sorry about any inconvenience this may cause you. We try very hard to provide fair and equitable access to the Internet on library computers. We do not block access to email and you may want to consider that as an option you can use to communicate with others. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 20:40:44 10 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071110-6242-9777

Web Site: www.meebo.com

Name:
Addres                                         01
Phone
Email·

Comment:
There is another website that blocked too. Please and please unblock another website that contains instant messaging, they are not downloading program, it is based on javascript. Some people that doesnt have the computer, they can use it from library but they can't have any access. its not right, we should be playing fair. We should have any access. That website is not pornographic or whatever, it is safe. So please not being nonsense and unblock these website that is based on javascript. thank you.

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, November 13, 2007 11:25 AM
**To:**
**Subject:** RE: Filtering Request

Dear

You are correct - we do not allow access to chat rooms or instant messaging services to
children or to adults. I understand that our approach to the Internet varies from that of
the Sultan Library. I am very sorry that this affects your ability to have access to
easier conversation than email provides. We have a new videophone at the Wenatchee Public
Library that you may want to check out. It is designed for people with hearing
disabilities and it is available free of charge. Please let me know if I can help you use
the videophone or in any other way.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----Original Message-----
From:
Sent: Tuesday, November 13, 2007 10:24 AM
To: Dan Howard
Subject: Re: Filtering Request

My point is, what about an adult? They still cannot have a access to chatroom anyway? I
moved in wenatchee valley from Sultan, their library does have the access and now you
don't allow? What kind of rule is that.
And why? I am deaf and can't talk on the phone! I only have a access to the meebo.com or
aim to get a easy access converstation than the emails does. Please understand that.
Thank you

| | |
|---|---|
| **From:** | MAILER-DAEMON@ncrl.org |
| **Sent:** | Tuesday, November 13, 2007 12:09 PM |
| **To:** | dhoward@ncrl.org |
| **Subject:** | Message delivery has failed |

**Attachments:** Filtering Request (2.16 KB)



Filtering Request
(2.16 KB)

Unable to deliver message to                                    Delivery failed
for the following reason:
gmail-pop.1.google.com[209.85.147.111] responded with failure: 530 5.7.0 Must issue a
STARTTLS command first 137sm9773851waf

This has been a permanent failure.  No further delivery attempts will be made.

# Dan Howard

**From:** Barbara Walters [bwalters@ncrl.org]
**Sent:** Tuesday, November 13, 2007 12:08 PM
**To:** Dan Howard
**Subject:** Re: Filtering Request

Dan

I sent this with my mac account and so far so good.

BW
On Nov 13, 2007, at 11:39 AM, Dan Howard wrote:

> Barbara,
>
> Please let me know if you are able to send this. Thank you.
>
> Best Regards,
>
> Dan Howard
> Director of Public Services
> North Central Regional Library
> 16 North Columbia Street
> Wenatchee, WA 98801
> (509) 663-1117 Extension 122
>
> -----Original Message-----
> From: Dan Howard [mailto:dhoward@ncrl.org]
> Sent: Tuesday, November 13, 2007 11:25 AM
>
> Subject: RE: Filtering Request
>
> Dear
>
> You are correct - we do not allow access to chat rooms or instant
> messaging services to children or to adults. I understand that our
> approach to the Internet varies from that of the Sultan Library. I am
> very sorry that this affects your ability to have access to easier
> conversation than email provides. We have a new videophone at the
> Wenatchee Public Library that you may want to check out. It is
> designed for people with hearing disabilities and it is available free
> of charge. Please let me know if I can help you use the videophone or
> in any other way.
>
> Best Regards,
>
> Dan Howard
> Director of Public Services
> North Central Regional Library
> 16 North Columbia Street
> Wenatchee, WA 98801
> (509) 663-1117 Extension 122
>
> -----Original Message-----
> Fro:
> Sent: Tuesday, November 13, 2007 10:24 AM
> To: Dan Howard
> Subject: Re: Filtering Request
>
> My point is, what about an adult? They still cannot have a access to
> chatroom anyway? I moved in wenatchee valley from Sultan, their
> library does have the access and now you don't allow? What kind of

```
> rule is that.
> And why? I am deaf and can't talk on the phone! I only have a access
> to the meebo.com or aim to get a easy access converstation than the
> emails does. Please understand that. Thank you.
>
>
>
```

201

**Celeste M. Monroe**

**From:**  Dan Howard [dhoward@ncrl.org]
**Sent:**  Thursday, February 21, 2008 4:11 PM
**To:**  Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Tuesday, November 13, 2007 7:12 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I have not contacted this patron.

BW

Begin forwarded message:

**From:**
**Date:** November 10, 2007 3:02:26 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 23:02:26 10 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071110-6048-2012

Web Site: google image search

Name: .
Address:
Phone:
Email:

Comment:

2/22/2008

Not sure I understand why this is blocked. People that want to find pictures of "inappropriate" things can find them without the image search. If they are motivated to do so, they will. Kind of like every other illegal activity. Please don't make life more difficult for the 99.5% of people using the library resources in an acceptable manner (for instance, using the image search to study for anatomy and physiology).

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, November 13, 2007 9:41 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message regarding Google Images was passed along to me. We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our licensed databases at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:02:26 10 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071110-6048-2012

Web Site: google image search

Name: .
Addres:
Phone:
Email:

Comment:
Not sure I understand why this is blocked. People that want to find pictures of "inappropriate" things can find them without the image search. If they are motivated to do so, they will. Kind of like every other illegal activity. Please don't make life more difficult for the 99.5% of people using the library resources in an acceptable manner (for instance, using the image search to study for anatomy and physiology).

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

Image Sites available via NCRL's Licensed Databases:


**EbscoHost** – Access through Online Resources tab. select "Images" from the menu bar. and search by subject. (Shares an image file with Kids Search and searchasaurus.)

204

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery**: http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart**: http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library**: http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian**: http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:12 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Tuesday, November 13, 2007 12:08 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I have not contacted this patron.

BW

Begin forwarded message:

**From:**
**Date:** November 13, 2007 11:20:49 AM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 19:20:49 13 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071113-1161-0883

Web Site: yahoo/messenger.com

Name:
Addres:
Phone:
Email:

Comment:

2/22/2008

I am wondering why yahoo.messenger can not be used I use it to talk to my mother over the internet because it is long distance and this is how I talk to her

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
----------------------------------

## Dan Howard



**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, November 13, 2007 1:27 PM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I examined Yahoo's messenger service at http://messenger.yahoo.com and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. We do not allow downloading computer files into our public access computers, which this site requires. I regret any inconvenience this may cause you and I am very sorry that this affects your ability to contact your mother. We do not block access to email and you may want to consider that as an option you can use to communicate with others. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 19:20:49 13 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071113-1161-0883

Web Site: yahoo/messenger.com

Name: :
Address:
Phone:
Email:

Comment:
I am wondering why yahoo.messenger can not be used I use it to talk to my mother over the internet because it is long distance and this is how I talk to her

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76

------------------------------------

**209**

11/13/2007

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:12 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Tuesday, November 13, 2007 1:49 PM
**To:** 'NCRL Support'
**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We regret that you were not able to access the Northern Quest Casino and Coeur D'Alene Casino websites. We have made sure that they are not blocked by our filter today and should experience no further difficulty accessing them on library computers. If you are not able to access these sites or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Tuesday, November 13, 2007 1:26 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** <>
**Date:** November 13, 2007 1:04:35 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

---------------------------------
Time and Date of Submission: 21:04:35 13 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071113-1628-9641

Web Site: www.northernquest.com

Name:
Addres
Phone:
Email:

Comment:
Prior to today I have been to access this particular website using the library however, today it is restricted.

I am currently unemployed and am seeking employment opportunties from surrounding tribal casinos that include Northern Quest & Couer d' Alene. The most current positions are listed on the websites (including job applications to download) and upon review there is no gambling options available or listed. Each provides information such as events, promotions and employment opportunities.

I do not have a computer at home and i have found the GCD Library to be a tremendous assest in my continued search for employment.

Thank you.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.63
---------------------------------



North Central Regional Library

November 13, 2007

Dear :

Your message regarding casino websites was forwarded to me. We regret that you were not able to access the Northern Quest Casino and Coeur D'Alene Casino websites. We have made sure that they are not blocked by our filter today. You should experience no further difficulty accessing them on library computers. If you are not able to access these sites or want to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

| | |
|---|---|
| **From:** | Celeste M. Monroe |
| **Sent:** | Friday, November 16, 2007 2:42 PM |
| **To:** | Heather White; Thomas D. Adams |
| **Subject:** | FW: happy patron |

For file and supplement to disclosures.

-----Original Message-----
From: Dan Howard [mailto:dhoward@ncrl.org]
Sent: Friday, November 16, 2007 10:36 AM
To: Celeste M. Monroe
Subject: FW: happy patron


Hi Celeste,

Dean Asked that I forward this message to you. It is related to a recent
request to unblock two tribal casino websites.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


-----Original Message-----
From: Grand Coulee [mailto:grandcoulee@ncrl.org] Sent: Thursday, November
15, 2007 3:05 PM
To: Dan Howard
Subject: happy patron

Hey Dan, a patron wanted me to thank you for quickly
opening up the block Casino employment website. So,
THANKS!  Love the auto form. You had the site opened
before she left the library.  Claire

## Dan Howard

**From:** NCRL Support [support@ncrl.org]
**Sent:** Wednesday, November 14, 2007 6:22 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I have not contacted this patron.

Begin forwarded message:

> **From:** <>
> **Date:** November 13, 2007 4:56:33 PM PST
> **To:** support@ncrl.org
> **Subject: Filtering Request**
>
> Hey!
>
> Here is a filtering request somebody made...
>
> ------------------------------------
> Time and Date of Submission: 00:56:33 14 November 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071114-9793-8920
>
> Web Site: google images
>
> Name:
> Address
> Phone:
> Email:
>
> Comment:
>
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 66.172.98.64
> ------------------------------------

**214**



North Central Regional Library

November 14, 2007

Dear

Your message regarding Google Images was passed along to me. We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have enclosed information about other image sites available via our licensed databases at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

Image Sites available via NCRL's Licensed Databases:

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/ Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show: http://nationalzoo.si.edu/Animals/PhotoGallery/

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, November 16, 2007 9:37 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message regarding Ask.com was passed along to me. If I understand correctly, you were unable to access the image search at Ask.com. We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our licensed databases at www.ncrl.org at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 20:45:19 15 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071115-7625-7495

Web Site: ask.com

Name: ·
Addres:
Phone:
Email: :

Comment:
old school

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
-----------------------------------
Image Sites available via NCRL's Licensed Databases:


**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**218**

11/16/2007

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.


**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/

Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

**220**

# Dan Howard

**From:** .com]
**Sent:** Friday, November 16, 2007 3:30 PM
**To:** Dan Howard
**Subject:** RE: Filtering Request

Thank You so much. The sites you listed do help. Thank you again and have a great holiday weekend.

*Dan Howard <dhoward@ncrl.org>* wrote:

> Dear
>
> Your message was passed along to me. If I understand correctly, you were unable to access Google Images. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. Is there a particular picture we can help you find? I have copied information about other image sites available via the Internet that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.
>
> Best Regards,
>
> Dan Howard
> Director of Public Services
> North Central Regional Library
> 16 North Columbia Street
> Wenatchee, WA 98801
> (509) 663-1117 Extension 122
>
> -----------------------------------
> Time and Date of Submission: 20:09:37 16 November 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071116-5299-0085
>
> Web Site: images
>
> Name:
> Address
> Phone:
> Email:
>
> Comment:
> I like to go to google image to find pictures to help in my quilting and find it very frustrating to have it blocked and then not blocked and then blocked again.
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 66.172.98.65
> -----------------------------------

11/16/2007

**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.


**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports. School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/

A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian**: http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

---

Never miss a thing. Make Yahoo your homepage.

# Dan Howard

COPY

| | |
|---|---|
| **From:** | Barbara Walters [bwalters@ncrl.org] |
| **Sent:** | Saturday, November 17, 2007 9:16 PM |
| **To:** | Dan Howard |
| **Subject:** | Fwd: Filtering Request |

Begin forwarded message:

> **From:** <>
> **Date:** November 17, 2007 11:02:42 AM PST
> **To:** support@ncrl.org
> **Subject: Filtering Request**
>
> Hey!
>
> Here is a filtering request somebody made...
>
> -------------------------------------
> Time and Date of Submission: 19:02:41 17 November 2007 GMT+0 Pacific Time
>
> Unique Reference Number: 20071117-6897-9163
>
> Web Site: online messenger
>
> Name:
> Address:
> Phone:
> Email:
>
> Comment:
> This is a messenger where u don't have to install anything to im
>
> The form submited on http://www.ncrl.org/filter.html
> IP address is 66.172.98.62
> -------------------------------------

Barbara Walters
North Central Regional Library
bwalters@ncrl.org
509.679.5550

*I am unable to reply to the patron because there is no contact information.*

*Dan Howard* **224**

*9AM 11-19-07*

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:13 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Monday, November 19, 2007 9:33 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** "quincy" <quincy@ncrl.org>
**Date:** November 19, 2007 8:56:44 AM PST
**To:** NCRL Support <support@ncrl.org>
**Subject:** Re: Filtering Request

Just tried myspace.com with no problems. I'm not sure why the filter request was sent then.
Sorry,
Schiree

On Mon, 19 Nov 2007 07:16:50 -0800
NCRL Support <support@ncrl.org> wrote:

> Schiree
> This filtering came from your branch on Saturday. Can you please help me investigate the
> problem? The request is for myspace which should not be blocked. If you don't mind
> testing it out on the public terminals. I would appreciate it.
> Thanks
> BW
> Begin forwarded message:
>
> > From: ·
> > Date: November 17, 2007 2:36:18 PM PST
> > To: support@ncrl.org
> > Subject: Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 22:36:17 17 November 2007 GMT+0 Pacific
Time

Unique Reference Number: 20071117-1910-4842

Web Site: myspace.com

Name:
Address:
Phone:
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Monday, November 19, 2007 9:14 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message about Myspace.com was passed along to me. If you were unable to access this site at the library, I am sorry about any inconvenience this may have caused you. We do not block Myspace.com with our filter. We checked with the Quincy Library and we were able to access Myspace.com on library computers. If you continue to experience problems or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 22:36:17 17 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071117-1910-4842

Web Site: myspace.com

Name: .
Addres:
Phone:
Email: :

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85
-----------------------------------

**227**

**Celeste M. Monroe**

**From:**  Dan Howard [dhoward@ncrl.org]
**Sent:**  Thursday, February 21, 2008 4:13 PM
**To:**  Celeste M. Monroe
**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Monday, November 19, 2007 12:02 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Begin forwarded message:

**From:**
**Date:** November 19, 2007 11:16:02 AM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------

Time and Date of Submission: 19:16:02 19 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071119-2927-6546

Web Site: oregonlottery.org

Name:
Address
Phone:
Email:

Comment:
I need to check my oregon lottery tickets results.


2/22/2008                                                                                          **228**