The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.63
-----------------------------------



## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Monday, November 19, 2007 2:12 PM

**To:**

**Subject:** RE: Filtering Request

Dear :

Your message regarding oregonlottery.com was passed along to me. We examined this site and unblocked it today. You should have no further difficulty accessing this site. If you do have further trouble or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

---------------------------------

Time and Date of Submission: 19:16:02 19 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071119-2927-6546

Web Site: oregonlottery.org

Name:
Addres
Phone:
Email:

Comment:
I need to check my oregon lottery tickets results.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.63

---------------------------------



# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Monday, November 19, 2007 2:16 PM
**To:**
**Subject:** RE: Filtering Request

Dear :

Your message about Google Images was passed along to me. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. I regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. Is there a particular picture we can help you find? I have copied information about other image sites available via our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 20:22:52 19 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071119-1669-9541

Web Site: google image

Name:
Address
Phone:
Email:                              :

Comment:
i need to do my homework for college

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
-----------------------------------
**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**


**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery**: http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart**: http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library**: http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian**: http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian

**232**

Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

11/19/2007

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Wednesday, November 21, 2007 2:53 PM
**To:**
**Subject:** RE: Filtering Request

Dear ;

Your message was forwarded to me. I examined www.animeinsider.com today. When I clicked on the category "Animexxx" on the first page of this site, I opened many links for pornography. Our Internet filter has classified www.animeinsider.com as "Pornography" and that appears to be an appropriate classification. While this site may offer access to Anime Insider magazine, part of the site appears to include pornography. With that in mind, we plan to continue to block access to this site. I regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 21:02:40 21 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071121-6219-8572

Web Site: www.animeinsider.com

Name: ;
Address
Phone: :
Email: S

Comment:
This is not a porn site. It is a website dedicated to Anime Insider Magazine. The focus of this site is expanded coverage of the magazine, so that a cost effective magazine is available to fans of Japanamtion. I am 61 years old and not a participant in porn or so called "adult" media.

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**234**

11/21/2007

## Dan Howard

**From:**   Dan Howard [dhoward@ncrl.org]

**Sent:**   Thursday, November 29, 2007 10:35 AM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message regarding www.proxycarbon.com was forwarded to me. We have examined this site and determined that it is site designed for proxy avoidance. Sites of this nature allow people to defeat our Internet filter and we block access to them. I regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 00:42:09 29 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071129-2151-0013

Web Site: www.proxycarbon.com

Name:
Addre.
Phone:
Email:

Comment:
please!!!

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.99.93
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, November 30, 2007 11:47 AM
**To:**
**Subject:** RE: Filtering Request

Dear .

Your message was forwarded to me. I examined www.IMVU.com and it appears to be a site that hosts instant messaging services and requires you to download their software. We do not allow software to be downloaded into library computers and the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 18:48:39 30 November 2007 GMT+0 Pacific Time

Unique Reference Number: 20071130-8255-8579

Web Site: www.IMVU.com

Name:
Addres                                    !
Phone:
Email:

Comment:
why cant i use this web sight?

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------

11/30/2007

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:15 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Saturday, December 01, 2007 4:06 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I am betting this patron forgot to add the website but since they left all their contact info.. I thought you would still want to email them.

BW

Begin forwarded message:

**From:** ·
**Date:** December 1, 2007 2:34:04 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 22:34:04 01 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071201-9436-5757

Web Site: yes

Name:
Addres
Phone:
Email:

**237**

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85
------------------------------------

## Dan Howard

**From:**    Dan Howard [dhoward@ncrl.org]
**Sent:**    Monday, December 03, 2007 3:43 PM
**To:**
**Subject:** RE: Filtering Request

Dear :

Your message was forwarded to me. Are you having trouble accessing something on the Internet?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 22:34:04 01 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071201-9436-5757

Web Site: yes

Name:
Addres
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 206.130.136.85
------------------------------------

I left a phone message at 4:00 PM on 12-3-07.
DH

12/3/2007

## Dan Howard

**From:** MAILER-DAEMON@ncrl.org
**Sent:** Monday, December 03, 2007 3:43 PM
**To:** dhoward@ncrl.org
**Subject:** Message delivery has failed

**Attachments:** Filtering Request (6.43 KB)



Filtering Request
(6.43 KB)

        Unable to deliver message to: <garcia2@google.com> Delivery failed for the
following reason:
Server smtp1.google.com[72.14.203.25] failed with: 553 5.5.3 <garcia2@google.com>...
Invalid

This has been a permanent failure.  No further delivery attempts will be made.

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, December 04, 2007 9:17 AM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I called       to discuss find out more about his request. I left a message asking him to return my call. (DH)

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Monday, December 03, 2007 7:39 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Again - this patron meant google images if you look at his comment.

BW

Begin forwarded message:

**From:** <>
**Date:** December 3, 2007 3:14:44 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 23:14:43 03 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071203-1936-9241

Web Site: google

Name:
Addres·
Phone:
Email:

Comment:

**241**

12/4/2007

we should be able to look at red1 flags

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
------------------------------------

242

## Dan Howard



**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, December 04, 2007 9:56 AM
**To:**
**Subject:** RE: Filtering Request

Dear :

Your message regarding www.newmilleniumbank.com was forwarded to me. While this site was blocked by our Internet filter when you tried to access it, when I checked it today at about 9:45 AM it was no longer blocked. You should have no further trouble access it. I regret any inconvenience this may have caused you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:36:23 03 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071203-8815-1244

Web Site: newmilleniumbank.com

Name: :
Address:
Phone:
Email: :

Comment:


The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:17 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Barbara Walters [mailto:bwalters@ncrl.org]
**Sent:** Wednesday, December 05, 2007 5:11 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Barbara Walters
North Central Regional Library
bwalters@ncrl.org
509.679.5550

Begin forwarded message:

**From:** "Cashmere" <cashmere@ncrl.org>
**Date:** December 5, 2007 9:20:46 AM PST
**To:** Barbara Walters <bwalters@ncrl.org>
**Subject:** Re: Filtering Request

Barb,
 Ask.com is working on both public computers. Did the person try to get images? That seems to be
what everyone wants.
Jean/Cashmere

On Wed, 5 Dec 2007 05:57:24 -0800
Barbara Walters <bwalters@ncrl.org> wrote:

> Ask.com should NOT be blocked. Can you please test this site on your public computers
> asap and let both Dan and I know the results.
>
> Thanks

BW

Begin forwarded message:

From: <>

Date: December 4, 2007 4:45:47 PM PST

To: support@ncrl.org

Subject: Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------

Time and Date of Submission: 00:45:46 05 December 2007 GMT+0  Pacific Time

Unique Reference Number: 20071205-3398-6429

Web Site: www.ask.com

Name:

Address

Phone:

Email:

Comment:

please re-evalute this website!

The form submited on http://www.ncrl.org/filter.html

IP address is 66.172.110.201

------------------------------------

**Dan Howard**



| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, December 05, 2007 1:22 PM |
| **To:** | 'Dan Howard' |
| **Subject:** | RE: filtering |

I called          at 1:20 PM on 12.5.07, left voicemail message.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

>> ----------------------------------
>> Time and Date of Submission: 00:45:46 05 December 2007
>>GMT+0
>> Pacific Time
>>
>> Unique Reference Number: 20071205-3398-6429
>>
>> Web Site: www.ask.com
>>
>> Name: ꞁ
>> Addres:
>> Phone:
>> Email:
>>
>> Comment:
>> please re-evalute this website!
>>
>> The form submited on http://www.ncrl.org/filter.html IP address is
>> 66.172.110.201

**246**



## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, December 06, 2007 10:49 AM

**To:**

**Subject:** RE: Filtering Request

Dear

You message about http://pch.luckysurf.com/ was forwarded to me. We will have the site unblocked immediately and we regret any inconvenience this may have caused you. If you have further difficulty accessing this site or would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:06:09 05 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071205-9307-9723

Web Site: URL: pch.luckysurf.com/?promo=20071130Email
Category: Gambling

Name:
Addres
Phone:
Email:

Comment:
URL: pch.luckysurf.com/?promo=20071130Email
Category: Gambling

I've been able to access this URL/website until just recently on the computers at the Omak Library. Please fix whatever is NOT letting me access it, so that I can continue to make my entries to Publishers Clearing House!! Thank you!!

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.97.76

------------------------------------

12/6/2007

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, December 06, 2007 10:46 AM

**To:** 'Barbara Walters'

**Subject:** http://pch.luckysurf.com/

Barbara,

Please unblock http://pch.luckysurf.com/

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122



## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, December 06, 2007 11:38 AM

**To:**

**Subject:** RE: Filtering Request

Dear (

Thank you for taking the time to share your opinion with us. The North Central Regional Library provides only filtered access to the Internet. We want to help you find the information you need. Is there some information you need on a site that is currently blocked by our filter? If you would like discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 19:05:33 06 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071206-8466-6613

Web Site: All...

Name:
Addres:
Phone:
Email: :

Comment:
The filters for Adult Materials and so on are a violation of the Freedom of Information Act of 1972 as well as a violation of the first amendment for freedom of speech. I have my own laptop computer I use at the North County Regional Library and I am 27 years old and I do not think its right for the libary to determine what I can search up. Libraries on the west side of the state have allowed me to search what I want, why not here? Its complete lunacy, and to not allow me to find the information I need, thats unacceptable. I recommend that the NCRL re-evauluate its usage policy.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.103.31
------------------------------------

**249**



**Dan Howard**

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Thursday, December 06, 2007 1:13 PM |
| **To:** | |
| **Subject:** | RE: Filtering Request |

Dear :

Our policy to provide only filtered access to the Internet was made by our Board of Trustees. We use a filter provided by a vendor, but they are not responsible for our decision to use a filter. We understand that some libraries in Washington State have approached the Internet and filtering in a manner that is different ours. Our decision was to provide only filtered access to the Internet.

We currently block access to Google Images, Yahoo Images, and other image sites because they disable our Internet filter. We cannot allow access to any site that disables our Internet filter. I regret any inconvenience this may cause you. I have listed some image sites available at www.ncrl.org via our license databases at the bottom of this email message that may be useful to you.

We very much want to help you gain access to information you need. We are happy to review any site that you believe is inappropriately blocked by our Internet filter. If such sites have been inappropriately blocked, we can unblock them immediately. Please let us know how we can help you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:**
**Sent:** Thursday, December 06, 2007 11:47 AM
**To:** Dan Howard
**Subject:** RE: Filtering Request

Is the filtering something that was set forth by your internet provider or the NCRL itself? There is a way around it, but I dont know how the library I used to go to did it. I know that if people under the age of 18 were to use it, the library filters would be in effect. However, if they were 18 and over, they would have a choice in whether they wanted filtered internet versus non filtered. I dont know how the filtering system works up here, but thats something to look at.

To answer your questions, I have a few online subscriptions to sites online that are of non-pornographic nature. And when I go to click them, the library filter pops up and says its because of "Adult Materials". Thats the primary reason I have a laptop is so that I can be in the corner of the library and read the stuff I want and choose to read in peace and without anyone underage near me. The stuff I read is on law enforcment and all subjects relating to it, like motor vechile accidents (with photos), and crimes in general. I'm doing my research into it because I'm looking at starting college soon to get into it. Plus I try to use the image search tool on Yahoo and Google and they dont allow me to and there is no reason stated. And sometimes, I'm searching for new backgrounds for my computer and it wont let me see what I'm looking for.

**250**

*Dan Howard <dhoward@ncrl.org>* wrote:

Dear

Thank you for taking the time to share your opinion with us. The North Central Regional Library provides only filtered access to the Internet. We want to help you find the information you need. Is there some information you need on a site that is currently blocked by our filter? If you would like discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 19:05:33 06 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071206-8466-6613

Web Site: All...

Name:
Address
Phone:
Email:

Comment:
The filters for Adult Materials and so on are a violation of the Freedom of Information Act of 1972 as well as a violation of the first amendment for freedom of speech. I have my own laptop computer I use at the North County Regional Library and I am 27 years old and I do not think its right for the libary to determine what I can search up. Libraries on the west side of the state have allowed me to search what I want, why not here? Its complete lunacy, and to not allow me to find the information I need, thats unacceptable. I recommend that the NCRL re-evauluate its usage policy.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.103.31
-----------------------------------

AOL IM:
Yahoo IM:

You can reach me through those, or if you cant, send me a good ol' e-mail.

12/6/2007

**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/

A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

_____

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

# Dan Howard



**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, December 07, 2007 1:06 PM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I called patron at 509.793.5548 to find out what site was blocked.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Friday, December 07, 2007 12:26 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Another one I am stumped about from lack of information. I am not sure what site this patron is asking about. naruto.com is not blocked but it takes you to http://naruto.viz.com/

BW

Begin forwarded message:

**From:** <>
**Date:** December 6, 2007 6:00:06 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 02:00:05 07 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071207-0849-7965

Web Site: naruto

Name:
Address
Phone:
Email:

12/7/2007

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

## Dan Howard

**From:** NCRL - Support [support@ncrl.org]
**Sent:** Tuesday, December 11, 2007 2:01 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** `
**Date:** December 11, 2007 1:31:34 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 21:31:33 11 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071211-3735-3117

Web Site: www.freeporn.com

Name:
Addres.
Phone:
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
------------------------------------

**256**



December 11, 2007



Dear

Your message regarding www.freeporn.com was forwarded to me. I examined this site and it appears to host pornography. With this in mind, we plan to continue to block access to this site with our Internet filter. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Sincerely,

Dan Howard
Director of Public Services

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Monday, December 17, 2007 11:21 AM
**To:**
**Subject:** RE: Filtering Request

COPY

Dear

Your message was forwarded to me. I examined www.freelotto.com and it appears to be a site that hosts gambling. We do not allow access to Internet sites that promote gambling. With this in mind, we plan to continue to block access to www.freelotto.com. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 22:23:58 13 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071213-9253-4731

Web Site: www.freelotto.com

Name: :
Address:
Phone:
Email:

Comment:
please let me evaluate the e-mail user..
www.freelotto.com

The form submited on http://www.ncrl.org/filter.html
IP address is 63.227.190.33

------------------------------------

**Dan Howard** 

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Monday, December 17, 2007 2:28 PM |
| **To:** | 'Dan Howard' |
| **Subject:** | FW: Filtering Request |

I called the number below at 2:26 PM today and was told there was no person named Adrian at this number.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Monday, December 17, 2007 11:24 AM
**To:** 'Dan Howard'
**Subject:** RE: Filtering Request

I tried to call the number below to leave a message. The phone rang, but no voice mail or answering machine answered. (We do not block access to Google)

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:50:40 13 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071213-7358-1716

Web Site: google

Name:
Addre:
Phone
Email:

Comment:
want to be cool

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.109.46
------------------------------------

12/17/2007

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Monday, December 17, 2007 2:31 PM |
| **To:** | . |
| **Subject:** | RE: Filtering Request |

Dear

Your message was forwarded to me. We do not restrict access to Myspace.com and you should be able to access it. I am sorry that you were not able to access this site and regret any inconvenience this may have caused you. If you continue to have trouble getting to this site or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 01:56:15 14 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071214-2220-9403

Web Site: www.myspace

Name:
Addres
Phone:
Email:                                        ı
Comme   .
i think this site should be allowed to people over the age of 13 unless it is a really bad site

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
-----------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Monday, December 17, 2007 2:40 PM
**To:**
**Subject:** RE: Filtering Request

Dear Micah,

Thank you for sending this message. I am sorry that you were not able to access this site. We do not block access to www.tagged.com. We checked it today and we were able to access it. If you continue to experience difficulty with this, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 01:59:27 14 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071214-7412-8626

Web Site: www.tagged.com

Name:
Addres
Phone:
Email:                          n

Comment:
this site is a good site it is not like one of those bad sites but if you allow it it should be for people over the age of 13 that is what i think should be done thanks sincerally

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.104.102
------------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, December 18, 2007 10:58 AM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I examined www.urbanchat.com and it appears to be a site that hosts chat services. The North Central Regional Library does not provide access to chat rooms. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 01:42:24 18 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071218-1790-5686

Web Site: urbanchat.com

Name:
Addres
Phone:
Email:

Comment:
please unblock this e-mail because it isn't harmful in anyway

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**262**

12/18/2007

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, December 18, 2007 11:09 AM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request



Left phone message at 11:08 AM today. (Email was not delivered)

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Tuesday, December 18, 2007 10:58 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** RE: Filtering Request

Dear ▇▇▇▇▇

Your message was forwarded to me. I examined www.urbanchat.com and it appears to be a site that hosts chat services. The North Central Regional Library does not provide access to chat rooms. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 01:42:24 18 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071218-1790-5686

Web Site: urbanchat.com

Name: ▇▇▇▇▇▇▇
Address: ▇▇▇▇▇▇▇▇
Phone: ▇▇▇▇▇▇▇▇
Email: ▇▇▇▇▇▇@▇▇▇▇▇▇

Comment:
please unblock this e-mail because it isn't harmful in anyway

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64

------------------------------------

# Dan Howard

**From:** postmaster@hotmail.com
**Sent:** Tuesday, December 18, 2007 10:58 AM
**To:** dhoward@ncrl.org
**Subject:** Delivery Status Notification (Failure)

**Attachments:** details.txt; Filtering Request (9.34 KB)

 

details.txt (395 B)   Filtering Request
                      (9.34 KB)

This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed.

_____

# Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Wednesday, December 19, 2007 9:04 AM |
| **To:** | 'NCRL Support' |
| **Subject:** | RE: Filtering Request |

Dear ████████

Your message was passed along to me. We currently have runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 22:49:10 18 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071218-5736-2367

Web Site: runescape.com

Name: ████████
Address: ████████
Phone: ████████
Email: ████████

Comment:
its not a bad thing its a game

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Friday, December 21, 2007 9:30 AM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I person identifying herself as ⬛ mother returned my call to ask about the nature of my call to ⬛. She put ⬛ on the phone and I explained who I was and why I was calling. ⬛ asked why Google Images was blocked. I explained that we blocked Google Images because it defeated our filter. ⬛ declined my offer to send her information on image sites not blocked by our filter.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Friday, December 21, 2007 9:20 AM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I called ⬛ at 9:19 AM today and left a message for ⬛ to return my call.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

--------------------------------

Time and Date of Submission: 00:54:37 21 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071221-3454-5319

Web Site: google

Name: ⬛
Address: ⬛
Phone: ⬛
Email: na

Comment:
hi

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150

--------------------------------



# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, December 27, 2007 10:46 AM
**To:** ████████████████
**Subject:** RE: Filtering Request

Dear ████████████

Your message about Yahoo Images was passed along to me. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. We regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:03:16 26 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071226-2487-9308

Web Site: images.search.yahoo.com/search/images?p=d-day&fr=yfp-t-501&toggle=1&cop=mss&ei=UTF-8

Name: ████████████████
Address: ████████████████
Phone: ████████
Email: ████████████████

Comment:
I'm trying to do research for a big history project and needed acces to look up pistures of the Normandy Beaches at the time of the D-day invasion. Please reconsider your blocking this website.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

12/27/2007

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips,** Letters & Numbers, **Art,** Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art,** and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, December 27, 2007 10:55 AM
**To:** ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
**Subject:** RE: Filtering Request

Dear ▌▌▌▌▌

Your message about Google Images was passed along to me. We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors. We regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. While we appreciate hearing your thoughts about library service and encourage you to contact us whenever you need help, please reconsider using the word "gay" in this context in your correspondence with library staff. Some people, such as me, find it offensive and inappropriate. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:08:33 26 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071226-3737-4215

Web Site: google images for gerard way

Name: ▌▌▌▌▌▌▌▌
Address: ▌▌▌▌▌▌▌▌▌▌▌▌▌▌
Phone: ▌▌▌▌▌▌▌
Email: ▌▌▌▌▌▌▌▌▌▌▌▌▌

Comment:
you allow myspace but you dont allow picture of a band that is paltnium and is a #1 seller why are pictures blocked its gay

The form submitted on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------
**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

12/27/2007

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips,** Letters & Numbers, **Art,** Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

**Dan Howard**

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Friday, December 28, 2007 8:56 AM |
| **To:** | ████████████████ |
| **Subject:** | RE: Filtering Request |

Dear ███████

Your message was forwarded to me. I examined Yahoo Messenger and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 21:37:30 27 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071227-8269-4216

Web Site: messanger.yahoo.com

Name: ████████
Address: ████████████████████ 
Phone: ████████████
Email: ████████████████

Comment:
I like the fact I can use the internet at the library, but I think I should be able to have put up messangers on my own laptop with out any problems. I don't like the fact you restrict me from doing so. Its my computer, I understand its your internet, but I want to be albe to put what ever messanger I want on. I can't do that here. Thank you for listing.

Sincerely,

████████████████

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

12/28/2007

# Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Friday, December 28, 2007 8:49 AM |
| **To:** | 'Dan Howard' |
| **Subject:** | FW: Filtering Request |

There is no contact information. www.newgrounds.com was not blocked by our filter when I checked at 8:45 AM today. I checked several links on the site and they were not blocked.


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Thursday, December 27, 2007 8:31 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Begin forwarded message:


**From:** <>
**Date:** December 27, 2007 1:44:21 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 21:44:19 27 December 2007 GMT+0 Pacific Time

Unique Reference Number: 20071227-2621-7566

Web Site: www.newgrounds.com

Name:
Address:
Phone:
Email:

Comment:


12/28/2007

This game can be just a game site as well. I suggest you filter the links that go to the bad areas. The pages with just the games on them do not have bad ads.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64

------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:23 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Tuesday, January 01, 2008 5:54 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** ·
**Date:** December 31, 2007 4:08:46 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 00:08:45 01 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080101-4361-8203

Web Site: North CEntral Regional Library

Name:
Addres
Phone:
Email:

Comment:
I am trying to register formy clearhousesweepstakes. I don't want to miss out. thanks. Time limit.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.96.4

------------------------------------

**Celeste M. Monroe**

From: Dan Howard [dhoward@ncrl.org]
Sent: Wednesday, January 02, 2008 10:02 AM
To:
Subject: RE: Filtering Request

Dear

Your message was passed along to me. What Internet site are you having difficulty accessing?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 00:08:45 01 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080101-4361-8203

Web Site: North CEntral Regional Library

Name: :
Address:
Phone:
Email:

Comment:
I am trying to register formy clearhousesweepstakes. I don't want to miss out. thanks. Time limit.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.96.4
------------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:23 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Wednesday, January 02, 2008 2:50 PM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. When I checked this site this afternoon, it was not blocked by our filter. If it was blocked earlier, we regret any inconvenience this may have caused you. If you continue to have difficulty accessing this site on library computers, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 20:01:15 02 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080102-7203-9297

Web Site: pch.com

Name:
Addres
Phone:
Email:

Comment:
publishers clearing house is not spam

2/22/2008

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.65
------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, February 21, 2008 4:24 PM

**To:** Celeste M. Monroe

**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Monday, January 07, 2008 1:43 PM
**To:** .
**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We reviewed www.pcthandbook.com and asked the company that
provides our Internet filter to reclassify it. It should no longer be blocked by our filter. We regret any
inconvenience this may have caused you. If you continue to experience problems or want to discuss this in more
detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


------------------------------------
Time and Date of Submission: 23:06:44 04 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080104-7892-0874

Web Site: www.pcthandbook.com

Name:
Address
Phone:
Email:

Comment:
www.pcthandbook.com is not Pornography.  Please have thid removed from your blocked list.


2/22/2008                                                                        **281**

Thank you.

Forrest Kelly

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.105.174
----------------------------------

**Celeste M. Monroe**

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Thursday, February 21, 2008 4:24 PM |
| **To:** | Celeste M. Monroe |

**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL - Support [mailto:support@ncrl.org]
**Sent:** Saturday, January 05, 2008 2:43 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

I checked the site out and I agree with the patron that it is not porn. I have submitted a request to Fortiguard for re-classification. I have not contacted the patron nor changed anything on our filters.

BW

Begin forwarded message:

Web Site: www.pcthandbook.com

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:24 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Monday, January 07, 2008 1:46 PM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I have no contact information for the filter message below.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Monday, January 07, 2008 1:33 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Begin forwarded message:

**From:** <>
**Date:** January 7, 2008 12:38:41 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------

Time and Date of Submission: 20:36:56 07 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080107-0743-6087

Web Site: www.runescape.com

Name: }
Address
Phone:
Email:

Comment:
please allow runescape to play

The form submited on http://www.ncrl.org/filter.html
IP address is 63.135.53.237
------------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:24 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Monday, January 07, 2008 2:22 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Dan

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: www.stevehaworth.com/
Category: Adult Materials

To have the rating of this web page re-evaluated please click here.

Powered by FortiGuard.
Begin forwarded message:

**From:** <>
**Date:** January 7, 2008 2:15:50 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 22:14:05 07 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080107-4292-9833

Web Site: http://www.stevehaworth.com/

286

Name: '
Addres
Phone:
Email:

Comment:
Steve Haworth is a Body modification Specialist


The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
-----------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:24 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, January 09, 2008 6:37 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:**
**Date:** January 8, 2008 6:43:50 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 02:42:05 09 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080109-2049-8811

Web Site: google images

Name:
Addres
Phone:
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.109.46

------------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:25 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, January 10, 2008 6:34 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** <
**Date:** January 9, 2008 5:56:09 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 01:54:24 10 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080110-2541-1395

Web Site: to look at pictures

Name: :
Address:
Phone:
Email:

Comment:
i can not look at pictures i need to print out and i not shure why but its been like that for a while now well please fix it thanks alot

2/22/2008

teonna

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:25 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Monday, January 14, 2008 10:44 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: www.mostbeautifulman.com/
Category: Adult Materials

To have the rating of this web page re-evaluated please click here.

Begin forwarded message:

**From:** .n>
**Date:** January 14, 2008 10:40:06 AM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 18:38:21 14 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080114-4785-0690

Web Site: Mostbeautifulman.com

Name:
Address
Phone:
Email:

2/22/2008

Comment:
Please, this site is fun and I am unable to print pictures at my house. I can here to do it and the site is blocked! Please rethink the blocking of this site. PLEASE!

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
-----------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Monday, January 14, 2008 2:20 PM
**To:**
**Subject:** RE: Filtering Request

Dear !

We examined Mostbeautifulman.com today and found no reason for it to be blocked. We have unblocked it and you should have no further problems accessing it. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 18:38:21 14 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080114-4785-0690

Web Site: Mostbeautifulman.com

Name:
Addres
Phone:
Email:

Comment:
Please, this site is fun and I am unable to print pictures at my house. I can here to do it and the site is blocked! Please rethink the blocking of this site. PLEASE!

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
------------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Wednesday, January 16, 2008 10:16 AM

**To:** 'Dan Howard'

**Subject:** FW: Filtering Request

*COPY*

I have no contact information for this request and cannot contact the patron requesting the review. I examined the site and it includes such sections as: "Shortcuts to Discovering New Ways to Break into Computers." It appears to be appropriately classified as a "hacking" site and is appropriately blocked.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-------------------------------------
Time and Date of Submission: 20:59:22 15 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080115-9567-0698

Web Site: happyhacker.org

Name:
Address:
Phone:
Email:

Comment:
there is nothing bad on this site it is just comenly misunderstud

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
-------------------------------------

**295**

1/16/2008

**Celeste M. Monroe**

From: Dan Howard [dhoward@ncrl.org]

Sent: Wednesday, January 16, 2008 1:53 PM

To:

Subject: RE: Filtering Request

Dear :

Your message was forwarded to me. Can you tell me more about the problem you are experiencing? Is there a specific site that you are unable to access?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 23:46:20 15 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080115-0305-5936

Web Site: rune quest

Name: (
Address:
Phone:
Email:

Comment:
ok i would like to get on a game on these computers because we do not have a computer at our house.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.109.46
------------------------------------

2/22/2008

**Celeste M. Monroe**

From:     Dan Howard [dhoward@ncrl.org]
Sent:     Thursday, February 21, 2008 4:25 PM
To:       Celeste M. Monroe
Subject:  FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, January 16, 2008 12:09 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

This is from Renee in ILL.

Begin forwarded message:

**From:** ·
**Date:** January 16, 2008 11:57:11 AM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 19:55:26 16 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080116-0812-8316

Web Site: electricraystanning.com

Name:
Address:
Phone:
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150

-----------------------------------

**Dan Howard**

| | |
|---|---|
| **From:** | Kody Dove [kodydove@yahoo.com] |
| **Sent:** | Saturday, January 19, 2008 2:05 PM |
| **To:** | Dan Howard |
| **Subject:** | Re: Filtering Request |

thank you hor the info.

----- Original Message ----
From: Dan Howard <dhoward@ncrl.org>
To:
Sent: Friday, January 18, 2008 5:09:04 PM
Subject: RE: Filtering Request

Dear Mr. Dove,

Your message was passed along to me. We currently have Runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock Runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 01:56:41 17 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080117-8253-7640

Web Site: runescape.com

Name:
Address
Phone:
Email:

Comment:
this is a great web sit that teaches people many things

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

Never miss a thing. Make Yahoo your homepage.

**299**

1/21/2008

1

## Dan Howard



**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, January 24, 2008 1:40 PM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

I called the number below several times today, but phone was unanswered and there was not answering machine or voicemail.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Tuesday, January 22, 2008 5:20 PM
**To:**
**Subject:** RE: Filtering Request

Dear .

Your message about Ask.com was passed along to me. We currently block access to the images search on Ask.com because it disables our Internet filter, allowing access to materials that may be harmful to minors. We regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------

Time and Date of Submission: 23:39:41 19 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080119-5328-6704

Web Site: www.ask.com

Name:
Addres
Phone:
Email:

**300**

1/24/2008

Comment:
can`t see pitures of air jordan

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**

**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab. select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**301**

1/24/2008

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

**Dan Howard**

| | |
|---|---|
| **From:** | automated-response@peoplepc.com |
| **Sent:** | Tuesday, January 22, 2008 5:20 PM |
| **To:** | Dan Howard |
| **Subject:** | Re: RE: Filtering Request |

This is an automatic reply to your email message to .

This email address is protected by PeoplePC spaminator. Your email message has been redirected a "Suspect Email" folder for                              In order for your message to be moved to this recipient's Inbox. he or she must add your email address to a list of allowed senders.

Click the link below to request that ·                              add you to this list.

https://webmail.peoplepc.com/wam/addme?a=          .      _ _.          &id=1jhuhqzJ3Nl3qO1

## Dan Howard

| | |
|---|---|
| **From:** | Dan Howard [dhoward@ncrl.org] |
| **Sent:** | Tuesday, January 22, 2008 5:20 PM |
| **To:** | |
| **Subject:** | RE: Filtering Request |

Dear ⁄      .,

Your message about Ask.com was passed along to me. We currently block access to the images search on Ask.com because it disables our Internet filter, allowing access to materials that may be harmful to minors. We regret any inconvenience this may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter. I have copied information about other image sites available via our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------

Time and Date of Submission: 23:39:41 19 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080119-5328-6704

Web Site: www.ask.com

Name:
Addre:
Phone:
Email:

Comment:
can`t see pitures of air jordan

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
-----------------------------------


**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**


**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by

304

subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.

**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art,** and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island**: http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian**: http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian
Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

306

## Dan Howard

**From:** automated-response@peoplepc.com
**Sent:** Tuesday, January 22, 2008 5:20 PM
**To:** Dan Howard
**Subject:** Re: RE: Filtering Request

This is an automatic reply to your email message to

This email address is protected by PeoplePC spaminator. Your email message has been redirected a "Suspect Email" folder for                              order for your message to be moved to this recipient's Inbox, he or she must add your email address to a list of allowed senders.

Click the link below to request that                              add you to this list.

https://webmail.peoplepc.com/wam/addme?                              l=1jhuhqzJ3Nl3qO1

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, January 24, 2008 1:36 PM
**To:**
**Subject:** RE: Filtering Request

Dear Mr. Preston,

Your message was forwarded to me. I examined http://firstthings1st.com/ today and have determined that it should not be blocked by our Internet filter. We will contact the company that provides our filter today and have it unblocked. We regret any inconvenience this may have caused you. If you continue to experience problems accessing this site or would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

------------------------------------
Time and Date of Submission: 20:33:12 24 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080124-0837-0184

Web Site: http://firstthings1st.com/

Name:
Address:
Phone:
Email:

Comment:
This is the first time of my experienceing this kind of: ....... request a re-evaluation, at any libruary.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------

1/24/2008

## Dan Howard



**From:**   Dan Howard [dhoward@ncrl.org]
**Sent:**   Thursday, January 24, 2008 2:45 PM
**To:**
**Subject:** RE: Filtering Request

Dear

I hope that you received the message I sent to you earlier today. This site should be unblocked soon. If you would like to discuss this, please do not hesitate to call me. You can reach me toll-free at 1-800-426-7323.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

-----------------------------------
Time and Date of Submission: 22:05:21 24 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080124-0379-4432

Web Site: http://firstthings1st.com/

Name:
Addres:
Phone: .
Email: ₂

Comment:
This is the first time ever at any place of business that we Have gottten:

Web Page Blocked:

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: firstthings1st.com/
Category: Gambling

To have the rating of this web page re-evaluated please click here.

-----------------------------------------------------------------------------

Powered by FortiGuard.

**309**

1/24/2008

but we do not have Gambling at all on our site as such, because it has always been a non-profitable ministry,

but please! we do encourage you all to check our site out for yourself, a.s.a.p. so that this matter can be settle with N.C.R.L.

but do reply a.s.p.a.p.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------

310

**Celeste M. Monroe**

**From:**    Dan Howard [dhoward@ncrl.org]
**Sent:**    Thursday, February 21, 2008 4:29 PM
**To:**      Celeste M. Monroe
**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Friday, January 25, 2008 2:26 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

There is not any patron info and all the sites I tried accessing were available regarding the request. I also called Cashmere within two minutes of receiving the request and the librarian was unable to locate the patron that made the request.

BW

Begin forwarded message:


**From:** <>
**Date:** January 25, 2008 2:00:54 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 22:00:54 25 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080125-0924-6419

Web Site: tech n9ne

Name:
Address:
Phone:
Email:

**311**

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.110.201
-----------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:30 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, January 30, 2008 8:58 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Dan this is a proxy avoidance site.

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: popupmoney.info/
Category: Proxy Avoidance

To have the rating of this web page re-evaluated please click here.

Powered by FortiGuard.
Begin forwarded message:

**From:** <>
**Date:** January 29, 2008 7:29:03 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Hey!

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 03:29:02 30 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080130-9244-6707

Web Site: popupmoney.info

Name: .

Address·
Phone: '
Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
------------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, January 31, 2008 9:45 AM
**To:** 'Dan Howard'
**Subject:** FW: Filtering Request

There is no contact information. A search of Horizon using the phone number yields no results. I cannot contact this patron.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, January 30, 2008 5:08 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Begin forwarded message:

**From:** <>
**Date:** January 30, 2008 3:34:50 PM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Hey!

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 23:34:50 30 January 2008 GMT+0 Pacific Time

Unique Reference Number: 20080130-4370-9658

Web Site: goole

Name.
Address:
Phone:
Email:

Comment:
please

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.99.93
------------------------------------

**315**

1/31/2008

**Celeste M. Monroe**

From: Dan Howard [dhoward@ncrl.org]
Sent: Thursday, February 21, 2008 4:31 PM
To: Celeste M. Monroe
Subject: FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

From: Dan Howard [mailto:dhoward@ncrl.org]
Sent: Monday, February 04, 2008 8:32 AM
To: ‹
Subject: RE: Filtering Request

Dear

Your message was forwarded to me. I checked out www.maxgames.com today and it does not appear to be blocked by our filter. I tried out two games, "Mouse Maze" and "Smiley's War" and was able to play them. Please tell me more about your experience and we will do our best to address any problems we encounter.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

From: NCRL Support [mailto:support@ncrl.org]
Sent: Saturday, February 02, 2008 2:23 PM
To: Dan Howard
Subject: Fwd: Filtering Request


Begin forwarded message:


From:
Date: February 2, 2008 1:41:25 PM PST
To: support@ncrl.org
Subject: Filtering Request

Here is a filtering request somebody made...

-----------------------------------

Time and Date of Submission: 13:41:25 02 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080202-6095-7710

Web Site: maxgames

Name:
Addres
Phone:
Email:

Comment:
this game website is for enterainment for younger kids to have fun.  thanks

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
-----------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:33 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Monday, February 04, 2008 8:34 AM
**To:** ‹
**Subject:** RE: Filtering Request

Dear I

Your message was forwarded to me. We currently have Runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock Runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Saturday, February 02, 2008 2:24 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:**
**Date:** February 2, 2008 1:59:01 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

**318**

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 13:59:01 02 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080202-2825-4241

Web Site: runescape

Name:
Addres
Phone:
Email:

Comment:
I don't see why it shoud be blocked.It is fun and so we shoud be able to play it all the time.It is not fare
why we can't play this website.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
-----------------------------------

# Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 07, 2008 10:38 PM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. We currently have Runescape blocked at some of our library branches because it causes our computers to crash. For example, when one person starts playing on this site using one computer, it causes that computer to lose its connection with other computers in that same library branch, causing those computers to crash. We are working hard to solve this problem and we hope to be able to unblock Runescape soon. Until we solve this, we will have to keep it blocked. We know that this is a popular site and we regret any inconvenience this may cause you.

Best Regards,

Dan Howard
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

---

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, February 07, 2008 10:30 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

From WPL

Begin forwarded message:

**From:**
**Date:** February 7, 2008 10:23:05 AM PST
**To:** support@ncrl.org
**Subject: Filtering Request**

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 10:23:04 07 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080207-0779-7288

Web Site: runescape.com

Name:
Address:

**320**

2/7/2008

Phone:
Email: _____

Comment:
this websight isnt a bad game its really fun and i used to b able to play it here

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
-----------------------------------

2/7/2008

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:33 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request


Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Sunday, February 10, 2008 10:13 PM
**To:** ·
**Subject:** RE: Filtering Request

Dear N

Your message about MSN Messenger was forwarded to me. I examined it and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging. We regret any inconvenience this may cause you. We do allow access to email services such as Yahoo! Mail and Hotmail and you may want to use such services to communicate with others. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122


**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Saturday, February 09, 2008 2:34 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request


Begin forwarded message:

From:
Date: February 9, 2008 2:21:57 PM PST
To: support@ncrl.org

**322**

**Subject: Filtering Request**

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 14:21:57 09 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080209-0451-4436

Web Site: msn messanger

Name: ·
Addres
Phone.
Email·

Comment:
this is my favoret site

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
-----------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Tuesday, February 12, 2008 10:58 PM
**To:**
**Subject:** RE: Filtering Request

Dear ·

Your message was forwarded to me. I checked www.ourfamily-web.com/ today and found that our Internet filter does block it because it thinks that it contains "Malware." We regret any inconvenience this may cause you. When the filter does not block it, I still am unable to access the site for review because it is "Under construction." Will I be able to access it soon? If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

---

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Tuesday, February 12, 2008 8:56 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Web Page Blocked

You have tried to access a web page which is in violation of the North Central Regional Library's Internet Usage Policy.

URL: www.ourfamily-web.com/
Category: Malware

To have the rating of this web page re-evaluated please click here.

Powered by FortiGuard.

Begin forwarded message:

**From:**
**Date:** February 11, 2008 3:42:18 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Here is a filtering request somebody made...

-----------------------------------
Time and Date of Submission: 15:42:18 11 February 2008 GMT-8 Pacific Time

2/13/2008

Unique Reference Number: 20080211-3779-4661

Web Site: www.ourfamily-web.com

Name: .
Address:
Phone:
Email: ͟

Comment:
If you could review that, cause that is our family's website of what everone has done..

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
----------------------------------

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Thursday, February 14, 2008 3:30 AM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I am unable to locate the exact site for "pix place 4 verizon phones." Please tell me more about the problem you are experiencing. What site are you having trouble accessing?

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

---

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Tuesday, February 12, 2008 6:14 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:**
**Date:** February 12, 2008 4:13:05 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 16:13:05 12 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080212-1415-0432

Web Site: its pix place 4 verizon phones

Name:
Address:
Phone:
Email:

2/14/2008

Comment:
thay block bad pix no nud or lud photos

The form submited on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:44 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards.

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Saturday, February 16, 2008 11:41 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Google Image request

Begin forwarded message:

**From:**
**Date:** February 16, 2008 10:56:46 AM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Here is a filtering request somebody made...

-----------------------------------

Time and Date of Submission: 10:56:46 16 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080216-7067-9218

Web Site: images.google.com/imgres?imgurl=http://www.automundo.com/industria/v_Chevrolet-Logo-blaueSchriftklein_640x365.jpg&imgrefurl=http://www.automundo.com/webnueva/noticiasindustria/noticia10.htm&h=257&w=450&sz=13&tbnid=Xt79N46o_mbSJM:&tbnh=73&tbnw=127&prev=/images%3Fq%3Dchevy%2Blogo%26um%3D1&start=2&sa=X&oi=images&ct=image&cd=2

Name:
Addres
Phone:

Email:

Comment:

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:45 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Tuesday, February 19, 2008 9:02 PM
**To:**
**Subject:** RE: Filtering Request

Dear '

Your message was forwarded to me. If I understand correctly, you are having difficulty accessing Google Images.
We currently block access to this site because it disables our Internet filter. We regret any inconvenience this
may cause you. North Central Regional Library provides only filtered access to the Internet and we cannot allow
access to any site that disables our Internet filter. I have copied information about other image sites available via
our homepage at www.ncrl.org that are not blocked by our filter at the bottom of this message. I hope this
information is useful to you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Saturday, February 16, 2008 11:41 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Google Image request

Begin forwarded message:

**From:** '
**Date:** February 16, 2008 10:56:46 AM PST

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 10:56:46 16 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080216-7067-9218

Web Site: images.google.com/imgres?imgurl=http://www.automundo.com/industria/v_Chevrolet-Logo-blaueSchriftklein_640x365.jpg&imgrefurl=http://www.automundo.com/webnueva/noticiasindustria/noticia10.htm&h=257&w=450&sz=13&tbnid=Xt79N46o_mbSJM:&tbnh=73&tbnw=127&prev=/images%3Fq%3Dchevy%2Blogo%26um%3D1&start=2&sa=X&oi=images&ct=image&cd=2

Name:
Address
Phone:
Email:

Comment:


The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.64
------------------------------------

**Image Sites available via NCRL's Licensed Databases at www.ncrl.org:**


**EbscoHost** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with Kids Search and searchasaurus.)

**Kids Search** – Access through Online Resources tab, select "Images" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Searchasaurus.)

**Searchasaurus** – Access through Online Resources tab, select "Pictures" from the menu bar, and search by subject. (Shares an image file with EbscoHost and Kids Search.)

**E-Library** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures included in the print version.

**E-Library Elementary** – Access through Online Resources tab, select "Pictures" from the menu bar to search for still photos or "Audio/Video" to view film clips. Type search term in the text box and click on "Search". Click on Reference Desk, then Browse Reference Desk Publications, for access to articles from a variety of sources, including DK's Eyewitness Books, which include many of the pictures

included in the print version.

**CultureGrams** – Access through Online Resources tab. Includes good maps, state and country flags, and photographs of scenes in each country/state/province.

**Gale e-Books** – Access from Online Resources tab. Each contains all the illustrations found in the print versions. Topics include animals, clothing styles, and body systems.


**Librarian Selected Sites:**

**Librarian's Internet Index** – Access through Online Resources tab or at http://lii.org/ A search for *clip art* produced 69 hits, including two large collections, listed below, and a number of topical sites with related clip art.

**Discovery School's Clip Art Gallery:** http://school.discoveryeducation.com/clipart/
Choose from hundreds of original **clip art** pieces, including animations. Teachers, parents, students, or any youth-minded organization could dress up their work with these graphics, which are organized into specific categories: Animated **Clips**, Letters & Numbers, **Art**, Logos & Mascots, Sports, School portal site includes links to Dictionary Plus, Puzzlemaker, Science Fair Central, and others.

**Classroom Clipart:** http://classroomclipart.com/
This site contains over 20,000 photographs, **clip art**, and historical images designed for educational purposes. Searchable, or browsable by topical areas.

**Internet Public Library:** http://ipl.org/
A search for *clip art* produced over 500 hits, including one large collection, listed below, and a number of topical sites with related clip art.

**Free Clip Art Island:** http://www.freeclipartisland.com/
Although marred by a substantial amount of on-line advertising, this is still one of the largest collections of Original Free Clip Art on the internet organized into 300+ categories. Click on "Category Map" to browse the categories, then on "Page _" once you've identified a topic of interest.

Other

**Encyclopedia Smithsonian:** http://www.si.edu/Encyclopedia_SI/
Includes information, images, and on-line exhibits from the extensive collections of the Smithsonian Institution. One particularly attractive section is the Animal Slide Show:
http://nationalzoo.si.edu/Animals/PhotoGallery/

## Celeste M. Monroe

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, February 21, 2008 4:45 PM
**To:** Celeste M. Monroe
**Subject:** FW: Filtering Request

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** Dan Howard [mailto:dhoward@ncrl.org]
**Sent:** Tuesday, February 19, 2008 10:27 PM
**To:** 'arkaine_deao@hotmail.com'
**Subject:** RE: Filtering Request

Dear Mr Redd,

Your message was forwarded to me. We have examined this site and we agree that it should not be blocked. We will unblock it immediately. If you continue to experience difficulty accessing this site or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Saturday, February 16, 2008 12:43 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

The URL http://animecubed.com/ is rated in FortiGuard Web Filtering 2.0, as
* Category: Adult Materials

Begin forwarded message:

**From:** '
**Date:** February 16, 2008 12:29:50 PM PST
**To:** support@ncrl.org

2/22/2008

**Subject: Filtering Request**

Here is a filtering request somebody made...

-------------------------------------
Time and Date of Submission: 12:29:50 16 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080216-9741-8304

Web Site: animecubed.com

Name: !
Address:
Phone:
Email:

Comment:
I don't know why this website has been blocked. I've searched this site thoroughly and I am absolutely sure that there is no pornographic material, no overly violent material, and no drug-related material of any sort. I humbly request this site be unblocked, so that people without regular internet access may enjoy it.

The form submited on http://www.ncrl.org/filter.html
IP address is 66.172.98.62
-------------------------------------

**Celeste M. Monroe**

**From:** Dan Howard [dhoward@ncrl.org]

**Sent:** Wednesday, February 20, 2008 2:42 PM

**To:**

**Subject:** RE: Filtering Request

Dear

Your message was forwarded to me. I examined the Internet site http://www.321teenchat.com/ and found it to be a site that supports chat services. The North Central Regional Library does not provide access to chat rooms. With this in mind, we will continue to block access to http://www.321teenchat.com/. We regret any inconvenience this may cause you. If you would like to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Wednesday, February 20, 2008 12:40 PM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

Begin forwarded message:

**From:** <carlosjaimebrat@myspace.com>
**Date:** February 20, 2008 12:33:44 PM PST
**To:** support@ncrl.org
**Subject:** Filtering Request

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 12:33:44 20 February 2008 GMT-8 Pacific Time

Unique Reference Number: 20080220-5465-5228

Web Site: 321teenchat

Name:
Address
Phone
Email:

335

Comment:
this should be alowed on the libraries computer system.

The form submited on http://www.ncrl.org/filter.html
IP address is 64.139.97.76
------------------------------------

# Exhibit FFF

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/1/2007 | No (MSRF) | Yahoo instant messenger | "I belong to a group & the only way I can reach others in my group is through Yahoo messenger" | 10/2/07, 4:00 pm (phone) 10/3/07 (mail) | Next day | Dan Howard | Phone call, letter | Instant Messaging | Request denied | Web site blocked as instant messaging, and because site requires users to download software |
| 2 | 10/9/07, 1:07 pm | Yes | craigslist.com | "a good buy and sell site now with a e wash listing" | 10/9/07, 2:55 pm | 1 hr., 48 min. | Dan Howard | Email | ? | Request denied | "We currently block access to [Craigslist.org] due to some of the content, which may be harmful to minors. We are aware that this site is very popular, particularly the classified advertisements. However, some of the 'Personal' ads contain images that are pornographic. With this in mind, we plan to continue to block access to this site...." |
| 3 | 10/10/07, 9:15 am | Yes | FOR FIVEHUNDRED DOLLAR WAL-MART GIFT CARD | "i THINK THIS WOULD BE WONDERFUL TO HAVE FOR MY FAMILY TO SHOP PLUS CHRISTMAS COMINING UP SOONERTHEN WE THINK." | 10/10/07, before 10:08 am | 53 min. | Dan Howard | Phone call | ? | Patron indicated she "must have messed up," as site was not actually blocked | N/A |
| 4 | 10/10/07, 10:00 am | Yes | craigslist | "I use craigslist to find good deals on just about anything you might need. it is also an excellent place to list things you want to sell." | 10/10/07, 11:09 am | 1 hr., 9 min. | Dan Howard | Email | ? | Request denied | See #2 above |
| 5 | 10/10/07, 10:03 am | Yes | yahoo.com | "yahoo.com is a restricted website?????" | 10/10/07, 11:38 am | 1 hr., 35 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 6 | 10/10/07, 10:06 am | Yes | North Central regional Library | "Just as a test I tried to go to your website and was unable to. There obviously is some sort of problem here." | 10/10/07, 11:31 am | 1 hr., 25 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 7 | 10/10/07, 12:50 am | Yes | pitbuls | None | N/A | N/A | N/A | NCRL had no contact info for patron | ? | N/A | N/A |
| 8 | 10/10/07, 11:43 pm | Yes | www.mkcphotgraphy.phanfare.com | "I am seven months pregnant and wanting to get information about local maternity photographers. This website is one of the top recommended I have come across. I have not been able to locate a phone number for this photographer either. It would be of great help to check out the photographer's work and contact him/her. Thank you." | 10/11/07, 4:13 pm | 1 day, 2 hr., 30 min. | Dan Howard | Email | ? | Site not blocked | N/A |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 10/10/07, 3:52 pm | Yes | ask.com | "so old school" | 10/11/07, 3:51 pm | 23 hr., 59 min. (next day) | Dan Howard | Email | ? | "Ask.com should not be blocked by our Internet filter and we may be experiencing some other problem. We will investigate this right away and we'll get back to you soon...." | N/A |
| 10 | 10/10/07, 4:49 PM | Yes | yahoo.com | "No problems getting on this web site. Okanogan" | ? | ? | ? | ? | ? | ? | ? |
| 11 | 10/11/07, 12:06 pm | Yes | runescape | None | 10/11/07, 4:27 pm | 4 hr., 21 min. | Dan Howard | Email | ? | Request denied | Runescape was causing NCRL's computers to crash. "We are working hard to solve this problem and we hope to be able to unblock runescape soon." |
| 12 | 10/11/07, 1:12 pm | Yes | http://www.craigslist.org | "Craigslist is an open forum that posts jobs, things for sale, and other useful items based on city/location. To deny this site is to deny people opportunities to resources. If the concern is over the particulars of their Personals section, that is listed under a link that can be blocked." | 10/11/07, 4:35 pm; 10/12/07, late afternoon or evening | 3 hr., 23 min. 1.5 days | Dan Howard | Email | ? | Request initially denied, but NCRL indicated it would attempt to block only personals section of Web site; NCRL unblocked Craigslist (except personal section) by late afternoon or evening on 10/12/07 | With regard to initial denial of access, see #2 above |
| 13 | 10/11/07, 3:10 pm | Yes | yahoo images | "I think it should be allowed for usage on school reports." | 10/11/07 (mail) | Same day as request, but by mail | Dan Howard | Letter | Image Search | Request denied | "We do block Yahoo Images with our filter. When we did not block it in the past, we found that our filter was completely disabled...." |
| 14 | 10/12/07, 11:34 am | Yes | http://www.keyart promotions.com | "My site. Nothing offensive at all. I'd appreciate being able to access it while at the library, thank you." | 10/12/07, 1:31 pm | 1 hr., 57 min. | Dan Howard | Email | ? | Request granted | None given |
| 15 | 10/12/07, 1:17 pm | Yes | artbyjohndan.com | "Another of my sites. Completely non-offensive, mostly abstract art. Kindly permit." | 10/12/07, 2:03 pm | 46 min. | Dan Howard | Email | ? | Request granted | None given |
| 16 | 10/14/07, 2:54 pm | Yes | Paypal | None | 10/15/07, 8:21 am | 17 hr., 27 min. (next day) | Dan Howard | Email | ? | Site was blocked, but shouldn't have been | N/A |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 10/15/07, 4:00 pm | Yes | teen chat | "not happy" | 10/16/07, 10:17 am | 18 hr., 17 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 18 | 10/15/07, 4:31 pm | Yes | runescape | None | 10/16/07, 10:26 am | 17 hr., 55 min. (next day) | Dan Howard | Email | ? | Request denied | See #11 above |
| 19 | 10/16/07, 4:29 pm | Yes | WWW.CRAIGSLIST.COM | "ME AND A FEW FREINDS ARE IN THE MARKET FOR A CARS AND THIS IS THE ONLY WEBSITE THAT OFFERS LOCAL LISTINGS AND HONEST SELLERS BUT WE CAINT ACCESE IT. CAN YOU DE-BLOCK THIS SITE THANK YOU" | 10/17/07, 8:03 am | 15 hr., 34 min. (next day) | Dan Howard | Email | ? | NCRL was only blocking part of Craigslist, and patron should have been able to access classified ads | N/A |
| 20 | 10/16/07, 5:49 pm | Yes | msn.com/instant messaging | "Hi, I am 15 years old, and I am requesting that you reconsider the blockage of Msn messaging. This is the only outlet of speaking to my friends during the weekends since I haven't got a phone, and We do not have Internet at home. I need this in order to speak with friends (responsibly of course) and to be able to communicate with them about things going on in the future. This would help me out a lot. Please reconsider. Thanks...." | 10/17/07, 2:47 pm | 20 hr., 58 min. (next day) | Dan Howard | Email | Instant Messaging | Request denied | "We currently do not allow access to sites that support instant messaging.... You may want to consider using email to communicate withy your friends. We do not block email sites...." |
| 21 | 10/22/07, 2:55 pm | Yes | www.google.com/ images | "can you re open google images it is a safe place to find images for my scrape booking mayby with a filter or something if bad content is a worrie thank you" | 10/24/07, 11:51 am | 1 day, 20 hr., 56 min. | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors..... North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter...." |
| 22 | 10/23/07, 3:44 pm | Yes | google image search | "i am a good boy and i look only for images that are about wal-mart and disney charectors" | 10/25/07, 10:43 am | 1 day, 18 hr., 59 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 23 | 10/24/07, 9:59 am | Yes | www.runescape.com | None | 10/24/07, 11:55 am | 1 hr., 56 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 24 | 10/24/07, 2:54 pm | Yes | "lamborghini logo" and "Cizeta logo" | None | 10/25/07, 9:24 am | 18 hr., 30 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 25 | 10/24/07, 6:37 pm | Yes | www.google.com | None | 10/25/07 (by mail) | Next day, but by mail | Dan Howard | Letter | ? | Site not blocked | N/A |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 10/28/07, 2:23 pm | Yes | www.runescape.com | "its fun and you will have more peole viseting" | 10/29/07 (by mail) | Next day, but by mail | Dan Howard | Letter | ? | Request denied | See #11 above |
| 27 | 10/28/07, 2:44 pm | Yes | google images | None | 10/29/07, 8:31 am | 17 hr., 47 min. (next day) | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 28 | 11/5/07, 3:18 pm | Yes | my cursors | "please my friend needs a cursor for her comp. bye!!!! ;)" | 11/6/07, 8:58 am | 17 hr., 40 min. (next day) | Dan Howard | Email | ? | www.mycursors.com not blocked | N/A |
| 29 | 11/6/07, 5:17 pm | Yes | google.com | "need pic of one" | 11/7/07, 10:51 am | 17 hr., 34 min. (next day) | Dan Howard | Email | Image Search (presumably) | Request to access Google Image Search denied | See #21 above |
| 30 | 11/9/07, 9:00 am | No (MSRF) | Flickr -- Shared Photos | Patron saw nude picture of Leif Garratt as small boy, and nude pictures of adult men with Leif Garratt's face (as 13- or 14-year-old) attached to the bodies; "it was like looking at child porn of my Childhood Idol and it made me sick." | 11/11/07, 11:00 am | 2 days, 2 hrs. | Dan Howard | Phone | ? | Flickr is not blocked by NCRL's filter | "A review of Flickr Community Guidelines suggests that they do not allow the posting of photos containing nudity or illegal material...." |
| 31 | 11/10/07, 12:16 pm | Yes | www.aim.com | "I don't see any point to block that page since I am an adult and there is nothing explicit or anything. So please unblock this page since I only have access to the computer is at the library. So please unblock this page, thank you." | 11/13/07, 9:26 am | 2 days, 21 hr., 10 min. | Dan Howard | Email | Instant Messaging | Request denied | "I examined www.aim.com and it appears to be a site that hosts instant messaging services. The North Central Regioal Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 11/10/07, 12:41 pm | Yes | www.meebo.com | "There is another website that blocked too. Please and please unblock another website that contains instant messaging, they are not downloading programs, it is based on javascript. Some people that doesnt have the computer, they can use it from library but they can't have any access. its not right, we should be playing fair. We should have any access. That website is not pornographic or whatever, it is safe. So please not being nonsense and unblock these website that is based on javascript. thank you." In a subsequent email: "My point is, what aout an adult? They still cannot have a access to chatroom anyway? I moved in wenatchee valley from Sultan, their library does have the access and now you don't allow? What kind of rule is that. And why? I am deaf and can't talk on the phone! I only have a access to the meebo.com or aim to get a easy access conversation than the emails does. Please understand that. Thank you." | 11/13/07, 9:35 am | 2 days, 20 hr., 54 min. | Dan Howard | Email | Instant Messaging | Request denied | "I examined www.meebo.com and it appears to be a site that hosts instant messaging services. As I mentioned in a previous message, the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |
| 33 | 11/10/07, 3:02 pm | Yes | google image search | "Not sure I understand why this is blocked. People that want to find pictures of 'inappropriate' things can find them without the image search. If they are motivated to do so, they will. Kind of like every other illegal activity. Please don't make life more difficult for the 99.5% of people using the library resources in an acceptable manner (for instance, using the image search to study for anatomy and physiology)." | 11/13/07, 9:41 am | 2 days, 18 hr., 39 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 34 | 11/13/07, 11:21 am | Yes | yahoo/messenger.com | "I am wondering why yahoo.messenger can not be used I use it to talk to my mother over the internet because it is long distance and this is how I talk to her" | 11/13/07, 1:27 pm | 2 hr., 6 min. | Dan Howard | Email | Instant Messanging | Request denied | "I examined Yahoo's messenger service at http://messenger.yahoo.com and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 11/13/07, 1:04 pm | Yes | www.norther nquest.com | "Prior to today I have been to access this particular website using the library however, today it is restricted. I am currently unemployed and am seeking employment opportunities from surrounding tribal casinos that include Northern Quest & Couer d' Alene. The most current positions are listed on the websites (including job applications to download) and upon review there is no gambling options available or listed. Each provides information such as events, promotions and employment opportunities. I do not have a computer at home and i have found the GCD Library to be a tremendous asset in my continued search for employment.Thank you." | 11/13/07, 1:49 pm 11/13/07 (by mail) | 45 min. | Dan Howard | Email and letter | Gambling (presumably) | Request granted | None given |
| 36 | 11/13/07, 4:57 pm | Yes | google images | None | 11/14/07 (by mail) | Next day (but by mail) | Dan Howard | Letter | Image Search | Request denied | See #21 above |
| 37 | 11/15/07, 12:45 pm | Yes | ask.com | "old school" | 11/16/07, 9:37 am | 20 hr., 52 min. (next day) | Dan Howard | Email | Image Search (presumably) | Request denied | "We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors...." |
| 38 | 11/16/07, 12:10 pm | Yes | images | "I like to go to google image to find pictures to help in my quilting and find it very frustrating to have it blocked and then not blocked and then blocked again." | 11/16/07, 1:50 pm and 3:30 pm | 1 hr., 40 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 39 | 11/17/07, 11:03 am | Yes | online messenger | "This is a messenger where u don't have to install anything to im" | 11/19/07, 9:00 am | 1 day, 21 hr., 57 min. | Dan Howard | NCRL had no contact information for patron | Instant Messaging | Request would have been denied | N/A |
| 40 | 11/17/07, 2:36 pm | Yes | myspace.com | None | 11/19/07, 9:14 am | 1 day, 18 hr., 38 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 41 | 11/19/07, 11:16 am | Yes | oregonlottery.org | "I need to check my oregon lottery tickets results." | 11/19/07, 2:12 pm | 2 hr., 56 min. | Dan Howard | Email | Gambling (presumably) | Request granted | None given |
| 42 | 11/19/07, 12:23 pm | Yes | google image | "i need to do my homework for college" | 11/19/07, 2:16 pm | 1 hr., 53 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |

343

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 11/21/07, 1:03 pm | Yes | www.animeinsider.com | "This is not a porn site. It is a website dedicated to Anime Insider Magazine. The focus of this site is expanded coverage of the magazine, so that a cost effective magazine is available to fans of Japanamtion. I am 61 years old and not a participant in porn or so called 'adult' media." | 11/21/07, 2:53 pm | 1 hr., 50 min. | Dan Howard | Email | Pornography | Request denied | "I examined www.animeinsider.com today. When I clicked on the category 'Animexxx' on the first page of this site, I opened many links for pornography. Our Internet filter has classified www.animeinsider.com as 'Pornography' and that appears to be an appropriate classification. While this site may offer access to Anime Insider magazine, part of the site appears to include pornography. With that in mind, we plan to continue to block access to this site...." |
| 44 | 11/28/07, 4:42 pm | Yes | www.proxycarbon.com | "please!!!" | 11/29/07, 10:35 am | 17 hr. 53 min. (next day) | Dan Howard | Email | Proxy Avoidance | Request denied | "We have examined this site and determined that it is site designed for proxy avoidance. Sites of this nature allow people to defeat our Internet filter and we block access to them...." |
| 45 | 11/30/07, 10:49 am | Yes | www.IMVU.com | "why cant i use this web sight?" | 11/30/07, 11:47 am | 58 min. | Dan Howard | Email | Instant Messaging | Request denied | "I examined www.IMVU.com and it appears to be a site that hosts instant messaging services and requires you to download their software. We do not allow software to be downloaded into library computers and the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |
| 46 | 12/1/07, 2:34 pm | Yes | yes | None | 12/3/07, 3:43 pm (email), 4:00 pm (phone) | 2 days, 59 min. | Dan Howard | Email and phone call | ? | NCRL asked for clarification of request | N/A |

344

BRADBURN v. NCRL, Case No. CV-06-327-EFS -- UNBLOCKING REQUESTS, 10/1/07 - 2/20/08

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 12/3/07, 3:15 pm | Yes | google | "we should be able to look at redl flags" | 12/4/07, 9:17 am (phone) | 18 hr., 2 min. (next day) | Dan Howard | Phone call | Image Search | Patron evidently wished to access Google Image Search; NCRL asked for clarification of request | N/A |
| 48 | 12/3/07, 3:36 pm | Yes | newmilleniumbank.com | None | 12/4/07, 9:56 am | 18 hr., 20 min. (next day) | Dan Howard | Email | ? | Site was blocked when patron tried to access it, but was no longer blocked by next morning | N/A |
| 49 | 12/4/07, 4:46 pm | Yes | www.ask.com | "please re-evaluate this website!" | 12/5/07, 1:22 pm | 20 hr., 36 min. (next day) | Dan Howard | Phone call (left voice-mail message) | Image Search (presumably) | Request denied (presumably) | See #37 above |
| 50 | 12/5/07, 3:06 pm | Yes | pch.luckysurf.com/?promo=20071130Email | "I've been able to access this URL/website until just recently on the computers at the Omak Library. Please fix whatever is NOT letting me access it, so that I can continue to make my entries to Publishers Clearing House!! Thank you!!" | 12/6/07, 10:49 am | 19 hr., 43 min. (next day) | Dan Howard | Email | Gambling | Request granted | None given |

Page 8 of 13

345

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 12/6/07, 11:06 am | Yes | All... | "[I] have my own laptop computer I use at the North County Regional Library and I am 27 years old and I do not think its right for the library to determine what I can search up. Libraries on the west side of the state have allowed me to search what I want, why not here? Its complete lunacy, and to not allow me to find the information I need, thats unacceptable. I recommend that the NCRL re-evaluate its usage policy." In a subsequent email: "I have a few online subscriptions to sites online that are of non-pornographic nature. And when I go to click them, the library filter pops up and says its because of "Adult Materials". Thats the primary reason I have a laptop is so that I can be in the corner of the library and read the stuff I want and choose to read in peace without anyone underage near me. The stuff I read is on law enforcement and all subjects relating to it, like motor vehicle accidents (with photos), and crimes in general. I'm doing my research into it because I'm looking at starting college soon to get into it...." | 12/6/07, 11:38 am | 32 min. | Dan Howard | Email | All | Request denied | "The North Central Regional Library provides only filtered access to the Internet...." In a subsequent email: "We currently block access to Google Images, Yahoo Images, and other image sites because they disable our Internet filter...." |
| 52 | 12/6/07, 6:00 pm | Yes | naruto | None | 12/7/07, 1:06 pm (phone) | 19 hr., 6 min. (next day) | Dan Howard | Phone call | ? | NCRL asked for clarification of request | N/A |
| 53 | 12/11/07, 1:32 pm | Yes | | None | 12/11/2007 (by mail) | Same day, but by mail | Dan Howard | Letter | Pornography (presumably) | Request denied | "[T]his site ... appears to host pornography." |
| 54 | 12/13/07, 2:24 pm | Yes | www.freelotto.com | "please let me evaluate the e-mail user...." | 12/17/07, 11:21 am | 3 days, 20 hr., 57 min. | Dan Howard | Email | Gambling | Request denied | "I examined www.freelotto.com and it appears to be a site that hosts gambling. We do not allow access to Internet sites that promote gambling. With this in mind, we plan to continue to block access to www.freelotto.com...." |
| 55 | 12/13/07, 3:51 pm | Yes | google | "want to be cool" | 12/17/07, 11:24 am | 3 days, 19 hr., 33 min. | Dan Howard | Phone call (but unable to reach patron) | ? | Site not blocked | N/A |
| 56 | 12/14/07, 5:56 pm | Yes | www.myspace | "i think this site should be allowed to people over the age of 13 unless it is a really bad site" | 12/17/07, 2:31 pm | 2 days, 20 hr., 35 min. | Dan Howard | Email | ? | Site not blocked | N/A |

346

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 12/14/07, 5:59 pm | Yes | www.tagged.com | "this site is a good site it is not like one of those bad sites but if you allow it it should be for people over the age of 13 that is what i think should be done thanks sincerally" | 12/17/07, 2:40 pm | 2 days, 20 hr., 41 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 58 | 12/17/07, 5:42 pm | Yes | urbanchat.com | "please unblock this e-mail because it isn't harmful in anyway" | 12/18/07, 10:58 am | 17 hr., 16 min. (next day) | Dan Howard | Email | Web Chat (presumably) | Request denied | "I examined www.urbanchat.com and it appears to be a site that hosts chat services. The North Central Regional Library does not provide access to chat rooms...." |
| 59 | 12/17/07, 5:42 pm | Yes | urbanchat.com | "please unblock this e-mail because it isn't harmful in anyway" | 12/18/07, 10:50 am | 17 hr., 8 min. (next day) | Dan Howard | Email | Web Chat (presumably) | Request denied | See #56 above. |
| 60 | 12/18/07, 2:49 pm | Yes | runescape.com | "its not a bad thing its a game" | 12/19/07, 9:04 am | 18 hr., 15 min. (next day) | Dan Howard | Email | ? | Request denied | See #11 above. |
| 61 | 12/20/07, 4:55 pm | Yes | google | "hi" | 12/21/07, 9:19 am | 16 hr., 24 min. (next day) | Dan Howard | Phone call | Image Search | Patron wished to access Google Images; request denied | Dan Howard explained to patron that "we blocked Google Images because it defeated our filter." |
| 62 | 12/26/07, 3:03 pm | Yes | images.search.yahoo. com/search/images? p=d-day&fr=yfp-t- 501&toggle=1&cop= mss&ei=UTF-8 | "I'm trying to do research for a big history project and needed access to look up pistures of the Normandy Beaches at the time of the D-day invasion. Please reconsider your blocking this website." | 12/27/07, 10:46 am | 19 hr., 43 min. (next day) | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors...." |
| 63 | 12/26/07, 3:08 pm | Yes | google images for gerard way | "you allow myspace but you dont allow picture of a band that is paltnium and is a #1 seller why are pictures blocked its gay" | 12/27/07, 10:55 am | 19 hr., 47 min. (next day) | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors...." |
| 64 | 12/27/07, 1:38 pm | Yes | messanger.yahoo.com | "I like the fact I can use the internet at the library, but I think I should be able to have put up messangers on my own laptop with out any problems. I don't like the fact you restrict me from doing so. Its my computer, I understand its your internet, but I want to be albe to put what over messanger I want on. I can't do that here. Thank you for listing." | 12/28/07, 8:56 am | 19 hr., 18 min. (next day) | Dan Howard | Email | Instant Messaging | Request denied | "I examined Yahoo Messenger and it appears to be a site that hosts instant messaging services. The North Central Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

347

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 12/27/07, 1:44 pm | Yes | www.newgrounds.com | None | N/A | N/A | N/A | N/A | NCRL was unable to contact patron, and Web site was not blocked | N/A | N/A |
| 66 | 12/31/07, 4:09 pm | Yes | North CEntral Regional Library | "I am trying to registerformy clearhousesweepstakes. I don't want to miss out. thanks. Time limit." | 1/2/08, 10:02 am | 1 day, 17 hr., 53 min. | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 67 | 1/2/08, 12:01 pm | Yes | pch.com | "publishers clearnig house is not spam" | 1/2/08, 2:50 pm | 1 hr., 49 min. | Dan Howard | Email | N/A | Site not blocked | N/A |
| 68 | 1/4/08, 3:06 pm | Yes | www.pcthandbook.com | "www.pcthandbook.com is not Pornography. Please have thid removed from your blocked list." | 1/7/08, 1:43 pm | 2 days, 22 hr., 37 min. | Dan Howard | Email | Pornography | Request granted | NCRL - Support wrote to Dan Howard, "I checked the site out and I agree with the patron that it is not porn." |
| 69 | 1/7/08, 12:37 pm | Yes | www.runescape.com | "please allow runescape to play" | N/A | N/A | N/A | NCRL had no contact info for patron | ? | N/A | N/A |
| 70 | 1/7/08, 2:14 pm | Yes | http://www.steve haworth.com/ | "Steve Haworth is a Body modification Specialist" | No record of response | N/A | N/A | N/A | Adult Materials | N/A | N/A |
| 71 | 1/8/08, 6:42 pm | Yes | google images | None | No record of response | N/A | N/A | N/A | Image Search | N/A | N/A |
| 72 | 1/9/08, 5:54 pm | Yes | to look at pictures | "i can not look at pictures i need to print out and i not shure why but its been like that for a while now well please fix it thanks alot" | No record of response | N/A | N/A | N/A | Image Search | N/A | N/A |
| 73 | 1/14/08, 10:38 am | Yes | Mostbeautifulman.com | "Please, this site is fun and I am unable to print pictures at my house. I am here to do it and the site is blocked! Please rethink the blocking of this site. PLEASE!" | 1/14/08, 2:20 pm | 3 hr., 42 min. | Dan Howard | Email | Adult Materials | Request granted | "We examined Mostbeautifulman.com today and found no reason for it to be blocked...." |
| 74 | 1/15/08, 12:59 pm | Yes | happyhacker.org | "there is nothing bad on this site it is just comenly misunderstud" | N/A | N/A | N/A | N/A | Hacking (presumably) | NCRL was unable to contact patron | Dan Howard noted in email for file: "I examined the site and it includes such sections as: 'Shortcuts to Discovering New Ways to Break Into Computers.' It appears to be appropriately classified as a 'hacking' site and is appropriately blocked." |
| 75 | 1/15/08, 3:46 pm | Yes | rune quest | "ok i would like to get on a game on these computers because we do not have a computer at our house" | 1/16/08, 1:53 pm | 22 hr., 7 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 1/16/08, 5:57 pm | Yes | runescape.com | "this is a great web sit that teaches people many things" | 1/18/08, 5:09 pm | 1 day, 23 hr., 48 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 77 | 1/16/08, 7:55 pm | Yes | electricraystanning.com | None | No record of response | N/A | N/A | N/A | ? | N/A | N/A |
| 78 | 1/19/08, 3:40 pm | Yes | www.ask.com | "can't see pictures of air jordan" | 1/22/08, 5:20 pm | 3 days, 1 hr., 40 min. | Dan Howard | Email (and phone calls) | ? | Request denied | See #37 above |
| 79 | 1/24/08, 12:33 pm | Yes | firstthings1st.com | "This is the first time of my experienceing this kind of: ....... request a reevaluation, at any library." | 1/24/08, 1:36 pm | 1 hr., 3 min. | Dan Howard | Email | Gambling | Request granted | None given; Dan Howard reviewed site and determined that it should not be blocked by NCRL's filter |
| 80 | 1/24/08, 2:05 pm | Yes | firstthings1st.com | "but we do not have Gambling at all on our site as such, because it has always been a non-profitable ministry...." | 1/24/08, 2:45 pm | 40 min. | Dan Howard | Email | Gambling | Request granted | None given |
| 81 | 1/25/08, 2:01 pm | Yes | tech n9ne | None | 1/25/08, 2:03 pm | Dan Howard called library within 2 min. of receiving request | Dan Howard | Phone call | ? | NCRL was unable to contact patron | N/A |
| 82 | 1/29/08, 7:29 pm | Yes | popupmoney.info | None | No record of response | N/A | N/A | N/A | Proxy Avoidance | N/A | N/A |
| 83 | 1/30/08, 3:35 pm | Yes | goole | "please" | N/A | N/A | N/A | N/A | ? | NCRL was unable to contact patron | N/A |
| 84 | 2/2/08, 1:41 pm | Yes | maxgames | "this game website is for entertainment for younger kids to have fun. thanks." | 2/4/08, 8:32 am | 1 day, 18 hr., 51 min. | Dan Howard | Email | Site not blocked | N/A | N/A |
| 85 | 2/2/08, 1:59 pm | Yes | runescape | "I don't see why it should be blocked.It is fun and so we shoud be able to play it all the time.It is not fare why we can't play this website." | 2/4/08, 8:34 am | 1 day, 18 hr., 33 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 86 | 2/7/08, 10:23 am | Yes | runescape.com | "this website isnt a bad game its really fun and i used to b able to play it here" | 2/7/08, 10:38 am | 15 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 87 | 2/9/08, 2:22 pm | Yes | msn messanger | "this is my favoret site" | 2/10/08, 10:13 pm | 1 day, 7 hr., 51 min. | Dan Howard | Email | Instant Messaging | Request denied | See #20 above |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 2/11/08, 3:42 pm | Yes | www.ourfamily-web.com | "if you could review that, cause that is our family's website of what everyone has done.." | 2/12/08, 10:58 pm | 1 day, 7 hr., 16 min. | Dan Howard | Email | Malware | Request granted | "I checked www.ourfamily-web.com/ today and found that our Internet filter does block it because it thinks that it contains 'Malware.' We regret any inconvenience this may cause you...." |
| 89 | 2/12/08, 4:13 pm | Yes | its pix place 4 verizon phones | "thay block bad pix no nud or lud photos" | 2/14/08, 3:30 pm | 1 day, 23 hr., 17 min. | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 90 | 2/16/08, 10:57 am | Yes | [Google Image URL] | None | 2/19/08, 9:02 pm | 3 days, 10 hr., 5 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 91 | 2/16/08, 12:30 pm | Yes | animecubed.com | "I don't know why this website has been blocked. I've searched this site thoroughly and I am absolutely sure that there is no pornographic material, no overly violent material, and no drug-related material of any sort. I humbly request this site be unblocked, so that people without regular internet access may enjoy it." | 2/19/08, 10:27 pm | 3 days, 9 hr., 57 min. | Dan Howard | Email | Adult Materials | Request granted | "We have examined this site and we agree that it should not be blocked." |
| 92 | 2/20/08, 12:34 pm | Yes | 321teenchat | "this should be alowed on the libraries computer system." | 2/20/08, 2:42 pm | 2 hr., 8 min. | Dan Howard | Email | ? | Request denied | "I examined the Internet site http://www.321teenchat.com/ and found it to be a site that supports chat services. The North Central Regional Library does not provide access to chat rooms. With this in mind, we will continue to block access to http://www.321teenchat.com/...." |

# Exhibit GGG

# Office Organix™

PRICES AND TO ORDER ON LINE
Nova Workstations-85 Series for CRT monitors
Or, call to order 800-569-9236

**ELECTRONIC ORDERS**

| Nova 85-series for smaller CRT monitors -RIGHT HAND USERS. | Order number | Dimensions D - W - H | Retail price | Our price | How many? |
|---|---|---|---|---|---|
| Monitor left, CPU storage right for RIGHT HAND USERS | 85-SD303030RX | 30-30-30 Keyboard tray measures 28" wide | $992.00 | $645.00 | |
| Monitor left, CPU storage right for RIGHT HAND USERS | 85-SD303230RX | 30-32-30 Keyboard tray measures 30" wide | $1024.00 | $665.00 | |
| Monitor left, CPU storage right for RIGHT HAND USERS | 85-SD303630RX | 30-36-30 Keyboard tray measures | $1033.00 | $672.00 | 352 |

| | | 34" wide | | | |
|---|---|---|---|---|---|

| Monitor left. CPU storage right for RIGHT HAND USERS | 85-SD304230RX | 30-42-30 <br><br> Keyboard tray measures 34" wide | $1211.00 | $787.00 | |
| Monitor left. CPU storage right for RIGHT HAND USERS | 85-SD304830RX | 30-48-30 <br><br> Keyboard tray measures 34" wide | $1274.00 | $828.00 | |

| Item 85-series for larger CRT monitors- RIGHT HAND USERS | Order number | Dimensions D - W - H | Retail price | Our price | How many? |
|---|---|---|---|---|---|
| Monitor left. CPU storage right for RIGHT HAND USERS | 85-SD363630RX | 36-36-30 <br><br> Keyboard tray measures | $1364.00 | $887.00 | |

353

| | | 34" wide | | | |
|---|---|---|---|---|---|
| Monitor left, CPU storage right for RIGHT HAND USERS | 85-SD364230RX | 36-42-30<br><br>Keyboard tray measures 34" wide | $1459.00 | $948.00 | |
| Monitor left, CPU storage right for RIGHT HAND USERS | 85-SD364830RX | 36-48-30<br><br>Keyboard tray measures 34" wide | $1519.00 | $987.00 | |
| **Item 85-series Double Monitor workstation for larger CRT monitors-RIGHT HAND USERS** | **Order number** | **Dimensions D - W - H** | **Retail price** | **Our price** | **How many?** |
| Monitor left, CPU storage right for (2) right-hand users | 85-DD307130RX | 30-71-30 | $1738.00 | $1130.00 | |

**LEFT-HAND MODELS AVAILABLE, TOO.  SAME PRICE AS ABOVE.  PLEASE CALL FOR PART NUMBERS.**

354

ORDER BY PHONE OR CREDIT CARD.
1. We accept Visa, MasterCard, Discover and American Express.
2. We will confirm your order shortly by e-mail or fax. A hard copy confirmation will also be sent by mail for your business purposes. Please take a minute to review the detailed email or fax confirmation to help us prevent errors.
3. Ordering multiple items on the same day? Save time and complete only the three fields with an asterisk on succeeding forms.
4. Previous Office Organix customers. if your address and phone have not changed, save time and complete only the three fields below with an asterisk*.
**5. Shipping is an additional $100.00 for orders shipped within the contiguous United States. Orders exceeding $5000.00 RETAIL qualify for FREE shipping!**

**2) Next, type in your base color choice:**

See desk base colors and Workstation (top colors).

**Base colors:**   Black, Slate Gray, Fashion Gray, Tuscan Olive, Empire Mahogany. Hard Rock Maple. English Oak. Wild Cherry, Natural Pear and Tuscan Walnut.

**Base color choice:**

**3) Type in Worksurface (top) color:**

**Worksurface colors:**  Fashion Gray, Graphite Nebula. Grey Nebula. Carbon EV. Watermelon Brush, Sage Brush, Empire Mahogany, Hard Rock Maple. English Oak. Wild Cherry, Natural Pear. Tuscan Walnut. Citrus Brush and Ocean Brush.

**Worksurface color choice:**

**4) Finally, type in any desired options**

Options:

Add these options                                        .

Add these options                                        .

| First. Middle, Last name *: | |
|---|---|
| | |

355

| | |
|---|---|
| Title: | |
| Company: | |
| Full card holder billing address Street City, State Zip (or Postal code): | |
| Email: | |
| Office phone: | |
| Home phone: | |
| Name as it appears on credit card: | |
| Enter credit card number * | |
| Card expiration date * | |
| Full ship to address (If different from address above:) | |
| Comments, instructions, etc. | |

[ Order Now ]  [ Reset ]

Return to desks page

**FOR VOICE ORDERS**
**Please call: 1-800-569-9236**

Home ||| Products ||| Free Catalog ||| Search ||| Office Evaluation ||| Solutions
Ergonomic News ||| Professionals ||| About us

### Office Organix ™
Phone: 800-569-9236  Phone: 401-821-6922

Fax: 401-821-0111

E-Mail: Office Organix

© 1997-1998, Office Organix™ - all rights reserved
Products and prices subject to change without notice.



*Furnishing great places to learn:*

**Have a question?**

# 1-800-260-2776

M-F: 8-8 Eastern

Cart | Checkout | View Account | Login
Your cart is empty

**New customers** start here
**Returning customers** sign in

SEARCH    Home | Categories ▼ | Brands ▼ | FAQ

Want help?
Chat Live M-F: 8-6 Eastern
Please leave a message

Royal Seating
## 5500 Glass Top Computer Desk



Click to Enlarge
5500 Glass Top Computer Desk

Your Price: $539.99
Manufacturer's Price: $775.00
Save 30%
Save even more on quantities of 10 or more. Call 1-800-260-2776.

SKU: ROY-GTW5500
Get an estimated shipping cost

Create a comfortable workspace with the Royal 5550 Glass Top Computer Desk. Your monitor and keyboard fit into the recessed laminate desktop so students get a clear view of the instructor. A low-glare, tempered glass window makes it easy to read the computer screen. Keep your tower out of the way of feet and bags with the attached CPU holder. Includes leveling glides. Save classroom space when you place several desks side-by-side or back-to-back.

Must be ordered in multiples of 1

View specifications

**To Order:**

Choose a quantity  1
Must be ordered in a multiple of 1.

Choose your options
Roll over boxes to enlarge.

Choose a color:

Select Lab Desk Color                    -

➕     **Add to Cart**

## Specifications

| | |
|---|---|
| Frame Material: | Laminate |
| Top Material: | Laminate and tempered glass |
| Glides or Casters: | Leveling glides |
| Width: | 36" |
| Depth: | 30" |
| Height: | 30" |
| Warranty: | 25 years |
| Type: | Recessed Monitor|Freestanding |
| Capacity: | One Student |
| Available Options: | Lab Desk Color: Golden Oak/Black Metal or Gray/Black Metal |
| Weight: | 158.0 lbs. |
| Shipping Method: | Freight |

Back to top



We accept U.S. credit cards, checks and purchase orders.
On phone orders, we also accept Canadian and Mexican credit cards.

About Us • Privacy Policy • Return Policy • Site Map • Help        ©School Outfitters, 2008

# Office Organix™

PRICES AND TO ORDER ON LINE
Nova retrofit kits - CRT monitors
Or, call to order 800-569-9236

**ELECTRONIC ORDERS:**

| Retrofit kit for smaller CRT monitors- FULLY RECESSED | Keyboard Size | Order number | Retail price | Our price | How many |
|---|---|---|---|---|---|
| Retrofit Kit for smaller monitor<br><br>18" x 21" Viewport | Choose tray width · | 50-0-1821 | $490.00 | $392.00 | ⌐ |
| **Retrofit kit for larger CRT monitors- FULLY RECESSED** | **Keyboard Size** | **Order number** | **Retail price** | **Our price** | **How many** |
| Retrofit Kit for larger monitor<br><br>21" x 24" viewport | Choose tray width · | 50-0-2124 | $578.00 | $462.00 | ⌐ |
| **Retrofit kit for smaller CRT monitors-SEMI RECESSED** | **Keyboard Size** | **Order number** | **Retail price** | **Our price** | **How many** |
| Retrofit kit for smaller monitor<br><br>18" x 21" viewport | Choose tray width · | 50-9-1821 | $387.00 | $310.00 | ⌐ |
| **Retrofit kit for larger CRT monitors-SEMI RECESSED** | **Keyboard Size** | **Order number** | **Retail price** | **Our price** | **How many** |
| Retrofit kit for larger monitor<br><br>21" x 24" viewport | Choose tray width · | 50-9-2124 | $457.00 | $366.00 | ⌐ |
| CPU Holder | | AC-CPU1066 | $89.00 | $71.00 | ⌐ |

ORDER BY PHONE OR CREDIT CARD.
1. We accept Visa, MasterCard, Discover and American Express.
2. We will confirm your order shortly by e-mail or fax. A hard copy confirmation will also be sent by mail for your business purposes. Please take a minute to review the detailed email or fax confirmation to help us prevent errors.

**358**

3. Ordering multiple items on the same day? Save time and complete only the three fields with an asterisk on succeeding forms.
4. Previous Office Organix customers, if your address and phone have not changed, save time and complete only the three fields below with an asterisk*.
**5. Shipping is FREE to a commercial location. For residential deliveries there is a shipping/handling fee of $15.00 per box.**

| | |
|---|---|
| First, Middle, Last name *: | |
| Title: | |
| Company: | |
| Full card holder billing address Street City, State Zip (or Postal code): | |
| Email: | |
| Office phone: | |
| Home phone: | |
| Name as it appears on credit card: | |
| Enter credit card number * | |
| Card expiration date * | |
| Full ship to address (If different from address above:) | |
| Comments, instructions, etc. | |

[ Order Now ]   [ Reset ]

**FOR VOICE ORDERS**
**Please call: 1-800-569-9236**

Home ||| Products ||| Free Catalog ||| Search ||| Office Evaluation ||| Solutions
Ergonomic News ||| Professionals ||| About us

Office Organix ™
Phone: 800-569-9236  Phone: 401-821-6922

Fax: 401-821-0111

E-Mail: Office Organix

© 1997-1998, Office Organix™ - all rights reserved
Products and prices subject to change without notice.

**359**

# Exhibit HHH

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Wendy W. Adamson, Anita C. Bealer,
Nancy Corcoran, Mary Kay Harris,
Vern Harman, Patricia Hudnell,
Jessica K. Nelson, Gloria Olson,
Virginia Pear, Julia A. Sedlak,
Cynthia L. Smith and Karen E. Will,

Civil File No. _____
Case Type: Sexual Harassment
Jury Trial Demanded

Plaintiffs,

**COMPLAINT**

v.

Minneapolis Public Library,

Defendant.

---

TO:   Defendant Minneapolis Public Library, 250 Marquette Avenue, Minneapolis, MN 55401:

## PARTIES

1.   Plaintiff Wendy W. Adamson is a resident of Minneapolis, Minnesota, and first began her employment with Defendant Minneapolis Public Library ("MPL") in approximately 1971. Ms. Adamson is a current employee and was employed as a Librarian II in the History Department as of the date of filing of the below referenced charge with the EEOC.

2.   Plaintiff Anita C. Bealer is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1985. Ms. Bealer is a current employee and was employed as a Librarian III in the Art/Music/Video Department as of the date of filing of the below referenced charge with the EEOC.

3.   Plaintiff Nancy Corcoran is a resident of St. Anthony, Minnesota, and has been employed by Defendant MPL since 1981. Ms. Corcoran is a current employee and was employed as a Librarian III and Supervisor of the InfoLine Department as of the date of filing of the below referenced charge with the EEOC.

4.     Plaintiff Mary Kay Harris is a resident of Robbinsdale, Minnesota, and has been employed by Defendant MPL since approximately 1983. Ms. Harris is a current employee and was employed as a Librarian II in the Literature Department as of the date of filing of the below referenced charge with the EEOC.

5.     Plaintiff Vern Harman is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since approximately 1982. Mr. Harman is a current employee and was employed as a Librarian II in the Business & Economics Department as of the date of filing of the below referenced charge with the EEOC.

6.     Plaintiff Patricia Hudnell is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1997. Ms. Hudnell is a current employee and was employed as a Library Aide I in the Circulation Department as of the date of filing of the below referenced charge with the EEOC.

7.     Plaintiff Jessica K. Nelson is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1998. Ms. Nelson is a current employee and was employed as a Library Page I in the Literature Department as of the date of filing of the below referenced charge with the EEOC.

8.     Plaintiff Gloria Olson is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1986.Ms. Olson is a current employee and was employed as a Library Aide II in the InfoLine Department as of the date of filing of the below referenced charge with the EEOC.

9.     Plaintiff Virginia Pear is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1986. Ms. Pear is a current employee and was employed as a Librarian II in the Technology/Science/Government Documents Department as of the date of filing of the below referenced charge with the EEOC.

10. Plaintiff Julia A. Sedlak is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1984. Ms. Sedlak is currently employed as a Library aide II in the InfoLine Department as of the date of filing of the below referenced charge with the EEOC.

11. Plaintiff Cynthia L. Smith is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1985. Ms. Smith is a current employee and was employed as a Library Aide II in the Technology/Science/Government Documents Department as of the date of filing of the below referenced charge with the EEOC.

12. Plaintiff Karen E. Will is a resident of Minneapolis, Minnesota, and has been employed by Defendant MPL since 1995. Ms. Will is a current employee and was employed as a Library Aide II in the InfoLine Department as of the date of filing of the below referenced charge with the EEOC.

13. Defendant Minneapolis Public Library (hereinafter "MPL") is a city owned and chartered public library which currently employs in excess of three hundred (300) people.

## JURISDICTION

14. Plaintiffs bring these claims pursuant to the Minnesota Human Rights Act, Minn. Stat. §363.01 *et seq.*, and Title VII of the Equal Employment Opportunity Act, 42 U.S.C. §2001 *et seq.*, as well as the common law of the State of Minnesota.

15. Variously between May 2, 2000 and May 10, 2000, Plaintiffs filed individual charges of discrimination with the EEOC alleging claims of sex discrimination and sexual harassment. Pursuant to EEOC policy and procedure, these charges were concurrently filed with the Minnesota Department of Human Rights.

16. On May 23, 2001, the EEOC issued a finding as to each charge of probable cause of a violation of Title VII stating that MPL "did subject the Charging Party(s) to sexually hostile work environment." This is in violation of Title VII of the Civil Rights act of 1964 as amended."

363

The EEOC subsequently attempted to conciliate this matter between the parties but was unsuccessful..

17.     On July 13, 2001, the EEOC transferred the charge to the Department of Justice for review to determine whether the U.S. Government would file suit in this matter. On February 6, 2003, the Department of Justice issued to Plaintiff' a Notice of Right to Sue within 90 days. This action has been commenced within the 90 days of the Notice issued by the Department of Justice.

## FACTUAL ALLEGATIONS

18.     MPL is a public library system comprised of a Central Library in Downtown Minneapolis, Minnesota and community libraries divided into four districts throughout Minneapolis. The Central Library is supervised by the Chief of the Central Library, who reports to the Associate Director of the Library who in turn reports to the Library's Director. Effective in June 2000 Susan Tertell became the acting Chief of the Central Library. Prior to that, Mary Frances Cooper was the Chief of Central Library for all pertinent time periods.

19.     All twelve Plaintiffs were employed at the Central Library for all times pertinent herein. The Central Library of MPL is a four story building located at the intersection of Nicolet Mall and Fourth Street in downtown Minneapolis, MN. There were eight public departments in the Central Library of MPL including (1) History, Literature & Language; (2) Special Collections; (3) INFORM/Interlibrary Loan (4) Technology/Science/Government Documents; (5) Business & Economics; (6) Art/Music/Video; (7) Childrens; and (8) Sociology.

20.     In approximately February 1997, MPL began installing computers capable of accessing the Internet at the Central Library. These computers were systematically installed in each department of the Central Library of MPL and were available for use by any member of the public.

21. By installing computers in each department of the Central Library, MPL ensured that throughout MPL, staff and patrons would be able to see and be exposed to whatever material was displayed on the computer terminal screens. In deploying the computer terminals, MPL placed them in high traffic areas where viewing of the computer screens by non-user staff and patrons was maximized, such as directly across from the INFORM office, directly behind the Information desk, at the pillars across from the first floor elevators, at the top of the escalators leading to the second floor in the Art/Music/Video Department, across from the staff area and assistance desks in the Humanities/Literature & Language, Technology/Science/Government Documents, Business & Economics, Art/Music/Video; and Sociology departments. The terminals near the INFORM office faced a main thoroughfare between the entrance to the library and the Business & Economics area. These terminals had extra large screens for use by visually impaired patrons. MPL's placement of the computer terminals through-out the Central Library made it difficult if not impossible to avoid viewing the material displayed on those terminals.

22. MPL also allowed nearly all of the Internet accessible computers to be connected to printers which patrons could use on an "honor" system which was regularly ignored. Many patrons simply used the printers free of charge. The printers typically would be located within the same department as the computer, often at or near staff desk locations. Patrons could print any material off of the computer which they could access from the Internet.

CREATION OF A HOSTILE AND OFFENSIVE WORKING ENVIRONMENT

23. Almost immediately upon deployment of the Internet accessible computers, the computers began to be used to access obscene and pornographic materials.

24. The images displayed at the computer terminals were of an explicit sexual nature displaying virtually every imaginable kind of human sexual conduct including heterosexual intercourse, male and female homosexual sex acts, pictures of male and female genitalia, breasts and

buttocks, vaginal sex, oral sex, masturbation, necrophilia, sado-masochistic acts, bestiality and child pornography. On a constant and at times daily basis, Plaintiffs Wendy W. Adamson, Anita C. Bealer, Nancy Corcoran, Mary Kay Harris, Vern Harman, Patricia Hudnell, Jessica K. Nelson, Gloria Olson, Virginia Pear, Julia A. Sedlak, Cynthia L. Smith and Karen E. Will were forced to view images such as these on the computer screens surrounding their work place.

25.    These same images were able to be printed off the computers onto the printers throughout MPL. As a result Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will would regularly encounter printed materials, showing these same types of images throughout their work place and at their work stations.

26.    In 1997, Mary Lawson, then Director of the Library, was advised by Plaintiff Nancy Corcoran that staff members were being regularly exposed to obscene and sexually explicit materials at their work place and throughout MPL. Lawson responded by memo rejecting any responsibility on the part of the library to monitor or restrict access on the Internet. Lawson went further to formulate and implement a policy under which MPL would allow complete and unfettered access to the Internet by any patron. Lawson and MPL took the position that the only relevant concern was the First Amendment rights of the viewers of obscene and pornographic materials, and that it would not be permissible for MPL employees to take any action that would interfere with patron access to these materials.

27.    The policy, although clearly intended to ensure that no limitation was placed on the viewing of any material, was unevenly implemented throughout the library. Certain departments followed the policy and did not put any rules in place governing the use of these terminals. Other areas such as Infoline and Technology, put time limits on how long the computers could be utilized and then required staff to enforce those time limits. This would mean that Plaintiffs would have to personally confront the computer users to tell them their time was up and they would have to get off the terminals.

366

28.     The policy adopted by MPL and Lawson made worse an already hostile and offensive working environment. Whereas Plaintiffs could previously request security guards to intervene and tell patrons to remove sexually explicit images from the computer screens, security guards were informed they could no longer do so. Specifically, plaintiffs and all staff were informed that it was not a breach of MPL rules for any patron, including children, to view any type of sexual image on any MPL computer screen. Upon information and belief, Lawson directly or indirectly instructed Feye-Stukas, Cooper and Alex Wakal the head of Library Security, that Library staff should not interfere in any way with patron viewing of any type of material on these terminals.

29.     On February 15 and 16, 1999, in a documented discussion of how to implement the Defendant's Internet policy, Mary Frances Cooper, Jan Feye-Stukas and Alex Wakal exchanged a series of e-mails reviewing the concerns raised by staff about obscene images on the computer terminals. In his e-mail, Wakal indicated that security guards were asking patrons to turn off such screens when requested to do so by a staff member. Cooper and Feye-Stukas responded that security guards and other staff should not interfere in any fashion with what patrons were viewing on the terminals and that stating that patrons would not be asked to leave unless they broke one of the Library's Rules of Conduct. There was no Rule of Conduct against viewing or displaying obscene and pornographic materials on the Library's Internet accessible computer terminals.

30.     MPL's policy of allowing unfettered Internet access had a number of tangible adverse effects which exacerbated the hostile and offensive environment at MPL. First and foremost, this policy had the effect of drawing in a different subset of patrons whose one and only interest was the viewing of obscene and pornographic images on the computers. Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will observed a regular contingent of hard core pornography users who began to frequent MPL and to

367

monopolize the computer terminals. These "regulars" would come to MPL every day and spend hours using the terminals to access obscene and pornographic material.

31.    These "regulars" displayed the characteristic of having an addiction to pornography. They would come every day, they ignored all of MPL's resources except the computers which they would use only to access pornography, they would spend much of the day every day viewing only pornographic or obscene materials, they would react angrily and at times violently if any effort was made to interfere or halt their access to pornographic materials, and they would jump from one computer to the next if told their time was up to continue viewing pornography. In effect, the policy implemented by Lawson and MPL caused the Central Library to become a haven for a group of hard-core pornography addicts who came to monopolize the Internet resources of the Central Library.

32.    Many of the websites at which these images were found had a "quicksand" feature which would trap the computer in a maze of pornographic sites. Oftentimes the "regulars" would have these websites on the computers when they were finished with the terminals. Plaintiffs, Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will, as a part of their job duties, either in response to a request from other patrons or on their own initiative, would attempt to clear the screens of these images and be forced to close ten to fifteen (10-15) or more sites of obscene and pornographic images to clear the screens.

33.    On a regular, if not daily basis, and particularly during the evenings, sixty to eighty percent (60%-80%) or more of the computer terminals in MPL were being used to display obscene or pornographic images. At times in various departments, every computer screen would be simultaneously accessing obscene or pornographic images.

34.    A common characteristic of these "regulars" was their angry and violent reaction to any attempt to interfere with their viewing of obscene or pornographic images. Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will each

368

experienced or witnessed one or more episodes of angry or violent confrontation with a "regular" wherein Plaintiffs or other staff were sworn and cursed at, threatened and intimated. Plaintiffs were called names such as "fucking bitch", "cunt", "bastard", told to "go to hell", "go fuck yourself" and countless other obscenities and verbal assaults and threats by the "regulars" when they would attempt to limit the time that was being spent by these regulars in viewing obscene and pornographic images..

35.     In addition to the viewing of obscene and pornographic material, and the violent and threatening behavior, Plaintiffs were also exposed to overt sexual conduct in MPL. One "regular" would frequent MPL weekly if not daily for the sole purpose of viewing obscene and pornographic images. While doing so, he would place his hands in his pants pockets and masturbate. This was a "regular" activity for this "regular". He was not alone in this conduct however.

36.     Other patrons who would come to MPL only to use the computer terminals to access obscene and pornographic materials would also engage in sexual conduct at MPL. Plaintiffs observed individuals masturbate through their clothing. Plaintiffs observed substances appearing to be semen were found on several occasions at terminals or keyboards. Plaintiffs observed couples at computer terminals sexually touching each other. In addition to the observed sexual activity, Plaintiffs became aware of reports of other sexual activity in MPL including one case of two men having sex in a bathroom and another case of one woman and two men having sex in the bathroom.

37.     In addition to the displays and printouts of obscene and pornographic images, the threatening and violent behavior and the overt sexual activity at MPL, Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will also were forced to observe either intentional exhibitionism or worse, intentional predatory sexual behavior by the

369

"regulars" or other patrons accessing obscene and pornographic materials through the Internet computer terminals.

38.    On numerous occasions, Plaintiffs would observe the "regulars" accessing obscene materials on the computers either right next to or in the plain view of school children coming to MPL for other types of research. Small children, young boys and girls would be seated right next to patrons displaying graphic and obscene images. On several occasions, a school class of primary or secondary students would come to MPL for a field trip and either see the "regulars" viewing obscene material or they would access it themselves. On several occasions one member of the class would access these materials and then call over their classmates to view the materials. On other occasions the "regulars" would appear to purposely seek out locations where young patrons were sitting to display these images and then attempt to involve the young students in the viewing of these materials.

39.    As a result of the policy of MPL, Plaintiffs were powerless to prevent school children from being exposed to this conduct of the "regulars" in displaying graphically obscene and pornographic images to minor children.

40.    Obscene materials were so prevalent in the Library that on occasion the Library itself would distribute obscene material to children. The library maintained a supply of scrap paper from the printers for children to use when at the library. On several occasions the scrap paper supply included paper which on which obscene images had been printed and which were then inadvertently passed on to children for their use in drawing pictures or taking notes.

41.    The "regulars" also seemed to recruit or bring with them young patrons for the purpose of viewing obscene materials in MPL. The group of "regulars" appeared to develop an entourage of young, homeless or truant children who they would bring into MPL for the purpose of viewing this material. Plaintiffs observed the "regulars", who were typically older white males, bringing to MPL, younger boys and younger girls for the purpose of viewing these materials.

42.     At times, the predatory behavior was directed specifically at certain Plaintiffs. Plaintiffs Patricia Hudnell, age 27 and Jessica Nelson, age 21, were frequently approached by the "regulars" or other men who were at MPL for the purpose of viewing obscene or pornographic materials. Either while viewing these materials or immediately thereafter, these men would "hit on" Hudnell and Nelson, using whistles, catcalls, pickup lines that would describe how "horny" Plaintiffs Hudnell and Nelson made them, or use similarly offensive, threatening or obscene comments, actions or gestures towards Hudnell or Nelson. Hudnell and Nelson would be forced to observe these individuals viewing pornography and then be approached by these same individuals with obviously sexual motivations.

43.     Plaintiffs Karen Will, Nancy Corcoran, Gloria Olson and Julie Sedlak were subjected to another form of predatory behavior. These Plaintiffs regularly worked at the Information Desk near the entrance of MPL. Behind the Information Desk were three computer terminals which were intended to be used only for the purpose of accessing the MPL catalogue. The MPL catalogue was externally based however and these computers could easily be used for accessing the Internet however. Plaintiffs working at the Information Desk would typically face the front entrance of MPL with their backs to the computer terminals. Immediately behind these Plaintiffs, the "regulars" would use the terminals to access obscene and pornographic materials. These Plaintiffs were forced to work within a few feet of these "regulars", listening to the "regulars'" comments and regularly would turn around to see these men viewing obscene materials, leering at their backsides or snickering at the material they were viewing. On several occasions other patrons would come up to them and ask them if they are aware that the computer terminal directly behind them was left displaying obscene material. On one occasion, Plaintiff Will was informed by a patron that he left the catalogue terminals because he could not stand listening to the vile things one of the "regulars" was saying about her behind her back.

371

44.    In addition to the regulars, Plaintiffs were forced to observe young children frequent the library for the purpose of accessing obscene and pornographic materials. On several occasions, school class would come in for a field trip and a group of boys would be observed viewing pornographic sites on the MPL terminals. Because of the policy of MPL, Plaintiffs were unable to take any steps to prevent this behavior by young children.

45.    On one occasion, a small boy approximately ten to twelve years old began to frequent the library for a period of a few months. His main activity appeared to be simply to view pornography on the Internet. Again because of the policy of MPL, Plaintiffs felt they were unable to take any steps to prevent this behavior.

46.    Another frequent consequence of this policy was for groups of males to come to the library to view these materials. Typically in their teens or twenties, these groups of males would cluster around a terminal to view obscene and pornographic material and engage in behavior that was oftentimes aggressive and confrontational. Typically these groups would think it was "funny" to expose other people including Plaintiffs to these materials and would be confrontational if any effort was made to limit their viewing of these materials. Female staff and patrons were frequently intimidated and harassed by these groups.

47.    The conduct of the regulars and other viewers of pornographic materials would frequently extend beyond the workplace. Several Plaintiffs take the bus to and from work. On many occasions, Plaintiffs would spend their work shift watching the "regulars" spend all day viewing these types of materials only to leave and find that the regulars were taking the same bus as were Plaintiffs. On one occasion, Plaintiff Nelson was followed through downtown by a regular who also followed her home on her bus. Shortly thereafter this same individual was arrested for raping a girl at knife-point that he had allegedly abducted from a bus stop on the same bus line. Ms. Nelson no longer feels safe taking the bus to work and her parents have suggested repeatedly that she should quit her job.

48.     On other occasions, Plaintiffs would see these same regulars outside of the library following

        confrontations with them inside the Library. Oftentimes if a patron was asked to stop viewing

        this material because other patrons were waiting to get on the terminals or because Plaintiffs

        simply decided to break MPL policy and tell them to stop viewing the disgusting materials these

        people would access on the computers, these patrons would become extremely belligerent and

        threaten Plaintiffs either physically or with job repercussions. These patrons came to understand

        that the policy of MPL was to not allow any interference with their viewing activity. They

        would then threaten Plaintiffs with getting them fired if staff interfered with their activity. This

        made Plaintiffs feel particularly vulnerable because they in fact were violating MPL policy if they

        did anything to interfere with patron access of obscene or pornographic material.

49.     In addition to the actions directed at Plaintiffs, Plaintiffs became aware of other conduct

        directed at other staff members which had a further intimidating affect on Plaintiffs. On one

        occasion, staff member Hillary Moon Murphy confronted a group of male "regulars" to try to

        get them to stop viewing obscene materials. This group then told Ms. Murphy what bus route

        she took home, what time she went to work and where she went to lunch. The threat implicit

        in telling her this information was clear.

50.     On another occasion, staff member Tracy Brown was followed outside the library to her car by

        a group of regulars mad at her for interfering with their viewing activity. Brown who is trained

        in self-defense, was forced to physically threaten these individuals in order to get to her car.

51.     On another occasion. Plaintiff Mary Kay Harris asked a patron to get off a terminal because his

        time was up. The patron became extremely confrontational and Harris called security to assist

        her. The patron then began shouting, "you called security to intimidate me, but it is you who

        will be intimidated. You called security to frighten me, but it is you who will be frightened."

        On another occasion when she informed a "regular" that his time was up, he screamed at her

in extremely vivid and crude terms, stating exactly what he felt she should do with the computer terminal.

52.     At times this behavior extended to certain of Plaintiffs' family members.  On one occasion, Plaintiff Nelson's brother and sister came down to the library to visit her and use the library's resources.  One of the "regulars" somehow figured out that these were Nelson's siblings and singled our her ten-year-old brother.  The regular went to the Children's area to talk to Nelson's brother.  When she was alerted to this fact, Nelson raced to the Children's area and was told by her brother that this "regular" was asking questions about her.  Nelson refused to allow her brother to go to the public restroom in the building for fear of either meeting this "regular" or in fear of what else he might find there.  On another occasion, Plaintiff Will's son visited his mother at the library.  He was approached by a regular who was known by the staff to access child pornography and to engage in inappropriately flirtatious behavior with young children.  This "regular" approached her son to offer to provide him with materials that this "regular" claimed might interest Will's son.  Although these materials were never delivered, Will feared her son was being targeted to receive obscene material from this "regular".  When Ms. Will raised this concern to Mr. Wakal, he dismissed her concerns as being unfounded despite the long history of this patron both viewing child pornography and approaching children in the library.

53.     Many Plaintiffs and other staff members began to see themselves as "sitting ducks."  MPL through its policy had caused a subculture of hard-core pornography users to descend on the library.  These users brought with them, not only the display of obscene materials, but a pattern of offensive threatening and apparently violent conduct which was often directed specifically at some or all of the Plaintiffs.  This conduct created a hostile and offensive environment which was substantially harmful to Plaintiffs.

374

54. Defendant's policies further were exacerbated by MPL's ineffective and poorly enforced security policies. Despite the fact that MPL has security guards ready and able to enforce MPL policies and to deal with offending patrons, MPL's Rules of Conduct fail to include as an offense the viewing of obscene or pornographic material and fail to impose penalties for inappropriate behavior which are sufficient to protect staff and other patrons. As an example, in May, 2000 Plaintiff Adamson and Helen Burke observed a "regular" at a computer terminal masturbating. They called the security guards to evict the patron but because the guards did not witness the masturbation themselves and the patron denied doing so, the guards felt unable to act. Ms. Burke, who is an assistant department head, wrote up an incident report on this situation. The report was sent back to her by Mr. Wakal with the word "Unfounded" written over it. This was the same patron who was captured on a television report, masturbating in front of a terminal. On other occasions, Plaintiffs Nelson and Hudnell have complained about conduct by patrons who have harassed them and no remedial action has been taken by Defendant.

## NOTICE TO MPL OF THE EXISTENCE OF A HOSTILE AND OFFENSIVE WORKING ENVIRONMENT

55. MPL and Lawson were notified of the terrible impact the policy of unfettered Internet access was having on the staff and patrons as soon as the problems began to manifest themselves. As noted above, on April 10, 1997, Nancy Corcoran sent to Lawson a memo specifically raising concerns about the policy. Ms. Corcoran's memo described in detail the conduct of the "regulars" set forth above. It described clearly what she saw to be the issue of workplace harassment. In her memo she described her own emotional distress in dealing with conduct of these patrons, the concerns of staff that administration will not support them if the staff confront the hard-core pornography users, and requested that MPL become a leader in upholding "standards of public decency and protecting its employees from such harassment."

56. Lawson's reply emphatically rejected any effort to remedy the situation. She specifically rejected the idea of public decency playing any role in Library policy, declaring "The public library's foundation rests on support of the First Amendment, the free flow of information not on upholding standards of public decency..." She further flatly refused to adopt a policy that would comply with Minnesota law regarding criminally obscene material. She stated " I cannot agree, however, that a written policy outlawing obscene material in the library or the uses of screening software for the Internet is appropriate for the Library." Lawson in formulating her policy position, chose to ignore the fact that the Minnesota legislature had already declared "obscene" material to be illegal.

57. As noted above, in response Ms. Lawson and MPL decided upon a policy in which the library would provide unfiltered Internet access to patrons, children and adults, at all times. Staff were directed that they should not and could not interfere with any patron, child or adult, viewing any materials on the Internet. Staff was directed it was not a breach of library rules, and therefore not a reportable incident, for any patron to access any material, regardless of how objectionable or obscene the material would be to staff or other patrons.

58. Security guards were specifically directed that they could not direct patrons not to view obscene or pornographic materials on the Internet-ready computers.

59. Despite the intentional policy of the library to allow the display of obscene and pornographic images on its computer terminals to adults and children, Plaintiffs and other staff members repeatedly notified their department heads of the hostile and offensive environment being created by Defendant's policies. Specifically:

    a.     On January 4, 1999, Plaintiff Mary Kay Harris notified Mary Lawson via memo on the obscene and offensive material she was encountering near the InfoLine office, specifically describing an image she encountered on a public terminal showing a young boy performing oral sex on a grown man. Lawson responded by e-mail on January 8,

1999 reiterating the library's policy to "continue to support unfettered access to information" and to protect the "right of privacy…"

b.      On March 2, 1999, Lawson issued a memo to Library supervisors acknowledging the concerns about sexual harassment occurring as a result of patron viewing of obscene materials but refusing to change the policy for fear of being charged with "censorship." In her memo, Lawson issued staff guidelines on dealing with complaints by other patrons being exposed to the obscene material, none of which involved any efforts to limit the exposure to obscene material that was by then rampant within the library.

c.      On March 10, 1999 at a meeting of the MPL Board of Trustees at which a presentation was made concerning the policy of unfettered access to the Internet, Plaintiff Mary Kay Harris addressed the Board committee expressing her concerns over the amount of obscene materials in the library, its impact on staff and other patrons and the failure of the library's policy to address the situation.

d.      On March 23, 1999, the problem of "quicksand technology" trapping terminals in obscene web-sites had become so pervasive that Sharon Berkhan, head of Technical Services, e-mailed all MPL e-mail users about techniques to deal with the problem

e.      On April 16, 1999 Wendy Adamson and Mary Kay Harris addressed a meeting of the Board of Trustees and expressed their concern and distress over the impact of the obscene material pervading the library as a result of the library's policy of unfettered Internet access.

f.      On April 28, 1999 Department Head Betsy Williams, responding to complaints by her staff, wrote a memo to Lawson, Feye-Stukas and Cooper expressing concern about the impact of the Internet policy on her staff and the "growing problem" that existed. Upon information and belief, no response was ever given to her memo.

g.    On July 3, 1999 Wendy Adamson e-mailed her supervisor Betsy Williams threatening to file a charge of sexual harassment about her continued exposure to obscene images on the computers in the terminals in the History reference desk area.    While the terminals were subsequently repositioned, no change was considered in the policy of unfettered access.

h.    Plaintiff Anita Bealer and other members of the Art/ Music/ Video Department out of frustration with the lack of response to their concerns began documenting the obscene materials they found on the library terminalis by delivering copies of them to their Department Head, Walter Gegner.  In 1999, on April 27, May 1, 15, 25, June 8, July 16, 18, 19, September 14, October 16, 18, December 21, 22, 27 and 29 and in 2000, on Jan 6, 8, 11, 20 and March 2 and 7 Gegner was given copies of obscene materials printed off MPL terminals and printers and asked to take whatever action he could.  No formal response was ever given to Bealer or the other employees.

i.    Plaintiff Virginia Pear notified her Department Manager Tom Smisek beginning in 1998 on September 2, 9, November 18, December 16 and 30, and in 1999 in February, on May 3, July 28 and 29 of incidents involving behaviors related to or images of obscene materials in the Technology/Science/Government Documents department.  Pear specifically informed Smisek that she considered her working conditions to be hostile and offensive and a matter of sexual harassment.  She eventually gave up informing Smisek because of the lack of response to her complaints.

j.    On June 3, 1999, Plaintiff Cynthia Smith brought to her assistant department head Bill Johnston, a printout found on an MPL printer showing a young girl being sodomized by a grown man.  (Attached hereto as Exhibit A).  Plaintiff Smith found this to be tremendously disturbing.  Johnston similarly found this picture to be disturbing and made a request for the support staff to try to locate the website that this picture came

from. When the site was located it was found to be a site devoted to obscene and unlawful pictures of young children being sexually victimized. Johnston sent an e-mail to this site advising them that he found the content of their website to be unlawful. Despite the fact that Johnston an assistant department head, was advised that this site was being accessed by MPL computers, that its images being printed on MPL printers, and despite his own conclusion that the site contained illegal and obscene child pornography, no action was taken by MPL to either alert law enforcement officials or protect the continued accessing of this material. Johnston apparently concluded that accessing such material was not an incident for which there was any process to follow under library policy.

k.  On February 5, 2000, a library patron and member of the public wrote an editorial for the Star-Tribune decrying her experience at MPL and expressing her reaction to the degrading photos and sexually explicit materials which assaulted her on her visits to the library. Mary Lawson responded to the editorial with an e-mail to all staff, reiterating Defendant's policy of unfettered access.

l.  Lawson followed up her response to this patron on February 10, 2000 with an e-mail from her and another from her subordinate, Kristi Gibson, seeking to limit staff from contacting the media about this issue and to clearly intimidate any staff members who might be seeking to use publicity to challenge her policy.

m.  On February 12, 2000, 47 members of the MPL staff wrote a Letter to the Editor of the Star-Tribune objecting to Defendant's policy of unfettered access and the complete disregard of the impact on staff and patrons of that policy. On February 18, 2000 the Board of Trustees responded in the newspaper with a statement reiterating and defending Defendant's policy of unfettered access.

379

n.   On February 23, 2000, Plaintiffs caused a packet of pornographic and obscene printouts which had been found at MPL printers to be sent to the Board of Directors of MPL with a note explaining these materials were examples of what they were being forced to observe, in hopes that the Board would take action once they saw the material which Plaintiffs had been forced to view for over three years. Upon information and belief, despite the fact that the materials were placed in packets and individually addressed to Board Members, those packets were intercepted by the Administration of MPL and not delivered to the Board until late April.

o.   Plaintiff Wendy Adamson e-mailed her supervisor Betsy Williams on March 25, 2000 indicating that she was refusing to do any further monitoring of Internet terminals because of both the images she was constantly forced to confront as well as the behavior of the patrons who were the "regular" users of these materials. In her e-mail, Adamson noted that this "combination of factors has made my job almost unbearable, and the abuse, sexual harassment have become overwhelming for me." Williams responded via memo addressed to all Humanities Department employees warning that all employees were required to monitor these terminals and that any failure to do so would be "unacceptable." She stated further "I remind all of you that you are paid by the library to support the policies and procedures the board and administration have put in place. Monitoring Internet use is part of everyone's job, like it or not."

p.   On March 27, 2000, Jan Feye-Stukas issued a memo to all managers and supervisors concerning guidelines for Staff Response to Internet Content Complaints which again reiterated the Defendant's policy of unfettered Internet access.

q.   On April 10, 2000, Lawson in response to a complaint by a patron, Arthur Centor, about the offensive nature of the environment at the Library, again reiterated and defended MPL's policy of unfettered access to the Internet.

r.    In addition to the above, Plaintiffs Wendy W. Adamson, Anita C. Bealer, Nancy Corcoran, Mary Kay Harris, Vern Harman, Patricia Hudnell, Jessica K. Nelson, Gloria Olson, Virginia Pear, Julia A. Sedlak, Cynthia L. Smith and Karen E. Will on a regular and frequent basis beginning in 1997, verbally complained or otherwise advised their department heads or other administrators of the hostile and offensive nature of the working conditions under they were forced to tolerate.

60.    Despite all of these notices, protests, complaints and expressions of concern, Defendant refused to make any significant change to its policy of unfettered access to the Internet by all patrons, including children and adults. While MPL and Lawson at various times gave lip service to MPL's policy against sexual harassment, Lawson and MPL failed to take any concrete action to remedy or address the problems created by its policy. They made no effort to limit the viewing of legally obscene material on its terminals. They put no limits on the amount or type of material patrons could print out on MPL printers. They took no steps to prevent children from viewing obscene and pornographic materials at the library. They specifically directed their security staff not to respond to staff requests to cause patrons to stop viewing these materials. They did not remove patrons who behaved inappropriately towards staff or other patrons except in the most extreme circumstances and even then only for short periods of time. At no time did MPL provide any training to its managers of supervisors on how to deal with the hostile and offensive working environment created by library's policy of unfettered Internet access. At no time did it ever respond to any of the Plaintiffs as they continually raised their concerns in a variety of forums.

61.    The effect of the policy was further exacerbated by the fact that Lawson, the Library Board of Directors and other members of administration spent little or no time in the Central Library patron areas and therefore paid little attention to the practical effect their policy was having on a day to day basis. After implementing the unfettered access policy, Lawson, the Board and the

rest of MPL administration failed to take any steps to actually gauge the impact the policy was having on staff or library patrons.

62. Lawson in particular was oblivious to what was actually happening at the computer terminals and with MPL's "regular" patrons. Her management style on this issue was to make a decision and then tolerate no further discussion that would be contrary to her conclusion. Lawson fostered her own ignorance by clearly communicating that she would refuse to consider in any fashion that her policy of unlimited Internet access was either inappropriate, harmful to the library or that it was having the effect of creating a hostile and offensive working environment. MPL department heads and supervisors clearly understood Lawson considered herself a "champion" of the First Amendment and that there was no benefit or likelihood of success in trying to persuade her that her policy was having an adverse impact on MPL. As a consequence, Lawson willfully ignored the effect her policy had on Plaintiffs.

63. It was not until Plaintiffs filed their charge of discrimination with the Equal Employment Opportunity Commission that Defendant was prodded to take action. As a result of that charge and the accompanying local media publicity, Defendant has taken certain steps which have improved the climate at MPL and reduced the frequency with which the "regulars" visit the library. These measures include specific time limits for the use of terminals, a sign-up policy requiring patrons to sign up for the use of the terminals and signs on the terminals indicating the Defendant will cooperate with local law enforcement to enforce the state obscenity laws. Security guards have also been allowed to return to their policy of confronting patrons viewing obscene or pornographic materials.

64. Despite these steps which occurred only after the charge of discrimination was filed, the environment at MPL continues to be hostile and offensive although in a more limited fashion. Plaintiffs continue to be exposed to graphic sexual images and to certain aspects of the predatory behavior of the "regulars." Once publicity died down, the "regulars' have begun to

return to the library and MPL Department heads have been inconsistent in enforcing the measures taken by the library to deal with the "regulars'" conduct.

65.   A principal concern is also that Defendant does not take seriously the harm done to Plaintiffs and to MPL patrons by the policy of Defendant. At a recent Board of Directors meeting, Board Member Rod Kruger stated that he thought staff members were being "too emotional" about this issue and stated that he did not believe a significant problem existed and that most patrons were simply doing research on "breast cancer" or some other topic when they accidently came upon the pornographic web-sites. He stated that he wanted to protect the privacy of the patrons. At that same meeting Board Member Charlotte Anderson became extremely upset when presented with a petition signed by 40 staff members against the purchase of recessed terminals and stated she was "sick of petitions, sick of letters from the staff, sick of incident reports too." She dismissed the concerns for safety by staff members stating "that in all her years of coming down to the library she has not been attacked once." She then stated "What is so wrong about having 5 or 10 guys touching themselves once in a while?"

66.   In addition, in May, at a press conference held at MPL by DFL U.S. Senate candidate David Lillehaug, Jan Feye-Stukas, Assistant Director of MPL and Alex Wakal, head of security at MPL, were observed by staff deriding Plaintiffs' claims, making mocking gestures about staff members trying to see pornography on MPL terminals and making comments such as "they should just look away." Feye-Stukas acted out with exaggerated gestures a parody of staff members leering over patrons' shoulders while Wakal shook his head in disgust. The clear implication was that staff was being hysterical and voyeuristic in their reaction to the obscene and offensive materials in the library.

67.   Defendant also embarked upon a plan to purchased recessed terminals in the mistaken belief that if it were harder for others to view the images, the problem would be solved. This approach reflected that Defendant does not understand the depth and breadth of the problem.

383

Their apparent view that this is only about staff seeing a few "dirty pictures," belies a fundamental lack of understanding about the impact of the previous policy. By attempting to facilitate the continued access to these materials through recessed terminals, Defendant risked re-inviting the culture of hard-core pornography users to descend upon the library. In doing so it also risked recreating the excessively hostile and offensive working environment which was a direct result of their previous policy.

## HARM TO PLAINTIFFS AS A RESULT OF THE HOSTILE AND OFFENSIVE WORK ENVIRONMENT CREATED BY DEFENDANT'S POLICIES AND FAILURE TO TAKE REASONABLE AND APPROPRIATE ACTION

68.  Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will suffered severe and substantial emotional distress, turmoil and harm as a result of Defendant's policies. Plaintiffs uniformly developed an increasing dislike and in some cases a hatred for their employment with MPL. It became increasingly difficult for Plaintiffs to come to work on a daily basis, to be confronted with the grossest and most obscene examples of pornographic materials and to then be faced with a library policy which required them to tolerate these materials.

69.  Plaintiffs Adamson, Bealer, Corcoran, Harris, Harman, Hudnell, Nelson, Olson, Pear, Sedlak, Smith and Will found themselves to be personally affected as a result of being forced to view these materials on a regular or daily basis. It no longer was shocking to see a picture of a woman with a penis in her mouth. Female breasts and male genitalia were no longer private but rather common and omnipresent. It was no longer unthinkable to see a stranger sexually gratifying himself only a few feet away. More cruelly, the reality of children being sexually victimized by adults became a depressing and recurrent image of every day life.

70.  Many Plaintiffs came to live in fear as they walked into the library each day. The fear applied to their apprehension of what they would see that day, their concern about what type of verbal abuse they would be forced to tolerate by 'regulars" intent on satisfying their habit, and the ever-

384

present underlying fear of whether on this day one of the regulars would seek to act out his fantasies in a violent attack on one of them.

71.  These affects reduced the ability of Plaintiffs to be professional in their work and approach to their jobs. An atmosphere of withdrawal pervaded Plaintiffs and the Library staff. Plaintiffs no longer were willing to extend themselves to assist patrons but rather began to view each patron with suspicion and distrust. Certain Plaintiffs who had entered the library profession because they enjoyed the service aspect, found themselves hiding from patrons to avoid yet another exposure to the atmosphere created by the Library's policy.

72.  Plaintiffs uniformly experienced a deep anger and hostility towards the Library and its administration for ignoring their plight for so long. Plaintiffs knew that the policy was not only wrong because of the effect it had on their working environment but also because of the effect it was having on driving away patrons who used to come to the library for legitimate reasons. Despite all of their efforts to alert Defendant to the terrible impact of their policy, they were ignored. For nearly three years they were forced to live through an administration which blithely sent the message that it knew better and that they should just stop complaining and support Defendant's misguided policy.

73.  Plaintiffs also experienced an embittering sense of hopelessness from being forced to watch the impact the library's policy was having on it patrons, particularly children. On a regular basis, Plaintiffs would observe children enter the library for the purpose of entering the world of knowledge and information, only to watch them be exposed to the grossest level of obscene and pornographic materials. Repeatedly adult patrons asked "Do you mean the Library allows children to view pornographic and obscene material?" and Plaintiffs could only respond with regret. This hopelessness and powerlessness became a pervasive aspect of Plaintiffs everyday work life.

74. Many Plaintiffs also experienced deep personal reactions to the hostile, offensive and disturbing work environment. Several Plaintiffs have personal backgrounds that made them particularly vulnerable to the sexual abuse and harassment created by the environment at MPL. These background made the harm suffered by them significantly more severe, intense and painful.

## COUNT I
## VIOLATION OF MINNESOTA HUMAN RIGHTS ACT

75. Plaintiffs repeat and incorporates by reference the foregoing paragraphs as though fully stated herein.

76. MPL in adopting a policy of unfettered Internet access and promoting an environment which was dominated by hard-core pornography users, discriminated against Plaintiffs by creating an intimidating, hostile and offensive work environment in violation of the Minnesota Human Rights Act., Minn. Stat. Section 363.03 *et seq.*

77. As a direct and proximate result of the conduct of Defendant MPL, Plaintiffs have suffered and continue to suffer injuries including humiliation, emotional distress, embarrassment and anxiety in an amount in excess of $50,000 per Plaintiff.

## COUNT II
## VIOLATION OF TITLE VII OF THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. §2001 *ET SEQ.*

78. Plaintiffs repeat and incorporates by reference the foregoing paragraphs as though fully stated herein.

79. MPL in adopting a policy of unfettered Internet access and promoting an environment which was dominated by hard-core pornography users, discriminated against Plaintiffs by creating an intimidating, hostile and offensive work environment in violation of Title VII of the Equal Employment Opportunity Act, 42 U.S.C. §2001 *et seq.*

386

80. As a direct and proximate result of the conduct of Defendant MPL, Plaintiffs have suffered and continue to suffer injuries including humiliation, emotional distress, embarrassment and anxiety in an amount equal to the statutory maximum of $300,000.00 per Plaintiff.

## COUNT III
## NEGLIGENCE

81. Plaintiffs repeat and incorporates by reference the foregoing paragraphs as though fully stated herein.

82. Plaintiffs, in addition to being employees of MPL, are also citizens of the City of Minneapolis and resident Library card holders of MPL.

83. Plaintiffs and/or their family have been present in the library on non-working hours and have been exposed to the images and conduct set forth above.

84. Defendant MPL owes a duty to the users of its services to exercise due care in the operation of the library and MPL in adopting a policy of unfettered Internet access and promoting an environment which was dominated by hard-core pornography users, and in persisting in that policy despite repeated notice of the intimidating, hostile and offensive work environment created by that policy, failed to exercise such care.

85. As a direct and proximate result of the intentional and willful conduct of Defendant MPL, Plaintiffs were put in fear of bodily injury and have suffered and continue to suffer injuries including humiliation, emotional distress, embarrassment and anxiety in an amount in excess of $50,000 per Plaintiff.

WHEREFORE, Plaintiffs respectfully request judgment against Defendant MPL as follows:

1. For equitable relief directing Defendant to:

    a. Take all reasonable and appropriate steps necessary to eliminate and prevent from re-occurring the hostile and offensive working environment created by Defendant's policy of unlimited access to the Internet.

b.      Take all reasonable steps to improve and modify security procedures to ensure that Plaintiffs are not physically threatened, harassed or intimidated in their working environment.

c.      Take all reasonable and appropriate steps to ensure that legally obscene materials are not displayed in the public areas and working areas of the Minneapolis Public Library.

d.      Take all reasonable and appropriate steps to provide training to management and staff on how to deal with issues of sexual harassment and other workplace appropriate training.

e.      Take all reasonable and appropriate steps to prevent children and other patrons of MPL from being exposed to the behaviors complained of herein.

2.      Against Defendant MPL, an amount in excess of $50,000 per Plaintiff as and for compensatory damages under the Minnesota Human Rights Act .

3.      Against Defendant MPL, an amount of $300,000 per Plaintiff as and for compensatory damages under Title VII of the Equal Employment Opportunity Act.

4.      Against Defendant MPL an amount in excess of $50,000 per Plaintiff as and for compensatory damages for negligence.

5.      A Court Order requiring Defendant to pay Plaintiffs' reasonable attorney's fees pursuant to the Minnesota Human Rights Act, Minn. Stat. §363.01 *et seq.*, and Title VII of the Equal Employment Opportunity Act, 42 U.S.C. §2001.

6.      An award of treble damages in favor of Plaintiffs and against Defendant pursuant to the Minnesota Human Rights Act, §363.071, subd. 2.

7.      For any and all such further relief including additional injunctive or declaratory relief, and any and all other relief and damages as are just and equitable.

## JURY DEMAND

Plaintiffs request a trial by jury for all issues able to be tried of right by a jury.

Dated: 3\19\3

HALAGAN LAW FIRM, LTD.

Robert S. Halagan (MN # 136402)
15 Second Street NW
Suite 101 Courthouse Square
Buffalo, MN 55313
763-682-8975

Attorneys for Plaintiffs

# Exhibit III

CLOSED, T7

# U.S. District Court
## U.S.District Court Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:03-cv-02521-JNE-JGL

| | |
|---|---|
| Adamson, et al v. Mpls Public Library | Date Filed: 03/24/2003 |
| Assigned to: Judge Joan N. Ericksen | Date Terminated: 08/28/2003 |
| Referred to: Magistrate Judge Jonathan G Lebedoff | Jury Demand: None |
| Demand: $0 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000 Job Discrimination (Sex) | Jurisdiction: Federal Question |

**Plaintiff**

**Wendy W Adamson**      represented by    **Robert S Halagan**
Halagan Law Firm, Ltd
15 2nd St NW Ste 101
Buffalo, MN 55313
763-682-8975
Fax: 763-682-6793
Email: rhalagan@halaganlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita C Bealer**      represented by    **Robert S Halagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Corcoran**      represented by    **Robert S Halagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Kay Harris**      represented by    **Robert S Halagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vern Harman**      represented by    **Robert S Halagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*   **391**

**Plaintiff**

**Patricia Hudnell**                    represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica K Nelson**                    represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Olson**                        represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Pear**                       represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia A Sedlak**                      represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia L Smith**                     represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen E Will**                        represented by   **Robert S Halagan**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Minneapolis Public Library**          represented by   **Bradley J Lindeman**
                                                         Meagher & Geer, PLLP
                                                         33 S 6th St Ste 4400          **392**

Mpls, MN 55402
612-338-0661
Fax: 612-877-3030
Email: blindeman@meagher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F Roegge**
Meagher & Geer, PLLP
33 S 6th St Ste 4400
Mpls, MN 55402
(612) 338-0661
Fax: (612)338-8384
Email: jroegge@meagher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2003 | 1 | COMPLAINT - Summons issued. Assigned to Judge Joan N. Ericksen per Individual Civil Rights list and referred to Chief Mag. Judge Jonathan G. Lebedoff rpt no 264897 29pg(s) (DFL) (Entered: 03/25/2003) |
| 04/01/2003 | 2 | ORIGINAL SUMMONS AND RETURN OF SERVICE executed upon defendant Mpls Public Library on 3/24/03 2pg(s) (DFL) (Entered: 04/04/2003) |
| 04/14/2003 | 3 | ANSWER by defendant; jury demand. 15pg(s) (RJL) (Entered: 04/16/2003) |
| 04/17/2003 | 4 | NOTICE of INITIAL pretrial conference set for 9:00am on 5/19/03. 1pg(s) (RJL) (Entered: 04/23/2003) |
| 05/13/2003 | 5 | REPORT OF RULE 26(f) MEETING. 7pg(s) (DFL) (Entered: 05/19/2003) |
| 05/19/2003 | 6 | NOTICE OF SETTLEMENT CONFERENCE ( Chief Mag. Judge Jonathan G. Lebedoff / 5/19/03) settlement conference set for 9:00 a.m. on 7/14/03 . 1pg(s) (cc: all counsel) (DFL) (Entered: 05/23/2003) |
| 05/19/2003 | 7 | MINUTES: ( Chief Mag. Judge Jonathan G. Lebedoff ) re: PRETRIAL CONFERENCE . 1pg(s) (DFL) (Entered: 05/23/2003) |
| 05/19/2003 | 8 | PRETRIAL ORDER ( Chief Mag. Judge Jonathan G. Lebedoff 5/19/03) amendments and adding parties set for 9/1/03 ; discovery set for 8/1/04 ; non-dispositive motions set for 8/15/04 ; dispositive motions set for 10/1/04 ; ready for trial set for 12/1/04. 1pg(s) (cc: counsel) (DFL) (Entered: 05/23/2003) |
| 05/22/2003 | 9 | AMENDED ANSWER [1-1] by defendant Mpls Public Library; jury demand. 15 pg(s) (JMM) (Entered: 05/27/2003) |
| 06/02/2003 | 10 | LETTER dated 6/2/03 from Bradley J. Lindeman rescheduling settlement conference to 9:00 a.m. on 8/7/03 . 1pg(s) (DFL) (Entered: 06/05/2003) |
| 08/07/2003 | 11 | MINUTES OF SETTLEMENT CONFERENCE: ( Chief Mag. Judge Jonathan G. Lebedoff ) case settleed. 1pg(s) (DFL) (Entered: 08/12/2003) |

**393**

| | | |
|---|---|---|
| 08/15/2003 | 12 | MINUTES OF CONFERENCE: ( Chief Mag. Judge Jonathan G. Lebedoff ) resolved language issues on press releases. 1pg(s) (DFL) (Entered: 08/20/2003) |
| 08/28/2003 | 13 | ORDER ( Judge Joan N. Ericksen / 8/28/03) that this action is dismissed with prejudice, along with any counterclaims, the Court retaining jurisdiction for 60 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms. termination notice 1pg(s) (cc: all counsel) (DFL) (Entered: 08/29/2003) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/09/2008 19:06:20 | | |
| **PACER Login:** | ac0247 | **Client Code:** | Bradburn |
| **Description:** | Docket Report | **Search Criteria:** | 0:03-cv-02521-JNE-JGL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

394

# Exhibit JJJ

# Internet Policy and Internet Use Guidelines

- [Policies](#)

- [Internet Policy](#) Adopted by the Library Board 7 February 1996; Revised 18 October 2000, 25 August 2004
- [Internet Use Guidelines](#) Adopted by the Library Board 17 May 2000; Revised 17 January 2001

> Note: The Children's Internet Protection Act (CIPA), passed by Congress in December 2000 and upheld by the Supreme Court in June 2003, requires libraries receiving certain types of federal funding to install software that blocks visual depictions of obscenity, child pornography, or material harmful to minors. Rather than jeopardize potential federal funding, the Minneapolis Public Library Board authorized the installation of filtering software to comply with CIPA as of July 1, 2004.

# Internet Policy

*Policy #1128:*
*Adopted by the Library Board 7 February 1996*
*Revised 18 October 2000*
*Revised 25 August 2004*

The Minneapolis Public Library Board is committed to ensuring access to information through technology. Access to digital information is fundamental for supporting continuous lifelong learning. Recognizing its role to provide access to electronic information, the Minneapolis Public Library offers public access to the Internet.

The Library upholds and affirms the right of every individual to have access to constitutionally protected material on the Internet. The content of the Internet is not managed or governed by any entity, therefore users may encounter materials they consider offensive. The Library supports both open and guided access to information. The Library also supports the right to privacy and confidentiality of Library users in accordance with the Minnesota Government Data Practices Act. Parents and guardians are responsible for monitoring Internet access by children.

The Children's Internet Protection Act (CIPA), passed Congress in 2000 and upheld by the Supreme Court in 2003, requires libraries receiving certain types of federal funding to equip Internet-access computers with a technology protection measure that blocks or filters visual depictions that are obscene, contain child pornography or are harmful to minors. In compliance with CIPA, the Library Board authorized installation of filtering software designed to prevent access to obscenity, child pornography and materials harmful to minors. In accordance with the law, persons aged 17 years or older may request to have the filters disabled for any lawful purpose that meets the Minneapolis Public Library Internet Policy and Guidelines AND THE FILTER WILL BE DISABLED.

Users should be aware that Internet filtering software installed for CIPA compliance should not substitute for individual judgment and/or parental involvement and oversight. The software may unintentionally block sites that have legitimate research value and fail to block objectionable content. FILTERS ARE NOT A GUARANTEE TO BLOCK OBJECTIONABLE CONTENT.

Illegal use of the Internet is prohibited. Library users may not use the Library's Internet access to view, print, distribute, display, send or receive images, text or graphics of obscene material or material that violates laws relating to child pornography. Library users may not disseminate, exhibit or display to minors materials that are harmful to minors.

Library users must abide by the Internet Use Guidelines as approved by the Library Board.          **396**

The Library Board and its employees assume no responsibility for damages of any type arising from the use of Minneapolis Public Library Internet workstations.

# Internet Use Guidelines

*Policy #1130:*
*Adopted by the Library Board 17 May 2000*
*Revised 17 January 2001*

- Internet Use Rules
- Responsibilities of Users
- Responsibility and Authority of Staff
- Use of the Internet by Children
- Failure to Comply
- Liabilities
- Legal Citations

The Minneapolis Public Library (MPL) provides Internet access for conducting research, retrieving information, exploring ideas, facilitating communication, and accessing resources available through the World Wide Web. These are fundamental to supporting continuous lifelong learning for people of all ages. Unlike the selection of library materials on library shelves, however, librarians do not select the offerings of the Internet. Because not all Internet sites are accurate and complete, and some sites may be offensive, library users are encouraged to exercise critical judgment in accessing these sites.

The Library upholds and affirms the right of every individual to have access to constitutionally protected material on the Internet. The Library also supports the right to privacy and confidentiality of library users in accordance with the Minnesota Data Practices Act.

The Internet has raised new challenges for public libraries. Because of its graphical display format, MPL must through these guidelines work to balance the rights of individuals to access information and the need to provide a welcoming environment for people of all ages. The Library is committed to providing its employees and patrons with an environment that is free from all forms of harassment, including sexual harassment, and prohibiting the display of obscene material, child pornography, and material that is harmful to minors and to make every possible effort within constitutional limits to prevent minors from viewing materials that could be deemed harmful.

In compliance with the Children's Internet Protection Act (CIPA), the MPL has installed filtering software designed to prevent access to obscene material, child pornography, and material harmful to minors. Users should be aware that Internet filtering software installed for CIPA compliance is not a substitute for individual judgment and/or parental involvement and oversight. The software may unintentionally block sites that have legitimate research value, and may fail to block objectionable content. In accordance with the law, persons aged 17 years or older may request to have the filters disabled for any lawful purpose that meets the Board's Internet Policy and Guidelines AND THE FILTER WILL BE DISABLED.

The MPL provides Internet access at every location; however, the demand exceeds the Library's finite computing resources. To assure fair access for all persons, the Library and its individual agencies establish rules and procedures that regulate the time, manner, and place of Internet access.

# Internet Use Rules

The Library provides Internet access computers in its community libraries and Central Library public departments. Decisions on the number, placement, and type of computer workstations at each site are based on considerations of demand, staff capacity, available floor space, electrical/cable access, and budgetary constraints.

The following rules and procedures govern the use of Internet workstations:

a) Time Limit per workstation: The posted time limit is to be observed at each workstation.

b) Time Limit per person: One hour per person in each six-hour period system-wide.

c) Log On: A library card or a temporary Internet access card is required to log on an Internet workstation. Advance log on is not available.

**397**

d) Disabling Filters: In accordance with the CIPA, persons aged 17 or older may request to have Internet filters disabled for any lawful purpose that meets the Library Board Internet Policy and Guidelines. Patrons requesting that filters be disabled may be asked to present proper identification in order to comply with this federal requirement.

e) Temporary Internet Access Cards: Temporary Internet Access Cards for short term Internet access are available to persons with proper identification. Temporary Internet Access Cards are available to youth under 18 with a parent or guardian present.

f) Catalog Only Workstations: Some workstations are designated for use of the Library catalog and its related databases. These workstations are not available for general Internet use.

g) Special Population Workstations: Some workstations in each location are designated for primary use by special populations of users, such as children or persons with disabilities. Procedures at each location regulate use of these workstations by persons other than the intended audience

h) Privacy Screens: Privacy screens on Internet monitors must remain in place at all times.

i) Shared Use of Workstations: No more than two persons may share the use of an Internet workstation at the same time. Study group accommodations may be made with staff.

## Responsibilities of Users

All Library users must observe the policies, rules and procedures established by the Library, including the Internet Use Guidelines and, in respect to these guidelines, the MPL Rules of Conduct (Library Board Policy #3008) and Sexual Harassment Policy (#5004). Users at MPL workstations should bear in mind that the workstations are located in public areas shared by people of all ages and backgrounds, and are expected to show consideration for others when viewing Web pages. All library users are expected to respect the privacy of all other library users.

Use of any workstation is for legal purposes only.

No person shall use a library workstation in a way that disturbs or interferes with users, employees or operations of the Library. Patrons may not:

a) View, print, distribute display, send, or receive images, text or graphics of obscene materials or material that violates laws relating to child pornography.

b) Disseminate, exhibit, or display to minors materials that are harmful to minors.

c) Use an Internet workstation to transmit threatening or harassing material.

d) Engage in any activity that is deliberately offensive or creates an intimidating or hostile environment.

e) Violate copyright or software licensing agreements.

f) Gain unauthorized access to any computing, information, or communications devices or resources.

g) Damage, alter, or degrade computer equipment, peripherals, software, or configurations.

h) Install software applications.

i) Use a workstation to conduct a business.

## Responsibility and Authority of Staff

Library employees are responsible for implementing the Internet Use Guidelines. Library employees are expected to take prompt and appropriate action to enforce the Internet Use Guidelines, and are authorized to terminate an Internet use session by anyone who fails to comply. Library employees may refuse to provide assistance to a patron if they believe that it will require them to view pornographic material on a computer display screen or in printed form, but then they must immediately request assistance from a supervisor, lead worker, or security staff.

## Use of the Internet by Children

MPL respects the responsibility of all parents/legal guardians to guide their own children's use of the library, its resources and services. Some of MPL's workstations are reserved for use by children. Both posted signs and the staff encourage parents, teachers,

**398**

and caregivers to work with their children at these workstations.

The Library offers assistance and training to help children experience the Internet in a safe and rewarding manner, including providing Web safety tips both in printed form and online and providing links to recommended sites for children.

To comply with the Children's Internet Protection Act (CIPA), the Minneapolis Public Library has installed filtering software that is designed to prevent access to obscene material, child pornography, and material harmful to minors. Users should be aware that Internet filtering software installed for CIPA compliance is not a substitute for individual judgment and/or parental involvement and oversight. The software may unintentionally block sites that have legitimate research value, and may fail to block objectionable content. FILTERS ARE NOT A GUARANTEE TO BLOCK OBJECTIONABLE CONTENT.

## Failure to Comply

Failure to comply with the Internet Use Guidelines will result in a request from staff to discontinue the activity. Continued violations will result in a request to leave the library facility, and may lead to revocation of library privileges, including the right to visit the buildings and grounds. Repeat offenders or persons ordered from the premises who do not comply may be subject to arrest and prosecution for trespassing.

## Liabilities

The MPL assumes no responsibility for any damage, direct or indirect, that users or anyone else may suffer through MPL's access to the Internet. All public Internet users at MPL agree to hold the Library harmless from any claims, losses, damages, obligations related to:

- Infringement of U.S. Copyright Law governing the reproduction, distribution, adaptation, public performance, and public display of copyrighted material.
- The use and/or accuracy of information obtained from the Library's electronic information system.
- Damage to non-library software or hardware resulting from viruses downloaded via the Library's Internet services.

*The Library Board will review its Internet use rules, procedures, and guidelines every six months.*

---

*Legal citations:*

Legal citations: United States Code, Title 18 Section 2252 Relating to materials involving the sexual exploitation of minors; Minnesota Statutes 617.241 Obscene materials and performances; distribution and exhibition prohibited; penalty; Minneapolis Code of Ordinances 385.130 Obscene materials and 385.131 Dissemination of materials harmful to minors, Minnesota Statutes 617.293, Subd. 1 and 617.292, Subd. 7; U.S. Copyright Law, Title 17, United States Code.

**Minnesota Statutes 1999, §617.241 Obscene materials and performances; distribution and exhibition prohibited; penalty.**

**Subdivision 1. Definitions.** For purposes of this section, the following terms have the meanings given them:

a. "Obscene" means that the work, taken as a whole, appeals to the prurient interest in sex and depicts or describes in a patently offensive manner sexual conduct and which, taken as a whole, does not have serious literary, artistic, political, or scientific value. In order to determine that a work is obscene, the trier of fact must find:
   i. that the average person, applying contemporary community standards would find that the work, taken as a whole, appeals to the prurient interest in sex;
   ii. that the work depicts sexual conduct specifically defined by clause (b) in a patently offensive manner; and
   iii. that the work, taken as a whole, lacks serious literary, artistic, political, or scientific value.
b. "Sexual conduct" means any of the following:
   i. An act of sexual intercourse, normal or perverted, actual or simulated, including genital-genital, anal-genital, or oral-genital intercourse, whether between human beings or between a human being and an animal.
   ii. Sadomasochistic abuse, meaning flagellation or torture by or upon a person who is nude or clad in undergarments or in a sexually revealing costume or the condition of being fettered, bound, or otherwise physically restricted on the part of one so clothed or who is nude.

399

    iii. Masturbation, excretory functions, or lewd exhibitions of the genitals including any explicit, close-up representation of a human genital organ.

    iv. Physical contact or simulated physical contact with the clothed or unclothed pubic areas or buttocks of a human male or female, or the breasts of the female, whether alone or between members of the same or opposite sex or between humans and animals in an act of apparent sexual stimulation or gratification.

c. "Community" means the political subdivision from which persons properly qualified to serve as jurors in a criminal proceeding are chosen.

d. "Work" means "material" or "performance."

e. "Material" means a book, magazine, pamphlet, paper, writing, card, advertisement, circular, print, picture, photograph, motion picture film, videotape, script, image, instrument, statue, drawing, or other article.

f. "Performance" means a play, motion picture, dance, or other exhibition performed before an audience.

**Subd. 2. Crime.** It is unlawful for a person, knowing or with reason to know its content and character, to:

a. exhibit, sell, print, offer to sell, give away, circulate, publish, distribute or attempt to distribute any obscene material; or

b. produce, present, participate in, or direct an obscene performance.

**Subd. 3. Penalty.**

A person violating subdivision 2 is guilty of a gross misdemeanor and may be sentenced to imprisonment for not more than one year, or to payment of a fine of not more than $3,000, or both.

**Subd. 4. Second or subsequent violations.**

Whoever violates the provisions of subdivision 2 within five years of a previous conviction under that subdivision is guilty of a felony and may be sentenced to imprisonment for not more than two years, or to payment of a fine of not more than $10,000, or both.

HIST: 1961 c 664 s 1; 1982 c 604 s 1; 1983 c 204 s 9; 1984 c 628 art 3 s 11; 1988 c 406 s 1

Copyright 1999 by the Office of Revisor of Statutes, State of Minnesota

**Minnesota Statutes 1999, §617.292, Subd. 7**

"Harmful to minors" means that quality of any description or representation, in whatever form, of nudity, sexual conduct, sexual excitement, or sadomasochistic abuse, when it:

1. predominantly appeals to the prurient, shameful or morbid interest of minors, and
2. is patently offensive to prevailing standards in the adult community as a whole with respect to what is suitable material for minors, and
3. is utterly without redeeming social importance for minors.

**Minnesota Statutes 1999, §617.293, Subd. 1 Harmful materials; dissemination to minors prohibited.**

**Subdivision 1. Dissemination.** It is unlawful for any person knowingly to sell or loan for monetary consideration to a minor:

a. Any picture, photograph, drawing, sculpture, motion picture film, or similar visual representation or image of a person or portion of the human body which depicts nudity, sexual conduct, or sadomasochistic abuse and which is harmful to minors, or

b. Any book, pamphlet, magazine, printed matter however reproduced, or sound recording which contains any matter enumerated in clause (a), or which contains explicit and detailed verbal descriptions or narrative accounts of sexual excitement, sexual conduct, or sadomasochistic abuse which, taken as a whole, is harmful to minors.

Last updated: 2/20/2007

RSS    [more RSS feeds](#)    [employment](#)    [patriot act statement](#)    [Valid HTML 4.0](#)    [Valid CSS](#)
[WCAG Accessibility - Priority 1 Checkpoints](#)

**400**