```
 1                                    The Honorable Edward F. Shea
 2
    Thomas D. Adams
 3  Celeste Mountain Monroe
 4  KARR TUTTLE CAMPBELL
    1201 Third Avenue, Suite 2900
 5  Seattle, Washington 98101-3028
 6  (206) 223-1313
 7  Attorneys for Defendant North Central Regional Library District
 8
 9            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
10                     AT SPOKANE
11
12
13  SARAH BRADBURN, PEARL           )
14  CHERRINGTON, CHARLES            )
    HEINLEN, and THE SECOND         )  NO. CV-06-327-EFS
15  AMENDMENT FOUNDATION,           )
                                    )
16                                  )  DECLARATION OF DAN HOWARD
              Plaintiffs,           )  IN SUPPORT OF DEFENDANT
17                                  )  NORTH CENTRAL LIBRARY
18      v.                          )  DISTRICT'S REPLY TO ITS
                                    )  MOTION FOR SUMMARY
19  NORTH CENTRAL REGIONAL          )  JUDGMENT
20  LIBRARY DISTRICT,               )
                                    )
21                                  )
              Defendant.            )
22                                  )
                                    )
23
24
25
26  DECLARATION OF DAN HOWARD
27  IN SUPPORT OF DEFENDANT
    NORTH CENTRAL LIBRARY
28  DISTRICT'S REPLY TO ITS MOTION
    FOR SUMMARY JUDGMENT - 1
    CV-06-327-EFS
    #661598 v1 / 42703-001
```

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

I, Dan Howard, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am the Director of Public Services for NCRL.

3. Of the 81 automated requests NCRL received between October 2007 and February 1, 2008, 65 were evaluated within 24 hours. The remaining 16 requests were typically made over a weekend or holiday. Accordingly, decisions could not be made on the same day.

4. NCRL has responded to all requests for unblocking provided a patron provides contact information.

5. Certain cites highlighted by Plaintiffs, including: www.keyartpromotions.com, www.artbyjohndan.com.; www.pethandbook.com; www.firstthings1st.com; and www.ourfamily-web.com have all been unblocked.

6. NCRL refuses to unblock image search sites on the grounds that it allows patrons to circumvent the filter to obtain obscene, illegal or pornographic material. However, NCRL does provide access to other image databanks and other resources for the requested material.

DECLARATION OF DAN HOWARD
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S REPLY TO ITS MOTION
FOR SUMMARY JUDGMENT - 2
CV-06-327-EFS
#661598 v1 / 42703-001

7. Mr. Heinlen has not properly submitted a request to have NCRL review the requests identified in his most recent declaration. With respect to the personals webpage contained on craigslist.com, NCRL currently blocks access on the grounds that the content often contains pornographic or other materials that is harmful to minors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this <u>3rd</u> day of March, 2008 at _____Wenatchee_____, Washington.

_____
Dan Howard

DECLARATION OF DAN HOWARD
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S REPLY TO ITS MOTION
FOR SUMMARY JUDGMENT - 3
CV-06-327-EFS
#661598 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: /s/ Heather L. White
Heather L. White
hwhite@karrtuttle.com

DECLARATION OF DAN HOWARD IN SUPPORT OF DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT - 4
CV-06-327-EFS
#661598 v1 / 42703-001