The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for Defendant North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>               Plaintiffs,<br><br>    v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. CV-06-327-EFS

DECLARATION OF DEAN MARNEY IN SUPPORT OF DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT

DECLARATION OF DEAN MARNEY
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S REPLY TO ITS MOTION
FOR SUMMARY JUDGMENT - 1
CV-06-327-EFS
#661598 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

I, Dean Marney, declare as follows:

1.    I am over the age of 18 and competent to testify to the matters set forth herein.

2.    I am the Director of NCRL.

3.    The first NCRL branch with Internet access was our Omak branch, which went online in November 1999.

4.    The second NCRL branch was NCRL's Wenatchee branch, which went online in January 2000.

5.    NCRL used a Surfwatch brand filter at both the Wenatchee and Omak locations. The Surfwatch filter often caused the public use computers to freeze.

6.    NCRL implemented its first system-wide Internet filter, BESS, in December 2000. At this time, most branches did not have public internet computers.

7.    Internet access was not available at all 28 branches until November 2002.

DECLARATION OF DEAN MARNEY
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S MOTION
FOR SUMMARY JUDGMENT - 2
CV-06-327-EFS
#661508 v1 / 42203.001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation

8.      NCRL has adduced evidence that allowing unfiltered access would create a risk to patrons or staff and create and unacceptable risk or hostile atmosphere, not only due to incidents in our library district, but based on my personal knowledge of other districts' and communities' concerns with the dangers presented by unfiltered access. (Attached as **Ex. A** are true and correct copies of numerous newspaper articles that I have collected discussing this topic).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this <u>3rd</u> day of March, 2008 at *Wenatchee*, Washington.

Dean Marney

DECLARATION OF DEAN MARNEY
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S REPLY TO ITS MOTION
FOR SUMMARY JUDGMENT - 3
CV-06-327-EFS
4661509 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union
Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
    Heather L. White
    hwhite@karrtuttle.com

DECLARATION OF DEAN MARNEY
IN SUPPORT OF DEFENDANT
NORTH CENTRAL LIBRARY
DISTRICT'S REPLY TO ITS MOTION
FOR SUMMARY JUDGMENT - 4
CV-06-327-EFS
#661509 v1 / 42703-001