# Exhibit A

Decl. of Dean Marney
Page 5



Print this Page

## Preventing Internet Predators in Libraries

When you think of Internet stalking you probably never think of it happening inside of a public library. But, police say that's exactly what David Dosier of Russellville did. Police arrested Dosier Monday as he sat at a computer in the Russellville branch of the Pope County Library. Investigators say Dosier was using library computers to chat with someone he thought was a child. In reality, it was a Conway police officer.

Dosier is behind bars and two library computers have been siezed as evidence.

This arrest raised the question, could possible predators use library computers to stalk victims?

"We'll have 1,500 to 2,000 people probably everyday using the computers. And 99.5 percent of them are going to obey the rules," said Dr. Bobby Roberts with the Central Arkansas Library System.

Library administrators in Little Rock have implemented rules to keep their computers from undesirable hands and undesirable uses. Administrators do not allow obscene files or images, malicious, libelous or slanderous messages. They say the most important thing is to prevent child predators, so they don't allow live chatting on library computers.

Roberts says, "And if we see some problem that violates our rules, we would call that immediately to the attention of the person. Usually those violations are minor. But if we had any reason to suspect any criminal activity going on we would certainly pursue that with the police."

Carol Coffey is the head of Reference, "You would come up to the desk. If you had a library card, a member of the staff would show you how to make a reservation for a computer."

Users in the CALS cannot simply walk in off the street and sit down at a computer.





Dr. Bobby Roberts helped develop the computer rules and regulations



As many as 2000 people use the library computers every day.

✉ E-mail This Article

All the computers are in a central space easily monitored for pornography or other undesirable content.

Other libraries are also catching on. Last month the El-Paso Public Library and the library at Victoria College in Texas began using a sign-on system that identifies each person using a computer.

Mike Duncan, Reporter, Weekend Anchor
Created: 10/2/2007 9:46:24 PM
Updated: 10/2/2007 11:15:09 PM

Decl. of Dean Marney
Page 7



Print this Page

## Sex Offender Legislation Targets Libraries

Library computers are free to use and anybody can use them. David Dosier did before he was arrested for using the library computer to allegedly stalk a child for sex.

Police arrested Dosier at a Pope County library in Russellville. (See story link below his picture.) It's the same library where police say registered sex offenders go online.

Detective Steve Barker says one of them is convicted for online solicitation of sex with a minor.

But police say public computer use is protected, so it's difficult to catch the guy in the act.

Talisa Piker works closely with Russellville police. She's a member of the state's Sex Offender Task Force and is working to stop sex predators from using library computers. Piker says she knows of three registered sex offenders who use computers at the Russellville branch of the Pope County Library System.

Talisa Piker said, "Sex offenders have admitted to using the public libraries for their Internet chat."

Piker says library computers are magnets for predators, which is a problem considering that libraries serve children. She is helping State Rep. Dawn Creekmore (D) draft new sex offender legislation that will, in part, target libraries.

Creekmore said, "Require law enforcement to post fact sheets at libraries."

They want registered sex offenders' pictures posted near library computers.

Piker said, "And you'll know a sex offender is on a public computer. And if you feel there is some sort of suspicious activity, all you have to do is call police."

And maybe the pictures will send a strong message and keep predators off the Internet.

Piker said, "It would be very difficult for me to go to a place that had my picture up and do something illegal."



THVideo

David Dosier

More Links

- Preventing Internet Predators in Libraries

✉ E-mail This Article

Since the arrest of an accused sex predator at the library, the Pope County Library System's director says she's considering posting the pictures of registered sex offenders. She will meet with police on Tuesday to discuss it.

Meanwhile, Creekmore says the task force is looking into other ways to stop sex offenders from using library computers.

Creekmore said, "Maybe get libraries the means to run people's names who want to use public computers through ACIC, to find out if they are prohibited from using computers."

The legislation is being drafted for the 2009 legislative session.

Neil Sommerlatte, Photojournalist
Created: 10/5/2007 2:31:41 PM
Updated: 10/5/2007 10:41:05 PM

Decl. of Dean Marney
Page 9


Get Credit Card Processing quotes now!
FREE, Fast and Easy. No Obligations.

BuyerZone
Get FREE price quotes now

« Back | Print

## After Attack on Child in Library, Mayor Wants to Bar Sex Offenders, Require IDs

*Norman Oder -- Library Journal, 2/5/2008*

- Sex offender attacked six-year-old, police say
- Will library board agree to IDs?
- Mayor also wants to bar kids without guardians

In the wake of the **reported rape** of a 6-year-old boy in the New Bedford Free Public Library, MA, Mayor Scott Lang on Monday requested that state lawmakers bar Level 2 and Level 3 sex offenders from libraries, schools, and playgrounds. He also wants the library to require that all visitors to the building sign in with their identification, among other changes. The library board, while not acceding to all of Lang's list, agreed to hire security guards and increase the number of security cameras and police patrols, according to *South Coast Today*.

In the January 30 incident, police said, a Level 3 sex offender lured the boy into book stacks in the reference room, while the boy's mother worked at a computer in a nearby hall. A library staffer who later thought it odd that the man was with the boy helped lead police to the man. The incident provoked widespread fury about a judge's release of the offender, as well as about Lang's request for the library to make changes, including restricting children under age 10 from the library without adult supervision

Lang last year had asked the library board to require IDs, but the board said that might intimidate people from using the library. According to the newspaper, the mayor estimated the cost of an identification system at $50,000. The library board will respond within 30 days. The American Civil Liberties Union in Massachusetts cautioned that laws aimed at limiting where sex offenders can go will deter them from registering with local communities, as required, according to *South Coast Today*. The newspaper **editorialized** that "I.D. cards have questionable preventative value," and "Barring any group from using a public library is virtually without precedent." Still, the newspaper applauded the mayor and the board for investigating changes.

« Back | Print

© 2008, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

Advertisement



**Print this article | Go back**

Tuesday, November 20, 2007

# Louisville man pleads guilty to child pornography charges

He got files using library computers

**By Andrew Wolfson**
awolfson@courier-journal.com
The Courier-Journal

**By Andrew Wolfson**
awolfson@courier-journal.com
The Courier-Journal

Decl. of Dean Marney
Page 11

A 44-year-old Louisville man has pleaded guilty to receiving and possessing child pornography he obtained on e-mail accounts accessed through computers at the Louisville Free Public Library.

Gary Neagle, 44, faces 15 to 180 years in prison and a maximum fine of $1.25 million when he is sentenced Feb. 25. He pleaded guilty Friday in U.S. District Court.

Neagle was convicted in 1996 of sexual abuse of a 5-year-old girl and was previously listed on the Kentucky sex offender registry.

U.S. Attorney Dave Huber said about 30 percent of the defendants accused of Internet sex crimes in the Western District of Kentucky also have some record of offenses involving illegal sexual contact with children.

He said the number of child pornography cases referred to his office for investigation has grown from 17 in 2004 to 68 so far this year.

Huber praised library officials for their help in the investigation of Neagle, noting that they were "extremely cooperative."

Library Director Craig Buthod said officials provided information to police after a subpoena was presented for library records.

Huber and Buthod said Neagle did not surf for child porn on the library computers but instead accessed images he had stored on his Yahoo! and Google accounts.

Buthod said the library has filtering systems that block pornographic Web sites from opening, but not e-mail containing those images.

Huber said Louisville Metro Police received a tip from the National Center for Missing and Exploited Children indicating that an individual using the screen name "LAFFINGDOG" was storing child pornography on Yahoo! and Google servers and uploading on computers at the downtown library.

Buthod said the library identified Neagle as the user after Detective Dan Jackman from the Crimes Against Children Unit requested the library's help. Neagle, of the 800 block of South Third Street, was arrested in January and indicted in March.

He admitted that on three days in June 2006 he knowingly received child pornography and that on Aug. 14, 2006, he possessed child pornography.

Huber said Neagle's accounts contained thousands of images of child pornography, including those of an adult male

performing sex acts on a boy who was about 5 to 7 years old, and of a girl about 4 to 6 years old being raped by a man.

The case was prosecuted by Assistant U.S. Attorney Ann Claire Phillips.

Reporter Andrew Wolfson can be reached at (502) 582-7189.

**Print this article | Go back**

Decl. of Dean Marney
Page 12

# WSBTV.com

## Woman Wants Porn-Watching At Library Stopped

POSTED: 4:28 pm EST November 12, 2007
UPDATED: 5:43 pm EST November 12, 2007

**Related To Story**

**GWINNETT COUNTY, Ga. --** Dozens of Gwinnett County residents will be voicing their concerns about porn on library computers. They say the county isn't doing enough to block sexually explicit material and protect their children.

During Ruth Hardy's last trip to the Collins Hill branch library she got more than just books. She got mad at what she saw a man watching on his computer. "It looked like she was having sex there on the computer screen," said Hardy.

Hardy said a 10-year-old was sitting next to the man watching pornography. Now, Hardy and several other Gwinnett County residents are asking the library's board to strengthen their filters and have the staff intervene.

**Video:** Woman Wants Porn-Watching At Library Stopped

"It angers me. I'm paying for that. The rest of the county is paying for that as well. I consider it a G-rated place, a kid-friendly place," said Hardy.

Library officials said their filter system can't block everything because users can go to an acceptable site then go to a link. Channel 2 was told library staff is not allowed to intervene when they see what may be sexually explicit pictures or video on library computers.

"We have over 200 people in branches who are responsible for customer service and as you can imagine, you might have a different opinion what's objectionable that I do, so we have chosen not to put our staff in that position," said Rhonda Boyd with the Gwinnett County Public Library.

Library officials said they've taken all the necessary precautions and cannot control what a child may see.

"Parents, if you're concerned about what your children see in the library, not just on the Internet or what they do in the library, the library's a public place. And so we do have to ask parents to take some responsibility," said Boyd.

"I feel like Gwinnett has not taken that step at all to protect the children and they are hiding behind their policy," said Hardy.

Hardy wants Gwinnett County to require written parental permission or adult supervision for children to use the Internet like other counties do. Libary officials said they are always trying to find a balance between constitutionally protected material and protecting children.

*Copyright 2007 by WSBTV.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

Decl. of Dean Marney
Page 13

redding.com



# North State Briefs: June 19, 2007

By Record Searchlight staff
Tuesday, June 19, 2007

### Hospital chaplain is leaving town

The Rev. Arthur R. Lillicropp, Shasta Regional Medical Center's chaplain of seven years, is leaving the hospital.

Lillicropp, 60, decided last week to take a job at a hospital in Sacramento, turning down a counteroffer from Shasta Regional administrators, hospital spokeswoman Lynnann Salisbury said Monday.

### Authorities identify man crushed by van

A 55-year-old Redding man who died after being pinned between his van and a tree early Saturday morning was identified Monday by the Shasta County Coroner's Office as Leonard E. Naylor.

Naylor was crushed while leaning out the driver's side door while backing up the van inside a wooded area along at the end of Henderson Road, just south of Cypress Avenue along the Sacramento River, said Redding police Investigator Todd Cogle.

A witness said Naylor, a transient, was backing the van down to camp and fish along the river, Cogle said.

### Redding Library board tightens Internet access

The Redding Library will gird its Internet access policy against stealth porn surfers.

The City Council, acting as the Municipal Library Board, voted 3-2 on Monday to explicitly limit unfiltered Internet access to legitimate research purposes. The policy also spells out Internet content the library will label offensive or harmful to minors.

The board rejected a Shasta County Library policy allowing unfiltered Internet access to any patron older than 18 who requested it. Customers could have clandestinely surfed porn sites under that policy, council members Ken Murray and Rick Bosetti said.

The Shasta Public Library Committee had urged the board to keep the old policy, noting the more restrictive rules would force librarians to devote time to monitoring Internet use -- time that could be used to help patrons.

Councilman Patrick Jones also favored the more restrictive policy. Mayor Dick Dickerson and Vice Mayor Mary Stegall voted against it.

## Beat the heat with a cool cave tour

Get some summer use out of your winter jacket by taking a guided tour of Subway Cave near Old Station.

Tours run by the Lassen National Forest will be offered at 11 a.m. every Saturday through Labor Day weekend. Meet at the cave's parking lot a quarter-mile north of the Highway 44 and Highway 89 junction.

Bring a light jacket, sturdy shoes and a flashlight if you plan to attend the tour, which will last 45 minutes.



© 2006 Record Searchlight

This is a printer friendly version of an article from **newarkadvocate.com**
To print this article open the file menu and choose Print.

Back

Article published Jun 21, 2007

# Newark libraries alter Internet usage policies

NEWARK -- Because of the high demand for Internet access, Newark Public Library Board of Trustees voted to limit Internet usage to one hour per customer per business day. The policy takes affect July 2 at all Newark Public Library locations.

This policy change is intended to make the Internet available to more library customers daily by reducing the time they must wait for a computer.

For more information about Newark Public Library policies, visit the Main Library at 101 W. Main St., Newark, or call (740) 349-5500.

Decl. of Dean Marney
Page 16

# ProQuest

Databases selected: Multiple databases...

## LIBRARY JOURNAL

# Monroe Cty. Adopts Tough Net Policy

*Norman Oder*. Library Journal. New York: Jun 15, 2007. Vol. 132, Iss. 11; pg. 16

**Abstract (Summary)**

In response to a threat from Monroe County executive Maggie Brooks, the Monroe County Library System board, NY, last month agreed to make its Internet filter policy more restrictive, setting up a potential legal challenge. Brooks had threatened to deny $6.6 million to the Rochester Public Library (RPL) Central Library, NY--which is funded by the county and serves both systems--if Internet pornography were not banned. Previously, the filter would be disabled on request for adults, no questions asked, as per the common (and American Library Association-recommended) interpretation of the US Supreme Court's Children's Internet Protection Act (CIPA) decision.

**Full Text** (554 words)

*Copyright Reed Business Information, a division of Reed Elsevier, Inc. Jun 15, 2007*

Decl. of Dean Marney
Page 17

After budget threat, filter unblocking only after staff review

In response to a threat from Monroe County executive Maggie Brooks, the Monroe County Library System board, NY, last month agreed to make its Internet filter policy more restrictive, setting up a potential legal challenge. Brooks had threatened to deny $6.6 million to the Rochester Public Library (RPL) Central Library, NY--which is funded by the county and serves both systems--if Internet pornography were not banned (see News, LJ 4/1/07, p. 15).

Previously, the filter would be disabled on request for adults, no questions asked, as per the common (and American Library Association-recommended) interpretation of the U.S. Supreme Court's Children's Internet Protection Act (CIPA) decision.

Now, the library would block sites identified by its filtering vendor as pornographic until a designated library staffer, upon written request, determines, "after reviewing the site against the criteria contained in the Library Collection Development Policy, that the site should be unblocked." The new policy raises significant questions for CIPA implementation nationally.

Task force findings

The recommendation for change came from the Joint Monroe County Library System and Rochester Public Library Internet Task Force. (For task force findings, see tinyurl.com/3x8k2y.) The Rochester library had stopped disabling the filter after Brooks sent her February 21 letter to the library, prompted by a TV news report about "porn in the library."

While the policy states that the unblocking determination "should be made without undue delay," library spokeswoman Patricia Uttaro told LJ that "we haven't talked yet about the procedural implementation." The policy would cover all libraries in the county, some of which also have been disabling the filter on request.

The task force pointed out that while filtering software has improved, all systems overblock and underblock. Because the library filter from the company 8e6 filters web sites, not web pages, it blocks articles and reviews from Playboy 's web site that are not sexual content.

The task force, formed after Brooks made her threat, acknowledged that the recommended policy "represents a departure from prior considered opinion regarding the obligation of a public library to remove filtering 'without undue delay' [for] sites of legal constitutionally protected (not illegal) material...might subject the implementing entity to a suit from a group such as the ACLU." Such a suit is pending in Eastern Washington (see News, LJ 1/07, p. 18ff.).

The task force report also acknowledges that any protocol that requires library staff (other than the director and assistant director) to view sites deemed "pornographic" while considering unblocking requests could subject the library

to a "hostile environment" discrimination complaint.

Censorship?

While the RPL board has no oversight of city and county library Internet access, board president John Lovenheim called the proposed policy "censorship pure and simple," according to the Democrat and Chronicle . Lovenheim suggested that the recommended policy be approved only through September 30, 2007, Uttaro told LJ , and challenged his board to recommend that the county legislature pass a law that prohibits viewing pornography in public places, thus taking the onus off the library.

In an editorial, the Democrat and Chronicle called the task force's solution "a responsible compromise," pointing out that the approach is "still not in concert with the Supreme Court ruling." It recommended that Congress should "allow for community standards and community policies in providing access to sites on the Internet."

## Indexing (document details)

| | |
|---|---|
| **Subjects:** | Libraries, Funding, Pornography & obscenity, Censorship, Internet, Supreme Court decisions, Computer security, Federal legislation |
| **Locations:** | Monroe County New York |
| **People:** | Brooks, Margaret |
| **Companies:** | American Library Association (**NAICS:** 813920 ) |
| **Author(s):** | Norman Oder |
| **Document types:** | News |
| **Section:** | *News* |
| **Publication title:** | Library Journal. New York: Jun 15, 2007. Vol. 132, Iss. 11; pg. 16 |
| **Source type:** | Periodical |
| **ISSN:** | 03630277 |
| **ProQuest document ID:** | 1288938401 |
| **Text Word Count** | 554 |
| **Document URL:** | http://proquest.umi.com/pqdweb?did=1288938401&sid=2&Fmt=3&clientId=20795&RQT=309&VName=PQD |

Copyright © 2007 ProQuest LLC. All rights reserved.




*Washington* Secretary of State
STATE LIBRARY

Decl. of Dean Marney
Page 18

# ProQuest

Databases selected: Multiple databases...

## LIBRARY JOURNAL

# CoLAPL Increases Net Filtering

*Norman Oder*. **Library Journal**. New York: Feb 15, 2006. Vol. 131, Iss. 3; pg. 18, 1 pgs

**Abstract (Summary)**
The monitors will have integrated privacy screens, and the adult computers will add "a very low-level filter that would screen out explicit graphic sexual sites only," library spokeswoman Nancy Mahr told LJ. Meanwhile, staff will be trained to respond in a timely fashion to requests for the filter to be turned off if users find legitimate sites blocked. "We feel that the solution does respect the rights of adults while doing the best we can to protect children," said Mahr.

**Full Text** (270 words)

*Copyright Reed Business Information, a division of Reed Elsevier, Inc. Feb 15, 2006*

Library buys monitors with better privacy screens

The County of Los Angeles Public Library (CoLAPL), directed by the Board of Supervisors to better block access to pornography, will spend $344,000 allotted by the county: $237,000 for 445 new computer monitors, about $75,000 to improve filtering, and $32,000 to reconfigure computer banks in 14 of 84 libraries so children going to computers designated for them need not walk on the screen side of the adult computer bank.

The monitors will have integrated privacy screens, and the adult computers will add "a very low-level filter that would screen out explicit graphic sexual sites only," library spokeswoman Nancy Mahr told LJ. Meanwhile, staff will be trained to respond in a timely fashion to requests for the filter to be turned off if users find legitimate sites blocked. "We feel that the solution does respect the rights of adults while doing the best we can to protect children," said Mahr.

For two years, the library has had some level of filtering, in a plan approved by the Board of Supervisors. Adults could choose filtered or unfiltered access, while parents could designate access for their children-and nearly all chose filtering. Privacy screens were hooked on the outside of monitors, but many users removed them, saying the screens impeded their vision.

The new plan arose after a complaint last summer from a woman who sat at an adult computer bank with her four-year-old child. The user at the next computer, which lacked a privacy screen, "was viewing a site that the mother found objectionable," Mahr said. The woman contacted local officials and the press. -Norman Oder

**Indexing (document details)**

| | |
|---|---|
| Subjects: | Purchasing, Video display terminals--VDTs, Libraries, Internet access, Pornography & obscenity, Filtering software |
| Companies: | Public Library-Los Angeles County CA (NAICS: 514120 ) |
| Author(s): | Norman Oder |
| Document types: | News |
| Section: | *NEWS* |
| Publication title: | Library Journal. New York: Feb 15, 2006. Vol. 131, Iss. 3; pg. 18, 1 pgs |
| Source type: | Periodical |
| ISSN: | 03630277 |
| ProQuest document ID: | 991609951 |
| Text Word Count | 270 |

Decl. of Dean Marney
Page 19

Document URL:     http://proquest.umi.com/pqdweb?did=991609951&sid=1&Fmt=3&cli
                  entId=20795&RQT=309&VName=PQD

Copyright © 2007 ProQuest LLC. All rights reserved.





Decl. of Dean Marney
Page 20

# ProQuest

Databases selected: Multiple databases...

## California Library Compromises on Filters

*Anonymous.* **American Libraries**. Chicago: Dec 2005. Vol. 36, Iss. 11; pg. 22, 1 pgs

**Abstract (Summary)**
A months-long debate over whether to install blocking software on the public workstations of the Solano County (Calif.) Library ended November 8 when the board of supervisors voted 3-2 to equip every computer in the seven-branch system with filters.

**Full Text** (277 words)

*Copyright American Library Association Dec 2005*

A months-long debate over whether to install blocking software on the public workstations of the Solano County (Calif.) Library ended November 8 when the board of supervisors voted 3-2 to equip every computer in the seven-branch system with filters. The board also instructed library officials to disable the software at the request of an adult with no questions asked. All patrons younger than 18 will be permitted only filtered searches unless their parent or guardian allows them unfettered access.

The decision came some seven months after a patron reported that her 9-year-old daughter had seen a sexually explicit image on a Vacaville branch computer being used by another visitor. Toni Horn's complaint triggered a series of meetings throughout the county in September, conducted in the style of a National Issues Forum program.

SCL Director Ann Cousineau told American Libraries that the structured NIF communication style "allowed people that had widely diverse opinions on this to come together." She added that while "I don't know that anybody changed anyone else's mind," the dialogue "epitomized the democratic process and it really epitomized that role of the library as a commons, as a place to discuss the issues of the day."

Before the community discussions could take place, however, the same youngster saw another person viewing another explicit image online during a visit to SCIIs Fairfield branch to claim an essay-contest prize the child had won. "Why promote storytime and lap sits and summer reading programs for kids when you can simply walk into the library and see pornography?" Horn said in the November 7 Vacaville Reporter, adding that since the second incident, "We have stopped going to the library."

### Indexing (document details)

| | |
|---|---|
| **Subjects:** | Libraries, Filtering software, Internet access, Pornography & obscenity |
| **Locations:** | Solano County California |
| **Author(s):** | Anonymous |
| **Document types:** | News |
| **Section:** | *NEWS FRONTS* |
| **Publication title:** | American Libraries. Chicago: Dec 2005. Vol. 36, Iss. 11; pg. 22, 1 pgs |
| **Source type:** | Periodical |
| **ISSN:** | 00029769 |
| **ProQuest document ID:** | 942796611 |
| **Text Word Count** | 277 |
| **Document URL:** | http://proquest.umi.com/pqdweb?did=942796611&sid=2&Fmt=3&clientId=20795&RQT=309&VName=PQD |

Decl. of Dean Marney
Page 21

Copyright © 2007 ProQuest LLC. All rights reserved.





Decl. of Dean Marney
Page 22

# The Raleigh Chronicle

Serving Raleigh, NC:
The State Capital &
City Of Oaks

Published Every Monday:
Raleigh's Locally Owned
& Operated
Newspaper



# Wake County Public Libraries To Censor MySpace

**From Staff And Wire Reports**
Monday, February 26, 2007

RALEIGH - According to the Wake County Board of Commissioners press office, all public library computers will now be banned from visiting the popular MySpace.com website over the Internet, calling it an "attractive nuisance."

The county says it will begin blocking access to MySpace on March 1st and may start censoring other "nuisance" websites on the web in a few months.

The website, owned by Rupert Murdoch's News Corporation, has gained in popularity over the years as a social networking website where members can build free personal pages to share photos, blogs, and also invite their friends to receive their updates.

"Although myspace has many legitimate uses, it also serves as an attractive nuisance for those who gather in the libraries for purposes other than using the resources and collections for recreation, lifelong learning or cultural purposes," the statement said.

"Some have used myspace in libraries to recruit gang members, to sell or purchase drugs, or to view or post pornography," the county claims, although it did not offer any concrete examples of such actions.

Wake County Libraries says it will monitor the effectiveness of the filter after three to six months and "will decide at that time whether to take further actions" including censoring even more Web sites. ::

[ home ]

*Wake County Public Libraries To Censor MySpace*

Although Wake County admits that MySpace has plenty of legitimate uses, it has decided to censor the MySpace.com website and will look into censoring even more, says the library system.

**Graphic From MySpace.com**



At Over 100 Locations!
Your free guide to
downtown Raleigh!
RALEIGH DOWNTOWNER

Decl. of Dean Marney
Page 23



## Library reassesses public access after man looks at porn

Sarah Burgen
WINONAN

A registered sex offender was discovered viewing inappropriate materials on a Winona State University public access library computer on Thursday, Sept. 6.

The perpetrator, who was discovered by reference librarian Allison Quam, is believed to have been looking at child pornography.

Quam contacted the Winona Police Department and campus security, as well as Dean of Library Larry Hardesty.

After questioning, it was determined that the man is a registered sex offender in the state of Iowa regarding an incident in 1989.

The police confiscated a flash drive in the man's use and the university computer for further examination.

Due to the fact that there is a very specific definition for child pornography, Winona police could not arrest the man on the spot. At this point, the investigation is still pending.

Don Walski, director of campus security, has banned the man from campus. Violation of the order will result in an arrest.

"We have a description of the man, and have been given strict instructions to not let him be here," said Melissa Foy, a member of the campus security team.

Foy did not release the man's identity.

Student employees working at the library did not reveal the man's identity either, citing that they were restricted from talking about the incident.

Decl. of Dean Marney
Page 24

The incident has prompted library officials to rethink the policies as well.

"Inappropriate use of computers and Internet sites has promoted a review of our public access policy," Hardesty said.

"Unfortunately, we have a very small number of individuals who have abused that privilege via viewing sites that may be offensive to library staff and our students."

The library staff anticipates developing new policies in order to provide the community with a safe library and computer area.

They are in discussion with the information technology staff to see what possibilities are available to ensure this.

"Computer and Internet access for Winona State students, staff and faculty is unchanged," Kendall Larson, library chairperson, said.

In addition, Larson said that the public has access to the university computers upon request.

"Be assured we are taking this seriously and are moving ahead both quickly and carefully," Hardesty said.

Sarah can be reached at SCBurgen5575@winona.edu.

Decl. of Dean Marney
Page 25

# Councilman wants San Jose libraries to block online porn

## COUNCILMAN SEEKS ONLINE FILTERING

**By John Woolfolk**
**Mercury News**
**San Jose Mercury News**

Article Launched:10/21/2007 01:38:54 AM PDT

A decade after San Jose rejected blocking access to sexually explicit material on library computers, a city councilman says it's time to reconsider that decision.

And he is getting support from some key city officials, namely Mayor Chuck Reed, who was backed by the former councilwoman who proposed Internet filters a decade ago: San Jose Silicon Valley Chamber of Commerce President Pat Dando.

"To never come back and visit this again was I think a failure on the part of the city," said Councilman Pete Constant, a former police officer elected last year.

"The libraries do not protect children from viewing pornographic and obscene images on the Internet or from others who are publicly viewing such material," Constant said. "It is unlikely that this is the kind of 'education' parents expect their children to get at San Jose libraries."

Assistant Library Director Ned Himmel said there have been few complaints about online pornography.

Library staffers give adult patrons privacy screens if someone complains that images they are viewing are offensive, and they tell children caught looking at sexually explicit sites that it is inappropriate for them, he said. They also prohibit illegal material such as child pornography.

"The library is very concerned about having an appropriate environment for the children," Himmel said. "But we do feel the greatest responsibility is on the parents, that the parents are taking an active role in their children's use of the library."

**'Second-hand porn'**

Constant said the screens aren't enough to prevent kids from being exposed to "second-hand porn."

He has asked that the council revisit the issue Nov. 6.

In September 1997, the last time the issue came up, the council overwhelmingly rejected a plan to install Internet filters, agreeing with Library Director Jane Light's concerns about "a slippery slope of censorship."

The political environment has shifted since then.

"I don't think we need to tolerate kids having access to pornography in the library," Reed said. "I understand it's a free-speech issue, but there are limits on every constitutional right."

Councilman Pierluigi Oliverio, the council's library commission liaison, said he backs the idea, too, although he has not seen Constant's proposal. He said restricting access to visual media is different from censoring books.

"Your reading a controversial book doesn't affect me, but your looking at Internet porn during children's book hour does affect other people," Oliverio said. "Overall, I want to protect children in the library. Libraries shouldn't be for personal use of technology that's inappropriate."

Larry Pegram, a former San Jose councilman and police officer who co-founded the Values Advocacy Council, also has been

Decl. of Dean Marney
Page 26

urging the city to reconsider the issue.

Constant said Santa Cruz, Sacramento, Fresno, San Diego and Shasta County, as well as Phoenix, Houston, Minneapolis, Denver and Baltimore County, all have instituted policies restricting access to sexually graphic Internet sites.

San Jose's 18 public libraries are visited by 7.6 million people a year, Himmel said.

Among the concerns about blocking explicit material that arose a decade ago was that the technology was too primitive to effectively filter out obscene material while allowing legitimate research on subjects such as breast cancer.

**Filters improving**

Constant said today's technology is more sophisticated. What's more, the Children's Internet Protection Act enacted by Congress in 2000 requires any school or library that receives federal funding under a program for Internet access or internal connections to have technology to block children from seeing pornographic images.

The U.S. Supreme Court in 2003 rejected a challenge to that law by the American Library Association, which contended it violated First Amendment free-speech rights.

About a year ago, a KGO-TV news crew examining access to pornographic images at Bay Area libraries found evidence of obscene behavior in San Jose's main Dr. Martin Luther King Jr. Library. The program cited "several arrests for child porn at the library, at least 10 cases of child molestation or other sex crimes involving kids, and several cases of men viewing porn and performing a lewd act, right at the terminal."

Police Sgt. Nick Muyo said Friday that the department "supports any proposal or resolution that makes for a safer and more enjoyable experience for families and children at San Jose city facilities."

**Censorship worries**

At least one library patron said filtering would bring unnecessary censorship, and rattled off a list of celebrated authors whose books have been banned over the years.

"He has no right telling me I am or am not immoral," said the 70-year-old San Jose resident, who would not give his name.

But John Wilhelmsson, a 43-year-old philosophy teacher at San Jose State University who spends a lot of time researching at the King library, said he frequently sees people viewing explicit material on the computers.

"It's a little silly the way they have the situation right now," Wilhelmsson said. "They say you can look at anything and what people do is come in here and look at porn. I don't think that's an appropriate use of public computers."

*Contact John Woolfolk at jwoolfolk@mercurynews.com or (408) 975-9346.*

( Close Window )    ( Send To Printer )

Decl. of Dean Marney
Page 27



# On Dallas library computers, porn is a regular sight

News analysis finds easy access in Dallas; city plans review

12:00 AM CST on Tuesday, January 15, 2008

**By DAVE LEVINTHAL / The Dallas Morning News**
dlevinthal@dallasnews.com

Viewing hard-core pornography is as easy as obtaining a Dallas library card.

And at Dallas' central library, the practice of patrons viewing explicit Internet material is commonplace, according to a *Dallas Morning News* analysis of Web pages accessed on J. Erik Jonsson Central Library public computers and stored on the city's computer server.

During a 45-minute period on Dec. 19, for example, central library computer users accessed more than 5,200 Web pages containing identifiably pornographic material, such as photographs depicting full nudity, intercourse and other sex acts. That figure represents about 7.5 percent of the more than 69,000 Web pages accessed on the central library's public computers during the time period studied.

With 26 public library branches throughout Dallas, the data suggest that tens of thousands of pornographic Web pages each day flash across the screens of public computers in plain view of any passer-by, from unflappable adults to impressionable children – who may freely access pornography themselves.

This easy availability of pornography at Dallas' libraries also pits two strong interests against each other: Those who don't believe a taxpayer-funded facility designed for education and research should facilitate people titillating themselves and those who believe restricting information contains its own nefarious set of pitfalls.

Top city officials, unaware of the prevalence of pornographic material viewing on library computers, said they'll immediately review the matter.



SONYA N. HEBERT/DMN
At the J. Erik Jonsson Central Library downtown, patrons access the Internet to review bus schedules, shop for shoes, read news articles, play online games and study history. But a *Dallas Morning News* analysis shows tens of thousands of pornographic Web pages flash across the screens each day as well.

"It's certainly concerning to me. It's surely not appropriate in a public library, and it's not a signal we want to send," Mayor Tom Leppert said. "We want people to come to our libraries and use them for traditional reasons. Viewing this material – it's clearly not what the computers in the library are there for."

Deputy Mayor Pro Tem Dwaine Caraway said: "We should look at this situation; we will look at it and we will try to do the necessary things we need to do to ban it as best we can. It makes all the sense in the world that we control access to it – and immediately."

Decl. of Dean Marney
Page 28

Both Mr. Leppert and Mr. Caraway say they'll discuss the matter with the city manager's office and library officials.

Installing pornography-filtering software on library computers, both officials added, is probably warranted.

Dallas City Manager Mary Suhm, first hired to city service as a librarian, says she's "very concerned" about the number of people viewing pornography on city computers, "and we're conscious we have folks in the library using it who don't want to be looking at that kind of stuff."

As for software-based pornography filters?

"We don't think filtering is the answer because of the reasons the American Library Association has outlined," she said.

'Other effective ways'

The American Library Association is outspoken in its belief that computer pornography filters, which Dallas public libraries don't employ, are easily obtainable but hardly infallible.

The filters have been known to inadvertently block medical and artistic information, such as Web pages about breast cancer and classic paintings depicting nudity. They also raise the specter of a government – or corporation – dictating what residents may view when using a library computer.

"There is no technology that can filter out all objectionable material, and every filter filters out constitutionally protected material. Filtering is of great concern to us, as a result," said Emily Sheketoff, executive director of the American Library Association's Washington, D.C., office.

Libraries looking to limit pornography should consider placing their Internet-connected computers in clear view of library staff, or install privacy screens so that the computer user, not bystanders, is the only person capable of viewing what's on the monitor, Ms. Sheketoff said.

"There are other effective ways libraries can go about protecting children from images parents may find objectionable than simply blocking material. Filters – they create a bigger free speech violation issue than is worth it," said Tracey Hayes, director of the American Civil Liberties Union of Texas' Access Project.

Many of the Web pages viewed by Dallas library patrons are popular and pedestrian – Google, Yahoo, YouTube, MySpace, Facebook and dating sites such as Match.com and True.com. Users accessed the Internet to review bus schedules, shop for shoes, read news articles, play online games and study history.

But plenty of pages are potentially offensive, even shocking.

Among the more extreme pornographic Web sites accessed on Dallas library computers is one billing itself as containing "merciless scenes of raw brutal domination" and "unleashed sexual terror." Some of the sites contain scenes of overt sexual violence.

Texas law, library policy

Dallas doesn't have a law specifically prohibiting viewing pornography on public library computers. But it does empower library officials to terminate access to anyone whose Internet usage isn't "compatible with the mission of the library."

Decl. of Dean Marney
Page 29

State law also addresses the issue, albeit indirectly.

The Texas Penal Code prohibits a person from intentionally displaying obscene photos or other material and

from being "reckless about whether a person is present who will be offended or alarmed by the display or distribution."

City officials, however, can't recall any recent case in which authorities prosecuted a Dallas library patron under the law.

Ms. Suhm notes that the library has barred 36 people from using the library because they violated library policies.

Additionally, computers are placed in public places so librarians may monitor whether a patron's Internet usage is violating library policies, Ms. Suhm said.

If someone is violating a library policy, libraries are able to send electronic messages directly to that patron's terminal requesting them to cease their behavior, she said, adding that some librarians have reported sending such messages as many as a few dozen times each week.

As far as District 13 council member Mitchell Rasansky is concerned, Dallas has but one route to pursue.

"I'm going to put a stop to this. This is just disgusting. I can't believe this is happening in our libraries," he said, noting that he plans to speak this week with Ms. Suhm and the city attorney's office to review options, including software filters.

Not only in Dallas

Dallas is hardly the only U.S. city to grapple with the issue of pornography accessed on public library computers.

Three years ago in Denton County, officials placed pornography filters on most public computers in part because of complaints that users were downloading explicit images.

Plano's library Internet policy states that all but one computer in each library uses a filtering device but also notes it "cannot guarantee that access to sites containing adult entertainment, pornography or illegal activities will be blocked."

Policies in large U.S. cities vary greatly, with some like Dallas forgoing pornography filtering on library computers, while others, such as Phoenix, use them. San Jose, Calif., is in the midst of a heated debate over whether to implement porn-filtering software.

"I suspect," Mr. Caraway said, "that we'll be having our own discussion."

Decl. of Dean Marney
Page 30

Welcome to the Brainerd Lakes Area No. 1 Online Information Source!



Movies 10, Grand Makwa, Crossroads, Parkwood, Bear Pause, Rialto, Cozy, Falls C

upnorthmoviefinder.c

Dispatch Home                                      Minnesota News





# brainerddispatch.com

we have what you need....

local/area news
archives ¦ auto ¦ big banana ¦ business ¦ church ¦ classifieds ¦ coolschoolu ¦ education ¦ family ¦
farm ¦ food ¦ fyi ¦ golf ¦ government ¦ health & wellness ¦ living · news ¦ neighbors ¦ north country ¦
obits ¦ opinion ¦ people ¦ racing ¦ sports ¦ state news ¦ state sports · tech ¦ tempo ¦ up north ¦
weather · what's doing?

ap news · top news ¦ us news ¦ world ¦ business ¦ sports ¦ health ¦ technology ¦ entertainment ¦
politics

Web posted **Saturday, August 16, 2003**





## Librarians settle Internet porn case

MINNEAPOLIS (AP) -- Minneapolis library officials will consider restricting patrons' access to Internet porn and pay $435,000 to a dozen librarians to settle a lawsuit that alleged the prevalence of the images constituted a hostile work environment, the librarians' lawyer said Friday.

Library officials confirmed the settlement in a statement. They didn't confirm the amount, but said it involves a payment from their liability insurer.

Lawyer Bob Halagan, representing the librarians, said money wasn't the point of their claim of a hostile work environment. But he said that they sought a sufficient payment so that library officials elsewhere would take seriously such staff complaints.

As part of the operating changes, library officials will consider Internet filters to screen out certain materials, changes in the

extra !
UpNorthAutos.com
Find A Car¦ -         here
TheMinnesotaStore
Online Shopping -   here
LakesArea.net
Community Info -    here

our departments

Decl. of Dean Marney
Page 31

**News -**     here
**Advertising -**    here
**Circulation -**    here
**Contact List -**   here
**Talking FAQs -**  here

printing of Internet material to reduce exposure to explicit material, more sanctions for those who violate library Internet policy, and consultation with staff on the placement of terminals in the new downtown library.

The library didn't admit wrongdoing, but Laurie Savran, the trustee representing the Library Board in settlement negotiations, apologized during an all-day settlement conference on Aug. 7.

"I apologized to the 12 plaintiffs that this happened to them and that it was so difficult for them and that we didn't address their concerns more expeditiously," Savran said.

### 🖤 E-MAIL THIS STORY TO A FRIEND

E-mail this story to a friend!

**More lakes state news!**

| Voice **your opinion** on this story | Voice **your opinion** of our web site |
|---|---|
| E-mail our editors | How to **contact us** |

©Copyright The Brainerd Daily Dispatch
506 James Street, P.O. Box 974, Brainerd, Minnesota, U.S.A. 56401
The Brainerd Daily Dispatch, Central Minnesota's Daily Newspaper. Continuing The Weekly Dispatch founded in 1881. Published daily except six legal holidays in Brainerd, Minnesota by The Brainerd Daily Dispatch, a division of Morris Communications, Corp. The official newspaper of Crow Wing County. Offices located at 506 James Street, Brainerd, MN 56401. MEMBER OF THE ASSOCIATED PRESS.

Decl. of Dean Marney
Page 32







Powered by

Advertisement

# Librarians sue over being subjected to Internet porn

MINNEAPOLIS (AP) — A barrage of Internet pornography has turned the downtown library into a hostile work environment for a dozen librarians, according to claims in a new federal lawsuit.

The 12 sued the city library system Monday in U.S. District Court in Minneapolis, alleging they endured an intimidating, hostile and offensive workplace that violated state and federal law. The lawsuit seeks damages of at least $400,000 each, plus workplace changes.

But one of the librarians, Wendy Adamson, said they still are willing to participate in mediation of the dispute.

The women first filed discrimination charges with federal and state agencies in 2000.

"It's been three years. We would have sat down with the library at any time during those three years, and they wouldn't do it," Adamson said.

The case has aroused national attention as it seeks to define how far libraries should go to avoid censorship, at the risk of exposing librarians and patrons to unwanted images.

"We were living in hell, and they were unwilling to acknowledge the problem," said Adamson.

The librarians and their lawyer, Bob Halagan, will be going against a library system that has had considerable turnover since the complaints were made. Library Director Mary Lawson, whom the librarians claimed was unwilling to impose stricter controls on computer use, has been replaced.

Her successor, Kit Hadley, said that she will consult with the library board's attorney on legal options but that her goal was a better working environment for all library users.

The issue arose soon after Internet access was installed in 1997. Almost immediately, the librarians claimed, the screens began displaying "virtually every imaginable kind of human sexual conduct."

One librarian, Nancy Corcoran, told Lawson about the exposure, but the director said she favored a policy of unfettered use of the Internet, the lawsuit alleges. The matter escalated through 2000, prompting debate about the extent to which the library should try to control access, limit use and protect children and others within view of screens.

AT&T offers
**wireless**
coverage in
more countries
**than any**
other U.S. carrier.

Repu
Mex
Baha
Cari
Sp
South
Italy

Decl. of Dean Marney
Page 33

Library officials said they had instituted guidelines aimed at curbing the abuses, but the librarians said the new policies didn't go far enough.

The lawsuit alleges that the 12 librarians became increasingly upset and angry at the library system and patrons.

Finally, in May 2000, they filed discrimination charges with the U.S. Equal Employment Opportunity Commission and the Minnesota Department of Human Rights.

A year later, the EEOC found probable cause that federal law had been violated because of a sexually hostile work environment. The case was referred to the Justice Department, which after a 19-month review decided last month not to file suit.

---

Copyright 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**Find this article at:**
http://www.usatoday.com/tech/news/techpolicy/2003-03-26-library-porn_x.htm

  Check the box to include the list of links referenced in the article.

Copyright 2008 USA TODAY, a division of Gannett Co. Inc.

Decl. of Dean Marney
Page 34