| | |
|---|---|
| 1 | The Honorable Edward F. Shea |
| 2 | |
| 3 | Thomas D. Adams |
| | Celeste Mountain Monroe |
| 4 | KARR TUTTLE CAMPBELL |
| 5 | 1201 Third Avenue, Suite 2900 |
| | Seattle, Washington 98101-3028 |
| 6 | (206) 223-1313 |
| 7 | Attorneys for Defendant North Central Regional Library District |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

  Plaintiffs,

  v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

  Defendant.

NO. CV-06-327-EFS

DECLARATION OF BARBARA WALTERS IN SUPPORT OF DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT

DECLARATION OF BARBARA WALTERS IN SUPPORT OF DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT - 1
CV-06-327-EFS
#661598 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

I, Barbara Walters, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am the Information Technology Manager for NCRL.

3. Internet access was gradually made available at NCRL branch locations. Plaintiffs' correctly note that the first branch with Internet access was NCRL's Omak branch, which went online in November 1999.

4. The second branch was NCRL's Wenatchee branch, which went online in January 2000.

5. NCRL used a Surfwatch brand filter at both the Wenatchee and Omak locations, however, the filtering software consistently froze the public use computers that they were installed on.

6. NCRL implemented its first system-wide Internet filter in December 2000 and that filter was referred to as "BESS."

7. In December 2000, most of NCRL's branches did not have public internet computers. In fact, Internet access was not available at all 28 branches

DECLARATION OF BARBARA
WALTERS IN SUPPORT OF
DEFENDANT NORTH CENTRAL
LIBRARY DISTRICT'S REPLY TO ITS
MOTION FOR SUMMARY
JUDGMENT - 2
CV-06-327-EFS
#661598 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

until November 2002, following the receipt of a grant from the Bill and Melinda Gates Foundations for the purchase of additional computers.

8. NCRL has allowed access to all specific websites requested by Plaintiffs, except some requested by Charles Heinlen. Certain requests were rejected by NCRL administration because the content was inconsistent with NCRL's Mission and Collection Development Policy.

9. I have personally researched the feasibility of disabling the filter for adult patrons.

10. Without having to purchase additional authentication software or hardware, or purchasing a new filtering solution, it is my understanding that NCRL might have to designate one computer at each location for unfiltered access which is not permitted by CIPA.

11. Internet access on staff computers at all NCRL branches is filtered. Staff computers at the administration building in Wenatchee are filtered, but certain computers are enabled to review Internet sites requested by patrons.

DECLARATION OF BARBARA
WALTERS IN SUPPORT OF
DEFENDANT NORTH CENTRAL
LIBRARY DISTRICT'S REPLY TO ITS
MOTION FOR SUMMARY
JUDGMENT - 3
CV-06-327-EFS
#661598 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of March, 2008 at Wenatchee, Washington.

*Barbara G Walters*
Barbara Walters

DECLARATION OF BARBARA
WALTERS IN SUPPORT OF
DEFENDANT NORTH CENTRAL
LIBRARY DISTRICT'S REPLY TO ITS
MOTION FOR SUMMARY
JUDGMENT - 4
CV-06-327-EFS
#661598 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

DECLARATION OF BARBARA WALTERS IN SUPPORT OF DEFENDANT NORTH CENTRAL LIBRARY DISTRICT'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT - 5
CV-06-327-EFS
#661598 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation