The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington  98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL
CHERRINGTON, CHARLES
HEINLEN, and THE SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

  v.

NORTH CENTRAL REGIONAL
LIBRARY DISTRICT,

        Defendant.

 )
 )
 )  NO.  CV-06-327-EFS
 )
 )  DECLARATION OF CELESTE
 )  MOUNTAIN MONROE IN SUPPORT
 )  OF DEFENDANT NORTH
 )  CENTRAL REGIONAL LIBRARY
 )  DISTRICT'S REPLY TO ITS
 )  MOTION FOR SUMMARY
 )  JUDGMENT
 )
 )
 )

I, Celeste Mountain Monroe, declare as follows:

DECLARATION OF CELESTE
MOUNTAIN MONROE IN SUPPORT
OF DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY DISTRICT'S
REPLY TO ITS MOTION FOR
SUMMARY JUDGMENT - 1
CV-06-327-EFS
#661681 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

1.     I am over the age of 18 and competent to testify to the matters set forth herein.

2.     My firm represents North Central Regional Library District.

3.     Attached as **Ex. A** is a relevant portion of Defendant North Central Regional Library District's Initial Disclosures.

4.     Attached as **Ex. B** are relevant portions from the deposition transcript of June Pinnell-Stephens.

5.     Attached as **Ex. C** are relevant portions from the deposition transcript of Sally W. Beesley.

6.     Attached as **Ex. D** are relevant portions from the deposition transcript of Kenton Oliver.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of March, 2008 at Seattle, Washington.

_____
Celeste Mountain Monroe

DECLARATION OF CELESTE
MOUNTAIN MONROE IN SUPPORT
OF DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY DISTRICT'S
REPLY TO ITS MOTION FOR
SUMMARY JUDGMENT - 2
CV-06-327-EFS
#661681 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004


KARR TUTTLE CAMPBELL


By: _____
    Heather L. White
    hwhite@karrtuttle.com


DECLARATION OF CELESTE
MOUNTAIN MONROE IN SUPPORT
OF DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY DISTRICT'S
REPLY TO ITS MOTION FOR
SUMMARY JUDGMENT - 3
CV-06-327-EFS
#661681 v1 / 42703-001