# Exhibit A

Decl. of Celeste Monroe
Page 4

Dockets.Justia.com

1  Thomas D. Adams, WSBA #18470
   tom.adams@bullivant.com
2  Bullivant Houser Bailey PC                    THE HONORABLE EDWARD F. SHEA
   1601 Fifth Avenue, Suite 2300
3  Seattle, Washington  98101-1618
   Telephone: 206.292.8930
4  Facsimile: 206.386.5130

5  Attorneys for Defendant North Central
   Regional Library District

6

7

8                   IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
9                             AT SPOKANE

10

11  SARAH BRADBURN, PEARL
    CHERRINGTON, CHARLES HEINLEN,          No.: CV-06-327-EFS
    and the SECOND AMENDMENT
12  FOUNDATION,                            **DEFENDANT NORTH CENTRAL
                                           REGIONAL LIBRARY DISTRICT'S
13              Plaintiffs,                 INITIAL DISCLOSURES**

14       v.

15  NORTH CENTRAL REGIONAL LIBRARY
    DISTRICT,
16
                Defendant.
17

18

19       Defendant North Central Regional Library District ("NCRL") pursuant to the Federal

20  Rules of Civil Procedure 26(a) state as follows:

21  A.    **Disclosure of Individuals Pursuant to FRCP 26(a)(1)(A)**

22       1.    **Dean Marney, Director of NCRL**
               c/o Bullivant Houser Bailey, PC
23             1601 5th Ave, Suite 2300
               Seattle, WA 98101                     Decl. of Celeste Monroe
24             (206) 292-8930                                   Page 5

25       Mr. Marney is the Director of the NCRL.  The Board of Directors appointed
26  Mr. Marney to his position in 1990. Mr. Marney played a central role in the development of

5. **Sue DeWitz**
   NCRL Finance Manager
   c/o Bullivant Houser Bailey, PC
   1601 5th Ave, Suite 2300
   Seattle, WA 98101
   (206) 292-8930

Ms. DeWitz is the Finance Manager for NCRL. She was hired by Mr. Marney in 2004. Ms. DeWitz handles all of the finances for the municipal corporation. She is knowledgeable with respect to the federal funds, and other grants, that NCRL receives. She did not play a role in the development of NCRL's Internet Usage Policy or in the selection of any of the Internet filters. Ms. DeWitz also took minutes at monthly Board of Trustees meetings.

6. **NCRL Board of Directors**

At this time, it is not known whether any of members of the board will have information necessary for the defense of this case. If, as discovery progresses, NCRL believes that it will need to consult with any of these individuals, it will amend this disclosure.

7. **NCRL Branch Librarians**

At this time, it is not known whether any of NCRL's 31 branch librarians will have information necessary for the defense of this case. If, as discovery progresses, NCRL believes that it will need to consult with any of these individuals, it will amend this disclosure.

8. **Jan Walsh**
   Washington State Librarian
   Point Plaza East
   6880 Capitol Blvd
   Tumwater, WA
   PO BOX 42460
   Olympia, WA 98504-2460
   (360) 704-5200

Jan Walsh is the Washington State Librarian. Ms. Walsh, and representatives of her office, have communicated with NCRL regarding the district's eligibility to receive federal and state funding, as well about NCRL's compliance with the Children's Internet Protection Act.

Decl. of Celeste Monroe
Page 6

**Bullivant|Houser|Bailey PC**

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

# Exhibit B

1        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF WASHINGTON
2              AT SPOKANE

3

SARAH BRADBURN, PEARL    )  No. CV-06-327-EFS
4  CHERRINGTON, CHARLES    )
   HEINLEN, and THE SECOND  )
5  AMENDMENT FOUNDATION,    )
                       )
6          Plaintiffs,   )
                       )
7       vs.           )
                       )
8  NORTH CENTRAL REGIONAL   )
   LIBRARY DISTRICT,       )
9                       )
          Defendant.    )
10

11
       DEPOSITION UPON ORAL EXAMINATION OF
12         JUNE PINNELL-STEPHENS
13          October 3, 2007
14        Seattle, Washington

15

16

17          Taken Before:
18    Cheryl L Hendricks, CCR #2274
       Certified Court Reporter
19            of
     CAPITOL PACIFIC REPORTING, INC.
20  2401 Bristol Court SW, Olympia, WA 98502
   Tel (360) 352-2054  Fax (360) 705-6539
21
    Tacoma        Seattle      Aberdeen
22 (253) 564-8494   (206) 622-9919   (360) 532-7445
       Chehalis      Bremerton
23    (360) 330-0262   (360) 373-9032
24     www.capitolpacificreporter.com
    scheduling@capitolpacificreporting.com
25

Decl. of Celeste Monroe
Page 8

1    the concern happens to be.  And I would estimate that

2    only 10 percent of concerns expressed actually end up in

3    formal written complaints.

4  Q  And these percentages are based on your personal

5    experience?

6  A  Yes.  I have no research to back it up.  It's just my

7    feeling.

8  Q  And when you say 10 percent of concerns expressed end up

9    in formal complaints, in your experience are most of

10   these 10 percents regarding written texts or books,

11   materials, or any portion of that being electronic?

12  A  Any time there was a new format introduced there seemed

13   to be a flurry of complaints because it was a new

14   format, people weren't used to it and there was always

15   something they were concerned about.  But after they'd

16   been around for a while, the new formats, the complaints

17   would calm down because people were used to them.  And

18   I'm sure the thing -- we expected the same thing about

19   the Internet.

20  Q  Okay.  With respect to the Fairbanks Public Library, the

21   area that you were working, there's a main library --

22  A  Mm-hmm.

23  Q  -- which is Fairbanks and then there's another branch

24   that services which is the North Pole --

25  A  Mm-hmm.                        Decl. of Celeste Monroe
                                       Page 9

1   Q   -- or North Pole, probably not "The" North Pole.  Is

2        that the extent of the actual physical branches?

3   A   Those are the physical buildings.  But as I said, we

4        took this van --

5   Q   Right.

6   A   -- which is, oh, maybe the length of this room, not a

7        big one, like sort of a large RV or about that size.

8        And there is -- there are some items that are actually

9        shelved on that van.  And then they do take orders for

10       books from the collection because everybody can see our

11       catalogue online, of course, so they can order books

12       they want to be brought to either the drop site or in

13       the case of services to the senior centers, that's

14       another scheduled stop.

15   Q   Okay.  What can you tell me about the demographic of the

16       Fairbanks branch, the patrons that you serve?

17   A   Oh, boy.  Well, the community is about 25 percent

18       military and dependants.  It is also the location of the

19       largest university in the state and it's the flagship

20       for the university.  We have a large mining community.

21       And it's a transportation hub for all the communities

22       out in the interior.  It's also the last city before the

23       Haul Road starts up to Prudhoe Bay.  Its minorities, the

24       largest minority is -- consisted of Alaskan natives,

25       primarily Athabascan, some Inuit or Yup'ik Eskimos

1     coming in.

2                      (Interruption by the reporter.)

3   A   Yup'ik, Y-u-p apostrophe i-k, I believe, and Inuit is

4     I-n-u-i-t.  The Inuit Eskimos are from the top coastal

5     area and the Yup'ik are from the sort of southwestern

6     area.

7          It's a -- it's mostly a very conservative area.

8   Q   (By Ms. Monroe)  Meaning politically conservative?

9   A   Yes.

10         And very, very independent.  They are lots of

11    people who live off the grid, that is, they have no

12    electricity, they have to haul water, and either they

13    try to grow or hunt or live on subsistence, subsistence

14    life-style.  So -- pardon me?

15  Q   No.  Go ahead.

16  A   Okay.  So it's a very, very different mix.  You could

17    never tell just sort of watching somebody walking down

18    the street what -- what group that person might belong

19    to and what their philosophies might be.  But there's a

20    lot of libertarian philosophy, I think.

21  Q   What is the physical size, to the best of your

22    recollection, of the Fairbanks branch?

23  A   The size of the branch?

24  Q   Mm-hmm.

25  A   In terms of volumes?

1    Q    In terms of square footage.

2    A    Oh, boy. I'm really bad at that. I don't know how big

3        it is. I know we have about 300,000 volumes.

4    Q    Is it two stories? One story?

5    A    One.

6    Q    Bigger than. . . I'm trying to come up with a good

7        example. Can I ask, how big is your home? Do you know

8        the square footage size?

9    A    No. Let's see. I don't. How embarrassing. Let's see.

10       I can try and estimate it for you.

11    Q    Well, with comparison coming into this office today, is

12       it about -- from what you have seen from this office, is

13       it a large -- is it about the same size of what you have

14       seen --

15    A    I would say it's smaller than the floor. I can't --

16       with all the cubbies --

17    Q    Yeah.

18    A    -- and breakups, it's hard to estimate space. I would

19       guess -- let's see. The Bothell library is no longer

20       the way it was when I was there. I'm sorry. I'm trying

21       to remember. . . Hmm. You know, it's just really

22       difficult to judge.

23    Q    How many rooms were there?

24    A    Well, there was the main library stacks area. There

25       were four very small group study areas that would fit no

1     more than -- the largest one would hold no more than

2     eight people.  There was a quiet use room that held no

3     more than three.  And this is all sort of tacked onto

4     this main -- main room.  There was an area around a

5     fireplace that was a quiet reading area and then more

6     stacks and then the children's room.

7          And then that was the end of the library section

8     and then there was -- there were the security gates.

9     Oh, the reference desk was about the first thing you saw

10    straight ahead, the circ desk on the left.  After the

11    security gates there were public bathrooms and there was

12    an auditorium that would hold about 250.

13  Q  Okay.  So it sounds fairly sizable.

14  A  Mm-hmm.

15  Q  Was the children's room separated from -- by a wall?

16  A  Yeah, there was a wall and most of it was glass.

17  Q  Any estimate of the number of patrons that the Fairbanks

18    branch served, for example, at the time that you

19    retired?

20  A  I would have to say this in terms of the entire -- of

21    the branch and here because so many people came in to

22    use the main library because the branch was so small.

23  Q  Okay.  So you're estimating both North Pole and

24    Fairbanks with this number?

25  A  The whole -- the whole borough --

1    Q    Okay.

2    A    -- which used -- we were primarily tasked with serving

3         the North Star Borough.  And the latest population was

4         about 86,000 and the size of the bureau -- of the

5         borough was about that of New Jersey.

6    Q    In physical size?

7    A    Yes.

8    Q    Specifically then with respect to the North -- with the

9         North Pole branch, what did that look like, much

10        smaller?

11   A    Yes, it was much smaller and more cramped.  They had --

12        oh, and -- well, in the -- let me go back.  The -- the

13        areas I described were public areas.  There were, of

14        course, pretty much a warren of staff areas.

15   Q    In Fairbanks?

16   A    Yeah.

17   Q    Okay.

18   A    In North Pole, the staff area is shrunk to a room

19        smaller than this, I would think.  And they had a

20        children's area and then stacks and reference all sort

21        of mashed together.  They were very crowded.

22   Q    So no walls separating?  It was an open room just

23        separated by aisles of books?

24   A    Well, and then the children room which was also then the

25        story room -- story time area was open but partially cut

1      off by a wall.

2   Q   Okay.  We will likely get into this in more detail

3      later.  But from reading your report, it sounds like at

4      one point the Internet terminals at the Fairbanks branch

5      and possibly the North Pole branch were not filtered.

6   A   That's right.

7   Q   Can you tell me from what period of time -- at what

8      point were Internet computers installed?

9   A   Oh, maybe '95.  I can't remember exactly.  Seems to me

10      it was almost eight years, between six and eight years,

11      that we did not have filters on our Internet stations.

12   Q   So assuming approximately 1995, then seven or eight

13      years later --

14   A   Mm-hmm.

15   Q   -- a filter was employed at both branches --

16   A   Mm-hmm.

17   Q   -- on their Internet computers?

18   A   Mm-hmm.

19   Q   What was the reason for the decision to install a

20      filter?

21   A   The Mayor --

22   Q   Of Fairbanks.

23   A   -- of Fairbanks at the North Star Borough decided that

24      it would be good public policy as well as a good

25      campaign issue to install filters and the assembly voted

Page 23

1       to do so.

2               We had decided previously -- the library staff,

3       we had looked at the cost benefit for putting them on.

4       We'd had no complaints from anybody about Internet use

5       at that point.  And we received approximately $2,500 a

6       year from E-Rate money, if that makes sense to you.

7   Q   Mm-hmm.

8   A   Okay.  I thought it might.  And ended up costing --

9       well, we figured it would cost us $26,000 to install an

10      adequate filtering system.

11  Q   What do you mean by adequate?

12  A   Well, one that had among the best ratings of those that

13      were available at the time.  I mean, some we -- that

14      were tested were clearly inappropriate.  And I can't

15      tell you the names of those.  The automated services

16      folks did most of the testing.  But there were reviews

17      written by a number of different organizations about the

18      various systems.

19  Q   And by best ratings, you mean performance ratings?

20  A   Mm-hmm.

21  Q   With respect to error rates?  Is that what you're

22      referring to?

23  A   Yes.

24  Q   Okay.  So before filters were installed what, if

25      anything, were you doing with respect to your Internet

1       stations to prevent children or other people from seeing

2       what was on someone's screen?

3  A   Well, as time went by we started putting -- installing

4       privacy. . .

5  Q   Screens?

6  A   Screens and stations.  We went through an expansion of

7       the library not long after the Internets went into

8       place.  And when we reopened after -- when that

9       expansion was done, we planned for stations with

10      recessed screens, so they are down underneath a table

11      and it's a glass tabletop and you look down through it.

12      And for those stations that had to be on the desktop,

13      some people with trifocals or other reading problems

14      needed a screen on the desktop, we provided privacy

15      screens that actually fit over the screen.

16          We directed the locations of these stations so

17      they would not be right in the largest line of traffic

18      and tried our best to minimize incidental viewing of

19      anything.  And one of the reasons we did that is that

20      our nonfiction collection was fully integrated, that is,

21      children's material, adult material, nonprint material

22      were all interfiled on the same shelves and to -- you

23      had to walk past the main groupings of Internet stations

24      to get to the nonfiction collection of the library.

25  Q   Okay.  Was the mayor's decision to ask you to install

1    filters or the assembly's decision based in any part on

2    the Children's Internet Protection Act?

3  A  No.

4  Q  No?

5  A  Hmm-mm.

6  Q  What was the timing of the mayor's decision?

7  A  Oh, what was the -- the date of CIPA was '93; is that

8    right?

9  Q  I can't answer.

10  A  Oh, I'm sorry.  I can't remember the actual date of

11    CIPA.  Let me see if I can find it here.

12  Q  And just to make a record, you're looking at the report

13    that you prepared and disclosed to us?

14  A  Yes.

15  Q  Okay.  Well, maybe this will help.  To my question of

16    when the mayor --

17  A  Oh.

18  Q  -- asked you to install filters, that would have been

19    roughly maybe 2002?

20  A  It was after CIPA was adopted, I'm quite sure, because

21    we tried -- in our cost benefit analysis that I just

22    mentioned we would have received $2,500 or something

23    from E-Rate, which is the CIPA money.

24  Q  So you were having conversations at that time, roughly

25    1995, when the computers were installed about how to

1    A    Correct.

2    Q    What is your understanding of the size and extent of

3         NCRL's territory?

4    A    I did a little -- little checking on libraries served

5         and did a little calculation as well.  And they -- by

6         percentage, we serve an area that has fewer people per

7         square mile than they do, it's a smaller area, but

8         certainly no less remote.

9    Q    Okay.  But do you have an understanding of specifically

10        what territory NCRL serves?

11   A    Yes, I do.

12   Q    Okay.  Can you explain that to me?

13   A    It's east of the Cascades going I think from the

14        Canadian border down to at least Wenatchee where the

15        headquarters are housed.

16   Q    Okay.  And you just said that you had done some research

17        and calculations.

18   A    Yeah.

19   Q    Did you do that in advance of this deposition?

20   A    Yeah.  I just checked to see what the comparison sizes

21        and populations were.

22   Q    When was the last time that you were in NCRL territory?

23   A    Let me see.  I think it would be a few years ago I gave

24        a workshop for the Pacific Northwest Library Association

25        and Washington Library Association.  And it may be.  .

Page 53

```
 1              THE WITNESS:  Do you have the CV handy?

 2              MR. MANVILLE:  Mm-hmm.  What are you looking

 3        for?

 4              THE WITNESS:  I'm looking for presentations and

 5        papers.

 6    A   Okay.  Hmm.  I could have sworn. . .  (Inaudible.)

 7                             (Interruption by the reporter.)

 8              THE WITNESS:  Oh, I'm just babbling here.  I'm

 9        sorry.

10    A   I thought -- well, I went to Wenatchee for the joint

11        PNLA, WLA conference.

12                             (Interruption by the reporter.)

13    A   Pacific Northwest Library Association and Washington

14        Library Association, they had a joint conference.

15    Q   (By Ms. Monroe)  And what year was that?

16    A   I'm trying to remember.  Now, I thought it was. . .

17        Hmm.  Is that '01?

18              MR. MANVILLE:  Keep in mind that when you're

19        thinking aloud the court reporter is writing down

20        everything you're saying.

21    A   I cannot remember exactly what -- what year it was.  But

22        I'm fairly sure it was Wenatchee --

23    Q   (By Ms. Monroe)  Okay.

24    A   -- because it was a joint WLA conference and since I had

25        worked in the Puget Sound area for ten years I knew a
```

Page 54

1       number of the people who were there.

2   Q   Okay.  So you believe that the last time you were in

3       NCRL territory would be in Wenatchee for a conference --

4   A   For -- it was after 2000, I'm quite sure.

5   Q   Okay.

6   A   And it may have been just one of the things I missed --

7       I know why I missed it.  Because it was a poster session

8       and it was a poster session about preserving oral

9       history of the native communities that was made on tape

10      in the 1970's and was falling apart and so I did a

11      poster session to show how easy it was to preserve the

12      material by putting it on digital tape and CD.

13  Q   Okay.

14  A   So that would have been 2000 -- I bet that was 2005.

15  Q   All right.  When you were in Wenatchee, did you go in an

16      NCRL library?

17  A   No.

18  Q   And you're not a regular patron of NCRL libraries,

19      correct?

20  A   Correct.

21  Q   Do you know how many branches NCRL services or has?

22  A   No, I don't.

23  Q   When was the last time you were in an NCRL branch?

24  A   It was probably when I was still working in Washington

25      state doing children's workshops or a conference many

Page 55

1    years ago.  No.  That was Yakima.  I'm sorry.

2  Q  So in the early '80s?

3  A  No.  It would have been before that.  It would have been

4     in the '70s.

5  Q  Late '70s.  Okay.

6  A  Mm-hmm.

7  Q  What is your understanding of the demographic of the

8     territory that NCRL serves?

9  A  Well, I would assume like most rural communities, based

10    on farming and agriculture, it's probably fairly

11    conservative but, at least in my experience, fair

12    minded.

13 Q  What is your experience based on?

14 A  Just working in -- around -- around rural communities

15    somewhat.  When I was in Bellingham I saw some of the

16    smaller communities outside the city in Whatcom County

17    and when I lived in Seattle went to some of the smaller

18    communities both on the western side and the eastern

19    side.  So I've seen and been around people just in

20    informal personal situations.

21 Q  Okay.  Are you personally aware of the particular needs

22    of the community that NCRL services with respect to its

23    public library collection?

24 A  I would assume there are some general basic public

25    library materials that are common to just about any

1          as the collections services manager.

2     A    The short answer is I bought books for the library using

3          other people's money.

4     Q    Okay.

5     A    But the real answer to that question is using a staff of

6          13 I developed policies for collection, acquisition,

7          processing, and management of all materials in the

8          library, all formats, all types, all placements.

9               To do that we -- let's see.  We spent -- I think

10         the last stats I remember anyway, we spent something

11         over $200 a day for each individual title at the

12         discount and processed, as I said, that's entering them

13         in the computer databases, putting all the -- the call

14         numbers, property stamps, things like that on them and

15         getting them out ready for circulation.  And then

16         management of the collection was involved with where it

17         went on the shelves, when, if ever, the item was ready

18         for discard.

19              So it's controlling all 300,000 volumes plus in

20         the main library and the branch library in North Pole

21         and supervising the staff.  I had one professional

22         librarian and the rest were all assistants.

23              THE REPORTER:  I'd like to clarify.  You didn't

24         say North Pole, did you?

25              THE WITNESS:  Yes.  It's a city about 13 miles

Page 117

1                    C E R T I F I C A T E
2
         I, CHERYL L. HENDRICKS, a duly authorized Court
3    Reporter and Notary Public in and for the State of
     Washington, residing at Olympia, do hereby certify;
4
         That the foregoing deposition of June
5    Pinnell-Stephens was taken before me on October 3, 2007,
     and thereafter transcribed to the best of my ability by
6    means of computer-aided transcription; that the
     deposition is a full, true, and complete transcript of
7    the testimony of said witness;
8         That the witness, before examination, was by me
     duly sworn to testify the truth, the whole truth, and
9    nothing but the truth, and the witness reserved
     signature;
10
          That I am not a relative, employee, attorney, or
11   counsel of any party to this action, or relative or
     employee of any such attorney or counsel, and I am not
12   financially interested in said action or outcome
     thereof;
13
          That upon completion of signature, if required,
14   I shall herewith securely seal the original transcript
     and serve same upon Tom Adams, counsel for the
15   Defendant.
16        IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my official seal this 15th day of October,
17   2007.
18
19
20
21                        _____
                          Cheryl L. Hendricks,
22                        CCR NO. 2274
23
24
25

# Exhibit C

```
 1              UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF WASHINGTON

 3                    AT SPOKANE

 4    SARAH BRADBURN, PEARL

 5    CHERRINGTON, CHARLES

 6    HEINLEN and the SECOND

 7    AMENDMENT FOUNDATION,

 8              Plaintiffs,

 9         vs.                    No. CV-06-327-EFS

10    NORTH CENTRAL REGIONAL

11    LIBRARY DISTRICT,

12              Defendant.

13                         /

14

15

16

17         DEPOSITION OF SALLY W. BEESLEY

18          Taken on behalf of Defendant

19

20

21

22       Taken before LISA I. KROON

23            CSR No. 95-0311

24            January 18, 2008

25
```

1    A.  Okay.  It has the same boundaries as the school

2  district.  It includes most of Jefferson County with

3  the exception of Crooked River Ranch, and it does

4  include most of Warm Springs Reservation and also

5  includes a small section of Wasco County, and we

6  service, you know, a little town just right over the

7  border into Wasco County, so that kind of -- and it's

8  also part of our school district.

9    Q.  Okay.  So when you say just over the border,

10  the Washington/Oregon border?

11    A.  No, the county border.

12    Q.  The county border.  Okay.

13    A.  Between Wasco County and Jefferson County.

14    Q.  How many branches in the district?

15    A.  There's just this one.

16    Q.  Do you know what the mile radius is of your

17  territory?

18    A.  Not off the top of my head, no, uh-uh.

19        There's one other part that you probably

20  wouldn't think to ask that would be important is that

21  we're in a regional library with Deschutes County as

22  well.

23    Q.  Okay.

24    A.  So everybody in Deschutes County or in

25  Jefferson County, we all use our libraries as if it's

1   that a library does need to address is that, you know,

2   would filtering or not filtering be appropriate for the

3   library.

4       Q.  Okay.  Do you have a copy of your speech?

5       A.  No.

6       Q.  With respect to the current litigation for

7   which we're taking your deposition today, what is your

8   understanding of the issues in the current litigation?

9       A.  That there was a library in the state of

10  Washington that does have filtered access and there was

11  an adult who objected to that because it blocked them

12  from some site that they were wanting to get on that

13  they apparently felt that they had a right to access in

14  the library.

15      Q.  Okay.  So as I said in the beginning, I

16  represent North Central Regional Library District, and

17  that is presumably the library district that you're

18  talking about.

19          Have you read the North Central Regional

20  Library's Internet policy?

21      A.  I don't think so.

22      Q.  Are you able to, as you sit here today,

23  articulate their mission or vision?

24      A.  No.

25      Q.  Do you know specifically where the district --

1   the subject library district is located?

2       A.   No.   I may have been told at one time, but I

3   don't remember.

4       Q.   Okay.   So you don't know what -- the size of

5   the territory or the cities that may be within its

6   region?

7       A.   Not that I remember.

8       Q.   Do you know if you've ever been to a North

9   Central Regional Library branch?

10      A.   No, I haven't.

11      Q.   So I take it you haven't sat down at a computer

12  and tried to access the Internet --

13      A.   That's correct.

14      Q.   -- in their territory?

15      A.   I have not.

16      Q.   To your knowledge, have you ever spoken with a

17  North Central Regional Library patron about the

18  Internet filter?

19      A.   No.

20      Q.   Do you know Dean Marney?

21      A.   No.

22      Q.   I'll represent to you he's the director of the

23  North Central Regional Library District.

24           What about Dan Howard?

25      A.   No.

1  STATE OF OREGON          )

2                           )

3  COUNTY OF DESCHUTES      )

4

5      I, LISA I. KROON, do hereby certify:

6      That SALLY W. BEESLEY, in the foregoing deposition

7  named, was present and by me sworn as a witness in the

8  above-entitled action at the time and place therein

9  specified;

10     That said deposition was taken before me at said

11 time and place, and was taken down in shorthand by me,

12 a Certified Shorthand Reporter of the State of Oregon

13 and a Registered Professional Reporter, and was

14 thereafter transcribed into typewriting, and that the

15 foregoing transcript constitutes a full, true and

16 correct report of said deposition and of the

17 proceedings that took place;

18     IN WITNESS WHEREOF, I have hereunder subscribed my

19 hand this 23rd day of January 2008.

20

21

22                                    /s/ LISA I. KROON

23                              _____

24                              LISA I. KROON, CSR No. 95-0311
                                Registered Professional Reporter

25

# Exhibit D



## Digital Court Reporting & Video

Transcript of the Testimony of
# Kenton Oliver

**Date:** November 14, 2007

**Caption:** Sarah Bradburn, et al v. North Central Regional Library District



Digital Court Reporting and Video, LLC
866.721.0972 Toll-free
713.683.0401 Local
713.683.8935 Fax
depos@digitalreporting.com
www.digitalreporting.com

**Job Number: 2761**

Decl. of Celeste Monroe
Page 32

1  A    I'd have to double-check.  Bess is, if I'm correct,

2       Bess is also been known as N2-H2.  It's actually a

3       company that's in the Pacific Northwest, I believe,

4       and it's gone through several alliterations.

5  Q    Has that filter product changed since you've been

6       here for six years?  Besides upgrades.

7  A    No.

8  Q    Which may happen.  So it's always been Bess?

9  A    To my knowledge.

10 Q    Who was involved in selecting that product?

11 A    Our computer services staff.  And their manager.  And

12      myself.  But what they did, they did a -- they did an

13      analysis of the marketplace, and as I recall, it was

14      based on quality of the product and pricing as well.

15 Q    Are you aware of whether there's been any concerns

16      from patrons who are minors who feel that they're

17      being denied access to appropriate content because of

18      Bess?

19 A    I'm not directly aware of that.

20 Q    When I asked you about your responsibilities as

21      executive director and about the library, you

22      provided some background about the district itself,

23      including the number of branches, the number of

24      people in the staff and the operating budget.  You

25      said there are eleven branches plus a main branch, so

Decl. of Celeste Monroe
Page 33

3abb95d3-e4e4-4883-a9fc-7f34a9cc7aaa

1          twelve?

2      A   Yes.

3      Q   Total branches.  Okay.  What is the physical area

4          that this serves, that your district serves?  What is

5          the size of the district?

6      A   Oh, gosh.  It's hard to give you that in size and

7          square miles because we serve about, our population

8          that we serve is about 250,000.

9      Q   Okay.

10     A   And the reason it's hard to explain it to you is that

11         we are a composite of quite a few different school

12         districts, which is how public library districts in

13         the state of Ohio are defined.  And in our particular

14         case in this county it's actually kind of an odd

15         geographical configuration.

16     Q   Because, as you pointed out, you are one of seven --

17     A   Correct.

18     Q   -- library districts in the county?

19     A   Correct.

20     Q   Okay.  You serve 250,000 patrons?

21     A   Uh-huh.

22     Q   How many people are in the county, do you know?

23     A   I believe there are about 450,000.

24     Q   Okay.  So you serve a good --

25     A   Yeah.

Decl. of Celeste Monroe
Page 34

3abb95d3-e4e4-4883-a9fc-7f34a9cc7aaa

1   Q    -- number of those people?

2   A    Right.

3   Q    All right.  What is the general demographic of this

4        county?

5   A    Actually I would say that our demographic is a little

6        bit of everything.  We have some very urban

7        characteristics in the city of Canton.  And some very

8        impoverished areas.  We have some very affluent areas

9        in the surrounding townships.  We have manufacturing,

10       we have a large manufacturer here, Timken, which is a

11       steel manufacturer.  We have a strong labor influence

12       in the area.  We have quite a few small universities

13       and colleges in the area.

14  Q    And you said you have two bookmobiles?

15  A    Two bookmobiles and two kidmobiles.

16  Q    With respect to how the branches are physically

17       organized, is there a children's room in every

18       branch?

19  A    There's a children's area.  Our branches range in

20       size from just literally like 1,500 feet to 20,000

21       square feet.

22  Q    Okay.  Do all of your library branches have Internet

23       usage computers?

24  A    Yes.

25  Q    Okay.  And is the policy the same at every branch?

Decl. of Celeste Monroe
Page 35

3abb95d3-e4e4-4883-a9fc-7f34a9cc7aaa

1    A    I don't believe so.  Not to my knowledge anyway.

2    Q    Okay.  Have you ever been to Washington state?

3    A    Yes.

4    Q    Okay.  When was the last time you were in Washington?

5    A    American Library Association mid winter meeting.

6         January of this year.

7    Q    Okay.  Have -- do you know where the NC -- I'm going

8         to use the word NCLR throughout to stand for the

9         North Central Regional Library system, but do you

10        understand where their territory is?

11   A    Yes.

12   Q    Okay.  And what is your understanding of their

13        territory?

14   A    Rural area in north central Washington state.

15   Q    Do you know the names of the counties that they

16        serve?

17   A    I could not give them to you.

18   Q    Do you have an idea of the size in square miles of

19        the district that they serve?

20   A    No.

21   Q    Do you have any concept of the number of employees

22        that they have?

23   A    No.

24   Q    Have you ever been to an NCRL branch library?

25   A    No.                              Decl. of Celeste Monroe
                                               Page 36

1  Q   Are you familiar with the scope of NCRL's services

2      that they provide to their community?

3  A   No.

4  Q   Are you familiar at all with the demographics of the

5      community that the NCRL serves?

6  A   Not specifically.

7  Q   What about an idea of the number of patrons?

8  A   No.

9  Q   Have you ever met NCRL's director, Dean Marney?

10  A   Not to my knowledge.

11  Q   Okay.  Have you met the director of branch services,

12      Dan Howard?

13  A   I do not believe so.

14  Q   Have you ever spoken with anyone at NCRL?

15  A   No.

16  Q   In your own words, can you describe NCRL's Internet

17      usage policy?

18  A   Based upon what I've read, secondhand knowledge, is

19      that they provide filtered Internet access and they

20      have a process set up whereas if an adult wishes to

21      bypass the filler they have to go through a long,

22      drawn-out process without any guarantee that they'll

23      be able to bypass the filter.

24  Q   Okay.  Let's take that in a couple parts.  You said

25      based on what you read.  What do you recall you read?

Decl. of Celeste Monroe
Page 37

```
 1   A    Specifically that they provide filtered access and

 2        that there is a request process by which an adult

 3        wishing to access a site that is filtered may apply

 4        for.  But there is no guarantee that the library will

 5        agree to do that, nor is there necessarily what I

 6        would consider a timely process or a reasonable

 7        process for that request to take place.

 8   Q    Okay.  And I apologize, my question was poorly

 9        worded.  What was the source?

10   A    It would be a combination of verbal updates at

11        Intellectual Freedom Committee meetings and general

12        written summaries from Intellectual Freedom Committee

13        documents.

14   Q    Who is providing the verbal updates at the

15        Intellectual Freedom Committee meetings?

16   A    Well, Duncan Manville provided one at mid winter, and

17        then we have had, I've had informal conversations

18        with various staff at the OIF office.

19   Q    Have you ever read NCRL's policy?

20   A    I've glanced at it but it's been some time.

21   Q    Are you aware of the type of filtering product that

22        NCRL uses?

23   A    No.

24   Q    You said that, in your words, that if an adult wanted

25        to bypass it, it was a long, drawn-out process of
```

3abb95d3-e4e4-4883-a9fc-7f34a9cc7aaa

# CERTIFICATE

STATE OF OHIO )
                )SS
STARK COUNTY )

       I, Laurie Maryl Hart, a Registered Merit Reporter and Notary Public in and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within named witness, KENTON OLIVER, was by me first duly sworn to tell the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony given was by me reduced to Stenotype and afterwards transcribed by computer-aided transcription, and that the foregoing is a true and correct transcription of the testimony so given by him as aforesaid.

       I do further certify that this deposition was taken at the time and place in the foregoing caption specified. I do further certify that I am not a relative, counsel or attorney of either party, or otherwise interested in the event of this action, nor is the court reporting firm with which I am affiliated under a contract as defined in Civil Rule 28(D).

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Canton, Ohio, on this 19th day of November, 2007.

*Laurie Maryl Hart*

Laurie Maryl Hart, RMR & Notary Public.
My commission expires January 6, 2012.