The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNCONTROVERTED FACTS<br><br>Noted: March 12, 2008 Without Oral Argument |

Plaintiffs Bradburn, Cherrington, Heinlen, and Second Amendment Foundation ("Plaintiffs") and Defendant North Central Regional Library District

JOINT MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATEMENT
OF UNCONTROVERTED FACTS - 1
CV-06-327-EFS
#662528 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

("NCRL") (collectively, "the parties") present this Joint Motion for Extension of Time to File Joint Statement of Uncontroverted Facts. The parties agree that this motion may be heard on an expedited basis and without oral argument pursuant to LR 7.1(h).

Pursuant to the Scheduling Order (Ct. Rec. 26, pg. 3, lns. 8-11), the parties were to have filed a Joint Statement of Uncontroverted Facts for purposes of Fed. R. Civ. Pro. 56(d) three days following service of the reply brief(s) associated with the pending summary judgment motions. With the Court's permission, that deadline was informally extended to March 10, 2008.

The parties now request a further extension of time to file the Joint Statement of Uncontroverted Facts to <u>March 24, 2008</u>. In support of their request, the parties state:

(a) The summary judgment motions are set for hearing on April 15, 2008.

(b) The parties are working cooperatively, diligently and in good faith toward preparation of a Joint Statement of Uncontroverted Facts in compliance with Fed. R. Civ. Pro. 56(d) and the expectations of this Court. The parties anticipate working in this manner through completion of the task, and have

JOINT MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATEMENT
OF UNCONTROVERTED FACTS - 2
CV-06-327-EFS
#662528 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

already exchanged drafts of a joint statement. However, the breadth and depth of factual information developed through discovery is substantial, and Plaintiffs' and NCRL's separate statements of fact each contained over 100 paragraphs. Melding the parties' respective documents into a single joint statement most useful for the Court is time-intensive and will require several more drafts and much additional interaction between the parties' counsel before a final consensus can be reached.

(c) The attorney for Plaintiffs who primarily drafted Plaintiffs' various fact statements has planned to be away from work during the period March 10-14, 2008. One of NCRL's counsel is preparing for trial in another matter which is set to begin on March 20, 2008.

(d) Trial is scheduled for June 2, 2008. The parties' first pre-trial submission (witness/exhibit lists and deposition designations) is due March 22, 2008 which – because that date falls on a weekend – becomes March 24, 2008. (Ct. Rec. 26).

JOINT MOTION FOR EXTENSION OF
TIME TO FILE JOINT STATEMENT
OF UNCONTROVERTED FACTS - 3
CV-06-327-EFS
#662528 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CONCLUSION

Based upon the foregoing, the parties respectfully request that the deadline for filing the Joint Statement of Uncontroverted Facts be extended to March 24, 2008.

DATED this 10th day of March, 2008.

By: /s/ Thomas D. Adams
Thomas D. Adams, WSBA #18470
E-Mail – tadams@karrtuttle.com
Celeste M. Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.223.1313
Facsimile: 206.682.7100

By: /s/ Duncan Manville
Duncan Manville, WSBA #30304
E-mail – duncan.manville@yahoo.com
Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1629 2nd Avenue W.
Seattle, WA 98119
Telephone: 206.288.9330
Facsimile: 206.624.2190

By: /s/ Aaron H. Caplan
Aaron H. Caplan, WSBA #22525
E-mail - caplan@aclu-wa.org
Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
705 Second Avenue, Third Floor
Seattle, WA 98103
Telephone: 206.624.2184
Facsimile: 206.624.2190

By: /s/ Catherine Crump
Catherine Crump, pro hac vice
E-mail - ccrump@aclu.org
Attorneys for Plaintiffs
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212.519.7806

JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNCONTROVERTED FACTS - 4
CV-06-327-EFS
#662528 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: *[signature]*
Heather L. White
hwhite@karrtuttle.com

JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNCONTROVERTED FACTS - 5
CV-06-327-EFS
#662528 v1 / 42703-001