The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNCONTROVERTED FACTS |

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 1
NO. CV-06-327-EFS
#662531 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | This matter having come before the Court on Joint Motion For Extension |
| 2 | |
| 3 | Of Time To File Joint Statement Of Uncontroverted Facts, and the Court having |
| 4 | reviewed the records and files herein, including: |
| 5 | 1. Joint Motion For Extension Of Time To File Joint Statement Of |
| 6 | |
| 7 | Uncontroverted Facts; |
| 8 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: |
| 9 | |
| 10 | 1. Joint Motion For Extension Of Time To File Joint Statement Of |
| 11 | Uncontroverted Facts is **GRANTED**. |
| 12 | |
| 13 | DATED this ____ day of ____, 2008. |


This matter having come before the Court on Joint Motion For Extension Of Time To File Joint Statement Of Uncontroverted Facts, and the Court having reviewed the records and files herein, including:

1. Joint Motion For Extension Of Time To File Joint Statement Of Uncontroverted Facts;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Joint Motion For Extension Of Time To File Joint Statement Of Uncontroverted Facts is **GRANTED**.

DATED this ____ day of ____, 2008.

_____
The Honorable Edward F. Shea

Presented By:

KARR TUTTLE CAMPBELL

By:/s/ *Thomas D. Adams*
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313

NOTICE OF HEARING ON NORTH
CENTRAL REGIONAL LIBRARY
DISTRICT'S MOTION FOR
SUMMARY JUDGMENT - 2
NO. CV-06-327-EFS
#662531 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | Facsimile: 206.682.7100 |
| 2 | |
| 3 | AMERICAN CIVIL LIBERTIES UNION |
| 4 | OF WASHINGTON FOUNDATION |
| 5 | |
|  | By:/s/ *Duncan Manville* |
| 6 | Duncan Manville, WSBA #30304 |
| 7 | E-mail: duncan.manville@yahoo.com |
|  | Attorneys for Plaintiffs |
| 8 | 1629 2nd Ave. W. |
| 9 | Seattle, WA 98119 |
|  | Telephone: 206.288.9330 |
| 10 | Facsimile: 206.624.2190 |
| 11 | |
| 12 | By: /s/ *Aaron H. Caplan* |
|  | Aaron H. Caplan, WSBA #22525 |
| 13 | E-mail - caplan@aclu-wa.org |
| 14 | Attorneys for Plaintiffs |
|  | 705 Second Avenue, Third Floor |
| 15 | Seattle, WA 98103 |
| 16 | Telephone: 206.624.2184 |
| 17 | Facsimile: 206.624.2190 |
| 18 | |
|  | By: /s/ *Catherine Crump* |
| 19 | Catherine Crump, pro hac vice |
|  | E-mail - ccrump@aclu.org |
| 20 | Attorneys for Plaintiffs |
| 21 | 125 Broad Street, 18th Floor |
| 22 | New York, NY 10004 |
|  | Telephone: 212.519.7806 |

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 3
NO. CV-06-327-EFS
#662531 v1 / 42703-001

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: /s/ Heather L. White
Heather L. White
hwhite@karrtuttle.com

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 4
NO. CV-06-327-EFS
#662531 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100