The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>NOTICE OF HEARING ON PARTIES JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF UNCONTROVERTED FACTS<br><br>WITHOUT ORAL ARGUMENT |

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 1
NO. CV-06-327-EFS
#662531 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Dockets.Justia.com

COMES NOW Plaintiffs Bradburn, Cherrington, Heinlen, and Second Amendment Foundation ("Plaintiffs") and Defendant North Central Regional Library District ("NCRL") (collectively, "the parties"), by and through their counsel of record, and gives Notice that its Joint Motion For Extension Of Time To File Joint Statement Of Uncontroverted Facts shall be heard on March 12, 2008.

DATED this 10th day of March, 2008.

KARR TUTTLE CAMPBELL

By:/s/ Thomas D. Adams
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313
Facsimile: 206.682.7100

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 2
NO. CV-06-327-EFS
#662531 v1 / 42703-001

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: /s/ Heather L. White
Heather L. White
hwhite@karrtuttle.com

NOTICE OF HEARING ON NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 3
NO. CV-06-327-EFS
#662531 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100