The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | NO. CV-06-327-EFS<br><br>DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S WITNESS AND EXHIBIT LIST |

Defendant North Central Regional Library identifies the following witnesses and exhibits:

DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S WITNESS AND EXHIBIT LIST - 1
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## I. FACT WITNESSES

### 1. Dean Marney

Dean Marney is the Director of the North Central Regional Library ("NCRL") District. Mr. Marney was appointed to his position by the NCRL Board of Trustees in 1990. As Director, Mr. Marney serves as the liaison between the Board and library staff.

Mr. Marney will testify regarding NCRL and its policies, including: its mission, collection development policy and internet usage policy. He will testify regarding NCRL's need to comply with the Children's Internet Protection Act ("CIPA") and the Board's decision to implement an Internet filter to facilitate compliance with CIPA. Mr. Marney will discuss NCRL's current internet filtering profile, as well as the procedure for requesting that certain internet content be unblocked by the filter. Mr. Marney will discuss the unblocking requests NCRL has received from patrons and the process that he and Mr. Howard follow in evaluating the requests. Mr. Marney will also discuss the other purposes the Internet filters serve, beyond compliance with CIPA, to include: (1) fulfillment of traditional collection decisions; (2) protection of staff

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 2
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

and patrons from inadvertent exposure to illegal, pornographic, or other disruptive and inappropriate material; and (3) compliance with other state and federal laws.

2. **Dan Howard**

Dan Howard is the Public Services Director for NCRL. Mr. Howard administers NCRL's 28 branch libraries and its mail order library. He also coordinates collection development activities and administer grants. With respect to the individual branches, Mr. Howard's responsibilities include, among other things, management of personnel. This includes supervision of all NCRL branch librarians.

Mr. Howard will testify regarding NCRL's policies, to include: its mission statement, collection development policy and internet usage policy. He will discuss the relationship between the filter and collection development. He will testify regarding his district's need to comply with the Children's Internet Protection Act ("CIPA"). Mr. Howard will also discuss NCRL's current internet filtering profile and the procedure for requesting that certain internet content be unblocked. Mr. Howard will discuss the unblocking requests that

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 3
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

NCRL has received from patrons and the process that he and Mr. Marney use in evaluating the requests.

Mr. Howard will also discuss his experience with certain privacy measures suggested by Plaintiffs, including: (1) privacy screens; (2) recessed desks and (3) a "tap and tell" policy. Mr. Howard discuss his concerns with unfiltered access and the impact on branch staff.

3. **Barbara Walters**

Barbara Walters is the Information Technology Manager for the North Central Regional Library District. She has served in this role since 2002. Ms. Walters will testify regarding the structure of NCRL's computer network, to include technical information and details regarding the configuration of the Internet filter.

4. **Connie Kuhlman**

Connie Kuhlman is the Grant County Regional Manager and head of Moses Lake Branch. Ms. Kuhlman ran the Grand Coulee Branch before Moses Lake.

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 4
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Ms. Kuhlman will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material. She will also discuss her concerns with unfiltered access.

5. **Sharon Reddick**

Sharon Reddick is the Okanogan/Ferry County Regional Manager & Head of Omak Branch.

Ms. Reddick will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material. She will also discuss her concerns with unfiltered access.

6. **Katy Sessions**

Katy Sessions is the Chelan/Douglas County Regional Manager & Head of Wenatchee Branch.

Ms. Sessions will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material.

7. **Deborah Moore**

Deborah Moore is a NCRL Board Trustee from Grant County. She has served in this capacity since January 2007. Ms. Moore will testify regarding the

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 5
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

current Internet Filtering Policy.

## II. EXPERT WITNESS

**1. Paul Resnick**

Paul Resnick is a professor at the University of Michigan School of Information. Mr. Resnick was retained by NCRL to serve as an expert in the current litigation.

Mr. Resnick was asked to explain how the NCRL filtering software works. He was also asked to assess the methods used in studying the error rates in the filtering software NCRL uses as reported by Plaintiffs' expert, Mr. Bennett Haselton. Mr. Resnick will testify regarding all of these topics. In addition, Mr. Resnick will testify regarding his own study of NCRL's filter.

## III. EXHIBITS

| NO. | AUTHOR/MAKER | DESCRIPTION |
|---|---|---|
| 500 | NCRL | Branch Library Map |
| 501 - 528 | NCRL | Branch Photos |
| 529 | NCRL | Resolution adopting Internet Usage Policy |
| 530 | NCRL | Board Minutes adopting Internet Usage Policy |
| 531 | NCRL | Internet Usage Policy |
| 532 | NCRL | Current Fortiguard Filtering Profile |
| 533 – 536 | NCRL | Incident Reports |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 6
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | | |
|---|---|---|---|
| 1 | 537 | NCRL | Internal memo discussing decision to unblock "Plagerism" |
| 2 | 538 | NCRL | Internal memo discussing decision to unblock " Personal Relationships" |
| 3 | 539 | NCRL | Internal memo discussing decision to unblock YouTube, with accompanying Terms of Use |
| | 540 | NCRL | Internal memo discussing decision to unblock Myspace, with accompanying Terms of Use |
| | 541 | NCRL | Internal memo discussing decision to unblock Craigslist, excepting personals |
| | 542-645 | NCRL/Patrons | Patron requests to unblock specific internet content and NCRL response |
| | 646 | NCRL | Collection Development Policy |
| | 647 | NCRL | Mission Statement |
| | 648 | Paul Resnick | Paul Resnick's Expert Report/Data |
| | 649 | FortiGuard | Diagrams re: how FortiGuard filter work (simply demonstrative?) |
| | 650 | NCRL | March 11, 1999 Director's Report |
| | 651 | NCRL | March 11, 1999 Board Meeting Minutes |
| | 652 | NCRL | April 15, 1999 Board Meeting Minutes |
| | 653 | NCRL | June 10, 1999 Board Meeting Minutes |
| | 654 | NCRL | July 15, 1999 Board Meeting Minutes |
| | 655 | NCRL | September 16, 1999 Board Meeting Minutes |
| | 656 | NCRL | August 12, 1999 Director's Report |
| | 657 | NCRL | October 14, 1999 Director's Report |
| | 658 | NCRL | December 16, 1999 Director's Report |
| | 659 | NCRL | February 10, 2000 Director's Report |
| | 660 | NCRL | January 13, 2000 Director's Report |
| | 661 | NCRL | November 17, 1999 Director's Report |
| | 662 | NCRL | December 16, 1999 Board Meeting Minutes |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 7
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | | |
|---|---|---|---|
| 1 | 664 | NCRL | February 10, 2000 Board Meeting Minutes |
| 2 | 663 | NCRL | March 16, 2000 Board Meeting Minutes |
| 3 | 664 | NCRL | May 11, 2000 Board Meeting Minutes |
| 4 | 665 | NCRL | June 15, 2000 Board Meeting Minutes |
| 5 | 666 | NCRL | August 10, 2000 Board Meeting Minutes |
| 6 | 667 | NCRL | September 14, 2000 Board Meeting Minutes |
| 7 | 668 | NCRL | August 10, 2000 Director's Report |
| 8 | 669 | NCRL | October 12, 2000 Director's Report |
| 9 | 670 | NCRL | October 12, 2000 Board Meeting Minutes |
| 10 | 671 | NCRL | December 14, 2000 Board Meeting Minutes |
| 11 | 672 | NCRL | December 14, 2000 Director's Report |
| 12 | 673 | NCRL | January 11, 2001 Board Meeting Minutes |
| 13 | 674 | NCRL | January 11, 2001 Director's Report |
| 14 | 675 | NCRL | February 15, 2001 Director's Report |
| 15 | 676 | NCRL | February 15, 2001 Board Meeting Minutes |
| 16 | 677 | NCRL | March 15, 2001 Board Meeting Minutes |
| 17 | 678 | NCRL | June 14, 2001 Director's Report |
| 18 | 679 | NCRL | October 11, 2001 Board Meeting Minutes |
| 19 | 680 | NCRL | October 11, 2001 Director's Report |
| 20 | 681 | NCRL | November 15, 2001 Board Meeting Minutes |
| 21 | 682 | NCRL | January 17, 2002 Board Meeting Minutes |
| 22 | 683 | NCRL | February 14, 2002 Board Meeting Minutes |
| 23 | 684 | NCRL | February 14, 2002 Director's Report |
| 24 | 685 | NCRL | May 16, 2002 Director's Report |

DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S WITNESS AND EXHIBIT LIST - 8
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | |
|---|---|---|
| 686 | NCRL | May 16, 2002 Board Meeting Minutes |
| 687 | NCRL | October 10, 2002 Board Meeting Minutes |
| 688 | NCRL | December 12, 2002 Director's Report |
| 689 | NCRL | January 15, 2004 Board Meeting Minutes |
| 690 | NCRL | April 15, 2004 Director's Report |
| 691 | NCRL | May 13, 2004 Board Meeting Minutes |
| 692 | NCRL | May 13, 2004 Director's Report |
| 693 | NCRL | April 14, 2005 Board Meeting Minutes |
| 694 | NCRL | December 15, 2005 Board Meeting Minutes |
| 695 | NCRL | March 16, 2006 Board Meeting Minutes |
| 696 | NCRL | July 20, 2006 Board Meeting Minutes |
| 697 | NCRL | November 16, 2006 Director's Report |
| 698 | NCRL | January 18, 2007 Director's Report |
| 699 | ACLU | Correspondence from ACLU to NCRL patrons soliciting a lawsuit |
| 700 - 703 | NCRL/Heinlen | Correspondence between NCRL and Charles Heinlen |
| 704 | NCRL | NCRL Bylaws |

//

//

//

//

//

//

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 9
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

NCRL reserves the right to amend its exhibit list, both to withdraw or add certain exhibits, based on Plaintiff's disclosure. NCRL reserves the right to use any exhibit proposed by Plaintiffs and admitted into evidence.

DATED this 24th day of March, 2008.

KARR TUTTLE CAMPBELL

By:/s/ *Thomas D. Adams*
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Attorneys for Defendant North Central Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313
Facsimile: 206.682.7100

DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S WITNESS AND EXHIBIT LIST - 10
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: *[signature]*
Heather L. White
hwhite@karrtuttle.com

---

DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S WITNESS AND EXHIBIT LIST - 11
CV-06-327-EFS
#663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100