The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant.

NO. CV-06-327-EFS

SUPPLEMENTAL DECLARATION OF DAN HOWARD IN SUPPORT OF NCRL'S MOTION FOR SUMMARY JUDGMENT

SUPPLEMENTAL DECLARATION OF DAN HOWARD IN SUPPORT OF NCRL'S MOTION FOR SUMMARY JUDGMENT - 1
CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

I, Dan Howard, declare as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. Currently, I am the Director of Public Services for North Central Regional Library.

3. I evaluate patron requests to have Internet content unblocked.

4. In support of their Opposition to NCRL's Motion for Summary Judgment, Plaintiffs offered Ex. FFF, attached hereto. This exhibit purports to summarize unblocking requests received by NCRL between 10/1/07 and 2/20/08, and includes NCRL's alleged response. I have carefully reviewed Plaintiff's Ex. FFF and believe that clarifications are necessary.

5. Plaintiff's maintain that it is unclear if, or how, NCRL responded to 11 of the 92 unblocking requests detailed in Exhibit FFF. With respect to each, the following actions were taken:

SUPPLEMENTAL DECLARATION OF
DAN HOWARD IN SUPPORT OF
NCRL'S MOTION FOR SUMMARY
JUDGMENT - 2
CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| Item # from Ex. FFF | Response to Patron | Reason | Action Taken with Requested Site |
|---|---|---|---|
| #7 | No contact made | Patron did not leave contact information. | NCRL was not able to confirm if "pitbul" was a site that was actually blocked, or that this was even the site the patron was requesting given the lack of information in the request. (Ex. A) |
| #10 | No contact made | Patron did not leave contact information | Yahoo.com was available at this time. (Ex. B) |
| #65 | No contact made | Patron did not leave contact information | Newgrounds.com was available at this time. (Ex. C) |
| #69 | No contact made | Patron did not leave contact information | runescape.com is blocked at 5 banches (Wenatchee, Leavenworth, Quincy, Ephrata, and Soap Lake) due to technical problems with the older computer systems. Use of the website runescape.com at these 5 locations freezes up the Internet terminals making all the public computers unusable. These systems are being replaced this year. (Ex. D). |

SUPPLEMENTAL DECLARATION OF DAN HOWARD IN SUPPORT OF NCRL'S MOTION FOR SUMMARY JUDGMENT - 3

CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | | |
|---|---|---|---|
| #70 | Letter sent January 9, 2008. (Ex. E) | | The site stevehaworth.com remained blocked due to the presence of pornographic content (Ex. E) |
| #71 | No contact made | Patron left the wrong telephone number | Google Images remains blocked. (Ex. F) |
| #72 | E-mail dated January 10, 2008. (Ex. G) | | The patron did not request a specific site or area of content and did not respond to NCRL's request for additional information. (Ex. G) |
| #74 | No contact made | Patron did not leave contact information | Happyhacker.com remained blocked as it was properly categorized as a "hacking site" and this content is blocked by NCRL's filtering profile. (Ex. H) |
| #77 | Email dated January 16, 2008. (Ex. I) | | The site electricraystanning.com was immediately unblocked in response to this patron's request. (Ex. I) |
| #82 | Letter dated January 26, 2008 (Ex. J) | | The site popupmoney.info remained blocked as it |

SUPPLEMENTAL DECLARATION OF
DAN HOWARD IN SUPPORT OF
NCRL'S MOTION FOR SUMMARY
JUDGMENT - 4
CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

|   |   |   |   | was properly categorized as "proxy avoidance" and this content is blocked by NCRL's filtering profile. (Ex. J) |
|---|---|---|---|---|
| #83 | No contact made | Patron's contact information was incorrect |   | NCRL was not able to confirm if "goole" was a site that was actually blocked, or that this was even the site the patron was requesting given the lack of information in the request. (Ex. K) |

6.  Of the 93 unblocking requests on Ex. FFF, 63 were for sites that were blocked and 29 were for sites that were not blocked or were blocked for undetermined problems not related to the filter. These items numbers include: 3, 5, 6, 8, 9, 10, 16, 17, 24, 25, 27, 30, 40, 46, 47, 49, 51, 52, 55, 56, 57, 65, 66, 67, 72, 81, 83, 84, 89.

7.  Notably, Plaintiffs also omitted the name of the site requested on Item #53 in Ex. FFF. The requested site was www.freeporn.com.

SUPPLEMENTAL DECLARATION OF
DAN HOWARD IN SUPPORT OF
NCRL'S MOTION FOR SUMMARY
JUDGMENT - 5
CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1   I declare under penalty of perjury under the laws of the United States of
2
3   America that the foregoing is true and correct.
4
5       Dated this 28th day of March, 2008 at Wenatchee            ,
6   Washington.

                            _Dan Howard_

SUPPLEMENTAL DECLARATION OF
DAN HOWARD IN SUPPORT OF
NCRL'S MOTION FOR SUMMARY
JUDGMENT - 6
CV-06-327-EFS
#657033 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
A *Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: /s/ Heather L. White
Heather L. White
hwhite@karrtuttle.com

SUPPLEMENTAL DECLARATION OF DAN HOWARD IN SUPPORT OF NCRL'S MOTION FOR SUMMARY JUDGMENT - 7
CV-06-327-EFS
#657033 v1 / 42703-001