THE HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant | No. CV-06-327-EFS<br><br>**PLAINTIFFS' MOTIONS IN LIMINE** |

Plaintiffs move that the court issue the following orders on three evidentiary issues in advance of trial:

1. NCRL may not present testimony from witnesses Connie Kuhlman, Sharon Reddick, Katy Sessions and Deborah Moore, because they were not timely identified. See Fed. R. Civ. P. 37(c)(1).

PLAINTIFFS' MOTIONS IN LIMINE -- 1

2. NCRL may not introduce hearsay statements from branch librarians. See FRE 803.

3. NCRL may not introduce hearsay statements from newspaper articles about events allegedly occurring in other libraries (proposed defense exhibits 706-715). See FRE 803.

This motion is supported by the accompanying memorandum and the Declaration of Duncan Manville.

DATED this 31st day of March, 2008.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Aaron H. Caplan
Aaron H. Caplan, WSBA #22525
American Civil Liberties Union of
Washington Foundation
705 Second Avenue, Third Floor
Seattle, WA 98103
Tel. (206) 624-2184
Fax (206) 624-2190
caplan@aclu-wa.org

Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com

PLAINTIFFS' MOTIONS IN LIMINE -- 2

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

| | |
|---|---|
| 1 | Catherine Crump, pro hac vice |
| 2 | American Civil Liberties Union Foundation |
| | 125 Broad Street, 18th Floor |
| 3 | New York, NY 10004 |
| | Tel. (212) 519-7806 |
| 4 | ccrump@aclu.org |
| 5 | |
| | Counsel for Plaintiffs |

PLAINTIFFS' MOTIONS IN LIMINE -- 3

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the persons listed below:

>Thomas D. Adams
>Celeste Mountain Monroe
>KARR TUTTLE CAMPBELL
>1201 Third Avenue, Suite 2900
>Seattle, WA  98101
>
>Attorneys for Defendant

DATED this 31st day of March, 2008.

>AMERICAN CIVIL LIBERTIES UNION
>OF WASHINGTON FOUNDATION
>
>
>By:    /s/ Aaron H. Caplan
>Aaron H. Caplan, WSBA #22525
>American Civil Liberties Union of Washington Foundation
>705 Second Avenue, Third Floor
>Seattle, WA  98103
>Tel. (206) 624-2184
>Fax (206) 624-2190
>caplan@aclu-wa.org

PLAINTIFFS' MOTIONS IN LIMINE

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington  98104-1799
(206) 624-2184