The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No. CV-06-327-EFS<br><br>**DECLARATION OF DUNCAN MANVILLE IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE** |

I, Duncan Manville, declare as follows:

1. I am one of the attorneys for Plaintiffs Sarah Bradburn, Pearl Cherrington, Charles Heinlen and the Second Amendment Foundation. I am over the age of 18 and competent to testify to the matters stated herein. I make this declaration on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excerpts from Defendants' Initial Disclosures, served on February 14, 2007.

DECLARATION OF DUNCAN MANVILLE IN SUPPORT OF
PLAINTIFFS' MOTIONS IN LIMINE – Page 1

3. Attached as Exhibit B is a true and correct copy of excerpts from Defendant's Responses to Plaintiffs' First Interrogatories and Requests for Production, served on June 18, 2007.

4. On several occasions after NCRL made its Initial Disclosures, defense counsel supplemented those disclosures, either via a letter, via e-mail, or in person at a deposition. These supplemental disclosures were provided to us on March 26, 2007; October 16, 2007; February 12, 2008 (via hand delivery and email); February 21, 2008; February 22, 2008, March 4, 2008; March 24, 2008; and March 26, 2008.

5. Attached as Exhibit C is a true and correct copy of the cover letter that accompanied NCRL's hand-delivered February 12, 2008 supplemental disclosures.

6. At no time did NCRL amend or supplement the statements in its Initial Disclosures regarding board members and branch librarians (namely, that these witnesses were not known to have information necessary to the defense of the case, and that NCRL would amend its disclosures if it determined that it would "need to consult" with them).

7. In fashioning Plaintiffs' discovery plan, Plaintiffs' counsel relied upon NCRL's Initial Disclosures and discovery responses to determine which fact witnesses should be deposed. Based on the information that NCRL provided to us, we chose to depose Dean Marney, Dan Howard and Barbara

Walters. We relied on the statements in the Initial Disclosures when deciding not to depose any NCRL board members or branch librarians.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2008 at Seattle, Washington.

By: /s/ Duncan Manville
Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com
Co-Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the persons listed below:

>Thomas D. Adams
>Celeste Mountain Monroe
>KARR TUTTLE CAMPBELL
>1201 Third Avenue, Suite 2900
>Seattle, WA 98101
>
>Attorneys for Defendant

DATED this 31st day of March, 2008.

>AMERICAN CIVIL LIBERTIES UNION
>OF WASHINGTON FOUNDATION
>
>By: /s/ Aaron H. Caplan
>Aaron H. Caplan, WSBA #22525
>American Civil Liberties Union of
>Washington Foundation
>705 Second Avenue, Third Floor
>Seattle, WA 98103
>Tel. (206) 624-2184
>Fax (206) 624-2190
>caplan@aclu-wa.org

# EXHIBIT A

Thomas D. Adams, WSBA #18470
tom.adams@bullivant.com
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Attorneys for Defendant North Central
Regional Library District

THE HONORABLE EDWARD F. SHEA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant. | No.: CV-06-327-EFS<br><br>**DEFENDANT NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S INITIAL DISCLOSURES** |

Defendant North Central Regional Library District ("NCRL") pursuant to the Federal Rules of Civil Procedure 26(a) state as follows:

A. <u>**Disclosure of Individuals Pursuant to FRCP 26(a)(1)(A)**</u>

1. **Dean Marney, Director of NCRL**
c/o Bullivant Houser Bailey, PC
1601 5th Ave, Suite 2300
Seattle, WA 98101
(206) 292-8930

Mr. Marney is the Director of the NCRL. The Board of Directors appointed Mr. Marney to his position in 1990. Mr. Marney played a central role in the development of

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

NCRL's Internet Usage Policy and in the selection of both the original Internet filter (Bess) and the new Internet filter (Fortinet). NCRL's Internet Usage policy is the subject of Plaintiffs' Complaint.

2. **Dan Howard, Director of Public Services**
c/o Bullivant Houser Bailey, PC
1601 5th Ave, Suite 2300
Seattle, WA 98101
(206) 292-8930

Mr. Howard is the Director of Public Services for the NCRL. He was hired by Mr. Marney in 2001. Mr. Howard is responsible for overseeing all of NCRL's 28 branch locations. Mr. Howard played a central role in the development of NCRL's Internet Usage Policy and in the selection of the new Internet filter (Fortinet). NCRL's Internet Usage policy is the subject of Plaintiffs' Complaint.

3. **Barbara Walters, Information Technology Manager**
c/o Bullivant Houser Bailey, PC
1601 5th Ave, Suite 2300
Seattle, WA 98101
(206) 292-8930

Ms. Walters is the Information Technology Manager for NCRL. She was hired by Mr. Marney in 1994. She has, however, only served as the IT Manager since 2002. Ms. Walters did not play a role in the development of the Internet Usage Policy or in the selection of the original filter (Bess). Ms. Walters was involved in the selection and implementation of NCRL's new filter (Fortinet). Ms. Walters understands how the filter integrates with NCRL's computer network.

4. **Chad Roseburg, Information Technology Technician**
c/o Bullivant Houser Bailey, PC
1601 5th Ave, Suite 2300
Seattle, WA 98101
(206) 292-8930

Mr. Roseburg is an Information Technology Technician for NCRL. He was hired by Mr. Marney in 1995. Mr. Roseburg assists Ms. Walters in maintaining NCRL's computer network. He did not play any role in development of NCRL's Internet Usage policy or the selection of the Internet filtering software.

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

5. **Sue DeWitz**
   NCRL Finance Manager
   c/o Bullivant Houser Bailey, PC
   1601 5th Ave, Suite 2300
   Seattle, WA 98101
   (206) 292-8930

Ms. DeWitz is the Finance Manager for NCRL. She was hired by Mr. Marney in 2004. Ms. DeWitz handles all of the finances for the municipal corporation. She is knowledgeable with respect to the federal funds, and other grants, that NCRL receives. She did not play a role in the development of NCRL's Internet Usage Policy or in the selection of any of the Internet filters. Ms. DeWitz also took minutes at monthly Board of Trustees meetings.

6. **NCRL Board of Directors**

At this time, it is not known whether any of members of the board will have information necessary for the defense of this case. If, as discovery progresses, NCRL believes that it will need to consult with any of these individuals, it will amend this disclosure.

7. **NCRL Branch Librarians**

At this time, it is not known whether any of NCRL's 31 branch librarians will have information necessary for the defense of this case. If, as discovery progresses, NCRL believes that it will need to consult with any of these individuals, it will amend this disclosure.

8. **Jan Walsh**
   Washington State Librarian
   Point Plaza East
   6880 Capitol Blvd
   Tumwater, WA
   PO BOX 42460
   Olympia, WA 98504-2460
   (360) 704-5200

Jan Walsh is the Washington State Librarian. Ms. Walsh, and representatives of her office, have communicated with NCRL regarding the district's eligibility to receive federal and state funding, as well about NCRL's compliance with the Children's Internet Protection Act.

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

9. **Scott Hamilton**
   Fortinet Systems, Engineer
   (503) 430-1987

Scott Hamilton is an engineer with Fortinet Systems. He can speak to how the current filter operates generally, as well as how it operates within NCRL's network.

10. **Dennis Fazio**
    N2H2 (Bess), Technical Services Director
    (651) 999-6201

Dennis Fazio is a Technical Services Director with N2H2, which is the company that now owns Bess. Mr. Fazio can talk about the Bess filter operates generally, as well as how it was operated at the time that NCRL was using the filter.

*NCRL reserves the right to amend this disclosure based on evidence developed in discovery.*

B. **Documents Disclosure pursuant to FRCP 26(a)(1)(B)**

Non-privileged documents among NCRL's files, bates marked as NCRL 00001-01561, have been produced to counsel, Duncan Manville. Attached as Exhibit A is a list and description of those documents. NCRL reserves the right to amend this disclosure based on evidence developed in discovery.

C. **Damages**

By this lawsuit, Plaintiffs' request declaratory relief. Plaintiffs' are also seeking attorneys' fees pursuant to 42 USC § 1988. In the event that Defendants' are able to establish that Plaintiffs' claims are groundless and/or frivolous, either by voluntary dismissal or by judgment on the merits, Defendants' will seek to recover prevailing party attorneys' fees under the same federal statute.

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

### D. Insurance Documents

Defendants' have produced all relevant insurance policies. They are bates marked NCRL 01513-01561.

DATED this 14th day of February, 2007.

BULLIVANT HOUSER BAILEY PC

By _____
Thomas D. Adams, WSBA #18470
Celeste Mountain Monroe, WSBA #35843

Attorneys for Defendant North Central Regional Library District

### CERTIFICATE OF SERVICE

The undersigned certifies that on Wednesday, February 14, 2007, I caused to be served **DEFENDANT NORTH CENTRAL REGIONAL LIBRARY DISTRICT'S INITIAL DISCLOSURES** to:

Duncan Manville            ☒ via hand delivery via ABC Legal Messengers.
Rafel Manville             ☐ via first class mail, postage prepaid.
999 3rd Ave., Ste. 1600    ☐ via facsimile.
Seattle, WA 98104

I declare under penalty of perjury under the laws of the state of Washington on Wednesday, February 14, 2007, at Seattle, Washington.

_____
Heather L. White

3520633.1

Defendant NCRL's Initial Disclosures
List of Documents Produced: "Exhibit A"
Bates No.: NCRL 0000

Branch Reports (March 2003- January 2007)
Annual Budgets (2000-2007)
Board Meeting Minutes (1999-2007)
Technology Reports (2000-present)
Automation Reports (Feb 2004-Dec 2006)
E-Rate Applications (2000-present)
Recent requests to unblock a website
Branch Photos
2004 Statistical Report on Library Filters
2005 Statistical Report of Library Filters
Resolution 04-04
FCC Consumer Fact Sheet
Internet Public Use Policy
Material Selection Review Form
Information on Fortiguard Web Filtering from website
Email from Barbara Walters to Dean Marney regarding how Fortinet works
Current Edit Protection Profile
North Central Regional Library Information
Cover of Mail Order Catalogue
Branch Library Map
Branch Library Hours
Branch Library Square Footage
Board By-Laws
Internet Resource Flyer
Summer 2006 Book Report
Winter 2006 Book Report
Correspondence with ACLU in response to records requests
Information on Other Public Libraries with Filter
2001 Agreement with N2H2 (Bess)
E-mails regarding technical problems with network/Bess
Quotes/Invoices for Fortinet Filter
Information on advantages of Fortinet product
Letter from Plaintiff Charles Heinlen to NRCL
NCRL's response to letter from Heinlen
Correspondence from Plaintiff Charles Heinlen to Washington State Librarian
Plaintiff's Complaint
NCRL's Insurance Policy with Chubb

# EXHIBIT B

```
 1  Thomas D. Adams, WSBA #18470
    tom.adams@bullivant.com
 2  Bullivant Houser Bailey PC                    THE HONORABLE EDWARD F. SHEA
    1601 Fifth Avenue, Suite 2300
 3  Seattle, Washington 98101-1618
    Telephone: 206.292.8930
 4  Facsimile: 206.386.5130

 5  Attorneys for Defendant North Central
    Regional Library District
 6

 7

 8                       IN THE UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF WASHINGTON
 9                                    AT SPOKANE

10

11  SARAH BRADBURN, PEARL
    CHERRINGTON, CHARLES HEINLEN,           No.: CV-06-327-EFS
12  and the SECOND AMENDMENT
    FOUNDATION,                             DEFENDANT'S RESPONSES TO
13                                          PLAINTIFFS' FIRST
                    Plaintiffs,             INTERROGATORIES AND REQUESTS
14                                          FOR PRODUCTION
        v.
15
    NORTH CENTRAL REGIONAL LIBRARY
16  DISTRICT,

17                  Defendant.

18
19  TO:      Sarah Bradburn, Pearl Cherrington, Charles Heinlen, and the Second
             Amendment Foundation, Plaintiffs
20
    AND TO:  Duncan Manville and Robert A. Hyde, Their Attorneys of Record
21
                          **GENERAL RESPONSE AND OBJECTION**
22
          In accordance with Civil Rules 26, 33 and 34, Defendant North Central Regional
23
    Library District responds to Plaintiffs' First Interrogatories and Requests for Production of
24
    Documents. Defendant objects, to the extent Plaintiffs' Interrogatories and Requests for
25
    Production of Documents seek information not discoverable under the Civil Rules or seek to
26
```

**RESPONSE:**

Information responsive to this request was provided in our Initial Disclosures. Individual Branch Librarians Managers are also identified on the NCRL website. To the extent that you wish you to contact these individuals, we ask that you do so through Tom Adams at Bullivant Houser Bailey, PC, 1601 5th Ave, Seattle, WA 98101.

If, despite the information already provided, Plaintiffs' counsel seeks the identities of any additional full/part time employees, we invite counsel to contact defense counsel to discuss the same.

**REQUEST FOR PRODUCTION NO. 10:**

Produce every other <u>document</u>, not produced in response to one of the foregoing requests for production, <u>relating to</u> any of the facts or allegations set forth in the <u>Complaint</u>, or to any of <u>your</u> denials, defenses, contentions or allegations in this litigation.

**RESPONSE:**

At this time, NRCL believes that it has complied with the Initial Disclosure Requirements set forth in the Federal Rules and that it has done its due diligence to produce documents responsive to Plaintiffs' First Interrogatories and Requests for Production. NCRL will continue to supplement its responses as discovery continues.

DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

Page 15

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

# EXHIBIT C

*Law Offices*

# KARR·TUTTLE ·CAMPBELL

*Founded 1904*

*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101
Telephone (206) 223-1313, Facsimile (206) 682-7100

Portland Office
Pioneer Tower, Suite 650, 888 S.W. Fifth Avenue, Portland, Oregon 97204
Telephone (503) 248-1330, Facsimile (503) 274-1214

Please reply to Seattle Office



**Heather L. White**
**(206) 224-8190**
**hwhite@karrtuttle.com**

February 12, 2008

<u>VIA FEDERAL EXPRESS</u>

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

    RE:   *Bradburn et. al. v. North Central Regional Library District*
           USDC Eastern 06-327 EFS
           Our File No. 42703.001

Dear Mr. Manville:

    Enclosed please find supplemental production to our initial disclosures.

                                      Sincerely,

                                      Heather L. White
                                      Secretary to Thomas D. Adams and
                                      Celeste Mountain Monroe

encls.