The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
**KARR TUTTLE CAMPBELL**
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>         Plaintiffs,<br><br>    v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>         Defendant. | NO. CV-06-327-EFS<br><br>DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S AMENDED OBJECTIONS TO PLAINTIFFS' WITNESS AND EXHIBIT LIST WITH ATTACHED EXHIBITS |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 1
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Defendant North Central Regional Library ("NCRL") resubmits its objections to the following witnesses and exhibits, attaching referenced exhibits hereto. NCRL also amends its objection to Exhibit 73 as set forth on page 10 herein.

## I. Objections to Plaintiffs' Witness List

NCRL has moved to strike Kenton Oliver, Sally Beesley and June Pinnell-Stevens from Plaintiffs' Witness List in its Motions in Limine for the reasons that follow:

**1.    Sally Beesley and Kenton Oliver should be excluded from trial as their testimony is irrelevant.**

Plaintiffs have identified Sally Beesley as a fact witness. Ms. Beesely is the Director of the Jefferson County Library District ("JCLD") in Madras, Oregon. Plaintiffs propose to call Ms. Beesley to testify "about her library's policies, procedures and experiences with regard to Internet filters." In addition, Plaintiffs propose to have Ms. Beesley testify regarding "alternatives to refusing to disable Internet filters at the request of adult library patrons; the JCLD's Internet policies and procedures; how the JCLD's Internet policies and procedures have been implemented; her experience working with Internet

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 2
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

policies, procedures and filters; and the consequences of providing unfiltered access at JCLD's computers."

Plaintiffs have also identified Kenton Oliver as a fact witness. Mr. Oliver is the Executive Director of the Stark County District Library ("SCDL") in Canton, Ohio. Plaintiffs intend to call Mr. Oliver to testify "about his library system's policies, procedures and experiences with regard to Internet filters." In addition, Mr. Oliver is expected to testify regarding "alternatives to refusing to disable Internet filters at the request of adult library patrons; the SCDL's Internet policies and procedures; how the SCDL's Internet policies and procedures have been implemented; his experience working with Internet policies, procedures and filters; and the consequences of allowing patrons of the SCDL to bypass the library's Internet filter."

Plaintiffs offer Ms. Beesley's and Mr. Oliver's testimony to show (1) some libraries do not use filters or will remove the filter at the request of an adult patron and (2) some of the same libraries do not report any problems with their Internet policies. With respect to the first point, the fact that some libraries do not use filters, or will remove the filter on the request of an adult patron, is

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 3
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

not disputed.  No testimony on this point is necessary.  Regarding the second point, the fact that other libraries may not have problems with unfiltered access is not germane.  The essential issue posed by this case is whether NCRL's policy of refusing to completely disable the Internet filter on an adult patron's request is constitutional under the Washington and Federal Constitutions.  How another library may choose to address issues associated with Internet use has no bearing on NCRL's approach.  This is particularly true, where as here, neither Ms. Beesley nor Mr. Oliver has any personal knowledge of NCRL's policies, its territories, its patrons, or its administration, and therefore, have no basis upon which to draw any parallels.  See Deposition of Sally Beesley, pp. 14-15; 49-50; Deposition of Kenton Oliver, pp. 36-38; 47-49.

At best, Mr. Oliver and Ms. Beelsey's testimony is unproductive and pointless.  At worst, their testimony serves to confuse the issue.  In either case, their testimony is precluded by ER 403.

Mr. Oliver has a longstanding affiliation with the American Library Association ("ALA").  In his deposition, Mr. Oliver testified that he is the Chair of the Intellectual Freedom Committee.  The Intellectual Freedom Committee

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 4

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

"deals with censorship...including access to information through the Internet...and to make sure (libraries) will not discriminate in their access." See Dep. of Kenton Oliver at p. 20. The Intellectual Freedom Committee is "opposed to Internet filters in any way that would impeded access for information to any library users" and this is, in fact, the ALA official position on the issue. Id. at pg. 21.

Mr. Oliver's only understanding of the facts of this case, is based on verbal updates from the Americans for Civil Liberties Union ("ACLU"), which has taken an active role in the prosecution of Plaintiffs' claims against NCRL. Id. at 51. Mr. Oliver's testimony may be nothing more than an effort to interject the official positions of the ALA and the ACLU into this litigation.

**2. June Pinnell-Stevens should be excluded from Plaintiff's witness list as her testimony is irrelevant and her opinion is biased.**

Plaintiffs identified June Pinnell-Stephens as an expert witness. Ms. Pinnell-Stevens served as the Collection Services Manager for the Fairbanks North Star Borough Public Library in Fairbanks, Alaska from 1988-2006. Plaintiff's retained Ms. Pinnell-Stevens to testify as an expert "about

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 5

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

issues such as the role of public libraries in our society, the distinction between collection development and censorship and alternatives to filtering."

Any discussion of alternatives to filtering is irrelevant to the constitutionality of the choices made by NCRL. Accordingly, Ms. Pinnell-Stevens should not be allowed to testify regarding alternatives, particularly those utilized by a distant library with which she has no particularly recent affiliation. Furthermore, it is clear that Ms. Pinnell-Stevens is incapable of offering a fair and balanced opinion of value to this Court. Ms. Pinnell-Stevens is actively involved in the ALA. She is currently on its executive board and has served in that role for two years. She also has served on various ALA committees, including: The Presidential Advisory Committee, The Intellectual Freedom Committee, and the Freedom to Read Committee. Ms. Pinnell-Stevens embraces ALA's opposition to Internet filtering and the organization's belief that the blocking of <u>any</u> constitutionally protected speech by an Internet filter constitutes censorship and is, therefore, unacceptable for a public library. See Pinnell-Stevens Deposition, pg. 43. Ms. Pinnell-Stevens' opinion on the traditional role of a library and her opinions on censorship are inexorably tied to

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 6
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

the mission of the American Library Association, and only serve to inflame and confuse the issues before the court.

Ms. Pinnell-Stevens is also an active member of the ACLU. She was awarded the Citizen Activist of the Year in 1998. Although she could not specifically recall the reason for the recognition, Ms. Pinnell-Stevens testified that it may have been for her work on Internet filtering. See Deposition of June Pinnell-Stevens, pg. 49. Yet Ms. Pinnell-Stevens has no personal knowledge of NCRL's policies, its territories, its patrons, or its administration. Consequently, she is unable to draw any comparisons between her experience and NCRL's approach to filtering. Id. at pp 16-25. For the reasons set forth above, Ms. Pinnell-Steven should be excluded from trial.

## II. Objections to Plaintiffs' Exhibit List

**1.    Plaintiffs' Trial Ex. 1 – Objection. Irrelevant.**

The sole question before the court is whether NCRL's policy of refusing to disable its Internet filter at an adult patron's request infringes upon the state or federal Constitutions. The question is not whether NCRL's policy violates the American Library Associations' Library Bill of Rights. The Library Bill of

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 7
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Rights is a document that lacks legal significance. NCRL is not bound by the terms of the document nor does it establish a legal standard. The document has no bearing on the issues before the Court.

Plaintiffs offer the Library Bill of Rights solely to infuse the policies and politics of the American Library Association into this litigation. It is not evidence and should not be admitted.

**2. Plaintiffs' Trial Ex. 2 – Objection. Irrelevant.**

Plaintiffs seek to admit NCRL's former Collection Development Guidelines and Procedures. NCRL's former guidelines were not in place at the time Plaintiffs' claims arose and thus has not relevance to any issue before the Court.

**3. Plaintiffs' Trial Exs. 17/18 – Objection. Irrelevant.**

Plaintiffs seek to admit the Jefferson County Rules of Conduct and Internet Policy. The Jefferson County Library is not a party. Its Rules of Conduct and Internet Policy have no bearing on the legality of NCRL's Internet filtering policy. The introduction of this evidence is misleading and confuses the issue before the court, in violation of ER 403.

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 8
CV-06-327-EFS
#665611 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**4. Plaintiffs' Trial Ex. 66 – Objection to Inclusion of Patron's Personal Information.**

NCRL objects to the introduction of Plaintiffs' Trial Ex. 66 to the extent it includes the names and personal information of NCRL patrons. RCW 42.56.310 exempts from disclosure any library record that discloses or could be used to disclose the identity of a library user. Accordingly, NCRL requests all library patrons personal information be redacted from Plaintiffs' Ex. 66, and any other trial exhibit to which this statute may apply.

Exhibit 66 is voluminous, therefore NCRL has submitted an example of proposed redactions of patrons' personal information.

**5. Plaintiffs' Trial Ex. 70 – Objection. Irrelevant.**

NCRL installed the Fortinet Filter in October 2006. The Fortinet filter replaced a different product, referred to as Smartfilter (BESS Edition). The Fortinet filter had been in place since Plaintiffs' filed the present lawsuit.

By way of Ex. 70, Plaintiffs' seek to introduce the internet content categories that were applicable under BESS, as well as the categories that NCRL was blocking at the time BESS was in place. As BESS is no longer the operative filter, and was replaced before Plaintiffs commenced this action, this

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 9
CV-06-327-EFS
#665611 v1 / 42703-001

1  exhibit is irrelevant to the issue before the court and has no bearing on the

2
3  legality of NCRL's Internet Filtering Policy. The exhibit should be excluded.

4  **6.    Plaintiffs' Trial Ex. 71/61 – Objection. Duplicative.**

5      Plaintiffs' Trial Ex. 71 is the same as Plaintiffs' Trial Ex. 61.   NCRL
6
7  recommends the use of Trial Ex. 71 as it contains all of the definitions in their

8  entirety.    In the previously filed version of NCRL's objections, NCRL
9
10  incorrectly identified Ex. 71 as Ex. 73.

11  **7.    Plaintiffs' Trial Ex. 76 – Objection.  Not evidence, but a
       demonstrative exhibit.**
12
13      Ex. 76 is a table, prepared by Plaintiffs' counsel, that summarizes

14  unblocking request received by NCRL between 10/1/07 and 2/20/08.  This chart
15
16  is not evidence.  Rather, this chart summarizes evidence contained in Plaintiffs'

17  Ex. 66.

18      Plaintiffs' Ex. 76 should not be admitted as evidence.  In the event the
19
20  Court chooses to allow it as a demonstrative exhibit, NCRL asks that it be

21  allowed to supplement the exhibit with information Plaintiffs' did not have, or
22
23  consider, in preparing it, including the information contained in the

24

25

26  DEFENDANT NORTH CENTRAL
27  REGIONAL LIBRARY'S AMENDED
    OBJECTIONS TO PLAINTIFFS'
28  WITNESS AND EXHIBIT LIST WITH
    ATTACHED EXHIBITS - 10

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  Supplemental Declaration of Dan Howard, filed on March 28, 2008.  (Ct. Rec.

2  74).

3

4        DATED this 3rd day of April, 2008.

5                           KARR TUTTLE CAMPBELL

6

7                           By:*/s/ Celeste Mountain Monroe*

                         Celeste Mountain Monroe, WSBA #35843

8                           E-mail – cmonroe@karrtuttle.com

9                           Thomas D. Adams, WSBA #18470

                         E-mail – tadams@karrtuttle.com

10                           Attorneys for Defendant North Central

11                           Regional Library District

                         KARR TUTTLE CAMPBELL

12                           1201 Third Ave., Ste. 2900

13                           Seattle, WA  98101

14                           Telephone:  206.233.1313

                         Facsimile:  206.682.7100

15

16

17

18

19

20

21

22

23

24

25

26  DEFENDANT NORTH CENTRAL
27  REGIONAL LIBRARY'S AMENDED
   OBJECTIONS TO PLAINTIFFS'
28  WITNESS AND EXHIBIT LIST WITH
   ATTACHED EXHIBITS - 11
   CV-06-327-EFS
   #665611 v1 / 42703-001

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Catherine Crump
American Civil Liberties Union
Foundation
125 Broad Street, 17th Floor
New York, NY 10004

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
OBJECTIONS TO PLAINTIFFS'
WITNESS AND EXHIBIT LIST WITH
ATTACHED EXHIBITS - 12
CV-06-327-EFS
#665611 v1 / 42703-001

Plaintiffs'
Trial Exhibit
No. 1

ALA American Library Association

I love Libraries | Education & Careers | Awards & Scholarships | Our Association | Issues & Advocacy
Professional Tools | Events & Conferences | Products & Publications | News

giveALA    Join/Renew ALA ▸ Login

FAQ ▸ Home ▸ Contact Us

GO

Search

Home    Intellectual Freedom    Statements and Policies    Library Bill of Rights

**Intellectual Freedom**

▸ Basics
▸ First Amendment
▸ Statements and Policies
▸ Library Bill of Rights
  ▸ Interpretations
  ▸ Spanish Version
▸ Code of Ethics
▸ Freedom to Read Statement
▸ Freedom to View Statement
▸ Libraries: An American Value
▸ IF Resolutions
▸ Other Policies and Guidelines
▸ Core Values Statement
▸ Related Links
▸ Intellectual

# Library Bill of Rights

**The American Library Association affirms that all libraries are forums for information and ideas, and that the following basic policies should guide their services.**

I. Books and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.

II. Libraries should provide materials and information presenting all points of view on current and historical issues. Materials should not be proscribed or removed because of partisan or doctrinal disapproval.

III. Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment.

IV. Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas.

V. A person's right to use a library should not be denied or abridged because of origin, age, background, or views.

VI. Libraries which make exhibit spaces and meeting rooms available to the public they serve should make such facilities available on an equitable basis, regardless of the beliefs or affiliations of individuals or groups requesting their use.

EXHIBIT 216

**Freedom Toolkits**

**Challenge Support**

**Intellectual Freedom Issues**

**Banned Books Week**

**For Young People**

**IF Groups and Committees**

**Awards, Institutes, Programs, and Publications**

**About Us**

Printer-Friendly Version

Email this URL

Cite this Page

Adopted June 18, 1948, by the ALA Council; amended February 2, 1961; amended June 28, 1967; amended January 23, 1980; inclusion of "age" reaffirmed January 24, 1996.

A history of the Library Bill of Rights is found in the latest edition of the **Intellectual Freedom Manual**.

**Related Files**

**ALA Library Bill of Rights** (PDF File)

**Related Links**

**Adobe Acrobat Reader**

**AMERICAN LIBRARY ASSOCIATION**
50 E. Huron Chicago, IL 60611 Call Us Toll Free 1-800-545-2433

©2007 American Library Association. **Copyright Statement**
View our **Privacy Policy**. For questions or comments about the Web site, complete the **Feedback Form**.
**FAQ   Member and Customer Service   Events Calendar**

Plaintiffs'
Trial Exhibit
No. 2

# NORTH CENTRAL REGIONAL LIBRARY
## COLLECTION DEVELOPMENT GUIDELINES & PROCEDURES

Table of Contents

I.      LIBRARY MATERIALS SELECTION POLICY

II.     RESPONSIBILITY FOR SELECTION

  A. WHO IS INCLUDED

  B. WHAT ARE THE RESPONSIBILITIES

III.    SELECTION CRITERIA

  A. FACTORS INVOLVED

  B. MATERIALS NOT PURCHASED

IV.     SELECTION AIDS

  A. REVIEWING SOURCES

  B. REQUESTS FROM STAFF & PATRONS

  C. SALESMEN

  D. OTHER

V.      CHARACTERISTICS OF THE COLLECTION

  A. STATEMENT ON DEVELOPMENT

  B. SPECIAL EMPHASIS

    1. LITERACY MATERIALS

    2. NORTHWEST & LOCAL HISTORY

    3. SPANISH LANGUAGE

    4. LARGE PRINT

EXH. 4  DATE 10-17-07
WITNESS Dan Howard
CHARLENE BECK

C.      MAGAZINES/NEWSPAPERS

D.      EPHEMERAL MATERIAL

E.      MAIL ORDER LIBRARY

F.      AUDIO-VISUAL

G.      ELECTRONIC MEDIA

VI.      MAINTENANCE OF THE COLLECTION

A.      WITHDRAWALS

B.      REPLACING

C.      BINDING

VII.      GIFTS AND MEMORIALS

VIII.      CHALLENGED MATERIALS

A.      STATEMENT OF PROCEDURES

B.      REVIEW FORM

IX.      APPENDIX

A.      LIBRARY BILL OF RIGHTS

B.      FREEDOM TO READ STATEMENT

C.      FREE ACCESS TO LIBRARIES FOR MINORS

D.      WLA STATEMENT OF POLICY ON INTELLECTUAL FREEDOM

4/91

# NORTH CENTRAL REGIONAL LIBRARY
## LIBRARY MATERIALS SELECTION POLICY

This policy for the selection of books and all other library material for the use of the public has been developed as a guide for all those concerned with the selection process for the North Central Regional Library.

The Board of Trustees of the North Central Regional Library recognizes that within the regional service area are groups and individuals with widely separate and diverse interests, backgrounds, cultural heritages, social values and needs. The Board further recognizes that the library was created to serve all the people within the region regardless of age, sex, race, creed, national origin or political or social views. Therefore, the selection policy for library materials shall be as follows:

1.

Library material selection is and shall be vested in the Director of the North Central Regional Library and delegated to members of the staff who are qualified by reason of education and training. Any library material so selected shall be held to be selected by the Board.

2.

Selection of library material shall be. made on the basis of the interests, information, and enlightenment of the people of the service area. Factors to be considered shall include timeliness, effective expression, significance of subject, sincerity, responsibility of opinions, evaluations in professionally recognized critical guides, overall quality and public interest. No material shall be excluded because of the race, sex, nationality, or the political, religious or social views of the author.

3.

The Board of Trustees of the North Central Regional Library believes that censorship is a purely individual matter and declares that, while anyone is free to reject for himself material of which he does not approve, he cannot exercise censorship to restrict freedom of others to read or inquire.

4.

The Board of Trustees does not endorse every idea or presentation contained in the material it makes available to the public and believes that it would be in conflict with the public's interest to establish its own political, moral or aesthetic views as a standard for determining what material the library selects.

5.

The Board of Trustees defends the freedom to read and declares that whenever censorship is involved library materials shall not be removed from the library save under the order of a court of competent jurisdiction nor will library material be sequestered except for the express purpose of protection from damage or theft.

6.

The Board of Trustees of the North Central Regional Library declares that it will support and adhere to:

a.     The Library Bill of Rights, ALA Council, 1980

b.     The Freedom to Read Statement, 1972

c.     Free Access to Libraries for Minors, ALA's interpretation of the Library Bill of Rights, 1981

d.     The Washington Library Association Statement of Policy on Intellectual Freedom in Libraries, 1959

This selection policy is to be periodically reviewed and revised by the Library Director at the direction of the Library Board.

(Rev. 1978, 1985)

## II. RESPONSIBILITY FOR SELECTION

The Director is responsible to the Regional Library Board for the collection development of the North Central Regional Library.

Authority for decisions on selection and maintenance of materials is delegated by the Director to the Materials Selection Committee. This committee is made up of all the certified professional librarians on the staff of North Central Regional Library.

All print and non-print formats are selected by members of the Materials Selection Committee. Each professional is assigned areas of the collection for which they are responsible. They are to make recommendations on new purchases as well as replacements.

## III. SELECTION CRITERIA

Selection of library materials should meet the recreational and informational needs and interests of the residents of the North Central Regional Library service area. Factors to be considered are:

> Timeliness
> Significance of the Subject
> Demand - actual and anticipated
> Variety of opinions on a subject
> Evaluations in professionally recognized critical guides
> Overall quality - artistic and literary
> Local business, cultural, recreational and civic activities

Failure to purchase any material does not necessarily indicate disapproval of its contents. As a result of budgetary limitations, the Materials Selection Committee may decide that the item under consideration does not fill a current need in light of the already existing collection.

Among the materials the library does not purchase are school textbooks, unless they provide the best materials available on a given subject.

NCRL recognizes the purposes and resources of other libraries in the area, particularly the Heminger Health Sciences Library at Central Washington Hospital, Wenatchee Valley College Library, Big Bend Community College Library, the county law libraries, and the public school libraries and will not needlessly duplicate functions and materials.

## IV.   SELECTION AIDS

The primary selection of books for the North Central Regional Library is made from review sources.  These are as follows:

> Booklist
> Library Journal
> New York Times Book Review
> Publishers Weekly
> School Library Journal
> Horn Book

Supplementary reviewing sources include newspapers and journals in specific subject areas.

Reviews of materials are marked by the Materials Selection Committee in the review sources.  The number of copies purchased is determined by the needs of the regional system and the status of the library materials fund at that time.

The library encourages public suggestion of items and subjects to be considered for inclusion in the library collection.  Requests from staff and patrons are purchased for the collection if they meet the selection criteria and the status of the library materials fund is such that it is possible to do so.

Some reference materials, Northwest books, large print, and special series are on standing order.  Standing orders are periodically reviewed by the appropriate member of the Materials Selection Committee.

Direct mail flyers and publisher's catalogs are used as purchasing resources when necessary in order to provide for a balanced collection and to purchase small press and unique titles.

Direct purchases from salespeople in person are minimal and must be approved by the Director.  They should be from a recognized publisher, warehouse, or bookstore and materials will meet the selection criteria.  Since it is difficult to catch duplication of already purchased titles it is required that such orders be checked through the on-order files and WLN terminal before final approval of the order is made.

The library does not make purchases or accept preview materials through phone solicitation.

## V.    CHARACTERISTICS OF THE COLLECTION

The NCRL collection is essentially a popular one.  It exists to serve the educational, recreational, and self-help needs of our patrons.  It is understood that we do not have a research collection, but we will try to select basic, representative works in most subject areas.  Our non-fiction collection will emphasize current topical interests, as well as consumer, self-help, and do-it-yourself materials.  We will try to select basic materials from which patrons can learn, develop skills, and/or broaden their perspectives.  Our fiction selection will emphasize the popular while continuing to build our collection of classic or standard titles.

NCRL will not attempt to furnish materials needed for formal courses or study offered by elementary and secondary schools or by institutes of higher learning.  However, literacy materials in various formats will be purchased in order to supplement and enrich available resources, and to serve as aids for volunteer tutors and their students.

NCRL recognizes the interest in local, county, and state history.  An attempt will be made to acquire a broad selection of works by and about Washington State and the Pacific Northwest.  This includes local authors and personalities of local interest.

A small collection of basic genealogical research books is available.  Census microfilm is not carried, but can be borrowed for interested patrons.  For detailed research, patrons are referred to the local genealogical society in the area and an attempt is made to interlibrary loan the necessary materials.

Recreational and informational materials in the Spanish language are purchased in response to the service area's Hispanic population.  Materials are also provided to assist in learning English in order that non-English readers may eventually enjoy the full resources of the library.

In recognizing the needs of the visually impaired, an extensive large print collection is maintained.  This collection is selected to be a popular one focusing on recreational reading in large type as well as some classics and non-fiction.  In some branches large type magazines are available.

Due to the unique nature of each area branch library in the NCRL, magazines and newspapers will be selected in consultation with the Community Librarian.  Preference will be given to magazines indexed in standard sources and serving a reference need.  Back issues are kept only as space is available, in most cases no more than two years.  The Headquarters and Moses Lake Branches maintain a collection of magazines on microfilm for back issue requests.  Local newspapers will be available in each branch library.  Back issues of the Wenatchee World newspaper are available on microfilm at the Headquarters

Branch. As they become available, every effort is made to procure microfilm of the other newspapers in the NCRL service area. This film is stored in the appropriate branch library, whenever possible.

Vertical files are maintained in many of the branch libraries as well as the Headquarters Branch. Pamphlets, small paperbacks, and other ephemeral material selected for those files are to be used as backup materials to the cataloged collection. The files contain current topics of high interest or hard to find subject areas.

A small but growing audio/visual collection is maintained by NCRL. Books on audio cassette tape and videos are available through the Mail Order Library. Audio cassettes of popular children's books are also available in many of the branch libraries. NCRL is not purchasing records, CD's, filmstrips and 16mm films at this time.

The Library also maintains a collection of electronic media. This consists of a collection of public domain software available on loan for home microcomputers and commercial software available for use on public access computers located at several branches.


VI.    <u>MAINTENANCE OF THE COLLECTION</u>

In order to assure the usefulness of the North Central Regional Library collection, materials must be regularly withdrawn. The criteria for withdrawal are:

> Out-of-date information
> Badly worn or damaged physical condition
> Insufficient use - this could be multiple copies of a once popular book
> Lack of physical space
> Materials deemed illegal by a court of competent jurisdiction

Materials which are withdrawn from the NCRL collection, but are in good physical condition may be transferred into storage for book sales held by the various branch library friends' groups. Materials in poor physical condition will be destroyed.

Materials with useful and valid content which are in poor physical condition will be replaced, if possible, as a regular part of the collection maintenance. If not available for replacement such material may be sent to the bindery.

VII.  GIFTS AND MEMORIALS

Gifts of books, magazines, pamphlets or audio-visual materials from individuals or groups are encouraged with the understanding that library material selection standards are to be met.  Since the Library District incurs legal responsibility relating to the circulation of library material and is responsible for the quality of the collection, it reserves the right to accept or reject all gift materials and the assign them where they are needed.  Such materials become the property of NCRL.

New gift, memorial, Northwest historical materials and magazine subscriptions may be donated to a specific branch library in accordance with the library material selection standards and prior approval of the Materials Selection Committee.  These materials will be cataloged and processed by the library and returned to the individual branch.  Such materials will be made available for interbranch and interlibrary loan and returned to the branch library to which they were donated after each use.  Rare or irreplaceable local history materials may be restricted to "in library use only".  Such materials become the property of the municipality in which the individual library is located.


VIII.  CHALLENGED MATERIALS

The Library respects the right of library users to question material selection decisions and gives consideration to user complaints and concerns.

Guidelines for handling these complaints and concerns are outlined in the Library's Materials Selection Review Procedures document.  A standard Materials Selection Review Form is also used in the process.  Copies of the document and form follow.

# NORTH CENTRAL REGIONAL LIBRARY
## MATERIAL SELECTION REVIEW PROCEDURES

### 1.

The Library respects the right of library users to question material selection decisions and will give consideration to user complaints and concerns.

### 2.

The Community Librarian or Supervisor on duty is to explain and, if appropriate, provide the patron objecting to specific material in the collection with a copy of the Library's Material Selection Policy.

### 3.

The patron who wishes to formally request review of specific material is to be informed of the Library's Material Selection Review Form and the process by which such requests are considered.

### 4.

The completed Material Selection Review Form is to be forwarded to the Director. The Director may request the supervisor involved or the co-ordinator of children's material selection or the co-ordinator of adult material selection to contact the patron to provide or request additional information as needed.

### 5.

The Director will refer the completed form to the Material Selection Committee and in so doing will inform the patron. Copies of the Material Selection Policy and Material Selection Review Procedures will be provided to the patron at this time if not previously distributed.

Plaintiffs'
Trial Exhibit
No. 17

# Jefferson County Library District
## RULES OF CONDUCT
*Passed by the Jefferson County Library District Board of Directors on April 2, 2002.*

Library users shall obey the laws and ordinances of the United States, the State of Oregon, and the City of Madras. Malicious destruction or vandalism of library property and/or grounds shall be prosecuted. Persons not engaged in normal library activities may be asked to leave the building. Loitering shall not be allowed. The following are guidelines for library use.

Library users shall:

1. Respect the Rights of Others by
   a. Refraining from
      i. Willfully disturbing other library users i.e. creating any unreasonable noise, including loud talking,, singing, running, boisterous activity and the playing of audio equipment of any type, which disturbs other patrons or staff.
      ii. Physical and verbal abuse, obscene conduct, displaying obscene materials and solicitations for illegal activities.
      iii. Presenting offensive and pervasive odor or odors, which constitute a nuisance to the other patrons or staff.
      iv. Soliciting or begging for money or other physical items or selling any items.
      v. Personally monopolizing library space, seating, tables or equipment to the exclusion of other patrons or staff.
      vi. Obstructing the aisles and walkways or monopolizing any library space with large packages or personal effects.
      vii. Engaging in any act, which clearly disrupts or prevents the normal and intended use of the public library by any other patrons or staff.
   b. Respecting quiet areas posted in the library.
   c. Supervising children under six who are in their care and who do not assume responsibility for the Rules of Conduct.
   d. Cooperating with library staff who interpret and apply the rules.
   e. Using cell phones only in lobby of building
2. Respect Library Materials by
   a. Keeping materials clean, dry and free of damage i.e. cutting, tearing, defacing, breaking or injuring any Library book, materials or property.
   b. Using audio-visual materials only on equipment in good operating condition.
   c. Returning all borrowed materials or renewing them by the due date.
   d. Paying fines and fees for late and damaged materials.
3. Respect Library Facilities, Furnishings and Grounds by
   a. Helping to keep public areas clean and orderly, putting magazines and newspapers back where they belong.
   b. Using furnishings and equipment according to the intended design of each.
   c. Observing the "No Smoking, Eating and Drinking" rules in all public areas. Food and beverages may be permitted in the meeting rooms.
   d. Keeping pets outside the building in appropriate areas.



Beesley 1-18-08
EXHIBIT
63

e.  Parking bicycles in the bicycle racks not in the lobby or by front doors
f.  Wearing shirts and shoes inside the building.
g.  Refraining from using skate boards, skating equipment, personal vehicles or similar items on library grounds.
h.  Respecting five-minute limit on public phone.
i.  Refraining from defacing, marking, or damaging library facilities, furnishings or grounds.

PERSONS WHO COMMIT PROHIBITED ACTS MAY BE EXCLUDED FROM THE LBIRARY OR SUBJECT TO ARREST AND PROSECUTION.

Plaintiffs'
Trial Exhibit
No. 18

## Computer / Internet Policy

*Approved by the Jefferson County Library District Board*

The Jefferson County Library's mission is to provide educational, recreational and vocational material to respond to the needs of the citizens of Jefferson County. We are pleased to provide computer and Internet access to the public. The library does not monitor the computers and has no control over information accessed through the Internet. Valuable information is available through the Internet, but not all sites are accurate, complete, current or free. Many sites may carry information some consider is inappropriate. As with other library materials, restriction of a child's access to the Internet is the responsibility of the parent or guardian.

1. To use the computers, users must sign in at the front desk for an assigned computer. Do not change computers. To use the Internet, users under 14 must have a signed parental permission slip on file at the front desk.

2. Each user is limited to ONE hour per day of computer time. Patrons can sign up for a maximum of 2 one-hour slots per week, unless special arrangements are made. User time is calculated for any and all users at a station.

3. Reservations for the computers can be made up to one day in advance. Reservations will be held for 10 minutes after the appointment. If user is unable to keep his appointment, call and cancel or the time will be counted as used.

4. No more than 2 people at a computer station at a time.

5. Foul language will not be tolerated.

6. Staff members are sometimes available for minimal instruction.

7. Notify the front desk if technical difficulties are encountered.

8. CHARGES: Printing—The first 10 pages are free per appointment. After that the charge is 10 cents per copy. Reformatted 3.5-inch floppy disk—50¢. These items must be paid for before leaving the building.

9. The library requires responsible and ethical use of the computers including:

   - No sending, receiving or displaying text or graphics, which may reasonably be construed as obscene.
   - Make only authorized copies of copyrighted or licensed software or data.
   - Do not use resources for unauthorized, illegal or unethical purposes.
   - Respect the privacy of others by not misrepresenting yourself as another user.
   - Do not attempt to modify (or gain access to) files, passwords, or data belonging to others, or any other computer system.
   - Use equipment without damaging or altering software or hardware components of any network or database. Patrons will be held financially responsible for damages incurred.

10. Library computer use has priority over patron use.

11. An adult must accompany children under 8.

**Anyone who violates the computer/Internet policy can be asked to leave and/or forfeit library privileges. The Library will decide duration of the disciplinary action.**

---

| I have read, understand, and agree to the Jefferson County Library District's Internet Policy. |
|---|
| _____ |
| Signature                          Date |
| My child _____ |
| Has permission to use the Internet. |
| YES                NO |

◀ Users under 14 must have a signed permission slip in order to access the computer.

Beesley 1-18-08
EXHIBIT
62

Plaintiffs'
Trial Exhibit
No. 66

## Dan Howard

**From:** Dan Howard [dhoward@ncrl.org]
**Sent:** Thursday, March 20, 2008 4:37 PM
**To:**
**Subject:** RE: Filtering Request

Dear

Your message was passed along to me. We checked www.onlinebottycall.com and found that it is not blocked by our Internet filter. You should have no problem accessing it on library Internet computers. If you continue to experience problems or want to discuss this in more detail, please do not hesitate to contact me.

Best Regards,

Dan Howard
Director of Public Services
North Central Regional Library
16 North Columbia Street
Wenatchee, WA 98801
(509) 663-1117 Extension 122

**From:** NCRL Support [mailto:support@ncrl.org]
**Sent:** Thursday, March 20, 2008 5:40 AM
**To:** Dan Howard
**Subject:** Fwd: Filtering Request

**From:**
**Date:** March 19, 2008 11:13:00 PM PDT
**To:** support@ncrl.org
**Subject: Filtering Request**

Here is a filtering request somebody made...

------------------------------------
Time and Date of Submission: 22:12:59 19 March 2008 GMT-8 Pacific Time

Unique Reference Number: 20080319-0174-4435

Web Site: www.onlinebottycall.com

Name: y
Address
Phone:
Email:

Comment:

The form submitted on http://www.ncrl.org/filter.html
IP address is 66.45.205.150
------------------------------------

**NCRL 02491**

3/20/2008

Plaintiffs'
Trial Exhibit
No. 70



Search Bess

GO

» **Bess® Products**
> How Filtering Works
> Choose Your Device
> Available Features
> Sample Screenshots
> How To Add Filtering
> The #1-Rated Database
> N2H2's Filtering Categories
> Customer Success Stories
> White Papers & Reviews

» **For Schools**
» **For Libraries**

√ = blocked

*available* —

# Filtering Categories

**The N2H2 Human Review Advantage**
N2H2 employs a full-time staff to compile its extensive categorized database of Web content. While others rely solely on technology to detect and harvest Web content, N2H2's proprietary process uses a unique combination of technology and human review. This process reduces frustrations associated with "keyword blocking" methods including denied access to sites regarding breast cancer, sex education, religion, and health. Effective human review - like the processes employed by N2H2 - is the only way to ensure accurate categorization of Web content.

The links below are examples of the potentially objectionable content that is filtered by our technology. Certain users may find the material on those pages offensive.

N2H2 does not endorse these web sites and assumes no responsibility for their content, or the effect that their content may have on viewers of the site.

The links below have been disabled for the benefit of our younger visitors.

√ **Adults Only**
Sites that the author or publisher labels as being strictly for adults. Such labels include "Adults Only," "You must be 18 to visit this site," "Registration is allowed only for people 18 or older," and "You must be of legal drinking age to visit this site."

*Examples:*
http://www.riddler.com/
http://community.parachat.com/adult.html
http://www.match.com/

**Advertisements**
Web sites and web servers devoted to serving advertisements online.

*Examples:*    *available –* ~~to~~
http://doubleclick.net/                    ~~Personal~~
http://www.247realmedia.com/

√ **Alcohol**
Sites that advocate or promote the recreational use of alcoholic beverages. This category includes, but is not limited to, sites that contain information about drink mixes, home-brew recipes, and drinking games.

*Examples:*
http://www.realbeer.com/
http://www.pbm.com/~lindahl/cariadoc/drinks.html

**Auction**
Sites that offer access to online auctions. Online auctions are rarely monitored, and can contain rapidly changing content that may expose users to material that would otherwise be filtered under categories such as Pornography, Weapons, Lingerie, or Violence.

*Examples:*
http://www.ebay.com/
http://auctions.yahoo.com/
http://auctions.amazon.com/

*These are allowed but you can't place bids (personal info)*

√ **Chat**
Sites that offer access to online chat rooms, or allow users to download chat software that enables the online posting and receiving of real-time messages.

*Examples:*

LEARN MORE

> Adults Only
> Advertisements
> Alcohol
> Auction
> Chat
> Drugs
> Electronic Commerce
> Employment Search
> Free Mail
> Gambling
> Games
> Hate/Discrimination
> Illegal
> Jokes
> Lingerie
> Message/Bulletin Boards
> Murder/Suicide
> News
> Nudity
> P2P/Loopholes
> Personal Information
> Personals
> Pornography
> Profanity
> Recreation/Entertainment
> School Cheating Information
> Search Engines
> Search Terms
> Sex
> Sports
> Stocks
> Swimsuits
> Tasteless/Gross
> Tobacco
> Violence
> Visual Search Engine
> Weapons
> Web Page Hosting/Free Pages
> Education (exception)
> For Kids (exception)
> History (exception)
> Medical (exception)
> Moderated (exception)
> Text/Spoken Only (exception)

> URL Checker
> Filtering Effectiveness Calculator
> Productivity Calculator
> Sentian Overview (Flash)

NCRL 01236

http://www.talkcity.com/
http://www.icq.com/community/chat.html
http://www.easy-chat.com/

## Drugs

Sites that promote or advocate recreational drug use. This category is not limited to controlled substances. Sites that promote or advocate recreational use of prescription Drugs are also included. The Drugs category includes sites that contain information about topics such as growing, buying, or selling marijuana, glass pipes, or bongs; mixing a legal substance with alcohol, running methamphetamine labs, or inhaling various forms of fumes.

*Examples:*
http://www.hightimes.com/
http://ecstasy.org/

## Electronic Commerce

Sites that allow users to make online purchases. Many e-commerce sites pose a risk to users by offering direct access to items that would normally be filtered under other categories such as Weapons, Profanity, Lingerie, or Pornography.

*available*

*yes you can place orders*

*Examples:*
http://www.amazon.com/
http://www.cdnow.com/

*available again your cart data*

^ back to top

*(personal)*

*available*

## Employment Search

Sites that provide direct access to employment resources, such as job listings.

*Examples:*
http://www.monsterboard.com/
http://www.hotjobs.com/

## Free Mail/Web Mail

Sites that offer Web-based e-mail accounts. Web Mail sites can expose users to harmful content delivered via e-mail file attachments.

*Examples:*
http://www.hotmail.com/
http://www.netaddress.com/
http://mail.yahoo.com/

*available*

## Gambling

Sites that provide online gambling, casino games, and information relevant to gambling such as gambling links, tips, sports picks, etc.

*Examples:*
http://www.intercasino.com/
http://www.luckyrollcasino.com/index2.html
http://www.casinolee.com/

## Games

Sites that offer online games and related information such as cheats, codes, demos, and emulators. The Games category also includes contests or role-playing games that can be played online.

*Examples:*
http://www.gamesdomain.com/
http://www.excite.com/games/
http://www.zone.com/

*available*

## Hate/Discrimination

Sites that specifically target a group of people based on race, gender, sexual orientation, religion, or ethnicity in a hateful, derogatory manner. The language of these sites often includes racial slurs and is insulting, abusive, and sometimes violent.

*Examples:*
http://www.stormfront.org/
http://www.godhatesfags.com/
http://www.whitepride.com/

## Illegal

Sites that promote illegal activities, or offer instructions or advice that can be used to commit illegal activities. Such activities include making or distributing child pornography, making bombs, hacking (breaching computer security), phreaking (breaching phone security or phone service theft), lock picking, selling pirated material (such as music,

NCRL 01237

videos, software, or fake IDs), and counterfeiting.

*Examples:*
http://darron.net/family/think/stealthisbook.html#2.08.5
http://come.to/anarchy/
http://www.erowid.org/plants/cannabis/cannabis_cultivation1.shtml

^ back to top

### Jokes
Sites that post jokes, humorous stories, or other forms of humor.

*Examples:*
http://www.netfunny.com/
http://www.mit.edu/~jcb/jokes/
http://dobhran.com/humor/GRhumor274.htm

**Blocked** *(handwritten)* **(unable to filter out porn jokes)** *(handwritten)*

### Lingerie
Sites that provide photos of models wearing lingerie, underwear, or otherwise scant attire.

*Examples:*
http://www.threewisheslingerie.com/
http://www.victoriassecret.com/

**available** *(handwritten)*

### Message/Bulletin Boards
Sites that permit messages to be posted and read immediately or daily message posts.

*Examples:*
http://www.oregonlive.com/forums/
http://www.waynesvillecycle.com/wwwboard/faq.html

### Murder/Suicide
Sites that offer information about committing murder or suicide, or that contain photos of crime scenes or autopsies. Sites containing galleries of "death pics" are included in this category.

*Examples:*
http://www.tornadohills.com/dahmer/
http://crimelibrary.com/
http://www.celebritymorgue.com/

### News
Sites that contain material reported in a newspaper, periodical, or a newscast, whether it is current or archived.

*Examples:*
http://www.cnn.com/
http://www.seattletimes.com/

**available** *(handwritten)*

^ back to top

### Nudity
Sites that contain photos or images of bare or visible genitalia, public hair, buttocks, or female breasts. This category includes only sites that contain non-pornographic nudity (that is, nudity that is not intended to be sexually arousing or erotic).

*Examples:*
http://carolinafoothills.com/
http://www.bodyscapes.com/

### P2P/Loopholes
Sites that offer a loophole that can be exploited to access pages which would otherwise be filtered out from your service. This includes proxy evasion directions, Peer to Peer software, anonymizing services, and some Web translators. etc. Unless this category is selected, the system's Internet Content Filtering protection can be compromised.

*Examples:*
www.imesh.com
www.grokster.com
http://www.kaza.com
www.loopholesoftware.com/
www.zeropaid.com/

### Personal Information
Sites that gather personal information (such as name, address, credit card number, school, or personal schedules) that may be used for malicious intent.

*Examples:*

**available w/ few restrictions (ebay)** *(handwritten)*

NCRL 01238

http://www.angelfire.com/biz2/santacall/
http://www.geocities.com/Area51/Corridor/9956/wam.html
http://www.billyworld.com/blackbook/blackbook.html

**Personals**
Sites that contain personal advertisements, including information about
mail-order brides, dating services, escort services, or pen pals.

*Examples:*
http://personals.yahoo.com/
http://www.match.com/

**Pornography**
Sites that contain material that are intended to be sexually arousing or
erotic. This includes photos, animation, cartoons, and stories. This also
includes child pornography.

*Examples:*
http://www.clublove.com/
http://www.porno.com/

**Profanity**
Sites that contain crude, vulgar, or obscene language or gestures.
Words used in a context that the Merriam-Webster Dictionary defines
as "considered vulgar" or "considered obscene". Sites that include
excessive use of letter substitution, such as "f@ck, sh*t, @ss, P*Ss"
are still considered to fit into the Profanity category.

*Examples:*
http://www.krug.org/unit/scripts/dogs.html
http://www.theonion.com/archive/archive_kornfeld.html

**Recreation/Entertainment**
Sites that contain information about various recreation and
entertainment pursuits such as motion pictures, television shows
(excluding News and Sports), theatre productions and music.

*Examples:*
http://www.thestranger.com/current/calendar_toc.html
http://www.moviefone.com/
http://www.cbs.com

*available*

^ back to top

**School Cheating Information**
Sites that promote plagiarism or cheating by providing term papers,
written essays, or exam answers.

*Examples:*
http://www.schoolsucks.com/
http://www.essayxstacy.com/

**Search Engines**
Sites that offer unfiltered, unrestricted, unverified, search engines.

*Examples:*
http://www.altavista.com/
http://www.lycos.com/
http://www.yahoo.com/

*available*

**Search Terms**
This category restricts access to search result pages based on key
words that are known to return offensive results, but does not block
access to search engines.

*Examples:*
Examples of these key words are very offensive, so are not included
here.

**Sex**
Sites that contain descriptions or depictions of sexual acts, specifically
those without the intent to arouse (sites which contain material
intended to arouse fall under the Pornography category). Sexual
merchandise and fetish sites fall under the Sex category.

*Examples:*
http://www.handbooktogreatsex.com/
http://members.aol.com/Sebringsil/
http://www.joaniblank.com/sexuality.htm

*available*

**Sports**
Sites that include updated information about professional and collegiate
sports, such as game scores, player status, trades, and commentary.

NCRL 01239

*Examples:*
http://espn.go.com/
http://www.nhl.com/

**Stocks**
Sites that include information about stock trading, stock quotes, or the stock market.

*Examples:*
http://dynamic.international.nasdaq.com/
http://www.rightstock.com/

*available*

^ back to top

**Swimsuits**

*available*

Sites that contain photos of models in swimwear, especially fashion swimwear photos.

*Examples:*
http://www.swimslim.com/
http://www.kiana.com/

**Tasteless/Gross**
Sites that include content such as tasteless humor, excretory functions (vomiting, urinating, or defecating), graphic medical or accident scene photos (containing blood or wounds), and some extreme forms of body modification (cutting, branding, or genital piercing).

*Examples:*
http://www.joecartoon.com/
http://www.doodie.com
http://path.upmc.edu/cases/case80.html

**Tobacco**
Sites that advocate or promote the recreational use of tobacco.

*against smoking sites are available*

*Examples:*
http://www.smokers.com/
http://www.finckcigarcompany.com/

**Violence**
Sites that contain graphic images or written descriptions of reckless violence or grave injury (for example, mutilation, maiming, or dismemberment). The Violence category includes graphically violent games.

*Examples:*
http://www.fangoria.com
http://www.carpenoctem.tv/killers/

**Visual Search Engine**
Sites that provide photo and video specific Internet search capabilities.

*Examples:*
http://images.google.com/
http://www.altavista.com/image/default/

**Weapons**
Sites that contain information about buying, making, modifying, or using weapons such as guns, knives, swords, or ammunitions.

*Examples:*
http://www.zmweapons.com/
http://www.cfiarms.com/

**Web Page Hosting / Free Pages**
Sites that provide Web page hosting for their users such as homepages that share a common domain. These sites include those provided by ISPs, University/education servers, free Web page hosts, etc. Although many of these Web page providers post rules and regulations for content, they do not always adequately monitor this content. Users often abuse Web page services by posting offensive content under multiple pseudonyms. Because this category contains hundreds of millions of pages, it is not practical to assign more granular categorization to individual pages. However, any page can be added to your local block and allow list, enabling access to specific content even if the category has been selected to be blocked.

*Examples:*
http://geocities.yahoo.com/
http://angelfire.lycos.com/

NCRL 01240

## Exceptions

### Education

The "Education" exception allows access to sites that contain material that may belong to another category, such as Sex, Nudity, or Violence, but that relates to an educational topic such as classic literature, history, art, or sex education.

*Examples:*
http://raven.cc.ukans.edu/~kansite/ww_one/photos/death.htm
http://www.plannedparenthood.org/

### For Kids

The "For Kids" exception allows sites designed specifically for kids that contain material that may be filtered under another category, such as Games or Jokes.

*Examples:*
http://disney.go.com/
http://www.alfy.com/

### History

The "History" exception allows access to sites that contain material that may be in another category, such as Sex or Violence, but that is non-fictional and historically significant.

*Examples:*
http://www.washingtonpost.com/wp-srv/politics/special/clinton/stories/whreport.htm
http://shamash.org/holocaust/
http://www.spectacle.org/695/ausch.html

### Medical

The "Medical" exception allows access to sites that contain material that may belong to another category, such as Nudity or Tasteless/Gross, but that relates to the study or practice of medicine.

*Examples:*
http://www.dryoho.com/
http://fbhc.org/modules/breastcancer.cfm

### Moderated

The "Moderated" exception allows access to moderated message/bulletin boards or chat sites. The author or publisher of these sites must state that efforts are made to prevent offensive material from being posted.

*Examples:*
http://pub40.ezboard.com/fteencentralsmessageboardjusttosayhi/
http://www.neopets.com/neochat.phtml

### Text/Spoken Only

The "Text/Spoken Only" exception allows sites that contain material that may belong to another category, such as Pornography, but that is strictly in text or spoken word format. For example, the Text/Spoken Only category distinguishes written erotica from graphic pornography sites.

*Examples:*
http://at.nifty.org/nifty/
http://www.thestarrreport.org/ken_starr/index.html
http://www.amazontrails.com/xena/theconquerorstouch.htm

N2H2 suggested categories for basic Children's Internet Protection Act compliance. Sex category optional for workstations used only by adults. For more information on CIPA, please visit www.filteringinfo.org

COPYRIGHT © 2003 SECURE COMPUTING CORPORATION
ALL RIGHTS RESERVED

NCRL 01241

# Plaintiffs' Trial Exhibit No. 71

## 1. Potentially Liable

| | |
|---|---|
| Drug Abuse | Websites that feature information on illegal drug activities including: drug promotion, preparation, cultivation, trafficking, distribution, solicitation, etc. |
| Folklore | Websites that promote supernatural resources such as; fortune telling, horoscopes, fen shui, palm reading, tarot reading, UFO's, etc. |
| Hacking | Websites that depict illicit activities surrounding the unauthorized modification or access to programs, computers, equipment and websites. |
| Illegal or Unethical | Websites that feature information, methods, or instructions on fraudulent actions or unlawful conduct (non-violent) such as scams, counterfeiting, tax evasion, petty theft, blackmail, etc. |
| Marijuana | Websites that feature information on the cultivation, preparation, distribution, or use of Marijuana. |
| Occult | This category includes sites that reference non-traditional religions, cults, sects, etc. |
| Phishing | Counterfeit web pages that duplicate legitimate business web pages for the purpose of eliciting financial, personal or other private information from the users. |
| Plagiarism | Websites that provide, distribute or sell school essays, projects, or diplomas. |
| Proxy Avoidance | Websites that provide information or tools on how to bypass Internet access controls and browse the Web anonymously, includes anonymous proxy servers. |
| Racism and Hate | Sites that foster racial supremacy or vilify/discriminate against groups or individuals by race, color, ethnic origin, sexual orientation, etc. |
| Violence | This category includes sites that depict offensive material on brutality, death, cruelty, acts of abuse, mutilation, etc. |
| Web Translation | Websites that supply URL translation services. |

## 2. Controversial

| | |
|---|---|
| Abortion | Websites pertaining to abortion data, information, legal issues, and organizations. |
| Adult Materials | Mature content websites (18+ years and over) that feature or promote sexuality, strip clubs, sex shops, etc. excluding sex education, without the intent to sexually arouse. |
| Advocacy Organizations | This category caters to organizations that campaign or lobby for a cause by building public awareness, raising support, influencing public policy, etc. |
| Alcohol | Websites which legally promote or sell alcohol products and accessories. |
| Extremist Groups | Sites that feature radical militia groups or movements with aggressive anti-government convictions or beliefs. |
| Gambling | Sites that cater to gambling activities such as betting, lotteries, casinos, including gaming information, instruction, and statistics. |

Decl of Walters
Page 18

2/1/08 10:32 AM

| | |
|---|---|
| Lingerie and Swimsuit | Websites that utilizes images of semi-nude models in lingerie, undergarments and swimwear for the purpose of selling or promoting such items. |
| Nudity and Risque | Mature content websites (18+ years and over) that depict the human body in full or partial nudity without the intent to sexually arouse. |
| Pornography | Mature content websites (18+ years and over) which present or display sexual acts with the intent to sexually arouse and excite. |
| Sex Education | Educational websites that provide information or discuss sex and sexuality, without utilizing pornographic materials. |
| Sports Hunting and War Games | Web pages that feature sport hunting, war games, paintball facilities, etc. Includes all related clubs, organizations and groups. |
| Tasteless | Websites that host offensive and crude material such as insulting jokes, negative opinions, pranks, dark humor, harsh language, etc. |
| Tobacco | Websites which legally promote or sell tobacco products and accessories. |
| Weapons | Websites that feature the legal promotion or sale of weapons such as hand guns, knives, rifles, explosives, etc. |

### 3. Potentially Non-Productive

| | |
|---|---|
| Advertising | These websites exhibit advertisements and marketing related content for the sale and promotion of products and services. |
| Brokerage and Trading | Sites that feature on-line broker services, tools, and resources, related to the trading transactions of stocks, bonds, and commodities. |
| Digital Postcards | Websites that promote the distribution of digital postcards. |
| Freeware Downloads | Websites that offer free downloads to users, such as video games, software upgrades, graphics, screen savers, mobile phone items, etc. |
| Games | Sites that pertain to on-line computer games and related links such as contests, promotions, and sweepstakes. |
| Instant Messaging | Websites that allow users to communicate in "real-time" over the Internet. |
| Newsgroups and Message Boards | Websites that promote communication via discussion groups, message boards, blogs, mail magazines, list servers, etc. |
| Web Chat | Websites that promote Web chat services |
| Web-based Email | Websites that allow users to utilize electronic mail services. |

### 4. Potentially Bandwidth Consuming

| | |
|---|---|
| Internet Radio and TV | Websites that broadcast radio or TV communications over the Internet. |
| Internet Telephony | Websites that enable telephone communications over the Internet |

| Multimedia Download | Websites that allow the downloading of MP3 or other multimedia files. |
| Peer-to-peer File Sharing | Websites that allow users to share files and data storage between each other. |
| Personal Storage | Websites that permit users to utilize Internet servers to store personal files or for sharing, such as with photos. |

**5. Potential Security Risks**

| Malware | Sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, such as virus or trojan horse. |
| Spyware | Sites that host software that is covertly downloaded to a user's machine, to collect information and monitor user activity, including spyware, adware, etc. |

**6. General Interest**

| Arts and Entertainment | Includes websites related to radio, television, books, music, artwork, paintings etc., with the intent of personal amusement or enlightenment. |
| Child Education | Websites developed for children, age 12 and under, includes educational games, tools, organizations and schools. |
| Culture | Websites that cater to cultural behaviors and backgrounds including conventions, languages, customs, etc. Also includes institutions such as museums, libraries and historic sites. |
| Education | Academic related sites that provide instruction or information related to learning, schools, training institutions, research, educational games, etc, excluding child education sites. |
| Finance and Banking | Sites pertaining to business and private banking services, investment options, mortgages, asset and credit management, etc. |
| General Organizations | Sites that cater to groups, clubs, or organizations of individuals with similar interests - professional, social, humanitarian, or recreational in nature. |
| Health and Wellness | Websites containing personal health and medical information such as hospitals, therapy, counseling, plastic surgery, medical procedures and equipment, dental care, etc. |
| Homosexuality | This category features subject matter on Gays, Lesbians and Bisexuals, including non-pornographic related links such as personals, dating, and on-line shopping. |
| Job Search | Sites related to employment such as job ads, job posting databases, career planning, resume resources, etc. |
| Medicine | Websites that address legal medicine and drug information, including homeopathy and naturopathy treatment, and therapeutic use of or sale of prescription medication. |
| News and Media | Websites that feature news and current events including mass media forums such as newspapers, television, radio, magazines, journals, etc. |

| | |
|---|---|
| Personal Relationships | Includes websites that aid in the coordination of heterosexual relationships and companionship. Includes legal and non-sexual sites related to on-line dating, personal ads, dating services, clubs, etc. |
| Personal Vehicles | Websites that contain information on private use or sale of autos, boats, planes, motorcycles, etc., including parts and accessories. |
| Personal Websites | Private web pages that host personal information, opinions and ideas of the user. |
| Political Organizations | Sites in this category pertain to elections, congress, senate, or parliament, in the form of a political party or group. |
| Real Estate | Websites that promote the sale or renting of real estate properties. |
| Reference | Websites that provide general reference data in the form of libraries, dictionaries, thesauri, encyclopedias, maps, directories, standards, etc. |
| Religion | Features websites that contain information about traditional religions, spirituality and beliefs. |
| Restaurant and Dining | Websites related to restaurants and dining, includes locations, food reviews, recipes, catering services, etc. |
| Search Engines | Sites that enable a user to search for files on the web by directing them to specific links or portals. |
| Shopping and Auction | Websites that feature on-line promotion or sale of general goods and services such as electronics, flowers, jewelry, music, etc, excluding real estate. Also includes on-line auction services such as eBay, Amazon, Priceline. |
| Society and Lifestyles | This category contains sites that deal with everyday life issues and preferences such as passive hobbies (gardening, stamp collecting, pets), journals, blogs, etc. |
| Sports | Includes sites that pertain to recreational sports and active hobbies such as fishing, hunting, jogging, canoeing, archery, chess, as well as organized, professional and competitive sports. |
| Travel | Websites in this category feature travel related resources such as accommodations, transportation (rail, airlines, cruise ships), agencies, resort locations, tourist attractions, advisories, etc. |

## 7. Business Oriented

| | |
|---|---|
| Armed Forces | Websites related to organized military and armed forces, excluding civil and extreme military organizations. |
| Business | This category references general business related industry information and news; economic conditions, mergers and acquisitions, associations, commercial ventures, etc. |
| Government and Legal Organizations | Includes websites pertaining to international government agencies, legislature, judicial systems, municipal departments such as police, fire, animal control, etc. Also includes legal resources such as bar organizations, lawyers committees, legal services, and references. |

Decl of Walters
Page 21

| Information Technology | Sites related to the sale or service of computer and telephony equipment, tools and accessories, including the companies that provide them. |
| Information and Computer Security | Websites that present information related to computer security such as virus and worm protection measures and tools, emerging technologies, publications, standards groups, etc. |

**8. Others**

| Content Servers | Websites that host servers that distribute content for subscribing websites, includes image and Web servers. |
| Dynamic Content | Sites that point to non-fixed web content, in that a different page may be viewed each time the site is accessed. |
| Miscellaneous | This category houses URLs that cannot be definitively categorized due to lack of or ambiguous content. |
| Secure Websites | Web pages that institute security measures such as; authentication, passwords, registration, etc. |
| Web Hosting | Websites that provide resources for web hosting and domain registration. |

Plaintiffs' Trial Exhibit No. 61

## 1. Potentially Liable

**Drug Abuse**
Websites that feature information on illegal drug activities including: drug promotion, preparation, cultivation, trafficking, distribution, solicitation, etc.

**Folklore**
Websites that promote supernatural resources such as; fortune telling, horoscopes, fen ? palm reading, tarot reading, UFO's, etc.

**Hacking**
Websites that depict illicit activities surrounding the unauthorized modification or access programs, computers, equipment and websites.

**Illegal or Unethical**
Websites that feature information, methods, or instructions on fraudulent actions or unla? conduct (non-violent) such as scams, counterfeiting, tax evasion, petty theft, blackmail, ?

**Marijuana**
Websites that feature information on the cultivation, preparation, distribution, or use of Marijuana.

**Occult**
This category includes sites that reference non-traditional religions, cults, sects, etc.

**Phishing**
Counterfeit webpages that duplicate legitmate business webpages for the purpose of eliciting financial, personal or other private information from the users.

**Plagiarism**
Websites that provide, distribute or sell school essays, projects, or diplomas.

**Proxy Avoidance**
Websites that provide information or tools on how to bypass Internet access controls an? browse the Web anonymously, includes anonymous proxy servers.

**Racism and Hate**
Sites that foster racial supremacy or vilify/discriminate against groups or individuals by r? colour, ethnic origin, sexual orientation, etc.

**Violence**
This category includes sites that depict offensive material on brutality, death, cruelty, act? abuse, mutiliation, etc.

**Web Translation**
Websites that supply URL translation services

## 2. Controversial

**Abortion**
Websites pertaining to abortion data, information, legal issues, and organizations.

**Adult Materials**
Mature content websites (18+ years and over) that feature or promote sexuality, stripclu? sex shops, etc. exluding sex education, without the intent to sexually arouse.

**Advocacy Organizations**
This category caters to organizations that campaign or lobby for a cause by building pub? awareness, raising support, influencing public policy, etc.

**Alcohol**
Websites which legally promote or sell alcohol products and accessories.

**Extremist Groups**
Sites that feature radical militia groups or movements with aggressive anti-government convictions or beliefs.

**Gambling**
Sites that cater to gambling activities such as betting, lotteries, casinos, including gamin? information, instruction, and statistics.

**Lingerie and Swimsuit**
Websites that utilizes images of semi-nude models in lingerie, undergarments and swimwear for the purpose of selling or promoting such items.

**Nudity and Risque**
Mature content websites (18+ years and over) that depict the human body in full or parti?

EXH 4 DATE 10-16-07
WITNESS D. Marney
ALISON HOWZE

nudity without the intent to sexually arouse.

| | |
|---|---|
| Pornography | Mature content websites (18+ years and over) which present or display sexual acts with intent to sexually arouse and excite. |
| Sex Education | Educational websites that provide information or discuss sex and sexuality, without utiliz pornographic materials. |
| Sports Hunting and War Games | Webpages that feature sport hunting, war games, paintball facilities, etc. Includes all rel: clubs, organizations and groups. |
| Tasteless | Websites that host offensive and crude material such as insulting jokes, negative opinio: pranks, dark humor, harsh language, etc. |
| Tobacco | Websites which legally promote or sell tobacco products and accessories. |
| Weapons | Websites that feature the legal promotion or sale of weapons such as hand guns, knives rifles, explosives, etc. |

## 3. Potentially Non-Productive

| | |
|---|---|
| Advertising | These websites exhibit advertisements and marketing related content for the sale and promotion of products and services. |
| Brokerage and Trading | Sites that feature on-line broker services, tools, and resources, related to the trading transactions of stocks, bonds, and commodities. |
| Digital Postcards | Websites that promote the distribution of digital postcards. |
| Freeware Downloads | Websites that offer free downloads to users, such as video games, software upgrades, graphics, screen savers, mobile phone items, etc. |
| Games | Sites that pertain to on-line computer games and related links such as contests, promoti and sweepstakes. |
| Instant Messaging | Websites that allow users to communicate in "real-time" over the Internet. |
| Newsgroups and Message Boards | Websites that promote communication via discussion groups, message boards, blogs, n magazines, list servers, etc. |
| Web Chat | Websites that promote Web chat services |
| Web-based Email | Websites that allow users to utilize electronic mail services. |

## 4. Potentially Bandwidth Consuming

| | |
|---|---|
| Internet Radio and TV | Websites that broadcast radio or TV communications over the Internet. |
| Internet Telephony | Websites that enable telephone communications over the Internet |
| Multimedia Download | Websites that allow the downloading of MP3 or other multimedia files. |
| Peer-to-peer File Sharing | Websites that allow users to share files and data storage between each other. |
| Personal Storage | Websites that permit users to utilize Internet servers to store personal files or for sharing such as with photos. |

## 5. Potential Security Risks

**Malware**
Sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, suc as virus or trojan horse.

**Spyware**
Sites that host software that is covertly downloaded to a user's machine, to collect information and monitor user activity, including spyware, adware, etc.

## 6. General Interest

**Arts and Entertainment**
Includes websites related to radio, television, books, music, artwork, paintings etc., with intent of personal amusement or enlightenment.

**Child Education**
Websites developed for children, age 12 and under, includes educational games, tools, organizations and schools.

**Culture**
Websites that cater to cultural behaviors and backgrounds including conventions, languages, customs, etc. Also includes institutions such as museums, libraries and histc sites.

**Education**
Academic related sites that provide instruction or information related to learning, schools training institutions, research, educational games, etc, excluding child education sites.

**Finance and Banking**
Sites pertaining to business and private banking services, investment options, mortgage asset and credit management, etc.

**General Organizations**
Sites that cater to groups, clubs, or organizations of individuals with similar interests, eitl professional, social, humanitarian, or recreational in nature.

**Health and Wellness**
Websites containing personal health and medical information such as hospitals, therapy counselling, plastic surgery, medical procedures and equipment, dental care, etc.

**Homosexuality**
This category features subject matter on Gays, Lesbians and Bisexuals, including non-pornographic related links such as personals, dating, and on-line shopping.

**Job Search**
Sites related to employment such as job ads, job posting databases, career planning, resume resources, etc.

**Medicine**
Websites that address legal medicine and drug information, including homopathy and naturopathy treatment, and therapeutic use of or sale of prescription medication.

**News and Media**
Websites that feature news and current events including mass media forums such as newspapers, television, radio, magazines, journals, etc.

**Personal Relationships**
Includes websites that aid in the coordination of heterosexual relationships and companionship. Includes legal and non-sexual sites related to on-line dating, personal a dating services, clubs, etc.

**Personal Vehicles**
Websites that contain information on private use or sale of autos, boats, planes, motorcycles, etc., including parts and accessories.

**Personal Websites**
Private webpages that host personal information, opinions and ideas of the user.

**Political Organizations**
Sites in this category pertain to elections, congress, senate, or parliament, in the form of political party or group.

**Real Estate**
Websites that promote the sale or renting of real estate properties.

| Reference | Websites that provide general reference data in the form of libraries  dictionaries, thesau encyclopedias, maps, directories, standards, etc. |
|---|---|
| Religion | Features websites that contain information about traditional religions, spirituality and bel |
| Restaurant and Dining | Websites related to restaurants and dining, includes locations, food reviews, recipes, catering services, etc. |
| Search Engines | Sites that enable a user to search for files on the web by directing them to specific links  portals. |
| Shopping and Auction | Websites that feature on-line promotion or sale of general goods and services such as electronics, flowers, jewelry, music, etc, exluding real estate. Also includes on-line aucl services such as eBay, Amazon, Priceline. |
| Society and Lifestyles | This category contains sites that deal with everyday life issues and preferences such as passive hobbies (gardening, stamp collecting, pets), journals, blogs, etc. |
| Sports | Includes sites that pertain to recreational sports and active hobbies such as fishing, hunt jogging, canoeing, archery, chess, as well as organized, professional and competitive sports. |
| Travel | Websites in this category feature travel related resources such as accommodations, transportation (rail, airlines, cruiseships), agencies, resort locations, tourist attractions, advisories, etc. |

### 7. Business Oriented

| Armed Forces | Websites related to organized military and armed forces, excluding civil and extreme mil orgnizations. |
|---|---|
| Business | This category references general business related industry information and news; econc conditions, mergers and aquisitions, associations, commercial ventures, etc. |
| Government and Legal Organizations | Includes websites pertaining to international government agencies, legislature, judical systems, municipal departments such as police, fire, animal control, etc. Also includes le resources such as bar organizations, lawyers committees, legal services, and reference |
| Information Technology | Sites related to the sale or service of computer and telephony equipment, tools and accessories, including the companies that provide them. |
| Information and Computer Security | Websites that present information related to computer security such as virus and worm protection measures and tools, emerging technologies, publications, standards groups, ( |

### 8. Others

| Content Servers | Websites that host servers that distribute content for subscribing websites, includes imag and Web servers. |
|---|---|
| Dynamic Content | Sites that point to non-fixed web content, in that a different page may be viewed each tir the site is accessed. |
| Miscellaneous | This category houses URLs that cannot be definitively categorized due to lack of or ambiguous content. |
| Secure Websites | Webpages that institute security measures such as; authentication, passwords, registrat etc. |

Web Hosting          Websites that provide resources for web hosting and domain registration.

Plaintiffs'
Trial Exhibit
No. 76

## BRADBURN v. NCRL, Case No. CV-06-327-EFS -- UNBLOCKING REQUESTS, 10/1/07 - 2/20/08

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/1/2007 | No (MSRF) | Yahoo instant messenger | "I belong to a group & the only way I can reach others in my group is through Yahoo messenger" | 10/2/07, 4:00 pm (phone) 10/3/07 (mail) | Next day | Dan Howard | Phone call, letter | Instant Messaging | Request denied | Web site blocked as instant messaging, and because site requires users to download software |
| 2 | 10/9/07, 1:07 pm | Yes | craigslist.com | "a good buy and sell site now with a e wash listing" | 10/9/07, 2:55 pm | 1 hr., 48 min. | Dan Howard | Email | ? | Request denied | "We currently block access to [Craigslist.org] due to some of the content, which may be harmful to minors. We are aware that this site is very popular, particularly the classified advertisements. However, some of the 'Personal' ads contain images that are pornographic. With this in mind, we plan to continue to block access to this site...." |
| 3 | 10/10/07, 9:15 am | Yes | FOR FIVE-HUNDRED DOLLAR WAL-MART GIFT CARD | "I THINK THIS WOULD BE WONDERFUL TO HAVE FOR MY FAMILY TO SHOP PLUS CHRISTMAS COMMING UP SOONER THEN WE THINK." | 10/10/07, before 10:08 am | 53 min. | Dan Howard | Phone call | ? | Patron indicated she "must have messed up," as site was not acually blocked | N/A |
| 4 | 10/10/07, 10:00 am | Yes | craigslist | "I use craigslist to find good deals on just about anything you might need. It is also an excellent place to list things you want to sell." | 10/10/07, 11:09 am | 1 hr., 9 min. | Dan Howard | Email | ? | Request denied | See #2 above |
| 5 | 10/10/07, 10:03 am | Yes | yahoo.com | "Yahoo.com is a restricted website?????" | 10/10/07, 11:38 am | 1 hr., 35 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 6 | 10/10/07, 10:06 am | Yes | North Central regional Library | "Just as a test I tried to go to your website and it was unable to. There obviously is some sort of problem here." | 10/10/07, 11:31 am | 1 hr., 25 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 7 | 10/10/07, 12:50 am | Yes | pitbuis | None | N/A | N/A | N/A | NCRL had no contact info for patron | ? | N/A | N/A |
| 8 | 10/10/07, 11:43 pm | Yes | www.mkcphotography.phanfare.com | "I am seven months pregnant and wanting to get information about local maternity photographers. This website is one of the top recommended I have come across. I have not been able to locate a phone number for this photographer either. It would be of great help to check out the photographer's work and contact him/her. Thank you." | 10/11/07, 4:13 pm | 1 day, 2 hr., 30 min. | Dan Howard | Email | ? | Site not blocked | N/A |

338

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 10/1/007, 3:52 pm | Yes | ask.com | "so old school" | 10/11/07, 3:51 pm | 23 hr., 59 min. (next day) | Dan Howard | Email | ? | "Ask.com should not be blocked by our Internet filter and we may be experiencing some other problem. We will investigate this right away and we'll get back to you soon...." | N/A |
| 10 | 10/1/007, 4:49 PM | Yes | yahoo.com | "No problems getting on this web site. Okanogan" | ? | ? | ? | ? | ? | ? | |
| 11 | 10/11/07, 12:06 pm | Yes | runescape | None | 10/11/07, 4:27 pm | 4 hr., 21 min. | Dan Howard | Email | ? | Request denied | Runescape was causing NCRL's computers to crash. "We are working hard to solve this problem and we hope to be able to unblock runescape soon." |
| 12 | 10/11/07, 1:12 pm | Yes | http://www.craigslist.org | "Craigslist is an open forum that posts jobs, things for sale, and other useful items based on city/location. To deny this site is to deny people opportunities to resources. If the concern is over the particulars of their Personals section, that is listed under a link that can be blocked." | 10/11/07, 4:35 pm / 10/12/07, late afternoon or evening | 3 hr., 23 min. / 1.5 days | Dan Howard | Email | ? | Request initially denied, but NCRL indicated it would attempt to block only personals section of Web site; NCRL unblocked Craigslist (except personal section) by late afternoon or evening on 10/12/07 | With regard to initial denial of access, see #2 above |
| 13 | 10/11/07, 3:10 pm | Yes | yahoo images | "I think it should be allowed for usage on school reports." | 10/11/07 (mail) | Same day as request, but by mail | Dan Howard | Letter | Image Search | Request denied | "We do block Yahoo Images with our filter. When we did not block it in the past, we found that our filter was completely disabled...." |
| 14 | 10/12/07, 11:34 am | Yes | http://www.keyart promolions.com | "My site. Nothing offensive at all. I'd appreciate being able to access it while at the library, thank you." | 10/12/07, 1:31 pm | 1 hr., 57 min. | Dan Howard | Email | ? | Request granted | None given |
| 15 | 10/12/07, 1:17 pm | Yes | artbyjohndan.com | "Another of my sites. Completely non-offensive, mostly abstract art. Kindly permit." | 10/12/07, 2:03 pm | 48 min. | Dan Howard | Email | ? | Request granted | None given |
| 16 | 10/14/07, 2:54 pm | Yes | Paypal | None | 10/15/07, 8:21 am | 17 hr., 27 min. (next day) | Dan Howard | Email | ? | Site was blocked, but shouldn't have been | N/A |

339

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 10/15/07, 4:00 pm | Yes | teen chat | "not happy" | 10/16/07, 10:17 am | 18 hr., 17 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 18 | 10/15/07, 4:31 pm | Yes | runescape | None | 10/16/07, 10:26 am | 17 hr., 55 min. (next day) | Dan Howard | Email | ? | Request denied | See #11 above |
| 19 | 10/16/07, 4:29 pm | Yes | WWW.CRAIGSLIST.COM | "ME AND A FEW FREINDS ARE IN THE MARKET FOR A CARS AND THIS IS THE ONLY WEBSITE THAT OFFERS LOCAL LISTINGS AND HONEST SELLERS BUT WE CANT ACCESE IT, CAN YOU DE-BLOCK THIS SITE THANK YOU" | 10/17/07, 8:03 am | 15 hr., 34 min. (next day) | Dan Howard | Email | ? | NCRL was only blocking part of Craigslist, and patron should have been able to access classified ads | N/A |
| 20 | 10/16/07, 5:49 pm | Yes | msn.com/instant messaging | "Hi, I am 15 years old, and I am requesting that you reconsider the blockage of Men messaging. This is the only outlet of speaking to my friends during the weekends since I haven't got a phone, and We do not have internet at home. I need this in order to speak with friends (responsibly of course) and to be able to communicate with them about things going on in the future. This would help me out a lol. Please reconsider. Thanks....." | 10/17/07, 2:47 pm | 20 hr., 58 min. (next day) | Dan Howard | Email | Instant Messaging | Request denied | "We currently do not allow access to sites that support instant messaging.... You may want to consider using email to communicate withy your friends. We do not block email sites...." |
| 21 | 10/22/07, 2:55 pm | Yes | www.google.com/images | "can you re open google images it is a safe place to find images for my scrape booking maybly with a filter or something if bad content is a worre thank you" | 10/24/07, 11:51 am | 1 day, 20 hr., 56 min. | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our Internet filter, allowing access to materials that may be harmful to minors.... North Central Regional Library provides only filtered access to the Internet and we cannot allow access to any site that disables our Internet filter...." |
| 22 | 10/23/07, 3:44 pm | Yes | google image search | "I am a good boy and I look only for images that are about wal-mart and disney charectors" | 10/25/07, 10:43 am | 1 day, 18 hr., 59 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 23 | 10/24/07, 9:59 am | Yes | www.runescape.com | None | 10/24/07, 11:55 am | 1 hr., 56 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 24 | 10/24/07, 2:54 pm | Yes | "lamborghini logo" and "Cizeta logo" | None | 10/25/07, 9:24 am | 18 hr., 30 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 25 | 10/24/07, 6:37 pm | Yes | www.google.com | None | 10/25/07 (by mail) | Next day, but by mail | Dan Howard | Letter | ? | Site not blocked | N/A |

340

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 10/23/07, 2:23 pm | Yes | www.runescape.com | "tis fun and you will have more peole viseting" | 10/23/07 (by mail) | Next day, but by mail | Dan Howard | Letter | ? | Request denied | See #11 above |
| 27 | 10/23/07, 2:44 pm | Yes | google Images | None | 10/23/07, 8:31 am | 17 hr., 47 min. (next day) | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 28 | 11/5/07, 3:18 pm | Yes | my cursors | "please my friend needs a cursor for her comp. byellll :)" | 11/6/07, 8:58 am | 17 hr., 40 min. (next day) | Dan Howard | Email | ? | www.mycursors.com not blocked | N/A |
| 29 | 11/6/07, 5:17 pm | Yes | google.com | "need pic of one" | 11/7/07, 10:51 am | 17 hr., 34 min. (next day) | Dan Howard | Email | Image Search (presumably) | Request to access Google Image Search denied | See #21 above |
| 30 | 11/6/07, 9:00 am | No (MSRF) | Flickr -- Shared Photos | Patron saw nude picture of Leif Garratt as small boy, and nude pictures of adult men with Leif Garratt's face (as 13- or 14-year-old) attached to the bodies: "It was like looking at child porn of my Childhood Idol and it made me sick." | 11/11/07, 11:00 am | 2 days, 2 hrs. | Dan Howard | Phone | ? | Flickr is not blocked by NCRL's filter | "A review of Flickr Community Guidelines suggests that they do not allow the posting of photos containing nudity or illegal material...." |
| 31 | 11/10/07, 12:16 pm | Yes | www.aim.com | "I don't see any point to block that page since I am an adult and there is nothing explicit or anything. So please unblock this page since I only have access to the computer is at the library, So please unblock this page, thank you." | 11/13/07, 9:26 am | 2 days, 21 hr., 10 min. | Dan Howard | Email | Instant Messaging | Request denied | "I examined www.aim.com and it appears to be a a site that hosts instant messaging services. The North Control Regioal Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Responder | Time Elapsed | Date and Time of NCRL's Response | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 11/1/07, 12:41 pm | Yes | www.meebo.com | "There is another website that blocked too. Please and please unblock another website that contains instant messaging, they are not downloading programs, it is based on javascript. Some people that doesn't have the computer, they can use it from library but they can't have any access. Its not right, we should be playing fair. We should have any access. That website is not pornographic or whatever, it is safe. So please not being nonsense and unblock these website that is based on javascript, thank you." In a subsequent email: "My point is, what aout an adult? They still cannot have a access to chatroom anyway? I moved in wenatchee valley from Sultan, their library does have the access and now you don't allow? What kind of rule is that. And why? I am deaf and can't talk on the phone! I only have a access to the meebo.com or aim to get a easy access conversation than the emails does. Please understand that. Thank you." | Dan Howard | 2 days, 20 hr. 54 min. | 11/3/07, 9:35 am | Email | Instant Messaging | Request denied | "I examined www.meebo.com and it appears to be a site that hosts instant messaging services. As I mentioned in a previous message, the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |
| 33 | 11/10/07, 3:02 pm | Yes | google image search | "Not sure I understand why this is blocked. People that want to find pictures of 'inappropriate' things can find them without the image search. If they are motivated to do so, they will. Kind of like every other illegal activity. Please don't make life more difficult for the 99.5% of people using the library resources in an acceptable manner (for instance, using the image search to study for anatomy and physiology)." | Dan Howard | 2 days, 18 hr. 39 min. | 11/3/07, 9:41 am | Email | Image Search | Request denied | See #21 above |
| 34 | 11/13/07, 11:21 am | Yes | yahoo/messenger.com | "I am wondering why yahoo.messenger can not be used I use it to talk to my mother over the internet because it is long distance and this is how I talk to her" | Dan Howard | 2 hr., 6 min. | 11/3/07, 1:27 pm | Email | Instant Messaging | Request denied | "I examined Yahoo's messenger service at http://messenger.yahoo.com and it appears to be a site that hosts instant messaging services. The North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

342

Page 5 of 13

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 11/13/07, 1:04 pm | Yes | www.northernquest.com | "Prior to today I have been to access this particular website using the library however, today it is restricted. I am currently unemployed and am seeking employment opportunities from surrounding tribal casinos that include Northern Quest & Couer d' Alene. The most current positions are listed on the websites (including job applications to download) and upon review there is no gambling options available or listed. Each provides information such as events, promotions and employment opportunities. I do not have a computer at home and I have found the GCD Library to be a tremendous asset in my continued search for employment.Thank you." | 11/13/07, 1:49 pm 11/13/07 (by mail) | 45 min. | Dan Howard | Email and letter | Gambling (presumably) | Request granted | None given |
| 36 | 11/13/07, 4:57 pm | Yes | google images | None | 11/14/07 (by mail) | Next day (but by mail) | Dan Howard | Letter | Image Search | Request denied | See #21 above |
| 37 | 11/15/07, 12:45 pm | Yes | ask.com | "old school" | 11/16/07, 9:37 am | 20 hr., 52 min. (next day) | Dan Howard | Email | Image Search (presumably) | Request denied | "We currently block access to this because it disables our Internet filter, allowing access to materials that may be harmful to minors..." |
| 38 | 11/16/07, 12:10 pm | Yes | images | "I like to go to google image to find pictures to help in my quilting and find it very frustrating to have it blocked and then not blocked and then blocked again." | 11/16/07, 1:50 pm and 3:30 pm | 1 hr., 40 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 39 | 11/17/07, 11:03 am | Yes | online messenger | "This is a messenger where u don't have to install anything to im" | 11/19/07, 9:00 am | 1 day, 21 hr., 57 min. | Dan Howard | NCRL had no contact information for patron | Instant Messaging | Request would have been denied | N/A |
| 40 | 11/17/07, 2:36 pm | Yes | myspace.com | None | 11/19/07, 9:14 am | 1 day, 18 hr., 38 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 41 | 11/19/07, 11:16 am | Yes | oregonlottery.org | "I need to check my oregon lottery tickets results." | 11/19/07, 2:12 pm | 2 hr., 56 min. | Dan Howard | Email | Gambling (presumably) | Request granted | None given |
| 42 | 11/19/07, 12:23 pm | Yes | google image | "I need to do my homework for college" | 11/19/07, 2:16 pm | 1 hr., 53 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 11/21/07, 1:03 pm | Yes | www.animeinsider.com | "This is not a porn site, it is a website dedicated to Anime Insider Magazine. The focus of this site is expanded coverage of the magazine, so that a cost effective magazine is available to fans of Japanamtion. I am 61 years old and not a participant in porn or so called 'adult' media." | 11/21/07, 2:55 pm | 1 hr., 50 min. | Dan Howard | Email | Pornography | Request denied | "I examined www.animeinsider.com today. When I clicked on the category 'Animexxx' on the first page of this site, I opened many links for pornography. Our Internet filter has classified www.animeinsider.com as 'Pornography' and that appears to be an appropriate classification. While this site may offer access to Anime Insider magazine, part of the site appears to include pornography. With that in mind, we plan to continue to block access to this site...." |
| 44 | 11/28/07, 4:42 pm | Yes | www.proxycarbon.com | "please!!!" | 11/28/07, 10:35 am | 17 hr. 53 min. (next day) | Dan Howard | Email | Proxy Avoidance | Request denied | "We have examined this site and determined that it is site designed for proxy avoidance. Sites of this nature allow people to defeat our Internet filter and we block access to them...." |
| 45 | 11/30/07, 10:49 am | Yes | www.IMVU.com | "Why cant I use this web sight?" | 11/30/07, 11:47 am | 58 min. | Dan Howard | Email | Instant Messaging | Request denied | "I examined www.IMVU.com and it appears to be a site that hosts instant messaging services and requires you to download their software. We do not allow software to be downloaded into library computers and the North Central Regional Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |
| 46 | 12/1/07, 2:34 pm | Yes | yes | None | 12/3/07, 3:43 pm (email), 4:00 pm (phone) | 2 days, 59 min. | Dan Howard | Email and phone call | ? | NCRL asked for clarification of request | N/A |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 12/3/07, 3:15 pm | Yes | google | "we should be able to look at red! flags" | 12/4/07, 9:17 am (phone) | 18 hr., 2 min. (next day) | Dan Howard | Phone call | Image Search | Patron evidently wished to access Google Image Search; NCRL asked for clarification of request | N/A |
| 48 | 12/3/07, 3:36 pm | Yes | newmilleniumbank.com | None | 12/4/07, 9:56 am | 18 hr., 20 min. (next day) | Dan Howard | Email | ? | Site was blocked when patron tried to access it, but was no longer blocked by next morning | N/A |
| 49 | 12/4/07, 4:46 pm | Yes | www.ask.com | "please re-evaluate this website!" | 12/5/07, 1:22 pm | 20 hr., 36 min. (next day) | Dan Howard | Phone call (left voice-mail message) | Image Search | Request denied (presumably) | See #37 above |
| 50 | 12/5/07, 3:06 pm | Yes | pch.luckysurf.com/?promo=20071130Email | "I've been able to access this URL/website until just recently on the computers at the Omak Library. Please fix whatever is NOT letting me access it, so that I can continue to make my entries to Publishers Clearing House!! Thank you!" | 12/6/07, 10:49 am | 19 hr., 43 min. (next day) | Dan Howard | Email | Gambling | Request granted | None given |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Data and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | 12/6/07, 11:06 am | Yes | All... | "[I] have my own laptop computer I use at the North County Regional Library and I am 27 years old and I do not think its right for the library to determine what I can search up. Libraries on the west side of the state have allowed me to search what I want, why not here? Its complete lunacy, and to not allow me to find the information I need, thats unacceptable. I recommend that the NCRL re-evaluate its usage policy." In a subsequent email: "I have a few online subscriptions to sites online that are of non-pornographic nature. And when I go to click them, the library filter pops up and says its because of "Adult Materials". Thats the primary reason I have a laptop is so that I can be in the corner of the library and read the stuff I want and choose to read in peace without anyone underage near me. The stuff I read is on law enforcement and all subjects relating to it, like motor vehicle accidents (with photos), and crimes in general. I'm doing my research into it because I'm looking at starting college soon to get into it...." | 12/6/07, 11:38 am | 32 min. | Dan Howard | Email | All | Request denied | "The North Central Regional Library provides only filtered access to the Internet...." In a subsequent email: "We currently block access to Google Images, Yahoo Images, and other image sites because they disable our Internet filter...." |
| 52 | 12/6/07, 6:00 pm | Yes | naruto | None | 12/7/07, 1:06 pm (phone) | 19 hr., 6 min. (next day) | Dan Howard | Phone call | ? | NCRL asked for clarification of request | N/A |
| 53 | 12/11/07, 1:32 pm | Yes | None | None | 12/11/2007 (by mail) | Same day, but by mail | Dan Howard | Letter | Pornography (presumably) | Request denied | "[T]his site... appears to host pornography." |
| 54 | 12/13/07, 2:24 pm | Yes | www.freelotto.com | "please let me evaluate the e-mail user...." | 12/17/07, 11:21 am | 3 days, 20 hr., 57 min. | Dan Howard | Email | Gambling | Request denied | "I examined www.freelotto.com and it appears to be a site that hosts gambling. We do not allow access to Internet sites that promote gambling. With this in mind, we plan to continue to block access to www.freelotto.com...." |
| 55 | 12/13/07, 3:51 pm | Yes | google | "want to be cool" | 12/17/07, 11:24 am | 3 days, 19 hr., 33 min. | Dan Howard | Phone call (but unable to reach patron) | ? | Site not blocked | N/A |
| 56 | 12/14/07, 5:56 pm | Yes | www.myspace | "I think this site should be allowed to people over the age of 13 unless it is a really bad site" | 12/17/07, 2:31 pm | 2 days, 20 hr., 35 min. | Dan Howard | Email | ? | Site not blocked | N/A |

346

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 12/14/07, 5:59 pm | Yes | www.tagged.com | "this site is a good site it is not like one of those bad sites but if you allow it it should be for people over the age of 13 that is what i think should be done thanks sincerally" | 12/17/07, 2:40 pm | 2 days, 20 hr., 41 min. | Dan Howard | Email | ? | Site not blocked | N/A |
| 58 | 12/17/07, 5:42 pm | Yes | urbanchat.com | "please unblock this e-mail because it isn't harmful in anyway" | 12/18/07, 10:58 am | 17 hr., 16 min. (next day) | Dan Howard | Email | Web Chat (presumably) | Request denied | "I examined www.urbanchat.com and it appears to be a site that hosts chat services. The North Central Regional Library does not provide access to chat rooms...." |
| 59 | 12/17/07, 5:42 pm | Yes | urbanchat.com | "please unblock this e-mail because it isn't harmful in anyway" | 12/18/07, 10:50 am | 17 hr., 8 min. (next day) | Dan Howard | Email | Web Chat (presumably) | Request denied | See #58 above. |
| 60 | 12/18/07, 2:49 pm | Yes | runescape.com | "its not a bad thing its a game" | 12/19/07, 9:04 am | 18 hr., 15 min. (next day) | Dan Howard | Email | ? | Request denied | See #11 above. |
| 61 | 12/20/07, 4:55 pm | Yes | google | "hi" | 12/21/07, 9:19 am | 16 hr., 24 min. (next day) | Dan Howard | Phone call | Image Search | Patron wished to access Google Images; request denied | Dan Howard explained to patron that "we blocked Google Images because it defeated our filter." |
| 62 | 12/26/07, 3:03 pm | Yes | images.search.yahoo.com/search/images?p=rd-days&rt=ylc-I-5018toggle=1&cop=mss&ei=UTF-8 | "I'm trying to do research for a big history project and needed access to look up pictures of the Normandy Beaches at the time of the D-Day Invasion. Please reconsider your blocking this website." | 12/27/07, 10:46 am | 19 hr., 43 min. (next day) | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our internet filter, allowing access to materials that may be harmful to minors...." |
| 63 | 12/26/07, 3:06 pm | Yes | google images for gerard way | "you allow myspace but you dont allow picture of a band that is patinium and is a #1 seller why are pictures blocked its gay" | 12/27/07, 10:55 am | 19 hr., 47 min. (next day) | Dan Howard | Email | Image Search | Request denied | "We currently block access to this site because it disables our internet filter, allowing access to materials that may be harmful to minors...." |
| 64 | 12/27/07, 1:38 pm | Yes | messenger.yahoo.com | "I like the fact I can use the internet at the library, but I think I should be able to have put up messengers on my own laptop with out any problems. I don't like the fact you restrict me from doing so. Its my computer, I understand its your internet, but I want to be able to put what ever messenger I want on. I can't do that here. Thank you for listing." | 12/28/07, 8:56 am | 19 hr., 18 min. (next day) | Dan Howard | Email | Instant Messaging | Request denied | "I examined Yahoo Messenger and it appears to be a site that hosts instant messaging services. The North Central Library does not provide access to chat rooms. Because we restrict access to chat rooms, we block access to sites that host instant messaging...." |

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 12/27/07, 1:44 pm | Yes | www.newgrounds.com | None | N/A | N/A | N/A | N/A | NCRL was unable to contact patron, and Web site was not blocked | N/A | N/A |
| 66 | 12/31/07, 4:09 pm | Yes | North CEntral Regional Library | "I am trying to register/my clearhousesweepstakes, I don't want to miss out, thanks. Time limit." | 1/2/08, 10:02 am | 1 day, 17 hr., 53 min. | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 67 | 1/2/08, 12:01 pm | Yes | pch.com | "publishers clearing house is not spam" | 1/2/08, 2:50 pm | 1 hr., 49 min. | Dan Howard | Email | N/A | Site not blocked | N/A |
| 68 | 1/4/08, 3:06 pm | Yes | www.pcthandbook.com | "www.pcthandbook.com is not Pornography. Please have this removed from your blocked list." | 1/7/08, 1:43 pm | 2 days, 22 hr., 37 min. | Dan Howard | Email | Pornography | Request granted | NCRL - Support wrote to Dan Howard, "I checked the site out and I agree with the patron that it is not porn." |
| 69 | 1/7/08, 12:37 pm | Yes | www.runescape.com | "please allow runescape to play" | N/A | N/A | N/A | NCRL had no contact info for patron | ? | N/A | N/A |
| 70 | 1/7/08, 2:14 pm | Yes | http://www.steve haworth.com/ | "Steve Haworth is a Body modification Specialist" | No record of response | N/A | N/A | N/A | Adult Materials | N/A | N/A |
| 71 | 1/8/08, 6:42 pm | Yes | google images | None | No record of response | N/A | N/A | N/A | Image Search | N/A | N/A |
| 72 | 1/9/08, 5:54 pm | Yes | to look at pictures | "I can not look at pictures I need to print out and i not shure why but its been like that for a while now well please fix it thanks slot" | No record of response | N/A | N/A | N/A | Image Search | N/A | N/A |
| 73 | 1/14/08, 10:38 am | Yes | Mostbeautifulman.com | "Please, this site is fun and I am unable to print pictures at my house. I can here to do it and the site is blocked! Please rethink the blocking of this site. PLEASE!" | 1/14/08, 2:20 pm | 3 hr., 42 min. | Dan Howard | Email | Adult Materials | Request granted | "We examined Mostbeautifulman.com today and found no reason for it to be blocked...." |
| 74 | 1/15/08, 12:59 pm | Yes | happyhacker.org | "there is nothing bad on this site it is just comenly misunderstud" | N/A | N/A | N/A | N/A | Hacking (presumably) | NCRL was unable to contact patron | Dan Howard noted in email for file: "I examined the site and it includes such sections as: 'Shortcuts to Discovering New Ways to Break Into Computers.' It appears to be appropriately classified as a 'hacking' site and is appropriately blocked." |
| 75 | 1/15/08, 3:46 pm | Yes | rune quest | "ok I would like to get on a game on these computers because we do not have a computer at our house" | 1/16/08, 1:53 pm | 22 hr., 7 min. (next day) | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |

349

| Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 1/16/08, 5:57 pm | Yes | runescape.com | "this is a great web sit that teaches people many things" | 1/18/08, 5:09 pm | 1 day, 23 hr., 48 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 77 | 1/16/08, 7:55 pm | Yes | electricraystanning.com | None | No record of response | N/A | N/A | N/A | ? | N/A | N/A |
| 78 | 1/19/08, 3:40 pm | Yes | www.ask.com | "can't see pictures of air jordan" | 1/22/08, 5:20 pm | 3 days, 1 hr., 40 min. | Dan Howard | Email (and phone calls) | ? | Request denied | See #37 above |
| 79 | 1/24/08, 12:33 pm | Yes | firstthings1st.com | "This is the first time of my experiencing this kind of. ...... request a reevaluation, at any library." | 1/24/08, 1:36 pm | 1 hr., 3 min. | Dan Howard | Email | Gambling | Request granted | None given; Dan Howard reviewed site and determined that it should not be blocked by NCRL's filter |
| 80 | 1/24/08, 2:05 pm | Yes | firstthings1st.com | "but we do not have Gambling at all on our site as such, because it has always been a non-profitable ministry...." | 1/24/08, 2:45 pm | 40 min. | Dan Howard | Email | Gambling | Request granted | None given |
| 81 | 1/25/08, 2:01 pm | Yes | tech n9ne | None | 1/25/08, 2:03 pm | Dan Howard called library within 2 min. of receiving request | Dan Howard | Phone call | ? | NCRL was unable to contact patron | N/A |
| 82 | 1/25/08, 7:29 pm | Yes | popupmoney.info | None | No record of response | N/A | N/A | N/A | Proxy Avoidance | N/A | N/A |
| 83 | 1/30/08, 3:35 pm | Yes | goole | "please" | N/A | N/A | N/A | N/A | ? | NCRL was unable to contact patron | N/A |
| 84 | 2/2/08, 1:41 pm | Yes | maxgames | "this game website is for entertainment for younger kids to have fun. thanks." | 2/4/08, 8:32 am | 1 day, 18 hr., 51 min. | Dan Howard | Email | Site not blocked | N/A | N/A |
| 85 | 2/2/08, 1:59 pm | Yes | runescape | "I don't see why it should be blocked. It is fun and so we should be able to play it all the time. It is not fare why we can't play this website." | 2/4/08, 8:34 am | 1 day, 18 hr., 33 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 86 | 2/7/08, 10:23 am | Yes | runescape.com | "this website isn't a bad game its really fun and I used to be able to play it here" | 2/7/08, 10:38 am | 15 min. | Dan Howard | Email | ? | Request denied | See #11 above |
| 87 | 2/9/08, 2:22 pm | Yes | msn massanger | "this is my favorit site" | 2/10/08, 10:13 am | 1 day, 7 hr., 51 min. | Dan Howard | Email | Instant Messaging | Request denied | See #20 above |

## BRADBURN v. NCRL, Case No. CV-06-327-EFS -- UNBLOCKING REQUESTS, 10/1/07 - 2/20/08

| | Date and Time of Request | Automated Request? | Web Site | Pertinent Comments by Requestor | Date and Time of NCRL's Response | Time Elapsed | Responder | Method of Response | Fortinet Category or Classification | NCRL's Decision | Reasons Given for Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 2/11/08, 3:42 pm | Yes | www.ourfamily-web.com | "If you could review that, cause that is our family's website of what everyone has done.." | 2/12/08, 10:58 pm | 1 day, 7 hr., 16 min. | Dan Howard | Email | Malware | Request granted | "I checked www.ourfamily-web.com/ today and found that our Internet filter does block it because it thinks that it contains 'Malware.' We regret any inconvenience this may cause you…" |
| 89 | 2/12/08, 4:13 pm | Yes | its pix place 4 verizon phones | "they block bad pix no nud or lud photos" | 2/14/08, 3:30 pm | 1 day, 23 hr., 17 min. | Dan Howard | Email | ? | NCRL asked for clarification of request | N/A |
| 90 | 2/16/08, 10:57 am | Yes | [Google Image URL] | None | 2/19/08, 9:02 pm | 3 days, 10 hr., 5 min. | Dan Howard | Email | Image Search | Request denied | See #21 above |
| 91 | 2/16/08, 12:30 pm | Yes | animecubed.com | "I don't know why this website has been blocked. I've searched this site thoroughly and I am absolutely sure that there is no pornographic material, no overly violent material, and no drug-related material of any sort. I humbly request this site be unblocked, so that people without regular internet access may enjoy it." | 2/19/08, 10:27 pm | 3 days, 9 hr., 57 min. | Dan Howard | Email | Adult Materials | Request granted | "We have examined this site and we agree that it should not be blocked." |
| 92 | 2/2/08, 12:34 pm | Yes | 321teenchat | "This should be allowed on the libraries computer system." | 2/2/08, 2:42 pm | 2 hr., 8 min. | Dan Howard | Email | ? | Request denied | "I examined the Internet site http://www.321teenchat.com/ and found it to be a site that supports chat services. The North Central Regional Library does not provide access to chat rooms. With this in mind, we will continue to block access to http://www.321teenchat.com/…." |