The Honorable Edward F. Shea

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

SARAH BRADBURN, PEARL )
CHERRINGTON, CHARLES )
HEINLEN, and THE SECOND ) NO. CV-06-327-EFS
AMENDMENT FOUNDATION, )
) NCRL'S RESPONSE TO
        Plaintiffs, ) PLAINTIFFS' OBJECTIONS TO
) DEFENDANT'S WITNESSES AND
    v. ) EXHIBIT LIST
)
NORTH CENTRAL REGIONAL )
LIBRARY DISTRICT, )
)
        Defendant. )
_____ )

Defendant NCRL hereby responds to Plaintiffs Objections to Defendants'

Witness and Exhibit List.

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 1
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# I. WITNESSES

Plaintiffs' arguments in support of its objections to the introduction of NCRL witnesses Connie Kuhlman, Sharon Reddick, Katy Sessions, and Deborah Moore are set forth in Plaintiff's Motions in Limine. This pleading was filed separately from Plaintiffs' Objections to NCRL's Witness and Exhibit List. Accordingly, NCRL reserves its response to Plaintiffs' arguments regarding the introduction of Kuhlman, Reddick, Sessions and Moore for its opposition to Plaintiffs' Motion in Limine, which is scheduled to be filed on or before April 11, 2008.

# II. EXHIBITS

A.    NCRL's Exs. 533-536

NCRL seeks to introduce four incident reports prepared by NCRL branch librarians between 2005 and 2008 detailing instances where sex offenders have patronized NCRL branch libraries and created disruptions or posed a threat to children, as well as one situation where an individual was asked to leave the library for inappropriate sexual conduct in a library setting. Plaintiffs object to the incident reports, arguing that the documents are hearsay and that they are irrelevant.

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 2
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Plaintiffs hearsay objection is easily overcome by the business records exception. The reports are writings or records of act/events, made at or near the time of the incidents, or from information transmitted by a person with knowledge of the incident. The reports were kept and turned over to NCRL administrators Dan Howard and Dean Marney in the normal course of business. The incident reports were not prepared in anticipation of litigation. Accordingly, Plaintiffs' hearsay objection lacks merit.

Second, the documents are relevant. When asked why NCRL has elected to employ the filter at all times, Executive Director Dean Marney testified that, among other things, "Libraries have a peculiar problem that we attract a certain element in our communities that isn't always family friendly." (Marney Dep. at p. 55). These incident reports are evidence of unique risks associated with operating a public library, which NCRL administrators believe offers further support for their decision to filter content such as adult materials and pornography.

Plaintiffs suggestion that the incidents detailed in the proffered reports "have nothing to do with any of the issues before the Court" is disingenuous. (Ct. Rec. 80, p. 4). Plaintiffs ask the Court to consider NCRL's Internet Usage

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 3
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Policy in a vacuum, without reference to the types of conduct and issues that inform, and continue to justify, the Policy. Plaintiffs can argue as to the weight the reports should be given at trial, but they cannot passively contend that the reports are relevant and admissible.

B.    NCRL Exhibits 542-645

NCRL seeks to introduce all patron unblocking requests and related correspondence. In its original disclosure, NCRL envisioned identifying each request and response as a separate exhibit – which would be numbered approximately Exs. 542-645. Although NCRL did not provide Plaintiffs with a copy of these exhibits (specifically labeled Exs. 542-645) for purposes of exchanging exhibit lists, Plaintiffs were certainly in possession of all of the documents NCRL intends to include as they are all, for the most part, contained in Plaintiffs' Ex. 66.

At this time, NCRL and Plaintiffs counsel have conferred and believe that both parties will be able to use Plaintiffs' Ex. 66, which was reserved as NCRL's Ex. 702, at trial. The parties intend to work together to refine and update the exhibit in the coming weeks. In the event that there is any dispute

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 4
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

between what should and should not be included, NCRL will fill its document separately under NCRL Ex. 702.

C.     NCRL's Ex. 699

NCRL seeks to introduce a letter from the ACLU of Washington to NCRL library patrons as Ex. 699. NCRL's Executive Director Dean Marney obtained this letter from a library staff member. NCRL does not intend to introduce the letter for the truth of the mater asserted therein, i.e. that NCRL was allegedly "depriving patrons of making choices" or depriving "parents of the ability to make the choice for their children." Rather, NCRL introduces the letter to show that the ACLU actively solicited litigants to advance its view of internet filtering in public libraries. Accordingly, Plaintiffs' hearsay objection lacks merit.

D.     NCRL's Exs. 706-720

On March 24, 2008, NCRL filed its Original Witness and Exhibit List. (See Ex. A attached hereto.) The following day, NCRL e-mailed Plaintiffs' counsel a list of all of its exhibits with references to bates numbers and court record cites for each document. On March 28, 2008, Plaintiffs' counsel contacted NCRL's counsel, Celeste Monroe, to inform Ms. Monroe that the two

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 5
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1 documents were inconsistent. Specifically, there were more documents on the

2
3 e-mailed version of NCRL's exhibit list than on the one that was filed.

4 After some investigation, it was revealed that NCRL accidentally filed a

5
6 draft version of the witness and exhibit list, as opposed to the final version. (See

7 Ex. B attached hereto.) NCRL thanked Plaintiffs for bringing the matter to their

8 attention and immediately filed an Amended Witness and Exhibit List. (See Ex.

9
10 C attached hereto). Plaintiffs' counsel thanked NCRL for the clarification. (See

11 Ex. B).

12 In light of the parties' exchange and NCRL's prompt correction of its

13
14 error, NCRL was surprised to receive Plaintiffs' objections to the Amended

15 Witness and Exhibit List. This was particularly true given that Plaintiffs had

16
17 received a complete list of the items contained in the Amended Witnesses List,

18 via e-mail, less than 24 hours after the original (albeit draft) version was filed.

19
20 In any event, Plaintiffs' objections to the introduction of these exhibits as

21 untimely, should be overruled.

22 As an initial matter, NCRL explicitly reserved its rights to amend its

23
24 witness and exhibit list. Furthermore, Plaintiffs' cannot demonstrate prejudice.

25 The documents that were accidentally omitted from the original filing include a

26

27
28 NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 6
CV-06-327-EFS
DOCS-665537/ -

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

number of newspapers articles collected by Mr. Marney discussing widespread problems with unfiltered Internet access at public libraries throughout the county, as well as written discovery of the parties. None of these documents were new to Plaintiffs. The newspapers articles were submitted by NCRL in support of its motion for summary judgment and counsel has already engaged in considerable debate regarding their admissibility. The written discovery was exchanged over a year ago. In the absence of any prejudice to Plaintiffs, NCRL should be permitted to introduce Exs. 706-720 at trial.

Beyond the timeliness of their disclosure, Plaintiffs' have raised several other challenges to the admissibility of the newspaper articles, including a hearsay challenge. Plaintiffs arguments on these points are contained in their Motions in Limine. Accordingly, NCRL reserves its response to Plaintiffs' arguments regarding the admissibility of the newspaper articles for its opposition to Plaintiffs' Motion in Limine, which is scheduled to be filed on or before April 11, 2008.

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

DATED this 7th day of April, 2008

KARR TUTTLE CAMPBELL

By:*/s/ Celeste Mountain Monroe*
Celeste Mountain Monroe, WSBA #35843
E-mail – cmonroe@karrtuttle.com
Thomas D. Adams, WSBA #18470
E-mail – tadams@karrtuttle.com
Attorneys for Defendant North Central
Regional Library District
KARR TUTTLE CAMPBELL
1201 Third Ave., Ste. 2900
Seattle, WA 98101
Telephone: 206.233.1313
Facsimile: 206.682.7100

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 8
CV-O6-327-EFS
DOCS-665537/ -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union
Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _Debra M_____

Deborah Messer
dmesser@karrtuttle.com

NCRL'S RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBIT LIST - 9
CV-O6-327-EFS
DOCS-665537/ -

# EXHIBIT A

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>          Defendant. | )<br>)<br>)<br>)  NO.  CV-06-327-EFS<br>)<br>)  DEFENDANT NORTH CENTRAL<br>)  REGIONAL LIBRARY'S WITNESS<br>)  AND EXHIBIT LIST<br>)<br>)<br>)<br>)<br>)<br>) |

     Defendant North Central Regional Library identifies the following witnesses and exhibits:

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 1
CV-06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# I. FACT WITNESSES

### 1. **Dean Marney**

Dean Marney is the Director of the North Central Regional Library ("NCRL") District. Mr. Marney was appointed to his position by the NCRL Board of Trustees in 1990. As Director, Mr. Marney serves as the liaison between the Board and library staff.

Mr. Marney will testify regarding NCRL and its policies, including: its mission, collection development policy and internet usage policy. He will testify regarding NCRL's need to comply with the Children's Internet Protection Act ("CIPA") and the Board's decision to implement an Internet filter to facilitate compliance with CIPA. Mr. Marney will discuss NCRL's current internet filtering profile, as well as the procedure for requesting that certain internet content be unblocked by the filter. Mr. Marney will discuss the unblocking requests NCRL has received from patrons and the process that he and Mr. Howard follow in evaluating the requests. Mr. Marney will also discuss the other purposes the Internet filters serve, beyond compliance with CIPA, to include: (1) fulfillment of traditional collection decisions; (2) protection of staff

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 2
CV-06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1 and patrons from inadvertent exposure to illegal, pornographic, or other
2 disruptive and inappropriate material; and (3) compliance with other state and
3
4 federal laws.

5 ## 2. Dan Howard
6
7 Dan Howard is the Public Services Director for NCRL. Mr. Howard
8 administers NCRL's 28 branch libraries and its mail order library. He also
9 coordinates collection development activities and administer grants. With
10
11 respect to the individual branches, Mr. Howard's responsibilities include, among
12 other things, management of personnel. This includes supervision of all NCRL
13
14 branch librarians.

15 Mr. Howard will testify regarding NCRL's policies, to include: its
16
17 mission statement, collection development policy and internet usage policy. He
18 will discuss the relationship between the filter and collection development. He
19
20 will testify regarding his district's need to comply with the Children's Internet
21 Protection Act ("CIPA"). Mr. Howard will also discuss NCRL's current
22
23 internet filtering profile and the procedure for requesting that certain internet
24 content be unblocked. Mr. Howard will discuss the unblocking requests that

25
26
27
28

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 3
CV–06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

NCRL has received from patrons and the process that he and Mr. Marney use in evaluating the requests.

Mr. Howard will also discuss his experience with certain privacy measures suggested by Plaintiffs, including: (1) privacy screens; (2) recessed desks and (3) a "tap and tell" policy. Mr. Howard discuss his concerns with unfiltered access and the impact on branch staff.

3. **Barbara Walters**

Barbara Walters is the Information Technology Manager for the North Central Regional Library District. She has served in this role since 2002. Ms. Walters will testify regarding the structure of NCRL's computer network, to include technical information and details regarding the configuration of the Internet filter.

4. **Connie Kuhlman**

Connie Kuhlman is the Grant County Regional Manager and head of Moses Lake Branch. Ms. Kuhlman ran the Grand Coulee Branch before Moses Lake.

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 4
CV–06-327-EFS
#663 448 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Ms. Kuhlman will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material. She will also discuss her concerns with unfiltered access.

5. **Sharon Reddick**

Sharon Reddick is the Okanogan/Ferry County Regional Manager & Head of Omak Branch.

Ms. Reddick will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material. She will also discuss her concerns with unfiltered access.

6. **Katy Sessions**

Katy Sessions is the Chelan/Douglas County Regional Manager & Head of Wenatchee Branch.

Ms. Sessions will discuss her personal experience with the internet filter, including instances where individuals have circumvented the filter to obtain illicit material.

7. **Deborah Moore**

Deborah Moore is a NCRL Board Trustee from Grant County. She has served in this capacity since January 2007. Ms. Moore will testify regarding the

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 5
CV-06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

current Internet Filtering Policy.

## II. EXPERT WITNESS

### 1. Paul Resnick

Paul Resnick is a professor at the University of Michigan School of Information. Mr. Resnick was retained by NCRL to serve as an expert in the current litigation.

Mr. Resnick was asked to explain how the NCRL filtering software works. He was also asked to assess the methods used in studying the error rates in the filtering software NCRL uses as reported by Plaintiffs' expert, Mr. Bennett Haselton. Mr. Resnick will testify regarding all of these topics. In addition, Mr. Resnick will testify regarding his own study of NCRL's filter.

## III. EXHIBITS

| NO. | AUTHOR/MAKER | DESCRIPTION |
|---|---|---|
| 500 | NCRL | Branch Library Map |
| 501 - 528 | NCRL | Branch Photos |
| 529 | NCRL | Resolution adopting Internet Usage Policy |
| 530 | NCRL | Board Minutes adopting Internet Usage Policy |
| 531 | NCRL | Internet Usage Policy |
| 532 | NCRL | Current Fortiguard Filtering Profile |
| 533 - 536 | NCRL | Incident Reports |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 6
CV-06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| 537 | NCRL | Internal memo discussing decision to unblock "Plagerism" |
|------|------|-----------------------------------------------------------|
| 538 | NCRL | Internal memo discussing decision to unblock " Personal Relationships" |
| 539 | NCRL | Internal memo discussing decision to unblock YouTube, with accompanying Terms of Use |
| 540 | NCRL | Internal memo discussing decision to unblock Myspace, with accompanying Terms of Use |
| 541 | NCRL | Internal memo discussing decision to unblock Craigslist, excepting personals |
| 542-645 | NCRL/Patrons | Patron requests to unblock specific internet content and NCRL response |
| 646 | NCRL | Collection Development Policy |
| 647 | NCRL | Mission Statement |
| 648 | Paul Resnick | Paul Resnick's Expert Report/Data |
| 649 | FortiGuard | Diagrams re: how FortiGuard filter work (simply demonstrative?) |
| 650 | NCRL | March 11, 1999 Director's Report |
| 651 | NCRL | March 11, 1999 Board Meeting Minutes |
| 652 | NCRL | April 15, 1999 Board Meeting Minutes |
| 653 | NCRL | June 10, 1999 Board Meeting Minutes |
| 654 | NCRL | July 15, 1999 Board Meeting Minutes |
| 655 | NCRL | September 16, 1999 Board Meeting Minutes |
| 656 | NCRL | August 12, 1999 Director's Report |
| 657 | NCRL | October 14, 1999 Director's Report |
| 658 | NCRL | December 16, 1999 Director's Report |
| 659 | NCRL | February 10, 2000 Director's Report |
| 660 | NCRL | January 13, 2000 Director's Report |
| 661 | NCRL | November 17, 1999 Director's Report |
| 662 | NCRL | December 16, 1999 Board Meeting Minutes |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 7
CV-06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | | | |
|---|---|---|---|
| 664 | NCRL | February 10, 2000 Board Meeting Minutes |
| 663 | NCRL | March 16, 2000 Board Meeting Minutes |
| 664 | NCRL | May 11, 2000 Board Meeting Minutes |
| 665 | NCRL | June 15, 2000 Board Meeting Minutes |
| 666 | NCRL | August 10, 2000 Board Meeting Minutes |
| 667 | NCRL | September 14, 2000 Board Meeting Minutes |
| 668 | NCRL | August 10, 2000 Director's Report |
| 669 | NCRL | October 12, 2000 Director's Report |
| 670 | NCRL | October 12, 2000 Board Meeting Minutes |
| 671 | NCRL | December 14, 2000 Board Meeting Minutes |
| 672 | NCRL | December 14, 2000 Director's Report |
| 673 | NCRL | January 11, 2001 Board Meeting Minutes |
| 674 | NCRL | January 11, 2001 Director's Report |
| 675 | NCRL | February 15, 2001 Director's Report |
| 676 | NCRL | February 15, 2001 Board Meeting Minutes |
| 677 | NCRL | March 15, 2001 Board Meeting Minutes |
| 678 | NCRL | June 14, 2001 Director's Report |
| 679 | NCRL | October 11, 2001 Board Meeting Minutes |
| 680 | NCRL | October 11, 2001 Director's Report |
| 681 | NCRL | November 15, 2001 Board Meeting Minutes |
| 682 | NCRL | January 17, 2002 Board Meeting Minutes |
| 683 | NCRL | February 14, 2002 Board Meeting Minutes |
| 684 | NCRL | February 14, 2002 Director's Report |
| 685 | NCRL | May 16, 2002 Director's Report |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 8
CV–06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| 686 | NCRL | May 16, 2002 Board Meeting Minutes |
| 687 | NCRL | October 10, 2002 Board Meeting Minutes |
| 688 | NCRL | December 12, 2002 Director's Report |
| 689 | NCRL | January 15, 2004 Board Meeting Minutes |
| 690 | NCRL | April 15, 2004 Director's Report |
| 691 | NCRL | May 13, 2004 Board Meeting Minutes |
| 692 | NCRL | May 13, 2004 Director's Report |
| 693 | NCRL | April 14, 2005 Board Meeting Minutes |
| 694 | NCRL | December 15, 2005 Board Meeting Minutes |
| 695 | NCRL | March 16, 2006 Board Meeting Minutes |
| 696 | NCRL | July 20, 2006 Board Meeting Minutes |
| 697 | NCRL | November 16, 2006 Director's Report |
| 698 | NCRL | January 18, 2007 Director's Report |
| 699 | ACLU | Correspondence from ACLU to NCRL patrons soliciting a lawsuit |
| 700 – 703 | NCRL/Heinlen | Correspondence between NCRL and Charles Heinlen |
| 704 | NCRL | NCRL Bylaws |

//

//

//

//

//

//

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 9
CV–06-327-EFS
#663 448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101–3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1

2

3      NCRL reserves the right to amend its exhibit list, both to withdraw or

4      add certain exhibits, based on Plaintiff's disclosure.  NCRL reserves the right

5      to use any exhibit proposed by Plaintiffs and admitted into evidence.

6

7          DATED this 24th day of March, 2008.

8                              KARR TUTTLE CAMPBELL

9

10                             By:/s/ Thomas D. Adams
                                  Thomas D. Adams, WSBA #18470
11                                E-mail – tadams@karrtuttle.com
                                  Celeste Mountain Monroe, WSBA #35843
12                                E-mail – cmonroe@karrtuttle.com
                                  Attorneys for Defendant North Central
13                                Regional Library District
                                  KARR TUTTLE CAMPBELL
14                                1201 Third Ave., Ste. 2900
                                  Seattle, WA  98101
15                                Telephone:  206.233.1313
                                  Facsimile:  206.682.7100
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S WITNESS
AND EXHIBIT LIST - 10
CV–06-327-EFS
#663-448 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
:01 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court

3   using the CM/ECF system which will send notification of such filing to the persons listed below:

4       Duncan Manville                           Aaron Caplan
        1629 2nd Ave. W                           ACLU of Washington
5       Seattle, WA 98119                         705 Second Ave., Ste. 300
                                                  Seattle, WA 98103
6       Catherine Crump
        American Civil Liberties Union
7       Foundation
        125 Broad Street, 17th Floor
8       New York, NY 10004

9

10                              KARR TUTTLE CAMPBELL

11

12                      By: _____
                            Heather L. White
13                          hwhite@karrtuttle.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DEFENDANT NORTH CENTRAL
     REGIONAL LIBRARY'S WITNESS
     AND EXHIBIT LIST - 11
     CV-06-327-EFS
     #663448 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
01 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# EXHIBIT B

## Celeste M. Monroe

**From:** Duncan Manville [duncan.manville@yahoo.com]
**Sent:** Friday, March 28, 2008 10:26 AM
**To:** Celeste M. Monroe
**Cc:** Aaron Caplan; Catherine Crump
**Subject:** Re: NCRL Witness/Exhibit List

Thanks for the clarification, Celeste.



Duncan



----- Original Message ----
From: Celeste M. Monroe <cmonroe@karrtuttle.com>
To: Duncan Manville <duncan.manville@yahoo.com>
Cc: Thomas D. Adams <tadams@karrtuttle.com>; Catherine Crump <ccrump@aclu.org>; Aaron Caplan <caplan@aclu-wa.org>
Sent: Friday, March 28, 2008 9:47:58 AM
Subject: NCRL Witness/Exhibit List

Duncan -

In response to your message this morning, I went and looked at the Witness and Exhibit List that we filed and it did not match what was on our electronic system.  Heather believes that she accidentally filed a draft version of the pleading that was sitting on her desk - which did not include anything after Ex. 704.  I had added 705 (the Reserved Exhibit to match up with your Ex. 66) as well as all of the newspaper articles, and interrogatories/RFPs for Plaintiffs and NCRL to the document that should have been filed.

All of the documents that we intend to offer at trial were included in the chart that I sent you on the 25th  - except the rogs/RFPS, which I didn't believe you needed citations for.

We apologize for this confusion and are in the process of filing the amended version of our Witness and Exhibit List right now.

Thank you,

[x] Karr Tuttle Campbell

**Celeste Mountain Monroe**
Attorney
1201 3rd Avenue, Suite 2900
Seattle, Washington 98101
● direct    206-224-8064
● main     206-223-1313
● fax       206-682-7100
Visit our website www.karrtuttle.com

A Law Firm for the Pacific Northwest

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (ii) promoting or marketing to another party any transaction or matter addressed herein.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

# EXHIBIT C

Thomas D. Adams
Celeste Mountain Monroe
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98101-3028
(206) 223-1313
Attorneys for North Central Regional Library District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and THE SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CENTRAL REGIONAL LIBRARY DISTRICT, <br><br> Defendant. | NO. CV-06-327-EFS <br><br> DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S AMENDED WITNESS AND EXHIBIT LIST |

Defendant North Central Regional Library identifies the following witnesses and exhibits:

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 1
CV-06-327-EFS
#664851 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

# I. FACT WITNESSES

## 1. Dean Marney

Dean Marney is the Director of the North Central Regional Library ("NCRL") District. Mr. Marney was appointed to his position by the NCRL Board of Trustees in 1990. As Director, Mr. Marney serves as the liaison between the Board and library staff.

Mr. Marney will testify regarding NCRL and its policies, including: its mission, collection development policy and internet usage policy. He will testify regarding NCRL's need to comply with the Children's Internet Protection Act ("CIPA") and the Board's decision to implement an Internet filter to facilitate compliance with CIPA. Mr. Marney will discuss NCRL's current internet filtering profile, as well as the procedure for requesting that certain internet content be unblocked by the filter. Mr. Marney will discuss the unblocking requests NCRL has received from patrons and the process that he and Mr. Howard follow in evaluating the requests. Mr. Marney will also discuss the other purposes the Internet filters serve, beyond compliance with CIPA, to include: (1) fulfillment of traditional collection decisions; (2) protection of staff

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 2
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

and patrons from inadvertent exposure to illegal, pornographic, or other disruptive and inappropriate material; and (3) compliance with other state and federal laws.

## 2. Dan Howard

Dan Howard is the Public Services Director for NCRL. Mr. Howard administers NCRL's 28 branch libraries and its mail order library. He also coordinates collection development activities and administer grants. With respect to the individual branches, Mr. Howard's responsibilities include, among other things, management of personnel. This includes supervision of all NCRL branch librarians.

Mr. Howard will testify regarding NCRL's policies, to include: its mission statement, collection development policy and internet usage policy. He will discuss the relationship between the filter and collection development. He will testify regarding his district's need to comply with the Children's Internet Protection Act ("CIPA"). Mr. Howard will also discuss NCRL's current internet filtering profile and the procedure for requesting that certain internet content be unblocked. Mr. Howard will discuss the unblocking requests that

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 3
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

NCRL's Response
Page 28

1  NCRL has received from patrons and the process that he and Mr. Marney use in

2
3  evaluating the requests.

4      Mr. Howard will also discuss his experience with certain privacy

5
6  measures suggested by Plaintiffs, including: (1) privacy screens; (2) recessed

7  desks and (3) a "tap and tell" policy.  Mr. Howard discuss his concerns with

8  unfiltered access and the impact on branch staff.

9
   **3. Barbara Walters**
10
11     Barbara Walters is the Information Technology Manager for the North

12
13  Central Regional Library District.  She has served in this role since 2002.

14  Ms. Walters will testify regarding the structure of NCRL's computer network, to

15
16  include technical information and details regarding the configuration of the

17  Internet filter.

18     **4. Connie Kuhlman**

19
20     Connie Kuhlman is the Grant County Regional Manager and head of

21  Moses Lake Branch. Ms. Kuhlman ran the Grand Coulee Branch before Moses

22  Lake.

23

24

25

26

27

28
DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 4
CV-06-327-EFS
#G64851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1    Ms. Kuhlman will discuss her personal experience with the internet filter,

2

3    including instances where individuals have circumvented the filter to obtain

4    illicit material.  She will also discuss her concerns with unfiltered access.

5    5. **Sharon Reddick**

6

7    Sharon Reddick is the Okanogan/Ferry County Regional Manager &

8    Head of Omak Branch.

9

10    Ms. Reddick will discuss her personal experience with the internet filter,

11    including instances where individuals have circumvented the filter to obtain

12    illicit material.  She will also discuss her concerns with unfiltered access.

13

14    6. **Katy Sessions**

15    Katy Sessions is the Chelan/Douglas County Regional Manager & Head

16    of Wenatchee Branch.

17

18    Ms. Sessions will discuss her personal experience with the internet filter,

19    including instances where individuals have circumvented the filter to obtain

20

21    illicit material.

22    7. **Deborah Moore**

23

24    Deborah Moore is a NCRL Board Trustee from Grant County.  She has

25    served in this capacity since January 2007.  Ms. Moore will testify regarding the

26

27

28    DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 5
C V-06-327-EFS
#G64851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
···· Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

current Internet Filtering Policy.

## II. EXPERT WITNESS

### 1. Paul Resnick

Paul Resnick is a professor at the University of Michigan School of Information. Mr. Resnick was retained by NCRL to serve as an expert in the current litigation.

Mr. Resnick was asked to explain how the NCRL filtering software works. He was also asked to assess the methods used in studying the error rates in the filtering software NCRL uses as reported by Plaintiffs' expert, Mr. Bennett Haselton. Mr. Resnick will testify regarding all of these topics. In addition, Mr. Resnick will testify regarding his own study of NCRL's filter.

Mr. Resnick will be unavailable after June 6, 2008.

### III. EXHIBITS

| NO. | AUTHOR/MAKER | DESCRIPTION |
|---|---|---|
| 500 | NCRL | Branch Library Map |
| 501 - 528 | NCRL | Branch Photos |
| 529 | NCRL | Resolution adopting Internet Usage Policy |
| 530 | NCRL | Board Minutes adopting Internet Usage Policy |
| 531 | NCRL | Internet Usage Policy |
| 532 | NCRL | Current Fortiguard Filtering Profile |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 6
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
telephone (206) 223-1313, Facsimile (206) 682-7100

| | | | |
|---|---|---|---|
| 533 – 536 | NCRL | Incident Reports |
| 537 | NCRL | Internal memo discussing decision to unblock "Plagerism" |
| 538 | NCRL | Internal memo discussing decision to unblock " Personal Relationships" |
| 539 | NCRL | Internal memo discussing decision to unblock YouTube, with accompanying Terms of Use |
| 540 | NCRL | Internal memo discussing decision to unblock Myspace, with accompanying Terms of Use |
| 541 | NCRL | Internal memo discussing decision to unblock Craigslist, excepting personals |
| 542-645 | NCRL/Patrons | Patron requests to unblock specific internet content and NCRL response *The number of these exhibits may increase between now and trial as additional requests are received and additional correspondence is generated* |
| 646 | NCRL | Collection Development Policy |
| 647 | NCRL | Mission Statement |
| 648 | Paul Resnick | Paul Resnick's Expert Report/Data |
| 649 | FortiGuard | Diagrams re: how FortiGuard filter work (may be simply demonstrative) |
| 650 | NCRL | March 11, 1999 Director's Report |
| 651 | NCRL | March 11, 1999 Board Meeting Minutes |
| 652 | NCRL | April 15, 1999 Board Meeting Minutes |
| 653 | NCRL | June 10, 1999 Board Meeting Minutes |
| 654 | NCRL | July 15, 1999 Board Meeting Minutes |
| 655 | NCRL | September 16, 1999 Board Meeting Minutes |
| 656 | NCRL | August 12, 1999 Director's Report |
| 657 | NCRL | October 14, 1999 Director's Report |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 7
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
phone (206) 223-1313, Facsimile (206) 682-7100

| 1  | 658 | NCRL | December 16, 1999 Director's Report |
| 2  | 659 | NCRL | February 10, 2000 Director's Report |
| 3  | 660 | NCRL | January 13, 2000 Director's Report |
| 3  | 661 | NCRL | November 17, 1999 Director's Report |
| 4  | 662 | NCRL | December 16, 1999 Board Meeting Minutes |
| 5  |     |      |                                     |
| 6  | 664 | NCRL | February 10, 2000 Board Meeting Minutes |
| 7  | 663 | NCRL | March 16, 2000 Board Meeting Minutes |
| 8  | 664 | NCRL | May 11, 2000 Board Meeting Minutes |
| 9  | 665 | NCRL | June 15, 2000 Board Meeting Minutes |
|    | 666 | NCRL | August 10, 2000 Board Meeting Minutes |
| 10 | 667 | NCRL | September 14, 2000 Board Meeting Minutes |
| 11 |     |      |                                     |
| 12 | 668 | NCRL | August 10, 2000 Director's Report |
|    | 669 | NCRL | October 12, 2000 Director's Report |
| 13 | 670 | NCRL | October 12, 2000 Board Meeting Minutes |
| 14 |     |      |                                     |
| 15 | 671 | NCRL | December 14, 2000 Board Meeting Minutes |
| 16 |     |      |                                     |
| 16 | 672 | NCRL | December 14, 2000 Director's Report |
| 17 | 673 | NCRL | January 11, 2001 Board Meeting Minutes |
| 18 |     |      |                                     |
| 18 | 674 | NCRL | January 11, 2001 Director's Report |
| 19 | 675 | NCRL | February 15, 2001 Director's Report |
| 20 | 676 | NCRL | February 15, 2001 Board Meeting Minutes |
| 21 |     |      |                                     |
| 21 | 677 | NCRL | March 15, 2001 Board Meeting Minutes |
| 22 | 678 | NCRL | June 14, 2001 Director's Report |
| 23 | 679 | NCRL | October 11, 2001 Board Meeting Minutes |
| 24 |     |      |                                     |
| 24 | 680 | NCRL | October 11, 2001 Director's Report |
| 25 | 681 | NCRL | November 15, 2001 Board Meeting Minutes |
| 26 |     |      |                                     |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 8
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| 682 | NCRL | January 17, 2002 Board Meeting Minutes |
|------|------|------|
| 683 | NCRL | February 14, 2002 Board Meeting Minutes |
| 684 | NCRL | February 14, 2002 Director's Report |
| 685 | NCRL | May 16, 2002 Director's Report |
| 686 | NCRL | May 16, 2002 Board Meeting Minutes |
| 687 | NCRL | October 10, 2002 Board Meeting Minutes |
| 688 | NCRL | December 12, 2002 Director's Report |
| 689 | NCRL | January 15, 2004 Board Meeting Minutes |
| 690 | NCRL | April 15, 2004 Director's Report |
| 691 | NCRL | May 13, 2004 Board Meeting Minutes |
| 692 | NCRL | May 13, 2004 Director's Report |
| 693 | NCRL | April 14, 2005 Board Meeting Minutes |
| 694 | NCRL | December 15, 2005 Board Meeting Minutes |
| 695 | NCRL | March 16, 2006 Board Meeting Minutes |
| 696 | NCRL | July 20, 2006 Board Meeting Minutes |
| 697 | NCRL | November 16, 2006 Director's Report |
| 698 | NCRL | January 18, 2007 Director's Report |
| 699 | ACLU | Correspondence from ACLU to NCRL patrons soliciting a lawsuit |
| 700 - 703 | NCRL/Heinlen | Correspondence between NCRL and Charles Heinlen |
| 704 | NCRL | NCRL Bylaws |
| 705 | RESERVED | RESERVED |
| 706 | Dallas Morning News | 1/15/2008 Article "On Dallas Library Computers, Porn is a Regular Sight" |
| 707 | Brainerd Dispatch | 8/16/2003 Article "Librarians Settle Porn Case" |
| 708 | KTHV Little Rock | 10/3/2007 Article "Preventing Internet Predators in Libraries" |

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 9
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| 709 | KTHV Little Rock | 10/09/2007 Article "Sex Offender Legislation Targets Libraries" |
|---|---|---|
| 710 | Library Journal | 2/5/2008 Article "After Attach on Child in Library, Mayor Wants to Bar Sex Offenders" |
| 711 | Courier-Journal | 11/20/2007 Article "Louisville man pleaded guilty to Child Pornography Charges – He Got Files Using Library Computers." |
| 712 | WSB Atlanta | 11/12/2007 Article "Woman Wants Porn-Watching At Library Stopped" |
| 713 | Library Journal | 6/15/2007 Article "Monroe Cty. Adopts Tough Net Policy" |
| 714 | Winonan | 9/20/2007 Article "Library Reassess Public Access After Man Looks at Porn" |
| 715 | Mercury News | 10/21/2007 Article "Councilman wants San Jose Libraries to Block Online Porn" |
| 716 | Charles Heinlen | Interrogatory/RFP Responses from Charles Heinlen |
| 717 | Sarah Bradburn | Interrogatory/RFP Responses from Sarah Bradburn |
| 718 | Pearl Cherrington | Interrogatory/RFP Responses from Pearl Cherrington |
| 719 | Second Amendment Foundation | Interrogatory/RFP Responses from Second Amendment Foundation |
| 720 | NCRL | Interrogatory/RFP Responses from NCRL |

NCRL reserves the right to amend its exhibit list, both to withdraw or add certain exhibits, based on Plaintiff's disclosure or to add exhibits as

DEFENDANT NORTH CENTRAL REGIONAL LIBRARY'S AMENDED WITNESS AND EXHIBIT LIST - 10
CV-06-327-EFS
#664851 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1  additional unblocking requests are received.  NCRL reserves the right to use

2
3  any exhibit proposed by Plaintiffs and admitted into evidence.

4      DATED this 28th day of March, 2008.

5
6                         KARR TUTTLE CAMPBELL

7                         By:/s/Celeste Mountain Monroe
                         Celeste Mountain Monroe, WSBA #35843
8                         E-mail – cmonroe@karrtuttle.com
9                         Thomas D. Adams, WSBA #18470
                         E-mail – tadams@karrtuttle.com
10                         Attorneys for Defendant North Central
11                         Regional Library District
                         KARR TUTTLE CAMPBELL
12                         1201 Third Ave., Ste. 2900
13                         Seattle, WA  98101
                         Telephone:  206.233.1313
14                         Facsimile:  206.682.7100
15
16
17
18
19
20
21
22
23
24
25
26
27
28  DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 11
CV-06-327-EFS
#664851 v1 / 42703-001

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Duncan Manville
1629 2nd Ave. W
Seattle, WA 98119

Aaron Caplan
ACLU of Washington
705 Second Ave., Ste. 300
Seattle, WA 98103

Catherine Crump
American Civil Liberties Union Foundation
125 Broad Street, 17th Floor
New York, NY 10004

KARR TUTTLE CAMPBELL

By: _____
Heather L. White
hwhite@karrtuttle.com

DEFENDANT NORTH CENTRAL
REGIONAL LIBRARY'S AMENDED
WITNESS AND EXHIBIT LIST - 12
CV-06-327-EFS
#664851 v1 / 42703-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

NCRL's Response
Page 37