THE HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant | No. CV-06-327-EFS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS TO DESIGNATED DEPOSITION TESTIMONY** |

Defendant North Central Regional Library ("NCRL") filed an objection to Plaintiffs' designated deposition testimony. Specifically, NCRL "objects to the use of any designated deposition testimony by Plaintiffs of any witness to support

PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS
TO DESIGNATED DEPOSITION TESTIMONY -- 1

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

dockets.Justia.com

their case in chief when such witness is available to testify in person." NCRL's Br. at 2.

NCRL does not direct its objection toward the use of deposition testimony from any particular witness. Plaintiffs will therefore rebut the objection as to each witness. Plaintiffs designated deposition testimony from five witnesses: Liam Chasteen, Dean Marney, Dan Howard, Barbara Walters, and Paul Resnick. All of the testimony Plaintiffs designated is admissible.

**Chasteen**

Liam Chasteen provided deposition testimony on behalf of Fortinet, Inc. Fortinet supplies NCRL's filtering product. The deposition was taken pursuant to NCRL's 30(b)(6) subpoena. Fortinet is located in Sunnyvale, California.

Chasteen's testimony is admissible under Federal Rule of Civil Procedure 32(a)(4)(B). The Rule states:

> A party may use for any purpose the deposition of a witness, whether or not a party, if the court finds . . . that the witness is more than 100 miles from the place of hearing or trial or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition.

Fed. R. Civ. P. 32(a)(4)(B). See also Hangarter v. Provident Life and Acc. Ins. Co., 373 F.3d 998, 1019 (9th Cir. 2004) (explaining that a witness's "residence in Alabama placed him outside of the court's subpoena power under Fed. R. Civ. P. 45, and he was thus unavailable pursuant to Fed. R. Civ. P. 32(a)(3), which

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

permits deposition testimony where 'the witness is at a greater distance than 100 miles from the place of trial or hearing.'").

Chasteen, who works in California, is clearly more than 100 miles from the place of trial. No one has suggested that Plaintiffs have procured his absence. NCRL has not indicated that it intends to make Chasteen available to testify at trial during Plaintiffs' case-in-chief. Plaintiffs are therefore entitled to rely on excerpts of his deposition in lieu of live testimony.

**Marney, Howard, and Walters**

Plaintiffs also designated deposition testimony given by Dean Marney, Dan Howard, and Barbara Walters. The depositions of these witnesses are admissible in Plaintiffs' case-in-chief under Federal Rule of Civil Procedure 32(a)(3). The Rule provides, "An adverse party may use for any purpose the depositions of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4)." Fed. R. Civ. P. 32(a)(3). These individuals are all managing agents. Dean Marney is the Director of NCRL. Dan Howard is the Public Services Director for NCRL. Barbara Walters is the IT Manager for NCRL.

There is no exception to Rule 32(a)(3) admissibility where a party opponent is available to provide live trial testimony. As the Tenth Circuit has explained, "Rule 32 allows a party to introduce 'as a part of his substantive proof, the

PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS
TO DESIGNATED DEPOSITION TESTIMONY -- 3

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

deposition of his adversary, and it is quite immaterial that the adversary is available to testify at the trial or has testified there.'" Coletti v. Cudd Pressure Control, 165 F.3d 767, 773 (10th Cir. 1999) (quoting King & King Enters. v. Champlin Petroleum Co., 657 F.2d 1147, 1163-64 (10th Cir.1981)).

### Resnick

Paul Resnick is a professor at the University of Michigan School of Information. He was retained by NCRL to serve as an expert. Plaintiffs are entitled to offer Resnick's deposition testimony in their case-in-chief under Federal Rule of Civil Procedure 32(a)(4)(B), because Resnick is "more than 100 miles from the place of hearing or trial." No one has suggested that Plaintiffs caused Resnick's unavailability, and NCRL has not agreed to make Resnick available during Plaintiffs' case-in-chief.

DATED this 18th day of April, 2008.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Catherine Crump
Catherine Crump, pro hac vice
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 519-7806
ccrump@aclu.org

PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS
TO DESIGNATED DEPOSITION TESTIMONY -- 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

/s/ Aaron H. Caplan, WSBA #22525
American Civil Liberties Union of
Washington Foundation
705 Second Avenue, Third Floor
Seattle, WA 98103
Tel. (206) 624-2184
Fax (206) 624-2190
caplan@aclu-wa.org

Duncan Manville, WSBA #30304
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 288-9330
Fax (206) 624-2190
duncan.manville@yahoo.com

Counsel for Plaintiffs

PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTIONS
TO DESIGNATED DEPOSITION TESTIMONY -- 5

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the persons listed below:

>Thomas D. Adams
>Celeste Mountain Monroe
>KARR TUTTLE CAMPBELL
>1201 Third Avenue, Suite 2900
>Seattle, WA 98101
>
>Attorneys for Defendant

DATED this 18th day of April, 2008.

>AMERICAN CIVIL LIBERTIES UNION
>OF WASHINGTON FOUNDATION
>
>By: /s/ Catherine Crump
>
>Catherine Crump, pro hac vice
>American Civil Liberties Union Foundation
>125 Broad Street, 18th Floor
>New York, NY 10004
>Tel. (212) 519-7806
>ccrump@aclu.org

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTIONS IN LIMINE

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184