# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| SARAH BRADBURN, et al,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>　　　　　　　　　　Defendant. | **Case No.** CV-06-327-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 04/23/2008　**LOCATION:** Richland<br><br>**MOTION HEARING** |
|---|---|

| **Judge Edward F. Shea** | |
|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Stephanie Smithson<br>**Court Reporter** |
| Duncan E. Manville<br>Catherine Crump<br>**Plaintiffs' Counsel** | | Thomas Dean Adams<br>**Defendant's Counsel** |

**[ XX ] Open Court　　　　[  ] Chambers　　　　[  ] Telecon　By:**

Mr. Adams, on behalf of the defendants, moves Court for Certification of Questions of State Constitutional Law re [29] Statement of Facts, [28] (Ct Rec 37)
Mr. Manville argues resisting
Rebuttal argument by Mr. Adams
Additional argument by Mr. Manville

**Court:**　　Defendant's MOTION Certification of Questions of State Constitutional Law re [29] Statement of Facts, [28] (Ct Rec 37) **granted in part** because constitution question certified; **denied in part** because standing question not certified. Parties to meet and confer and submit a proposed joint stipulated question to be certified to the Supreme Court. If parties are not able to reach a stipulation - parties shall submit proposed independent questions within 30 days for the Court's review

　　　　Defendant's MOTION for Summary Judgment (Ct Rec 28) **held in abeyance at this time**
　　　　Plaintiffs' MOTION for Summary Judgment (Ct Rec 39) **held in abeyance at this time**

　　　　Pre-Trial Conference and Jury Trial dates stricken

**[ X ] ORDER FORTHCOMING**

| CONVENED: 10:20 AM | ADJOURNED: 10:50 AM | TIME:　　/30 MINUTES | CALENDARED [  ] |
|---|---|---|---|