THE HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

Defendant

Case No. CV-06-327-EFS

**NOTICE OF APPEARANCE**

TO: Clerk of Court

AND TO: Attorneys for Defendant

NOTICE OF APPEARANCE-- 1

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

| | |
|---|---|
| 1 | Please take notice that Sarah A. Dunne of the American Civil Liberties Union of Washington Foundation, hereby appears in the above-entitled case on behalf of Plaintiffs. |
| 2 | |
| 3 | |
| 4 | |

Please take notice that Sarah A. Dunne of the American Civil Liberties Union of Washington Foundation, hereby appears in the above-entitled case on behalf of Plaintiffs.

Dated: June 16, 2008.

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

By: /s/ Sarah A. Dunne
Sarah A. Dunne, WSBA #34869
705 Second Avenue, Suite 300
Seattle, WA 98104
Tel: (206) 624-2184
dunne@aclu-wa.org

Duncan Manville
1629 2nd Avenue W.
Seattle, WA 98119
Tel. (206) 390-8164
duncan.manville@yahoo.com

Catherine Crump (Admitted *Pro Hac Vice*)
ACLU Foundation
125 Broad Street, Seventeenth Floor
New York, NY 10004
Tel. (212) 519-7806
ccrump@aclu.org

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

Aaron H. Caplan
American Civil Liberties Union
of Washington Foundation
705 Second Avenue, Suite 300
Seattle, WA 98104
Tel: (206) 624-2184
caplana@aclu-wa.org

Attorneys for Plaintiffs

NOTICE OF APPEARANCE-- 3

**AMERICAN CIVIL LIBERTIES UNION**
**OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

Celeste Mountain Monroe
Thomas D. Adams
Karr Tuttle & Campbell
Tel. (206) 233-1313
cmonroe@karrtuttle.com
tadams@karrtuttle.com

Attorneys for Defendant

DATED this 16th day of June, 2008.

    AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION

    By: /s/ Sarah A. Dunne
    Sarah A. Dunne, WSBA #34869
    705 Second Avenue, Suite 300
    Seattle, WA 98103
    Tel. (206) 624-2184
    dunne@aclu-wa.org

NOTICE OF APPEARANCE-- 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184