THE HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>Defendant | Case No. CV-06-327-EFS<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO:     Clerk of Court

AND TO:     Attorneys for Defendants

Please take notice that Aaron H. Caplan, counsel for Plaintiffs, changes his professional association and address to the following:

NOTICE OF CHANGE OF ADDRESS -- 1

**AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION**
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184

|   |   |
|---|---|
| 1 | Aaron H. Caplan |
| 2 | Loyola Law School Los Angeles |
| 3 | 919 Albany Street |
|   | Los Angeles, CA  90015 |
| 4 | Tel. (213) 736-1000 |
| 5 | aaron.caplan@lls.edu |
| 6 |   |
| 7 |   |
| 8 | Dated:  June 17, 2008. |
| 9 |   |
| 10 | By: /s/ Aaron H. Caplan |
|   | Aaron H. Caplan, WSBA #22525 |
| 11 | Loyola Law School Los Angeles |
| 12 | 919 Albany Street |
|   | Los Angeles, CA  90015 |
| 13 | Tel. (213) 736-1000 |
| 14 | aaron.caplan@lls.edu |
| 15 |   |
|   | Duncan Manville |
| 16 | 1629 2nd Avenue W. |
| 17 | Seattle, WA 98119 |
|   | Tel. (206) 390-8164 |
| 18 | duncan.manville@yahoo.com |
| 19 |   |
| 20 | Catherine Crump (Admitted *Pro Hac Vice*) |
|   | ACLU Foundation |
| 21 | 125 Broad Street, Seventeenth Floor |
| 22 | New York, NY  10004 |
|   | Tel. (212) 519-7806 |
| 23 | ccrump@aclu.org |
| 24 |   |
| 25 |   |
| 26 |   |

NOTICE OF CHANGE OF ADDRESS -- 2

| | |
|---|---|
| 1 | Sarah A. Dunne |
| 2 | American Civil Liberties Union |
| 3 | of Washington Foundation |
| | 705 Second Avenue, Suite 300 |
| 4 | Seattle, WA 98103 |
| 5 | Tel. (206) 624-2184 |
| 6 | dunne@aclu-wa.org |
| 7 | |
| | Attorneys for Plaintiffs |

NOTICE OF CHANGE OF ADDRESS -- 3

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

Thomas D. Adams
Celeste Mountain Monroe
Karr Tuttle & Campbell
Tel. (206) 233-1313
cmonroe@karrtuttle.com
tadams@karrtuttle.com

Attorneys for Defendant

DATED this 16th day of June, 2008.

/s/ Aaron H. Caplan
Aaron H. Caplan, WSBA #22525
Loyola Law School Los Angeles
919 Albany Street
Los Angeles, CA 90015
Tel. (213) 736-1000
aaron.caplan@lls.edu

NOTICE OF CHANGE OF ADDRESS -- 4

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
705 Second Avenue, Suite 300
Seattle, Washington 98104-1799
(206) 624-2184