UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH BRADBURN, PEARL CHERRINGTON, CHARLES HEINLEN, and the SECOND AMENDMENT FOUNDATION,<br><br>         Plaintiffs,<br><br>   v.<br><br>NORTH CENTRAL REGIONAL LIBRARY DISTRICT,<br><br>         Defendant. | NO. CV-06-0327-EFS<br><br>**CERTIFICATION FROM UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON** |

On April 23, 2008, the Court determined that certification to the Washington Supreme Court is necessary. Therefore, for the reasons set forth in the Court's Order Granting and Denying In Part Defendant's Motion for Certification and Holding in Abeyance the Motions for Summary Judgment (Ct. Rec. 96), the Court respectfully requests that, pursuant to RCW 2.60.020, the Washington Supreme Court provide guidance on the following issue:

> Whether a public library, consistent with Article 1, § 5 of the Washington Constitution, may filter Internet access for all patrons without disabling Web sites containing constitutionally-protected speech upon the request of an adult library patron.

ORDER CERTIFYING ISSUE TO THE WASHINGTON SUPREME COURT ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. This issue shall be certified to the Washington Supreme Court for decision.

2. The above-captioned case is **STAYED** upon further order of this Court following the Washington Supreme Court's decision on the issue certified.

3. Pursuant to Washington Rule of Appellate Procedure 16.16(e)(1), Defendants shall file the first brief within thirty (30) days after the record is filed with the Supreme Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to counsel.

**DATED** this 30th day of September 2008.

<pre>
                     S/ Edward F. Shea
                     EDWARD F. SHEA
                United States District Judge
</pre>

Q:\Civil\2006\0327.certific.wa.supct.wpd