# THE SUPREME COURT
## STATE OF WASHINGTON

RONALD R. CARPENTER
SUPREME COURT CLERK

SUSAN L. CARLSON
DEPUTY CLERK / CHIEF STAFF ATTORNEY



TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

October 2, 2008

Thomas Dean Adams
Celeste Mountain Monroe
Karr Tuttle Campbell
1201 3rd Ave Suite 2900
Seattle, WA 98101-3028

Duncan Emerson Manville
Attorney at Law
1629 2nd Ave W
Seattle, WA 98119-3009

U.S. District Court for the
Eastern District of Washington
James R. Larsen, Clerk
PO Box 1493
Spokane, WA 99210

Re: Supreme Court No. 82200-0 - Sarah Bradburn et al. v. North Central Regional Library District
U.S. District Court for the Eastern District of Washington No. CV-06-0327-EFS

Clerk and Counsel:

On October 2, 2008, this Court received a copy of the federal District Court's order entered in the above captioned matter on September 30, 2008. The order regards the certification of a question to this Court pursuant to the Federal Court Local Law Certificate Procedure Act, Chapter 2.60 RCW, and RAP 16.16. The matter has been assigned the above referenced Supreme Court cause number.

It is noted that the record has not yet been received. Counsel are advised that a letter establishing a briefing schedule will be sent as soon as the record is received.

It would also be extremely helpful if the Clerk could forward to this Court a list of the names and addresses or all parties/counsel in this matter and identify whether they are plaintiffs or defendants.

Sincerely,

Susan L. Carlson
Supreme Court Deputy Clerk

RECEIVED
OCT 06 2008
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

SLC:alb

cc: Steven Goff, Supreme Court Commissioner