# THE SUPREME COURT
## STATE OF WASHINGTON

**RONALD R. CARPENTER**
SUPREME COURT CLERK

**SUSAN L. CARLSON**
DEPUTY CLERK / CHIEF STAFF ATTORNEY



**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

October 29, 2008

Thomas Dean Adams
Celeste Mountain Monroe
Karr Tuttle Campbell
1201 3rd Ave Suite 2900
Seattle, WA 98101-3028

Sarah A. Dunne
ACLU
705 2nd Ave Suite 300
Seattle, WA 98104-1723

Honorable Edward F. Shea
United States District Judge
Eastern District of Washington
PO Box 1386
Richland, WA 99352

Duncan Emerson Manville
Attorney at Law
1629 2nd Ave W
Seattle, WA 98119-3009

Catherine Crump
American Civil Liberties
125 Broad Street
Seventh Floor
New York, NY 10004

U.S. District Court for the
Eastern District of Washington
James R. Larsen, Clerk
PO Box 1493
Spokane, WA 99210

Re:     Supreme Court No. 82200-0 - Sarah Bradburn et al. v. North Central Regional Library
        District
        U.S. District Court for the Eastern District of Washington No. CV-06-0327-EFS

Judge Shea, Clerk and Counsel:

On October 2, 2008, this Court received a copy of the federal District Court's order entered in the above captioned matter on September 30, 2008. The order provides for certification of a question to this Court pursuant to the Federal Court Local Law Certificate Procedure Act, Chapter 2.60 RCW, and RAP 16.16.

RCW 2.60.010(4) provides that the record shall consist of the pleadings deemed material for consideration of the question certified. This determination can only be made by the federal District Court. By this letter, I am requesting that the federal court determine the pleadings which should be made part of the record and provide them to this Court. Until the record has been received, no further action can be taken on this matter.

Sincerely,

*Susan L. Carlson*

Susan L. Carlson
Supreme Court Deputy Clerk

SLC:alb

RECEIVED

NOV 0 3 2008

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

