# THE SUPREME COURT
## STATE OF WASHINGTON

RONALD R. CARPENTER
SUPREME COURT CLERK

SUSAN L. CARLSON
DEPUTY CLERK / CHIEF STAFF ATTORNEY



TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

November 3, 2008

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 05 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Thomas Dean Adams
Celeste Mountain Monroe
Karr Tuttle Campbell
1201 3rd Ave Suite 2900
Seattle, WA 98101-3028

Sarah A. Dunne
ACLU
705 2nd Ave Suite 300
Seattle, WA 98104-1723

Duncan Emerson Manville
Attorney at Law
1629 2nd Ave W
Seattle, WA 98119-3009

Catherine Crump
American Civil Liberties
125 Broad Street
Seventh Floor
New York, NY 10004

U.S. District Court for the
Eastern District of Washington
James R. Larsen, Clerk
PO Box 1493
Spokane, WA 99210

Re: Supreme Court No. 82200-0 - Sarah Bradburn et al. v. North Central Regional Library District
U.S. District Court for the Eastern District of Washington No. CV-06-0327-EFS

Clerk and Counsel:

On November 3, 2008, the record in this matter was received from the U.S. District Court. Pursuant to RCW 2.60.030 and RAP 16.16(e), briefs are due in accordance with the following schedule:

1. The Defendant's opening brief shall be filed by not later than December 5, 2008;

2. The Plaintiffs' answering brief shall be filed within 20 days after service of the Defendant's opening brief; and

3. The Defendant's reply brief shall be filed within 10 days after service of the Plaintiffs' answering brief.

RECEIVED

NOV 05 2008

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

Briefs should be in the form provided by RAP 10.3 and RAP 10.4, and should be served and filed in accordance with RAP 10.2(h).

Sincerely,

Susan L. Carlson
Supreme Court Deputy Clerk

SLC:alb