1

The Honorable Edward F. Shea

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

8

9 Sarah Bradburn, Pearl Cherrington, Charles NO.     CV-06-327-EFS
Heinlen, and the Second Amendment
10 Foundation **NOTICE OF CHANGE OF ADDRESS**

11         Plaintiffs,

12         v.

13 North Central Regional Library District,

14         Defendant.

15

16    TO:          Clerk of Court

17    AND TO:      Attorneys for Defendants

18    Please take notice that Duncan E. Manville, counsel for Plaintiffs, changes his

19 professional association and address to the following:

20
         Duncan E. Manville
21       Savitt & Bruce LLP
         1325 4th Avenue, Suite 1410
22       Seattle, WA  98101-2509
         Tel. 206-749-0500
23       dmanville@jetcitylaw.com

24

25

26

27

NOTICE OF CHANGE OF ADDRESS - 1

**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, Washington  98101-2509
(206) 749-0500

Dockets.Justia.com

DATED: November 10, 2008.

**SAVITT & BRUCE LLP**

By /s/
Duncan E. Manville, WSBA #30304
Savitt & Bruce LLP
1325 4th Avenue, Suite 1410
Seattle, WA 98101-2509
Tel. 206-749-0500
dmanville@jetcitylaw.com

Aaron H Caplan
Loyola Law School Los Angeles
919 Albany Street
Los Angeles, CA 90015
213-736-1000
aaron.caplan@lls.edu

Catherine Crump (admitted *Pro Hac Vice*)
American Civil Liberties Union Foundation
125 Broad Street
Seventh Floor
New York, NY 10004
212-519-7806
ccrump@aclu.org

Sarah Anne Dunne
ACLU of Washington Foundation
705 Second Avenue
Suite 300
Seattle, WA 98104
206-624-2184
dunne@aclu-wa.org

Attorneys for Plaintiffs

NOTICE OF CHANGE OF ADDRESS - 2

**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500