# THE SUPREME COURT
## STATE OF WASHINGTON

**RONALD R. CARPENTER**
SUPREME COURT CLERK

**SUSAN L. CARLSON**
DEPUTY CLERK / CHIEF STAFF ATTORNEY



**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

February 12, 2009

Thomas Dean Adams
Celeste Mountain Monroe
Karr Tuttle Campbell
1201 3rd Ave Suite 2900
Seattle, WA 98101-3028

Catherine Crump
American Civil Liberties
125 Broad Street
Seventh Floor
New York, NY 10004

Duncan Emerson Manville
Attorney at Law
1629 2nd Ave W
Seattle, WA 98119-3009

Sarah A. Dunne
ACLU
705 2nd Ave Suite 300
Seattle, WA 98104-1723

U.S. District Court for the
Eastern District of Washington
James R. Larsen, Clerk
PO Box 1493
Spokane, WA 99210

Re: Supreme Court No. 82200-0 - Sarah Bradburn et al. v. North Central Regional Library District
U.S. District Court for the Eastern District of Washington No. CV-06-0327-EFS

Clerk and Counsel:

In the above entitled cause, the following notation ruling was entered on February 12, 2009, by the Supreme Court Clerk:

> PLAINTIFFS' MOTION FOR EXTENSION OF BRIEFING SCHEDULE
>
> "Motion granted; the Plaintiffs' brief is due March 2, 2009, and the reply brief is due March 16, 2009."

**RECEIVED**
FEB 1 7 2009
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

/s/ Ronald R. Carpenter,
Supreme Court Clerk

Sincerely,

Ronald R. Carpenter,
Supreme Court Clerk

RRC:alb

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

RECEIVED
FEB 17 2009
CLERK, U.S. DISTRICT COURT
SPOKANE, WA



Hasler

016H26504043
Mailed From 98504
02/12/2009
$00.420
US POSTAGE

9921081493 B021

U.S. District Court for the
Eastern District of Washington
James R. Larsen, Clerk
PO Box 1493
Spokane, WA 99210