# THE SUPREME COURT
STATE OF WASHINGTON



RONALD R. CARPENTER
SUPREME COURT CLERK

SUSAN L. CARLSON
DEPUTY CLERK / CHIEF STAFF ATTORNEY

TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

May 6, 2010

Thomas Dean Adams
Celeste Mountain Monroe
Karr Tuttle Campbell
1201 3rd Avenue, Suite 2900
Seattle, WA 98101-3028

Duncan Emerson Manville
Savitt Bruce & Willey, L.L.P.
1325 4th Avenue, Suite 1410
Seattle, WA 98101-2505

Sarah A. Dunne
ACLU
705 2nd Avenue, Suite 300
Seattle, WA 98104-1723

Catherine Crump
American Civil Liberties
125 Broad Street
Seventh Floor
New York, NY 10004

Venkat Balasubramani
Focal, P.L.L.C.
8426 40th Avenue SW
Seattle, WA 98136-2350

John Morris, Jr.
Cynthia Wong
Center for Democracy & Technology
1634 I Street NW, #1100
Washington, DC 20006

Lee Tien
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Re:    Supreme Court No. 82200-0 - Sarah Bradburn, et al. v. North Central Regional Library
District
US District Court for the Eastern District of Washington No. CV-06-0327~**EPS**

Counsel:

The opinion in this case was filed by the Court today. A copy of the opinion has already
been sent to counsel as an attachment to e-mail.

Cost bills must be served and filed in this office within 10 days after the filing of this
opinion, or claims for costs will be deemed waived. See RAP 14.4(a). When filing cost bills in
a case that has been certified from a federal court, counsel should review both RCW 2.60.030 (3)

RECEIVED

MAY 1 0 2010

CLERK, U.S. DISTRICT COURT
SPOKANE, WA





Page 2
No. 82200-0
May 6, 2010

and RAP 16.16 (f) which states:  "The cost provisions of Title 14 are applicable except that both parties must file a cost bill, and that the commissioner or clerk will not award costs but will divide the total costs equally between the parties."

Sincerely,

Susan L. Carlson
Supreme Court Deputy Clerk

SLC:daf
Enclosure

cc:    Hon. Edward Shea, Judge
Clerk of the US District Court-Eastern Division
Reporter of Decisions