AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SARAH BRADBURN, PEARL CHERRINGTON,
CHARLES HEINLEN, and SECOND AMENDMENT
FOUNDATION,

        Plaintiffs,

v.

NORTH CENTRAL REGIONAL LIBRARY DISTRICT,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0327-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant with prejudice pursuant to the Court's order entered on April 10, 2012, ECF No. 120.

April 10, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas